Exhibit A

Dockets.Justia.com



US006199067B1

## (12) United States Patent
### Geller

(10) Patent No.: **US 6,199,067 B1**
(45) Date of Patent: **Mar. 6, 2001**

(54) **SYSTEM AND METHOD FOR GENERATING PERSONALIZED USER PROFILES AND FOR UTILIZING THE GENERATED USER PROFILES TO PERFORM ADAPTIVE INTERNET SEARCHES**

(75) Inventor: **Ilya Geller**, Brooklyn, NY (US)

(73) Assignee: **Mightiest Logicon Unisearch, Inc.**, Brooklyn, NY (US)

( * ) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 0 days.

(21) Appl No.: **09/422,286**

(22) Filed: **Oct. 21, 1999**

### Related U.S. Application Data
(60) Provisional application No. 60/116,582, filed on Jan. 20, 1999

(51) Int. Cl.[7] .................................. G06F 17/30
(52) U.S. Cl. .................... 707/10; 707/3; 707/5; 707/100; 704/4; 704/9; 704/247; 700/17
(58) Field of Search ................... 707/1–5, 100, 707/10, 200; 704/1, 4, 9, 270.1, 247, 250; 382/181, 190, 209; 700/11, 17, 56, 83, 86; 369/13

(56) **References Cited**

### U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 4,914,590 * | 4/1990 | Loatman et al | 704/8 |
| 5,483,650 * | 1/1996 | Pedersen et al | 707/2 |
| 5,696,962 * | 12/1997 | Kupice | 707/4 |

(List continued on next page.)

### OTHER PUBLICATIONS

Helm, Richanr et al., "Integrating Information Retrieval and Domain Specific Approaches for Browsing and Retrieval in Object–Oriented Class Libraries," Conference proceedings on Object–Oriented programming systems, languages, and applications May 1991 p.*

Maass, Henning. "Location–aware mobile applications based on dictionary services," Mobile Networks and Applications, vol 3, Issue 2, Aug 1998, pp 157–173.*

Xu, Yaowu et al., "Hierarchical Content Description and Object Formation by Learning," Proceedings of the IEEE Workshop on Content–Based Access of Image and Video Libraries, (CBAIVL '99), Jun 22, 1999, pp 84–88, May 1991*

*Primary Examiner*—Hosain T Alam
*Assistant Examiner*—Shahid Alam
(74) *Attorney, Agent, or Firm*—Edward Etkin, Esq

(57) **ABSTRACT**

A system and method for automatically generating personalized user profiles and for utilizing the generated profiles to perform adaptive Internet or computer data searches is provided. In accordance with the present invention, particular linguistic patterns and their frequency of recurrence are extracted from personal texts provided by the users of the system of the present invention and stored in a user profile data file such that the user profile data file is representative of the user's overall linguistic patterns and the frequencies of recurrence thereof. All documents in a remote computer system, such as the Internet, are likewise analyzed and their linguistic patterns and pattern frequencies are also extracted and stored in corresponding document profiles. When a search for particular data is initiated by the user, linguistic patterns are also extracted from a search string provided by the user into a search profile. The user profile is then cross matched with the search profile and the document profiles to determine whether any linguistic patterns match in all three profiles and to determine the magnitude of the match based on summation of respective frequencies of recurrence of the matching patterns. The documents with document profiles having the highest matching magnitudes are presented to the user as not only matching the subject of the search string, but also as corresponding to the user's cultural, educational, and social backgrounds as well as the user's psychological profile.

**62 Claims, 8 Drawing Sheets**



**US 6,199,067 B1**

Page 2

### U.S. PATENT DOCUMENTS

| Patent No. | Date | Inventor | Class |
|---|---|---|---|
| 5,822,748 * | 10/1998 | Cohen et al. | 707/2 |
| 5,848,408 * | 12/1998 | Jakobsson et al. | 707/3 |
| 5,943,648 * | 8/1999 | Tel | 704/260 |
| 5,974,408 * | 10/1999 | Cohen et al. | 707/2 |
| 6,016,487 * | 1/2000 | Rioux et al. | 707/2 |
| 6,018,734 * | 1/2000 | Zhang et al. | 707/3 |
| 6,081,750 * | 6/2000 | Hoffberg et al. | 700/17 |

* cited by examiner

U.S. Patent    Mar. 6, 2001    Sheet 1 of 8    US 6,199,067 B1

FIG. 1



FIG. 2



FIG. 3



FIG. 4



FIG. 5



FIG. 6



FIG. 7

FIG. 8

B-3 → Retrieve User_Profile (424)

→ Compare Segments in User_Profile with Segments in Search_Profile to determine a Number of Matches and retrieve UP_SC for each Matching Segment in the User_Profile (426)

→ Retrieve Z Number of Matching Data_Item_Addresses via applying Search String to a Selected Search Engine (428)

→ Retrieve Data_Item_Profiles corresponding to the Z Number of Matching Data_Item_Addresses (430)

→ Compare Segments in Search_Profile with Segments in each Retrieved Data_Item_Profile to determine a Number of Matches and retrieve DIP_SC for each Matching Segment in the Data_Item_Profile (432)

→ For each Data_Item_Profile determine MATCH_VALUE by adding UP_SC and DIP_SC for each Matching Segment in Each Data_Item_Profile (434)

→ For Each Data_Item_Profile determine FINAL_VALUE by adding MATCH_VALUEs of all Matching Segments (436)

→ Retrieve Data_Item_Addresses Corresponding to M Data_Item_Profiles with highest FINAL_VALUEs and Present List of Data_Item_Addresses to User (438)

→ Open Data_Item for User Corresponding to Data_Item_Profile with Highest FINAL_VALUE (440)