Appendix K                                                                Revised: 1/24/07

**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
Marshall DIVISION
APPLICATION TO APPEAR PRO HAC VICE**

FILED-CLERK
U.S. DISTRICT COURT
2007 NOV 20 AM 9: 54
TX EASTERN-MARSHALL

1. This application is being made for the following: Case # __2-07-CV-480 TJW__
Style: __PA Advisors, LLC v. Google Inc., et al.__
2. Applicant is representing the following party/ies: __Seevast Corporation, Pulse 360, Inc.__
3. Applicant was admitted to practice in __New York__ (state) on __January 1980__ (date)
4. Applicant is in good standing and is otherwise eligible to practice law before this court
5. Applicant is not currently suspended or disbarred in any other court.
6. Applicant has/has not had an application for admission to practice before another court denied (please circle appropriate language). If so, give complete information on a separate page
7. Applicant has/has not ever had the privilege to practice before another court suspended (please circle) If so, give complete information on a separate page.
8. Applicant has/has not been disciplined by a court or Bar Association or committee thereof that would reflect unfavorably upon applicant's conduct, competency or fitness as a member of the Bar (please circle). If so, give complete information on a separate page
9. Describe in detail on a separate page any charges, arrests or convictions for criminal offense(s) filed against you. Omit minor traffic offenses.
10. There are no pending grievances or criminal matters pending against the applicant
11. Applicant has been admitted to practice in the following courts:
__See attached sheet__
12. Applicant has read and will comply with the Local Rules of the Eastern District of Texas, including Rule AT-3, the "Standards of Practice to be Observed by Attorneys."
13. Applicant has included the requisite $25 fee (see Local Rule AT-1(d)).
14. Applicant understands that he/she is being admitted for the limited purpose of appearing in the case specified above only.

**Application Oath:**
I, __Paul I. Perlman__ do solemnly swear (or affirm) that the above information is true; that I will discharge the duties of attorney and counselor of this court faithfully; that I will demean myself uprightly under the law and the highest ethics of our profession; and that I will support and defend the Constitution of the United States

Date __11/13/07__    Signature __Paul I. Perlman__

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TEXAS
## APPLICATION TO APPEAR PRO HAC VICE (Continued)

Name (please print) Paul I. Perlman
State Bar Number 265974
Firm Name: Hodgson Russ LLP
Address/P.O. Box: 140 Pearl Street, Suite 100
City/State/Zip: Buffalo, New York 14202-4040
Telephone #: (716) 848-1479
Fax #: (716) 819-4616
E-mail Address: pperlman@hodgsonruss.com
Secondary E-Mail Address: ksalvo@hodgsonruss.com

Applicant is authorized to enter an appearance as counsel for the party/parties listed above. This application has been approved for the court on: 11-20-07

David J. Maland, Clerk
U.S. District Court, Eastern District of Texas

By _____
Deputy Clerk

# ADMISSION INFORMATION
## *for*
## PAUL I. PERLMAN

| NAME OF LEGAL ENTITY | ADMISSION DATE |
|---|---|
| New York Supreme Court, Appellate Division, Third Department | 1/80 |
| | |
| United States District Court - Western District of New York | 01/31/80 |
| United States District Court - Northern District of New York (Bar Roll # 104305) | 09/17/90 |
| United States District Court - Eastern District of New York (Bar Code #PP4449) | 11/22/2005 |
| United States District Court - Southern District of New York | 10/31/95 |
| United States District Court - District of Colorado | 10/16/97 |
| United States District Court - Eastern District of Wisconsin | 12/07/93 |
| United States District Court - Western District of Michigan | 07/10/03 |
| United States Tax Court | 09/12/94 |
| United States Court of International Trade | 05/01/01 |
| | |
| United States Court of Appeals, Second Circuit | 01/08/84 |
| United States Court of Appeals, Federal Circuit | 03/24/95 |
| United States Court of Appeals, Third Circuit | 03/03/97 |
| United States Court of Appeals, Fourth Circuit | 02/16/99 |
| | |
| — Bar License No. 265974 | |
| **J.D. DEGREE** | **GRADUATED** |
| Harvard Law School | 1979 |

REVISED: 11/13/07
BFLODOCS: 265974_

# Receipt for Payment

Receipt No: 2-9-003254

## United States District Court

for the
Eastern District of Texas at Marshall

Date: Tuesday, November 20, 2007

Received from:

**HODGSON RUSS LLP**

**BUFFALO, NY 14202**

| Account | Description |
|---|---|
| 085000 | Attorney Admission Fees |
| 086400 | New Case Fee |
| 086900 | Filing Fees |
| 121000 | Conscience Fund |
| 129900 | Gifts |
| 143500 | Interest |
| 322340 | Sale of Publications |
| 322350 | Copy Fees |
| 322360 | Miscellaneous Fees |
| 322380 | Recoveries of Court Costs |
| 322386 | Cost of Prosecution |
| 504100 | Crime Victims Fund |
| 508800 | Immigration Fees |
| 510000 | Civil Filing Fee (1/2) |
| 5100PL | Partial Filing Fee (PLRA) |
| 510100 | Registry Fee |
| 604700 | Registry Funds/General and Special Funds |
| 613300 | Unclaimed Monies |
| 6855XX | Deposit Funds |

| Account | Amount |
|---|---|
| 6855XX | $50.00 |
| **Total** | **$50.00** |

Payment method: Check

Case or other reference: 2:07cv480 PHV

Comments: CK Perlman Fluskey

Received by: **pa**