**Appendix K**                                                    Revised: 1/24/07

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF TEXAS
## MARSHALL DIVISION
## APPLICATION TO APPEAR PRO HAC VICE

FILED-CLERK
U.S. DISTRICT COURT

2007 NOV 20  AM 9: 54

TX EASTERN-MARSHALL

1 This application is being made for the following: Case # __2:07-cv-480_____

Style: __PA Advisors, LLC v. Google, Inc., et al._____

2. Applicant is representing the following party/ies: __Seevast Corporation, Pulse 360, Inc._____

3. Applicant was admitted to practice in __New York__ (state) on __April 21, 2004_____ (date)

4 Applicant is in good standing and is otherwise eligible to practice law before this court.

5. Applicant is not currently suspended or disbarred in any other court.

6  Applicant has/has not had an application for admission to practice before another court denied (please circle appropriate language). If so, give complete information on a separate page.

7 Applicant has/has not ever had the privilege to practice before another court suspended (please circle). If so, give complete information on a separate page.

8  Applicant has/has not been disciplined by a court or Bar Association or committee thereof that would reflect unfavorably upon applicant's conduct, competency or fitness as a member of the Bar (please circle).  If so, give complete information on a separate page

9. Describe in detail on a separate page any charges, arrests or convictions for criminal offense(s) filed against you. Omit minor traffic offenses.

10. There are no pending grievances or criminal matters pending against the applicant

11 Applicant has been admitted to practice in the following courts:

__USDC - Western District of New York (12/15/04, USDC - Eastern District of Michigan (2/3/05)__

12 Applicant has read and will comply with the Local Rules of the Eastern District of Texas, including Rule AT-3, the "Standards of Practice to be Observed by Attorneys."

13 Applicant has included the requisite $25 fee (see Local Rule AT-1(d))

14. Applicant understands that he/she is being admitted for the limited purpose of appearing in the case specified above only

**Application Oath:**

I, __Robert J. Fluskey, Jr._____ do solemnly swear (or affirm) that the above information is true; that I will discharge the duties of attorney and counselor of this court faithfully; that I will demean myself uprightly under the law and the highest ethics of our profession; and that I will support and defend the Constitution of the United States.

Date __November 13, 2007__          Signature _____

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
APPLICATION TO APPEAR PRO HAC VICE (Continued)

Name (please print) __Robert J. Fluskey, Jr.__

State Bar Number ___4213054__

Firm Name: ___Hodgson Russ LLP__

Address/P.O. Box: ___140 Pearl Street, Suite 100__

City/State/Zip: ___Buffalo, New York 14202-4040__

Telephone #: ___(716) 856-4000__

Fax #: ___(716) 849-0349__

E-mail Address: ___rfluskey@hodgsonruss.com__

Secondary E-Mail Address: __mksmith@hodgsonruss.com__

Applicant is authorized to enter an appearance as counsel for the party/parties listed above. This

application has been approved for the court on: ___11-20-07__

_____

David J. Maland, Clerk

U.S. District Court, Eastern District of Texas

By_____

Deputy Clerk

# United States District Court

for the

Eastern District of Texas at Marshall

Date:            **Tuesday, November 20, 2007**

Received from:

**HODGSON RUSS LLP**

**BUFFALO, NY  14202**

| Account | Description |
|---|---|
| 085000 | Attorney Admission Fees |
| 086400 | New Case Fee |
| 086900 | Filing Fees |
| 121000 | Conscience Fund |
| 129900 | Gifts |
| 143500 | Interest |
| 322340 | Sale of Publications |
| 322350 | Copy Fees |
| 322360 | Miscellaneous Fees |
| 322380 | Recoveries of Court Costs |
| 322386 | Cost of Prosecution |
| 504100 | Crime Victims Fund |
| 508800 | Immigration Fees |
| 510000 | Civil Filing Fee (1/2) |
| 5100PL | Partial Filing Fee (PLRA) |
| 510100 | Registry Fee |
| 604700 | Registry Funds/General and Special Funds |
| 613300 | Unclaimed Monies |
| 6855XX | Deposit Funds |

| Account | Amount |
|---|---|
| 6855XX | $50.00 |
| **Total** | **$50.00** |

Payment method:        **Check**

Case or other reference:  **2:07cv480  PHV**

Comments:            **CK Perlman Fluskey**

Received by:        **pa**