IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| PA ADVISORS, LLC § | |
| § | |
| v. § | CIVIL ACTION NO. 2:07-CV-480 [TJW] |
| § | |
| GOOGLE INC., § | |
| YAHOO! INC., § | JURY DEMANDED |
| FACEBOOK, INC., § | |
| CONTEXTWEB, INC., § | |
| SPECIFIC MEDIA, INC., § | |
| FAST SEARCH & TRANSFER ASA, § | |
| FAST SEARCH & TRANSFER, INC., § | |
| AGENTARTS, INC., § | |
| SEEVAST CORPORATION, § | |
| PULSE 360, INC., § | |
| WPP GROUP USA, INC., § | |
| WPP GROUP PLC, AND § | |
| 24/7 REAL MEDIA, INC. § | |

**ORDER GRANTING DEFENDANT YAHOO! INC.'S UNOPPOSED MOTION FOR EXTENSION OF TIME IN WHICH TO ANSWER, MOVE, OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT**

Defendant YAHOO! INC., without waiving any defenses or any matters that might be presented pursuant to FEDERAL RULE OF CIVIL PROCEDURE 12(b) or any other rule or law, filed its unopposed motion to extend its time to answer, move or otherwise respond to Plaintiff's Complaint until and through December 24, 2007. Such motion is GRANTED.

It is therefore ORDERED that Defendant YAHOO! INC. has until and through December 24, 2007 to answer, move, or otherwise respond to Plaintiff's Complaint.

SIGNED this 21st day of November, 2007.

_____
T. JOHN WARD
UNITED STATES DISTRICT JUDGE