IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| PA Advisors, LLC, | § | |
| Plaintiff | § § § | |
| vs. | § | NO. 2:07-cv-00480-TJW |
| Google Inc. et al, | § § § | |
| Defendant. | § § | |

## ORDER

The Court, having considered the Unopposed Motion for Extension of Time for Defendant Facebook, Inc. to Answer or Otherwise Respond to Complaint, hereby GRANTS the motion.

Defendant Facebook, Inc. shall answer or otherwise respond to Plaintiff's Original Complaint for Patent Infringement on or before December 24, 2007.

SIGNED this 21st day of November, 2007.

_____
T. JOHN WARD
UNITED STATES DISTRICT JUDGE