**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**MARSHALL DIVISION**

PA ADVISORS, LLC,

                                        Plaintiff,

        v.

GOOGLE INC.,                                    Case No.
YAHOO! INC.,                                    2-07-CV-480 TJW
FACEBOOK, INC.,
CONTEXTWEB, INC.
SPECIFIC MEDIA, INC.,
FAST SEARCH & TRANSFER ASA,
FAST SEARCH & TRANSFER, INC.,
AGENTARTS, INC.,
SEEVAST CORPORATION,
PULSE 360, INC.,
WPP GROUP USA, INC.,:
WPP GROUP PLC, AND
24/7 REAL MEDIA, INC.

                                        Defendants.

**PROPOSED ORDER**

Having considered the Unopposed Motion For An Extension Of Time To Answer Or

Otherwise Respond To The Complaint Of Defendants Seevast Corporation and Pulse 360, Inc.,

and finding it to be well-taken, the Court is of the opinion that the motion should be GRANTED.

IT IS ORDERED that Defendants Seevast Corporation and Pulse 360, Inc. have an

extension of time to respond to Plaintiff's Complaint through and including December 24, 2007.

DATED: _____, 2007

                                        _____
                                        THE HONORABLE JOHN WARD
                                        UNITED STATES DISTRICT JUDGE

Dockets.Justia.com