Appendix K

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
Marshall DIVISION
APPLICATION TO APPEAR PRO HAC VICE

Revised: 1/24/07

FILED CLERK
U.S. DISTRICT COURT
2007 NOV 26 AM 8:47
TEXAS EASTERN

BY_____

1. This application is being made for the following: Case # 2:07-CV-480-TJW
Style: PA Advisors, LLC v. Yahoo!, Inc., et al.
2. Applicant is representing the following party/ies: Yahoo!, Inc., et al.
3. Applicant was admitted to practice in IL (state) on 1996 (date).
4. Applicant is in good standing and is otherwise eligible to practice law before this court.
5. Applicant is not currently suspended or disbarred in any other court.
6. Applicant ■ has not had an application for admission to practice before another court denied (please circle appropriate language). If so, give complete information on a separate page.
7. Applicant ■ has not ever had the privilege to practice before another court suspended (please circle). If so, give complete information on a separate page.
8. Applicant ■ has not been disciplined by a court or Bar Association or committee thereof that would reflect unfavorably upon applicant's conduct, competency or fitness as a member of the Bar (please circle). If so, give complete information on a separate page.
9. Describe in detail on a separate page any charges, arrests or convictions for criminal offense(s) filed against you. Omit minor traffic offenses.
10. There are no pending grievances or criminal matters pending against the applicant.
11. Applicant has been admitted to practice in the following courts:
7th Cir., N.D. Ill., C.D. Ill., E.D. Mich., W.D. Mich., D. Colo.
12. Applicant has read and will comply with the Local Rules of the Eastern District of Texas, including Rule AT-3, the "Standards of Practice to be Observed by Attorneys."
13. Applicant has included the requisite $25 fee (see Local Rule AT-1(d)).
14. Applicant understands that he/she is being admitted for the limited purpose of appearing in the case specified above only.

**Application Oath:**
I, Jason C. White _____ do solemnly swear (or affirm) that the above information is true; that I will discharge the duties of attorney and counselor of this court faithfully; that I will demean myself uprightly under the law and the highest ethics of our profession; and that I will support and defend the Constitution of the United States.

Date 11-21-07          Signature _/s/ Jason White_

Dockets.Justia.com

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
APPLICATION TO APPEAR PRO HAC VICE (Continued)

Name (please print) Jason C. White
State Bar Number 6238352
Firm Name:    Brinks Hofer Gilson & Lione
Address/P.O. Box:   455 N. Cityfront Plaza
City/State/Zip: Chicago, Illinois   60611
Telephone #:   (312) 321-4200
Fax #:  (312) 321-4299
E-mail Address: jwhite@usebrinks.com
Secondary E-Mail Address: N/A

Applicant is authorized to enter an appearance as counsel for the party/parties listed above. This application has been approved for the court on:            **11/26/07**

_David J. Maland_
David J. Maland, Clerk
U.S. District Court, Eastern District of Texas

By _____
Deputy Clerk

# United States District Court
for the
Eastern District of Texas at Tyler

Date: Monday, November 26, 2007

Received from:

**POTTER MINTON**
**P.O. BOX 359**
**TYLER, TX 75710**

| Account | Description |
|---|---|
| 085000 | Attorney Admission Fees |
| 086400 | New Case Fee |
| 086900 | Filing Fees |
| 121000 | Conscience Fund |
| 129900 | Gifts |
| 143500 | Interest |
| 322340 | Sale of Publications |
| 322350 | Copy Fees |
| 322360 | Miscellaneous Fees |
| 322380 | Recoveries of Court Costs |
| 322386 | Cost of Prosecution |
| 504100 | Crime Victims Fund |
| 508800 | Immigration Fees |
| 510000 | Civil Filing Fee (1/2) |
| 5100PL | Partial Filing Fee (PLRA) |
| 510100 | Registry Fee |
| 604700 | Registry Funds/General and Special Funds |
| 613300 | Unclaimed Monies |
| 6855XX | Deposit Funds |

| Account | Amount |
|---|---|
| 6855XX | $25.00 |
| **Total** | **$25.00** |

Payment method: Check
Case or other reference: 2:07CV480
Comments: PHV APP FOR JASON C. WHITE - FIRM CK 067102

Received by: MC