UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| PA ADVISORS, LLC., | ) |
|     Plaintiff, | ) Civil Action No. 2-07CV-480 TJW |
| v. | ) |
| | ) Judge T. John Ward |
| (1) GOOGLE INC. | ) |
| (2) YAHOO! INC. | ) |
| (3) FACEBOOK, INC. | ) |
| (4) CONTEXTWEB, INC. | ) |
| (5) SPECIFIC MEDIA, INC. | ) |
| (6) FAST SEARCH & TRANSFER ASA | ) |
| (7) FAST SEARCH & TRANSFER, INC. | ) |
| (8) AGENTARTS, INC. | ) |
| (9) SEEVAST CORPORATION | ) |
| (10) PULSE 360, INC. | ) |
| (11) WPP GROUP USA, INC. | ) |
| (12) WPP GROUP PLC | ) |
| (13) 24/7 REAL MEDIA, INC. | ) |
|     Defendants. | ) |

## ORDER

This Court, having considered Defendant Specific Media, Inc.'s Unopposed Motion for Extension of Time to Respond to Plaintiff's Complaint, concludes that the Motion is well taken and should be granted. Accordingly, it is ORDERED that Defendant Specific Media is given to and including December 24, 2007 to respond to Plaintiff PA Advisors' Complaint.

IT IS SO ORDERED.

SIGNED this 26th day of November, 2007.

_____
T. JOHN WARD
UNITED STATES DISTRICT JUDGE