IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| PA ADVISORS, LLC,<br><br>                    Plaintiff,<br><br>v.<br><br>GOOGLE INC.,<br>YAHOO! INC.,<br>FACEBOOK, INC.,<br>CONTEXTWEB, INC.<br>SPECIFIC MEDIA, INC.,<br>FAST SEARCH & TRANSFER ASA,<br>FAST SEARCH & TRANSFER, INC.,<br>AGENTARTS, INC.,<br>SEEVAST CORPORATION,<br>PULSE 360, INC.,<br>WPP GROUP USA, INC.,:<br>WPP GROUP PLC, AND<br>24/7 REAL MEDIA, INC.<br><br>                    Defendants. | Case No.<br>2-07-CV-480 TJW |

## PROPOSED ORDER

Having considered the Unopposed Motion For An Extension Of Time To Answer Or Otherwise Respond To The Complaint Of Defendants Seevast Corporation and Pulse 360, Inc., and finding it to be well-taken, the Court is of the opinion that the motion should be GRANTED.

IT IS ORDERED that Defendants Seevast Corporation and Pulse 360, Inc. have an extension of time to respond to Plaintiff's Complaint through and including December 24, 2007.

SIGNED this 26th day of November, 2007.

_____
T. JOHN WARD
UNITED STATES DISTRICT JUDGE