Appendix K

**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
___Marshall___ DIVISION
APPLICATION TO APPEAR PRO HAC VICE**

Revised: 1/24/07

FILED CLERK
2007 NOV 26 PM 4:10
TEXAS EASTERN
BY_____

1. This application is being made for the following: Case # __2-07CV-480 TJW__
   Style: __PA Advisors v. Google, Inc., et al__
2. Applicant is representing the following party/ies: __Yahoo! Inc.__
3. Applicant was admitted to practice in __IL__ (state) on __November 6, 2003__ (date).
4. Applicant is in good standing and is otherwise eligible to practice law before this court.
5. Applicant is not currently suspended or disbarred in any other court.
6. Applicant has/(has not) had an application for admission to practice before another court denied (please circle appropriate language). If so, give complete information on a separate page.
7. Applicant has/(has not) ever had the privilege to practice before another court suspended (please circle). If so, give complete information on a separate page.
8. Applicant has/(has not) been disciplined by a court or Bar Association or committee thereof that would reflect unfavorably upon applicant's conduct, competency or fitness as a member of the Bar (please circle). If so, give complete information on a separate page.
9. Describe in detail on a separate page any charges, arrests or convictions for criminal offense(s) filed against you. Omit minor traffic offenses. __None.__
10. There are no pending grievances or criminal matters pending against the applicant.
11. Applicant has been admitted to practice in the following courts:
    __Illinois Supreme Court; U.S. Dist. Court, N. D. Illinois__
12. Applicant has read and will comply with the Local Rules of the Eastern District of Texas, including Rule AT-3, the "Standards of Practice to be Observed by Attorneys."
13. Applicant has included the requisite $25 fee (see Local Rule AT-1(d)).
14. Applicant understands that he/she is being admitted for the limited purpose of appearing in the case specified above only.

**Application Oath:**

I, __Miyoung Shin__ do solemnly swear (or affirm) that the above information is true; that I will discharge the duties of attorney and counselor of this court faithfully; that I will demean myself uprightly under the law and the highest ethics of our profession; and that I will support and defend the Constitution of the United States.

Date __11/20/07__       Signature _____

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
APPLICATION TO APPEAR PRO HAC VICE (Continued)

Name (please print) MIYOUNG SHIN
State Bar Number 6279791
Firm Name: Brinks Hofer Gilson & Lione
Address/P.O. Box: 455 N. Cityfront Plaza Dr., NBC Tower - Suite 3600
City/State/Zip: Chicago, IL 60611-5599
Telephone #: 312-321-4200
Fax #: 312-321-4299
E-mail Address: mshin@brinkshofer.com
Secondary E-Mail Address: mshin@usebrinks.com

Applicant is authorized to enter an appearance as counsel for the party/parties listed above. This application has been approved for the court on: _____

*David Maland* (signature)

David J. Maland, Clerk
U.S. District Court, Eastern District of Texas

By _____
Deputy Clerk

Receipt for Payment                                    Receipt No:

# United States District Court

for the
Eastern District of Texas at Tyler

Date:      Monday, November 26, 2007

Received from:

**POTTER MINTON**
**P. O. BOX 359**
**TYLER, TX  75710**

| Account | Description |
|---|---|
| 085000 | Attorney Admission Fees |
| 086400 | New Case Fee |
| 086900 | Filing Fees |
| 121000 | Conscience Fund |
| 129900 | Gifts |
| 143500 | Interest |
| 322340 | Sale of Publications |
| 322350 | Copy Fees |
| 322360 | Miscellaneous Fees |
| 322380 | Recoveries of Court Costs |
| 322386 | Cost of Prosecution |
| 504100 | Crime Victims Fund |
| 508800 | Immigration Fees |
| 510000 | Civil Filing Fee (1/2) |
| 5100PL | Partial Filing Fee (PLRA) |
| 510100 | Registry Fee |
| 604700 | Registry Funds/General and Special Funds |
| 613300 | Unclaimed Monies |
| 6855XX | Deposit Funds |

| Account | Amount |
|---|---|
| 6855XX | $50.00 |
| **Total** | **$50.00** |

Payment method:     **Check**
Case or other reference:     **2:07CV480**
Comments:     **PHV - CK 67112 & 67113**

Received by:     **KB**