**Appendix K**                                                          Revised: 1/24/07

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF TEXAS
## MARSHALL DIVISION
## APPLICATION TO APPEAR PRO HAC VICE

1. This application is being made for the following: Case # **2:07-CV-480**
Style: **PA Advisors, LLC v. Google Inc., et al.**
2. Applicant is representing the following party/ies: **WPP Group USA, Inc., WPP Group PLC, 24/7 Real Media, Inc.**
3. Applicant was admitted to practice in **NY & CT** (state) on **1993 & 1992** (date).
4. Applicant is in good standing and is otherwise eligible to practice law before this court.
5. Applicant is not currently suspended or disbarred in any other court
6. Applicant has/**has not** had an application for admission to practice before another court denied (please circle appropriate language). If so, give complete information on a separate page
7. Applicant has/**has not** ever had the privilege to practice before another court suspended (please circle) If so, give complete information on a separate page
8. Applicant has/**has not** been disciplined by a court or Bar Association or committee thereof that would reflect unfavorably upon applicant's conduct, competency or fitness as a member of the Bar (please circle). If so, give complete information on a separate page.
9. Describe in detail on a separate page any charges, arrests or convictions for criminal offense(s) filed against you Omit minor traffic offenses.
10. There are no pending grievances or criminal matters pending against the applicant.
11. Applicant has been admitted to practice in the following courts:
**S.D.N.Y.; E.D.N.Y.; W.D. WISC.; U.S. Court of Appeals for the Federal Circuit**
12. Applicant has read and will comply with the Local Rules of the Eastern District of Texas, including Rule AT-3, the "Standards of Practice to be Observed by Attorneys."
13. Applicant has included the requisite $25 fee (see Local Rule AT-1(d)).
14. Applicant understands that he/she is being admitted for the limited purpose of appearing in the case specified above only.

**Application Oath:**

I, **James S. Blank** _____ do solemnly swear (or affirm) that the above information is true; that I will discharge the duties of attorney and counselor of this court faithfully; that I will demean myself uprightly under the law and the highest ethics of our profession; and that I will support and defend the Constitution of the United States.

Date **11/21/07**          Signature _____

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
APPLICATION TO APPEAR PRO HAC VICE (Continued)

Name (please print) __James S. Blank__
State Bar Number __NY: 2558013    CT: 406767__
Firm Name: __Latham & Watkins LLP__
Address/P.O. Box: __885 Third Avenue__
City/State/Zip: __New York NY    10022__
Telephone #: __(212) 906-1274__
Fax #: __(212) 751-4864__
E-mail Address: __james.blank@lw.com__
Secondary E-Mail Address: _____

Applicant is authorized to enter an appearance as counsel for the party/parties listed above. This application has been approved for the court on: __11-26-07__

__DAVID J. MALAND, CLERK__
David J. Maland, Clerk
U.S. District Court, Eastern District of Texas

By __C. Hinton__
Deputy Clerk

# Receipt for Payment

Receipt No: 2-9-000927 0

## United States District Court

for the
Eastern District of Texas at Marshall

Date:     Monday, November 26, 2007

Received from:

**Gillam & Smith**

**393 S. Washington**

**Marshall, Tx 75670**

| Account | Description |
|---|---|
| 085000 | Attorney Admission Fees |
| 086400 | New Case Fee |
| 086900 | Filing Fees |
| 121000 | Conscience Fund |
| 129900 | Gifts |
| 143500 | Interest |
| 322340 | Sale of Publications |
| 322350 | Copy Fees |
| 322360 | Miscellaneous Fees |
| 322380 | Recoveries of Court Costs |
| 322386 | Cost of Prosecution |
| 504100 | Crime Victims Fund |
| 508800 | Immigration Fees |
| 510000 | Civil Filing Fee (1/2) |
| 5100PL | Partial Filing Fee (PLRA) |
| 510100 | Registry Fee |
| 604700 | Registry Funds/General and Special Funds |
| 613300 | Unclaimed Monies |
| 6855XX | Deposit Funds |

| Account | Amount |
|---|---|
| 6855XX | $25.00 |
| **Total** | **$25.00** |

Payment method:     Check

Case or other reference:     **2:07-cv-480**

Comments:     **Ck# 3065 PHV for Blank**

Received by:     **ch**