# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## MARSHALL DIVISION

| | | |
|---|---|---|
| PA Advisors, LLC, | § | |
| | § | |
| **Plaintiff** | § | |
| | § | |
| **vs.** | § | NO.    **2:07-cv-00480-TJW** |
| | § | |
| Google Inc. et al., | § | |
| | § | |
| **Defendant.** | § | |

## NOTICE OF APPEARANCE OF COUNSEL ON BEHALF OF FACEBOOK, INC.

David M. Lacy Kusters of the law firm of Fenwick & West LLP hereby enters his appearance on the above-captioned case on behalf of Facebook, Inc.

For purposes of receipt of Notices of Electronic Filing, the e-mail address for Fenwick & West attorney David M. Lacy Kusters is:

David M. Lacy Kusters:        dlacykusters@fenwick.com

Respectfully submitted,

Dated:  November 28, 2007            ___/s/ David M. Lacy Kusters_____
                                    David M. Lacy Kusters
                                    (California State Bar No. 241335)
                                    **FENWICK & WEST LLP**
                                    555 California Street, 12th Floor
                                    San Francisco, CA  94104
                                    Telephone:  (415) 875-2300
                                    Facsimile:   (415) 281-1350

                                    *Attorneys for Defendant*
                                    Facebook, Inc.

## <u>CERTIFICATE OF SERVICE</u>

The undersigned certifies that the foregoing document was filed electronically in compliance with Local Rule CV-5(a).  As such, this document was served on all counsel who are deemed to have consented to electronic service.  Local Rule CV-5(a)(3)(A).  Pursuant to Fed. R. Civ. P. 5(d) and Local Rule CV-5(d) and (e), all other counsel of record not deemed to have consented to electronic service were served with a true and correct copy of the foregoing by email and/or fax, on this  28th day of November, 2007.


Dated: November 28, 2007                    _____/s/ David M. Lacy Kusters_____
                                            David M. Lacy Kusters