IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| PA ADVISORS, LLC | § | |
| | § | |
| Plaintiff, | § | CASE NO. 2:07CV480 |
| | § | |
| vs. | § | **Jury Trial Demanded** |
| | § | |
| GOOGLE INC., et al. | § | |
| | § | |
| Defendants. | § | |

**ORDER GRANTING UNOPPOSED MOTION FOR EXTENSION
OF TIME FOR 24/7 REAL MEDIA, INC. AND WPP GROUP USA, INC. TO
ANSWER OR OTHERWISE RESPOND TO COMPLAINT**

Defendants 24/7 REAL MEDIA, INC. and WPP GROUP USA, INC. move the Court to extend the time within which Defendants are required to move, answer, or otherwise respond to Plaintiff PA ADVISORS, LLC's Complaint up to and including December 27, 2007.

Having considered the pleading, the Court is of the opinion that the motion should be GRANTED. Thus, it is therefore, ORDERED that Defendants are required to move, answer or otherwise respond to Plaintiff's Complaint up to and including December 27, 2007.

SIGNED this 28th day of November, 2007.

_____
T. JOHN WARD
UNITED STATES DISTRICT JUDGE