# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| PA Advisors, LLC,<br><br>    **Plaintiff**<br><br>vs.<br><br>Google Inc. et al.,<br><br>    **Defendant.** | §<br>§<br>§<br>§<br>§    NO.    2:07-cv-00480-TJW<br>§<br>§<br>§<br>§ |

## NOTICE OF APPEARANCE OF COUNSEL ON BEHALF OF FACEBOOK, INC.

Darren E. Donnelly of the law firm of Fenwick & West LLP hereby enters his appearance on the above-captioned case on behalf of Facebook, Inc.

For purposes of receipt of Notices of Electronic Filing, the e-mail address for Fenwick & West attorney Darren E. Donnelly is:

Darren E. Donnelly:   ddonnelly@fenwick.com

Respectfully submitted,

Dated:  November 28, 2007

/s/ Darren E. Donnelly
Darren E. Donnelly
(California State Bar No. 194335)
**FENWICK & WEST LLP**
Silicon Valley Center
801 California Street
Mountain View, CA  94041
Telephone:  (650) 955-8500
Facsimile:  (650) 983-5200

*Attorneys for Defendant*
Facebook, Inc.

**CERTIFICATE OF SERVICE**

The undersigned certifies that the foregoing document was filed electronically in compliance with Local Rule CV-5(a).  As such, this document was served on all counsel who are deemed to have consented to electronic service.  Local Rule CV-5(a)(3)(A).  Pursuant to Fed. R. Civ. P. 5(d) and Local Rule CV-5(d) and (e), all other counsel of record not deemed to have consented to electronic service were served with a true and correct copy of the foregoing by email and/or fax, on this 28 day of November 2007.

Dated: November 28, 2007                      /s/ Darren E. Donnelly
                                                                   Darren E. Donnelly