IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| PA ADVISORS, LLC, <br> Plaintiff, <br><br> v. <br><br> GOOGLE INC., YAHOO! INC., FACEBOOK, INC., CONTEXTWEB, INC., SPECIFIC MEDIA, INC., FAST SEARCH & TRANSFER ASA, FAST SEARCH & TRANSFER, INC., AGENTARTS, INC., SEEVAST CORPORATION, PULSE 360, INC., WPP GROUP USA, INC., WPP GROUP PLC, AND 24/7 REAL MEDIA, INC., <br> Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | Case No. 2-07-CV-480 TJW |

## PROPOSED ORDER

Having considered the Unopposed Motion For An Extension Of Time To Answer Or Otherwise Respond To The Complaint Of Defendants Fast Search & Transfer, Inc. and AgentArts, Inc., and finding it to be well-taken, the Court is of the opinion that the motion should be GRANTED.

IT IS ORDERED that Defendants Fast Search & Transfer, Inc., and AgentArts, Inc. have an extension of time to respond to Plaintiff's Complaint through and including December 24, 2007.

SIGNED this 12th day of December, 2007.

_____
T. JOHN WARD
UNITED STATES DISTRICT JUDGE