IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

MARSHALL DIVISION

|  |  |
|---|---|
| PA ADVISORS, LLC,<br><br>    Plaintiff,<br><br>v.<br><br>GOOGLE INC., et al.,<br><br>    Defendants. | )<br>)<br>)   CIVIL ACTION NO. 2-07CV-480<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

# DEFENDANT CONTEXTWEB, INC.'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO ANSWER OR OTHERWISE RESPOND <u>TO PLAINTIFF'S ORIGINAL COMPLAINT</u>

Contextweb, Inc. ("Contextweb"), a defendant in the above-entitled and numbered action, files this Unopposed Motion For Extension of Time to Answer or Otherwise Respond to Plaintiff's Original Complaint.

1. Plaintiff PA Advisors, LLC ("Plaintiff") filed its Original Complaint on November 2, 2007, and served Contextweb on November 6, 2007.

2. Plaintiff does not oppose Contextweb being granted an extension of time to answer or otherwise respond to Plaintiff's Original Complaint up to and including December 26, 2007.

WHEREFORE, Contextweb, with the agreement of Plaintiff, requests that the Court grant this unopposed motion and enter an order extending the date, up to and including

December 26, 2007, by which Contextweb must file its answer or otherwise respond to Plaintiff's Original Complaint.

Dated:  December 13, 2007              Respectfully submitted,

                                       DARBY & DARBY, PC


                                       ____s/ James E. Hanft_____
                                       James E. Hanft
                                       Melvin C. Garner
                                       Hiep Huu Nguyen
                                       DARBY & DARBY, PC
                                       7 World Trade Center
                                       250 Greenwich Street
                                       New York, NY 10007-0042
                                       Telephone:    (212) 527-7700
                                       Facsimile:    (212) 527-7701


## CERTIFICATE OF CONFERENCE

The undersigned hereby certifies that counsel for Defendant and counsel for Plaintiff conferred on November 20, 2007 and Plaintiff does not oppose this motion.

                                       ____s/ James E. Hanft_____
                                       James E. Hanft


## CERTIFICATE OF SERVICE

The undersigned hereby certifies that the foregoing document was filed electronically in compliance with Local Rule CV-5(a).  As such, this motion was served on all counsel who have consented to electronic service.  Local Rule CV-5(a)(3)(A).  Pursuant to Fed. R. Civ. P. 5(d) and Local Rule CV-5(e), all counsel of record not deemed to have consented to electronic service were served with a true and correct copy of the foregoing by certified mail return receipt requested, on this 13th day of December, 2007.

                                       ____s/ James E. Hanft_____
                                       James E. Hanft