IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

MARSHALL DIVISION

| | |
|---|---|
| PA ADVISORS, LLC, | ) ) ) CIVIL ACTION NO. 2-07CV-480 |
| Plaintiff, | ) ) ) |
| v. | ) ) |
| GOOGLE INC., et al., | ) ) |
| Defendants. | |

# [PROPOSED] ORDER GRANTING UNOPPOSED MOTION FOR EXTENSION OF TIME FOR CONTEXTWEB TO ANSWER OR OTHERWISE RESPOND TO PLAINTIFF'S ORIGINAL COMPLAINT

Defendant CONTEXTWEB, INC. moves the Court to extend the time within which the Defendants are required to move, answer, or otherwise respond to Plaintiff PA ADVISORS, LLC's Original Complaint up to and including December 26, 2007.

Having considered the pleading, the Court is of the opinion that the motion should be GRANTED. Thus, it is therefore, ORDERED that Defendants are required to move, answer or otherwise respond to Plaintiff's Complaint up to and including December 26, 2007.