# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| PA ADVISORS, LLC, | |
|     Plaintiff, | |
| v. | CASE NO. 2:07-CV-480 (TJW) |
| GOOGLE INC., et al. | JURY TRIAL DEMANDED |
|     Defendants. | |

## ORDER GRANTING DEFENDANT YAHOO! INC.'S MOTION TO DISMISS, OR IN THE ALTERNATIVE, FOR MORE DEFINITE STATEMENT

Before the Court is Defendant Yahoo's Motion to Dismiss, or in the Alternative, for More Definite Statement. Based on the brief and supporting papers, and for good cause shown, Defendant's Motion is hereby GRANTED.

IT IS HEREBY ORDERED that:

Plaintiff's claims of patent infringement against Yahoo! are hereby dismissed.

14