# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

|  |  |
|---|---|
| PA ADVISORS, LLC., | ) |
|  | ) Civil Action No. 2:07-CV-480 TJW |
| v. | ) |
|  | ) |
| (1)  GOOGLE INC. | ) |
| (2)  YAHOO! INC. | ) **JURY** |
| (3)  FACEBOOK, INC. | ) |
| (4)  CONTEXTWEB, INC. | ) |
| (5)  SPECIFIC MEDIA, INC. | ) |
| (6)  FAST SEARCH & TRANSFER ASA | ) |
| (7)  FAST SEARCH & TRANSFER, INC. | ) |
| (8)  AGENTARTS, INC. | ) |
| (9)  SEEVAST CORPORATION | ) |
| (10) PULSE 360, INC. | ) |
| (11) WPP GROUP USA, INC. | ) |
| (12) WPP GROUP PLC | ) |
| (13) 24/7 REAL MEDIA, INC. | ) |

## SPECIFIC MEDIA, INC.'S
## CORPORATE DISCLOSURE STATEMENT

Defendant Specific Media, Inc. (a nongovernmental corporate party) submits the following disclosure statement pursuant to Rule 7.1 of the Federal Rules of Civil Procedure:

1. The parent company of Specific Media, Inc. is Interactive Media Holdings, Inc., a Delaware corporation.

2. No publicly held corporation owns 10% or more of Specific Media's stock.

-1-

Dockets.Justia.com

-2-

                                                Respectfully Submitted

Date:  December 21, 2007         By:  ***/s/ Melvin R. Wilcox, III***
                                               Melvin R. Wilcox, III
                                               mrw@smeadlaw.com
                                               SMEAD, ANDERSON & DUNN
                                               2110 Horseshoe Lane
                                               Longview, Texas 75606-3343
                                               Telephone: (903) 232-1892
                                               Facsimile:  (903) 232-1889

                                               Attorney for Defendant
                                               SPECIFIC MEDIA, INC.

## **CERTIFICATE OF SERVICE**

      The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this **SPECIFIC MEDIA INC.'S CORPORATE DISCLOSURE STATEMENT** via the Court's CM/ECF system per Local Rule CV-5(a)(3) on December 21, 2007.  Any other counsel of record will be served by facsimile transmission and first class mail.

                                               ***/s/ Melvin R. Wilcox, III***
                                               Melvin R. Wilcox, III

4673525
121907