## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## MARSHALL DIVISION

| | |
|---|---|
| PA ADVISORS, LLC, ) | |
|     Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| ) | |
| GOOGLE INC., YAHOO! INC., FACEBOOK, ) | Case No. 2-07-CV-480 TJW |
| INC., CONTEXTWEB, INC., SPECIFIC ) | |
| MEDIA, INC., FAST SEARCH & ) | |
| TRANSFER ASA, FAST SEARCH & ) | |
| TRANSFER, INC., AGENTARTS, INC., ) | |
| SEEVAST CORPORATION, PULSE 360, ) | |
| INC., WPP GROUP USA, INC., WPP ) | |
| GROUP PLC, AND 2417 REAL MEDIA, ) | |
| INC., ) | |
|     Defendants. ) | |

### [PROPOSED] ORDER ON FAST SEARCH & TRANSFER, INC. AND AGENTARTS, INC.'S MOTION TO DISMISS AND TO STRIKE, OR, IN THE ALTERNATIVE, FOR A MORE DEFINITE STATEMENT; AND MOTION TO STAY DISCOVERY

Came on for consideration, the Motion to Dismiss and to Strike pursuant to Fed. R. Civ. P. 12(b)(6) filed by Defendants Fast Search & Transfer, Inc. and AgentArts, Inc. (the "Motion to Dismiss"), their alternative Motion for a More Definite Statement of Allegations in the Original Complaint for Patent Infringement pursuant to Fed. R. Civ. P. 12(e) ("Motion for More Definite Statement") and their Motion to Stay Discovery and Disclosures ("Motion to Stay").

Based on the matters set out in these Motions, in other pleadings on file in this case and on the arguments of counsel among other things, the Court hereby determines that the Motions are well taken and that Plaintiff PA Advisors LLC's Complaint in this case does not provide Defendants, Fast Search & Transfer, Inc. and AgentArts, Inc. fair notice of the

465311.1

nature of, and grounds for the claims against them and thus, it fails to state a claim on which relief can be granted. As a result, it is hereby ORDERED that:

\_\_\_\_\_ the Motion to Dismiss is GRANTED, all the claims in this case asserted by Plaintiff, PA Advisors, LLC against Defendants, Fast Search & Transfer, Inc. and AgentArts, Inc. are dismissed, and Plaintiff, PA Advisors, LLC's prayer for relief against Defendants, Fast Search & Transfer, Inc. and AgentArts, Inc. is stricken from the Complaint.

\_\_\_\_\_ the Motion for More Definite Statement is GRANTED, and Plaintiff, PA Advisors shall provide a more definite statement of its claims against Fast Search & Transfer, Inc. and AgentArts, Inc. on or before ten days after the date of this Order.

\_\_\_\_\_ the Motion to Stay filed by Defendants, Fast Search & Transfer, Inc. and AgentArts, Inc. is GRANTED, and those Defendants are not required to make any disclosures of any kind, whether pursuant to the federal rules or local rules or otherwise, or respond to discovery in this case until thirty days after Plaintiff amends its Complaint so that it provides fair notice of the nature of and grounds for the claims against them.

Signed this \_\_\_\_ day of _____, 200\_.

_____
Presiding Judge

F:\Stor\DRC\Agent Arts, Inc\drafts of pleadings\order on motion to dismiss.doc

465311.1