# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| PA Advisors, LLC, § | |
| § | |
| Plaintiff § | |
| § | |
| vs. § | NO.   2:07-cv-00480-TJW |
| § | |
| Google Inc. et al, § | |
| § | |
| Defendants. § | |

## DEFENDANT FACEBOOK, INC.'S CORPORATE DISCLOSURE STATEMENT

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Defendant Facebook, Inc. states that it is a privately held corporation with no parent corporation. To its knowledge, no publicly held corporation holds 10% or more of its stock.

Dated: December 21, 2007                    Respectfully submitted,

                                             /s/ Darryl M. Woo
                                            Darryl M. Woo, Cal. Bar No. 100513
                                            FENWICK & WEST LLP
                                            555 California St., 12th Floor
                                            San Francisco, CA 94104
                                            Tel:   (415) 875-2300
                                            Fax:   (415) 281-1350
                                            dwoo@fenwick.com

                                            ATTORNEYS FOR DEFENDANT
                                            Facebook, Inc.