UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| PA ADVISORS, LLC,<br><br>      Plaintiff,<br><br>v.<br><br>GOOGLE INC.; YAHOO! INC.; FACEBOOK, INC.; CONTEXTWEB, INC.; SPECIFIC MEDIA, INC.; FAST SEARCH & TRANSFER ASA; FAST SEARCH & TRANSFER, INC.; AGENTARTS, INC.; SEEVAST CORPORATION; PULSE 360, INC.; WPP GROUP USA, INC.; WPP GROUP PLC, AND 24/7 REAL MEDIA, INC.<br><br>      Defendants. | Civil Action No. 2-07CV-480-TJW<br><br>JURY TRIAL REQUESTED |

### DEFENDANT GOOGLE INC.'S CORPORATE DISCLOSURE STATEMENT

Pursuant to Fed. R. Civ. P. 7.1, Defendant Google Inc. declares that it is a publicly traded company. It has no parent corporation, and no publicly traded corporation owns more than 10% of its stock.

1167.00002/353309.1

Dated: December 21, 2007

                                            Respectfully submitted,

                                            By:  /s/_____
                                                David J. Beck
                                                Texas Bar No. 00000070
                                                dbeck@brsfirm.com
                                  **BECK, REDDEN & SECREST, L.L.P.**
                                    One Houston Center
                                    1221 McKinney St., Suite 4500
                                    Houston, TX.  77010
                                    (713) 951-3700
                                    (713) 951-3720 (Fax)

                                    **LEAD ATTORNEY FOR**
                                    **DEFENDANT GOOGLE INC.**

OF COUNSEL:

Michael E. Richardson
Texas Bar No. 24002838
mrichardson@brsfirm.com
**BECK, REDDEN & SECREST, L.L.P.**
One Houston Center
1221 McKinney St., Suite 4500
Houston, Texas  77010
(713) 951-3700
(713) 951-3720 (Fax)

Charles K. Verhoeven,
California Bar No. 170151
charlesverhoeven@quinnemanuel.com
Quinn Emanuel Urquhart Oliver & Hedges, LLP
50 California Street, 22nd Floor
San Francisco, CA  94111
(415) 875-6600
(415) 875-6700 (Fax)

Brian C. Cannon
California Bar No. 193071
briancannon@quinnemanuel.com
Quinn Emanuel Urquhart Oliver & Hedges, LLP
555 Twin Dolphin Drive, Suite 560
Redwood Shores, CA  94065
(650) 801-5000
(650) 801-5100 (Fax)

1167.00002/353309.1

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that the foregoing document was filed electronically in compliance with Local Rule CV-5(a). As such, this motion was served on all counsel who have consented to electronic service. Local Rule CV-5(a)(3)(A).

/s/ _____
Michael E. Richardson

1167.00002/353309.1