IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| PA ADVISORS, LLC,<br><br>        Plaintiff,<br><br> v.<br><br>GOOGLE INC.,<br>YAHOO! INC.,<br>FACEBOOK, INC.,<br>CONTEXTWEB, INC.<br>SPECIFIC MEDIA, INC.,<br>FAST SEARCH & TRANSFER ASA,<br>FAST SEARCH & TRANSFER, INC.,<br>AGENTARTS, INC.,<br>SEEVAST CORPORATION,<br>PULSE 360, INC.,<br>WPP GROUP USA, INC.,:<br>WPP GROUP PLC, AND<br>24/7 REAL MEDIA, INC.<br><br>        Defendants. | Case No.<br>2-07-CV-480 TJW |

### SEEVAST CORPORATION'S AND PULSE 360, INC.'S
### RULE 7.1 DISCLOSURE STATEMENT

Defendants Seevast Corporation ("Seevast") and Pulse 360, Inc. ("Pulse 360") submit this Rule 7.1 Disclosure Statement:

   1.  Seevast has no parent corporation. No publicly-held corporation owns 10% or more of its stock.

2. Pulse 360's parent corporation is Seevast Corporation. No publicly-held corporation owns 10% or more of Pulse 360's stock.

Dated:     December 21, 2007

SEEVAST CORPORATION and PULSE 360, INC.

By: _____*Paul I. Perlman*_____
Paul I. Perlman (Admitted *pro hac vice*)
Robert J. Fluskey (Admitted *pro hac vice*)
**HODGSON RUSS LLP**
140 Pearl Street, Suite 100
Buffalo, New York 14202-4040
Telephone: 716.856.4000
Facsimile: 716.849-0349
email: *pperlman@hodgsonruss.com*
email: *rfluskey@hodgsonruss.com*

C. Thomas Kruse
**BAKER HOSTETLER**
1000 Louisiana
Suite 2000
Houston, TX 77002-5009
Telephone: 713.646-1365
Facsimile: 713.751-1717
email: *tkruse@bakerlaw.com*

**ATTORNEYS FOR DEFENDANTS SEEVAST CORPORATION and PULSE 360, INC.**

## CERTIFICATE OF SERVICE

      I hereby certify that on December 21, 2007, I filed the foregoing *Seevast Corporation's and Pulse 360, Inc.'s Rule 7.1 Disclosure Statement* with the Clerk of the District Court using its CM/ECF system, which would then electronically notify the CM/ECF participants on this case:

| | |
|---|---|
| Eric M. Albritton<br>*ema@emafirm.com,ajm@emafirm.com,*<br>*ecfdocket@emafirm.com* | Michael Edwin Jones<br>*mikejones@potterminton.com,*<br>*jovallery@potterminton.com* |
| David J Beck<br>*dbeck@brsfirm.com,sgan@brsfirm.com* | David M Lacy Kusters<br>*dlacykusters@fenwick.com,anolen@fenwick.com* |
| James S Blank<br>*james.blank@lw.com* | Joseph J Laferrera<br>*joe.laferrera@gesmer.com* |
| David R Childress<br>*dchildress@whitakerchalk.com* | Hiep Huu Nguyen<br>*hnguyen@darbylaw.com* |
| Darren E Donnelly<br>*ddonnelly@fenwick.com,emancera@fenwick.com* | Miyoung Shin<br>*mshin@brinkshofer.com* |
| Melvin C Garner<br>*mgarner@darbylaw.com* | Jim Mitchell Smith<br>*jmsmith@germer.com,trishaw@germer.com* |
| Lee T Gesmer<br>*lee.gesmer@gesmer.com* | Richard D Watkins<br>*rwatkins@usebrinks.com,federalcourts@usebrinks.com,*<br>*jschumaker@usebrinks.com* |
| Harry Lee Gillam , Jr<br>*gil@gillamsmithlaw.com,*<br>*becky@gillamsmithlaw.com* | Jason C White<br>*jwhite@usebrinks.com* |
| James E Hanft<br>*jhanft@darbylaw.com* | Darryl M Woo<br>*dwoo@fenwick.com,anolen@fenwick.com* |

Dated:      December 21, 2007

SEEVAST CORPORATION and PULSE 360, INC.

By: /s/ Paul I. Perlman
Paul I. Perlman (Admitted *pro hac vice*)
Robert J. Fluskey (Admitted *pro hac vice*)
**HODGSON RUSS LLP**
140 Pearl Street, Suite 100
Buffalo, New York 14202-4040
Telephone: 716.856.4000
Facsimile: 716.849-0349
email: pperlman@hodgsonruss.com
email: rfluskey@hodgsonruss.com