IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| PA ADVISORS, LLC,<br><br>                    Plaintiff,<br><br>v.<br><br>GOOGLE INC.,<br>YAHOO! INC.,<br>FACEBOOK, INC.,<br>CONTEXTWEB, INC.<br>SPECIFIC MEDIA, INC.,<br>FAST SEARCH & TRANSFER ASA,<br>FAST SEARCH & TRANSFER, INC.,<br>AGENTARTS, INC.,<br>SEEVAST CORPORATION,<br>PULSE 360, INC.,<br>WPP GROUP USA, INC.,:<br>WPP GROUP PLC, AND<br>24/7 REAL MEDIA, INC.<br><br>                    Defendants. | Case No.<br>2-07-CV-480 TJW |

## SEEVAST'S AND PULSE 360'S MOTION TO DISMISS, OR IN THE ALTERNATIVE, FOR A MORE DEFINITE STATEMENT

For the reasons set forth in Yahoo!, Inc.'s "Motion to Dismiss, or in the Alternative, for a More Definite Statement," Seevast Corporation and Pulse 360, Inc. respectfully move to dismiss the claims against them pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure. In the alternative, Seevast and Pulse 360 join in Yahoo's motion for a more definite statement pursuant to Rule 12(e) of the Federal Rules of Civil Procedure. The arguments presented in Yahoo's motion are hereby incorporated by reference.

U.S. Patent No. 6,199,067 is directed toward a system and method for automatically generating personalized user profiles, based on linguistic patterns extracted from texts submitted by the user, to perform adaptive Internet or computer data searches. Complaint ¶ 18 & Ex. A. PA Advisors claims, in conclusory fashion, that Seevast and Pulse 360 are infringing the '067 patent. PA Advisors' allegations against these companies consists solely of the following statement:

> Upon information and belief, Defendant Seevast has been and now is directly, literally and/or upon information and belief, jointly, equivalently and/or indirectly infringing by way of inducing infringement by others and/or contributing to the infringement by others of the '067 Patent in the State of Texas, in this judicial district, and elsewhere in the United States by providing, among other things, methods and systems implemented by and through various websites that comprise systems and methods for automatically generating personalized user profiles and for utilizing the generated profiles to perform adaptive Internet or computer data searches as covered by one or more claims of the '067 Patent. Defendant Seevast is thus liable for infringement of the '067 Patent pursuant to 35 U.S.C. §271.

Complaint ¶ 28. (PA Advisors recites the exact same allegation against Pulse 360 in paragraph 29 of the complaint.)

The complaint vaguely asserts that Seevast and Pulse 360 utilize "methods and systems implemented by and through various websites that comprise systems and methods for automatically generating personalized user profiles," but does not describe anything about Seevast's or Pulse 360's products that would suggest that they involve such methods or systems. Indeed, the complaint fails to identify what Seevast or Pulse 360 product allegedly infringes the '067 patent. The allegations against Seevast and Pulse 360 are plainly insufficient under Rule 8 of the Federal Rules of Civil Procedure.

2

Accordingly, Seevast and Pulse 360 respectfully request that the Court dismiss the claims against them pursuant to Rule 12(b)(6) and *Bell Atlantic Corp. v. Twombly*, 127 S.Ct. 1955 (2007). In the alternative, Seevast and Pulse 360 join in Yahoo's motion for a more definite statement pursuant to Rule 12(e).

Dated: December 21, 2007

        **BAKER HOSTETLER**

        By:   /s/ C. Thomas Kruse
            C. Thomas Kruse
            Texas State Bar No. 11742535
        1000 Louisiana
        Suite 2000
        Houston, TX 77002-5009
        Telephone: (713) 646-1365
        Facsimile: (713) 751-1717
        Email: *tkruse@bakerlaw.com*

        **HODGSON RUSS LLP**

        Paul I. Perlman (*pro hac vice* application pending)
        Robert J. Fluskey, Jr. (admitted *pro hac vice*)
        140 Pearl Street, Suite 100
        Buffalo, New York 14202-4040
        Telephone: (716) 856.4000
        Facsimile: (716) 849-0349
        Email: *pperlman@hodgsonruss.com*
        Email: *rfluskey@hodgsonruss.com*

        **ATTORNEYS FOR DEFENDANTS**
        **SEEVAST CORPORATION and PULSE 360, INC.**

## CERTIFICATE OF SERVICE

I hereby certify that on this 21st day of December, 2007, a true and correct copy of the foregoing document has been served on the following counsel of record, via electronic delivery, in accordance with the Court's local rules and procedures, and notification (if indicated) by U.S. Mail:

Eric M. Albritton
P.O. Box 2649
Longview, Texas 75606
**Certified Mail, Return Receipt Requested**
**No. 7007 1490 0000 4155 2696**

Joseph Diamante
Jenner & Block, LLP
919 Third Avenue, 37th Floor
New York, New York 10022-3908
**Certified Mail, Return Receipt Requested**
**No. 7007 1490 0000 4155 2702**

David J. Beck
Beck Redden & Secrest
1221 McKinney St., Suite 4500
One Houston Center
Houston, Texas 77010-2020

James S. Blank
Latham & Watkins LLP
885 Third Avenue
New York, New York 10022

David R. Childress
Whitaker Chalk Swindle & Sawyer
301 Commerce Street
3500 City Center Tower II
Fort Worth, Texas 76102-5802

Darren E. Donnelly
Fenwick & West – Mountain View
Silicon Valley Center
801 California Street
Mountain Valley, California 94041

Robert J. Fluskey, Jr.
Hodgson Russ LLP
140 Pearl Street
Suite 100
Buffalo, New York 14202-4040

Melvin C. Garner
Darby & Darby
7 World Trade Center
250 Greenwich Street
New York, New York 10007-0042

Lee T. Gesmer
Gesmer Updegrove LLP
40 Broad Street
Boston, Massachusetts 02109

Harry Lee Gillam, Jr.
Gillam & Smith, LLP
303 South Washington Avenue
Marshall, Texas 75670

Darby & Darby
7 World Trade Center
250 Greenwich Street
New York, New York 10007-0042

Michael Edwin Jones
Potter Minton PC
110 N College, Suite 500
P.O. Box 359
Tyler, Texas 75710-0359

David M. Lacy Kusters
Fenwick & West
555 California Street
12th Floor
San Francisco, California 94104

Joseph J. Laferrera
Gesmer Updegrove LLP
40 Broad Street
Boston, Massachusetts 02109

Hiep Huu Nguyen
Darby & Darby
7 World Trade Center
250 Greenwich Street
New York, New York 10007-0042

Paul I. Perlman
Hodgson Russ LLP
140 Pearl Street
Suite 100
Buffalo, New York 14202-4040

Miyoung Shin
Brinks Hofer Gilson & Lione
455 N Cityfront Plaza
Suite 3600 NBC Tower
Chicago, Illinois 60611-5599

Jim Mitchell Smith
Germer Gertz LLP
550 Fannin Street, Suite 400
Beaumont, Texas 77701

Richard D. Watkins
Brinks Hofer Gilson & Lione
455 N Cityfront Plaza
Suite 3600 NBC Tower
Chicago, Illinois 60611-5599

Jason C. White
Brinks Hofer Gilson & Lione
455 N Cityfront Plaza
Suite 3600 NBC Tower
Chicago, Illinois 60611-5599

Darryl M. Woo
Fenwick & West, LLP
555 California Street
12th Floor
San Francisco, California 94041

/s/ C. Thomas Kruse
C. Thomas Kruse