# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| PA ADVISORS, LLC,<br><br>      Plaintiff,<br><br> v.<br><br>GOOGLE INC.,<br>YAHOO! INC.,<br>FACEBOOK, INC.,<br>CONTEXTWEB, INC.<br>SPECIFIC MEDIA, INC.,<br>FAST SEARCH & TRANSFER ASA,<br>FAST SEARCH & TRANSFER, INC.,<br>AGENTARTS, INC.,<br>SEEVAST CORPORATION,<br>PULSE 360, INC.,<br>WPP GROUP USA, INC.,:<br>WPP GROUP PLC, AND<br>24/7 REAL MEDIA, INC.<br><br>      Defendants. | Case No.<br>2-07-CV-480 TJW |

## **ORDER**

Having reviewed the Motion to Dismiss filed by Defendants Seevast Corporation ("Seevast") and Pulse 360, Inc. ("Pulse 360"), in response to Plaintiff's complaint filed by PA Advisors, LLC, the Court, after review of the pleadings, issues the following ruling:

The Court finds the motion should be GRANTED.

It is therefore ordered that all claims asserted by Plaintiff against Defendants Seevast and Pulse 360 are hereby DISMISSED WITH PREJUDICE.

501654109.1