# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHAL DIVISION

|  |  |
|---|---|
| **PA ADVISORS, LLC** <br>         Plaintiff, <br>     v. <br> (1)  GOOGLE, INC., et al., <br> (2)  YAHOO! INC., <br> (3)  FACEBOOK, INC., <br> (4)  CONTEXTWEB, INC., <br> (5)  SPECIFIC MEDIA, INC., <br> (6)  FAST SEARCH & TRANSFER ASA <br> (7)  FAST SEARCH & TRANSFER, INC., <br> (8)  AGENTARTS, INC., <br> (9)  SEEVAST CORPORATION, <br> (10) PULSE 360, INC., <br> (11) WPP GROUP USA, INC., <br> (12) WPP GROUP PLC, AND <br> (13) 24/7 REAL MEDIA, INC. <br><br>         Defendants. | **Civil No.: 2:07-cv-00480-TJW** |

### DEFENDANT CONTEXTWEB, INC.'S DISCLOSURE
### STATEMENT PURSUANT TO FED. R. CIV. P. 7.1

      Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and to enable Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for Defendant ContextWeb, Inc. certifies that there is no parent corporation or publicly held corporation that owns 10% or more of its stock.

Dockets.Justia.com

|  |  |
|---|---|
| | Respectfully Submitted, |
| Dated:  December 26, 2007 | _s/ James E. Hanft_____<br>James E. Hanft<br>jhanft@darbylaw.com<br>Melvin C. Garner<br>mgarner@darbylaw.com<br>Hiep Huu Nguyen<br>hnguyen@darbylaw.com<br>7 World Trade Center<br>250 Greenwich Street<br>New York, NY 10007-0042<br>Tel: (212) 527-7700<br>Fax: (212) 527-7701<br><br>Matthew D. Orwig<br>morwig@sonnenschein.com<br>Sonnenschein Nath & Rosenthal L.L.P.<br>1717 Main Street, Suite 3400<br>Dallas, Texas  75201-7395<br>Tel: 214-259-0990<br>Fax: 214-259-0910<br><br>**Attorneys for Defendant ContextWeb Inc.** |

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that the foregoing document was filed electronically in compliance with Local Rule CV-5(a) and served on all counsel who have consented to electronic service pursuant to Local Rule CV-5(a)(3)(A). Pursuant to Fed. R. Civ. P. 5(d) and Local Rule CV-5(d), all counsel of record not deemed to have consented to electronic service were served with a true and correct copy of the foregoing by U.S. Mail, on this 26th day of December, 2007.

| Counsel | Party Represented | Method of Service |
|---|---|---|
| Joseph Diamante<br>Jenner & Block LLP<br>jdiamante@jenner.com | Attorneys for PA Advisors, LLC | E-mail |
| Eric M. Albritton<br>ema@emafirm.com | Attorney for PA Advisors, LLC | ECF |
| David J. Beck<br>Beck Redden & Secrest<br>dbeck@brsfirm.com | Attorneys for Google, Inc. | ECF |
| Jason C White<br>jwhite@usebrinks.com<br>Miyoung Shin<br>mshin@brinkshofer.com<br>Richard D Watkins<br>rwatkins@usebrinks.com<br>Brinks Hofer Gilson & Lione | Attorneys for Yahoo! Inc. | ECF |
| Michael Edwin Jones<br>Potter Minton PC<br>mikejones@potterminton.com | Attorneys for Yahoo! Inc. | ECF |
| Darren E Donnelly<br>ddonnelly@fenwick.com<br>Darryl M Woo<br>dwoo@fenwick.com<br>David M Lacy Kusters<br>dlacykusters@fenwick.com<br>Fenwick & West | Attorneys for Facebook, Inc. | ECF |
| Jim Mitchell Smith<br>jmsmith@germer.com<br>Germer Gertz, L.L.P. | Attorneys for Specific Media, Inc. | ECF |
| David R Childress<br>dchildress@whitakerchalk.com<br>Witaker Chalk Swindle & Sawyer | Attorneys for Fast Search & Transfer ASA, Fast Search & Transfer, Inc. and AgentArts, Inc. | ECF |
| C Thomas Kruse | Attorneys for Seevast Corporation | ECF |

| | | |
|---|---|---|
| tkruse@bakerlaw.com<br>Baker & Hostetler | and Pulse 360, Inc. | |
| Paul I Perlman<br>pperlman@hodgsonruss.com<br>Robert J Fluskey, Jr<br>rfluskey@hodgsonruss.com<br>Hodgson Russ LLP | Attorneys for Seevast Corporation and Pulse 360, Inc. | ECF |
| Harry Lee Gillam, Jr<br>gil@gillamsmithlaw.com<br>Gillam & Smith, LLP | Attorneys for WWP Group USA, Inc., WWP Group plc and 24/7 Real Media, Inc. | ECF |
| James S Blank<br>james.blank@lw.com<br>Latham & Watkins LLP | Attorneys for WWP Group USA, Inc., WWP Group plc and 24/7 Real Media, Inc. | ECF |

                                                                                                                                                                                                                          s/ James E. Hanft
                                                      James E. Hanft

**Defendant ContextWeb's**
**Fed. R. Civ. P. 7.1 Statement**