# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHAL DIVISION

|  |  |
|---|---|
| **PA ADVISORS, LLC** <br>             Plaintiff, <br><br> v. <br><br> **(1)  GOOGLE, INC., et al.,** <br> **(2)  YAHOO! INC.,** <br> **(3)  FACEBOOK, INC.,** <br> **(4)  CONTEXTWEB, INC.,** <br> **(5)  SPECIFIC MEDIA, INC.,** <br> **(6)  FAST SEARCH & TRANSFER ASA** <br> **(7)  FAST SEARCH & TRANSFER, INC.,** <br> **(8)  AGENTARTS, INC.,** <br> **(9)  SEEVAST CORPORATION,** <br> **(10) PULSE 360, INC.,** <br> **(11) WPP GROUP USA, INC.,** <br> **(12) WPP GROUP PLC, AND** <br> **(13) 24/7 REAL MEDIA, INC.** <br><br>             Defendants. | **Civil No.: 2:07-cv-00480-TJW** |

## DEFENDANT CONTEXTWEB, INC.'S MOTION TO
## DISMISS PURSUANT TO FED. R. CIV. P. 12(b)(6)

Defendant ContextWeb, Inc. ("ContextWeb") moves to dismiss the claims against it pursuant to Fed. R. Civ. P. 12(b)(6). The supporting memorandum and arguments submitted by Yahoo! Inc. and Facebook, Inc. are incorporated by reference, with facts specific to ContextWeb set forth below.

Plaintiff PA Advisors, LLC ("PA Advisors") asserts U.S. Patent No. 6,199,067 against ContextWeb. The sole "facts" relating to infringement asserted against ContextWeb are made on information and belief, and fail to identify <u>any</u> specific product of, or act committed by, ContextWeb:

> Upon information and belief, Defendant ContextWeb has been and now is directly, literally and/or, upon information and belief, jointly, equivalently and/or indirectly infringing by way of inducing infringement by others and/or contributing to the infringement by others of the '067 Patent in the State of Texas, in this judicial district, and elsewhere in the United States by providing, among other things, methods and systems implemented by and through various websites that comprise systems and methods for automatically generating personalized user profiles and for utilizing the generated profiles to perform adaptive internet or computer data searches as covered by one or more claims of the '067 Patent. Defendant ContextWeb is thus liable for infringement pursuant to 35 U.S.C. § 271.

Original Complaint for Patent Infringement, ¶ 23.

PA Advisors allegations against ContextWeb are legally insufficient because they lack facts sufficient to support patent infringement. The Federal Rules of Civil Procedure require identification of specific facts, including the products accused of infringement. *See* Form 16, Appendix of Forms to the Federal Rules of Civil Procedure (identifying specific "electric motors" in sample Complaint for Infringement of Patent). As discussed extensively by Yahoo! Inc. and Facebook, Inc., the Supreme Court in *Bell Atlantic Corp. v. Twombly*, 127 S.Ct. 1955 (2007) requires the pleading of facts sufficient to raise a right to relief above the speculative level. PA Advisors has failed to present even a single fact relating to ContextWeb's allegedly infringing activities. Instead, PA Advisors simply re-states the alleged coverage of the patent claims and attributes such actions to Contextweb. As such, it has failed to meet the required pleading standards.

-3-

Accordingly, ContextWeb respectfully requests that the Court dismiss the claims against them pursuant to Fed. R. Civ. P. 12(b)(6).

Respectfully Submitted,

Dated:  December 26, 2007

_s/ James E. Hanft_____
James E. Hanft
jhanft@darbylaw.com
Melvin C. Garner
mgarner@darbylaw.com
Hiep Huu Nguyen
hnguyen@darbylaw.com
7 World Trade Center
250 Greenwich Street
New York, NY 10007-0042
Tel: (212) 527-7700
Fax: (212) 527-7701

Matthew D. Orwig
morwig@sonnenschein.com
Sonnenschein Nath & Rosenthal L.L.P.
1717 Main Street, Suite 3400
Dallas, Texas  75201-7395
Tel: 214-259-0990
Fax: 214-259-0910

**Attorneys for Defendant ContextWeb Inc.**

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that the foregoing document was filed electronically in compliance with Local Rule CV-5(a) and served on all counsel who have consented to electronic service pursuant to Local Rule CV-5(a)(3)(A).  Pursuant to Fed. R. Civ. P. 5(d) and Local Rule CV-5(d), all counsel of record not deemed to have consented to electronic service were served with a true and correct copy of the foregoing by U.S. Mail, on this 26th day of December, 2007.

| Counsel | Party Represented | Method of Service |
|---|---|---|
| Joseph Diamante<br>Jenner & Block LLP<br>jdiamante@jenner.com | Attorneys for PA Advisors, LLC | E-mail |
| Eric M. Albritton<br>ema@emafirm.com | Attorney for PA Advisors, LLC | ECF |
| David J. Beck<br>Beck Redden & Secrest<br>dbeck@brsfirm.com | Attorneys for Google, Inc. | ECF |
| Jason C White<br>jwhite@usebrinks.com<br>Miyoung Shin<br>mshin@brinkshofer.com<br>Richard D Watkins<br>rwatkins@usebrinks.com<br>Brinks Hofer Gilson & Lione | Attorneys for Yahoo! Inc. | ECF |
| Michael Edwin Jones<br>Potter Minton PC<br>mikejones@potterminton.com | Attorneys for Yahoo! Inc. | ECF |
| Darren E Donnelly<br>ddonnelly@fenwick.com<br>Darryl M Woo<br>dwoo@fenwick.com<br>David M Lacy Kusters<br>dlacykusters@fenwick.com<br>Fenwick & West | Attorneys for Facebook, Inc. | ECF |
| Jim Mitchell Smith<br>jmsmith@germer.com<br>Germer Gertz, L.L.P. | Attorneys for Specific Media, Inc. | ECF |
| David R Childress<br>dchildress@whitakerchalk.com<br>Witaker Chalk Swindle & Sawyer | Attorneys for Fast Search & Transfer ASA, Fast Search & Transfer, Inc. and AgentArts, Inc. | ECF |
| C Thomas Kruse<br>tkruse@bakerlaw.com<br>Baker & Hostetler | Attorneys for Seevast Corporation and Pulse 360, Inc. | ECF |

**DEFENDANT CONTEXTWEB, INC.'S<br>MOTION TO DISMISS**

-5-

| Paul I Perlman<br>pperlman@hodgsonruss.com<br>Robert J Fluskey, Jr<br>rfluskey@hodgsonruss.com<br>Hodgson Russ LLP | Attorneys for Seevast Corporation and Pulse 360, Inc. | ECF |
|---|---|---|
| Harry Lee Gillam, Jr<br>gil@gillamsmithlaw.com<br>Gillam & Smith, LLP | Attorneys for WWP Group USA, Inc., WWP Group plc and 24/7 Real Media, Inc. | ECF |
| James S Blank<br>james.blank@lw.com<br>Latham & Watkins LLP | Attorneys for WWP Group USA, Inc., WWP Group plc and 24/7 Real Media, Inc. | ECF |

         ____s/ James E. Hanft_____
             James E. Hanft

-5-

**DEFENDANT CONTEXTWEB, INC.'S
MOTION TO DISMISS**