# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHAL DIVISION

| | |
|---|---|
| **PA ADVISORS, LLC** <br> Plaintiff, <br> v. <br> (1)  GOOGLE, INC., et al., <br> (2)  YAHOO! INC., <br> (3)  FACEBOOK, INC., <br> (4)  CONTEXTWEB, INC., <br> (5)  SPECIFIC MEDIA, INC., <br> (6)  FAST SEARCH & TRANSFER ASA <br> (7)  FAST SEARCH & TRANSFER, INC., <br> (8)  AGENTARTS, INC., <br> (9)  SEEVAST CORPORATION, <br> (10) PULSE 360, INC., <br> (11) WPP GROUP USA, INC., <br> (12) WPP GROUP PLC, AND <br> (13) 24/7 REAL MEDIA, INC. <br><br>              Defendants. | ) <br> ) <br> ) **Civil No.: 2:07-cv-00480-TJW** <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

## ORDER GRANTING DEFENDANT CONTEXTWEB, INC.'S
## MOTION TO DISMISS PURSUANT TO FED. R. CIV. P. 12(B)(6)

Defendant ContextWeb, Inc. moves the Court to dismiss the Complaint filed by Plaintiff PA Advisors, LLC.

Having considered the briefs and supporting papers, the Court GRANTS Defendant ContextWeb, Inc.'s motion. Therefore, it is ORDERED that Plaintiff's Original Complaint for Patent Infringement is dismissed.

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that the foregoing document was filed electronically in compliance with Local Rule CV-5(a) and served on all counsel who have consented to electronic service pursuant to Local Rule CV-5(a)(3)(A).  Pursuant to Fed. R. Civ. P. 5(d) and Local Rule CV-5(d), all counsel of record not deemed to have consented to electronic service were served with a true and correct copy of the foregoing by U.S. Mail, on this 26th day of December, 2007.

| **Counsel** | **Party Represented** | **Method of Service** |
|---|---|---|
| Joseph Diamante<br>Jenner & Block LLP<br>jdiamante@jenner.com | Attorneys for PA Advisors, LLC | E-mail |
| Eric M. Albritton<br>ema@emafirm.com | Attorney for PA Advisors, LLC | ECF |
| David J. Beck<br>Beck Redden & Secrest<br>dbeck@brsfirm.com | Attorneys for Google, Inc. | ECF |
| Jason C White<br>jwhite@usebrinks.com<br>Miyoung Shin<br>mshin@brinkshofer.com<br>Richard D Watkins<br>rwatkins@usebrinks.com<br>Brinks Hofer Gilson & Lione | Attorneys for Yahoo! Inc. | ECF |
| Michael Edwin Jones<br>Potter Minton PC<br>mikejones@potterminton.com | Attorneys for Yahoo! Inc. | ECF |
| Darren E Donnelly<br>ddonnelly@fenwick.com<br>Darryl M Woo<br>dwoo@fenwick.com<br>David M Lacy Kusters<br>dlacykusters@fenwick.com<br>Fenwick & West | Attorneys for Facebook, Inc. | ECF |
| Jim Mitchell Smith<br>jmsmith@germer.com<br>Germer Gertz, L.L.P. | Attorneys for Specific Media, Inc. | ECF |
| David R Childress<br>dchildress@whitakerchalk.com<br>Witaker Chalk Swindle & Sawyer | Attorneys for Fast Search & Transfer ASA, Fast Search & Transfer, Inc. and AgentArts, Inc. | ECF |
| C Thomas Kruse | Attorneys for Seevast Corporation | ECF |

| | | |
|---|---|---|
| tkruse@bakerlaw.com<br>Baker & Hostetler | and Pulse 360, Inc. | |
| Paul I Perlman<br>pperlman@hodgsonruss.com<br>Robert J Fluskey, Jr<br>rfluskey@hodgsonruss.com<br>Hodgson Russ LLP | Attorneys for Seevast Corporation and Pulse 360, Inc. | ECF |
| Harry Lee Gillam, Jr<br>gil@gillamsmithlaw.com<br>Gillam & Smith, LLP | Attorneys for WWP Group USA, Inc., WWP Group plc and 24/7 Real Media, Inc. | ECF |
| James S Blank<br>james.blank@lw.com<br>Latham & Watkins LLP | Attorneys for WWP Group USA, Inc., WWP Group plc and 24/7 Real Media, Inc. | ECF |

                                                   s/ James E. Hanft
                                                    James E. Hanft