Appendix K                                                           Revised: 1/24/07   FILED-CLERK
                                                                                         U.S. DISTRICT COURT
                          UNITED STATES DISTRICT COURT
                          EASTERN DISTRICT OF TEXAS                                      2007 DEC 21  PM 3:17
                             Marshall  DIVISION
                        APPLICATION TO APPEAR PRO HAC VICE                              TX EASTERN-MARSHALL

                                                                                         BY_____

1 This application is being made for the following: Case #___2-07CV-480 TJW_____
Style:__PA ADVISORS, LLC v. SPECIFIC MEDIA, INC._____
2 Applicant is representing the following party/ies: _SPECIFIC MEDIA, INC._
3 Applicant was admitted to practice in __CA___ (state) on December 4, 2002__ (date)
4. Applicant is in good standing and is otherwise eligible to practice law before this court
5 Applicant is not currently suspended or disbarred in any other court
6 Applicant has/(has not) had an application for admission to practice before another court denied (please circle appropriate language) If so, give complete information on a separate page
7 Applicant has/(has not) ever had the privilege to practice before another court suspended (please circle) If so, give complete information on a separate page.
8 Applicant has/(has not) been disciplined by a court or Bar Association or committee thereof that would reflect unfavorably upon applicant's conduct, competency or fitness as a member of the Bar (please circle). If so, give complete information on a separate page
9 Describe in detail on a separate page any charges, arrests or convictions for criminal offense(s) filed against you. Omit minor traffic offenses
10 There are no pending grievances or criminal matters pending against the applicant
11 Applicant has been admitted to practice in the following courts:
_See Attachment A_____
12. Applicant has read and will comply with the Local Rules of the Eastern District of Texas, including Rule AT-3, the "Standards of Practice to be Observed by Attorneys."
13 Applicant has included the requisite $25 fee (see Local Rule AT-1(d))
14. Applicant understands that he/she is being admitted for the limited purpose of appearing in the case specified above only

**Application Oath:**
        I, _Matthew S. Bellinger_____ do solemnly swear (or affirm) that the above information is true; that I will discharge the duties of attorney and counselor of this court faithfully; that I will demean myself uprightly under the law and the highest ethics of our profession; and that I will support and defend the Constitution of the United States.

Date _Dec. 18, 2007_          Signature _Matt Bellinger_

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
APPLICATION TO APPEAR PRO HAC VICE (Continued)

Name (please print) Matthew S. Bellinger
State Bar Number 222,228
Firm Name: Knobbe, Martens, Olson & Bear, LLP
Address/P O Box: 2040 Main Street, 14th Floor
City/State/Zip: Irvine, California 92614
Telephone #: (949) 760-0404
Fax #: (949) 760-9502
E-mail Address: matthew.bellinger@kmob.com
Secondary E-Mail Address: litigation@kmob.com

Applicant is authorized to enter an appearance as counsel for the party/parties listed above This application has been approved for the court on: 12.21.07

DAVID J. MALAND, CLERK
David J. Maland, Clerk
U.S. District Court, Eastern District of Texas

By C. Hinton
Deputy Clerk

# ATTACHMENT A

| COURT | DATE ADMITTED |
|---|---|
| Texas (inactive status) | 11/00 |
| Court of Appeals for the Federal Circuit | 11/21/06 |
| U.S. Central District of California | 12/23/02 |
| U.S. Southern District of California | 04/05 |

# Receipt for Payment

Receipt No: 290003340

## United States District Court

for the
Eastern District of Texas at Marshall

Date: Wednesday, December 26, 2007

Received from:

**Knobbe Martens Olson & Bear LLP**
**2040 Main Street 14th Floor**
**Irvine, Ca 92614**

| Account | Description |
|---|---|
| 085000 | Attorney Admission Fees |
| 086400 | New Case Fee |
| 086900 | Filing Fees |
| 121000 | Conscience Fund |
| 129900 | Gifts |
| 143500 | Interest |
| 322340 | Sale of Publications |
| 322350 | Copy Fees |
| 322360 | Miscellaneous Fees |
| 322380 | Recoveries of Court Costs |
| 322386 | Cost of Prosecution |
| 504100 | Crime Victims Fund |
| 508800 | Immigration Fees |
| 510000 | Civil Filing Fee (1/2) |
| 5100PL | Partial Filing Fee (PLRA) |
| 510100 | Registry Fee |
| 604700 | Registry Funds/General and Special Funds |
| 613300 | Unclaimed Monies |
| 6855XX | Deposit Funds |

| Account | Amount |
|---|---|
| 6855XX | $25.00 |
| **Total** | **$25.00** |

Payment method: Check
Case or other reference: 2:07-cv-480
Comments: Ck# 1041158   PHV for Bellinger

Received by: ch