IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| PA ADVISORS, LLC<br><br>   Plaintiff,<br><br>   v.<br><br>GOOGLE INC., ET AL.<br><br>   Defendants. | No. 2:07-cv-480-TJW<br><br>JURY TRIAL DEMANDED |

## **NOTICE OF APPEARANCE**

Notice is hereby given that the undersigned attorney, Amy E. LaValle, enters her appearance in the above-referenced proceedings for the Plaintiff, PA Advisors, LLC ("PA Advisors"). PA Advisors respectfully requests that the Court take note of this Notice of Appearance and make Amy E. LaValle one of the attorneys of record for PA Advisors in this lawsuit. Copies of all communications and other documents should be e-mailed or faxed to Amy E. LaValle, at the address set forth below.

Dated: December 27, 2007

Respectfully submitted,

**PA ADVISORS, LLC**

By: /s/ Amy E. LaValle
Amy E. LaValle
Texas State Bar No. 24040529
**THE LAVALLE LAW FIRM**
3811 Turtle Creek Boulevard
Suite 1620
Dallas, Texas 75219
Telephone: (214) 732-7533
Facsimile: (214) 292-8831
E-mail: lavalle@lavallelawfirm.com

**ATTORNEY FOR PLAINTIFF
PA ADVISORS, LLC**

1

## **CERTIFICATE OF SERVICE**

I hereby certify that the counsel of record who are deemed to have consented to electronic service are being served today with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3). Any other counsel of record will be served by electronic mail, facsimile transmission and/or first class mail on this same date.

Dated: December 27, 2007                                  /s/ Amy E. LaValle