IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| PA ADVISORS, LLC<br><br>Plaintiff,<br><br>v.<br><br>GOOGLE INC., ET AL.<br><br>Defendants. | No. 2:07-cv-480-TJW<br><br>JURY TRIAL DEMANDED |

## NOTICE OF APPEARANCE

Notice is hereby given that the undersigned attorney, David M. Pridham, enters his appearance in the above-referenced proceedings for the Plaintiff, PA Advisors, LLC ("PA Advisors"). PA Advisors respectfully requests that the Court take note of this Notice of Appearance and make David M. Pridham one of the attorneys of record for PA Advisors in this lawsuit. Copies of all communications and other documents should be e-mailed or faxed to David M. Pridham, at the address set forth below.

Dated: December 27, 2007

Respectfully submitted,

**PA ADVISORS, LLC**

By: /s/ David M. Pridham
David M. Pridham
R.I. State Bar No. 6625
**INTELLECTUAL PROPERTY
NAVIGATION GROUP, LLC**
207 C North Washington Avenue
Marshall, Texas 75670
Telephone: (903) 234-0507
Facsimile: (903) 234-2519
E-mail: david@ipnav.com

**ATTORNEY FOR PLAINTIFF
PA ADVISORS, LLC**

1

Dockets.Justia.com

## CERTIFICATE OF SERVICE

    I hereby certify that the counsel of record who are deemed to have consented to electronic service are being served today with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3). Any other counsel of record will be served by electronic mail, facsimile transmission and/or first class mail on this same date.

Dated: December 27, 2007                  /s/ David M. Pridham