IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| PA ADVISORS, LLC, ) | |
|     Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| ) | |
| GOOGLE INC., YAHOO! INC., FACEBOOK, ) | Case No. 2-07-CV-480 TJW |
| INC., CONTEXTWEB, INC., SPECIFIC ) | |
| MEDIA, INC., FAST SEARCH & ) | |
| TRANSFER ASA, FAST SEARCH & ) | |
| TRANSFER, INC., AGENTARTS, INC., ) | |
| SEEVAST CORPORATION, PULSE 360, ) | |
| INC., WPP GROUP USA, INC., WPP ) | |
| GROUP PLC, AND 2417 REAL MEDIA, ) | |
| INC., ) | |
|     Defendants. ) | |

### *CORPORATE DISCLOSURE STATEMENT OF*
### *FAST SEARCH & TRANSFER, INC. AND AGENTARTS, INC.*

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Defendants, AgentArts, Inc. and Fast Search & Transfer, Inc. disclose as follows:

1. Agent Arts, Inc. is a Delaware corporation which is presently a wholly owned subsidiary of Fast Search & Transfer, Inc.

2. Fast Search & Transfer, Inc. is a Massachusetts corporation, which is a wholly owned subsidiary of Fast Holdings N.A.

3. Fast Holdings N.A., is an entity created and existing under the laws of Nevada and is a wholly owned subsidiary of Fast Search & Transfer International AS.

4. Fast Search & Transfer International AS is an entity created and existing under the

*CORPORATE DISCLOSURE STATEMENT OF*                                                                                        Page 1
*FAST SEARCH & TRANSFER, INC. AND AGENTARTS, INC.*
F:\Stor\DRC\Agent Arts, Inc\drafts of pleadings\corporate certificate.wpd

dockets.Justia.com

laws of Norway and is a wholly owned subsidiary of Fast Search & Transfer ASA.

5. Fast Search & Transfer ASA is an entity created and existing under the laws of Norway which is publicly traded on the Oslo Stock Exchange.

Dated: December 27, 2007.

Respectfully Submitted,

_____
Lee T. Gesmer (BBO No. 190260)
Joseph J. Laferrera (BBO No. 564572)

Gesmer Updegrove LLP
40 Broad Street
Boston MA 02109
Lee.Gesmer@Gesmer.com
Telephone: 617.350.6800

David R. Childress TBA #04199480
Mack Ed Swindle TBA #19587500

WHITAKER, CHALK, SWINDLE & SAWYER, L.L.P.
3500 City Center Tower II
301 Commerce St.
Fort Worth, Texas 76102-4186
Telephone: (817) 878-0500
Facsimile: (817) 878-0501
dchildress@whitakerchalk.com

ATTORNEYS FOR DEFENDANTS FAST SEARCH & TRANSFER, INC. AND AGENTARTS, INC.

CERTIFICATE OF SERVICE

    The undersigned certifies that the foregoing document was filed electronically in compliance with Local Rule CV-5(a). As such, this motion was served on all counsel who have consented to electronic service, Local Rule CV-5(a)(3)(A), on this the 27th day of December, 2007.

_____
David R. Childress

CORPORATE DISCLOSURE STATEMENT OF
FAST SEARCH & TRANSFER, INC. AND AGENTARTS, INC..

Page 3