Appendix K                                                   Revised: 1/24/07
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
Marshall DIVISION
APPLICATION TO APPEAR PRO HAC VICE

1. This application is being made for the following: Case # __2-07CV-480 TJW__
Style: __PA ADVISORS, LLC v. SPECIFIC MEDIA, INC.__
2. Applicant is representing the following party/ies: __SPECIFIC MEDIA, INC.__
3. Applicant was admitted to practice in __CA__ (state) on __June 3, 1983__ (date)
4. Applicant is in good standing and is otherwise eligible to practice law before this court
5. Applicant is not currently suspended or disbarred in any other court
6. Applicant has/**has not** had an application for admission to practice before another court denied (please circle appropriate language) If so, give complete information on a separate page
7. Applicant has/**has not** ever had the privilege to practice before another court suspended (please circle) If so give complete information on a separate page
8. Applicant has/**has not** been disciplined by a court or Bar Association or committee thereof that would reflect unfavorably upon applicant's conduct, competency or fitness as a member of the Bar (please circle) If so, give complete information on a separate page
9. Describe in detail on a separate page any charges, arrests or convictions for criminal offense(s) filed against you Omit minor traffic offenses
10. There are no pending grievances or criminal matters pending against the applicant
11. Applicant has been admitted to practice in the following courts:
__See Attachment A__
12. Applicant has read and will comply with the Local Rules of the Eastern District of Texas, including Rule AT-3, the "Standards of Practice to be Observed by Attorneys"
13. Applicant has included the requisite $25 fee (see Local Rule AT-1(d))
14. Applicant understands that he/she is being admitted for the limited purpose of appearing in the case specified above only

**Application Oath:**
I, __Craig S. Summers__ do solemnly swear (or affirm) that the above information is true; that I will discharge the duties of attorney and counselor of this court faithfully; that I will demean myself uprightly under the law and the highest ethics of our profession; and that I will support and defend the Constitution of the United States

Date __12/18/07__        Signature __Craig Summers__

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
APPLICATION TO APPEAR PRO HAC VICE (Continued)

Name (please print) Craig S. Summers
State Bar Number 108,688
Firm Name: Knobbe, Martens, Olson & Bear, LLP
Address/P.O. Box: 2040 Main Street, 14th Floor
City/State/Zip: Irvine, California 92614
Telephone #: (949) 760-0404
Fax #: (949) 760-9502
E-mail Address: craig.summers@kmob.com
Secondary E-Mail Address: litigation@kmob.com

Applicant is authorized to enter an appearance as counsel for the party/parties listed above. This application has been approved for the court on: 12-21-07

DAVID J. MALAND, CLERK

David J. Maland, Clerk
U.S. District Court, Eastern District of Texas

By _C. Hinton_
Deputy Clerk

# ATTACHMENT A

| COURT | DATE ADMITTED |
|---|---|
| U S Supreme Court | 05/16/94 |
| Patent and Trademark Office | 06/22/84 |
| Court of Appeals for the Federal Circuit | 08/02/85 |
| Court of Appeals for the Ninth Circuit | 09/11/84 |
| U S Central District of California | 07/28/83 |
| U S Northern District of California | 01/27/84 |
| U S Southern District of California | 05/07/84 |
| U S Eastern District of California | 01/24/84 |
| U S Eastern District of Michigan | 05/01/07 |
| U S District of Arizona | 09/18/95 |

# Receipt for Payment

Receipt No: 2490033441

## United States District Court

for the
Eastern District of Texas at Marshall

Date: Wednesday, December 26, 2007

Received from:

Knobbe Martens Olson & Bear LLP
2040 Main Street 14th Floor
Irvine, CA 92614

| Account | Amount |
|---|---|
| 6855XX | $25.00 |
| **Total** | **$25.00** |

| Account | | Description |
|---|---|---|
| 085000 | – | Attorney Admission Fees |
| 086400 | – | New Case Fee |
| 086900 | – | Filing Fees |
| 121000 | – | Conscience Fund |
| 129900 | – | Gifts |
| 143500 | – | Interest |
| 322340 | – | Sale of Publications |
| 322350 | – | Copy Fees |
| 322360 | – | Miscellaneous Fees |
| 322380 | – | Recoveries of Court Costs |
| 322386 | – | Cost of Prosecution |
| 504100 | – | Crime Victims Fund |
| 508800 | – | Immigration Fees |
| 510000 | – | Civil Filing Fee (1/2) |
| 5100PL | – | Partial Filing Fee (PLRA) |
| 510100 | – | Registry Fee |
| 604700 | – | Registry Funds/General and Special Funds |
| 613300 | – | Unclaimed Monies |
| 6855XX | – | Deposit Funds |

Payment method: Check
Case or other reference: 2:07-cv-480
Comments: Ck# 1041157 PHV for Summers

Received by: ch