IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

PA ADVISORS, LLC,

                              Plaintiff,

-against-

(1) GOOGLE INC.,
(2) YAHOO! INC.,
(3) FACEBOOK, INC.,
(4) CONTEXTWEB, INC.,
(5) SPECIFIC MEDIA, INC.,
(6) FAST SEARCH & TRANSFER ASA,
(7) FAST SEARCH & TRANSFER, INC.,
(8) AGENT ARTS, INC.,
(9) SEEVAST CORPORATION.
(10) PULSE 360, INC.,
(11) WPP GROUP USA, INC.,
(12) WPP GROUP PLC, AND
(13) 24/7 REAL MEDIA, INC.,

                              Defendants.

CIVIL ACTION NO. 2-07 CV-480 TJW

**24/7 REAL MEDIA, INC.'S CORPORATE DISCLOSURE STATEMENT**

     Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and to enable judges and magistrate judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for defendant 24/7 Real Media, Inc. (a private non-governmental party) certifies that its corporate parent is Young & Rubicam Inc. and that no publicly held corporation directly owns 10% or more of its stock. WPP Group plc indirectly owns 24/7 Real Media, Inc. through Young & Rubicam Inc. WPP Group plc is a public limited company organized under the laws of England and Wales, whose shares are traded on the London Stock Exchange and whose ADRs are traded on NASDAQ.

NY\1361921.1

Dated:  December 27, 2007                                  Respectfully submitted,


                                                           By: /s/ James S. Blank

                                                           Harry L. Gillam, Jr.
                                                           Bar #:  07921800
                                                           GILLAM & SMITH, L.L.P.
                                                           303 S. Washington Avenue
                                                           Marshall, TX  75670
                                                           Tel.:  (903) 934-8450
                                                           Fax:  (903) 934-9257
                                                           Email: gil@gillamsmith.com

                                                           James S. Blank *(admitted pro hac vice)*
                                                           LATHAM & WATKINS LLP
                                                           885 Third Avenue
                                                           New York, NY  10022
                                                           Tel.:  (212) 906-1200
                                                           Fax:  (212) 751-4864
                                                           Email: james.blank@lw.com

                                                           Attorneys for Defendant and Counterclaimant
                                                           24/7 Real Media Inc.