IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| PA ADVISORS, LLC,<br><br>            Plaintiff,<br> -against-<br><br>(1)  GOOGLE INC.,<br>(2)  YAHOO! INC.,<br>(3)  FACEBOOK, INC.,<br>(4)  CONTEXTWEB, INC.,<br>(5)  SPECIFIC MEDIA, INC.,<br>(6)  FAST SEARCH & TRANSFER ASA,<br>(7)  FAST SEARCH & TRANSFER, INC.,<br>(8)  AGENT ARTS, INC.,<br>(9)  SEEVAST CORPORATION.<br>(10) PULSE 360, INC.,<br>(11) WPP GROUP USA, INC.,<br>(12) WPP GROUP PLC, AND<br>(13) 24/7 REAL MEDIA, INC.,<br><br>            Defendants. | CIVIL ACTION NO. 2-07 CV-480 TJW |

**ORDER GRANTING DEFENDANT 24/7 REAL MEDIA, INC.'S MOTION TO DISMISS, OR IN THE ALTERNATIVE, FOR A MORE DEFINITE STATEMENT**

 Before the Court is Defendant 24/7 Real Media, Inc.'s Motion to Dismiss, or in the Alternative, for a More Definite Statement. Based on the brief and supporting papers, and for good cause shown, Defendant's Motion is hereby GRANTED:

IT IS HEREBY ORDERED that:

 Plaintiff's claims of patent infringement against 24/7 Real Media, Inc. are hereby dismissed.

NY\1361882.1