IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| PA ADVISORS, LLC,<br><br>            Plaintiff,<br> -against-<br><br>(1) GOOGLE INC.,<br>(2) YAHOO! INC.,<br>(3) FACEBOOK, INC.,<br>(4) CONTEXTWEB, INC.,<br>(5) SPECIFIC MEDIA, INC.,<br>(6) FAST SEARCH & TRANSFER ASA,<br>(7) FAST SEARCH & TRANSFER, INC.,<br>(8) AGENT ARTS, INC.,<br>(9) SEEVAST CORPORATION.<br>(10) PULSE 360, INC.,<br>(11) WPP GROUP USA, INC.,<br>(12) WPP GROUP PLC, AND<br>(13) 24/7 REAL MEDIA, INC.,<br><br>            Defendants. | CIVIL ACTION NO. 2-07 CV-480 TJW<br><br>**WPP GROUP USA, INC.'S<br>CORPORATE DISCLOSURE<br>STATEMENT** |

  Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and to enable judges and magistrate judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for defendant WPP Group USA, Inc. (a private non-governmental party) certifies that its indirect corporate parent is WPP Group plc and that no publicly held corporation directly owns 10% or more of its stock. WPP Group plc is a public limited company organized under the laws of England and Wales, whose shares are traded on the London Stock Exchange and whose ADRs are traded on NASDAQ.

NY\1361921.1

Dated:  December 27, 2007

Respectfully submitted,

By: /s/ *James S. Blank*

Harry L. Gillam, Jr.
Bar #:  07921800
GILLAM & SMITH, L.L.P.
303 S. Washington Avenue
Marshall, TX  75670
Tel.:  (903) 934-8450
Fax:  (903) 934-9257
Email: gil@gillamsmith.com

James S. Blank *(admitted pro hac vice)*
LATHAM & WATKINS LLP
885 Third Avenue
New York, NY  10022
Tel.:  (212) 906-1200
Fax:  (212) 751-4864
Email: james.blank@lw.com

Attorneys for Defendant
WPP Group USA, Inc.

NY\1361921.1