IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

PA ADVISORS, LLC,

                                   Plaintiff,

-against-

(1)   GOOGLE INC.,
(2)   YAHOO! INC.,
(3)   FACEBOOK, INC.,
(4)   CONTEXTWEB, INC.,                  CIVIL ACTION NO. 2-07 CV-480 TJW
(5)   SPECIFIC MEDIA, INC.,
(6)   FAST SEARCH & TRANSFER ASA,
(7)   FAST SEARCH & TRANSFER, INC.,
(8)   AGENT ARTS, INC.,
(9)   SEEVAST CORPORATION.
(10) PULSE 360, INC.,
(11) WPP GROUP USA, INC.,
(12) WPP GROUP PLC, AND
(13) 24/7 REAL MEDIA, INC.,

                                  Defendants.

**ORDER GRANTING DEFENDANT WPP GROUP USA, INC.'S MOTION TO
DISMISS, OR IN THE ALTERNATIVE, FOR A MORE DEFINITE STATEMENT**

Before the Court is Defendant WPP Group USA, Inc.'s Motion to Dismiss, or in the Alternative, for a More Definite Statement. Based on the brief and supporting papers, and for good cause shown, Defendant's Motion is hereby GRANTED:

IT IS HEREBY ORDERED that:

Plaintiff's claims of patent infringement against WPP Group USA, Inc. are hereby dismissed.

NY\1361886.1