5

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that all counsel of record who have consented to electronic service are being served with a copy of this document with the Court's CM/ECF System per Local Rule CV-5(a)(3) on this 27th day of December 2007. Any other counsel of record will be served by first class U.S. mail on this same date.

By: /s/ James S. Blank

NY\1361750.1

5