# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF TEXAS
## MARSHALL DIVISION
## APPLICATION TO APPEAR PRO HAC VICE

1. This application is being made for the following: Case #2:07-cv-480: *P.A. Advisors, L.L.C. v. Google Inc., Yahoo! Inc., Facebook, Inc., Contextweb, Inc., Specific Media, Inc., Fast Search & Transfer ASA, Fast Search & Transfer, Inc., Agentarts, Inc., WPP Group USA, Inc., WPP Group PLC, and 24/7 Real Media, Inc.*

2. Applicant is representing the following party: PA Advisors, LLC.

3. Applicant was admitted to practice in New York in 1981.

4. Applicant is in good standing and is otherwise eligible to practice law before this court.

5. Applicant is not currently suspended or disbarred in any other court.

6. Applicant has not had an application for admission to practice before another court denied.

7. Applicant has not ever had the privilege to practice before another court suspended.

8. Applicant has not been disciplined by a court or Bar Association or committee thereof that would reflect unfavorably upon applicant's conduct, competency or fitness as a member of the Bar.

9.  There are no pending grievances or criminal matters pending against the applicant.

10. Applicant has been admitted to practice in the following courts: District Court for the Eastern District of New York (12/11/84); District Court for the Southern District of New York (12/11/84); Court of Appeals for the Third Circuit (2/3/93); Court of Appeals for the Fourth Circuit (10/15/90); Court of Appeals for the Sixth Circuit (1/15/99); and the U.S. Supreme Court (2/27/95).

11. Applicant has read and will comply with the Local Rules of the Eastern District of Texas, including Rule AT-3, the "Standards of Practice to be Observed by Attorneys."

12. Applicant has included the requisite $25 fee (see Local Rule AT-1(d)).

13. Applicant understands that he is being admitted for the limited purpose of appearing in the case specified above only.

**Application Oath:**

I, Joseph Diamante do solemnly swear (or affirm) that the above information is true; that I will discharge the duties of attorney and counselor of this court faithfully; that I will demean myself uprightly under the law and the highest ethics of our profession; and that I will support and defend the Constitution of the United States.

Date  11/26/07   Signature _____

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TEXAS
# APPLICATION TO APPEAR PRO HAC VICE (Continued)

Name (please print)   Joseph Diamante
State Bar Number      1672120
Firm Name:            JENNER & BLOCK
Address/P.O. Box:     919 Third Avenue
City/State/Zip:       New York, NY 10022
Telephone #:          212-891-1600
Fax #:                212-909-0811
E-mail Address:       jdiamante@jenner.com
Secondary E-Mail Address: _____

Applicant is authorized to enter an appearance as counsel for the party/parties listed above. This application has been approved for the court on: _____1-2-08_____

David J Maland, Clerk
U.S. District Court, Eastern District of Texas

By _____
Deputy Clerk

3

# Receipt for Payment

Receipt No: 2-190003960

## United States District Court
for the
Eastern District of Texas at Marshall

Date: **Thursday, January 3, 2008**

Received from:

**ERIC ALBRITTON**

**LONGVIEW, TX**

| Account | Description |
|---|---|
| 085000 | Attorney Admission Fees |
| 086400 | New Case Fee |
| 086900 | Filing Fees |
| 121000 | Conscience Fund |
| 129900 | Gifts |
| 143500 | Interest |
| 322340 | Sale of Publications |
| 322350 | Copy Fees |
| 322360 | Miscellaneous Fees |
| 322380 | Recoveries of Court Costs |
| 322386 | Cost of Prosecution |
| 504100 | Crime Victims Fund |
| 508800 | Immigration Fees |
| 510000 | Civil Filing Fee (1/2) |
| 5100PL | Partial Filing Fee (PLRA) |
| 510100 | Registry Fee |
| 604700 | Registry Funds/General and Special Funds |
| 613300 | Unclaimed Monies |
| 6855XX | Deposit Funds |

| Account | Amount |
|---|---|
| 6855XX | $25.00 |
| **Total** | **$25.00** |

Payment method: **Check**

Case or other reference: **2:07cv480  PHV DIAMANTE**

Comments: **CK 2421**

Received by: **pa**