# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | | |
|---|---|---|
| PA ADVISORS, LLC, | § | |
| | § | |
| v. | § | 2:07-cv-480-TJW |
| | § | |
| CONTEXTWEB, INC., ET AL. (4) | § | |
| | § | |
| | § | |

## ENTRY OF APPEARANCE OF COUNSEL

COMES NOW, Matthew D. Orwig and the law firm of Sonnenschein Nath & Rosenthal LLP and enters this appearance on behalf of Contextweb, Inc. in the above captioned cause.

Respectfully submitted,

/s/ Matthew D. Orwig                        .
Matthew D. Orwig
Texas State Bar No. 15325300
SONNENSCHEIN NATH &
    ROSENTHAL LLP
1717 Main Street
Suite 3400
Dallas, TX  75201
(214) 259-0900
(214) 259-0910 Facsimile
ATTORNEY FOR DEFENDANT
CONTEXTWEB, INC.

Dockets.Justia.com

## CERTIFICATE OF SERVICE

    I hereby certify that a true and correct copy of the foregoing Entry of Appearance was delivered to the counsel of record via the Court's CM/ECF system per Local Rule CV-5(a)(3) on this 7th day of January, 2008.

                                              /s/ Matthew D. Orwig  .
                                              Matthew D. Orwig
                                              SONNENSCHEIN NATH &
                                                  ROSENTHAL LLP