IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| PA ADVISORS, LLC<br><br>　　Plaintiff,<br><br>　　v.<br><br>GOOGLE INC., ET AL.<br><br>　　Defendants. | No. 2:07-cv-480-TJW<br><br>JURY TRIAL DEMANDED |

### PLAINTIFF'S RESPONSE TO WPP GROUP USA, INC.'S MOTION TO DISMISS PURSUANT TO FEDERAL RULES OF CIVIL PROCEDURE 12(B)(2) AND 12(B)(6) OR, IN THE ALTERNATIVE, FOR A MORE DEFINITE STATEMENT

Plaintiff PA Advisors, LLC ("PA Advisors") files this Response to WPP Group USA, Inc.'s Motion to Dismiss Pursuant to Federal Rules of Civil Procedure 12(b)(2) and 12(b)(6) or, in the Alternative, for a More Definite Statement ("WPP Group USA's Motion to Dismiss") (Dkt. No. 54).

PA Advisors hereby notifies the Court that WPP Group USA's Motion to Dismiss is now moot in light of Plaintiff's Notice of Voluntary Dismissal of WPP Group USA, Inc. (Dkt. No. 64) filed earlier today. PA Advisors filed the notice of dismissal, without prejudice, based on the representations made by WPP Group USA in its Motion to Dismiss and the supporting Declaration of Firouzeh Bahrampour filed therewith.

As such, PA Advisors asks the Court to deny as moot WPP Group USA, Inc.'s Motion to Dismiss Pursuant to Federal Rules of Civil Procedure 12(b)(2) and 12(b)(6) or, in the Alternative, for a More Definite Statement.

1

Dated: January 11, 2008						Respectfully submitted,

**PA ADVISORS, LLC**

By: /s/ Amy E. LaValle
Eric M. Albritton
Texas State Bar No. 00790215
**ALBRITTON LAW FIRM**
P.O. Box 2659
Longview, Texas 75606
Telephone:  (903) 757-8449
Facsimile:  (903) 758-7397
E-mail:  ema@emafirm.com

David M. Pridham
R.I. State Bar No. 6625
**INTELLECTUAL PROPERTY NAVIGATION GROUP, LLC**
207 C North Washington Avenue
Marshall, Texas 75670
Telephone:  (903) 234-0507
Facsimile:  (903) 234-2519
E-mail:  david@ipnav.com

Amy E. LaValle
Texas State Bar No. 24040529
**THE LAVALLE LAW FIRM**
3811 Turtle Creek Boulevard
Suite 1620
Dallas, Texas 75219
Telephone: (214) 732-7533
Facsimile: (214) 292-8831
E-mail: lavalle@lavallelawfirm.com

Of Counsel:
Joseph Diamante
**JENNER & BLOCK LLP**
919 Third Avenue, 37th Floor
New York, New York 10022-3908
Telephone: (212) 891-1600
Facsimile:  (212) 891-1699
E-mail:  jdiamante@jenner.com

**ATTORNEYS FOR PLAINTIFF PA ADVISORS, LLC**

**CERTIFICATE OF SERVICE**

I hereby certify that the counsel of record who are deemed to have consented to electronic service are being served today with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3). Any other counsel of record will be served by electronic mail, facsimile transmission and/or first class mail on this same date.


Dated: January 11, 2008                           /s/ Amy E. LaValle