IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| PA ADVISORS, LLC,<br><br>    Plaintiff,<br><br>v.<br><br>(1) GOOGLE INC.;<br>(2) YAHOO! INC.;<br>(3) FACEBOOK, INC.;<br>(4) CONTEXTWEB, INC.;<br>(5) SPECIFIC MEDIA, INC.;<br>(6) FAST SEARCH & TRANSFER ASA;<br>(7) FAST SEARCH & TRANSFER, INC.;<br>(8) AGENTARTS, INC.;<br>(9) SEEVAST CORPORATION;<br>(10) PULSE 360, INC.;<br>(11) WPP GROUP USA, INC.;<br>(12) WPP GROUP PLC, AND<br>(13) 24/7 REAL MEDIA, INC.<br><br>    Defendants. | CIVIL ACTION NO. 2:07-cv-480(TJW) |

## YAHOO! INC.'S DISCLOSURE STATEMENT
## PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 7.1

Pursuant to Federal Rule of Civil Procedure 7.1, Defendant Yahoo! Inc. ("Yahoo") states that it has no parent and that Capital Research and Management Company is deemed to be the beneficial owner of 10% or more of the shares of Common Stock of Yahoo.

Dated: January 14, 2008        Respectfully submitted,

                                           /s/    Jason C. White
                                      Jason C. White
                                      Richard D. Watkins
                                      Miyoung Shin
                                      BRINKS HOFER GILSON & LIONE
                                      455 North Cityfront Plaza Drive
                                      NBC Tower, Suite 3600
                                      Chicago, Illinois 60611-5599
                                      (312) 321-4200
                                      (312) 321-4299 (Facsimile)

                                      Michael E. Jones

mikejones@potterminton.com
State Bar No. 10929400
POTTER MINTON
A Professional Corporation
110 North College, Suite 500 (75702)
P. O. Box 359
Tyler, Texas 75710
(903) 597-8311
(903) 593-0846 (Facsimile)

***Attorneys for Defendant Yahoo! Inc.***

**CERTIFICATE OF SERVICE**

  The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3) on January 14, 2008. Any other counsel of record will be served by first class U.S. mail on this same date.

     /s/ Jason C. White