IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| PA ADVISORS, LLC<br><br>    Plaintiff,<br><br>v.<br><br>GOOGLE INC., ET AL.<br><br>    Defendants. | No. 2:07-cv-480-TJW<br><br>JURY TRIAL DEMANDED |

## **PLAINTIFF'S REPLY TO DEFENDANT GOOGLE INC.'S COUNTERCLAIMS**

Plaintiff PA Advisors, LLC ("PA Advisors") replies to the counterclaims of Defendant Google Inc. ("Google") by corresponding paragraph number as follows:

1. Admitted.

2. Denied that PA Advisors, LLC is an "LLP" or a "corporation." Otherwise admitted.

3. Admitted.

4. Admitted.

5. Paragraph 5 purports to incorporate by reference the allegations in paragraphs 1 through 36 of Google's answer and defenses and paragraphs 1 through 4 of its counterclaims and is, therefore, improper and incapable of being admitted or denied. Subject to the foregoing, PA Advisors incorporates its responses to paragraphs 1 through 4 above and denies the merits of Google's allegations and defenses set forth in its answer.

6. Admitted.

7. Admitted.

8. Denied.

1

9. Paragraph 9 purports to incorporate by reference the allegations in paragraphs 1 through 36 of Google's answer and defenses and paragraphs 1 through 8 of its counterclaims and is, therefore, improper and incapable of being admitted or denied. Subject to the foregoing, PA Advisors incorporates its responses to paragraphs 1 through 8 above and denies the merits of Google's allegations and defenses set forth in its answer.

10. Denied.

11. Denied.

To the extent necessary, Plaintiff denies that Google is entitled to the relief requested in its prayer for relief. In addition, to the extent necessary, Plaintiff denies any allegation in the counterclaims not specifically admitted above, and Plaintiff re-alleges infringement, enforceability, validity and its damages, and denies any allegations in the counterclaims adverse to same.

**PRAYER FOR RELIEF**

PA Advisors respectfully requests that this Court enter judgment denying and dismissing Google's counterclaims, and that the Court enter judgment in favor of Plaintiff as requested in Plaintiff's complaint, as amended or supplemented.

Dated: January 14, 2008

Respectfully submitted,

**PA ADVISORS, LLC**

By: /s/ David M. Pridham
Eric M. Albritton
Texas State Bar No. 00790215
**ALBRITTON LAW FIRM**
P.O. Box 2659
Longview, Texas 75606
Telephone: (903) 757-8449
Facsimile: (903) 758-7397
E-mail: ema@emafirm.com

David M. Pridham
R.I. State Bar No. 6625
**IP NAVIGATION GROUP, LLC**
207 C North Washington Avenue
Marshall, Texas 75670
Telephone: (903) 234-0507
Facsimile: (903) 234-2519
E-mail: david@ipnav.com

Amy E. LaValle
Texas State Bar No. 24040529
**THE LAVALLE LAW FIRM**
3811 Turtle Creek Boulevard
Suite 1620
Dallas, Texas 75219
Telephone: (214) 732-7533
Facsimile: (214) 292-8831
E-mail: lavalle@lavallelawfirm.com

Of Counsel:
Joseph Diamante
**JENNER & BLOCK LLP**
919 Third Avenue, 37th Floor
New York, New York 10022-3908
Telephone: (212) 891-1600
Facsimile: (212) 891-1699
E-mail: jdiamante@jenner.com

**ATTORNEYS FOR PLAINTIFF
PA ADVISORS, LLC**

## **CERTIFICATE OF SERVICE**

I hereby certify that the counsel of record who are deemed to have consented to electronic service are being served today with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3). Any other counsel of record will be served by electronic mail, facsimile transmission and/or first class mail on this same date.

Dated: January 14, 2008                               /s/ Amy E. LaValle