# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | | |
|---|---|---|
| **PA Advisors, LLC,** | § | |
| **Plaintiff** | § § § | |
| vs. | § § | NO.   2:07-cv-00480-TJW |
| **Google Inc. et al,** | § § | |
| **Defendants.** | § § § | |

## FACEBOOK, INC.'S REPLY REGARDING ITS MOTION TO DISMISS

On December 21, 2007, defendant Facebook, Inc. ("Facebook") filed motions to dismiss, for a more definite statement, to strike, and to stay discovery. Dkt. No. 37. On January 7, 2008, Plaintiff PA Advisors, LLC ("PA Advisors") filed an amended complaint (Dkt. No. 58) and opposed Facebook's motions (Dkt. No. 61).

Facebook respectfully requests that this Court disregard its motions filed on December 21, 2007 — specifically Dkt. No. 37.

Facebook will timely answer or otherwise respond to the amended complaint.

Dated: January 15, 2008 Respectfully submitted,

        */s/ Darryl M. Woo*
Darryl M. Woo,[1] California Bar No. 100513
Lead Counsel
Darren E. Donnelly,[1] California Bar No. 194335
David Lacy Kusters,[1] California Bar No. 241335
FENWICK & WEST LLP
555 California St., 12th Floor
San Francisco, CA 94104
Tel:    (415) 875-2300
Fax:    (415) 281-1350
dwoo@fenwick.com
ddonnelly@fenwick.com
dlacykusters@fenwick.com

ATTORNEYS FOR DEFENDANT
Facebook, Inc.

---

[1] Counsel are admitted to the Eastern District of Texas.

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document was filed electronically in compliance with Local Rule CV-5(a). As such, this motion was served on all counsel who have consented to electronic service, Local Rule CV-5(a)(3)(A), on this the 15th day of January, 2008.

                                            Respectfully submitted,

                                              /s/ Darryl M. Woo
                                            Darryl M. Woo