UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| PA ADVISORS, LLC,<br><br>                Plaintiff,<br><br>v.<br><br>GOOGLE, INC; YAHOO!, INC.; FACEBOOK, INC; CONTEXTWEB, INC.; SPECIFIC MEDIA, INC.; FAST SEARCH & TRANSFER ASA; FAST SEARCH & TRANSFER, INC.; AGENTARTS, INC.; SEEVAST CORPORATION; PULSE 360, INC.; WPP GROUP USA, INC.; WPP GROUP PLC; and 24/7 REAL MEDIA, INC,<br><br>                Defendants. | C.A. No. 2-07CV-480TJW |

**DEFENDANT FAST SEARCH &
TRANSFER, INC. AND AGENTARTS, INC.'S
REPLY REGARDING ITS MOTION TO DISMISS**

Defendant Fast Search & Transfer, Inc. ("Fast, Inc.") and AgentArts, Inc. ("AgentArts") hereby withdraws their *Motion to Dismiss And To Strike, Or, In The Alternative, For A More Definite Statement; And Motion To Stay Discovery*, filed on December 21, 2007 (Docket Entry No. 36).

Fast, Inc. and AgentArts, Inc. will timely answer or otherwise respond to the Amended Complaint.

466187.1

Respectfully Submitted,


By: /s/ Lee T. Gesmer
Lee T. Gesmer
Joseph J. Laferrera
Gesmer Updegrove LLP
40 Broad Street
Boston MA 02109
lee.gesmer@gesmer.com
Telephone: 617.350.6800


David R. Childress
TBA #04199480
Mack Ed Swindle
TBA #19587500

WHITAKER, CHALK, SWINDLE & SAWYER, L.L.P.
3500 City Center Tower II
301 Commerce St.
Fort Worth, Texas 76102-4186
Telephone: (817) 878-0500
Facsimile: (817) 878-0501
dchildress@whitakerchalk.com

ATTORNEYS FOR DEFENDANTS FAST SEARCH & TRANSFER, INC. AND AGENTARTS, INC.


Date: January 17, 2008


**CERTIFICATE OF SERVICE**

The undersigned certifies that the foregoing document was filed electronically in compliance with Local Rule CV-5(a). As such, this motion was served on all counsel who have consented to electronic service, Local Rule CV-5(a)(3)(A), on this the 17th day of January, 2008.


By: /s/ Lee T. Gesmer
Lee T. Gesmer


466187.1