# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHAL DIVISION

|  |  |
|---|---|
| **PA ADVISORS, LLC** <br>         Plaintiff, <br><br> v. <br><br> **GOOGLE, INC., et al.,** <br><br>         Defendants. | ) <br> ) <br> ) <br> ) **Civil No.: 2-07CV-480 (TJW)** <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

## NOTICE OF WITHDRAWAL OF CONTEXTWEB, INC.'S MOTION TO DISMISS PURSUANT TO FED. R. CIV. P. 12(b)(6)

On December 26, 2007, defendant ContextWeb, Inc. ("ContextWeb") filed its motion to dismiss pursuant to Fed. R. Civ. P. 12(b)(6). (Dkt. No. 44). On January 7, 2008, Plaintiff PA Advisors, LLC ("PA Advisors") filed an Amended Complaint (Dkt. No. 58) to correct its deficient pleadings and opposed ContextWeb's motion (Dkt. No. 63) based on the same.

As a result of the amending of the Complaint, ContextWeb hereby withdraws its motion.

-2-

Respectfully Submitted,

Dated: January 17, 2008

_s/ James E. Hanft_____
James E. Hanft
jhanft@darbylaw.com
Melvin C. Garner
mgarner@darbylaw.com
Hiep Huu Nguyen
hnguyen@darbylaw.com
7 World Trade Center
250 Greenwich Street
New York, NY 10007-0042
Tel: (212) 527-7700
Fax: (212) 527-7701

Matthew D. Orwig
morwig@sonnenschein.com
Sonnenschein Nath & Rosenthal L.L.P.
1717 Main Street, Suite 3400
Dallas, Texas  75201-7395
Tel: 214-259-0990
Fax: 214-259-0910

**Attorneys for Defendant ContextWeb Inc.**

-3-

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document was filed electronically in compliance with Local Rule CV-5(a). As such, this motion was served on all counsel who have consented to electronic service, Local Rule CV-5(a)(3)(A), on this 17th day of January, 2008.

                                              s/ James E. Hanft
                                                James E. Hanft