# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| PA ADVISORS, LLC,<br><br>                    Plaintiff,<br><br>   v.<br><br>GOOGLE INC.,<br>YAHOO! INC.,<br>FACEBOOK, INC.,<br>CONTEXTWEB, INC.<br>SPECIFIC MEDIA, INC.,<br>FAST SEARCH & TRANSFER ASA,<br>FAST SEARCH & TRANSFER, INC.,<br>AGENTARTS, INC.,<br>SEEVAST CORPORATION,<br>PULSE 360, INC.,<br>WPP GROUP USA, INC.,:<br>WPP GROUP PLC, AND<br>24/7 REAL MEDIA, INC.<br><br>                    Defendants. | Case No.<br>2-07-CV-480 TJW |

### SEEVAST'S AND PULSE 360'S REPLY
### REGARDING ITS MOTION TO DISMISS, OR IN THE
### ALTERNATIVE, FOR A MORE DEFINITE STATEMENT

On December 21, 2007, defendants Seevast Corporation and Pulse 360, Inc. filed a Motion to Dismiss, Or In The Alternative, For A More Definite Statement (Dkt. #42).  On January 7, 2008, Plaintiff PA Advisors, LLC ("PA Advisors") filed an Amended Complaint (Dkt. #58) and opposed Seevast Corporation's and Pulse 360, Inc.'s motion (Dkt. #60).

Seevast Corporation and Pulse 360, Inc. respectfully request that this Court disregard its motion filed on December 21, 2007 — specifically, Docket Number 42.

Seevast Corporation and Pulse 360, Inc. will timely answer or otherwise respond to the Amended Complaint.

Dated: January 17, 2008

**HODGSON RUSS LLP**

By: /s/ Robert J. Fluskey, Jr.
Paul I. Perlman (admitted *pro hac vice*)
Robert J. Fluskey, Jr. (admitted *pro hac vice*)
140 Pearl Street, Suite 100
Buffalo, New York 14202-4040
Telephone: (716) 856.4000
Facsimile: (716) 849-0349
Email: *pperlman@hodgsonruss.com*
Email: *rfluskey@hodgsonruss.com*

**BAKER HOSTETLER**
C. Thomas Kruse
Texas State Bar No. 11742535
1000 Louisiana
Suite 2000
Houston, TX 77002-5009
Telephone: (713) 646-1365
Facsimile: (713) 751-1717
Email: *tkruse@bakerlaw.com*

**CERTIFICATE OF SERVICE**

      The undersigned certifies that the foregoing document was filed electronically in compliance with Local Rule CV-5(a).  As such, this motion was served on all counsel who have consented to electronic service, Local Rule CV-5(a)(3)(A), on this 17th day of January, 2008

                                             /s/ Robert J. Fluskey, Jr.
                                           Robert J. Fluskey, Jr.