IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| PA ADVISORS, LLC,<br><br>                                      Plaintiff,<br>    -against-<br><br>(1)   GOOGLE INC.,<br>(2)   YAHOO! INC.,<br>(3)   FACEBOOK, INC.,<br>(4)   CONTEXTWEB, INC.,<br>(5)   SPECIFIC MEDIA, INC.,<br>(6)   FAST SEARCH & TRANSFER ASA,<br>(7)   FAST SEARCH & TRANSFER, INC.,<br>(8)   AGENT ARTS, INC.,<br>(9)   SEEVAST CORPORATION.<br>(10) PULSE 360, INC.,<br>(11) WPP GROUP USA, INC.,<br>(12) WPP GROUP PLC, AND<br>(13) 24/7 REAL MEDIA, INC.,<br><br>                                    Defendants. | CIVIL ACTION NO. 2:07-CV-480 TJW<br><br><br>**NOTICE OF WITHDRAWAL OF MOTION** |

      PLEASE TAKE NOTICE that Defendant 24/7 Real Media, Inc., by and through its undersigned counsel, hereby withdraws as moot its Motion to Dismiss Pursuant to Fed. R. Civ. P. 12(b)(6), or in the Alternative, for a More Definite Statement Pursuant to Fed R. Civ. P. 12(e), filed December 27, 2007 (the "Motion") (Docket No. 52), in light of PA Advisors' filing of the First Amended Complaint on January 7, 2008 (Docket No. 58). PA Advisors consents to the withdrawal of the Motion.

      PLEASE TAKE FURTHER NOTICE that 24/7 Real Media's withdrawal of the Motion as moot is without prejudice to its right to move for dismissal or a stay of PA Advisors' First Amended Complaint.

Dated: New York, New York
January 18, 2008

Respectfully submitted,

By: __/s/ James S. Blank_____

Harry L. Gillam, Jr.
Bar #: 07921800
GILLAM & SMITH, L.L.P.
303 S. Washington Avenue
Marshall, TX 75670
Tel.: (903) 934-8450
Fax: (903) 934-9257
Email: gil@gillamsmith.com

James Blank (*admitted pro hac vice*)
LATHAM & WATKINS LLP
885 Third Avenue
New York, New York 10022
Tel.: (212) 906-1200
Fax: (212) 751-4864
Email: james.blank@lw.com

*Attorneys for Defendant 24/7 Real Media, Inc.*

## CERTIFICATE OF SERVICE

The Undersigned hereby certifies that the foregoing document was filed electronically in compliance with Local Rule CV-5(a), and was served on all counsel who have consented to electronic service. Local Rule 5(a)(3)(A).

By: /s/ James S. Blank

James S. Blank