# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHAL DIVISION

|  |  |
|---|---|
| **PA ADVISORS, LLC** <br>        Plaintiff, <br><br> v. <br><br> **GOOGLE, INC., et al.,** <br><br>        Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) **Civil No.: 2-07CV-480 (TJW)** |

## UNOPPOSED MOTION TO WITHDRAW CONTEXTWEB, INC.'S MOTION TO DISMISS PURSUANT TO FED. R. CIV. P. 12(b)(6)

On December 26, 2007, defendant ContextWeb, Inc. ("ContextWeb") filed its *Motion to Dismiss pursuant to Fed. R. Civ. P. 12(b)(6)* ("Motion to Dismiss") (Dkt. No. 44). On January 7, 2008, Plaintiff PA Advisors, LLC ("PA Advisors") filed an Amended Complaint (Dkt. No. 58) to correct its deficient pleadings and opposed ContextWeb's motion (Dkt. No. 63) based on the same.

As a result of the amending of the Complaint, ContextWeb hereby moves this Court for leave to withdraw its *Motion to Dismiss*.

-2-

|  |  |
|---|---|
|  | Respectfully Submitted, |
| Dated: January 18, 2008 | _s/ James E. Hanft_____<br>James E. Hanft<br>jhanft@darbylaw.com<br>Melvin C. Garner<br>mgarner@darbylaw.com<br>Hiep Huu Nguyen<br>hnguyen@darbylaw.com<br>7 World Trade Center<br>250 Greenwich Street<br>New York, NY 10007-0042<br>Tel: (212) 527-7700<br>Fax: (212) 527-7701<br><br>Matthew D. Orwig<br>morwig@sonnenschein.com<br>Sonnenschein Nath & Rosenthal L.L.P.<br>1717 Main Street, Suite 3400<br>Dallas, Texas  75201-7395<br>Tel: 214-259-0990<br>Fax: 214-259-0910<br><br>**Attorneys for Defendant ContextWeb Inc.** |

-3-

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document was filed electronically in compliance with Local Rule CV-5(a). As such, this paper was served on all counsel who have consented to electronic service, Local Rule CV-5(a)(3)(A), on this 18th day of January, 2008.

                                              _____s/ James E. Hanft_____
                                                         James E. Hanft

## CERTIFICATE OF CONFERENCE

The undersigned counsel certifies that they have conferred with opposing counsel in a good faith manner in an attempt to resolve the matter without court intervention, and the motion is unopposed.

                                              _____s/ James E. Hanft_____
                                                         James E. Hanft