# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHAL DIVISION

| | |
|---|---|
| **PA ADVISORS, LLC**<br>        Plaintiff,<br>v.<br>**GOOGLE, INC., et al.,**<br>        Defendants. | Civil No.: 2-07CV-480 (TJW) |

### ORDER GRANTING DEFENDANT CONTEXTWEB, INC.'S
### WITHDRAWAL OF ITS MOTION TO DISMISS
### PURSUANT TO FED. R. CIV. P. 12(B)(6)

Defendant ContextWeb, Inc. moves the Court to withdraw its motion to dismiss.

Having considered the briefs and supporting papers, the Court GRANTS Defendant ContextWeb, Inc.'s motion. Therefore, it is ORDERED that ContextWeb's motion to dismiss is withdrawn.

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document was filed electronically in compliance with Local Rule CV-5(a). As such, this paper was served on all counsel who have consented to electronic service, Local Rule CV-5(a)(3)(A), on this 18th day of January, 2008.

                                                  s/ James E. Hanft
                                                  James E. Hanft