IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHAL DIVISION

| | |
|---|---|
| **PA ADVISORS, LLC**<br>      Plaintiff,<br>v.<br>**GOOGLE, INC., et al.,**<br><br>      Defendants. | Civil No.: 2-07CV-480 (TJW) |

**ORDER GRANTING DEFENDANT CONTEXTWEB, INC.'S
WITHDRAWAL OF ITS MOTION TO DISMISS
PURSUANT TO FED. R. CIV. P. 12(B)(6)**

Defendant ContextWeb, Inc. moves the Court to withdraw its motion to dismiss (#44).

Having considered the briefs and supporting papers, the Court GRANTS Defendant ContextWeb, Inc.'s motion. Therefore, it is ORDERED that ContextWeb's motion to dismiss is withdrawn.

SIGNED this 22ndday of January, 2008.

_____
T. JOHN WARD
UNITED STATES DISTRICT JUDGE