IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| PA ADVISORS, LLC, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 2:07-CV-480 |
| | § | |
| GOOGLE, INC., ET AL., | § | |
| | § | |
| Defendants. | § | |

## ORDER

Before the court is Defendants Fast Search & Transfer, Inc.'s and AgentArts, Inc.'s Motion to Dismiss and to Strike, or, in the Alternative, for a More Definite Statement; and Motion to Stay Discovery (Dkt. # 36). In their reply, defendants informed the court that they withdraw their motion. The Motion, therefore, is DENIED as moot without prejudice.

It is so ORDERED.

SIGNED this 22ndday of January, 2008.

_____
T. JOHN WARD
UNITED STATES DISTRICT JUDGE