IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| PA ADVISORS, LLC, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 2:07-CV-480 |
| | § | |
| GOOGLE, INC., ET AL., | § | |
| | § | |
| Defendants. | § | |

## ORDER

Before the court is Defendant WPP Group USA, Inc.'s Motion to Dismiss Pursuant to Federal Rules of Civil Procedure 12(b)(2) and 12(b)(6) or, in the Alternative, for a More Definite Statement (Dkt. # 54). On January 11, 2008, the plaintiff filed a Notice of Voluntary Dismissal of WPP Group USA, Inc. (Dkt. # 64). The Motion, therefore, is DENIED as moot.

It is so ORDERED.

SIGNED this 22ndday of January, 2008.

_____
T. JOHN WARD
UNITED STATES DISTRICT JUDGE