IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| PA ADVISORS, LLC, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 2:07-CV-480 |
| | § | |
| GOOGLE, INC., ET AL., | § | |
| | § | |
| Defendants. | § | |

## ORDER

Before the court is Defendant Facebook, Inc.'s Motion to Dismiss or, in the Alternative, for a More Definite Statement; Motion to Strike; and Motion to Stay Discovery; and Memorandum of Points and Authorities in Support Thereof (Dkt. # 37). In their reply, defendants informed the court that they withdraw their motion. The Motion, therefore, is DENIED as moot without prejudice.

It is so ORDERED.

SIGNED this 22nd day of January, 2008.

_____
T. JOHN WARD
UNITED STATES DISTRICT JUDGE