IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

PA ADVISORS, LLC,

                                                 Plaintiff,

    -against-

(1)   GOOGLE INC.,
(2)   YAHOO! INC.,
(3)   FACEBOOK, INC.,
(4)   CONTEXTWEB, INC.,
(5)   SPECIFIC MEDIA, INC.,
(6)   FAST SEARCH & TRANSFER ASA,
(7)   FAST SEARCH & TRANSFER, INC.,
(8)   AGENT ARTS, INC.,
(9)   SEEVAST CORPORATION.
(10) PULSE 360, INC.,
(11) WPP GROUP USA, INC.,
(12) WPP GROUP PLC, AND
(13) 24/7 REAL MEDIA, INC.,

                                      Defendants.

CIVIL ACTION NO. 2:07-CV-480 TJW

**CONSENT MOTION TO WITHDRAW DEFENDANT 24/7 REAL
MEDIA, INC.'S MOTION TO DISMISS PURSUANT TO FED. R.
CIV. P. 12(b)(6), OR IN THE ALTERNATIVE, FOR A MORE
<u>DEFINITE STATEMENT PURSUANT TO FED R. CIV. P. 12(e)</u>**

      On  December 27, 2007, Defendant 24/7 Real Media, Inc. filed a Motion to Dismiss

Pursuant to Fed. R. Civ. P. 12(b)(6), or in the Alternative, for a More Definite Statement

Pursuant to Fed R. Civ. P. 12(e) (the "Motion to Dismiss") (Docket No. 52).  Plaintiff PA

Advisors has since filed its First Amended Complaint on January 7, 2008 (Docket No. 58), and

opposed the Motion to Dismiss on January 11, 2008 (Docket No. 66).

In light of the filing of the First Amended Complaint, 24/7 Real Media hereby moves the Court for leave to withdraw the Motion to Dismiss.  PA Advisors consents to this motion.

This motion to withdraw the Motion to Dismiss is made without prejudice to 24/7 Real Media's right to move for dismissal or a stay of PA Advisors' First Amended Complaint.

Dated: New York, New York
January 22, 2008

                                                                          Respectfully submitted,

                                                                           By:   /s/ James S. Blank

Harry L. Gillam, Jr.
Bar #: 07921800
GILLAM & SMITH, L.L.P.
303 S. Washington Avenue
Marshall, TX 75670
Tel.: (903) 934-8450
Fax: (903) 934-9257
Email: gil@gillamsmith.com

James Blank (*admitted pro hac vice*)
LATHAM & WATKINS  LLP
885 Third Avenue
New York, New York 10022
Tel.: (212) 906-1200
Fax: (212) 751-4864
Email: james.blank@lw.com

*Attorneys for Defendant 24/7 Real Media, Inc.*

## CERTIFICATE OF SERVICE

The Undersigned hereby certifies that the foregoing document was filed electronically in compliance with Local Rule CV-5(a), and was served on all counsel who have consented to electronic service.  Local Rule 5(a)(3)(A).

By:  /s/ James S. Blank

James S. Blank

## CERTIFICATE OF CONFERENCE

The Undersigned hereby certifies that, pursuant to Local Rule CV-7(h), we have conferred with opposing counsel in a good faith effort to resolve the matter.  Plaintiff PA Advisors does not oppose this motion.

By:  /s/ James S. Blank

James S. Blank