IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| PA ADVISORS, LLC,<br><br>                              Plaintiff,<br>   -against-<br><br>(1)  GOOGLE INC.,<br>(2)  YAHOO! INC.,<br>(3)  FACEBOOK, INC.,<br>(4)  CONTEXTWEB, INC.,<br>(5)  SPECIFIC MEDIA, INC.,<br>(6)  FAST SEARCH & TRANSFER ASA,<br>(7)  FAST SEARCH & TRANSFER, INC.,<br>(8)  AGENT ARTS, INC.,<br>(9)  SEEVAST CORPORATION.<br>(10) PULSE 360, INC.,<br>(11) WPP GROUP USA, INC.,<br>(12) WPP GROUP PLC, AND<br>(13) 24/7 REAL MEDIA, INC.,<br><br>                            Defendants. | CIVIL ACTION NO. 2:07-CV-480 TJW |

## [PROPOSED] ORDER

Before the Court is Defendant 24/7 Real Media, Inc.'s Consent Motion to Withdraw Its "Motion to Dismiss Pursuant To Fed. R. Civ. P. 12(b)(6), or in the Alternative, for a More Definite Statement Pursuant to Fed R. Civ. P. 12(e)." After consideration of the motion, and for good cause shown, IT IS HEREBY ORDERED THAT:

(a) 24/7 Real Media's Consent Motion to Withdraw its Motion to Dismiss is GRANTED, and;

(b) 24/7 Real Media's Motion to Dismiss (Docket No. 52) is deemed withdrawn.

SO ORDERED.

Dockets.Justia.com

## CERTIFICATE OF SERVICE

The Undersigned hereby certifies that the foregoing document was filed electronically in compliance with Local Rule CV-5(a), and was served on all counsel who have consented to electronic service. Local Rule 5(a)(3)(A).

                                                By:  /s/ James S. Blank

                                                      James S. Blank