IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| PA ADVISORS, LLC, ) | |
| ) | |
| Plaintiff, ) | CIVIL ACTION NO. 2-07CV-480 |
| ) | |
| v. ) | |
| ) | |
| GOOGLE INC., et al., ) | |
| ) | |
| Defendants. ) | |

**DEFENDANT GOOGLE INC.'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO ANSWER OR OTHERWISE RESPOND TO PLAINTIFF'S FIRST AMENDED COMPLAINT**

Google Inc. ("Google"), a defendant in the above-entitled and numbered action, files this Unopposed Motion For Extension of Time to Answer or Otherwise Respond to Plaintiff's First Amended Complaint. In support, Google would show the following:

1. Plaintiff PA Advisors, LLC ("Plaintiff") filed its First Amended Complaint on January 7, 2008.

2. Plaintiff does not oppose Google being granted an extension of time to answer or otherwise respond to Plaintiff's Original Complaint up to and including January 29, 2008.

WHEREFORE, PREMISES CONSIDERED, Google prays that the Court grant this unopposed motion and enter an order extending the date, up to and including January 29, 2008, by which Google must file its answer or otherwise respond to Plaintiff's First Amended Complaint.

1167.00002/354585.1

Respectfully submitted,

By: *David J. Beck*
David J. Beck
Texas Bar No. 00000070
dbeck@brsfirm.com
BECK, REDDEN & SECREST, L.L.P.
One Houston Center
1221 McKinney St., Suite 4500
Houston, TX. 77010
(713) 951-3700
(713) 951-3720 (Fax)

**LEAD ATTORNEY FOR DEFENDANT GOOGLE INC.**

## CERTIFICATE OF SERVICE

I certify that counsel of record who are deemed to have consented to electronic service are being served today with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3).

*Michael E. Richardson*
Michael E. Richardson

## CERTIFICATE OF CONFERENCE

I certify that I have conferred with Eric M. Albritton, counsel for the Plaintiff in this matter, and he indicated that Plaintiff is not opposed to the relief sought herein.

*Michael E. Richardson*
Michael E. Richardson