IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| PA ADVISORS, LLC, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 2:07-CV-480 |
| | § | |
| GOOGLE, INC., ET AL., | § | |
| | § | |
| Defendants. | § | |

## ORDER

Before the court is Defendants Seevast's and Pulse 360's Motion to Dismiss, or in the Alternative, for a More Definite Statement (Dkt. # 42). In their reply, defendants informed the court that they withdraw their motion. The Motion, therefore, is DENIED as moot without prejudice.

It is so ORDERED.

SIGNED this 23rd day of January, 2008.

_____
T. JOHN WARD
UNITED STATES DISTRICT JUDGE