IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| PA ADVISORS, LLC,<br><br>                                 Plaintiff,<br>     -against-<br><br>(1)   GOOGLE INC.,<br>(2)   YAHOO! INC.,<br>(3)   FACEBOOK, INC.,<br>(4)   CONTEXTWEB, INC.,<br>(5)   SPECIFIC MEDIA, INC.,<br>(6)   FAST SEARCH & TRANSFER ASA,<br>(7)   FAST SEARCH & TRANSFER, INC.,<br>(8)   AGENT ARTS, INC.,<br>(9)   SEEVAST CORPORATION.<br>(10) PULSE 360, INC.,<br>(11) WPP GROUP USA, INC.,<br>(12) WPP GROUP PLC, AND<br>(13) 24/7 REAL MEDIA, INC.,<br><br>                                 Defendants. | CIVIL ACTION NO. 2:07-CV-480 TJW |

**ORDER**

Before the Court is Defendant 24/7 Real Media, Inc.'s Consent Motion to Withdraw Its

"Motion to Dismiss Pursuant To Fed. R. Civ. P. 12(b)(6), or in the Alternative, for a More

Definite Statement Pursuant to Fed R. Civ. P. 12(e)." After consideration of the motion, and for

good cause shown, IT IS HEREBY ORDERED THAT:

   (a) 24/7 Real Media's Consent Motion to Withdraw its Motion to Dismiss is GRANTED,
       and;

   (b) 24/7 Real Media's Motion to Dismiss (Docket No. 52) is deemed withdrawn.

SO ORDERED.

SIGNED this 23rd day of January, 2008.

                                              _____
                                              T. JOHN WARD
                                              UNITED STATES DISTRICT JUDGE