IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| PA ADVISORS, LLC, | ) | |
| | ) | |
| Plaintiff, | ) | CIVIL ACTION NO. 2-07CV-480 |
| | ) | |
| v. | ) | |
| | ) | |
| GOOGLE INC., et al., | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

Before the Court is the Unopposed Motion for Extension of Time to Answer or Otherwise Respond to Plaintiff's First Amended Complaint filed by Defendant Google Inc. ("Google"). After considering the motion, the Court finds that it is well taken. It is therefore,

ORDERED, ADJUDGED and DECREED that the motion is granted and Google shall have up to and including January 29, 2008 to answer or otherwise respond to Plaintiff's First Amended Complaint.

SIGNED this 23rd day of January, 2008.

_T. John Ward_
_____
T. JOHN WARD
UNITED STATES DISTRICT JUDGE