IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| PA ADVISORS, LLC<br><br>    Plaintiff,<br><br>    v.<br><br>GOOGLE INC., ET AL.<br><br>    Defendants. | No. 2:07-cv-480-TJW<br><br>JURY TRIAL DEMANDED |

## **PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL OF WPP GROUP PLC**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(i), Plaintiff PA Advisors, LLC ("PA Advisors") submits this notice of voluntary dismissal, without prejudice, of Defendant WPP Group plc. PA Advisors files this notice of dismissal subject to the representations made by WPP Group plc in its letter dated January 22, 2008 and the Declaration of Firouzeh Bahrampour dated December 20, 2007 attached thereto.

Defendant WPP Group plc has not answered or filed a motion for summary judgment in this action. PA Advisors, therefore, asks the Court to dismiss all claims or causes of action asserted in this suit against Defendant WPP Group plc without prejudice to the right of PA Advisors to assert any such claims in the future.

1

Dockets.Justia.com

Dated: January 24, 2008                    Respectfully submitted,

                                                                 **PA ADVISORS, LLC**

                                                                 By: /s/ Amy E. LaValle
Eric M. Albritton
Texas State Bar No. 00790215
**ALBRITTON LAW FIRM**
P.O. Box 2659
Longview, Texas 75606
Telephone:  (903) 757-8449
Facsimile:  (903) 758-7397
E-mail:  ema@emafirm.com

David M. Pridham
R.I. State Bar No. 6625
207 C North Washington Avenue
Marshall, Texas 75670
Telephone:  (903) 234-0507
Facsimile:  (903) 234-2519
E-mail:  david@ipnav.com

Amy E. LaValle
Texas State Bar No. 24040529
**THE LAVALLE LAW FIRM**
3811 Turtle Creek Boulevard
Suite 1620
Dallas, Texas 75219
Telephone: (214) 732-7533
Facsimile: (214) 292-8831
E-mail: lavalle@lavallelawfirm.com

Of Counsel:
Joseph Diamante
**JENNER & BLOCK LLP**
919 Third Avenue, 37th Floor
New York, New York 10022-3908
Telephone: (212) 891-1600
Facsimile:  (212) 891-1699
E-mail:  jdiamante@jenner.com

**ATTORNEYS FOR PLAINTIFF
PA ADVISORS, LLC**

3

**CERTIFICATE OF SERVICE**

    I hereby certify that the counsel of record who are deemed to have consented to electronic service are being served today with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3). Any other counsel of record will be served by electronic mail, facsimile transmission and/or first class mail on this same date.

Dated: January 24, 2008                                /s/ Amy E. LaValle