IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| PA ADVISORS, LLC<br><br>    Plaintiff,<br><br>    v.<br><br>GOOGLE INC., ET AL.<br><br>    Defendants. | No. 2:07-cv-480-TJW<br><br>JURY TRIAL DEMANDED |

## **ORDER OF DISMISSAL WITHOUT PREJUDICE**

Before the Court is Plaintiff's Notice of Voluntary Dismissal of Defendant WPP Group plc. Pursuant to Federal Rule of Civil Procedure 41(a)(1), it is hereby

ORDERED, ADJUDGED AND DECREED that all claims or causes of action asserted in this suit against Defendant WPP Group plc are hereby dismissed without prejudice to the right of the Plaintiff to assert any such claims in the future.

It is further ORDERED that all attorneys' fees and costs are to be borne by the party that incurred them.