# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| **PA ADVISORS, LLC,** | |
| Plaintiff, | |
| v. | CASE NO. 2:07-CV-480 (TJW) |
| **GOOGLE INC., et al.** | JURY TRIAL DEMANDED |
| Defendants. | |

### DEFENDANT YAHOO! INC.'S MOTION TO DISMISS
### PLAINTIFF'S FIRST AMENDED COMPLAINT, OR
### IN THE ALTERNATIVE, FOR A MORE DEFINITE STATEMENT

Defendant Yahoo! Inc. ("Yahoo!") hereby moves, pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure, to dismiss the claims against Yahoo! in Plaintiff PA Advisors' First Amended Complaint for the reasons stated in Yahoo!'s opening motion and reply. Dkt. Nos. 33 and 75. In the alternative, Yahoo! hereby moves for a more definite statement of Plaintiff's claims against Yahoo! in the First Amended Complaint, pursuant to Rule 12(e) of the Federal Rules of Civil Procedure, for the reasons stated in Yahoo!'s opening motion and reply. *Id.* Pursuant to Rule 12(b), Yahoo! files this motion in lieu of an answer and without waiving its right to answer the allegations in the Plaintiff's First Amended Complaint.

Dated: January 25, 2008                        Respectfully submitted,

                                               */s/ John F. Bufe*_____
                                               John F. Bufe

        Michael E. Jones
        State Bar No. 10929400
        mikejones@potterminton.com
        John F. Bufe
        State Bar No. 03316930
        johnbufe@potterminton.com
        POTTER MINTON
        110 N. College, Suite 500
        PO Box 359
        Tyler, TX 75710
        Telephone: 903-597-8311
        Fax: 903-593-0846

        Jason C. White
        jwhite@usebrinks.com
        Richard D. Watkins
        rwatkins@usebrinks.com
        Miyoung Shin
        mshin@usebrinks.com
        BRINKS HOFER GILSON & LIONE
        NBC Tower-Suite 2500
        455 N. Cityfront Plaza Dr.
        Chicago, IL 60611
        Telephone: 312-321-4200
        Fax: 312-321-4299

        ATTORNEYS FOR YAHOO! INC.

## CERTIFICATE OF SERVICE

     I hereby certify that all counsel of record who have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3) on this the 25<u>TH</u> day of January 2008. Any other counsel of record will be served by first class U.S. mail on this same date.

        */s/ John F. Bufe*_____
        John F. Bufe