IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| PA ADVISORS, LLC,<br><br>    Plaintiff,<br><br>v.<br><br>GOOGLE INC., et al.<br><br>    Defendants. | CASE NO. 2:07-CV-480 (TJW)<br><br>JURY TRIAL DEMANDED |

## ORDER

CAME ON to be heard Defendant YAHOO! INC's Motion to Dismiss Plaintiff's First Amended Complaint, or in the Alternative, for a More Definite Statement, and the Court, after review of the subject Motion, and the entire record in this cause it is hereby ordered that said Motion shall be in all things **granted**; and it is

FURTHER ORDERED that Plaintiff's First Amended Complaint against Defendant YAHOO! INC. is dismissed with prejudice, all attorney fees and court costs to be paid by the parties incurring same.

3