IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

PA ADVISORS, LLC

    Plaintiff,

    v.

GOOGLE INC., ET AL.

    Defendants.

No. 2:07-cv-480-TJW

JURY TRIAL DEMANDED

**ORDER DENYING DEFENDANT YAHOO! INC.'S MOTION TO DISMISS,
OR IN THE ALTERNATIVE, FOR MORE DEFINITE STATEMENT**

Before the Court is Defendant Yahoo! Inc.'s Motion to Dismiss, or in the Alternative, for More Definite Statement. After reviewing the Motion and the Response of Plaintiff PA Advisors, LLC, the Court is of the opinion that the Motion should in all things be denied. It is, therefore,

ORDERED, ADJUDGED, and DECREED that Yahoo! Inc.'s Motion to Dismiss, or in the Alternative, for More Definite Statement is hereby DENIED.

Dockets.Justia.com