IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| PA ADVISORS, LLC<br><br>    Plaintiff,<br><br>    v.<br><br>GOOGLE INC., ET AL.<br><br>    Defendants. | No. 2:07-cv-480-TJW<br><br>JURY TRIAL DEMANDED |

**ORDER DENYING DEFENDANT YAHOO! INC.'S MOTION TO
DISMISS PLAINTIFF'S FIRST AMENDED COMPLAINT, OR
<u>IN THE ALTERNATIVE, FOR MORE DEFINITE STATEMENT</u>**

    Before the Court is Defendant Yahoo! Inc.'s Motion to Dismiss Plaintiff's First Amended Complaint, or in the Alternative, for a More Definite Statement. After reviewing the Motion and the Response of Plaintiff PA Advisors, LLC, the Court is of the opinion that the Motion should in all things be denied. It is, therefore,

    ORDERED, ADJUDGED, and DECREED that Defendant Yahoo! Inc.'s Motion to Dismiss Plaintiff's First Amended Complaint, or in the Alternative, for a More Definite Statement is hereby DENIED.