IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| PA ADVISORS, LLC<br><br>    Plaintiff,<br><br>    v.<br><br>GOOGLE INC., ET AL.<br><br>    Defendants. | No. 2:07-cv-480-TJW<br><br>JURY TRIAL DEMANDED |

**ORDER DENYING FACEBOOK, INC.'S MOTION TO DISMISS FIRST
AMENDED COMPLAINT OR, IN THE ALTERNATIVE, FOR A MORE DEFINITE
STATEMENT; MOTION TO STRIKE; AND MOTION TO STAY DISCOVERY**

Before the Court is Defendant Facebook, Inc.'s Motion to Dismiss First Amended Complaint or, in the Alternative, for a More Definite Statement; Motion to Strike; and Motion to Stay Discovery; and Memorandum of Points and Authorities in Support Thereof. After reviewing the Motion and the Response of Plaintiff PA Advisors, LLC, the Court is of the opinion that the Motion should in all things be denied. It is, therefore,

ORDERED, ADJUDGED, and DECREED that Facebook, Inc.'s Motion to Dismiss First Amended Complaint or, in the Alternative, for a More Definite Statement; Motion to Strike; and Motion to Stay Discovery is hereby DENIED.