IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| PA ADVISORS, LLC<br><br>    Plaintiff,<br><br>v.<br><br>GOOGLE INC., ET AL.<br><br>    Defendants. | No. 2:07-cv-480-TJW<br><br>JURY TRIAL DEMANDED |

## **PLAINTIFF'S REPLY TO CONTEXTWEB, INC.'S COUNTERCLAIM**

Plaintiff PA Advisors, LLC ("PA Advisors") replies to the counterclaim of Defendant ContextWeb, Inc. ("ContextWeb") by corresponding paragraph number as follows:

37.     Admitted that ContextWeb brings its counterclaim under the Declaratory Judgment Act. Denied as to the merits of the counterclaim.

38.     Admitted that ContextWeb's counterclaim recites a cause of action arising under the patent laws and is based on a continuing and justiciable case or actual controversy between ContextWeb and PA Advisors. Denied as to the merits of the counterclaim.

39.     Admitted.

40.     Admitted.

41.     Admitted that this Court has subject matter jurisdiction over ContextWeb's counterclaim. Denied as to the merits of the counterclaim.

42.     Admitted that this Court has personal jurisdiction over PA Advisors. Denied as to the merits of the counterclaim.

43.     Admitted that venue is proper in this judicial district. Otherwise denied.

1

44.     Paragraph 44 purports to incorporate by reference the allegations in paragraphs 37 through 43 of ContextWeb's counterclaim and is, therefore, improper and incapable of being admitted or denied. Subject to the foregoing, PA Advisors incorporates its responses to paragraphs 37 through 43 above.

45.     Admitted that an actual and justiciable case or controversy exists between ContextWeb and PA Advisors. Denied as to the merits of the counterclaim.

46.     Denied.

47.     Denied.

To the extent necessary, Plaintiff denies that ContextWeb is entitled to the relief requested in its prayer for relief. In addition, to the extent necessary, Plaintiff denies any allegation in the counterclaim not specifically admitted above, and Plaintiff re-alleges infringement, enforceability, validity and its damages, and denies any allegations in the counterclaim adverse to same.

## **PRAYER FOR RELIEF**

PA Advisors respectfully requests that this Court enter judgment denying and dismissing ContextWeb's counterclaim, and that the Court enter judgment in favor of Plaintiff as requested in Plaintiff's complaint, as amended or supplemented.

Dated: February 14, 2008               Respectfully submitted,

                                       **PA ADVISORS, LLC**

                                       By: /s/ Amy E. LaValle
                                       Eric M. Albritton
                                       Texas State Bar No. 00790215
                                       **ALBRITTON LAW FIRM**
                                       P.O. Box 2659
                                       Longview, Texas 75606
                                       Telephone: (903) 757-8449
                                       Facsimile: (903) 758-7397
                                       E-mail: ema@emafirm.com

                                       David M. Pridham
                                       R.I. State Bar No. 6625
                                       207 C North Washington Avenue
                                       Marshall, Texas 75670
                                       Telephone: (903) 938-7400
                                       Facsimile: (903) 938-7404
                                       E-mail: david@ipnav.com

                                       Amy E. LaValle
                                       Texas State Bar No. 24040529
                                       **THE LAVALLE LAW FIRM**
                                       3811 Turtle Creek Boulevard
                                       Suite 1620
                                       Dallas, Texas 75219
                                       Telephone: (214) 732-7533
                                       Facsimile: (214) 292-8831
                                       E-mail: lavalle@lavallelawfirm.com

                                       Of Counsel:
                                       Joseph Diamante
                                       **JENNER & BLOCK LLP**
                                       919 Third Avenue, 37th Floor
                                       New York, New York 10022-3908
                                       Telephone: (212) 891-1600
                                       Facsimile: (212) 891-1699
                                       E-mail: jdiamante@jenner.com

                                       **ATTORNEYS FOR PLAINTIFF
                                       PA ADVISORS, LLC**

**CERTIFICATE OF SERVICE**

I hereby certify that the counsel of record who are deemed to have consented to electronic service are being served today with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3). Any other counsel of record will be served by electronic mail, facsimile transmission and/or first class mail on this same date.

Dated: February 14, 2008                    /s/ Amy E. LaValle