IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| PA ADVISORS, LLC<br><br>     Plaintiff,<br>v.<br><br>GOOGLE INC., ET AL.<br><br>     Defendants. | No. 2:07-cv-480-TJW<br><br>JURY TRIAL DEMANDED |

## NOTICE OF APPEARANCE

Notice is hereby given that the undersigned attorney, Danny L. Williams, of Williams, Morgan & Amerson, P.C., is entering an appearance in this matter for Plaintiff, PA ADVISORS, LLC, for the purpose of receiving notices and orders from the Court.

                                                    Respectfully submitted,

                                                    **PA ADVISORS, LLC**

Dated: February 21, 2008                 By: /s/Danny L. Williams
                                                    Eric M. Albritton
                                                    Texas State Bar No. 00790215
                                                    ALBRITTON LAW FIRM
                                                    PO Box 2649
                                                    Longview, TX 75606
                                                    Telephone: 903-757-8449
                                                    Fax: 903-758-7397
                                                    Email: ema@emafirm.com

                                                    David M. Pridham
                                                    R.I. State Bar No. 6625
                                                    207 C North Washington Avenue
                                                    Marshall, Texas 75670
                                                    Telephone: (903) 938-7400
                                                    Facsimile: (903) 938-7404
                                                    E-mail: david@ipnav.com

1

Amy E. LaValle  
Texas State Bar No. 24040529  
THE LAVALLE LAW FIRM  
3811 Turtle Creek Boulevard  
Suite 1620  
Dallas, Texas 75219  
Telephone: (214) 732-7533  
Facsimile: (214) 292-8831  
E-mail: lavalle@lavallelawfirm.com  

Danny L. Williams  
Texas State Bar No. 21518050  
J. Mike Amerson  
Texas State Bar No. 01150025  
Williams, Morgan & Amerson, P.C.  
10333 Richmond, Suite 1100  
Houston, Texas 77042  
Telephone: (713) 934-7000  
Facsimile: (713) 934-7011  
E-mail: danny@wmalaw.com  
E-mail: mike@wmalaw.com  

Of Counsel:  
Joseph Diamante  
JENNER & BLOCK LLP  
919 Third Avenue, 37th Floor  
New York, New York 10022-3908  
Telephone: (212) 891-1600  
Facsimile: (212) 891-1699  
E-mail: jdiamante@jenner.com  

**ATTORNEYS FOR PLAINTIFF  
PA ADVISORS, LLC**

## CERTIFICATE OF SERVICE

      I hereby certify that the counsel of record who are deemed to have consented to electronic service are being served today with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3). Any other counsel of record will be served by electronic mail, facsimile transmission and/or first class mail on this same date.

Dated: February 21, 2008                  /s/Mark Dunglinson
                                                       Mark Dunglinson