# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF TEXAS

# MARSHALL DIVISION

| | |
|---|---|
| PA ADVISORS, LLC, § § | |
| Plaintiff, § § | |
| v. § | Civil Action No. 2:07-CV-480-TJW |
| § | |
| GOOGLE INC., ET AL., § § | |
| Defendants. § | |

## UNOPPOSED MOTION TO WITHDRAW ERIC M. ALBRITTON AS COUNSEL OF RECORD

PA ADVISORS, LLC ("PA Advisors"), plaintiff in the above-entitled and numbered civil action, respectfully requests that Eric M. Albritton be withdrawn as counsel of record for PA Advisors. In support, the plaintiff will show the following.

Eric M. Albritton hereby requests permission to withdraw from representing PA Advisors in the above-entitled and numbered cause. Plaintiff does not oppose the withdrawal, and the withdrawal will not have a materially adverse effect on plaintiff as it is still represented by competent counsel who are fully capable of representing the interests of the plaintiff. The Defendants are unopposed to this motion.

Additionally, the plaintiff requests that Eric M. Albritton also no longer receive cm/ecf notices.

WHEREFORE, PREMISE CONSIDERED, the plaintiff requests this Court to grant the Motion to Withdraw.

1

                Respectfully submitted,

                Eric M. Albritton
                Texas State Bar No. 00790215
                Albritton Law Firm
                P.O. Box 2649
                Longview, Texas 75601
                Telephone: (903) 757-8449
                Facsimile:   (903) 758-7397
                ema@emafirm.com

                *Attorney for PA Advisors, LLC*

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document was filed electronically in compliance with Local Rule CV-5(a). As such, this motion was served on all counsel who are deemed to have consented to electronic service. Local Rule CV-5(a)(3)(A). Pursuant to Fed. R. Civ. P. 5(d) and Local Rule CV-5(d) and (e), all other counsel of record not deemed to have consented to electronic service were served with a true and correct copy of the foregoing by email and/or fax, on this the 22nd day of February, 2008.

.

                Eric M. Albritton

2