# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF TEXAS

# MARSHALL DIVISION

| | |
|---|---|
| PA ADVISORS, LLC, § § **Plaintiff,** § § v. § § GOOGLE INC., ET AL., § § **Defendants.** § | Civil Action No. 2:07-CV-480-TJW |

## **ORDER**

The Unopposed Motion to Withdraw Eric M. Albritton as Counsel of Record shall be, and is hereby, GRANTED.