IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

MARSHALL DIVISION

| | | |
|---|---|---|
| PA ADVISORS, LLC, | § | |
| Plaintiff, | § § § | |
| v. | § § | Civil Action No. 2:07-CV-480-TJW |
| GOOGLE INC., ET AL., | § § § | |
| Defendants. | § | |

### ORDER

The Unopposed Motion to Withdraw Eric M. Albritton as Counsel of Record shall be, and is hereby, GRANTED.

SIGNED this 25th day of February, 2008.

_____
T. JOHN WARD
UNITED STATES DISTRICT JUDGE