UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| PA ADVISORS, LLC., <br><br> v. <br><br> GOOGLE INC. <br> YAHOO! INC. <br> FACEBOOK, INC. <br> CONTEXTWEB, INC. <br> SPECIFIC MEDIA, INC. <br> FAST SEARCH & TRANSFER ASA <br> FAST SEARCH & TRANSFER, INC. <br> AGENTARTS, INC. <br> SEEVAST CORPORATION <br> PULSE 360, INC. <br> WPP GROUP USA, INC. <br> WPP GROUP PLC <br> 24/7 REAL MEDIA, INC. | Civil Action No. 2:07-CV-480 TJW <br><br> JURY |

## ORDER GRANTING WITHDRAWAL OF COUNSEL

The Unopposed Motion to Withdraw Jim Mitchell Smith of the firm of Germer Gertz, L.L.P. as counsel of record for Specific Media, Inc. shall be and is hereby, GRANTED.