UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| PA ADVISORS, LLC.,<br><br>v.<br><br>GOOGLE INC.<br>YAHOO! INC.<br>FACEBOOK, INC.<br>CONTEXTWEB, INC.<br>SPECIFIC MEDIA, INC.<br>FAST SEARCH & TRANSFER ASA<br>FAST SEARCH & TRANSFER, INC.<br>AGENTARTS, INC.<br>SEEVAST CORPORATION<br>PULSE 360, INC.<br>WPP GROUP USA, INC.<br>WPP GROUP PLC<br>24/7 REAL MEDIA, INC. | Civil Action No. 2:07-CV-480-TJW<br><br>JURY<br><br>**UNOPPOSED** |

## MOTION TO WITHDRAW AS COUNSEL
## FOR SPECIFIC MEDIA, INC.

TO THE HONORABLE COURT:

Jim Mitchell Smith of the firm Germer Gertz, L.L.P., 550 Fannin Street, Suite 400, Beaumont, Texas 77701, respectfully moves to be permitted to withdraw as counsel for Defendant, Specific Media, Inc., in the above-captioned case, and as grounds therefor, respectfully shows the Court as follows:

1. Specific Media, Inc. is represented in this proceeding by other able counsel, and the withdrawal will have no detrimental effect on Specific Media, Inc. or their representation in this case, nor will it cause a delay in the proceedings.

2. Germer Gertz, L.L.P. has advised Specific Media, Inc. of its intention to withdraw and has been advised that the clients consent to the withdrawal.

3. Germer Gertz L.L.P. has advised opposing counsel of its intention to withdraw and has been advised that counsel does not oppose the withdrawal.

WHEREFORE, PREMISES CONSIDERED, Jim Mitchell Smith of Germer Gertz, L.L.P. respectfully moves the Court to permit his withdrawal from representation of Defendant, Specific Media, Inc. in this case.

DATED: February 27, 2008         Respectfully submitted,

Jim Mitchell Smith
Texas Bar No. 18626900
**Germer Gertz, L.L.P.**
P.O. Box 4915
Beaumont, Texas 77704-4915
409.654.6700 – Telephone
409.835.2115 – Telecopier
jmsmith@germer.com

### CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document was filed electronically in compliance with Local Rule CV-5(a). As such, this motion was served on all counsel who have consented to electronic service. Local Rule CV-5(a)(3)(A). Pursuant to Fed. R. Civ. P. 5(d) and Local Rule CV-5(e), all other counsel of record not deemed to have consented to electronic service were served with a true and correct copy of the foregoing by certified mail, return receipt requested, on this the 27th day of February, 2008.

Jim Mitchell Smith