# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHAL DIVISION

| | |
|---|---|
| **PA ADVISORS, LLC** | )<br>)<br>) |
| Plaintiff, | ) Civil No.: 2-07CV-480 (TJW)<br>)<br>) |
| v. | ) |
| **GOOGLE, INC., et al.,** | )<br>)<br>) |
| Defendants. | |

## [PROPOSED] ORDER GRANTING DEFENDANT CONTEXT WEB, INC.'S MOTION TO TRANSFER

Defendant ContextWeb, Inc. ("ContextWeb") moves this Court for an Order to transfer this case filed against it by P.A. Advisors, LLC ("PA Advisors") pursuant to 28 U.S.C. § 1406(a) or pursuant to 28 U.S.C. § 1404(a) to the United States District Court for the Eastern District of New York.

Having considered the pleadings and memoranda relating to the motion, the Court is of the opinion that the motion should be GRANTED. Thus, it is therefore, ORDERED that the case be transferred to the United States District Court for the Eastern District of New York.