IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHAL DIVISION

| | |
|---|---|
| **PA ADVISORS, LLC**<br>　　　　Plaintiff,<br><br>v.<br><br>**GOOGLE, INC., et al.,**<br>　　　　Defendants. | )<br>)<br>)<br>) Civil No.: 2-07CV-480 (TJW)<br>)<br>)<br>)<br>)<br>)<br>) |

PA Advisors, LLC v. Google Inc. et al  Doc. 118

### CONTEXTWEB, INC.'S NOTICE OF SUBSTITUTION OF EXHIBIT #2 (DECLARATION OF JAMES HANFT IN SUPPORT OF CONTEXTWEB INC.'S MOTION TO TRANSFER WITH EXHIBITS 1 TO 7)

PLEASE TAKE NOTICE that Defendant ContextWeb, Inc. ("ContextWeb") substitutes the mistakenly filed PDF on February 29, 2008 as Exhibit #2 Declaration of James Hanft In Support of ContextWeb, Inc.'s Motion to Transfer with Exhibits 1 to 7 under Docket Number 117 with the attached correct PDF.

{W:\03485\6003206-000\01459333.DOC *034856003206-000* }

|  |  |
|---|---|
|  | Respectfully Submitted, |
| Dated:  March 12, 2008 | _s/ James E. Hanft_____<br>James E. Hanft<br>jhanft@darbylaw.com<br>Melvin C. Garner<br>mgarner@darbylaw.com<br>7 World Trade Center<br>250 Greenwich Street<br>New York, NY 10007-0042<br>Tel: (212) 527-7700<br>Fax: (212) 527-7701<br><br>Matthew D. Orwig<br>morwig@sonnenschein.com<br>Sonnenschein Nath & Rosenthal L.L.P.<br>1717 Main Street, Suite 3400<br>Dallas, Texas  75201-7395<br>Tel: 214-259-0990<br>Fax: 214-259-0910<br><br>**Attorneys for Defendant ContextWeb Inc.** |

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document was filed electronically in compliance with Local Rule CV-5(a). As such, this paper was served on all counsel who have consented to electronic service, Local Rule CV-5(a)(3)(A), on this 12th day of March, 2008.

>     s/ James E. Hanft
>     James E. Hanft