## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
### MARSHAL DIVISION

|  |  |
|---|---|
| **PA ADVISORS, LLC** )<br> )<br> )<br>Plaintiff, )<br> )<br>v. )<br> )<br>**GOOGLE, INC., et al.,** )<br> )<br>Defendants. ) | **Civil No.: 2-07CV-480 (TJW)** |

### DECLARATION OF JAMES HANFT IN SUPPORT OF CONTEXTWEB, INC.'S MOTION TO TRANSFER

I, James Hanft, declare as follows:

1.      I am an attorney with the law firm of Darby & Darby, 250 Greenwich Street, New York, N.Y. 10007. We represent the Defendant ContextWeb, Inc. ("ContextWeb") in the above captioned matter.

PA Advisors, LLC v. Google Inc. et al

Doc. 118 Att. 1

2.      Attached as Exhibit 1 is a correct and true copy of PA Advisors, LLC's Certificate of Formation obtained from the Texas Secretary of State, and dated October 23, 2007.

3.      Attached as Exhibit 2 is a correct and true copy of an executed assignment document obtained from the assignment records of the United States Patent and Trademark Office ("USPTO"), showing the assignment of U.S. Patent No. 6,199,067 to PA Advisors, LLC, on September 28, 2007.

4.    Attached as Exhibit 3 is a correct and true copy of a February 28, 2008 printout from the USPTO's website showing assignments recorded for U.S. Patent No. 6,199,067.

5.    Attached as Exhibit 4 is a correct and true copy of a February 26, 2008 printout from the New York Department of State's website showing Mightiest Logicon Unisearch, Inc.'s business organization status.

6.    Attached as Exhibit 5 is a correct and true copy of a February 28, 2008 printout from the United States Courts' website showing the caseload profile for the U.S. District Court for the Eastern District of Texas.

7.    Attached as Exhibit 6 is a correct and true copy of a February 28, 2008 printout from the United States Courts' website showing the caseload profile for the U.S. District Court for the Eastern District of New York.

8.    Attached as Exhibit 7 is a correct and true copy of a February 26, 2008 printout from the USPTO's Public Patent Application Information Retrieval website showing prosecuting attorney information associated with U.S. Patent No. 6,199,067.

I declare under the penalty of perjury that the foregoing statements are true and correct.

Executed on this 29th day of February, 2008.

By: James E. Hanft

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document was filed electronically in compliance with Local Rule CV-5(a).  As such, this paper was served on all counsel who have consented to electronic service, Local Rule CV-5(a)(3)(A), on this 29th day of February, 2008.

s/ James E. Hanft
James E. Hanft

## CERTIFICATE OF CONFERENCE

The undersigned counsel certifies that they have conferred with opposing counsel in a good faith manner in an attempt to resolve the matter without court intervention, and the motion is unopposed.

s/ James E. Hanft
James E. Hanft

# EXHIBIT 1

| Form 205<br>(Revised 01/06)<br><br>Return in duplicate to:<br>Secretary of State<br>P.O. Box 13697<br>Austin, TX 78711-3697<br>512 463-5555<br>FAX: 512 463-5709<br>Filing Fee: $300 | <br><br>**Certificate of Formation<br>Limited Liability Company** | This space reserved for office use.<br><br>**F I L E D**<br>**In the Office of the**<br>**Secretary of State of Texas**<br><br>OCT 23 2007<br><br>**Corporations Section** |
| --- | --- | --- |

### Article 1 – Entity Name and Type

The filing entity being formed is a limited liability company. The name of the entity is:

PA Advisors, LLC
The name must contain the words "limited liability company," "limited company," or an abbreviation of one of these phrases.

### Article 2 – Registered Agent and Registered Office
(Select and complete either A or B and complete C)

☐ A. The initial registered agent is an organization (cannot be entity named above) by the name of:

OR

☒ B. The initial registered agent is an individual resident of the state whose name is set forth below:

| J. Mitchell | | Miller | |
| --- | --- | --- | --- |
| First Name | M.I. | Last Name | Suffix |

C. The business address of the registered agent and the registered office address is:

| 901 Main Street, Suite 3100 | Dallas | TX | 75202 |
| --- | --- | --- | --- |
| Street Address | City | State | Zip Code |

### Article 3—Governing Authority
(Select and complete either A or B and provide the name and address of each governing person.)

☒ A. The limited liability company will have managers. The name and address of each initial manager are set forth below.

☐ B. The limited liability company will not have managers. The company will be governed by its members, and the name and address of each initial member are set forth below.

**NAME OF GOVERNING PERSON** (Enter the name of either an individual or an organization, but not both.)
IF INDIVIDUAL.

| Erich | | Spangenberg | |
| --- | --- | --- | --- |
| First Name | M.I. | Last Name | Suffix |

OR

IF ORGANIZATION

Organization Name

**ADDRESS OF GOVERNING PERSON**

| 5420 LBJ Freeway, Suite 750 | Dallas | TX | USA | 75240 |
| --- | --- | --- | --- | --- |
| Street or Mailing Address | City | State | Country | Zip Code |

Form 205

RECEIVED
OCT 2 3 2007
Secretary of State

**NAME OF GOVERNING PERSON** (Enter the name of either an individual or an organization, but not both.)

IF INDIVIDUAL

| | | | | |
|---|---|---|---|---|
| *First Name* | *M.I.* | *Last Name* | | *Suffix* |

OR

IF ORGANIZATION

*Organization Name*

**ADDRESS OF GOVERNING PERSON**

| | | | | |
|---|---|---|---|---|
| *Street or Mailing Address* | *City* | *State* | *Country* | *Zip Code* |

**NAME OF GOVERNING PERSON** (Enter the name of either an individual or an organization, but not both.)

IF INDIVIDUAL

| | | | | |
|---|---|---|---|---|
| *First Name* | *M.I.* | *Last Name* | | *Suffix* |

OR

IF ORGANIZATION

*Organization Name*

**ADDRESS OF GOVERNING PERSON**

| | | | | |
|---|---|---|---|---|
| *Street or Mailing Address* | *City* | *State* | *Country* | *Zip Code* |

---

### Article 4 – Purpose

The purpose for which the company is formed is for the transaction of any and all lawful purposes for which a limited liability company may be organized under the Texas Business Organizations Code.

---

### Supplemental Provisions/Information

Text Area [The attached addendum, if any, is incorporated herein by reference.]

---

**Organizer**

The name and address of the organizer:

Erich Spangenberg
_Name_

| 5420 LBJ Freeway, Suite 750 | Dallas | TX | 75240 |
| _Street or Mailing Address_ | _City_ | _State_ | _Zip Code_ |

---

**Effectiveness of Filing** (Select either A, B, or C.)

A. ☒ This document becomes effective when the document is filed by the secretary of state.

B. ☐ This document becomes effective at a later date, which is not more than ninety (90) days from the date of signing. The delayed effective date is: _____

C. ☐ This document takes effect upon the occurrence of the future event or fact, other than the passage of time. The 90th day after the date of signing is: _____

The following event or fact will cause the document to take effect in the manner described below:

---

**Execution**

The undersigned signs this document subject to the penalties imposed by law for the submission of a materially false or fraudulent instrument.

Date: October 12, 2007 _____

_____
Signature of organizer

# EXHIBIT 2

## PATENT ASSIGNMENT

Electronic Version v1.1
Stylesheet Version v1.1

| SUBMISSION TYPE: | NEW ASSIGNMENT |
|---|---|
| NATURE OF CONVEYANCE: | ASSIGNMENT |

### CONVEYING PARTY DATA

| Name | Execution Date |
|---|---|
| Mightiest Logicon Unisearch, Inc. | 09/28/2007 |

### RECEIVING PARTY DATA

| Name: | P.A. Advisors, LLC |
|---|---|
| Street Address: | 207 C North Washington Avenue |
| City: | Marshall |
| State/Country: | TEXAS |
| Postal Code: | 75670 |

### PROPERTY NUMBERS Total: 1

| Property Type | Number |
|---|---|
| Patent Number: | 6199067 |

### CORRESPONDENCE DATA

| | |
|---|---|
| Fax Number: | (703)370-4800 |

*Correspondence will be sent via US Mail when the fax attempt is unsuccessful.*

| | |
|---|---|
| Email: | patent@hershkovitz.net |
| Correspondent Name: | Hershkovitz & Associates, LLC |
| Address Line 1: | 2845 Duke Street |
| Address Line 4: | Alexandria, VIRGINIA 22314 |

| ATTORNEY DOCKET NUMBER: | P68386 |
|---|---|
| NAME OF SUBMITTER: | ABRAHAM HERSHKOVITZ |

Total Attachments: 3
source=J6800.1.A01 Assignment_executed#page1.tif
source=J6800.1.A01 Assignment_executed#page2.tif
source=J6800.1.A01 Assignment_executed#page3.tif

6199067

CH $40.00

*CONFIDENTIAL*

## EXHIBIT I
## FORM OF PATENT ASSIGNMENT AGREEMENT

PATENT ASSIGNMENT AGREEMENT

THIS PATENT ASSIGNMENT AGREEMENT (the "Agreement"), is made as of the 28th day of September, 2007 (the "Effective Date"), by and between Mightiest Logicon Unisearch, Inc. ("Assignor") and P.A. Advisors, LLC . ("Assignee") (each a "Party" and collectively the "Parties").

WHEREAS, Assignor is the owner of all rights, title and interest in and to the inventions (the "Inventions") as described and claimed in the United States and foreign patents and patent application as listed on Schedule A (United States patent properties) and Schedule B (foreign patent properties) hereto (collectively the "Patents");

WHEREAS, Assignor and Assignee have agreed by a Patent Purchase Agreement (the "Purchase Agreement") dated the date hereof by and between Assignor and Assignee, the terms of which are incorporated herein by reference, that Assignor shall sell, transfer, assign and set over unto Assignee subject to the perpetual irrevocable royalty free license to Assignor, and Assignee shall accept, all rights, title and interest in and to the Patents as specified in this Agreement;

NOW, THEREFORE, in consideration of the mutual covenants and agreements of the Parties and pursuant to the Purchase Agreement, and for other good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged, it is hereby agreed as follows:

I.  ASSIGNMENT

1.  Assignor hereby sells, transfers, assigns and sets over to Assignee all rights, title and interest (for all countries) in and to the Patents, and all the rights and privileges under any letters patent that may be granted under any continuations, divisions, reissues, reexaminations, renewals and extensions therefor and thereon and all continuations, divisions, reissues, reexaminations, renewals and extensions thereof; and all applications for industrial property protection, including without limitation, all applications for patents, utility models, copyright, and designs which may hereafter be filed for said Inventions and Patents in any country or countries, together with the right to file such applications and the right to claim for the same the priority rights derived from the Patents under the patent laws of the United States, the International Convention for the Protection of Industrial Property, or any other international agreement or the domestic laws of the country in which any such application is filed, as may be applicable; and all applications for industrial property protection, including, without limitation, all applications for patents, utility models, copyrights and designs which may hereafter be filed for said Inventions or Patents in any country or countries, together with the right to file such applications; and all forms of industrial property protection, including, without limitation, patents, utility models, inventors' certificates, copyrights and designs which may be granted for said Patent in any country or countries and all extensions, renewals and reissues thereof.

2.  Assignor hereby authorizes and requests the Commissioner of Patents and Trademarks of the United States and any official of any country or countries foreign to the United States, whose

8

**PATENT**
**REEL: 020061 FRAME: 0266**

*CONFIDENTIAL*

duty is to issue patents or other evidence or forms of industrial property on applications as aforesaid, to issue the same to Assignee, it successors, assigns and legal representatives, or to such nominees as it may designate.

3.  Assignor agrees that, whenever reasonably requested by Assignee and at Assignee's expense, Assignor will execute all papers, take all rightful oaths, and do all acts which may be reasonably necessary or desirable for securing and maintaining patents for the Inventions in any country and for vesting title thereto in Assignee, its successors, assigns and legal representatives or nominees.

4.  Assignor authorizes and empowers Assignee, its successors, assigns and legal representatives or nominees, to invoke and claim for any application for patent or other form of protection for the Inventions, the benefit of the right of priority provided by the International Convention for the Protection of Industrial Property, as amended, or by any convention which may henceforth be substituted for it, or any other international agreement or the domestic laws of the country in which any such application is filed, as may be applicable, and to invoke and claim such right of priority without further written or oral authorization from Assignor.

5.  Assignor hereby consents that a copy of this Agreement shall be deemed a full legal and formal equivalent of any assignment, consent to file or like document that may be required in any country for any purpose and more particularly in proof of the right of Assignee or nominee to claim the aforesaid benefit of the right of priority provided by the International Convention for the Protection of Industrial Property, as amended, or by any convention which may henceforth be substituted for it.

6.  All of the rights, title and interest in and to the Patents sold, transferred, assigned and set over to Assignee hereunder include all income, royalties, damages and payments now or hereafter due or payable with respect thereto, except for the pre-existing licenses identified in Section 7.6 of the Purchase Agreement, and all causes of action (whether in law or equity) and the right to sue, counterclaim, and recover for the past, present and future infringement of the rights assigned or to be assigned hereunder.

**Assignor**

By: _____

~~Name:~~ Ilya Geller

Title: President    28 September 2007

**Assignee**

By: _____

Title: Managing Mouron

9

*CONFIDENTIAL*

## SCHEDULE A
## UNITED STATES PATENTS AND PATENT APPLICATIONS

Provisional Application 60/116,582
United States Patent No. 6,199,067

.

10

**PATENT**
**REEL: 020061 FRAME: 0268**

EXHIBIT 3

 **United States Patent and Trademark Office**

Home | Site Index | Search | Guides | Contacts | eBusiness | eBiz alerts | News | Help



**Assignments on the Web > Patent Query**

# Patent Assignment Abstract of Title
**NOTE: Results display only for issued patents and published applications.
For pending or abandoned applications please consult USPTO staff.**

**Total Assignments: 2**

**Patent #:** 6199067    **Issue Dt:** 03/06/2001    **Application #:** 09422286    **Filing Dt:** 10/21/1999

**Inventor:** ILYA GELLER

**Title:** SYSTEM AND METHOD FOR GENERATING PERSONALIZED USER PROFILES AND FOR UTILIZING THE GENERATED USER PROFILES TO PERFORM ADAPTIVE INTERNET SEARCHES

**Assignment: 1**

**Reel/Frame:** 010339/0489    **Recorded:** 10/21/1999    **Pages:** 3

**Conveyance:** ASSIGNMENT OF ASSIGNORS INTEREST (SEE DOCUMENT FOR DETAILS).

**Assignor:** GELLER, IIYA    **Exec Dt:** 10/18/1999

**Assignee:** MIGHTIEST LOGICON UNISEARCH, INC.
2442 EAST 26TH ST.
BROOKLYN, NEW YORK 11235

**Correspondent:** EDWARD ETKIN, ESQ.
295 MADISON AVENUE
SUITE 1010
NEW YORK, NY 10017

**Assignment: 2**

**Reel/Frame:** 020061/0265    **Recorded:** 11/02/2007    **Pages:** 4

**Conveyance:** ASSIGNMENT OF ASSIGNORS INTEREST (SEE DOCUMENT FOR DETAILS).

**Assignor:** MIGHTIEST LOGICON UNISEARCH, INC.    **Exec Dt:** 09/28/2007

**Assignee:** P.A. ADVISORS, LLC
207 C NORTH WASHINGTON AVENUE
MARSHALL, TEXAS 75670

**Correspondent:** HERSHKOVITZ & ASSOCIATES, LLC
2845 DUKE STREET
ALEXANDRIA, VA 22314

Search Results as of: 02/28/2008 10:29 PM
If you have any comments or questions concerning the data displayed, contact PRD / Assignments at 571-272-3350. v.2.0.1
Web interface last modified: April 20, 2007 v.2.0.1

| .HOME | INDEX | SEARCH | eBUSINESS | CONTACT US | PRIVACY STATEMENT |

# EXHIBIT 4

# NYS Department of State

## Division of Corporations

### Entity Information

Selected Entity Name: MIGHTIEST LOGICON UNISEARCH INC.

Selected Entity Status Information

| | |
|---|---|
| **Current Entity Name:** | MIGHTIEST LOGICON UNISEARCH INC. |
| **Initial DOS Filing Date:** | MAY 13, 1999 |
| **County:** | KINGS |
| **Jurisdiction:** | NEW YORK |
| **Entity Type:** | DOMESTIC BUSINESS CORPORATION |
| **Current Entity Status:** | ACTIVE |

Selected Entity Address Information

**DOS Process (Address to which DOS will mail process if accepted on behalf of the entity)**
MIGHTIEST LOGICON UNISEARCH INC.
2442 EAST 26 STREET
BROOKLYN, NEW YORK, 11235

**Chairman or Chief Executive Officer**

ILYS GELLER
2442 EAST 26TH ST
BROOKLYN, NEW YORK, 11235

**Principal Executive Office**

ILYS GELLER
2442 EAST 26TH ST
BROOKLYN, NEW YORK, 11235

**Registered Agent**

NONE

NOTE: New York State does not issue organizational identification numbers.

Search Results          New Search

Division of Corporations, State Records and UCC Home Page    NYS Department of State Home Page

# EXHIBIT 5

# U.S. DISTRICT COURT - JUDICIAL CASELOAD PROFILE

| | | 12-MONTH PERIOD ENDING SEPTEMBER 30 | | | | | | Numerical Standing | |
|---|---|---|---|---|---|---|---|---|---|
| **TEXAS EASTERN** | | 2007 | 2006 | 2005 | 2004 | 2003 | 2002 | | |
| OVERALL CASELOAD STATISTICS | Filings* | 3,873 | 3,658 | 3,583 | 3,860 | 4,072 | 3,610 | U.S. | Circuit |
| | Terminations | 3,572 | 3,623 | 3,538 | 4,243 | 3,487 | 4,458 | | |
| | Pending | 3,352 | 3,079 | 3,035 | 2,983 | 3,358 | 2,825 | | |
| | % Change in Total Filings — Over Last Year | | 5.9 | | | | | 19 | 2 |
| | % Change in Total Filings — Over Earlier Years | | | 8.1 | .3 | -4.9 | 7.3 | 19 | 3 |
| Number of Judgeships | | 8 | 8 | 8 | 8 | 8 | 7 | | |
| Vacant Judgeship Months** | | .0 | .0 | .0 | 9.1 | 4.2 | 19.3 | | |
| ACTIONS PER JUDGESHIP | FILINGS — Total | 484 | 457 | 448 | 483 | 509 | 515 | 31 | 5 |
| | FILINGS — Civil | 403 | 375 | 376 | 411 | 431 | 444 | 17 | 3 |
| | FILINGS — Criminal Felony | 81 | 82 | 72 | 71 | 77 | 70 | 36 | 3 |
| | FILINGS — Supervised Release Hearings** | 0 | 0 | 0 | 1 | 1 | 1 | - | - |
| | Pending Cases | 419 | 385 | 379 | 373 | 420 | 404 | 30 | 6 |
| | Weighted Filings** | 674 | 550 | 511 | 518 | 529 | 492 | 5 | 2 |
| | Terminations | 447 | 453 | 442 | 530 | 436 | 637 | 41 | 7 |
| | Trials Completed | 18 | 21 | 21 | 21 | 26 | 22 | 55 | 7 |
| MEDIAN TIMES (months) | From Filing to Disposition — Criminal Felony | 8.7 | 9.2 | 8.3 | 8.4 | 7.5 | 8.9 | 47 | 5 |
| | From Filing to Disposition — Civil** | 9.0 | 9.0 | 10.3 | 6.5 | 10.9 | 15.0 | 42 | 5 |
| | From Filing to Trial** (Civil Only) | 18.0 | 17.7 | 15.9 | 15.4 | 17.0 | 14.0 | 14 | 2 |
| OTHER | Civil Cases Over 3 Years Old** — Number | 41 | 80 | 64 | 47 | 41 | 58 | | |
| | Civil Cases Over 3 Years Old** — Percentage | 1.5 | 3.2 | 2.6 | 1.9 | 1.4 | 2.4 | 9 | 2 |
| | Average Number of Felony Defendants Filed Per Case | 1.8 | 1.6 | 1.7 | 1.7 | 1.7 | 1.4 | | |
| | Jurors — Avg. Present for Jury Selection | 40.26 | 36.89 | 34.27 | 33.92 | 32.49 | 32.40 | | |
| | Jurors — Percent Not Selected or Challenged | 35.5 | 30.1 | 30.2 | 32.5 | 33.5 | 33.3 | | |

| 2007 CIVIL AND CRIMINAL FELONY FILINGS BY NATURE OF SUIT AND OFFENSE | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Type of | TOTAL | A | B | C | D | E | F | G | H | I | J | K | L |
| Civil | 3222 | 128 | 181 | 1379 | 30 | 20 | 75 | 401 | 252 | 409 | 220 | 3 | 124 |
| Criminal* | 648 | 18 | 185 | 55 | 168 | 90 | 24 | 30 | 10 | 25 | 11 | 11 | 21 |

* Filings in the "Overall Caseload Statistics" section include criminal transfers, while filings "By Nature of Offense" do not.
** See "Explanation of Selected Terms."

# EXHIBIT 6

# U.S. DISTRICT COURT - JUDICIAL CASELOAD PROFILE

| NEW YORK EASTERN | | | 2007 | 2006 | 2005 | 2004 | 2003 | 2002 | U.S. | Circuit |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | Numerical Standing | |
| OVERALL CASELOAD STATISTICS | Filings* | | 7,044 | 8,119 | 7,517 | 7,351 | 8,373 | 9,257 | U.S. | Circuit |
| | Terminations | | 7,116 | 7,028 | 7,744 | 8,149 | 8,507 | 10,288 | | |
| | Pending | | 10,258 | 10,461 | 9,335 | 9,529 | 10,325 | 10,471 | | |
| | % Change in Total Filings | Over Last Year | | -13.3 | | | | | 87 | 6 |
| | | Over Earlier Years | | | -6.3 | -4.2 | -15.9 | -23.9 | 80 | 6 |
| Number of Judgeships | | | 15 | 15 | 15 | 15 | 15 | 15 | | |
| Vacant Judgeship Months** | | | 12.0 | 19.3 | 20.2 | 16.8 | 26.2 | 12.3 | | |
| ACTIONS PER JUDGESHIP | FILINGS | Total | 469 | 541 | 501 | 490 | 558 | 617 | 35 | 3 |
| | | Civil | 383 | 466 | 423 | 397 | 449 | 507 | 26 | 2 |
| | | Criminal Felony | 54 | 48 | 54 | 65 | 87 | 89 | 66 | 4 |
| | | Supervised Release Hearings** | 32 | 27 | 24 | 28 | 22 | 21 | 27 | 3 |
| | Pending Cases | | 684 | 697 | 622 | 635 | 688 | 698 | 11 | 3 |
| | Weighted Filings** | | 494 | 527 | 537 | 536 | 611 | 625 | 32 | 3 |
| | Terminations | | 474 | 469 | 516 | 543 | 567 | 686 | 35 | 2 |
| | Trials Completed | | 18 | 13 | 16 | 23 | 24 | 26 | 55 | 1 |
| MEDIAN TIMES (months) | From Filing to Disposition | Criminal Felony | 17.1 | 15.6 | 15.1 | 12.6 | 10.8 | 11.2 | 92 | 5 |
| | | Civil** | 10.8 | 10.5 | 11.6 | 11.2 | 10.5 | 8.9 | 77 | 4 |
| | From Filing to Trial** (Civil Only) | | 34.6 | 29.0 | 30.3 | 33.0 | 35.3 | 30.4 | 74 | 4 |
| OTHER | Civil Cases Over 3 Years Old** | Number | 752 | 831 | 763 | 789 | 760 | 822 | | |
| | | Percentage | 9.2 | 9.8 | 10.3 | 10.4 | 9.1 | 9.6 | 79 | 2 |
| | Average Number of Felony Defendants Filed Per Case | | 1.6 | 1.7 | 1.6 | 1.6 | 1.5 | 1.5 | | |
| | Jurors | Avg. Present for Jury Selection | 96.13 | 100.24 | 76.22 | 71.01 | 82.93 | 67.46 | | |
| | | Percent Not Selected or Challenged | 38.5 | 40.6 | 40.3 | 38.4 | 41.7 | 44.3 | | |

12-MONTH PERIOD ENDING SEPTEMBER 30

| 2007 CIVIL AND CRIMINAL FELONY FILINGS BY NATURE OF SUIT AND OFFENSE | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Type of | TOTAL | A | B | C | D | E | F | G | H | I | J | K | L |
| Civil | 5751 | 232 | 513 | 715 | 50 | 55 | 689 | 613 | 624 | 248 | 1009 | 25 | 978 |
| Criminal* | 790 | 6 | 299 | 69 | 110 | 134 | 19 | 34 | 16 | 9 | 11 | 26 | 57 |

* Filings in the "Overall Caseload Statistics" section include criminal transfers, while filings "By Nature of Offense" do not.
** See "Explanation of Selected Terms."

# EXHIBIT 7

| 09/422,286 | SYSTEM AND METHOD FOR GENERATING PERSONALIZED USER PROFILES AND FOR | 02-26-2008::11:33:49 |
|---|---|---|

## Attorney/Agent Correspondence Information

## Correspondence Address

| Name: | EDWARD ETKIN, ESQ. |
|---|---|
| Address: | Law Office of Edward Etkin, PC<br>228 West End Avenue, Suite A<br>Brooklyn NY 11235 |

## Attorney/Agent Information

| Reg # | Name | Phone |
|---|---|---|
| 37824 | Etkin, Edward | 718-648-2122 |

**Close Window**