IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| PA ADVISORS, LLC<br><br>    Plaintiff,<br><br>    v.<br><br>GOOGLE INC., ET AL.<br><br>    Defendants. | No. 2:07-cv-480-TJW<br><br>JURY TRIAL DEMANDED |

## PLAINTIFF'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE ITS RESPONSE TO CONTEXTWEB, INC.'S MOTION TO TRANSFER

Plaintiff PA Advisors, LLC respectfully requests, and Defendant ContextWeb, Inc. does

not oppose, an extension of time to file its Response in opposition to Defendant ContextWeb,

Inc.'s Motion to Transfer and its Memorandum in Support thereof (Dkt. No. 117). Specifically,

Plaintiff requests that the current deadline be extended up to and including March 27, 2008. A

proposed Order is attached.


Dated: March 12, 2008                        Respectfully submitted,

                                             **PA ADVISORS, LLC**

                                             By: /s/ Amy E. LaValle

                                             David M. Pridham
                                             R.I. State Bar No. 6625
                                             207 C North Washington Avenue
                                             Marshall, Texas 75670
                                             Telephone: (903) 938-7400
                                             Facsimile: (903) 938-7404
                                             E-mail: david@ipnav.com

1

Dockets.Justia.com

Amy E. LaValle
Texas State Bar No. 24040529
THE LAVALLE LAW FIRM
3811 Turtle Creek Boulevard
Suite 1620
Dallas, Texas 75219
Telephone: (214) 732-7533
Facsimile: (214) 292-8831
E-mail: lavalle@lavallelawfirm.com

Danny L. Williams
Texas State Bar No. 21518050
J. Mike Amerson
Texas State Bar No. 01150025
WILLIAMS, MORGAN & AMERSON, P.C.
10333 Richmond, Suite 1100
Houston, Texas 77042
Telephone: (713) 934-7000
Facsimile: (713) 934-7011
E-mail: danny@wmalaw.com
E-mail: mike@wmalaw.com

Of Counsel:
Joseph Diamante
JENNER & BLOCK LLP
919 Third Avenue, 37th Floor
New York, New York 10022-3908
Telephone: (212) 891-1600
Facsimile:  (212) 891-1699
E-mail:  jdiamante@jenner.com

**ATTORNEYS FOR PLAINTIFF
PA ADVISORS, LLC**

**CERTIFICATE OF CONFERENCE**

This is to certify that counsel for the Plaintiff, Amy E. LaValle, conferred with counsel

for ContextWeb, Inc., James E. Hanft, concerning this motion and that ContextWeb, Inc. does

not oppose the motion.

Dated: March 12, 2008                                   /s/ Amy E. LaValle

**CERTIFICATE OF SERVICE**

I hereby certify that the counsel of record who are deemed to have consented to

electronic service are being served today with a copy of this document via the Court's CM/ECF

system per Local Rule CV-5(a)(3).  Any other counsel of record will be served by electronic

mail, facsimile transmission and/or first class mail on this same date.

Dated: March 12, 2008                                   /s/ Amy E. LaValle