IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| PA ADVISORS, LLC<br><br>    Plaintiff,<br><br>    v.<br><br>GOOGLE INC., ET AL.<br><br>    Defendants. | No. 2:07-cv-480-TJW<br><br>JURY TRIAL DEMANDED |

**ORDER GRANTING PLAINTIFF'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE ITS RESPONSE TO CONTEXTWEB, INC.'S MOTION TO TRANSFER**

BEFORE THE COURT is Plaintiff PA Advisors, LLC's Unopposed Motion for Extension of Time to File Its Response to ContextWeb, Inc.'s Motion to Transfer. Having reviewed the Motion, and noting that the Motion is unopposed, the Court finds that it is well taken.

Accordingly, it is hereby ORDERED that Plaintiff's deadline to file a Response to ContextWeb, Inc.'s Motion to Transfer shall be extended to March 27, 2008.

SIGNED this 13th day of March, 2008.

_T. John Ward_
T. JOHN WARD
UNITED STATES DISTRICT JUDGE