# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
### MARSHALL DIVISION

| | | |
|---|---|---|
| **PA ADVISORS, LLC,** | § | |
| | § | |
| **vs.** | § | **C.A. NO. 2:07-CV-480-TJW** |
| | § | |
| **GOOGLE, INC., ET AL** | § | |

## NOTICE OF APPEARANCE

Notice is hereby given that the undersigned attorney, J. THAD HEARTFIELD, of THE HEARTFIELD LAW FIRM, is entering an appearance in this matter for Defendant, FACEBOOK, INC., for the purpose of receiving notices and orders from the Court.

Respectfully submitted,

　　　*/s/ J. Thad Heartfield*　　
J. THAD HEARTFIELD
Texas Bar No. 09346800
E-Mail: thad@jth-law.com
**THE HEARTFIELD LAW FIRM**
2195 Dowlen Road
Beaumont, Texas  77706
Telephone:  409.866.3318
Facsimile:  409.866.5789

*ATTORNEYS FOR DEFENDANT,*
*FACEBOOK, INC.*

**CERTIFICATE OF SERVICE**

      The undersigned certifies that all counsel of record who have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3) on this the 25th day of March, 2008. Any other counsel of record will be served by first class mail.

                                                                    */s/ J. Thad Heartfield*
                                                                    J. THAD HEARTFIELD