IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

PA ADVISORS, LLC

     Plaintiff,

     v.

GOOGLE INC., ET AL.

     Defendants.

No. 2:07-cv-480-TJW

JURY TRIAL DEMANDED

**PLAINTIFF'S RESPONSE TO CONTEXTWEB, INC.'S MOTION TO
TRANSFER AND ITS MEMORANDUM IN SUPPORT THEREOF**

# <u>EXHIBIT 1</u>

1

Dockets.Justia.com

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

PA ADVISORS, LLC

    Plaintiff,

    v.

GOOGLE INC., ET AL.

    Defendants.

No. 2:07-cv-480-TJW

JURY TRIAL DEMANDED

**DECLARATION OF AMY E. LAVALLE IN SUPPORT OF
PLAINTIFF'S RESPONSE TO CONTEXTWEB, INC.'S MOTION TO TRANSFER**

I, Amy E. LaValle, declare as follows:

1.    I am of legal age and under no legal disability.  I have personal knowledge of the facts stated in this Declaration and know them to be true and correct.

2.    I serve as outside litigation counsel of record for PA Advisors, LLC ("PA Advisors") in the case styled *PA Advisors, LLC v. Google Inc., et al.*, Civil Action No. 2:07-cv-480-TJW (E.D. Tex.).

3.    Attached as Exhibit A is a true and correct copy of ContextWeb's ADSDAQ Sign-Up webpage, *available at* https://www.adsdaq.com/adsdaqcreateuser.aspx.

4.    Attached as Exhibit B is a true and correct copy of ContextWeb's ADSDAQ Who's In It webpage, *available at* http://exchange.contextweb.com/sellingdesk/whoinit.html.

5.    Attached as Exhibit C is a true and correct copy of a February 13, 2006 ContextWeb press release titled, "ContextWeb Adds Top Newspapers to Its Growing Publisher Network," *available at* http://www.contextweb.com/pdf/NewspaperAnnouncement_Final_2.13.06.pdf.\

6.    Attached as Exhibit D is a true and correct copy of Belo Interactive's DentonRC.com webpage, *available at* http://www.belointeractive.com/map.html.

7.    Attached as Exhibit E is a true and correct copy of Belo Interactive's WFAA.com webpage, *available at* http://www.belointeractive.com/map.html.

8.    Attached as Exhibit F is a true and correct copy of Belo Interactive's KHOU.com webpage, *available at* http://www.belointeractive.com/map.html.

9.    Attached as Exhibit G is a true and correct copy of the Fedstats.gov Mapstats Federal Judicial Districts: Texas webpage, *available at* http://www.fedstats.gov/mapstats/fjd/48fjd.html.

10.    Attached as Exhibit H is a true and correct copy of ContextWeb's Privacy & Security webpage, *available at* http://www.contextweb.com/ppolicy.html.

11.    Attached as Exhibit I is a true and correct copy of a Circuit City Store Locator search results webpage, *available at* http://www.circuitcity.com/ccd/processAddress.do#allStores.

12.    Attached as Exhibit J is a true and correct copy of Agency.com's Dallas office contact information webpage, *available at* http://www.agency.com/facts/offices_main.asp?location=dallas.

13.    Attached as Exhibit K is a true and correct copy of a Carat Fusion's Locate Us webpage, *available at* http://www.caratfusion.com/main/.

14.    Attached as Exhibit L is a true and correct copy of a ContextWeb's Careers webpage, *available at* http://www.contextweb.com/aboutus/careers/#Proj.

15.    Attached as Exhibit M is a true and correct copy of a letter from Abraham Hershkovitz to Assignment Examiner dated March 27, 2008.

2

16.    Attached as Exhibit N is a true and correct copy of the PATENT ASSIGNMENT AGREEMENT dated October 23, 2007 between Mightiest Logicon Unisearch, Inc. and PA Advisors, LLC.

17.    Attached as Exhibit O is a true and correct copy of the Confirmation Receipt from the U.S. Patent and Trademark Office for the PATENT ASSIGNMENT AGREEMENT dated October 23, 2007 between Mightiest Logicon Unisearch, Inc. and PA Advisors, LLC.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on this 27th day of March, 2008

Amy E. LaValle

# **EXHIBIT A**



**ADSDAQ**™

| Selling Desk | How's It Work | View Demo | Community | FAQ | | Forum | Live Chat |

**Sign Up Now**

**Your Website**

Tell us which domain(s) you want to run ads on. We will run each submitted domain through our auto-approval process. you can run our ads on any page of a domain that gets approved. See site content guidelines

Enter your domain: http:// [_____]

*Only enter in the format "domain.com"*

Add Additional Domains

**If you tell us which networks you currently work with, we can better validate the set-up of your Ad Tags later:** (optional) ⓘ

☐ Advertising.com    ☐ Google AdSense    ☐ Yahoo! Publisher Network    ☐ Tribal Fusion
☐ 24/7 Real Media    ☐ Other [_____]    ☐ I don't currently work with other networks

Select Content Type [___]

**Your Contact Information**

Email Address: [_____]

Confirm Address: [_____]

First Name: [_____]

Last Name: [_____]

Company Name: [_____]

Country: [UNITED STATES____]

Address 1: [_____]

**ADSDAQ** Support

**1-888-4-ASK-BID**
(1-888-427-5243)

Any questions?

Live Chat Now!
BETA

City:

**State/Province:** Texas

**Zip/Postal Code:**

**Phone Number:**

**Your Account Information**

**User Name:**

**Password:**

**Confirm Password:**

**Security Question:** What was your mother's maiden name?

**Security Answer:**

**Name Your Account:**

**Referral Code (optional):**

☐ I agree to ContextWeb's Full **Terms & Conditions** including:

- My site is written primarily in English.
- I agree not to click on ads served by ContextWeb on my site(s).
- I agree not to place ads on pornographic or gambling sites

☑ ContextWeb can contact me about Program enhancements & special offers

**Get Started!**

Copyright © 2008 ContextWeb, Inc. | 22 Cortlandt Street, New York, NY 10007 | 212.679.1412 | Privacy Policy

# **EXHIBIT B**



Client Login | Forum | Live Chat | Contact Us

ADSDAQ™

Selling Desk | How's It Work | Community | View Demo | FAQ | Sign Up Now

## Community • Who's In It • Open The Market • Badges

See what buyers and sellers have to say about the ADSDAQ exchange.

## Sellers The Online Industry's Top Publishers

DENVER NEWSPAPER AGENCY

Read Feedback

BELO

Read Feedback

SportsDirect comprehensive sports media

Read Feedback

NAC

Read Feedback

Live Universe Traffic Exchange

Read Feedback

JACKSONVILLE.COM

Read Feedback

## Buyers Large Advertisers and Ad Agencies

agency.com

Read Feedback

circuit city

Read Feedback

Carat Fusion

Read Feedback

MindShare

Read Feedback

UniversalMcCANN

Read Feedback

MODEM MEDIA A Digitas Inc. Company

Read Feedback

Share your ADSDAQ experience.
**Visit the Forum**

Let your visitors know!
**Download ADSDAQ Badges**

Join ADSDAQ Today.
**Signup Now**

Copyright © 2008 ContextWeb, Inc. | 22 Cortlandt Street, New York, NY 10007 | 212.679.1412 | Privacy Policy | Site Map

# EXHIBIT C



**ContextWeb Adds Top Newspapers to Its Growing Publisher Network**

*Dallas Morning News, The Salt Lake Tribune and*
*Other Leading Sites Added*

**NEW YORK – February 13, 2006 –** ContextWeb, a leading provider of high-precision, real-time contextual advertising solutions, today announced agreements with four newspaper publishers and corporations, expanding the ability for advertisers to target advertisements across over 300 content categories from Travel to Health to Computers to Finance and many more.

Under the terms of these agreements, ContextWeb will display contextually relevant graphical and text advertisements across these publisher sites:

- Belo Corporation – Belo's Newspaper Group consists of five daily newspapers and 20 TV stations with a combined readership of more than eight million people, including the flagship *Dallas Morning News* (www.dallasnews.com), *The Providence Journal* (www.projo.com) and *The Press-Enterprise* (www.pe.com). "Belo excels in journalism because its newspaper sites offer readers compelling content, 24-7. With so much dynamic content across our sites, we are pleased to be partnering with a company that has the real-time capabilities to display relevant ads on our dynamic content pages," said Melissa Anderson, national sales manager, Belo Interactive Media.

- Newspaper Agency Corporation (NAC) – NAC handles the advertising, printing and circulation operations for *The Salt Lake Tribune* (www.sltrib.com) and *Deseret Morning News* (www.deseretnews.com). The online editions of these papers jointly deliver more than 30 million page views per month, reaching more than two million unique visitors per month. "ContextWeb has a true dedication to customer service and to delivering a quality product that helps us achieve our business goals," said Catherine Byington, new media account executive.

- Morris Digital Works – Morris DigitalWorks (MDW), a division of Morris Communications Company LLC, provides tools, technologies, consulting and Web development services to Morris newspapers, including *Florida Times Union*, whose online site (www.jacksonville.com) generates more than 17 million page views per month. "The Contextweb partnership has been beneficial to Jacksonville.com. Contextweb has been instrumental in providing additional

revenue by filling unsold banner positions with top tier advertisers," said Bill Byrd, new media national account executive.

- Denver Newspaper Agency -- The Denver Newspaper Agency publishes *The Denver Post* (www.denverpost.com) and *Rocky Mountain News* (www.rockymountainnews.com).  "ContextWeb's ability to target our readers with ads for services and products we know they'll be interested in translates to increased revenue for our company.  With ContextWeb, our sites generate more income and that makes a real difference to our bottom line," said Fran Wills, vice president interactive.

"Site operators in the news category such as Belo and NAC are natural partners for ContextWeb due to the variety of their content and alignment between the real-time component of their content and our approach," said Jay Sears, vice president of business development and publisher relations for ContextWeb, Inc.  "ContextWeb's ability to contextualize and deliver targeted graphical and text ads across the dynamic content of our publishing partners enables us to compensate those partners in a very competitive way."

ContextWeb's contextual advertising technology, ContextAd$^{TM}$, is the industry's first real-time and fully-automated solution, enabling instant analysis of Web site content and matching of contextually relevant advertisements with the highest appeal to viewers.  ContextAd can serve contextually relevant advertisements to the most motivated potential customer in as little as 20 milliseconds.  ContextAd uses both content category and keywords for analysis and matching, delivering unprecedented accuracy, ensuring four to six times greater likelihood that advertisements will be clicked and lead to sales.

**About ContextWeb**
Based in New York City, ContextWeb provides high-precision, real-time contextual advertising solutions guaranteed to maximize the results and impact of online advertising. ContextWeb's patent-pending ContextAd is the industry's only real-time and fully automated solution that can serve contextually relevant advertisements to the most motivated potential customer in as little as 20 milliseconds. ContextAd uses both categories and keywords for analysis and matching, delivering unprecedented accuracy, dramatically extending audience reach and significantly increasing sales conversion rates. Additional information on ContextWeb can be found at www.contextweb.com.

###

**Contact:**

Sharon Carpenito
ContextWeb, Inc.
917.408.6301
scarpenito@contextweb.com

Nicole Loux
Racepoint Group
781.487.4617
nloux@racepointgroup.com

# **EXHIBIT D**



| Who We Are | Network Information | Creative Portfolio | Advertising Opportunities |

## DentonRC.com

### Denton, Texas - Texas Region

DentonRC.com is the web site affiliated with The Denton Record-Chronicle in Denton, Texas. It provides local news, sports, entertainment, classified listings, and more.

 Back to Network Map



### Statistics

| Month | Page Views | Visitors |
|-------|-----------|----------|
| 2/29/08 | 1,029,292 | 144,001 |
| 1/31/08 | 957,863 | 116,684 |
| 12/31/07 | 796,037 | 101,730 |

### Demographics

#### Age Range

| | |
|---|---|
| 18 - 24 | 13% |
| 25 - 34 | 23% |
| 35 - 44 | 22% |
| 45 - 54 | 19% |
| 55 + | 23% |

#### Gender

| | |
|---|---|
| Female | 55% |
| Male | 45% |

#### Family Income

| | |
|---|---|
| < 20K | 20% |
| 20K - 35K | 15% |
| 35K - 50K | 15% |
| 50K - 75K | 18% |
| 75K - 100K | 14% |
| 100K+ | 18% |

Sources: Belo Interactive Marketing Research, The Media Audit, Belo

### The Marketplace

• More than one out of two (58.4%) of all Dallas/Ft. Worth adul logged onto an online service or the Internet during the past 30 days.
• The median adult age in D/FW is 40, while the media househ income is $56,800.
• The Denton County population is 528,950. North Texas Cour Governments.

Source: The Media Audit, 2004

### Contact Information:

Vic Savelli
VP Interactive Sales
214-977-8327
vic.savelli@belointeractive.com

Anthony Moor
DME/Interactive
214-977-8981
amoor@dallasnews.com

Interactive Web logs and Omniture
SiteCatalyst and Rolandelli
Research. Please note that Belo's
traffic reporting sytem changed from
internal Web logs to Omniture
SiteCatalyst on January 1, 2006.

 Back to Network Map

Copyright 2004 Belo Corp. All Rights Reserved. | Privacy Policy | Site Map

# EXHIBIT E



| Who We Are | Network Information | Creative Portfolio | Advertising Opportunities |

## WFAA.com
### Dallas-Fort Worth, Texas - Texas Region

WFAA.com is the web site affiliated with WFAA-TV Channel 8 in Dallas-Fort Worth that received the Edward R. Murrow Award for Region 6, Best Large Market TV Web Site in 2004. WFAA.com provides local news, sports, entertainment, classified listings, and more.

 **Back to Network Map**



Statistics

| Month | Page Views | Visitors |
|-------|-----------|----------|
| 2/29/08 | 14,106,712 | 1,511,095 |
| 1/31/08 | 12,851,546 | 1,109,262 |
| 12/31/07 | 11,729,659 | 723,761 |

Demographics

### Age Range

| 18 - 24 | 8% |
|---------|-----|
| 25 - 34 | 21% |
| 35 - 44 | 25% |
| 45 - 54 | 22% |
| 55 + | 24% |

Education Level

| High School | 18% |
|-------------|-----|
| Some College | 36% |
| College | 29% |
| Graduate Degree | 17% |

Household Size

| 1 | 17% |
|---|-----|
| 2 | 28% |
| 3 | 20% |
| 4 or more | 35% |

### The Marketplace

• More than one out of two (58.4%) of all Dallas/Ft. Worth adul logged onto an online service or the Internet during the past 3( days.
• Of the 58.4% of online users is D/FW, 8.0% of those users vi WFAA.com.
• The median adult age in D/FW is 40, while the media househ income is $56,800.
• The D/FW population is 5.8 million (North Texas Council of Governments).

Source: The Media Audit, 2004

### Contact Information:

Joe Weir
Internet Sales Manager
214-977-6315
jweir@wfaa.com

Doug Boehner
Manager/News & Operations
214-977-6164
dboehner@wfaa.com

Gender

Female        55%
Male          45%

 Back to Network Map

Family Income

< 20K              13%
  20K - 35K        13%
  35K - 50K        16%
  50K - 75K        21%
  75K - 100K       16%
      100K+        21%

Sources: Belo Interactive Marketing
Research, The Media Audit, Belo
Interactive Web logs and Omniture
SiteCatalyst and Rolandelli
Research. Please note that Belo's
traffic reporting sytem changed from
internal Web logs to Omniture
SiteCatalyst on January 1, 2006.

Copyright 2004 Belo Corp. All Rights Reserved. | Privacy Policy | Site Map

# **<u>EXHIBIT F</u>**



| Who We Are | Network Information | Creative Portfolio | Advertising Opportunities |

## KHOU.com
### Houston, Texas - Texas Region

KHOU.com is the affiliated web site of KHOU-TV Channel 11, serving the Houston market. KHOU.com provides customers with headline news, weather and sports news, plus special sections and features of interest to area residents.

KHOU.com is leading weather site for Houston and offer a downtown weather cam, several Doppler radar options and personalized weather forecasts on demand.



 Back to Network Map

### Statistics

| Month | Page Views | Visitors |
|---|---|---|
| 2/29/08 | 7,234,494 | 848,684 |
| 1/31/08 | 8,066,114 | 945,234 |
| 12/31/07 | 5,766,642 | 606,462 |

### Demographics

#### Age Range

| 18 - 24 | 8% |
|---|---|
| 25 - 34 | 22% |
| 35 - 44 | 25% |
| 45 - 54 | 23% |
| 55 + | 22% |

### Education Level

| High School | 24% |
|---|---|
| Some College | 35% |
| College | 31% |
| Graduate Degree | 10% |

### The Marketplace

• 59% of all Houston adults logged onto an online service or th Internet during the past 30 days.
• Of the 59%, 11% visited KHOU.com
• The median adult age us Houston is 41, and the average ann household income is $56,500.

Source: The Media Audit, 2004

### Contact Information:

Christine DiStadio
Director of Digital Media
713-521-4356
cdistadio@khou.com

Tim Roth
Internet Sales Manager
713-521-4346
troth@khou.com

Household Size

| | |
|---|---|
| 1 | 8% |
| 2 | 35% |
| 3 | 36% |
| 4 or more | 21% |

 Back to Network Map

Gender

| | |
|---|---|
| Female | 57% |
| Male | 43% |

Family Income

| | |
|---|---|
| < 20K | 13% |
| 20K - 35K | 14% |
| 35K - 50K | 16% |
| 50K - 75K | 21% |
| 75K - 100K | 16% |
| 100K+ | 20% |

Sources: Belo Interactive Marketing
Research, The Media Audit, Belo
Interactive Web logs and Omniture
SiteCatalyst and Rolandelli
Research. Please note that Belo's
traffic reporting sytem changed from
internal Web logs to Omniture
SiteCatalyst on January 1, 2006.

Copyright 2004 Belo Corp. All Rights Reserved. | Privacy Policy | Site Map

# **<u>EXHIBIT G</u>**

MapStats

USA MapStats | Select A State | What's New

# Federal Judicial Districts: Texas

A **Federal judicial district** is the geographic
organization of Federal general trial courts in the
United States.

To profile your district, select the name from the
menu or use the map of Texas below.

Texas Eastern    [ Get Profile ]



[ Back To Texas ]

Fedstats  - www.fedstats.gov/
About Fedstats
Send Your Feedback To Fedstats

Information Quality
Privacy And Accessibility

Page Last Modified: April 20, 2007

# <u>EXHIBIT H</u>



ADSDAQ™   About Us   Blog   Contact Us                                    Login

## Privacy & Security

ContextWeb respects the privacy of individuals that use the Company's services either
directly (as a publisher or advertiser) or indirectly (as an end-user).

### User Information

ContextWeb does not collect any personally identifiable information about you (such as
your name, email address, etc.) except when in your capacity as a publisher or advertiser,
you specifically and knowingly provide such information. With each advertising impression
served, ContextWeb collects information such as the time of day, URL visited, browser
type, browser language, and IP address. That information is used to verify our records and
to provide more relevant services to users, such as showing contextually relevant ads
based on the URL visited.

### Cookies

A cookie is a small piece of data that is transmitted to an end-user's computer and stored
in the cookie directory of that user's hard drive. A cookie identifies an end-user as a
unique, anonymous user (but does not collect or transmit any personally identifiable
information about that end-user). ContextWeb uses cookies to authenticate and keep track
of user sessions and to measure the number of unique users viewing particular ads. In
addition, ContextWeb uses cookies to reduce the likelihood of end-users seeing the same
ad over and over again or more than a certain number of ContextWeb-served ads over a
certain time period. As an end-user, you can generally configure your browser to accept all
cookies, reject all cookies, or notify you when a cookie is set. (Each browser is different,
so check the 'Help' menu of your browser to learn how to change your cookie
preferences). Please note that if you reject all cookies, then ads will become more
repetitive and you will be more likely to see the same ad over and over again.

### Information Sharing

ContextWeb may share information that is not personally identifiable about you in the
aggregate with advertisers, business partners, sponsors, and other third parties. For
example, we may disclose how frequently the average ContextWeb end-user requests
pages about a certain content area (such as health or finance), or which contextual
advertisements are popular with our users. We will not share any personally identifiable
information we may collect about you with any third party without your express consent
unless we are required to do so in order to comply with any valid legal process such as a
search warrant, subpoena, statute, or court order.

### Web Page Content

ContextWeb analyzes certain web pages of those publisher websites within our network.
ContextWeb may use page content, form data and URL parameters in order to improve its
service to the users. In addition, the visited URL is sent to ContextWeb's servers from the
browser so that ContextWeb may retrieve the applicable page content from the publisher's
servers.

### Advertising Content

ContextWeb's services display links to other sites in the form of "contextual advertising."
ContextWeb has no control over the content presented in such advertisements; third party
advertisers provide them. The content of these advertisements is intended to show a high
degree of relevance to the content you view. ContextWeb parses the content of the URL
visited, determines the relevant context and keywords and passes this information to the
third party to obtain the advertisement to display. Changes to the Privacy Policy and your
Consent ContextWeb may decide to change this Privacy Policy from time to time. When
we do, we will post those changes on this page so that you are always aware of the
information we collect, how we use it, and under what circumstances we disclose it. By
using our services directly or indirectly, you consent to the collection and use of your
information as outlined in our Privacy Policy. If you have any further questions, please do
not hesitate to contact us at the top of this page.

Copyright © 2008 ContextWeb, Inc. | 22 Cortlandt Street, New York, NY 10007 | 212.679.1412 | Privacy Policy | WebEx | Site Map

# **<u>EXHIBIT I</u>**





simplicity guaranteed™
store locator
find a store
shop by phone
1-800-843-2489
CART MY ACCOUNT HELP
TV & HOME ENTERTAINMENT | MP3 & AUDIO | COMPUTERS & OFFICE | CAMERAS & CAMCORDERS | CAR & MOBILE | VIDEO GAMING | HOME, TOYS & GIFTS | MOVIES & MUSIC | REPAIR & INSTALLATION
WEEKLY AD FORUMS & BLOG OUTLET GIFT CARDS SHOP BY BRAND
SEARCH: Entire Site GO

# Store Locator

Home > **Store Locator**

**Order anytime @ 1-800-843-2489**

Email a friend Print

# Store locator

## View more locations (* Required)

Zip code * zip code
find

OR

Address
City * LONGVIEW
State * Texas
find

continue shopping

## Circuit City store hours

**Monday-Thursday**
10 a.m. - 9 p.m.

**Friday-Saturday**
10 a.m. - 10 p.m.

**Sunday**
10 a.m. - 8 p.m.

Individual stores may vary slightly from this schedule, particularly during the holiday season and on Sundays. Please see the details for each store for up to date information.

All Circuit City Express stores operate according to mall open and close hours.

## There are 3 stores within 100 miles of LONGVIEW, TX

Showing **1-3** of **3 Matching Stores**

View Map of All Stores

Page 1

| | |
|---|---|
| **Longview,** 1603<br>Approx: 2 miles | 406 West Loop 281, Longview, TX 75605 Details & directions |
| **Tyler,** 1602<br>Approx: 35 miles | 4910 South Broadway Avenue, Tyler, TX 75703 Details & directions |
| **Shreveport,** 3238<br>Approx: 59 miles | 7091 Youree Drive, Shreveport, LA 71105 Details & directions |

Showing **1-3** of **3 Matching Stores**

Page 1

Weekly ad
check out the deals in your area
Find weekly deals here

**Shopping cart**
Your cart is empty.

**Your account**
**Create an account:**
– Simplify checkout
– View your order status
– Save shipping info
– Track packages
**It's secure, easy, and free!**
log in create account

**Gift cards**

Buy a gift card
Send an eGift Card
Learn about bulk gift cards

**Circuit City Rewards Credit Card**

Learn more
Apply now
Pay my bill

Apply & buy today

**Sign up for the hottest news & deals**

email address     sign up

Manage email preferences
Get RSS alerts

**DEALS**
Weekly ad
Sweepstakes
Outlet
Rebates

**SHOPPING**
Returns & exchanges
Trade-in
Partner offers
Order status
Partsearch
Tax-exempt

**PEACE OF MIND**
24/24 Pickup Guarantee
Unbeatable Price Guarantee
Terms of use
Security statement
Privacy policy
Extended warranties
Recalls

**ABOUT US**
Careers
About Circuit City
Investor information/newsroom
Community commitment
Affiliate program

**Shop by phone:** 1-800-843-2489

cybertrust
secured site

Contact us      Help      Site map

©1996 - 2008. Prices and offers are subject to change.

# **EXHIBIT J**

# **facts** offices



**beliefs**
**portfolio**
**clients**
**services**
**facts**

history
news
awards
offices
people
careers
alliances

## **dallas**

Agency.com Dallas
7850 N. Belt Line Road
4th Floor
Irving, TX 75063
V: +1 312 729 4500
F: +1 312 729 4540
**Map & Directions**

Dallas is home to one of the most diversified client bases in the company, with clients such as Alcon, and Hilton. And that suits our staff just fine. The Dallas office now reports directly to Kathleen Flynn in our Midwest location.

**Kathleen Flynn**
**President, Chicago**



**started working with us** March, 2000

**day-to-day work** spending time with clients, reviewing the great work we are producing for our clients and working closely with incredibly talented Agency.com teams

**her client work** many Agency.com clients including Hewlett Packard, 3M, Grainger, Barrie Pace

**heart and soul** I'm a people person so I tend to focus on personal interactions and communication

**favorite author** Ayn Rand – I've read Atlas Shrugged multiple times

amsterdam  brussels  chicago  dallas  dublin  london  milan  new york  rome  san francisco  shanghai

© 2007 Agency.com Ltd.    privacy policy    legal terms

# EXHIBIT K



# **EXHIBIT L**



ADSDAQ™   **About Us**   Blog   Contact Us                    Login

## About Us

**Overview**
**Technology**
**Press Coverage**
**News Releases**
**Event Schedule**
**Executive Team**
**Management**
**Board of Directors**
▸ **Careers**

## Careers

At ContextWeb, we're always looking for people ready to take the next step in their careers and become part of our rapidly growing, cutting edge technology company.

We offer a highly competitive compensation package, a fun and casual environment, and the opportunity to work with world class technology and a top notch professional staff.

Please note that in addition to the specific requirements of each job, all ContextWeb employees are required to meet the following standards:

- Our employees are bright, innovative, energetic, and internally motivated individuals who crave new challenges. They all have a "never give up" approach to work and life.
- Everyone here regularly collaborates professionally with others.
- You must have terrific communication skills: be honest, direct, and trustworthy at all times. Be sure you have great writing skills and sharp verbal skills as well.
- Our employees are all continuous learners. They find out what they need to know, find the source of the knowledge, and share it with their coworkers.
- Be a valued member of our team environment. Feel as comfortable working with others as you are working alone.
- Have a passion for working in entrepreneurial environments, including enjoyment of the new challenges and the fast pace you'd see in any innovative and technologically advanced company.
- A fascination with detail and exactitude. The quality of our work must be impeccable.
- We enjoy our jobs, and insist that new employees do the same. While we are dead serious about our product and service, we also are serious about having fun at work.

If you are interested in any of these positions listed below, please send your resume and salary requirements to jobs@contextweb.com.

### Open positions as of 03/06/2008 16:00:27

- Account Executive
- Ad Trafficker-Publishing
- ADSDAQ Advisors — Service & Telesales Support
- Business Operations Analyst
- Campaign Manager
- Network Engineer
- Research and Development Computer Scientist
- Senior Accountant
- Sr. Java/Spring/Hibernate Developer, server systems
- Senior QA Automation Engineer
- Software Development Manager, Server systems
- Team Lead & Senior Software Engineer, C#/ASP.NET
- Visual/User Experience Designer
- West Coast Sales Director

### Account Executive

The Account Executive is responsible for landing new business, up selling existing clients and driving revenue for new and existing clients. The Account Executive uses a variety of techniques to accomplish this, including lead generation, cold calling, following up on warm leads, and maintaining long term relationships with clients. You will also provide feedback to ContextWeb on how to best service a client's needs.

Required Skills and Experience

- A Bachelor's degree
- A minimum of 2 years of sales experience.
- Proven results oriented presentation skills.
- A verifiable track record of a strong ability to network and meet relevant contacts.

**About Us**

Overview
Technology
Press Coverage
News Releases
Event Schedule
Executive Team
Management
Board of Directors
► Careers

- Strong English written and verbal communication skills.
- Interest and ability to entertain relevant clients.
- Ability to consultatively work with clients to come up with creative solutions to advertising needs.
- Strong MS Office Skills.

In addition, the following skills/experiences will enhance your candidacy.

- Experience selling online advertising
- Advanced understanding of and experience working in an Internet environment.

In Return

ContextWeb offers a highly competitive base salary plus commissions, a terrific health care plan, a retirement plan, domestic partner benefits, and paid time off. Our environment is casual and entrepreneurial.

About ContextWeb:

ContextWeb, Inc. provides high-precision, real-time contextual advertising solutions guaranteed to maximize the results and impact of online advertising. ContextWeb's patent-pending ContextAd is the industry's only real-time and fully-automated solution that can serve contextually relevant advertisements to the most motivated potential customer in as little as 20 milliseconds. ContextAd uses both categories and keywords for analysis and matching, delivering unprecedented accuracy, dramatically extending audience reach and significantly increasing sales conversion rates. ContextWeb is backed by Draper Fisher Jurvetson ("DFJ") Gotham Ventures, DFJ New England, Draper Fisher Jurvetson and Updata Partners. ContextWeb was founded in 2000 and is based in New York.

No. of positions: 2 (one in NYC and one in Dallas)

Back to top

### Ad Trafficker-Publishing

ContextWeb seeks a dynamic individual to be our Publisher Ad Trafficker. This person is a vital member of the Ad Operations team; providing technical and operational services to our publishers.

This person is responsible for technical implementation, troubleshooting, and quality assurance on the publisher side ad tags serving ContextWeb's online campaigns.

The ideal candidate will have a bachelor's degree and at least 1 year online experience with ad trafficking, account management, and/or campaign analysis; proficiency in MS Office applications.

AdServer solution experience (DART, Atlas, Accipiter, Falk, etc.) is required. Knowledge of SalesForce, HTML code and JavaScript a big plus,. You must be task oriented with an eye for detail and a strong sense for process, systems, and detail for implementing ad tags.

If you have the required skills, are energetic, positive, proactive with proven quantitative and analytical skills, ready to identify and solve problems and can be an engaged and participating member of a team, then we invite you to apply.

Responsibilities

- Implementing publisher ad tags on proprietary ad serving system
- Investigating, documenting, and resolving technical issues with publishers
- Interacting with clients to resolve their concerns
- Providing trafficking support in publisher sales calls
- Participating and contributing within a team environment

No. of positions: 1

Back to top

### ADSDAQ Advisors — Service & Telesales Support

This is an opportunity for a proven telesales and customer service representative to contribute to the growth of ContextWeb, an online advertising exchange and the 27th largest ad supported property in the US today (comScore, March 2007).

This position will report directly to the Director of Customer Service & Telesales. The ideal candidate will come equipped with the ability to work and understand the on-line environment. Technically savvy with exceptional telesales, customer service, cross-sell/up-sell experience in a service oriented environment is required. Online advertising or web publishing experience a plus!

**About Us**

Overview
Technology
Press Coverage
News Releases
Event Schedule
Executive Team
Management
Board of Directors
▶ Careers

This is not your typical telesales or customer service position. We are an extremely customer-focused and Internet-savvy company. We need people who think fast and work with passion!

COMPANY PROFILE:

ContextWeb, a leading online contextual ad network, is the 27th largest advertising-supported property in the U.S., according to comScore, with over 54.4 million unique visitors and 3.2 billion ad impressions in March 2007. Red Herring named ContextWeb a Top 100 Private Company in 2006.

Founded in 2000, ContextWeb investors include leading venture capital firms Draper Fisher Jurvetson and Updata Partners. ContextWeb publisher and advertiser partners include comScore's Top 250 properties, and 12 of the top 15 Advertising Age interactive agencies.

The Company's patent pending ContextAd real-time page-level technology delivers advertisers the desirable qualities of site specific buying with the pricing and reach of an ad network. For more information, visit http://www.contextweb.com.

With Internet advertising growing at explosive double-digit rates and online publishing capabilities accessible to the masses, the market for ContextWeb's solutions is extremely robust. The company's new self-serve offering allows publishers to sign up online to make money by accepting advertising via ContextWeb, and has been designed to serve a mass market community of small and special interest sites, including grassroots publishers and bloggers. Small and medium-sized and niche advertisers will have access to ContextWeb's solutions through an enhanced self-serve system capability that allows advertisers to easily bid for, manage, and monitor their ad campaigns.

POSITION OVERVIEW

The Customer Service & Telesales Representative will recruit new and service existing ContextWeb customers. This position will have a daily outbound call target and sales goals in addition to providing high-quality inbound customer care. Candidate must be able to prospect, cold call and effectively convert service calls to sales of company products and services, through effective telesales techniques.

KEY RESPONSIBILITIES

The ADSDAQ Advisor will be the initial point of contact for ContextWeb customers. She/he will be responsible for the following:

- Deliver timely and outstanding telesales and customer support for ContextWeb's self-service Web portal for advertisers and publishers

- Provide day to day customer care, responding proactively to all internal and external customer inquires

- Achieve monthly sales goals by maintaining effective outbound call schedule of high-potential call activities

- Maintain a positive, service-focused experience for each customer

- Think logically to make quick assessments of customer needs and proactively address all requests.

- Document daily issues and tasks and provide necessary reporting to manager

- Communicate with customers via phone, email and live chat to sell services, answer inquires and resolve problems.

- Support the basic customer support processes (incident handling and escalation).

- Reduce recurring customer support issues with improved support by proactively identifying reoccurring situations and working with Director of Customer Service & Telesales to documenting trends and implement process improvements

- Build successful relationships with customer base and provide stellar service at all times. IDEAL CANDIDATE PROFILE

In order to be considered for the position, applicants should have:

- 2-4 years experience in an outbound/inbound call center environment.

- Telesales experience including prospecting, cold calling and closing sales targets. Proven successful track record required.

- Experience with more complex business-to-business services, preferably web-based.

- A track record of success in an unstructured entrepreneurial environment.

- Excellent communication, diction, grammar, voice quality, phone manners, sales presentation, writing, listening and responding skills.

- Advanced abilities with the Internet and Internet applications including good keyboard and computer skills.

- Proficiency with Microsoft Office programs and Salesforce.com as well as various email and knowledge management programs such as Right Now.

**About Us**

Overview

Technology

Press Coverage

News Releases

Event Schedule

Executive Team

Management

Board of Directors

▶ Careers

- Ability to understand the value of various customer segments and willing to work to deliver the highest quality customer service.

- Pleasant, distinctive phone personality.

- Good organizational skills, strong process management and multi-tasking abilities.

- Proactive problem solving and organizational skills and be an outstanding team player.

- Assertive, but not abrasive, professional demeanor.

- Persistent - able to accept rejection, energetic, adaptable, welcomes new challenges.

- Creative thinker who will be able to make a long-term contribution to the organization and department's development.

- Ability to work independently or cross functionally.

COMPENSATION

A competitive compensation package, incentives and benefits.

No. of positions: 1

Back to top

### Business Operations Analyst

The Business Operations Analyst will be responsible for all reporting and analysis of Publisher data in the Adsdaq Exchange. The Business Operations Analyst will use data driven approaches to identify better business tools, techniques, and processes. The Business Operations Analyst will also provide the Business Development Team and Adsdaq Advisor Team with critical feedback on current and future business. The Business Operations Analyst position can be characterized as fast paced, analytical, and communicative role, which bears significant responsibility and accountability.

Essential Duties and Responsibilities:

- Create reporting for all publishers' campaigns across multiple data points.

- Design metrics and analytical methods to identify and solve business problems.

- Evaluate and analyze the economics of various deals solicited by the Business Development team.

- Respond to inventory and pricing requests made by the Business Development team.

- Monitor campaigns and suggest effective strategies to improve campaign performance and/or meet publisher objective.

- Share information and learnings in both an informal self-initiated manner as well as through presentations.

- Drive company growth by developing efficiencies that increase the effectiveness of the position and the Business Analysis group as a whole.

- Complete the position's deliverables in written and/or verbal format.

Required Skills:

- Strong Data Manipulation skills using tools such as Microsoft Excel.

- Strong analytical, decision-making and problem solving skills and abilities.

- Ability to aggregate and manipulate data across multiple platforms

- Ability to work in a fast-paced and dynamic environment.

- Thorough knowledge of PC applications and the Internet.

- Ability to establish and maintain effective working relationships with managers, employees, external clients, and/or customers.

- Ability to maintain own work flow and meet deadlines.

- Ability to exchange information with others clearly and concisely (both verbally and in writing).

- Ability to prioritize and respond to frequent demands of multiple customers (internal and external).

- Ability to work harmoniously and effectively as part of a work team.

- Ability to work with minimal supervision.

- One year experience in the online industry.

No. of positions: 1

Back to top

### Campaign Manager

## About Us

**Overview**

**Technology**

**Press Coverage**

**News Releases**

**Event Schedule**

**Executive Team**

**Management**

**Board of Directors**

▶ **Careers**

This is an excellent opportunity to start a career at a rapidly growing advertising network. This position is at the heart of our business and will provide you with the experience you need to grow with our company. As part of the Ad Operations Team, you will work closely with Account Management, Business Development and Business Operations.

The Campaign Manager is responsible for coordinating web advertising campaigns with high degree of accuracy and follow-through from receipt of insertion order through end of campaign. The ideal candidate should:

- be task oriented with a strong sense for process, systems, and detail for trafficking ads
- be comfortable assisting advertisers and publishers to resolve technical problems with their campaigns
- be able to troubleshoot any creative issues that affect implementation, reporting or tracking
- ensure that campaigns start and end on time
- work with sales staff to ensure all creative materials are delivered on time
- work with animated graphics, 3rd party advertising tags, HTML ad creatves;

Requirements:

- Minimum of 1 year experience with online ad trafficking and/or online account management
- Major adserver solution experience required (Dart, Atlas, Accipiter, etc.)
- Outstanding customer service skills and exceptional eye for detail
- Must be proactive in identifying and solving problems
- Must be able to thrive independently as well as participate as part of a larger team
- Proficiency in MS Excel, MS Word, major CRM systems (SalesForce, NetSuite) is preferred
- Knowledge of HTML, Javascript, Photoshop, and Flash a plus

No. of positions: 1

Back to top

### Network Engineer

The Network Engineer is responsible for the day to day support of our data centers and internal network requirements. This includes firewalls, load balancing, switching, VPN, and telephony system.

Skills and Qualifications:

The following are the minimum requirements for this position.

3-5 years of experience as a Network Engineer that include all of the following as your knowledge base and daily responsibilities:

- Extensive knowledge of layer 2/3 networking concepts
- Familiarity with server load balancing for web and non-web based
- Applications, local and global with GSLB (layer 4-7)
- Firewall configuration and policy management.
- VPN configuration.
- DNS.
- Cisco routing/switching.
- Server load Balancing equipment.
- Working in a heterogeneous operating environment (Windows/Linux)
- SNMP and SFlow configuration and monitoring systems
- WAN design and routing techniques
- Willingness to work off-hours maintenance windows as required
- Appreciation of production environment in a 24/7 business
- Network security techniques, NIDS and penetration testing

The following will enhance the applicant's candidacy:

- Juniper/Netscreen Firewalls
- Redline/Juniper DX and Citrix NetScaler SLBs
- Configuration of VoIP telephony systems

**About Us**

Overview
Technology
Press Coverage
News Releases
Event Schedule
Executive Team
Management
Board of Directors
► Careers

- Demonstrated experience with network security techniques, NIDS and penetration testing
- Windows Server Administration
- Monitoring with Cacti and Nagios

No. of positions: 1

Back to top

### Research and Development Computer Scientist

We need your in depth knowledge to help us design and implement algorithms to model and analyze massively large quantities of statistical data.

Minimal Requirements

- An advanced degree in Math or Computer Science.
- Experience (academically or professionally) designing and implementing algorithms.
- Strong problem solving skills is a must! This is primarily a problem-solving job
- Ability to work independently and debug own work
- Strong knowledge of a object oriented development language (Java, C++, C#)
- Excellent software testing and debugging skills
- Excellent communication skills
- Experience in one or more of Distributed Computing, Data Mining, or Information Retrieval

The following will enhance your candidacy:

- Experience with scripting languages (Perl, Python, etc.)
- 3+ years work/research experience.

No. of positions: 1

Back to top

### Senior Accountant

ContextWeb is seeking a Senior Accountant to direct our company's accounting functions. These include establishing and maintaining the organization's accounting principles, practices, procedures, and initiatives, and will maintain responsibility for the preparation and presentation of financial reports.

Responsibilities:

- Direct our accounting functions.
- Prepare financial reports and present findings and recommendations to controller.
- Plan departmental goals and see to their realization.
- Lead, educate, and mentor staff of 3 employees.
- Ensure adequate internal controls are incorporated into accounting manual and automated business processes
- Assist in year end audit with outside auditors
- Manage internal financial reporting process
- Manage the following functional areas: Cash Flow, A/R, A/P, Customer Invoicing, Credit and Collections, Fixed Assets, Payroll and Commission Payments.

The following are the minimum requirements for this job:

- A successfully completed four year college degree.
- A minimum of 4 years of accounting experience in a company with $5 million - $30 million in annual sales.
- Of those 4 years of experience, 2 years of experience managing an accounting staff. The remaining 2 years must be in daily, hands-on management of the following functional areas: Cash Flow, A/R, A/P, Customer Invoicing, Credit and Collections, Fixed Assets, Payroll and Commission Payments.
- You must be on the CPA track, with expected completion by 2010.

The following skills will enhance your candidacy:

- Experience using Quickbooks.

**About Us**

Overview
Technology
Press Coverage
News Releases
Event Schedule
Executive Team
Management
Board of Directors
▶ Careers

• Training and Development experience.

In Return:

We offer a competitive salary with generous benefits, including healthcare, a 401k, life insurance, domestic partner benefits, and vacation and sick time. To apply, please send your resume to Mallory Doherty. No phone calls please.

No. of positions: 1

Back to top

## Sr. Java/Spring/Hibernate Developer, server systems

ContextWeb seeks a dynamic individual to design and develop software solutions for high scale, high performance web applications in an Agile software development environment.

This position requires that the candidate has significant experience in design and development of Server components utilizing Spring framework and Hibernate.

We are building next generation of ADSDAQ Ad Exchange. Think tens of thousands of Ad requests per second that should be resolved in less than 300ms. Distributed system with hundreds of serves in multiple locations around the globe. 100,000,000,000 Ad Requests per month.

If you are up to the challenge, have the required skills, are a tenacious, analytical, innovative person with strong communication skills who thrives in a collaborative fast-paced dynamic environment, then we'd love to hear from you.

Essential Duties and Responsibilities:

• Design and develop server components
• Collaborating with others on design, development, testing, documentation and/or production support tasks
• Adhere to team and department software development practices and guidelines
• Effective communication with other team members

Skills and Qualifications:

The following are the minimum requirements for consideration.

• Strong Enterprise Java, at least 6 years of J2EE
• Minimum 1 year building enterprise applications with Spring framework and Hibernate
• Good knowledge of Linux
• 3+ years experience designing and developing applications with any Relational Database, preferably in a clustered environment.
• Knowledge of design patterns.
• Experience with test-driven development using a unit testing framework such as JUnit.
• Strong knowledge of algorithms, understanding of pros and cons of different types of data structures
• Strong communication skills. Ability to lead whiteboard sessions, create technical specifications and architecture, outline frameworks.
• BS degree in Computer Science, Engineering or related discipline or equivalent experience. The ideal candidate will have one or more of the following:
• Experience building high-volume, scalable applications (>1,000 requests per second)
• Strong skills in multithreading and multiprocessing.
• Experience with development of applications in Internet Advertising or Web Search industries.
• Experience with Clustered environments (Application Servers, Data Base Clusters)
• Comfortable as a team member for multiple iterations on an Agile project (e.g. Scrum)
• Advanced degree in Computer Science or Math.

No. of positions: 1

Back to top

## Senior QA Automation Engineer

The Senior QA Automation Engineer works with product managers, business analysts, developers and QA engineers to analyze, understand business needs, functional requirements, use cases, process flows, and develop the test automation framework from ground up using HP QuickTestPro and Quality Center. In addition, the Senior QA Automation Engineer will be responsible for all aspects of our Quality Assurance Program

## About Us

Overview

Technology

Press Coverage

News Releases

Event Schedule

Executive Team

Management

Board of Directors

▸ Careers

and Software Testing.

Essential Duties and Responsibilities:

The following are primary responsibilities:

- Develop test automation framework for large complex web applications using HP test automation tools (Quality Center and QTP)
- Develop and execute modular, reusable automated test scripts using HP QTP for old as well as new features or enhancements
- Participate in the full cycle of ContextWeb's product development and deployment in an agile team based environment
- Review and provide feedback on product requirements, functional specifications, software/engineering designs, test plans, and reports
- Participate in QA project planning exercises
- Conduct manual and automated testing for functionality, and the proper flow of information across applications
- Identify, report, and manage defects and test status
- Support the development and maintenance of test tools and automation framework
- Review user guides, technical release notes for efficacy
- Provide program and system documentation that non-technical people can easily understand

Skills and Qualifications:

The following are the minimum requirements for consideration:

- You must have a very good understanding of the software development life cycle and be comfortable working in an agile environment
- You must have a solid understanding of QA methodologies
- You must demonstrate initiative, and be an advocate for the QA team and the testing process
- Substantial, verifiable and successful experience, to include extensive work with each of the following: large scale server systems, testing Internet based services that are well regarded for their quality, scale and stability - ideally .NET and ASP.NET services running on Windows
- Experience with web services, HTTP, HTML, XML
- 2 + years experience with HP Quality Center, QuickTestPro, and other standard QA testing tools
- Strong hands on experience in designing and developing test harness tools and automated (front and back end) testing in the web world
- An advanced knowledge of SQL
- A bachelor's degree, or higher, in Computer Science, Engineering, or related field of study with 3 to 5 years of experience in testing and quality assurance
- A working knowledge of LoadRunner or NeoLoad is highly desirable
- Experience working in the advertising industry, especially in online advertising is highly desirable but not required for consideration

No. of positions: 1

Back to top

### Software Development Manager, Server systems

ContextWeb seeks a dynamic individual to design and develop software solutions for high scale, high performance web applications in an Agile software development environment.

We are building the next generation of the ADSDAQ Ad Exchange. Think about tens of thousands of Ad requests per second that should be resolved in less than 300ms. A distributed system with hundreds of servers in multiple locations around the globe resulting in 100 billion Ad Requests per month.

This position requires that the candidate have significant experience in the design and development of Server components for high volume systems. Key factors are experience with and the understanding of how to deal with scalability, fault tolerance, and performance optimizations. If you have built a system that can process at least 1000 requests per second across multiple servers, we want to speak with you. It is not important what language you used to build your last system, as long as it was an Object Oriented language (e.g. Java, C#, or C++).

You have a passion for software development, reading, and learning new technologies. Back in school, you enjoyed Algorithms and Data Structures, and wrote your own compiler

**About Us**

Overview

Technology

Press Coverage

News Releases

Event Schedule

Executive Team

Management

Board of Directors

▶ Careers

as a course project. You implemented your first multithreaded application during your internship and overloaded the new() operator to implement your own high-performance memory management system. You enjoy Profiling Tools for both applications and databases.

If you are up to the challenge, have the required skills, are a tenacious, analytical, innovative person with strong communication skills who thrives in a collaborative fast-paced dynamic environment, then we'd love to hear from you.

Essential Duties and Responsibilities:

- Lead and mentor our team of C# and Java Developers.
- Design and develop server and backend components.
- Collaborate with others to design, develop, test, document and support production systems.
- Improve and enforce team the department's software development practices and guidelines.
- Effectively communicate with other team members.

Skills and Qualifications:

The following are the minimum requirements for consideration.

- 10-12 years of industry experience .
- Combined 8+ years experience in Object Oriented development using Java, C#, or C++.
- 4 years as a Manager or Director, leading teams of 5-10 developers.
- Strong knowledge of algorithms with understanding of the pros and cons of different types of data structures.
- Very strong skills in multithreading and multiprocessing.
- Experience building high-volume, scalable applications (>1,000 requests per second)
- 5+ years experience designing and developing applications with a relational database including strong knowledge of SQL.
- 3+ years of Internet/Web application development.
- Strong communication skills. Ability to lead whiteboard sessions, create technical specifications, architect, and outline frameworks.
- Ability to lead projects and mentor less senior team members.
- Knowledge and experience working with design patterns.
- BS degree in Computer Science, Engineering or related discipline or equivalent experience.

The ideal candidate will also have one or more of the following:

- Experience with development of applications in Internet Advertising or Web Search industries.
- Experience with Spring and Hibernate frameworks.
- Experience with any Message Queues.
- Experience with TDD (test-driven development) using a unit testing framework such as NUnit or JUnit.
- Comfortable as a team member for multiple iterations on an Agile project (e.g. Scrum)
- Advanced degree in Computer Science or Math.

No. of positions: 1

Back to top

### Team Lead & Senior Software Engineer, C#/ASP.NET

This is your chance to kick some major technical booty. We are seeking a Team Lead/Senior Software Engineer with significant experience designing and implementing high-performance, highly scalable, quality web applications to manage our front-end development team. You should relish involvement in all aspects of the SDLC in a dynamic, fast-paced team-oriented environment. You should excel at taking critical tasks from inception through deployment and maintenance with no supervision. You should deeply understand modern software development practices and methodologies. In addition you will be involved in strategic and tactical planning regarding the creation and enhancement of ADSDAQ: the future of Internet Advertising applications.. ContextWeb is great place to focus on perfecting your ASP.Net/C#/SQL Server development skills.

Responsibilities

**About Us**

Overview

Technology

Press Coverage

News Releases

Event Schedule

Executive Team

Management

Board of Directors

▶ Careers

- Lead our front end development team.
- Design, development and unit testing of web pages and controls based upon requirements provided.
- Support QA team in developing test plans and testing of what has been developed.
- Take ownership of those aspects of the application assigned to you and act as the primary for them.
- Contribute to analysis, design and implementation strategy discussions as well as discussions on general architecture, deployment, infrastructure and the development process.
- Provide support when necessary in resolving issues related existing implementations and infrastructure.
- Act as resource for junior members of the team and senior members in your areas of expertise.
- Participate in code reviews and/or pair programming.

Minimum Requirements for Consideration. You must have:

- A minimum of 2 years of experience leading/mentoring a software development team.
- Understanding of ASP.NET page lifecycle, viewstate, and event handling models and their use in AJAX enabled pages.
- Strong browser development experience including HTML/DHTML, DOM, CSS, JavaScript, AJAX and cross-browser (principally IE 6/7 and FireFox) development issues.
- Solid object-oriented analysis, design and programming experience in C#, Java or C++.
- Solid understanding of issues faced in large-scale deployments and high-traffic web sites.
- Experience working in Agile methodology environment (e.g. SCRUM, XP).
- Familiarity with all aspects of the SDLC including specification, documentation and testing, and scheduling and good general understanding of modern software development practices.
- Able to provide realistic estimates, communicate updates proactively and complete tasks within reasonable timeframes.
- Ability to react gracefully under pressure.
- Five or more years of solid experience developing cross-browser web applications with significant experience using ASP.Net/C# and SQL Server. experience in high-volume web site a strong plus.
- Strong problem solving skills and demonstrated ability to learn new technologies quickly.

The following will enhance your candidacy if you meet the minimum requirements:

- Strong experience developing SQL queries and good understanding of relational database design.
- Experience programming for a high-volume web site. (Ours has in excess of 3 million impressions a day.)
- TDD (test driven development) experience.
- MVC (model view controller) design pattern experience. (Spring.NET)
- Object Relational technology experience (e.g. Hibernate, iBatis).
- Excellent understanding of CSS positioning, layout, and appearance issues with proper cascading implementations.
- Ability to evaluate design and balance server-side vs. client-side issues.
- Experience with ASP.Net Membership technologies.
- Ability to design advanced C# business object models based on business requirements.

No. of positions: 1

Back to top

**Visual/User Experience Designer**

The Visual/User Experience Designer is a member of the product management department and creates interaction designs and visual designs for web applications. The designer also supports the Marketing department by working on corporate websites, landing page experiences, and advertising campaigns.

Responsibilities:

## About Us

**Overview**
**Technology**
**Press Coverage**
News Releases
Event Schedule
Executive Team
Management
Board of Directors
▶ **Careers**

- Research and document user needs, skills, and scenarios
- Define work flows from business requirements
- Creating UI documentation including wireframes and site maps
- Creating high fidelity UI visual mockups describing user interfaces for products/applications

Minimal Qualifications:

- Your resume must include portfolio examples of relevant visual and interaction design work. No Dreamweaver examples, please.
- 4+ years of experience creating application designs and visual interaction designs for Web-based applications.
- Expert level proficiency in Photoshop and Illustrator.
- Proficiency in Visio (for wireframes) and Flash (for product demos, creative advertising, and interactive marketing widgets.)
- Solid and documented understanding of UCD principles and interaction design skills.
- Ability to follow and add to existing guidelines for user interface design, visual design and branding.
- Strong visual/graphical interface design skills
- BS/BA or MS/MFA degree in Human Factors, Graphic Design, HCI, or related field or equivalent experience.

No. of positions: 1

Back to top

### West Coast Sales Director

The West Coast Sales Director is responsible for managing our West Coast sales team, landing new business, up selling existing clients and driving revenue for new and existing clients. The West Coast Sales Director uses a variety of techniques to accomplish this, including effective management, maintaining long term relationships with clients, lead generation and following up on warm lead. You will also provide feedback to ContextWeb on how to best service a client's needs.

Required Skills and Experience

- A Bachelor's degree
- A minimum of 4 years of online advertising sales experience and 2 years if management experience.
- Proven results oriented presentation skills.
- A verifiable track record of a strong ability to network and meet relevant contacts.
- Strong English written and verbal communication skills.
- Interest and ability to entertain relevant clients.
- Ability to consultatively work with clients to come up with creative solutions to advertising needs.
- Strong MS Office Skills.

No. of positions: 1

Back to top

Copyright © 2008 ContextWeb, Inc. | 22 Cortlandt Street, New York, NY 10007 | 212.679.1412 | Privacy Policy | WebEx | Careers

# EXHIBIT M



**HERSHKOVITZ & ASSOCIATES, LLC**

2845 DUKE STREET
ALEXANDRIA, VA 22314
Tel: 703-370-4800
Fax: 703-370-4809
patent@hershkovitz.net

# Fax

| | | | |
|---|---|---|---|
| **To:** | USPTO Assignments Branch | **From:** | Abe Hershkovitz |
| **Fax:** | (703) 308-7124 | **Date:** | March 27, 2008 |
| **Phone:** | (571) 272-3350 | **Pages:** | 8 |

**Re:**  U.S. Patent 6,199,067 in the name of Ilya GELLER for a SYSTEM AND METHOD FOR GENERATING PERSONALIZED USER PROFILES AND FOR UTILIZING THE GENERATED USER PROFILES TO PERFORM ADAPTIVE INTERNET SEARCHES (U.S. Appln. No. 09/422,286, Our Ref: P68386)

☑ **Urgent**      ☑ **For Review**      ☐ **Please Comment**      ☐ **Please Reply**      ☐ **Please Recycle**

******************************CONFIDENTIALITY NOTE****************************
The documents accompanying this facsimile transmission contain information from the patent firm of Hershkovitz & Associates, LLC which is confidential and/or privileged.  The information is intended to be for the use of the individual or entity named on this transmission sheet.  If you are not the intended recipient, be aware that any disclosure, copying, distribution or use of the contents of this facsimile information is prohibited.  If you have received this facsimile in error, please notify us by telephone at (703) 370-4800 immediately so that we can arrange for the retrieval of the original documents at no cost to you.
*******************************************************************************

Dear Assignment Examiner:

The attached Assignment document has been filed today as a corrective assignment to replace the document recorded by the USPTO on November 2, 2007 at Reel 020061 and Frame 0265.

The undersigned has been informed that the document filed for recordation on November 2, 2007 was a draft document that was inadvertently sent to the firm of the undersigned instead of the final document that should have been sent. Accordingly, the USPTO is requested to record the attached document in place of the one recorded on November 2, 2007.

USPTO ASSIGNMENTS          P68386                                   -Page 2-

Any additional fees required for recordation of these documents for the corrective assignment should be charged to the Deposit Account No. 50-2929.

Respectfully submitted,

Abraham Hershkovitz
Registration No. 45,294

Attachments: Confirmation Receipt for March 28, 2008 Corrective Assignment
for U.S. Patent No. 6,199,067
Attachments for March 28, 2008 Corrective Assignment:
(1 page) Cover Sheet for November 2, 2007 Assignment
for U.S. Patent No. 6,199,067
(3 page) Correct Assignment Document

P68386.F02 Corrective Assignment Fax; AH/jz

# EXHIBIT N

*CONFIDENTIAL*



### EXHIBIT I
### FORM OF PATENT ASSIGNMENT AGREEMENT

### PATENT ASSIGNMENT AGREEMENT

THIS PATENT ASSIGNMENT AGREEMENT (the "Agreement"), is made as of the 23rd day of October, 2007 (the "Effective Date"), by and between Mightiest Logicon Unisearch, Inc. ("Assignor") and P.A. Advisors, LLC . ("Assignee") (each a "Party" and collectively the "Parties").

WHEREAS, Assignor is the owner of all rights, title and interest in and to the inventions (the "Inventions") as described and claimed in the United States and foreign patents and patent application as listed on Schedule A (United States patent properties) and Schedule B (foreign patent properties) hereto (collectively the "Patents");

WHEREAS, Assignor and Assignee have agreed by a Patent Purchase Agreement (the "Purchase Agreement") dated the date hereof by and between Assignor and Assignee, the terms of which are incorporated herein by reference, that Assignor shall sell, transfer, assign and set over unto Assignee subject to the perpetual irrevocable royalty free license to Assignor, and Assignee shall accept, all rights, title and interest in and to the Patents as specified in this Agreement;

NOW, THEREFORE, in consideration of the mutual covenants and agreements of the Parties and pursuant to the Purchase Agreement, and for other good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged, it is hereby agreed as follows:

### I. ASSIGNMENT

1. Assignor hereby sells, transfers, assigns and sets over to Assignee all rights, title and interest (for all countries) in and to the Patents, and all the rights and privileges under any letters patent that may be granted under any continuations, divisions, reissues, reexaminations, renewals and extensions therefor and thereon and all continuations, divisions, reissues, reexaminations, renewals and extensions thereof; and all applications for industrial property protection, including without limitation, all applications for patents, utility models, copyright, and designs which may hereafter be filed for said Inventions and Patents in any country or countries, together with the right to file such applications and the right to claim for the same the priority rights derived from the Patents under the patent laws of the United States, the International Convention for the Protection of Industrial Property, or any other international agreement or the domestic laws of the country in which any such application is filed, as may be applicable; and all applications for industrial property protection, including, without limitation, all applications for patents, utility models, copyrights and designs which may hereafter be filed for said Inventions or Patents in any country or countries, together with the right to file such applications; and all forms of industrial property protection, including, without limitation, patents, utility models, inventors' certificates, copyrights and designs which may be granted for said Patent in any country or countries and all extensions, renewals and reissues thereof.

2. Assignor hereby authorizes and requests the Commissioner of Patents and Trademarks of the United States and any official of any country or countries foreign to the United States, whose

*CONFIDENTIAL*

duty is to issue patents or other evidence or forms of industrial property on applications as aforesaid, to issue the same to Assignee, it successors, assigns and legal representatives, or to such nominees as it may designate.

3. Assignor agrees that, whenever reasonably requested by Assignee and at Assignee's expense, Assignor will execute all papers, take all rightful oaths, and do all acts which may be reasonably necessary or desirable for securing and maintaining patents for the Inventions in any country and for vesting title thereto in Assignee, its successors, assigns and legal representatives or nominees.

4. Assignor authorizes and empowers Assignee, its successors, assigns and legal representatives or nominees, to invoke and claim for any application for patent or other form of protection for the Inventions, the benefit of the right of priority provided by the International Convention for the Protection of Industrial Property, as amended, or by any convention which may henceforth be substituted for it, or any other international agreement or the domestic laws of the country in which any such application is filed, as may be applicable, and to invoke and claim such right of priority without further written or oral authorization from Assignor.

5. Assignor hereby consents that a copy of this Agreement shall be deemed a full legal and formal equivalent of any assignment, consent to file or like document that may be required in any country for any purpose and more particularly in proof of the right of Assignee or nominee to claim the aforesaid benefit of the right of priority provided by the International Convention for the Protection of Industrial Property, as amended, or by any convention which may henceforth be substituted for it.

6. All of the rights, title and interest in and to the Patents sold, transferred, assigned and set over to Assignee hereunder include all income, royalties, damages and payments now or hereafter due or payable with respect thereto, except for the pre-existing licenses identified in Section 7.6 of the Purchase Agreement, and all causes of action (whether in law or equity) and the right to sue, counterclaim, and recover for the past, present and future infringement of the rights assigned or to be assigned hereunder.

**Assignor**

By: _____

Name: _____

Title: _____

**Assignee**

By: _____    Title: Manager

9

*CONFIDENTIAL*

## SCHEDULE A
## UNITED STATES PATENTS AND PATENT APPLICATIONS

Provisional Application 60/116,582
United States Patent No. 6,199,067

# EXHIBIT O



**United States Patent and Trademark Office**

Home | Site Index | Search | Guides | Contacts | eBusiness | eBiz alerts | News | Help

*Electronic Patent Assignment System*

# Confirmation Receipt

**Your assignment has been received by the USPTO.**
**The coversheet of the assignment is displayed below:**

## PATENT ASSIGNMENT

Electronic Version v1.1
Stylesheet Version v1.1

| SUBMISSION TYPE: | CORRECTIVE ASSIGNMENT |
|---|---|
| NATURE OF CONVEYANCE: | Corrective Assignment to correct the (remove the) incorrect assignment documents and replace with the correct documents. previously recorded on Reel 020061 Frame 0265. Assignor(s) hereby confirms the Assignment. |

**CONVEYING PARTY DATA**

| Name | Execution Date |
|---|---|
| Mightiest Logicon Unisearch, Inc. | 10/23/2007 |

**RECEIVING PARTY DATA**

| | |
|---|---|
| Name: | P.A. Advisors, LLC |
| Street Address: | 207 C North Washington Avenue |
| City: | Marshall |
| State/Country: | TEXAS |
| Postal Code: | 75670 |

**PROPERTY NUMBERS  Total: 1**

| Property Type | Number |
|---|---|
| Patent Number: | 6199067 |

**CORRESPONDENCE DATA**

Fax Number:          (703)370-4809
*Correspondence will be sent via US Mail when the fax attempt is unsuccessful.*
Phone:               (703) 370-4800
Email:               patent@hershkovitz.net
Correspondent Name:  Hershkovitz & Associates, LLC
Address Line 1:      2845 Duke Street
Address Line 4:      Alexandria, VIRGINIA  22314

| ATTORNEY DOCKET NUMBER: | P68386 |
|---|---|
| NAME OF SUBMITTER: | Abraham Hershkovitz |
| Signature: | /Abe Hershkovitz/ |
| Date: | 03/27/2008 |

**Total Attachments: 4**
source=P68386-AS02-CorrectiveAssignment-OriginalCover_CorrectAssignmentDocs#page1.tif
source=P68386-AS02-CorrectiveAssignment-OriginalCover_CorrectAssignmentDocs#page2.tif
source=P68386-AS02-CorrectiveAssignment-OriginalCover_CorrectAssignmentDocs#page3.tif
source=P68386-AS02-CorrectiveAssignment-OriginalCover_CorrectAssignmentDocs#page4.tif

**RECEIPT INFORMATION**

| EPAS ID: | PAT510257 |
|---|---|
| Receipt Date: | 03/27/2008 |
| Fee Amount: | $40 |

## Return to home page

| .HOME | INDEX | SEARCH | *e*BUSINESS | CONTACT US | PRIVACY STATEMENT