IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| PA ADVISORS, LLC<br><br>    Plaintiff,<br><br>    v.<br><br>GOOGLE INC., ET AL.<br><br>    Defendants. | No. 2:07-cv-480-TJW<br><br>JURY TRIAL DEMANDED |

## ORDER DENYING CONTEXTWEB, INC.'S MOTION TO TRANSFER

Before the Court is Defendant ContextWeb, Inc.'s Motion to Transfer and Its Memorandum in Support Thereof. After reviewing the Motion and the Response of Plaintiff PA Advisors, LLC, the Court is of the opinion that the Motion should in all things be denied. It is, therefore,

ORDERED, ADJUDGED, and DECREED that Defendant ContextWeb, Inc.'s Motion to Transfer is hereby DENIED.