# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | | |
|---|---|---|
| **PA ADVISORS, LLC,** | § | |
| | § | |
| **vs.** | § | **C.A. NO. 2:07-CV-480-TJW** |
| | § | |
| **GOOGLE, INC., ET AL** | § | |

### DEFENDANT FACEBOOK, INC.'S UNOPPOSED
### MOTION FOR WITHDRAWAL OF COUNSEL

Defendant FACEBOOK, INC. respectfully requests that Darren E. Donnelly, Darryl M. Woo, David M. Lacy Kusters and Fenwick & West, LLP, be permitted to withdraw as counsel of record for said defendant in this matter. FACEBOOK, INC. consents to this request. Said defendant is currently represented by other counsel in this matter.

Dated: April 3, 2008

    /s/ *Darren E. Donnelly*
Darren E. Donnelly
ddonnelly@fenwick.com
FENWICK & WEST, LLP
Silicon Valley Center
801 California Street
Mountain Valley, CA 94041
Phone: (650) 988-8500
Fax: (650) 938-5200

Darryl M. Woo
dwoo@fenwick.com
David M. Lacy Kusters
dlacykusters@fenwick.com
FENWICK & WEST, LLP
555 California Street, 12th Floor
San Francisco, CA 94104
Phone: (415) 875-2300
Fax: (415) 281-1350

**Attorneys for Defendant,
Facebook, Inc.**

**CERTIFICATE OF CONFERENCE**

Counsel for Defendant Facebook, Inc. have conferred about this motion with all counsel of record, who have agreed to the relief sought in this motion.

Dated: April 3, 2008

/s/ *Darren E. Donnelly*
Darren E. Donnelly

**CERTIFICATE OF SERVICE**

The undersigned certifies that all counsel of record who have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3) on this the 3rd day of April, 2008. Any other counsel of record will be served by first class mail.

/s/ *Darren E. Donnelly*
Darren E. Donnelly