# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | | |
|---|---|---|
| **PA ADVISORS, LLC,** | § | |
| | § | |
| **vs.** | § | **C.A. NO. 2:07-CV-480-TJW** |
| | § | |
| **GOOGLE, INC., ET AL** | § | |

## ORDER GRANTING DEFENDANT FACEBOOK, INC.'S
## UNOPPOSED MOTION FOR WITHDRAWAL OF COUNSEL

On this date came for consideration Defendant FACEBOOK, INC.'s Unopposed Motion for Withdrawal of Counsel. Having reviewed same, the Court hereby GRANTS said Motion.

IT IS THEREFORE ORDERED that Darren E. Donnelly, Darryl M. Woo, David M. Lacy Kusters and Fenwick & West, LLP, are withdrawn and are no longer counsel of record for Defendant FACEBOOK, INC.