IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| PA ADVISORS, LLC, | § | |
| | § | |
| vs. | § | C.A. NO. 2:07-CV-480-TJW |
| | § | |
| GOOGLE, INC., ET AL | § | |

### ORDER GRANTING DEFENDANT FACEBOOK, INC.'S
### UNOPPOSED MOTION FOR WITHDRAWAL OF COUNSEL

On this date came for consideration Defendant FACEBOOK, INC.'s Unopposed Motion for Withdrawal of Counsel. Having reviewed same, the Court hereby GRANTS said Motion.

IT IS THEREFORE ORDERED that Darren E. Donnelly, Darryl M. Woo, David M. Lacy Kusters and Fenwick & West, LLP, are withdrawn and are no longer counsel of record for Defendant FACEBOOK, INC.

SIGNED this 7th day of April, 2008.

_____
T. JOHN WARD
UNITED STATES DISTRICT JUDGE