# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| **PA ADVISORS, LLC**<br><br>    Plaintiff,<br><br>    v.<br><br>**GOOGLE INC., et al**<br><br>    Defendants. | **Civil Action No. 2:07cv480 -TJW**<br><br>**JURY TRIAL DEMANDED** |

## UNOPPOSED MOTION TO WITHDRAW AS ATTORNEY

Plaintiff, PA Advisors, LLC ("PA Advisors") moves this court for an order permitting the withdrawal of Amy E. LaValle from representation of PA Advisors in this action.

PA Advisors does not oppose the withdrawal, and the withdrawal of Ms. LaValle will not have a materially adverse effect on PA Advisors as it is still represented by competent counsel who are fully capable of representing the interests of PA Advisors. The Defendants are unopposed to this motion.

Additionally, PA Advisors requests that Amy E. LaValle no longer receive CM/ECF notices for this action.

WHEREFORE, PREMISE CONSIDERED, PA Advisors requests this Court to grant the Motion to Withdraw.

Dated: April 30, 200  Respectfully submitted,

**PA ADVISORS, LLC**

By: /s/ Amy E. LaValle
Amy E. LaValle
Texas State Bar No. 24040529
THE LAVALLE LAW FIRM
3811 Turtle Creek Boulevard
Suite 1620
Dallas, Texas 75219
Telephone: (214) 732-7533
Facsimile: (214) 292-8831
E-mail: lavalle@lavallelawfirm.com

**ATTORNEY FOR PLAINTIFF
PA ADVISORS, LLC**

**CERTIFICATE OF CONFERENCE**

This is to certify that counsel for the Plaintiff, Amy E. LaValle, conferred with counsel for Defendants concerning this motion and that Defendants do not oppose the motion.

Dated: April 30, 2008                                  /s/ Amy E. LaValle

**CERTIFICATE OF SERVICE**

I hereby certify that the counsel of record who are deemed to have consented to electronic service are being served today with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3). Any other counsel of record will be served by electronic mail, facsimile transmission and/or first class mail on this same date.

Dated: April 30, 2008                                  /s/ Amy E. LaValle