## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## MARSHALL DIVISION

| | |
|---|---|
| **PA ADVISORS, LLC** | |
|     **Plaintiff,** | |
|     **v.** | **Civil Action No. 2:07cv480 -TJW** |
| **GOOGLE INC., et al** | |
|     **Defendants.** | **JURY TRIAL DEMANDED** |

## ORDER GRANTING UNOPPOSED MOTION TO WITHDRAW AS ATTORNEY

Plaintiff's unopposed motion to withdraw Amy E. LaValle as its attorney of record shall

be, and is hereby, GRANTED.