IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| PA ADVISORS, LLC<br><br>    Plaintiff,<br><br>    v.<br><br>GOOGLE INC., et al<br><br>    Defendants. | Civil Action No. 2:07cv480 -TJW<br><br>JURY TRIAL DEMANDED |

### ORDER GRANTING UNOPPOSED MOTION TO WITHDRAW AS ATTORNEY

Plaintiff's unopposed motion to withdraw Amy E. LaValle as its attorney of record shall be, and is hereby, GRANTED.

SIGNED this 1st day of May, 2008.

_____
T. JOHN WARD
UNITED STATES DISTRICT JUDGE