IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| PA ADVISORS, LLC,<br>    Plaintiff,<br><br>v.<br><br>GOOGLE INC., YAHOO! INC., FACEBOOK,<br>INC., CONTEXTWEB, INC., SPECIFIC<br>MEDIA, INC., FAST SEARCH &<br>TRANSFER ASA, FAST SEARCH &<br>TRANSFER, INC., AGENTARTS, INC.,<br>SEEVAST CORPORATION, PULSE 360,<br>INC., WPP GROUP USA, INC., WPP<br>GROUP PLC, AND 2417 REAL MEDIA,<br>INC.,<br>    Defendants. | Case No. 2-07-CV-480 TJW |

**DEFENDANTS' AMENDED RULE 7.1 DISCLOSURE STATEMENT**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the undersigned counsel for Defendants Fast Search & Transfer ASA, Fast Search & Transfer, Inc., and AgentArts, Inc. disclose as follows:

- Fast Search & Transfer, Inc. is a wholly-owned subsidiary of FAST Holdings, N.A.

- AgentArts, Inc. is a wholly-owned subsidiary of FAST Holdings, N.A.

- FAST Holdings, N.A. is a wholly-owned subsidiary of Fast Search & Transfer International AS.

- Fast Search & Transfer International AS is a wholly-owned subsidiary of Fast Search & Transfer ASA.

- On May 1, 2008, Fast Search & Transfer ASA became an indirectly, wholly-owned subsidiary of Microsoft Corporation, a Washington corporation which is publicly traded on the NASDAQ.

Dated: May 23, 2008

Respectfully submitted,

By _____
DAVID R. CHILDRESS
TBA #04199480

MACK ED SWINDLE
TBA #19587500

**WHITAKER, CHALK, SWINDLE & SAWYER, L.L.P.**

3500 City Center Tower II
301 Commerce St.
Fort Worth, Texas 76102-4186
Telephone:  (817) 878-0500
Facsimile:  (817) 878-0501
**ATTORNEYS FOR DEFENDANTS FAST SEARCH & TRANSFER, INC. AND AGENTARTS, INC.**

## CERTIFICATE OF SERVICE

I hereby certify that the counsel of record who are deemed to have consented to electronic service are being served today, May 29, 2008, with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3). Any other counsel of record will be served by electronic mail, facsimile transmission, and/or first class mail on this same date.

_____
DAVID R. CHILDRESS