# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| PA ADVISORS, LLC<br><br>　　　　Plaintiff,<br><br>v.<br><br>GOOGLE, INC., ET AL<br><br>　　　　Defendants | Civil Action No. 2:07-CV-480-TJW |

## NOTICE OF APPEARANCE

Notice is hereby given that the undersigned attorney, **Evelyn Y. Chen,** enters her appearance in this matter as counsel for **Fast Search & Transfer, Inc., Fast Search & Transfer ASA**, and **AgentArts, Inc.,** and consents to electronic service of all documents filed in this action, including all notices, orders, and opinions issued by the Court pursuant to Local Rule CV-5(a)(3).

Dated:  June 9, 2008　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　　By:　　*/s/ Evelyn Y. Chen*
　　　　　　　　　　　　　　　　　　　　　　　　　Evelyn Y. Chen
　　　　　　　　　　　　　　　　　　　　　　　　　Texas State Bar No. 24055297
　　　　　　　　　　　　　　　　　　　　　　　　　eychen@sidley.com
　　　　　　　　　　　　　　　　　　　　　　　　　SIDLEY AUSTIN LLP
　　　　　　　　　　　　　　　　　　　　　　　　　717 North Harwood, Suite 3400
　　　　　　　　　　　　　　　　　　　　　　　　　Dallas, Texas 75201
　　　　　　　　　　　　　　　　　　　　　　　　　Tel:　　214-981-3300
　　　　　　　　　　　　　　　　　　　　　　　　　Fax:　　214-981 3400

　　　　　　　　　　　　　　　　　　　　　　　　　***ATTORNEY FOR DEFENDANTS***
　　　　　　　　　　　　　　　　　　　　　　　　　***FAST SEARCH & TRANSFER, INC.,***
　　　　　　　　　　　　　　　　　　　　　　　　　***FAST SEARCH & TRANSFER ASA, AND***
　　　　　　　　　　　　　　　　　　　　　　　　　***AGENTARTS, INC.***

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system pursuant to Local Rule CV-5(a)(3) on June 9, 2008.

*/s/ Evelyn Y. Chen*
Evelyn Y. Chen

DA1 417602v.1