# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

**PA ADVISORS, LLC,**

    **Plaintiff**                                     Civil Action No. 2-07cv-480

v.

**GOOGLE, INC., et al**                     **JURY TRIAL DEMANDED**

    **Defendants**

## NOTICE OF APPEARANCE

Notice is hereby given that the undersigned attorney, Patrick R. Anderson, enters his appearance in the above-referenced proceedings for the Plaintiff, PA Advisors, LLC ("PA Advisors"). PA Advisors respectfully requests that the Court take note of this Notice of Appearance and make Patrick R. Anderson, one of the attorneys of record for PA Advisors in this lawsuit. Copies of all communications and other documents should be emailed or faxed to Patrick R. Anderson, at the address set forth below.

June 12, 2008                                    Respectfully submitted,

                                                            /s/ *Patrick R. Anderson*
                                                            **Patrick R. Anderson**
                                                            Michigan Bar No. P68961
                                                            4225 Miller Road, Bldg. B-9
                                                            Suite 358
                                                            Flint, MI 48507
                                                            Telephone: (517)303-4806
                                                            Fax:        (413) 683-0614
                                                            E-mail:  Patrick@prapllc.com

                                                            Attorney for Plaintiff
                                                            **PA ADVISORS, LLC**

# CERTIFICATE OF SERVICE

The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3). Any other counsel of record will be served by facsimile transmission and/or first class mail this 12th day of June, 2008.

/s/ *Patrick R. Anderson*
Patrick R. Anderson