PA Advisors, LLC v. Google Inc. et al — Doc. 141

Appendix K

Revised: 1/24/07

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
Marshall DIVISION
APPLICATION TO APPEAR PRO HAC VICE

2-1-3860

FILED-CLERK
U.S. DISTRICT COURT

2008 JUN 12 AM 10:06

TX EASTERN-MARSHALL

1. This application is being made for the following: Case # 2:07-cv-00480-IJW    BY
Style: PA Advisors, LLC v. Google Inc. et al.
2. Applicant is representing the following party/ies: Fast Search & Transfer, Inc.; AgentArts, Inc
3. Applicant was admitted to practice in IL (state) on November 2006 (date)
4. Applicant is in good standing and is otherwise eligible to practice law before this court
5. Applicant is not currently suspended or disbarred in any other court.
6. Applicant has/(has not) had an application for admission to practice before another court denied (please circle appropriate language). If so, give complete information on a separate page.
7. Applicant has/(has not) ever had the privilege to practice before another court suspended (please circle). If so, give complete information on a separate page.
8. Applicant has/(has not) been disciplined by a court or Bar Association or committee thereof that would reflect unfavorably upon applicant's conduct, competency or fitness as a member of the Bar (please circle) If so, give complete information on a separate page.
9. Describe in detail on a separate page any charges, arrests or convictions for criminal offense(s) filed against you. Omit minor traffic offenses.
10. There are no pending grievances or criminal matters pending against the applicant.
11. Applicant has been admitted to practice in the following courts:
   Supreme Court of Ill.; U.S. District Court, N.D. Ill.
12. Applicant has read and will comply with the Local Rules of the Eastern District of Texas, including Rule AT-3, the "Standards of Practice to be Observed by Attorneys."
13. Applicant has included the requisite $25 fee (see Local Rule AT-1(d)).
14. Applicant understands that he/she is being admitted for the limited purpose of appearing in the case specified above only.

**Application Oath:**

I, Ben Frey, do solemnly swear (or affirm) that the above information is true; that I will discharge the duties of attorney and counselor of this court faithfully; that I will demean myself uprightly under the law and the highest ethics of our profession; and that I will support and defend the Constitution of the United States

Date 6/10/08        Signature [signature]

Dockets.Justia.com

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
APPLICATION TO APPEAR PRO HAC VICE (Continued)

Name (please print) __Ben Frey__
State Bar Number __Illinois 6289510__
Firm Name: __Sidley Austin LLP__
Address/P.O. Box: __One South Dearborn__
City/State/Zip: __Chicago, IL 60603__
Telephone #: __312-853-7000__
Fax #: __312-853-7036__
E-mail Address: __bfrey@sidley.com__
Secondary E-Mail Address: _____

Applicant is authorized to enter an appearance as counsel for the party/parties listed above. This application has been approved for the court on: __6-12-08__

David J. Maland, Clerk
U.S. District Court, Eastern District of Texas

By _____
Deputy Clerk

# Receipt for Payment

Receipt No: 2-1-0003860

## United States District Court

for the

Eastern District of Texas at Marshall

Date: **Thursday, June 12, 2008**

Received from:

**SIDLEY**

**DALLAS, TX**

| Account | Amount |
|---|---|
| 6855XX | $75.00 |
| **Total** | **$75.00** |

| Account | Description |
|---|---|
| 085000 | Attorney Admission Fees |
| 086400 | New Case Fee |
| 086900 | Filing Fees |
| 121000 | Conscience Fund |
| 129900 | Gifts |
| 143500 | Interest |
| 322340 | Sale of Publications |
| 322350 | Copy Fees |
| 322360 | Miscellaneous Fees |
| 322380 | Recoveries of Court Costs |
| 322386 | Cost of Prosecution |
| 504100 | Crime Victims Fund |
| 508800 | Immigration Fees |
| 510000 | Civil Filing Fee (1/2) |
| 5100PL | Partial Filing Fee (PLRA) |
| 510100 | Registry Fee |
| 604700 | Registry Funds/General and Special Funds |
| 613300 | Unclaimed Monies |
| 6855XX | Deposit Funds |

Payment method: **Check**

Case or other reference: **2:07cv480 phv Lewis Cederoth Frey**

Comments: **CK 185132**

Received by: **pa**