UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| PA ADVISORS, LLC,<br><br>    Plaintiff,<br><br>v.<br><br>GOOGLE, INC., ET ALLEGATION<br><br>    Defendants. | C.A. No. 2-07CV-480TJW |

**DEFENDANTS FAST SEARCH & TRANSFER, INC. AND AGENTARTS, INC.'S
<u>UNOPPOSED MOTION FOR WITHDRAWAL OF COUNSEL</u>**

Defendants Fast Search & Transfer, Inc. and AgentArts, Inc. hereby respectfully request that Lee T. Gesmer, Joseph J. Laferrrera and Christopher M. Sheehan be permitted to withdraw as counsel of record for said defendants in this matter. Said defendants consent to this request. Said defendants are currently represented by other counsel in this matter.

Date: June 12, 2008

                Respectfully Submitted,

                <u>/s/ Lee T. Gesmer</u>
                Lee T. Gesmer, Esq.
                Joseph J. Laferrera, Esq.
                Christopher M. Sheehan, Esq.
                Gesmer Updegrove LLP
                40 Broad Street
                Boston MA 02109
                lee.gesmer@gesmer.com
                Telephone: 617.350.6800

ATTORNEYS FOR DEFENDANTS FAST SEARCH &
TRANSFER, INC. AND AGENTARTS, INC.

## CERTIFICATE OF CONFERENCE

Counsel for Fast Search & Transfer, Inc. and AgentArts, Inc. have conferred about this motion with all counsel of record, who have agreed to the relief requested in this motion.

/s/ Lee T. Gesmer
Lee T. Gesmer

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document was filed electronically in compliance with Local Rule CV-5(a). As such, this motion was served on all counsel who have consented to electronic service, Local Rule CV-5(a)(3)(A), on this the 12th day of January, 2008.

/s/ Lee T. Gesmer
Lee T. Gesmer