UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| PA ADVISORS, LLC,<br><br>                Plaintiff,<br><br>v.<br><br>GOOGLE, INC., ET ALLEGATION<br><br>                Defendants. | C.A. No. 2-07CV-480TJW |

**ORDER GRANTING DEFENDANTS FAST SEARCH & TRANSFER, INC.
AND AGENTARTS, INC.'S UNOPPOSED MOTION FOR
<u>WITHDRAWAL OF COUNSEL</u>**

On this date came for consideration defendants Fast Search & Transfer, Inc. and AgentArts, Inc. Unopposed Motion for Withdrawal of Counsel. Having reviewed same, the Court hereby GRANTS said motion.

It is therefore ordered that Lee T. Gesmer, Joseph J. Laferrera and Christopher M. Sheehan and Gesmer Updegrove LLP are withdrawn and are no longer counsel for Fast Search & Transfer, Inc. and AgentArts, Inc.

SIGNED this 20th day of June, 2008.

_T. John Ward_
T. JOHN WARD
UNITED STATES DISTRICT JUDGE