IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| PA ADVISORS, LLC | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 2:07-CV-480 [TJW] |
| | § | |
| GOOGLE INC., | § | |
| YAHOO! INC., ET AL | § | JURY DEMANDED |

## **DEFENDANT YAHOO! INC.'S UNOPPOSED MOTION TO WITHDRAW COUNSEL**

Defendant Yahoo! Inc. respectfully requests that Richard Watkins, Miyoung Shin, and the BRINKS HOFER GILSON & LIONE law firm be permitted to withdraw as counsel of record for Yahoo! Inc. in the above-captioned matter. All pleadings and correspondence in this matter shall be directed to Jason White, Howrey LLP, 321 North Clark Street, Suite 3400, Chicago, IL 60610-2402. Plaintiff does not oppose this motion.

Dated: June 26, 2008

Respectfully submitted,

By:   */s/ Michael E. Jones*
Michael E. Jones
State Bar No. 10929400
POTTER MINTON
A Professional Corporation
110 N. College, Suite 500 (75702)
P. O. Box 359
Tyler, Texas 75710
(903) 597 8311
(903) 593 0846 (Facsimile)
mikejones@potterminton.com

Jason C White
HOWREY LLP
321 North Clark Street, Suite 3400
Chicago, IL 60610-2402
Direct: +1 312.846.5680
Fax: +1 312.602.3986
whitej@howrey.com

ATTORNEYS FOR DEFENDANT
YAHOO! INC.

{A07\7854\0005\W0368319.1 }

## CERTIFICATE OF SERVICE

I hereby certify that all counsel of record who have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3) on this the 26th day of June, 2008. Any other counsel of record will be served by first class U.S. mail on this same date.

/s/ Michael E. Jones
Michael E. Jones