IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| PA ADVISORS, LLC | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 2:07-CV-480 [TJW] |
| | § | |
| GOOGLE INC., | § | |
| YAHOO! INC., ET AL | § | JURY DEMANDED |

### ORDER GRANTING DEFENDANT YAHOO! INC.'S UNOPPOSED MOTION TO WITHDRAW COUNSEL

Before the Court is Defendant Yahoo! Inc.'s Unopposed Motion to Withdraw Counsel Richard Watkins, Miyoung Shin, and the BRINKS HOFER GILSON & LIONE law firm. The motion is GRANTED.

IT IS ORDERED that Richard Watkins, Miyoung Shin, and the BRINKS HOFER GILSON & LIONE law firm are withdrawn as counsel for Defendant Yahoo! Inc. in this matter.

SIGNED this 2nd day of July, 2008.

_____
T. JOHN WARD
UNITED STATES DISTRICT JUDGE