IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| PA ADVISORS, LLC | § | |
| | § | |
| V. | § | NO. 2:07CV480 |
| | § | |
| GOOGLE, INC., ET AL. | § | |

## ORDER OF RECUSAL

The undersigned hereby recuses himself with regard to the above entitled and numbered civil action.

SIGNED this 2nd day of July, 2008.

_T. John Ward_
T. JOHN WARD
UNITED STATES DISTRICT JUDGE