# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
### MARSHALL DIVISION

| | | |
|---|---|---|
| **PA ADVISORS, LLC** | § | |
| | § | |
| **Plaintiff,** | § | |
| | § | |
| **vs.** | § | **CASE NO. 2:07 CV 480** |
| | § | **PATENT CASE** |
| **GOOGLE INC., YAHOO! INC.,** | § | |
| **FACEBOOK, INC., CONTEXTWEB,** | § | |
| **INC., SPECIFIC MEDIA, INC., FAST** | § | |
| **SEARCH & TRANSFER ASA, FAST** | § | |
| **SEARCH & TRANSFER, INC.,** | § | |
| **AGENTARTS, INC., SEEVAST** | § | |
| **CORPORATION, PULSE 360, INC.,** | § | |
| **WPP GROUP USA, INC., 24/7 REAL** | § | |
| **MEDIA, INC.** | § | |
| | § | |
| **Defendants.** | § | |

## TRANSFER ORDER

The above-styled and numbered cause is hereby **TRANSFERRED** to United States District

Judge David J. Folsom.

**So ORDERED and SIGNED this 8th day of July, 2008.**



**LEONARD DAVIS**
**UNITED STATES DISTRICT JUDGE**

Dockets.Justia.com