IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| PA ADVISORS, LLC, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 2:07-CV-480-LED |
| | § | |
| GOOGLE, INC., ET AL, | § | **JURY DEMANDED** |
| | § | |
| Defendants. | § | |

## NOTICE OF APPEARANCE

Notice is hereby given that the undersigned attorney, G. William Lavender, enters his appearance in this matter as counsel for Fast Search & Transfer, Inc. and AgentArts, Inc., and consents to electronic service of all documents filed in this action, including all notices, orders, and opinions issued by the Court pursuant to Local Rule CV-5(a)(3).

Dated: July 10, 2008

                                                Respectfully submitted,

                                          /s/ G. William Lavender
                                          G. William Lavender
                                          LAVENDER LAW
                                          210 N. State Line Ave., Suite 503
                                          Texarkana, AR  71854
                                          870-773-3187 (Telephone)
                                          870-773-3181 (Facsimile)
                                          blav@lavenderlaw.com

                                          ATTORNEY FOR DEFENDANTS
                                          FAST SEARCH & TRANSFER, INC.
                                          AND AGENTARTS, INC.

CERTIFICATE OF SERVICE

       The undersigned hereby certifies that the foregoing document was filed electronically in compliance with Local Rule CV-5(a) on this  10th  day of July, 2008.  As of this date, all counsel of record have consented to electronic service and are being served with a copy of this document through the Court's CM/ECF system under Local Rule CV-5(a)(3)(A).

                                                                          /s/ G. William Lavender