IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| PA ADVISORS, LLC | § | |
|     Plaintiff, | § | CASE NO. 2:07CV480 |
| | § | |
| vs. | § | |
| | § | |
| GOOGLE INC., et al. | § | |
|     Defendants. | § | |

## NOTICE OF CHANGE OF ADDRESS

COMES NOW, JAMES S. BLANK, Counsel for **WPP Group USA, Inc.** and **24/7 Real Media, Inc.**, and files this Notice to inform the Court, all parties and their counsel of record of a change of address. As of July 1, 2008, the contact information for James S. Blank is as follows:

>James S. Blank
>JBlank@kayescholer.com
>
>KAYE SCHOLER LLP
>425 Park Avenue
>New York, NY 10022
>Telephone: (212) 836-8071
>Fax: (212) 836-6536

Dated: July 9, 2008

Respectfully submitted,

_____/s/_____
JAMES S. BLANK
JBlank@kayescholer.com
KAYE SCHOLER LLP
425 Park Avenue
New York, NY 10022
Telephone: (212) 836-8071
Fax: (212) 836-6536

ATTORNEYS FOR WPP Group USA, Inc.
and 24/7 Real Media, Inc.