IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| PA ADVISORS, LLC,<br>    Plaintiff,<br><br>v.<br><br>GOOGLE INC., YAHOO! INC., FACEBOOK, INC., CONTEXTWEB, INC., SPECIFIC MEDIA, INC., FAST SEARCH & TRANSFER ASA, FAST SEARCH & TRANSFER, INC., AGENTARTS, INC., SEEVAST CORPORATION, PULSE 360, INC., WPP GROUP USA, INC., WPP GROUP PLC, AND 24/7 REAL MEDIA, INC.,<br>    Defendants. | Case No. 2-07-CV-480 TJW |

## DEFENDANTS FAST SEARCH & TRANSFER, INC. AND AGENTARTS, INC.'S UNOPPOSED MOTION FOR WITHDRAWAL OF COUNSEL

Defendants Fast Search & Transfer, Inc. ("Fast Search") and AgentArts, Inc. ("AgentArts") hereby respectfully request that David R. Childress and Mack Ed Swindle be permitted to withdraw as counsel of record for said defendants in this matter. Said defendants consent to this request. Said defendants are currently represented by other counsel in this matter.

WHEREFORE, Defendants Fast Search and AgentArts respectfully request that the Court grant their Unopposed Motion for Withdrawal of Counsel.

FAST SEARCH & TRANSFER, INC. AND AGENTARTS, INC.,
UNOPPOSED MOTION FOR WITHDRAWAL OF COUNSEL
R:\Stor\DRC\fastsearch\Pleadings\Motion to WD - WCSS.wpd

Page 1

Dockets.Justia.com

Dated: July 10, 2008.

Respectfully submitted,

By _____
DAVID R. CHILDRESS
TBA #04199480

MACK ED SWINDLE
TBA #19587500

**WHITAKER, CHALK, SWINDLE & SAWYER, L.L.P.**

3500 City Center Tower II
301 Commerce St.
Fort Worth, Texas 76102-4186
Telephone:   (817) 878-0500
Facsimile:   (817) 878-0501
**ATTORNEYS FOR DEFENDANTS FAST SEARCH &
   TRANSFER, INC. AND AGENTARTS, INC.**

## CERTIFICATE OF SERVICE

I hereby certify that the counsel of record who are deemed to have consented to electronic service are being served today, July 10, 2008, with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3). Any other counsel of record will be served by electronic mail, facsimile transmission, and/or first class mail on this same date.

_____
DAVID R. CHILDRESS