# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| PA ADVISORS, LLC, )<br> Plaintiff, )<br> )<br>v. )<br> )<br> )<br>GOOGLE INC., YAHOO! INC., FACEBOOK, )<br>INC., CONTEXTWEB, INC., SPECIFIC )<br>MEDIA, INC., FAST SEARCH & )<br>TRANSFER ASA, FAST SEARCH & )<br>TRANSFER, INC., AGENTARTS, INC., )<br>SEEVAST CORPORATION, PULSE 360, )<br>INC., WPP GROUP USA, INC., WPP )<br>GROUP PLC, AND 2417 REAL MEDIA, )<br>INC., )<br> Defendants. ) | Case No. 2-07-CV-480 TJW |

## ORDER GRANTING DEFENDANTS
## FAST SEARCH & TRANSFER, INC. AND AGENT ARTS, INC.'S
## UNOPPOSED MOTION FOR WITHDRAWAL OF COUNSEL

 Having considered the Unopposed Motion for Withdrawal of Counsel of Defendants Fast Search & Transfer, Inc., and AgentArts, Inc., and finding it to be well-taken, the Court is of the opinion that the motion should be GRANTED.

 IT IS ORDERED that David R. Childress and Mack Ed Swindle are withdrawan and are no longer counsel for Defendants Fast Search & Transfer, Inc., and AgentArts, Inc.

 **SIGNED this 11th day of July, 2008.**

 _____
 DAVID FOLSOM
 UNITED STATES DISTRICT JUDGE

*Order Granting Unopposed Motion for Withdrawal* Solo Page