## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## MARSHALL DIVISION

| | |
|---|---|
| PA ADVISORS, LLC, § | |
| § | |
| Plaintiff, § | |
| § | |
| v. § | CIVIL ACTION NO. 2:07-CV-480 (DF) |
| § | |
| GOOGLE INC., et al., § | |
| § | |
| Defendant. § | |
| § | |

### ORDER

The Court set a status conference July 24, 2008 at 10:00 AM in **TEXARKANA**. Prior to the status conference, the parties shall confer by telephone regarding a scheduling order. The Court is in Marshall in March and October each year. The Court currently has dates open for Claim Construction on September 3 or 17 of 2009. With these dates in mind, the parties are to submit a 26(f) conference report **one (1) day** before the status conference.

It is so **ORDERED**.

**SIGNED this 15th day of July, 2008.**

_____
DAVID FOLSOM
UNITED STATES DISTRICT JUDGE