IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| PA ADVISORS, LLC<br><br>　　　Plaintiff,<br><br>v.<br><br>GOOGLE INC., ET AL.<br><br>　　　Defendants. | No. 2:07-cv-480-TJW<br><br>JURY TRIAL DEMANDED |

## UNOPPOSED MOTION FOR WITHDRAWAL OF REPRESENTATION

Plaintiff, PA Advisors, LLC, moves this Court for an order granting that Danny L. Williams and J. Mike Amerson be withdrawn from representation in the above cause due to the fact that they and their law firm Williams, Morgan & Amerson, P.C. no longer represent Plaintiff in this action. Plaintiff's other counsel remain of record.

Wherefore, premises considered, PA Advisors, LLC moves the court for an order discharging Danny L. Williams and J. Mike Amerson as its attorneys of record, and granting such other relief as the court may deem proper. Additionally, the plaintiff requests that Danny L. Williams and J. Mike Amerson also no longer receive cm/ecf notices.

　　　　　　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　　　**PA ADVISORS, LLC**

Dated: July 22, 2008　　　　　　　　　　　　By: /s/Danny L. Williams

　　　　　　　　　　　　　　　　　　　　　　　David M. Pridham
　　　　　　　　　　　　　　　　　　　　　　　**Law Office of David Pridham**
　　　　　　　　　　　　　　　　　　　　　　　25 Linden Road
　　　　　　　　　　　　　　　　　　　　　　　Barrington, Rhode Island 02806
　　　　　　　　　　　　　　　　　　　　　　　Telephone: (401) 633-7247
　　　　　　　　　　　　　　　　　　　　　　　Fax: (401) 633-7247
　　　　　　　　　　　　　　　　　　　　　　　E-mail: david@pridhamiplaw.com

1

Danny L. Williams
Texas State Bar No. 21518050
J. Mike Amerson
Texas State Bar No. 01150025
**Williams, Morgan & Amerson, P.C.**
10333 Richmond, Suite 1100
Houston, Texas 77042
Telephone: (713) 934-7000
Facsimile: (713) 934-7011
E-mail: danny@wmalaw.com
E-mail: mike@wmalaw.com

Andrew W. Spangler
State Bar No. 24041960
**Spangler Law P.C.**
104 E. Houston Street, Ste. 135
Marshall, Texas 75670
Telephone: (903) 935-3443
Facsimile: (903) 938-7843
Email: spangler@spanglerlawpc.com

**Patrick R. Anderson**
Michigan Bar No. P68961
4225 Miller Road, Bldg. B-9
Suite 358
Flint, MI 48507
Telephone: (517)303-4806
Fax: (413) 683-0614
E-mail: Patrick@prapllc.com

Of Counsel:
Joseph Diamante
**JENNER & BLOCK LLP**
919 Third Avenue, 37th Floor
New York, New York 10022-3908
Telephone: (212) 891-1600
Facsimile: (212) 891-1699
E-mail: jdiamante@jenner.com

**ATTORNEYS FOR PLAINTIFF
PA ADVISORS, LLC**

## CERTIFICATE OF SERVICE

      I hereby certify that the counsel of record who are deemed to have consented to electronic service are being served today with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3). Any other counsel of record will be served by electronic mail, facsimile transmission and/or first class mail on this same date.

Dated: July 22, 2008                                      /s/Mark Dunglinson  
                                                              Mark Dunglinson