IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| PA ADVISORS, LLC | § | |
| | § | |
| v. | § | Civil Action No. 2:07-CV-480[DF] |
| | § | |
| Google, Inc. et al | § | Jury Demanded |
| | § | |

# NOTICE OF APPEARANCE OF ADDITIONAL COUNSEL FOR DEFENDANT YAHOO! INC.

Defendant Yahoo! Inc. files this Notice of Appearance of Additional Counsel, and hereby notifies the Court that Allen F. Gardner of the law firm Potter Minton, A Professional Corporation, 110 N. College, Suite 500, Tyler, Texas 75702, is appearing as additional counsel for Yahoo! Inc. in the above-referenced matter. All pleadings, discovery, correspondence and other material should be served upon counsel at the address referenced above.

Dated: July 23, 2008                         Respectfully submitted,

**POTTER MINTON**
A Professional Corporation
110 N. College, Suite 500 (75702)
P. O. Box 359
Tyler, Texas 75710
(903) 597 8311
(903) 593 0846 (Facsimile)

By: */s/ Allen F. Gardner*
Allen F. Gardner
State Bar No. 24043679
allengardner@potterminton.com

**ATTORNEYS FOR DEFENDANT YAHOO! INC.**

{A07\7854\0005\W0370539.1 }

## CERTIFICATE OF SERVICE

I hereby certify that all counsel of record who have consented to electronic service and are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3) on July 23, 2008. Any other counsel of record will be served by first class mail on this same date.

*/s/Allen F. Gardner*