IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| PA ADVISORS, LLC<br><br>    Plaintiff,<br>v.<br><br>GOOGLE INC., ET AL.<br><br>    Defendants. | No. 2:07-cv-480-TJW<br><br>JURY TRIAL DEMANDED |

### ORDER GRANTING MOTION FOR WITHDRAWAL OF REPRESENTATION

CAME ON THIS DAY for consideration the Unopposed Motion for Withdrawal of Representation of Danny L. Williams and J. Mike Amerson as attorneys of record for PA Advisors, LLC, and it appearing that such Motion should be GRANTED.

IT IS, THEREFORE, ORDERED, that such Motion is hereby GRANTED.

SIGNED this 23rd day of July, 2008.

_____
DAVID FOLSOM
UNITED STATES DISTRICT JUDGE