# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | | |
|---|---|---|
| PA ADVISORS, LLC | § | |
|     Plaintiff, | § | CASE NO. 2:07CV480 |
| | § | |
| vs. | § | Honorable David Folsom, Presiding |
| | § | |
| GOOGLE INC., et al. | § | |
|     Defendants. | § | |

## NOTICE OF APPEARANCE OF COUNSEL

Notice is hereby given that Melissa R. Smith of Gillam & Smith, LLP enters her appearance on behalf of Defendant, **24/7 Real Media, Inc**., in this matter as additional counsel.

Melissa R. Smith may receive all communications from the Court and from other parties at Gillam & Smith, LLP, 303 South Washington Avenue, Marshall, Texas 75670; Telephone: (903) 934-8450; Facsimile: (903) 934-9257, e-mail melissa@gillamsmithlaw.com.

Dated: July 23, 2005

                                        Respectfully submitted,

                                        GILLAM & SMITH, LLP

                                        /s/
                                        Melissa R. Smith
                                        State Bar No. 24001351
                                        GILLAM & SMITH, L.L.P.
                                        303 South Washington Avenue
                                        Marshall, Texas 75670
                                        Telephone: (903) 934-8450
                                        Facsimile: (903) 934-9257
                                        Email: melissa@gillamsmithlaw.com

## CERTIFICATE OF SERVICE

       The undersigned hereby certifies that the foregoing document was filed electronically in compliance with Local Rule CV-5(a). As such, this notice was served on all counsel who have consented to electronic service. Local Rule CV-5(a)(3)(A). Pursuant to Fed. R. Civ. P. 5(d) and Local Rule CV-5(e), all other counsel of record not deemed to have consented to electronic service were served with a true and correct copy of the foregoing by certified mail, return receipt requested, on this the 24th day of July, 2008.

                                    /s/
                                  Melissa R. Smith