IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| **PA ADVISORS, LLC,** § | |
| § | |
| Plaintiff, § | |
| § | |
| v. § | **CIVIL ACTION NO. 2:07-CV-480 (DF)** |
| § | |
| **GOOGLE INC., et al.,** § | |
| § | |
| Defendant. § | |
| § | |

## ORDER

Currently before the Court are Yahoo! Inc.'s Motion to Dismiss (Dkt. No. 33), Facebook, Inc.'s Motion to Dismiss (Dkt. No. 93), Yahoo! Inc.'s Motion to Dismiss (Dkt. No. 95), and ContextWeb, Inc.'s Motion to Change Venue (Dkt. No. 117).

The Court held a hearing regarding the status of these motions on July 24, 2008.

As agreed at the hearing, Plaintiff's First Amended Complaint (Dkt. No. 58) and Yahoo! Inc's Motion (Dkt. No. 95) supercedes the first Motion to Dismiss (Dkt. No. 33). The Court hereby **DISMISSES WITHOUT PREJUDICE** Yahoo! Inc.'s Motion to Dismiss (Dkt. No. 33).

At the hearing ContextWeb and Facebook indicated that their settlement discussions were near completion and agreed to have their motions dismissed. Therefore, the Court **DISMISSES WITHOUT PREJUDICE** Facebook Inc.'s Motion to Dismiss (Dkt. No. 93) and ContextWeb, Inc.'s Motion to Change Venue (Dkt. No. 117). Should the parties fail to finalize the settlements they may renew their motions.

It is so **ORDERED**.

**SIGNED this 24th day of July, 2008.**

_____
DAVID FOLSOM
UNITED STATES DISTRICT JUDGE