IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| PA ADVISORS, LLC<br><br>      Plaintiff,<br><br>v.<br><br>GOOGLE, INC.,<br><br>      Defendants | Civil Action No. 2:07-CV-480 |

**STIPULATION OF DISMISSAL
OF FAST SEARCH & TRANSFER ASA, FAST SEARCH & TRANSFER, INC., AND
AGENTARTS, INC.**

Plaintiff PA Advisors, LLC ("Plaintiff") and Defendants Fast Search & Transfer ASA, Fast Search & Transfer, Inc. and AgentArts, Inc. (collectively "Defendants") have resolved any and all disputes between them related to this matter and have agreed to dismiss all such claims with prejudice. Accordingly, Plaintiff and Defendants hereby stipulate, pursuant to Fed. R. Civ. P. 41(a), to the dismissal of Plaintiff's claims against Defendants with prejudice, with Plaintiff and Defendants to bear their own respective costs and attorneys' fees.

Dated: August 1, 2008

| | |
|---|---|
| */s/*Patrick R. Anderson | */s/* Dougla I. Lewis (with permission) |
| **Andrew Wesley Spangler** | **G. William Lavender** |
| Spangler Law PC | blav@lavenderlaw.com |
| 208 N. Green St. | Lavender Law |
| Suite 300 | 210 N State Line Ave., Suite 503 |
| Longview, TX 75601 | PO Box 1938 |
| 903-753-9300 | Texarkana, AR 75504-1938 |
| Fax: 903-553-0403 | Tel: 870.773.3187 |
| Email: spangler@spanglerlawpc.com | Fax: 870.773.3181 |

**Jonathan T Suder**
jts@fsclaw.com
**Michael T Cooke**
mtc@fsclaw.com
Friedman Suder & Cooke
604 East 4th Street
Suite 200
Fort Worth, TX 76102
817/334-0400
Fax: 18173340401
Email: jts@fsclaw.com

**David Michael Pridham**
David Pridham
Law Office of David Pridham
25 Linden Road
Barrington, RI 02806
401-633-7247
Fax: 401-633-7247
Email: david@PridhamIPLaw.com

**Joseph Diamante**
Jenner & Block LLP - NY
919 Third Avenue
New York, NY 10022
212/891-1600
Fax: 212/909-0811
Email: jdiamante@jenner.com

**Patrick Rolf Anderson**
Patrick R. Anderson, PLLC
4225 Miller Rd.
Bldg. B-9
Suite 358
Flint, MI 48507
517-303-4806
Fax: 248-928-9239
Email: patrick@prapllc.com

*ATTORNEYS FOR PLAINTIFF
PA ADVISORS, LLC*

**Evelyn Y. Chen**
eychen@sidley.com
SIDLEY AUSTIN LLP
717 North Harwood, Suite 3400
Dallas, Texas 75201
Tel:     214.981.3300
Fax:    214.981.3400

**Richard A. Cederoth**
rcederoth@sidley.com
**Douglas I. Lewis**
dilewis@sidley.com
**Ben Frey**
bfrey@sidley.com
SIDLEY AUSTIN LLP
One South Dearborn
Chicago, IL 60603
Telephone:  312.853.7000
Facsimile:   312.853.7036

*ATTORNEYS FOR DEFENDANTS
FAST SEARCH & TRANSFER ASA,
FAST SEARCH & TRANSFER, INC,
AND AGENTARTS, INC*

**CERTIFICATE OF SERVICE**

I certify that on August 1, 2008, service of a true and complete copy of the Stipulation of Dismissal of Fast Search & Transfer ASA, Fast Search & Transfer, Inc. and AgentArts, Inc was made upon all counsel of record who are deemed to have consented to electronic service via the Court's ECF electronic filing system.

                                       _/s/ Patrick R. Anderson_____