IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| PA ADVISORS, LLC<br><br>      Plaintiff,<br><br>v.<br><br>GOOGLE, INC.,<br><br>      Defendants | Civil Action No. 2:07-CV-480 |

### **ORDER**

Pursuant to the Stipulation of Dismissal filed by Plaintiff PA Advisors, LLC ("Plaintiff") and Defendants Fast Search & Transfer ASA, Fast Search & Transfer, Inc. and AgentArts, Inc. (collectively "Defendants"), it is hereby

ORDERED that Plaintiffs' claims against Defendants are dismissed with prejudice; and

ORDERED that the parties shall bear their own attorney's fees, expenses and costs.

**SIGNED this 6th day of August, 2008.**

_____
DAVID FOLSOM
UNITED STATES DISTRICT JUDGE

DA1 421447v.1