IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| PA ADVISORS, LLC | |
| v. | No. 2:07-CV-480 (DF) |
| GOOGLE., ET AL | |

## PLAINTIFF'S RULE 7.1 DISCLOSURE STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1, Plaintiff PA Advisors, LLC, states that its parent corporation is Granicus IP, LLC, which is a privately held company, and that no publicly held corporation owns 10% or more of Plaintiff's stock.

| | |
|---|---|
| August 11, 2008 | Respectfully submitted, |
| | PA ADVISORS, LLC |
| | By: /s/ Patrick R. Anderson<br>Andrew W. Spangler<br>State Bar No. 24041960<br>Spangler Law P.C.<br>208 N. Green Street, Suite 300<br>Longview, Texas 75601<br>(903) 753-9300<br>(903) 553-0403 (fax)<br>spangler@spanglerlawpc.com |
| | Jonathan T. Suder<br>Michael T. Cooke<br>Friedman Suder & Cooke<br>604 East 4th Street, Suite 200<br>Fort Worth, Texas 76102<br>(817) 334-0400<br>(817)334-0401 (fax)<br>jts@fsclaw.com<br>mtc@fsclaw.com |

David M. Pridham
Law Office of David Pridham
25 Linden Road
Barrington, Rhode Island 02806
(401) 633-7247
(401) 633-7247 (fax)
david@pridhamiplaw.com

Patrick R. Anderson
Patrick R. Anderson, PLLC
4225 Miller Road, Bldg. B-9, Suite 358
Flint, Michigan 48507
(517) 303-4806
(248) 928-9239 (fax)
patrick@prapllc.com

COUNSEL FOR PLAINTIFF
PA ADVISORS, LLC

**CERTIFICATE OF SERVICE**

I hereby certify that the counsel of record who are deemed to have consented to electronic service are being served today with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3). Any other counsel of record will be served by electronic mail, facsimile transmission and/or first class mail on this same date.

August 11, 2008                                            /s/ Patrick R. Anderson
                                                           Patrick R. Anderson