IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| PA ADVISORS, LLC | § § § | |
| Plaintiff, | § § | CIVIL ACTION NO. 2:07-CV-480 (D) |
| v. | § § | **JURY TRIAL DEMANDED** |
| GOOGLE INC., et al, | § § § | |
| Defendants | § | |

## UNOPPOSED MOTION FOR ENTRY OF
## AGREED DOCKET CONTROL ORDER

TO THE HONORABLE UNITED STATES DISTRICT COURT:

Pursuant to the parties' representation to the Court at the July 24, 2008 Status Conference, Plaintiff and remaining Defendants that have not announced a settlement as represented at the Status Conference request that the Court enter the Agreed Docket Control Order submitted contemporaneously with this Motion.

Dated:  August 18, 2008.                                        Respectfully submitted,

Andrew Wesley Spangler
Spangler Law PC
208 N. Green St., Suite 300
Longview, TX 75601
903-753-9300
Fax: 903-553-0403
Email: spangler@spanglerlawpc.com

Danny Lloyd Williams
Williams Morgan & Amerson
10333 Richmond, Suite 1100
Houston, TX 77042
713/934-4060
Fax: 17139347011
Email: dwilliams@wmalaw.com

/s/ Brian C Cannon
Quinn Emanuel Urquhart Oliver & Hedges
555 Twin Dolphin Dr
Suite 560
Redwood Shores, CA 94065
650/801-5000
Fax: 650/801-5100
Email: briancannon@quinnemanuel.com

David J Beck
Beck Redden & Secrest
1221 McKinney St, Suite 4500
One Houston Center
Houston, TX 77010-2020
713/951-3700
Fax: 17139513720

51319/2608044.1

1

David Michael Pridham
David Pridham
Law Office of David Pridham
25 Linden Road
Barrington, RI 02806
401-633-7247
Fax: 401-633-7247
Email: david@PridhamIPLaw.com

J Mike Amerson
Williams Morgan & Amerson PC
10333 Richmond, Suite 1100
Houston, TX 77042
713/934-4055
Fax: 17139347011
Email: mike@wmalaw.com

Joseph Diamante
Jenner & Block LLP - NY
919 Third Avenue
New York, NY 10022
212/891-1600
Fax: 212/909-0811
Email: jdiamante@jenner.com

Patrick Rolf Anderson
Patrick R. Anderson, PLLC
4225 Miller Rd., Bldg. B-9, Suite 358
Flint, MI 48507
517-303-4806
Fax: 248-928-9239
Email: patrick@prapllc.com

Jonathan T. Suder
State Bar No. 19463350
Michael T. Cooke
State Bar No. 04759650
FRIEDMAN, SUDER & COOKE
Tindall Square Warehouse No. 1
604 East 4th Street, Suite 200
Fort Worth, Texas 76102
(817) 334-0400
Fax (817) 334-0401
Email: mtc@fsclaw.com
Email: jts@fsclaw.com

Email: dbeck@brsfirm.com

Michael Ernest Richardson
Beck Redden & Secrest - Houston
1221 McKinney
Suite 4500
Houston, TX 77010-2010
713/951-6284
Fax: 17139513720
Email: mrichardson@brsfirm.com

ATTORNEYS FOR DEFENDANT
GOOGLE INC.

ATTORNEYS FOR PLAINTIFF
PA ADVISORS, LLC

Jason C White
Howrey LLP - Chicago
321 North Clark Street
Suite 3400
Chicago, IL 60610
312/846-4680
Fax: 312/602-3986
Email: whitej@howrey.com

John Frederick Bufe
Potter Minton
P. O. Box 359
Tyler, TX 75710
903/597/8311
Fax: 9035930846
Email: johnbufe@potterminton.com

Michael Edwin Jones
Potter Minton PC
110 N College
Suite 500
PO Box 359
Tyler, TX 75710-0359
903/597/8311
Fax: 9035930846
Email: mikejones@potterminton.com

ATTORNEYS FOR DEFENDANT
YAHOO! INC.

David M Lacy Kusters
Fenwick & West - San Francisco
555 California Street
12th Floor
San Francisco, CA 94104
415-875-2300
Fax: 415-281-1350
Email: dlacykusters@fenwick.com

Indra Neel Chatterjee
Orrick Herrington & Sutcliffe - Menlo Park
1000 Marsh Rd
Menlo Park, CA 94025
650/614-7400
Fax: 650/614-7401
Email: nchatterjee@orrick.com

J Thad Heartfield
The Heartfield Law Firm
2195 Dowlen Rd
Beaumont, TX 77706
409/866-3318
Fax: 14098665789
Email: thad@jth-law.com

Monte M F Cooper
Orrick Herrington & Sutcliffe LLP
1000 Marsh Rd
Menlo Park, CA 94025
650/614-7375
Fax: 16506147401
Email: mcooper@orrick.com

Thomas J Gray
Orrick Herrington & Sutcliffe - Irvine
4 Park Plaza
Suite 1600
Irvine, CA 92614
949/567-6700
Fax: 949/567-6701
Email: tgray@orrick.com

ATTORNEYS FOR DEFENDANT
FACEBOOK, INC.

Hiep Huu Nguyen
Darby & Darby - New York
7 World Trade Center
250 Greenwich Street
New York, NY 10007-0042
212/527-7700
Fax: 212/527-7701
Email: hnguyen@darbylaw.com

James E Hanft
Darby & Darby - New York
7 World Trade Center
250 Greenwich Street
New York, NY 10007-0042
212/527-7700
Fax: 212/527-7701
Email: jhanft@darbylaw.com

Matthew D Orwig
Sonnenschein Nath & Rosenthal LLP - Dallas
1717 Main Street
Suite 3400
Dallas, TX 75201-7395
214/259-0990
Fax: 214/259-0910
Email: morwig@sonnenschein.com

Melvin C Garner
Darby & Darby - New York
7 World Trade Center
250 Greenwich Street
New York, NY 10007-0042
212/527-7700
Fax: 212/527-7701
Email: mgarner@darbylaw.com

ATTORNEYS FOR DEFENDANT
CONTEXTWEB, INC.


Ben Frey
Sidley Austin - Chicago
Bank One Plaza
One South Dearborn Ave
Chicago, IL 60603
312/853-7000

Craig S Summers
Knobbe Martens Olson & Bear LLP - Irvine,CA
2040 Main St
Fourteenth Floor
Irvine, CA 92614
949/760-0404
Fax: 949/760-9502
Email: craig.summers@kmob.com

Joseph S Cianfrani
Knobbe Martens Olson & Bear LLP - Irvine,CA
2040 Main St
Fourteenth Floor
Irvine, CA 92614
949/760-0404
Fax: 949/760-9502
Email: jcianfrani@kmob.com

Matthew S Bellinger
Knobbe Martens Olson & Bear LLP - Irvine,CA
2040 Main St
Fourteenth Floor
Irvine, CA 92614
949-760-9502
Fax: 949-760-9502
Email: matt.bellinger@kmob.com

Melvin R Wilcox, III
Yarbrough - Wilcox, PLLC
100 E. Ferguson, Suite 1015
Tyler, TX 75702
903.595.1133
Fax: 903.595.0191
Email: mrw@yw-lawfirm.com

ATTORNEYS FOR DEFENDANT
SPECIFIC MEDIA, INC.
C Thomas Kruse
Baker & Hostetler - Houston
1000 Louisiana
Suite 2000
Houston, TX 77002-5009
713/646-1365

Fax: 312/853-7036
Email: bfrey@sidley.com

Douglas I Lewis
Sidley Austin - Chicago
One South Dearborn St
Chicago, IL 60603
312/853-7000
Fax: 13128537036
Email: dilewis@sidley.com

Evelyn Y Chen
Sidley Austin - Dallas
717 N Harwood
Suite 3400
Dallas, TX 75201
214-981-3412
Fax: 214-981-3400
Email: eychen@sidley.com

G William Lavender
Lavender Law
210 N State Line Ave
Suite 503
PO Box 1938
Texarkana, AR 75504-1938
870/773-3187
Fax: 18707733181
Email: blav@lavenderlaw.com

Richard A Cederoth
Sidley Austin - Chicago
One South Dearborn St
Chicago, IL 60603
312/853-7000
Fax: 312/853-7036
Email: rcederoth@sidley.com

ATTORNEYS FOR DEFENDANTS
FAST SEARCH & TRANSFER, INC., FAST
SEARCH TRANSFER ASA and
AGENTARTS, INC.
Harry Lee Gillam, Jr
Gillam & Smith, LLP
303 South Washington Avenue
Marshall, TX 75670

Fax: 713/751-1717
Email: tkruse@bakerlaw.com

Paul I Perlman
Hodgson Russ LLP
140 Pearl Street
Suite 100
Buffalo, NY 14202-4040
716/848-1479
Fax: 716/819-4616
Email: pperlman@hodgsonruss.com

Robert J Fluskey, Jr
Hodgson Russ LLP
140 Pearl Street
Suite 100
Buffalo, NY 14202-4040
716/856-4000
Fax: 716/849-0349
Email: rfluskey@hodgsonruss.com

ATTORNEYS FOR DEFENDANT
SEEVAST CORPORATION and
PULSE 360, INC.

903-934-8450
Fax: 903-934-9257
Email: gil@gillamsmithlaw.com

Howard I Sherman
Kaye Scholer - New York
425 Park Avenue
New York, NY 10022
212/836-8071
Fax: 212/836-7153
Email: hsherman@kayescholer.com

James S Blank
Kaye Scholer - New York
425 Park Avenue
New York, NY 10022
212/836-7528
Fax: 12128368689
Email: jblank@kayescholer.com

ATTORNEYS FOR DEFENDANT
24/7 REAL MEDIA, INC.

## CERTIFICATE OF SERVICE

I hereby certify that on the 18th day of August, 2008, I electronically filed the foregoing document with the clerk of the court for the U.S. District Court, Eastern District of Texas, Marshall Division, using the electronic case filing system of the court. The electronic case filing system sent a "Notice of Electronic Filing" to the attorneys of record who have consented in writing to accept this Notice as service of this document by electronic means.

/s/ Brian C. Cannon