IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| PA ADVISORS, LLC<br><br>　　　　Plaintiff,<br><br>v.<br><br>GOOGLE, INC., et al.,<br><br>　　　　Defendants | Civil Action No. 2:07-CV-480 |

## STIPULATED MOTION FOR DISMISSAL WITHOUT PREJUDICE

The plaintiff, PA Advisors, LLC and defendants Seevast Corporation and Pulse 360, Inc., pursuant to Fed. R. Civ. P. 41(a)(2) and (c), hereby move for an order dismissing all claims and counterclaims in this action WITHOUT PREJUDICE, subject to the terms of that certain agreement entitled "**PATENTS IN SUIT SETTLEMENT AGREEMENT**" and dated August 20, 2008, with each party to bear its own costs, expenses and attorneys fees.

August 21, 2008

Respectfully submitted,

By: /s/ Patrick R. Anderson_____
**Andrew Wesley Spangler**
Spangler Law PC
208 N. Green St.
Suite 300
Longview, TX 75601
903-753-9300
Fax: 903-553-0403
Email: spangler@spanglerlawpc.com

**Jonathan T Suder**
jts@fsclaw.com
**Michael T Cooke**
mtc@fsclaw.com

Friedman Suder & Cooke
604 East 4th Street
Suite 200
Fort Worth, TX 76102
817/334-0400
Fax: 18173340401
Email: jts@fsclaw.com

**David Michael Pridham**
David Pridham
Law Office of David Pridham
25 Linden Road
Barrington, RI 02806
401-633-7247
Fax: 401-633-7247
Email: david@PridhamIPLaw.com

**Joseph Diamante**
Jenner & Block LLP - NY
919 Third Avenue
New York, NY 10022
212/891-1600
Fax: 212/909-0811
Email: jdiamante@jenner.com

**Patrick Rolf Anderson**
Patrick R. Anderson, PLLC
4225 Miller Rd.
Bldg. B-9
Suite 358
Flint, MI 48507
517-303-4806
Fax: 248-928-9239
Email: patrick@prapllc.com

*ATTORNEYS FOR PLAINTIFF*
*PA ADVISORS, LLC*

# CERTIFICATE OF SERVICE

I hereby certify that the counsel of record who are deemed to have consented to electronic service were served with a copy of Plaintiff PA Advisors, LLC's Stipulated Motion for Dismissal via the Court's CM/ECF system per Local Rule CV-5(a)(3). Any other counsel of record will be served by electronic mail, facsimile transmission and/or first class mail on this same date.

August 21, 2008                                    /s/ Patrick R. Anderson