IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| PA ADVISORS, LLC<br><br>      Plaintiff,<br><br>v.<br><br>GOOGLE, INC., et al.,<br><br>      Defendants | Civil Action No. 2:07-CV-480 |

## UNOPPOSED MOTION FOR EXTENSION OF TIME

The plaintiff, PA Advisors, LLC and defendants ContextWeb, Inc. hereby move this Court for an order extending the P.R. 3-1 and 3-2 deadlines by 30 days, making PA Advisors' P.R. 3-1 and 3-2 disclosures to ContextWeb, Inc. due September 22, 2008.

August 22, 2008

Respectfully submitted,

By: /s/ Patrick R. Anderson
**Andrew Wesley Spangler**
Spangler Law PC
208 N. Green St.
Suite 300
Longview, TX 75601
903-753-9300
Fax: 903-553-0403
Email: spangler@spanglerlawpc.com

**Jonathan T Suder**
jts@fsclaw.com
**Michael T Cooke**
mtc@fsclaw.com
Friedman Suder & Cooke
604 East 4th Street
Suite 200
Fort Worth, TX 76102
817/334-0400

Fax: 18173340401
Email: jts@fsclaw.com

**David Michael Pridham**
David Pridham
Law Office of David Pridham
25 Linden Road
Barrington, RI 02806
401-633-7247
Fax: 401-633-7247
Email: david@PridhamIPLaw.com

**Joseph Diamante**
Jenner & Block LLP - NY
919 Third Avenue
New York, NY 10022
212/891-1600
Fax: 212/909-0811
Email: jdiamante@jenner.com

**Patrick Rolf Anderson**
Patrick R. Anderson, PLLC
4225 Miller Rd.
Bldg. B-9
Suite 358
Flint, MI 48507
517-303-4806
Fax: 248-928-9239
Email: patrick@prapllc.com

*ATTORNEYS FOR PLAINTIFF*
*PA ADVISORS, LLC*

# CERTIFICATE OF SERVICE

I hereby certify that the counsel of record who are deemed to have consented to electronic service were served with a copy of Plaintiff PA Advisors, LLC's Unnoposed Motion for Extension via the Court's CM/ECF system per Local Rule CV-5(a)(3). Any other counsel of record will be served by electronic mail, facsimile transmission and/or first class mail on this same date.

August 22, 2008  /s/ Patrick R. Anderson