IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| PA ADVISORS, LLC<br><br>    Plaintiff,<br><br>v.<br><br>GOOGLE, INC., et al.,<br><br>    Defendants | Civil Action No. 2:07-CV-480 |

### **ORDER OF DISMISSAL WITHOUT PREJUDICE**

CAME ON THIS DAY for consideration of the Stipulated Motion for Dismissal Without Prejudice of all claims and counterclaims asserted between plaintiff, PA Advisor's, LLC, and defendants, Seevast Corporation and Pulse360, Inc., in this case, and the Court being of the opinion that said motion should be GRANTED, it is hereby

ORDERED, ADJUDGED AND DECREED that all claims and counterclaims asserted in this suit between plaintiff, PA Advisors, LLC, and defendants, Seevast Corporation and Pulse360, Inc., are hereby dismissed without prejudice, subject to the terms of that certain agreement entitled "**PATENTS IN SUIT SETTLEMENT AGREEMENT**" and dated August 20, 2008.

It is further ORDERED that all attorneys' fees and costs are to be borne by the party that incurred them.

    **SIGNED this 25th day of August, 2008.**

_____
DAVID FOLSOM
UNITED STATES DISTRICT JUDGE