IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| PA ADVISORS, LLC<br><br>    Plaintiff,<br><br>v.<br><br>GOOGLE, INC., et al.,<br><br>    Defendants | Civil Action No. 2:07-CV-480 |

## ORDER GRANTING

## UNOPPOSED MOTION FOR EXTENSION OF TIME

After consideration of the Unopposed Motion filed by Plaintiff PA Advisors, LLC, the Court hereby ORDERS as follows:

The Plaintiff has a 30 day extension of time to serve Infringement Contentions on Defendant Facebook, Inc. pursuant to Local Patent Rules 3.1 through 3.2, making the Infringement Contentions due September 22, 2008.

**SIGNED this 25th day of August, 2008.**

DAVID FOLSOM
UNITED STATES DISTRICT JUDGE