IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| **PA ADVISORS, LLC,** § | |
| § | |
| Plaintiff, § | |
| § | |
| v. § | **CIVIL ACTION NO. 2:07-CV-480 (DF)** |
| § | |
| **GOOGLE INC., et al,** § | |
| § | |
| Defendants. § | |

## ORDER

Currently before the Court is Defendants' Opposed Motion for Protective Order (Dkt. No. 175), wherein the parties disagree regarding the location for the Defendants to produce their source code.

The Court hereby **SETS** this matter to be heard on **October 6, 2008, at 10:30 a.m. in MARSHALL.** Each side shall have **ten (10) minutes** to present their arguments on all the matters.

It is so **ORDERED.**

**SIGNED this 29th day of August, 2008.**

_____
DAVID FOLSOM
UNITED STATES DISTRICT JUDGE