PA Advisors, LLC v. Google Inc. et al                                                                                                        Doc. 190

# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

|  |  |
|---|---|
| PA ADVISORS, LLC., | ) |
|  | ) |
|  | ) Civil Action No. 2:07-CV-480 TJW |
| v. | ) |
|  | ) |
| (1) GOOGLE INC. | ) |
| (2) YAHOO! INC. | ) |
| (3) FACEBOOK, INC. | ) **UNOPPOSED** |
| (4) CONTEXTWEB, INC. | ) |
| (5) SPECIFIC MEDIA, INC. | ) |
| (6) FAST SEARCH & TRANSFER ASA | ) |
| (7) FAST SEARCH & TRANSFER, INC. | ) |
| (8) AGENTARTS, INC. | ) |
| (9) SEEVAST CORPORATION | ) |
| (10) PULSE 360, INC. | ) |
| (11) WPP GROUP USA, INC. | ) |
| (12) WPP GROUP PLC | ) |
| (13) 24/7 REAL MEDIA, INC. | ) |

## **DEFENDANT'S, SPECIFIC MEDIA, INC., UNOPPOSED MOTION FOR EXTENSION OF TIME TO COMPLETE INITIAL DISCLOSURES**

1. Defendant, Specific Media, Inc., files this unopposed motion to extend time to complete Initial Disclosures and would respectfully show the Court as follows: Specific Media, Inc. has requested and Plaintiff has agreed to an extension of time to complete its Initial Disclosures. Specifically, Specific Media, Inc. requests, and Plaintiff does not oppose, an extension of time up to and including **September 19, 2008.**

2. A proposed Order granting this unopposed motion is attached for the Court's convenience.

Dockets.Justia.com

DATED: September 4, 2008               Respectfully submitted,

                                       */s/ Melvin R. Wilcox, III*
                                       Melvin R. Wilcox, III
                                       State Bar No. 21454800
                                       YARBROUGH ♦ WILCOX, PLLC
                                       100 E. Ferguson St., Ste 1015
                                       Tyler, Texas 75702
                                       Telephone: 903.595.1133 [Direct]
                                       Facsimile: 903.595.0191
                                       mrw@yw-lawfirm.com

                                       ATTORNEY FOR DEFENDANT,
                                       SPECIFIC MEDIA, INC.

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document was filed electronically in compliance with Local Rule CV-5(a). As such, this motion was served on all counsel who have consented to electronic service. Local Rule CV-5(a)(3)(A). Pursuant to Fed. R. Civ. P. 5(d) and Local Rule CV-5(e), all other counsel of record not deemed to have consented to electronic service were served with a true and correct copy of the foregoing by certified mail, return receipt requested, on September 4, 2008.

                                       */s/ Melvin R. Wilcox, III*
                                       MELVIN R. WILCOX, III