IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| PA ADVISORS, LLC<br><br>　　　　Plaintiff,<br><br>v.<br><br>GOOGLE, INC., et al.,<br><br>　　　　Defendants | Civil Action No. 2:07-CV-480 |

## **ORDER OF DISMISSAL WITHOUT PREJUDICE**

CAME ON THIS DAY for consideration of the Stipulated Motion for Dismissal Without Prejudice of all claims and counterclaims asserted between plaintiff, PA Advisor's, LLC, and defendant, Facebook, Inc., in this case, and the Court being of the opinion that said motion should be GRANTED, it is hereby

ORDERED, ADJUDGED AND DECREED that all claims and counterclaims asserted in this suit between plaintiff, PA Advisors, LLC, and defendant, Facebook, Inc., are hereby dismissed without prejudice.

It is further ORDERED that all attorneys' fees and costs are to be borne by the party that incurred them.

　　　SIGNED this 4th day of September, 2008.



　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　DAVID FOLSOM
　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE