# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| PA ADVISORS, LLC § | |
| § | |
| Plaintiff, § | |
| § | Civil Action No. 2:07-cv-00480-DF |
| v. § | Jury Trial Demanded |
| § | |
| GOOGLE INC., et al., § | |
| § | |
| Defendants. § | |
| § | |

## DEFENDANT AND COUNTERCLAIMANT 24/7 REAL MEDIA, INC.'S
## NOTICE OF COMPLIANCE

Notice is hereby given that, pursuant to this court's Agreed Docket Control Order dated August 25, 2008 (Dkt. No. 186), Defendant and Counterclaimant 24/7 Real Media, Inc. served its Initial Disclosures on the counsel of record in this action, via electronic mail, on the 5th day of September 5, 2008.

Respectfully submitted,

Dated: September 5, 2008         /s/ Howard I. Sherman_____
Harry L. Gillam, Jr.
State Bar No. TX 07921800
GILLAM & SMITH, LLP
303 South Washington Avenue
Marshall, Texas 75670
Telephone: (903) 934-8450
Facsimile: (903) 934-8257
E-mail: gil@gillamsmithlaw.com

James S. Blank (admitted pro hac vice)
Email: jblank@kayescholer.com
Howard I. Sherman (admitted pro hac vice)
Email: hsherman@kayescholer.com
KAYE SCHOLER LLP
425 Park Avenue
New York, New York  10022

Tel: (212) 836-8000
Fax: (212) 836-8689

Attorneys for Defendant and
Counterclaimant 24/7 Real Media, Inc.

## CERTIFICATE OF SERVICE

The undersigned certifies that all counsel of record who have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3) on this the 5th day of September, 2008. Any other counsel of record will be served by first class mail.

/s/ Howard I. Sherman_____
Howard I. Sherman