# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| PA ADVISORS, LLC,<br><br>  Plaintiff,<br><br>v.<br><br>GOOGLE INC. et al.,<br><br>  Defendants. | Civil Action No.: 2:07-cv-480<br><br>JURY TRIAL DEMANDED |

## NOTICE OF DISCLOSURE

Yahoo! Inc. hereby certifies that its Initial Disclosures, pursuant to Fed. R. Civ. P. 26(a)(1) and the Court's Docket Control Order dated August 25, 2008, were served on Plaintiff's counsel via email on September 5, 2008.

Dated: September 5, 2008

    s/Jason C. White
    Jason C. White
    HOWREY LLP
    321 N. Clark Street
    Suite 3400
    Chicago, Illinois 60054
    whitej@howrey.com

    Michael E. Jones
    State Bar No. 10929400
    POTTER MINTON
    A Professional Corporation
    110 N. College, Suite 500 (75702)
    P. O. Box 359
    Tyler, Texas 75710
    (903) 597 8311
    (903) 593 0846 (Facsimile)
    mikejones@potterminton.com

    Attorneys for Defendant
    YAHOO! INC

## **CERTIFICATE OF SERVICE**

I certify that a copy of the foregoing was served on counsel of record via the Court's CM/EMF system on September 5, 2008.

                                                s/Jason C. White
                                                  Jason C. White