IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| PA ADVISORS, LLC | |
|---|---|
| Plaintiff, | CIVIL ACTION NO. 2:07-CV-480 (D) |
| v. | |
| GOOGLE INC., et al, | **JURY TRIAL DEMANDED** |
| Defendants | |

## GOOGLE INC.'S NOTICE OF COMPLIANCE WITH DISCLOSURE REQUIREMENTS

Defendant Google Inc. notifies the Court that on September 5, 2008 it complied with its initial disclosure requirements pursuant to the Docket Control Order.

Dated: September 8, 2008

Respectfully submitted,

By: /s/ David J. Beck
David J. Beck
Texas Bar No. 00000070
dbeck@brsfirm.com
BECK, REDDEN & SECREST, L.L.P.
One Houston Center
1221 McKinney St., Suite 4500
Houston, TX. 77010
(713) 951-3700
(713) 951-3720 (Fax)

**LEAD ATTORNEY FOR
DEFENDANT GOOGLE INC.**

OF COUNSEL:

Michael E. Richardson
Texas Bar No. 24002838
mrichardson@brsfirm.com
BECK, REDDEN & SECREST, L.L.P.
One Houston Center
1221 McKinney St., Suite 4500
Houston, Texas 77010
(713) 951-3700
(713) 951-3720 (Fax)

Charles K. Verhoeven,
California Bar No. 170151
charlesverhoeven@quinnemanuel.com
Quinn Emanuel Urquhart Oliver & Hedges, LLP
50 California Street, 22nd Floor
San Francisco, CA 94111
(415) 875-6600
(415) 875-6700 (Fax)

Brian C. Cannon
California Bar No. 193071
briancannon@quinnemanuel.com
Quinn Emanuel Urquhart Oliver & Hedges, LLP
555 Twin Dolphin Drive, Suite 560
Redwood Shores, CA 94065
(650) 801-5000
(650) 801-5100 (Fax)

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that the foregoing document was filed electronically in compliance with Local Rule CV-5(a). As such, this motion was served on all counsel who have consented to electronic service. Local Rule CV-5(a)(3)(A).

/s/ Michael E. Richardson
Michael E. Richardson
