# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| PA ADVISORS, LLC., | ) |
| | ) Civil Action No. 2:07-CV-480 TJW |
| v. | ) |
| | ) |
| (1) GOOGLE INC. | ) |
| (2) YAHOO! INC. | ) |
| (3) FACEBOOK, INC. | ) **UNOPPOSED** |
| (4) CONTEXTWEB, INC. | ) |
| (5) SPECIFIC MEDIA, INC. | ) |
| (6) FAST SEARCH & TRANSFER ASA | ) |
| (7) FAST SEARCH & TRANSFER, INC. | ) |
| (8) AGENTARTS, INC. | ) |
| (9) SEEVAST CORPORATION | ) |
| (10) PULSE 360, INC. | ) |
| (11) WPP GROUP USA, INC. | ) |
| (12) WPP GROUP PLC | ) |
| (13) 24/7 REAL MEDIA, INC. | ) |

## ORDER GRANTING
## DEFENDANT'S, SPECIFIC MEDIA, INC., UNOPPOSED MOTION FOR EXTENSION
## OF TIME TO COMPLETE INITIAL DISCLOSURES

Before the Court is Defendant's, SPECIFIC MEDIA, INC., Unopposed Motion for Extension of Time within which to provide its Initial Disclosures.

Having considered the matter, the Court **GRANTS** the motion and extends the time in which Defendant Specific Media, Inc. has to provide its Initial Disclosures to **September 19, 2008.**

**SIGNED this 9th day of September, 2008.**

DAVID FOLSOM
UNITED STATES DISTRICT JUDGE