# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHAL DIVISION

|  |  |
|---|---|
| **PA ADVISORS, LLC** <br> Plaintiff, <br><br> v. <br><br> **GOOGLE, INC., et al.,** <br><br> Defendants. | ) <br> ) <br> ) <br> ) **Civil No.: 2-07CV-480 (TJW)** <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

## STIPULATED MOTION FOR DISMISSAL WITH PREJUDICE

The plaintiff, PA Advisors, L.L.C. and defendant ContextWeb, Inc., pursuant to Fed. R. Civ. P. 41(a)(2) and (c), hereby move for an order dismissing all claims and counterclaims in this action WITH PREJUDICE, with each party to bear its own costs, expenses and attorneys fees.

Respectfully Submitted,

Dated: September 22, 2008      \_s/ Andrew W. Spangler\_
                               Andrew W. Spangler
                               State Bar No. 24041960
                               Spangler Law P.C.
                               208 N. Green St., Suite 300
                               Longview, TX 75601
                               Tel: (903) 753-9300
                               Fax: (903) 553-0403
                               Email:spangler@spanglerlawpc.com

                               **Attorney for PA Advisors, L.L.C.**

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document was filed electronically in compliance with Local Rule CV-5(a). As such, this paper was served on all counsel who have consented to electronic service, Local Rule CV-5(a)(3)(A), on this 22nd day of September, 2008.

                                            _____s/ Andrew W. Spangler_____
                                                 Andrew W. Spangler