IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| PA ADVISORS, LLC | ' | |
| | ' | |
| Plaintiff, | ' | CIVIL ACTION NO. 2:07-CV-480 |
| | ' | |
| v. | ' | |
| | ' | |
| GOOGLE INC., et al, | ' | |
| | ' | |
| Defendants | ' | |
| | ' | |

## UNOPPOSED MOTION FOR DISMISSAL WITH PREJUDICE

The plaintiff, PA Advisors, LLC and defendant 24/7 Real Media, Inc., pursuant to Fed. R. Civ. P. 41(a)(2) and (c), hereby move for an order dismissing all claims and counterclaims in this action WITH PREJUDICE, with each party to bear its own costs, expenses and attorneys fees.

Respectfully submitted,

By: /s/ Andrew W. Spangler
    Andrew W. Spangler
    State Bar No. 24041960
    Spangler Law P.C.
    208 N. Green St., Suite 300
    Longview, TX 75601
    Telephone: (903) 753-9300
    Facsimile: (903) 553-0403
    Email:spangler@spanglerlawpc.com

    **ATTORNEY FOR PA
    ADVISORS, L.L.C.**

1

Dockets.Justia.com

## CERTIFICATE OF SERVICE

I hereby certify that counsel of record who are deemed to have consented to electronic service are being served this 25th day of September, 2008, with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3). Any other counsel of record will be served by electronic mail, facsimile transmission and/or first class mail on this same date.

/s/ Andrew W. Spangler
Andrew W. Spangler