IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| PA ADVISORS, LLC | ' |
| Plaintiff, | ' CIVIL ACTION NO. 2:07-CV-480 |
| v. | ' |
| GOOGLE INC., et al, | ' |
| Defendants | ' |

## ORDER OF DISMISSAL WITH PREJUDICE

CAME ON THIS DAY for consideration of the Unopposed Motion for Dismissal With Prejudice of all claims and counterclaims asserted between plaintiff, PA Advisors, L.L.C., and defendant, 24/7 Real Media, Inc. in this case, and the Court being of the opinion that said motion should be GRANTED, it is hereby

ORDERED, ADJUDGED AND DECREED that all claims and counterclaims asserted in this suit between plaintiff, PA Advisors, LLC. and defendant, 24/7 Real Media, Inc. are hereby dismissed with prejudice.

It is further ORDERED that all attorneys' fees and costs are to be borne by the party that incurred them.

**SIGNED this 26th day of September, 2008.**

_____
DAVID FOLSOM
UNITED STATES DISTRICT JUDGE

1