# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHAL DIVISION

|  |  |
|---|---|
| **PA ADVISORS, LLC** <br>         Plaintiff, <br><br> v. <br><br> **GOOGLE, INC., et al.,** <br><br>         Defendants. | ) ) ) ) **Civil No.: 2-07CV-480 (TJW)** ) ) ) ) ) ) ) |

## AGREED MOTION FOR ENTRY OF AGREED DISCOVERY ORDER

Plaintiff PA Advisors, LLC and Defendants respectfully request to that the Court enter the attached proposed Discovery Order.

Dated: October 1, 2008                                         Respectfully Submitted,

                                                                          _s/ Andrew W. Spangler_
                                                                          Andrew W. Spangler
                                                                          State Bar No. 24041960
                                                                          Spangler Law P.C.
                                                                          208 N. Green St., Suite 300
                                                                          Longview, TX 75601
                                                                          Tel: (903) 753-9300
                                                                          Fax: (903) 553-0403
                                                                          Email:spangler@spanglerlawpc.com

                                                                          **Attorney for PA Advisors, L.L.C.**

## **CERTIFICATE OF SERVICE**

The undersigned certifies that the foregoing document was filed electronically in compliance with Local Rule CV-5(a). As such, this paper was served on all counsel who have consented to electronic service, Local Rule CV-5(a)(3)(A), on this 1st day of October, 2008.

>      s/ Andrew W. Spangler
> Andrew W. Spangler