IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

Judge David Folsom

| | | |
|---|---|---|
| PA ADVISOR | )( | |
| | )( | |
| | )( | |
| | )( | |
| V. | )( | CIVIL NO. 2:07CV480 |
| | )( | |
| GOOGLE INC. | )( | |

___

| | |
|---|---|
| ATTORNEY FOR PLAINTIFFS: | Andrew Spangler; |
| ATTORNEY FOR DEFENDANTS: | Brian Cannon; Jason White;   Jeff Bentch |
| LAW CLERK: | Lon Outland |
| COURTROOM DEPUTY: | Mel Martin |
| COURT REPORTER: | Libby Crawford |

___

HEARING ON MOTION FOR PROTECTIVE ORDER
October 6, 2008 @ 10:30 a.m.

OPEN:       10:36                                                        ADJOURN:   10:46
___

10:36   ct opens; ct/ protective order issue;

10:37   Spangler/ address' the ct;

10:39   ct/ notice issue;

10:39   Cannon/ responds;

10:42   ct/ any additional comments;

10:42   White/ responds;

10:43   ct/ why is there more potential for harm in this case;

10:43   White/ wider range of applications;   broader accusation;

10:43   ct/ does that increase potential for harm

10:43   White/ absolutely;

10:43   Cannon/ responds;

10:43   Spangler/ reply comments; list of accused products are exactly the same;

10:44   ct/ look at each of these individually;   why Dallas vs Houston;

10:45   Spangler/ we have negotiated that in the Polaris case;

10:46   ct/ will take this under advisement and will look at Polaris order;

10:46   Spangler/ would you like a copy of these;

10:46   ct/ make them a part of the record as exhibits 1 and 2;

10:46   adjourned;