# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHAL DIVISION

|  |  |
|---|---|
| **PA ADVISORS, LLC** <br>        Plaintiff, <br><br> v. <br><br> **GOOGLE, INC., et al.,** <br><br>        Defendants. | ) ) ) ) ) ) ) ) ) ) ) **Civil No.: 2-07CV-480-DF** |

## NOTICE OF ENTRY OF PROTECTIVE ORDER

Notice is hereby given that Plaintiff PA Advisors, LLC submits its attached Protective Order.

Dated: October 7, 2008                                                Respectfully Submitted,


                                                                                         s/ Andrew W. Spangler
                                                                                        Andrew W. Spangler
                                                                                        State Bar No. 24041960
                                                                                        Spangler Law P.C.
                                                                                        208 N. Green St., Suite 300
                                                                                        Longview, TX 75601
                                                                                        Tel: (903) 753-9300
                                                                                        Fax: (903) 553-0403
                                                                                        Email:spangler@spanglerlawpc.com

                                                                                        **Attorney for PA Advisors, L.L.C.**

## **CERTIFICATE OF SERVICE**

The undersigned certifies that the foregoing document was filed electronically in compliance with Local Rule CV-5(a). As such, this paper was served on all counsel who have consented to electronic service, Local Rule CV-5(a)(3)(A), on this 7th day of October, 2008.

                                                                                          s/ Andrew W. Spangler
                                                                                            Andrew W. Spangler