**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

**PA ADVISORS, LLC,**

    **Plaintiff**                                                                              Civil Action No. 2-07cv-480

v.

**GOOGLE, INC., et al**                                        **JURY TRIAL DEMANDED**

    **Defendants**

## NOTICE OF APPEARANCE

Notice is hereby given that the undersigned attorney, John J. Edmonds, enters his appearance in this matter for Plaintiff, PA Advisors, LLC, for the purpose of receiving notices and orders from the Court.

DATED this 23rd day of October, 2008.

                                            Respectfully submitted,

                                            By: \s\ John J. Edmonds
                                                John J. Edmonds
                                                Texas State Bar No. 00789758
                                                The Edmonds Law Firm, PC
                                                709 Sabine Street
                                                Houston, Texas 77007
                                                Telephone: 713-858-3320
                                                Facsimile: 832-415-2535
                                                E-mail: johnedmonds@edmondslegal.com

## CERTIFICATE OF SERVICE

      I certify that counsel of record who are deemed to have consented to electronic service are being served this 23rd day of October, 2008, with a copy of this document via the Court's CM/ECF systems per Local Rule CV-5(a)(3). Any other counsel will be served electronic mail, facsimile, overnight delivery and/or First Class Mail on this date.

      \s\ John J. Edmonds