# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | | |
|---|---|---|
| **PA ADVISORS, LLC,** | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 2:07-CV-480 (DF) |
| | § | |
| **GOOGLE INC., et al.,** | § | |
| | § | |
| Defendant. | § | |

## **O R D E R**

To facilitate cooperation between the parties and to improve judicial efficiency and economy during the discovery process, the Court sua sponte **ORDERS** both parties to meet and confer in accordance with Local Rule CV-7(h). Further, the Court **ORDERS** that before filing any discovery-related motion, the parties must meet and confer **in person with local counsel present**.

**IT IS SO ORDERED.**

SIGNED this 7th day of November, 2008.

_____
DAVID FOLSOM
UNITED STATES DISTRICT JUDGE