UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| PA ADVISORS, LLC,<br><br>               Plaintiff,<br><br>v.<br><br>GOOGLE INC., ET AL.<br><br>               Defendants. | Civil Action No. 2-07CV-480-DF<br><br>JURY TRIAL REQUESTED |

**DEFENDANT GOOGLE INC.'S NOTICE OF COMPLIANCE**
**WITH PATENT RULES 3-3 AND 3-4**

Defendant Google Inc. ("Google") notifies the Court that it has complied with the requirements of Patent Rules 3-3 and 3-4 in accordance with the Court's Agreed Docket Control Order dated August 25, 2008.

Dated: November 17, 2008

                                          Respectfully submitted,

                                          By: /s/ David J. Beck
                                                David J. Beck
                                                Texas Bar No. 00000070
                                                dbeck@brsfirm.com
                                      BECK, REDDEN & SECREST, L.L.P.
                                      One Houston Center
                                      1221 McKinney St., Suite 4500
                                      Houston, TX. 77010
                                      (713) 951-3700
                                      (713) 951-3720 (Fax)

                                      **LEAD ATTORNEY FOR**
                                      **DEFENDANT GOOGLE INC.**

OF COUNSEL:

Michael E. Richardson
Texas Bar No. 24002838
mrichardson@brsfirm.com
BECK, REDDEN & SECREST, L.L.P.
One Houston Center
1221 McKinney St., Suite 4500
Houston, Texas 77010
(713) 951-3700
(713) 951-3720 (Fax)

Charles K. Verhoeven,
California Bar No. 170151
charlesverhoeven@quinnemanuel.com
QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
50 California Street, 22nd Floor
San Francisco, CA 94111
(415) 875-6600
(415) 875-6700 (Fax)

Brian C. Cannon
California Bar No. 193071
briancannon@quinnemanuel.com
QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
555 Twin Dolphin Drive, Suite 560
Redwood Shores, CA 94065
(650) 801-5000
(650) 801-5100 (Fax)

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that the foregoing document was filed electronically in compliance with Local Rule CV-5(a). As such, this motion was served on all counsel who have consented to electronic service. Local Rule CV-5(a)(3)(A).

/s/ Michael E. Richardson
Michael E. Richardson

- 2 -

1167.00002/418897.1