UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS

FILED-CLERK
U.S. DISTRICT COURT

PA Advisors LLC;                          2:07-2008 DEC 5 CV 480 AM (DF)

Jonathan Lee Riches d/b/a               TX EASTERN-MARSHALL

Frexco SA, Movant;

Albert J. Pirro, movant;                 BY_____

FadJR Industries Group, movant,

V.

Google Inc,

Defendants

_____Motion For Reconsideration & clarification_____
Motion to Intervene as Plaintiffs under Fed R. civ P rule 24(A)2, 24(B)
Motion For Brief of Amicus Curiae, Friend of the court
_____

Comes Now The Movants, Intervenois Jonathan Lee Riches d/b/a
Frexco SA; Albert J. Pirro; FadJR Industries group, moves this
Honorable court to intervene in this case Against Google Inc under Fed
R.civ P. rule 24(B)- permissive intervention. Zuber v. Allen, Strickland v. Washing-
ton, or under rule 24(A)2. As a unconditional matter of right, Intervenors move
to provide this court newly discovered evidence in a Amicus curiae, friend of the court
to provide expert testimony. Jonathan Lee Riches was convicted in Texas for computer
Hacking, and spamming. Google committed Federal law violations Against
PA Advisors, and Intervenors can prove it with depositions and Affadavits. Movants
Move for a Motion for reconsideration to allow intervention with documents, exhibits,
and computer records. Intervenors pray this court will grant their motions
For relief.
                                    respectfully,

Albert J. Pirro                                    11-29-08
FadJR Industries Group                             Jonathan Lee Riches
350 Fifth Ave Ste 7912                             #40948018  P.a Box 340
NY, NY 10118                                       Salters, SC 29590
                                                   843-387-9400

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF TEXAS

Freedom Wireless;

Jonathan Lee Riches, movant;

Heidi Montag, movant;

Spencer Pratt, movant,

V.

Cingular Wireless LLc,

Defendants

2-06-2008 DEC 55 AM 11:50

TX EASTERN-MARSHALL

BY_____

---

## Motion For Reconsideration & clarification
## Motion to Intervene as Plaintiffs under Fed.R.civP rule 24(A)2, 24(B)
## Motion For Brief of Amicus curiae, Friend of the court

Comes now the Intervenors, Plaintiffs Jonathan Lee Riches, Heidi Montag, Spencer Pratt, Moves this Court to intervene in this case as Plaintiffs under Fed.R.civ P rule 24(A)2 - as a unconditional matter of right, Zuber v. Allen, under rule 24(B) - permissive intervention, Nevilles v. EEOC, or Brief of Amicus curiae, friend of the court, we have helpful information in this case to support freedom wireless. Mr. Riches is a convicted cell Telephone Phreaker who stole Esn and sim cards from cingular wireless and programming codes. Mr. Riches is a former cingular wireless worker who still has documents, Information, Financial records and evidence Against cingular. Intervenors move for a motion For reconsideration to allow newly discovered evidence. Intervenors pray this court will grant their motions for relief.

respectfully,

Heidi Montag
Spencer Pratt

813 S. 2nd St
Monmouth, IC 61462
202-456-1414

11-30-08

Jonathan Lee Riches
#40948018 P.O. Box 340
Salters, SC 29590
843-387-9400

Name: Jonathan Lee Riches
Register Number: 40948-018
F.C.I. Williamsburg
Inmate Mail
P.O. Box 340
Salters, SC 29590

Legal
Mail

FLORENCE SC 295

02 DEC 2008 PM 2 L

USA FIRST-CLASS FOREVER



United States District Court
Eastern District of Texas
Clerk of court
U.S. Courthouse
100 E. Houston St.
Marshall, Texas 75670