IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| PA ADVISORS, LLC | ' | |
| | ' | |
| Plaintiff, | ' | CIVIL ACTION NO. 2:07-CV-480 |
| | ' | |
| v. | ' | |
| | ' | |
| GOOGLE INC., et al, | ' | |
| | ' | |
| Defendants | ' | |
| | ' | |

## PLAINTIFF'S UNOPPOSED MOTION TO WITHDRAW AS COUNSEL

Plaintiff files this Unopposed Motion to Withdraw as Counsel and respectfully requests that Jonathon T. Suder, Karolyne Hu Cheng, Michael T. Cooke, and the Friedman Suder & Cooke law firm be permitted to withdraw herein as counsel of record for PA Advisors, LLC in the above-captioned matter. Defendants consent to this request and Plaintiff is currently represented by other counsel in this matter. No other changes are requested at this time regarding the other attorneys acting as Plaintiff's counsel of record. Defendants do not oppose this motion.

Respectfully submitted,

By: /s/ Andrew W. Spangler
       Andrew W. Spangler
       State Bar No. 24041960
       Spangler Law P.C.
       208 N. Green St., Suite 300
       Longview, TX 75601
       Telephone: (903) 753-9300
       Facsimile: (903) 553-0403
       Email:spangler@spanglerlawpc.com

**ATTORNEY FOR PA
ADVISORS, L.L.C.**

1

**CERTIFICATE OF SERVICE**

I hereby certify that counsel of record who are deemed to have consented to electronic service are being served this 15th day of December, 2008, with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3). Any other counsel of record will be served by electronic mail, facsimile transmission and/or first class mail on this same date.

/s/ Andrew W. Spangler
Andrew W. Spangler