IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| PA ADVISORS, LLC | ' |
| Plaintiff, | ' CIVIL ACTION NO. 2:07-CV-480 |
| v. | ' |
| GOOGLE INC., et al, | ' |
| Defendants | ' |

# ORDER GRANTING PLAINTIFF'S UNOPPOSED MOTION TO WITHDRAW AS COUNSEL

On this day, came on to be considered the unopposed Motion to Withdraw as Counsel of Plaintiff PA Advisors, LLC. After considering said motion, the court is of the opinion that said motion should be GRANTED.

IT IS, THEREFORE, ORDERED that Jonathon T. Suder, Karolyne Hu Cheng, Michael T. Cooke, and the Friedman Suder & Cooke law firm be allowed to withdraw and are withdrawn as attorneys of record for Plaintiff PA Advisors, LLC in the above referenced matter.

**SIGNED this 16th day of December, 2008.**

_____
DAVID FOLSOM
UNITED STATES DISTRICT JUDGE

1