IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| PA ADVISORS, LLC | § § § | |
| Plaintiff, | § § | CIVIL ACTION NO. 2:07-CV-480 (DF) |
| v. | § § § | **DEFENDANTS' AND PLAINTIFF'S JOINT OPPOSITION TO THIRD PARTY MOTIONS** |
| GOOGLE INC., et al, | § § | |
| Defendants | § § | |

## **DEFENDANTS' AND PLAINTIFF'S JOINT OPPOSITION TO THIRD PARTY MOTIONS**

On December 5, 2008, a third party filed handwritten papers titled, "*Motion for Reconsideration & Clarification, Motion to Intervene as Plaintiffs under Fed. R. Civ. P. Rule 24(A)2, (B), Motion for Brief of Amicus Curiae, Friend of the Court*." See Dkt. No. 222. The papers appear to be prepared by a federal prisoner and were mailed from Federal Correctional Institute Williamsburg, in Salters, South Carolina. Dkt. No. 222 at page 3. The filer of the papers purports to be "Jonathan Lee Riches," and the papers purport to be on behalf of several entities and individuals.

The third party did not consult with any of the parties to this action before filing the papers. Defendant Google Inc. ("Google") has consulted with the other parties to this action, including Plaintiff, and all parties oppose any relief or intervention to the third party filer. The filings appear to be simultaneously filed in other pending actions.

The third party who filed the papers has no known connection to any of the issues in this action, which involves a claim for patent infringement. The third party has not demonstrated that

it has any claim or defense that shares with the main action a common question of law or fact as it must to intervene under Rule 24. See Rule 24, Fed. R. Civ. Proc.

Accordingly, the parties respectfully request that this Court deny any relief requested in the papers filed December 5, 2008.

Dated: December 23, 2008

Respectfully submitted,

By: /s/ Brian C. Cannon
Brian C. Cannon, *pro hac vice*
briancannon@quinnemanuel.com
Quinn Emanuel Urquhart Oliver & Hedges, LLP
555 Twin Dolphin Dr
Suite 560
Redwood Shores, CA 94065
Tel. (650) 801-5000
Fax: (650) 801-5100
Email: briancannon@quinnemanuel.com

Charles K. Verhoeven, *pro hac vice*
charlesverhoeven@quinnemanuel.com
David A. Perlson, *pro hac vice*
davidperlson@quinnemanuel.com
Quinn Emanuel Urquhart Oliver & Hedges, LLP
50 California Street, 22nd Floor
San Francisco, CA 94111
Tel.: (415) 875-6600
Fax: (415) 875-6700


David J Beck
Texas Bar No. 00000070
Beck Redden & Secrest
1221 McKinney St, Suite 4500
One Houston Center
Houston, TX 77010-2020

Tel: (713) 951-3700
Fax: (713) 951-3720
Email: dbeck@brsfirm.com

Michael Ernest Richardson
Texas Bar No. 240002838
Beck Redden & Secrest - Houston
1221 McKinney
Suite 4500
Houston, TX 77010-2010
Tel: (713) 951-6284
Fax: (713) 951-3720
Email: mrichardson@brsfirm.com

ATTORNEYS FOR DEFENDANT
GOOGLE INC.

## **CERTIFICATE OF SERVICE**

    I hereby certify that on the 23d day of December, 2008, I electronically filed the foregoing document with the clerk of the court for the U.S. District Court, Eastern District of Texas, Marshall Division, using the electronic case filing system of the court. The electronic case filing system sent a "Notice of Electronic Filing" to the attorneys of record who have consented in writing to accept this Notice as service of this document by electronic means.

                                                By: /s/ Brian C. Cannon