IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| PA ADVISORS, LLC | |
| v. | No. 2:07-cv-480-TJW |
| GOOGLE INC., ET AL | JURY |

**UNOPPOSED MOTION FOR WITHDRAWAL OF REPRESENTATION**

Plaintiff, PA Advisors, LLC, moves this court for an order providing that Joseph Diamante be withdrawn from representation in the above cause due to the fact that he and his firm, Jenner & Block, LLP, no longer represent Plaintiff in this action. Plaintiff's other counsel remain of record.

WHEREFORE, PREMISES CONSIDERED, PA Advisors, LLC moves the court for an order discharging Joseph Diamante as its attorney of record, and granting such other relief as the court may deem proper.

January 28, 2009

Respectfully submitted,

By: _\s\ John J. Edmonds_
Andrew W. Spangler – LEAD COUNSEL
Spangler Law P.C.
208 N. Green Street, Suite 300
Longview, Texas 75601
(903) 753-9300
(903) 553-0403 (fax)
spangler@spanglerlawpc.com

David M. Pridham
Law Office of David Pridham
25 Linden Road
Barrington, Rhode Island 02806
(401) 633-7247
(401) 633-7247
david@pridhamiplaw.com

1

John J. Edmonds
The Edmonds Law Firm, PC
709 Sabine Street
Houston, Texas 77007
(713) 858-3320
(832) 415-2535 (fax)
johnedmonds@edmondslegal.com

Patrick R. Anderson
Patrick R. Anderson PLLC
4225 Miller Rd, Bldg. B-9, Suite 358
Flint, MI 48507
(810) 275-0751
(248) 928-9239 (fax)
patrick@prapllc.com

COUNSEL FOR PLAINTIFF PA ADVISORS, LLC

## CERTIFICATE OF CONFERENCE

Counsel for Plaintiff have conferred with counsel for Defendants, and this motion is unopposed.

January 28, 2009  \s\ *John J. Edmonds*
John J. Edmonds

## CERTIFICATE OF SERVICE

I certify that counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF systems per Local Rule CV-5(a)(3).

January 28, 2009  \s\ *John J. Edmonds*
John J. Edmonds