IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| PA ADVISORS, LLC | |
|---|---|
| v. | No. 2:07-cv-480-TJW |
| GOOGLE INC., ET AL | JURY |

**ORDER GRANTING UNOPPOSED MOTION FOR WITHDRAWAL OF REPRESENTATION**

CAME ON THIS DAY for consideration the Unopposed Motion for Withdrawal of Representation of Joseph Diamante as attorney of record for PA Advisors, LLC, and it appearing that such Motion should be GRANTED.

IT IS, THEREFORE, ORDERED that such Motion is hereby GRANTED.

**SIGNED this 29th day of January, 2009.**

DAVID FOLSOM
UNITED STATES DISTRICT JUDGE