IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| PA ADVISORS, LLC | |
| v. | No. 2:07-CV-480-DF |
| GOOGLE, INC., et al. | |

## PLAINTIFF'S NOTICE OF ASSERTED CLAIMS

Plaintiff, PA Advisors, LLC ("PA") respectfully submits this Notice, as follows:

I.

The Court's Docket Control Order states that on this date PA "shall limit the number of asserted claims to no more than ten (10) and notify the accused infringer and court."

II.

Accordingly, PA hereby notifies the Court and the Defendants, Google and Yahoo, that, per PA's P.R. 3-1 Infringement Contentions previously submitted, PA asserts claims 1, 3, 4, 6, 43, 45, 47, 56, 60 and 61 of U.S. Patent No. 6,199,067 against Google and Yahoo.

March 13, 2009

Respectfully submitted,

PA ADVISORS, LLC

By: /s/ John J. Edmonds
Andrew W. Spangler - LEAD COUNSEL
Texas Bar No. 24041960
Spangler Law P.C.
208 N. Green Street, Suite 300
Longview, Texas 75601
(903) 753-9300
(903) 553-0403 (fax)
spangler@spanglerlawpc.com

David M. Pridham
Law Office of David Pridham
25 Linden Road
Barrington, Rhode Island 02806
(401) 633-7247
(401) 633-7247 (fax)
david@pridhamiplaw.com

John J. Edmonds
Texas Bar No. 00789758
The Edmonds Law Firm, PC
709 Sabine Street
Houston, Texas 77007
(713) 858-3320
(832) 415-2535 (fax)
johnedmonds@edmondslegal.com

COUNSEL FOR PLAINTIFF
PA ADVISORS, LLC

## CERTIFICATE OF SERVICE

I hereby certify that the counsel of record who are deemed to have consented to electronic service are being served today with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3).

March 13, 2009                    /s/ John J. Edmonds
                                  John J. Edmonds