IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| PA ADVISORS, LLC | § | |
|     Plaintiff, | § | CASE NO. 2:07-CV-480 |
| | § | |
| vs. | § | Honorable David Folsom, Presiding |
| | § | |
| GOOGLE INC., et al | § | |
|     Defendants. | § | |

## ORDER GRANTING AGREED MOTION FOR AN EXTENSION OF TIME

After consideration of the Agreed Motion for an Extension of Time, the Court hereby ORDERS as follows:

The deadline for the parties to comply with P.R. 4-3 shall be extended to May 22, 2009. All other dates remain unchanged

**SIGNED this 18th day of May, 2009.**

_____
DAVID FOLSOM
UNITED STATES DISTRICT JUDGE

1