IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

PA ADVISORS, LLC

v.                                                    No. 2:07-CV-480-DF

GOOGLE, INC., et al.

**PARTIES' COMPLIANCE WITH PATENT RULE 4-3**

Pursuant to P.R. 4-3, Joint Claim Construction and Prehearing Statement, the Plaintiff, nXn Tech, LLC (f/k/a PA Advisors, LLC), and Defendants, Google Inc. and Yahoo! Inc., state as follows:

**I.**

The asserted claims are: 1, 3, 4, 6, 43, 45, 47, 56 and 61. Claim 60 was previously asserted, but has been withdrawn.

**II.**

Pursuant to P.R. 4-3(a), the parties agree to the construction of the following claim terms, phrases, or clauses of U.S. Patent No. 6,199,067 (the "'067 patent"): none.

**III.**

Pursuant to P.R. 4-3(b), the parties dispute the construction of the following claim terms, phrases, or clauses of the '067 patent:

Dockets.Justia.com

### 1. DATA ITEM

| PLAINTIFF'S CONSTRUCTION | DEFENDANTS' CONSTRUCTION |
|---|---|
| One or more pieces of information | Documents, web sites, and other textual data that may be subjected to a search by a user. |
| **Plaintiff's Intrinsic Evidence** | **Defendants' Intrinsic Evidence** |
| Fig. 5; Fig. 6; Fig. 8; Col. 5, lns. 21-35; Col. 5, lns. 59-67; Col. 6, lns. 1-23; Col. 16, ln. 57 - Col. 17, ln. 54; Col. 19, ln. 51 - Col. 20, ln. 65; Col. 24, ln. 9 - Col. 25, ln. 9; Claims 1, 18, 20, 28, 40, 41 and 42 | '067 patent: 3:67-4:3; 5:21-28; 16:60-67; 17:1-12; 17:46-48; 24:27-33; Figures 1-8; Prosecution history for the '067 patent, including the Notice of Allowability |

| Plaintiff's Extrinsic Evidence | Defendants' Extrinsic Evidence |
|---|---|
| data: individual facts, statistics, or items of information. Dictionary.com at www.dictionary.com | None. |
| data: Numerical or other information represented in a form suitable for processing by computer. The American Heritage Dictionary of the English Language at www.bartleby.com | |
| data: information in a form suitable for storing and processing by a computer. Webster's New World College Dictionary at www.yourdictionary.com | |
| data: factual information (as measurements or statistics) used as a basis for reasoning, discussion, or calculation ;information in numerical form that can be digitally transmitted or processed. Merriam Webster's Online Dictionary at www.merriam-webster.com | |
| data: 1. factual information: information, often in the form of facts or figures obtained from experiments or surveys, used as a basis for making calculations or drawing conclusions; 2. information for computer processing: information, e.g. numbers, text, images, and sounds, in a form that is suitable for storage in or processing by a computer. Encarta World English Dictionary at http://encarta.msn.com item: a separate article or particular; a separate piece of information. Dictionary.com at www.dictionary.com | |
| item: A single article or unit in a collection, enumeration, or series; A bit of information; a detail. The American Heritage Dictionary of the English Language at www.bartleby.com | |
| item: an article; unit; separate thing; a bit of news or information. Webster's New World College Dictionary at www.yourdictionary.com | |

## 2.    DATA ITEM PROFILES

| PLAINTIFF'S CONSTRUCTION | DEFENDANTS' CONSTRUCTION |
|---|---|
| One or more profiles relating to at least one piece of information | A file containing information about a specific document, website, or other text that may be subjected to a search by a user, comprising the data item's address, the linguistic patterns of the data item, and the frequencies with which those patterns recur. |
| **Plaintiff's Intrinsic Evidence** | **Defendants' Intrinsic Evidence** |
| Fig. 5; Fig. 6; Fig. 8; Col. 5, lns. 21-35; Col. 5, lns. 59-67;  Col. 6, lns. 1-23; Col. 16, ln. 57 - Col. 17, ln. 54; Col. 19, ln. 51 - Col. 20, ln. 65; Col. 24, ln. 9 - Col. 25, ln. 9; Claims 1, 18, 20, 28, 40, 41 and 42 | '067 patent: 5:22-35; 6:1-8; 6:12-20; 17:1-4; 17:31-38; 17:49-54; 20:7-42; 24:34-48; Figures 1-8; Prosecution history for the '067 patent, including the Notice of Allowability |
| **Plaintiff's Extrinsic Evidence** | **Defendants' Extrinsic Evidence** |
| See definitions of "data" above.<br><br>See definitions of "item" above.<br><br>profile: a verbal, arithmetical, or graphic summary or analysis of the history, status, etc., of a process, activity, relationship, or set of characteristics; a set of characteristics or qualities that identify a type or category of person or thing. Dictionary.com at www.dictionary.com<br><br>profile: represent in profile. Oxford American Dictionary, Heald Colleges Edition (1980)<br><br>profile: data, often in the form of a graph or table, representing distinctive features or characteristics. The American Heritage Dictionary of the English Language at www.bartleby.com<br><br>profile: data that describes the significant characteristics of a user, a group of users, or | None. |

| PLAINTIFF'S CONSTRUCTION | DEFENDANTS' CONSTRUCTION |
|---|---|
| One or more profiles relating to at least one piece of information | A file containing information about a specific document, website, or other text that may be subjected to a search by a user, comprising the data item's address, the linguistic patterns of the data item, and the frequencies with which those patterns recur. |
| one or more computer resources. IBM Dictionary of Computing, 10th Ed. (1994) profile: a graph, diagram, piece of writing, etc. presenting or summarizing data relevant to a particular person or thing; a set of characteristics developed for use in identifying persons or things as being likely to belong to a certain group. Webster's New World College Dictionary at www.yourdictionary.com<br><br>profile: a set of data often in graphic form portraying the significant features of something. Merriam Webster's Online Dictionary at www.merriam-webster.com profile: represent in profile. Webster's Third New International Dictionary (1966)<br><br>profile: to identify by profiling (profiling: to use a set of characteristics to identify those likely to belong to a certain group). Webster's New World Dictionary (2003) | |

### 3.       LINGUISTIC CHARACTERISTICS

| PLAINTIFF'S CONSTRUCTION | DEFENDANTS' CONSTRUCTION |
|---|---|
| Features relating to language | Repeating combinations of various parts of speech in sentences that reflect the user's cultural, educational, social background, and the user's psychological profile. |
| **Plaintiff's Intrinsic Evidence** | **Defendants' Intrinsic Evidence** |
| Abstract; Col. 3, lns. 17 - 23; Col. 3, ln. 46 - Col. 4, ln. 29; Col. 4, lns. 49 - 57; Claims 1, 43, 59 and 60 | '067 patent: 2:65-3:24; 3:30-60; 4:53-58; 5:4-12; 5:17-20; Figures 1-8; Prosecution history for the '067 patent, including the Notice of Allowability Provisional Patent Application No. 60/116,582 "Internet Search Vehicle", PA0001288-0001291 |

| Plaintiff's Extrinsic Evidence | Defendants' Extrinsic Evidence |
|---|---|
| linguistic: Of or relating to language or linguistics. The American Heritage Dictionary of the English Language at www.bartleby.com | PA000952-000976 |
| linguistic: of language; of linguistics. Webster's New World College Dictionary linguistic: of or relating to language or | GELLER032633-032639 Merriam-Webster's Collegiate Dictionary (10th Ed., 1999) - linguistics - "the study of human speech including the units, nature, structure, and modification of language;" |
| linguistics. Merriam Webster's Online Dictionary at www.merriam-webster.com linguistic: 1. of language: relating to language or languages; 2. of linguistics: relating to linguistics. Encarta World English Dictionary at http://encarta.msn.com | Merriam-Webster's Collegiate Dictionary (10th Ed., 1995) |
| linguistic: 1. of or belonging to language: linguistic change. 2. of or pertaining to linguistics. Dictionary.com at www.dictionary.com | |
| linguistic: of language of linguistics. Webster's New World College Dictionary at www.yourdictionary.com | |
| characteristic: A feature that helps to identify, tell apart, or describe recognizably; a distinguishing mark or trait characteristic: a distinguishing trait, quality, or property. Merriam Webster's Online Dictionary at http://www.merriam-webster.com | |
| characteristic: a distinguishing feature or quality. Dictionary.com at www.dictionary.com | |
| characteristic: of or constituting the special character; typical. Webster's New World College Dictionary at www.yourdictionary.com | |

## 4. LINGUISTIC DATA

| PLAINTIFF'S CONSTRUCTION | DEFENDANTS' CONSTRUCTION |
|---|---|
| One or more pieces of information relating to language | Texts from which linguistic patterns and their frequencies of occurrence are extracted. |
| **Plaintiff's Intrinsic Evidence**<br><br>Abstract; Col. 3, lns. 17 - 23; Col. 3, ln. 46 - Col. 4, ln. 29; Col. 4, lns. 49 - 57; Col. 12, lns. 29 - 61; Claims 1, 43, 59 and 60 | **Defendants' Intrinsic Evidence**<br><br>'067 patent: 3:46-51; 12:48-52; Figures 1-8 Prosecution history for the '067 patent, including the Notice of Allowability; Provisional Patent Application No. 60/116,582 "Internet Search Vehicle", PA0001288-0001291 |
| **Plaintiff's Extrinsic Evidence**<br><br>See definitions of "linguistic" above.<br><br>See definitions of "data" above. | **Defendants' Extrinsic Evidence**<br><br>PA000952-000976<br>GELLER032633-032639 |

## 5. LINGUISTIC PATTERN

| PLAINTIFF'S CONSTRUCTION | DEFENDANTS' CONSTRUCTION |
|---|---|
| Model or guide related to language | A repeating combination of various parts of speech (nouns, verbs, adjectives, etc.) that appears in a sentence and reflects a specific user's cultural, educational, social background, and the user's psychological profile. |
| **Plaintiff's Intrinsic Evidence**<br><br>Abstract; Col. 3, lns. 17 - 23; Col. 3, ln. 46 - Col. 4, ln. 29; Col. 4, lns. 49 - 57; Col. 12, lns. 29 - 61; Claims 1, 20, 30, 33, 44, 45, 51, 59 and 60 | **Defendants' Intrinsic Evidence**<br><br>'067 patent: 2:65-3:24; 3:30-4:11; 4:20-22; 4:53-58; 5:4-12; 5:17-20; 5:44-51; 9:8-23; 9:50-55; 11:11-19; 13:33-45; 14:15-20; 14:57-15:12; 18:54-19:48; Figures 1-8; Prosecution history for the '067 patent, including the Notice of Allowability Provisional Patent Application No. 60/116,582 "Internet Search Vehicle", PA0001288-0001291, in particular PA0001289, ¶ 6. |

| Plaintiff's Extrinsic Evidence | Defendants' Extrinsic Evidence |
|---|---|
| See definitions of "linguistic" above. pattern: an original or model considered for or deserving of imitation; anything fashioned or designed to serve as a model or guide for something to be made. Dictionary.com at www.dictionary.com<br><br>pattern: a model or design or instructions according to which something is to be made; to model according to a pattern. Oxford American Dictionary, Heald Colleges Edition (1980)<br><br>pattern: A plan, diagram, or model to be followed in making things. American Heritage Dictionary of the English Language at www.bartleby.com<br><br>pattern: a plan or model used as a guide for making something; a regular or standard way of moving or behaving. Encarta World English Dictionary at http://encarta.msn.com pattern: a person or thing considered worthy of imitation or copying a model or plan used as a guide in making things. Webster's New World College Dictionary at www.yourdictionary.com<br><br>pattern: a form or model proposed for imitation. Merriam Webster's Online Dictionary at www.merriam-webster.com pattern: something regarded as a normative example to be copied; something designed or used s a model for making things; to use as a pattern or model. Webster's Third New International Dictionary (1966)<br><br>pattern: a person or thing worthy of imitation; a model or plan used in making things; a design; a regular way of acting or doing. Webster's New World Dictionary (2003) | PA000952-000976<br><br>GELLER032633-032639<br><br>Merriam-Webster's Collegiate Dictionary (10th Ed., 1999) - linguistics - "the study of human speech including the units, nature, structure, and modification of language"; see also Merriam-Webster's Collegiate Dictionary (10th Ed., 1995)<br><br>The Oxford American Dictionary and Language Guide (1999) - pattern - "a regular or logical form, order or arrangement of parts" Encarta World English Dictionary (1999) - pattern - "a regular or repetitive form, order, or arrangement" |

**6.     MATCH FACTOR**

| **PLAINTIFF'S CONSTRUCTION** | **DEFENDANTS' CONSTRUCTION** |
|---|---|
| One or more mathematical determinations of matching | A value that is calculated by adding together the first and second similarity factors for every data item. |
| **Plaintiff's Intrinsic Evidence** | **Defendants' Intrinsic Evidence** |
| Col. 6, lns. 1-12; Col. 24, lns. 49-67; Figs. 1-8; Claims 1, 41, 43, 44, 59 and 60 | '067 patent: 6:1-12; 24:49-67; Figures 1-8 Prosecution history for the '067 patent, including the Notice of Allowability |

| Plaintiff's Extrinsic Evidence | Defendants' Extrinsic Evidence |
|---|---|
| match: something similar; good complement; something that combines well with something else. Encarta World English Dictionary at http://encarta.msn.com<br><br>match: one able to cope with another; a pair suitably associated. Merriam Webster's Online Dictionary at www.merriam-webster.com<br><br>match: any person or thing equal or similar to another in some way; either of two corresponding things or persons; two or more persons or things that go together. Webster's New World College Dictionary at www.yourdictionary.com<br><br>match: a counterpart; one that is like another in one or more specified qualities; a pair, each one of which resembles or harmonizes with the other. American Heritage Dictionary of the English Language at www.bartleby.com<br><br>match: a person or thing that equals or resembles another in some respect; a corresponding, suitably associated, or harmonious pair. Dictionary.com at www.dictionary.com | None. |

### 7. PERSONAL TEXTUAL DATA

| PLAINTIFF'S CONSTRUCTION | DEFENDANTS' CONSTRUCTION |
| --- | --- |
| One or more pieces of information relating to text relating to a person | Texts composed by a specific user that contain certain recurring linguistic patterns that reflect the user's cultural, educational, social background, and the user's psychological profile. |
| **Plaintiff's Intrinsic Evidence** | **Defendants' Intrinsic Evidence** |
| Abstract; Figs. 2, 3, 5 and 6; Col. 3, lns. 17 - 23; Col. 4, ln. 49 - col. 5, ln. 26; Col. 10, ln. 27 - Col. 11, ln. 35; Col. 11, ln. 44 - Col. 13, ln. 12; Col. 13, ln. 28 - Col. 14, ln. 13; Col. 15, lns. 42 - 54; Col. 17, ln. 34 - Col. 18, ln. 26; Col. 19, ln. 51 - Col. 20, ln. 6; Claims 2, 3, 4, 5, 7, 18, 19, 20, 21, 45, 47, 48 and 49 | '067 patent: 10:32-35; 10:46-51; Figures 1-8 Prosecution history for the '067 patent, including the Notice of Allowability |
| **Plaintiff's Extrinsic Evidence** | **Defendants' Extrinsic Evidence** |
| See definitions of "data" above. | None. |

### 8. PLURAL DATA ITEM

| PLAINTIFF'S CONSTRUCTION | DEFENDANTS' CONSTRUCTION |
| --- | --- |
| Two or more pieces of information | Cannot be construed. |
| **Plaintiff's Intrinsic Evidence** | **Defendants' Intrinsic Evidence** |
| Figs. 5, 6 and 8; Col. 5, lns. 21-35; Col. 5, lns. 59-67; Col. 6, lns. 1-23; Col. 16, ln. 57 - Col. 17, ln. 54; Col. 19, ln. 51 - Col. 20, ln. 65; Col. 24, ln. 9 - Col. 25, ln. 9; Claims 1, 18, 20, 28, 40, 41 and 42 | |

| Plaintiff's Extrinsic Evidence | Defendants' Extrinsic Evidence |
|---|---|
| See definitions of "data" above. See definition of "item" above. plural: consisting of, containing, or pertaining to more than one. Dictionary.com at www.dictionary.com plural: relating to or composed of more than one member, set, or kind. American Heritage Dictionary of the English Language at www.bartleby.com plural: of or including more than one. Webster's New World College Dictionary at www.yourdictionary.com plural: relating to, consisting of, or containing more than one or more than one kind or class. Merriam Webster's Online Dictionary at www.merriam-webster.com plural: referring to more than one; concerning more than one. Encarta World English | |

9.      **PLURAL DATA ITEM PROFILE**

| PLAINTIFF'S CONSTRUCTION | DEFENDANTS' CONSTRUCTION |
|---|---|
| Two or more profiles each relating to at least a piece of information | Cannot be construed. |
| **Plaintiff's Intrinsic Evidence** | **Defendants' Intrinsic Evidence** |
| Figs. 5, 6 and 8; Col. 5, lns. 21-35; Col. 5, lns. 59-67; Col. 6, lns. 1-23; Col. 16, ln. 57 - Col. 17, ln. 54; Col. 19, ln. 51 - Col. 20, ln. 65; Col. 24, ln. 9 - Col. 25, ln. 9; Claims 1, 18, 20, 28, 41 and 42 | |

| Plaintiff's Extrinsic Evidence | Defendants' Extrinsic Evidence |
|---|---|
| See definitions of "plural" above. See definitions of "data" above. See definition of "item" above. See definition of "profile" above. | |

## 10.    PLURAL SECOND LINGUISTIC PATTERN

| PLAINTIFF'S CONSTRUCTION | DEFENDANTS' CONSTRUCTION |
|---|---|
| Two or more models or guides related to language | Cannot be construed. |
| **Plaintiff's Intrinsic Evidence** | **Defendants' Intrinsic Evidence** |
| Abstract; Col. 3, lns. 17 - 23; Col. 3, ln. 46 - Col. 4, ln. 29; Col. 4, lns. 49 - 57; Col. 12, lns. 29 - 61; Claims 1, 20, 30, 33, 44, 45, 51, 59 and 60 | |
| **Plaintiff's Extrinsic Evidence** | **Defendants' Extrinsic Evidence** |
| See definitions of "linguistic" above. See definitions of "pattern" above. | |

## 11.    PLURAL SECOND SIMILARITY FACTOR

| PLAINTIFF'S CONSTRUCTION | DEFENDANTS' CONSTRUCTION |
|---|---|
| At least two items of information representative of a correlation | Cannot be construed. |
| **Plaintiff's Intrinsic Evidence** | **Defendants' Intrinsic Evidence** |
| Claims 1, 39, 40, 44, 59 and 60 | |

| Plaintiff's Extrinsic Evidence | Defendants' Extrinsic Evidence |
|---|---|
| | |

## 12.     PSYCHOLOGICAL PROFILE

| PLAINTIFF'S CONSTRUCTION | DEFENDANTS' CONSTRUCTION |
|---|---|
| One or more profiles pertaining to mental processes | Cannot be construed. |
| **Plaintiff's Intrinsic Evidence** | **Defendants' Intrinsic Evidence** |
| Abstract; Col. 4, lns. 3 - 19; Col. 2, ln. 65 - Col. 3, ln. 23; Col. 3, ln. 26 - Col. 4 ln. 19; Col. 5, lns. 36-51; Col. 8, ln. 66 - col. 9, ln. 55; Col. 20, ln. 66 - Col. 21, ln. 15; Col. 24, ln. 27 - Col. 25, ln. 9; Claims 1, 43, 44, 45, 59 and 60 | |
| **Plaintiff's Extrinsic Evidence** | **Defendants' Extrinsic Evidence** |
| See definitions of "psychological" above.<br><br>See definitions of "profile" above. | |

## 13.     SEARCH REQUEST DATA

| PLAINTIFF'S CONSTRUCTION | DEFENDANTS' CONSTRUCTION |
|---|---|
| Information relating to a search request | A search string entered by a user to the system that includes at least one linguistic pattern and that is representative of the data or information that the user wishes to locate. |
| **Plaintiff's Intrinsic Evidence** | **Defendants' Intrinsic Evidence** |
| Claims 1, 30, 31, 42, 44, 59 and 60 | '067 patent: 5:36-39; 5:41-44; 12:21-29; Figures 1-8; Prosecution history for the '067 patent, including the Notice of Allowability |

| PLAINTIFF'S CONSTRUCTION | DEFENDANTS' CONSTRUCTION |
|---|---|
| Information relating to a search request | A search string entered by a user to the system that includes at least one linguistic pattern and that is representative of the data or information that the user wishes to locate. |
| **Plaintiff's Extrinsic Evidence** | **Defendants' Extrinsic Evidence** |
| See definitions of "data" above. | None. |

### 14.    SEARCH REQUEST PROFILE

| PLAINTIFF'S CONSTRUCTION | DEFENDANTS' CONSTRUCTION |
|---|---|
| One or more profiles relating to a search request | A file that includes information about the linguistic patterns in search request data. |
| **Plaintiff's Intrinsic Evidence** | **Defendants' Intrinsic Evidence** |
| Abstract; Figs. 7 and 8; Col. 4, lns. 3-19; Col. 5, lns. 36 - Col. 6, ln. 18; Col. 6, lns. 1-18; Col. 9, lns. 27 - 43; Col. 21, lns. 26 - 63; Col. 22, lns 55-61; Col. 24, lns. 27 - 33; Claims 1, 44, 59 and 60 | '067 patent: 4:3-11; 5:36-51; 6:1-8; 21:26-29; 23:46-60; 24:41-48; Figures 1-8; Prosecution history for the '067 patent, including the Notice of Allowability |
| **Plaintiff's Extrinsic Evidence** | **Defendants' Extrinsic Evidence** |
| See definitions of "profile" above. | None. |

## 15.    SEGMENT

| PLAINTIFF'S CONSTRUCTION | DEFENDANTS' CONSTRUCTION |
|---|---|
| One or more portions of something | One or more predetermined types of parts of speech arranged in a predetermined order. |
| **Plaintiff's Intrinsic Evidence** | **Defendants' Intrinsic Evidence** |
| Figs. 3 - 8; Col. 5, lns. 4 - 20; Col. 5, ln. 41 - Col. 6, ln. 22; Col. 14, ln. 57 - Col. 15, ln. 54; Col. 15, ln. 55 - Col. 16, ln. 42; Col. 18, ln. 66 - Col. 20, ln. 65; Col. 22, ln. 35 - Col. 25, ln. 9 | '067 patent: 5:4-14; 14:13-67; 22:35-40; Figures 1-8; Prosecution history for the '067 patent, including the Notice of Allowability; Provisional Patent Application No. 60/116,582 "Internet Search Vehicle", PA0001288-0001291 |
| **Plaintiff's Extrinsic Evidence** | **Defendants' Extrinsic Evidence** |
| segment: component part: any of the parts or sections into which an object or group is divided. Encarta World English Dictionary at http://encarta.msn.com | PA000952-000976 |
|  | GELLER032633-032639 |

Plaintiff's Extrinsic Evidence (continued):

segment: one of the parts into which something naturally separates or is divided; a division, portion, or section. Dictionary.com at www.dictionary.com

segment: Any of the parts into which something can be divided. The American Heritage Dictionary of the English Language at www.bartleby.com

segment: any of the parts into which a body is separated or separable; division; section. Webster's New World College Dictionary at www.yourdictionary.com

segment: a separate piece of something; bit; fragment Merriam Webster's Online Dictionary at www.merriam-webster.com

## 16. FIRST SIMILARITY FACTOR

| PLAINTIFF'S CONSTRUCTION | DEFENDANTS' CONSTRUCTION |
|---|---|
| Information representative of a correlation | A correlation between a user profile and a search request profile that includes the number of segments that appear in both of the profiles and the total number of times that each such segment appears in the two profiles. |
| **Plaintiff's Intrinsic Evidence** | **Defendants' Intrinsic Evidence** |
| Claims 1, 39, 40, 44, 59 and 60 | '067 patent: 6:1-12; Figures 1-8; Prosecution history for the '067 patent, including the Notice of Allowability |
| **Plaintiff's Extrinsic Evidence** | **Defendants' Extrinsic Evidence** |
| None. | None. |

## 17. SECOND SIMILARITY FACTOR

| PLAINTIFF'S CONSTRUCTION | DEFENDANTS' CONSTRUCTION |
|---|---|
| Information representative of a correlation | A correlation between a data item profile and a search request profile that includes the number of segments that appear in both of the profiles and the total number of times that each such segment appears in the two profiles. |
| **Plaintiff's Intrinsic Evidence** | **Defendants' Intrinsic Evidence** |
| Claims 1, 39, 40, 44, 59 and 60 | '067 patent: 6:1-12; Figures 1-8<br>Prosecution history for the '067 patent, including the Notice of Allowability |
| **Plaintiff's Extrinsic Evidence** | **Defendants' Extrinsic Evidence** |
| None. | None. |

## 18.    TEXT ITEM

| PLAINTIFF'S CONSTRUCTION | DEFENDANTS' CONSTRUCTION |
|---|---|
| One or more items relating to text | A series of words that is long enough to be broken into sentences such that linguistic patterns can be extracted. |
| **Plaintiff's Intrinsic Evidence** | **Defendants' Intrinsic Evidence** |
| Abstract; Figs. 2, 3, 5 and 6; Col. 3, lns. 17 - 23; Col. 4, ln. 49 - col. 5, ln. 26; Col. 10, ln. 27 - Col. 11, ln. 35; Col. 11, ln. 44 - Col. 13, ln. 12; Col. 13, ln. 28 - Col. 14, ln. 13; Col. 15, lns. 42 - 54; Col. 17, ln. 34 - Col. 18, ln. 26; Col. 19, ln. 51 - Col. 20, ln. 6; Claims 2, 3, 4, 5, 7, 18, 19, 20, 21, 45, 47, 48 and 49 | '067 patent: 10:46-12:39; 13:38-61; Figures 1-8 Prosecution history for the '067 patent, including the Notice of Allowability |
| **Plaintiff's Extrinsic Evidence** | **Defendants' Extrinsic Evidence** |
| See definitions of "item" above. | None. |

## 19.    TEXTUAL DATA

| PLAINTIFF'S CONSTRUCTION | DEFENDANTS' CONSTRUCTION |
|---|---|
| One or more pieces of information relating to text | Texts composed by either a specific user or someone other than the user that contain certain recurring linguistic patterns that reflect the user's cultural, educational, social background, and the user's psychological profile |
| **Plaintiff's Intrinsic Evidence** | **Defendants' Intrinsic Evidence** |
| Abstract; Figs. 2, 3, 5 and 6; Col. 3, lns. 17 - 23; Col. 4, ln. 49 - col. 5, ln. 26; Col. 10, ln. 27 - Col. 11, ln. 35; Col. 11, ln. 44 - Col. 13, ln. 12; Col. 13, ln. 28 - Col. 14, ln. 13; Col. 15, lns. 42 - 54; Col. 17, ln. 34 - Col. 18, ln. 26; Col. 19, ln. 51 - Col. 20, ln. 6; Claims 2, 3, 4, 5, 7, 19, 20, 21, 45, 46, 47, 48 and 49 | '067 patent: 4:53-63; 5:24-26, 10:27-41; Figures 1-8; Prosecution history for the '067 patent, including the Notice of Allowability |

| Plaintiff's Extrinsic Evidence | Defendants' Extrinsic Evidence |
| --- | --- |
| See definitions of "data" above. | None. |

## 20.    USER DATA PROFILE

| PLAINTIFF'S CONSTRUCTION | DEFENDANTS' CONSTRUCTION |
| --- | --- |
| One or more profiles comprising data relating to a user | A file containing information about a specific user's linguistic patterns and the frequencies with which these patterns recur in texts that are: (i) submitted by the user or (ii) associated with the user and automatically acquired by the system, without identifying any background or private information about the user. |
| **Plaintiff's Intrinsic Evidence**<br><br>Abstract; Figs. 1, 2, 3, 4 and 8; Col. 1, lns. 14-18; Col. 4, lns. 3-29; Col. 4, ln. 49 - Col. 5, ln. 20; Col. 5, lns. 52 - 67; Col. 6, lns. 35 - 41; Col. 6, lns. 7-10; Col. 9, ln. 44 - Col. 11, ln. 52; Col. 12, ln. 29 - Col. 16, ln. 56; Col. 22, lns. 49-61; Col. 23, ln. 49 - Col. 24, ln. 8; Col. 24, lns. 49 - 57; Claims 1, 44, 59 and 60 | **Defendants' Intrinsic Evidence**<br>'067 patent: 3:32-36; 3:60-66; 4:20-29; 4:53-58; 4:67-5:12; 5:17-20; and 9:16-20; Figures 1-8 Prosecution history for the '067 patent, including the Notice of Allowability |
| **Plaintiff's Extrinsic Evidence**<br><br>See definitions of "data" above.<br><br>See definitions of "profile" above. | **Defendants' Extrinsic Evidence**<br>None. |

## 21.    USER LINGUISTIC DATA

| PLAINTIFF'S CONSTRUCTION | DEFENDANTS' CONSTRUCTION |
|---|---|
| Information relating to a user's language | Textual data supplied by the user or adopted by that user as favorite that contain certain recurring linguistic patterns.  The user linguistic data is not part of the user profile, but is the text from which the patterns are extracted to create the user profile. |
| **Plaintiff's Intrinsic Evidence** | **Defendants' Intrinsic Evidence** |
| Abstract; Figs. 1, 2, 3, 4 and 8; Col. 1, lns. 14-18; Col. 3, lns. 45-66; Col. 4, lns. 3-29; Col. 4, ln. 49 - Col. 5, ln. 20; Col. 5, lns. 52 - 67; Col. 6, lns. 35 - 41; Col. 6, lns. 7-10; Col. 9, lns. 8-23; Col. 9, ln. 44 - Col. 11, ln. 52; Col. 12, ln. 29 - Col. 16, ln. 56; Col. 22, lns. 49-61; Col. 23, ln. 49 - Col. 24, ln. 8; Col. 24, lns. 49 - 57; Claims 1, 2, 7, 44, 45, 46, 47, 59 and 60 | '067 patent: 3:45-66; 4:56-61; 9:8-23; and 10:29-32; Figures 1-8<br>Prosecution history for the '067 patent, including the Notice of Allowability<br>Provisional Patent Application No. 60/116,582 "Internet Search Vehicle", PA0001288-0001291 |
| **Plaintiff's Extrinsic Evidence** | **Defendants' Extrinsic Evidence** |
| See definitions of "data" above. | PA000952-000976<br><br>GELLER 32633-39 |

## 22. USER PROFILE

| PLAINTIFF'S CONSTRUCTION | DEFENDANTS' CONSTRUCTION |
|---|---|
| One or more profiles relating to a user | A file containing information about a specific user's linguistic patterns and the frequencies with which these patterns recur in texts that are: (i) submitted by the user or (ii) associated with the user and automatically acquired by the system, without identifying any background or private information about the user. |
| **Plaintiff's Intrinsic Evidence** | **Defendants' Intrinsic Evidence** |
| Abstract; Figs. 1, 2, 3, 4 and 8; Col. 1, lns. 14-18; Col. 4, lns. 3-29; Col. 4, ln. 49 - Col. 5, ln. 20; Col. 5, lns. 52 - 67; Col. 6, lns. 35 - 41; Col. 6, lns. 7-10; Col. 9, ln. 44 - Col. 11, ln. 52; Col. 12, ln. 29 - Col. 16, ln. 56; Col. 22, lns. 49-61; Col. 23, ln. 49 - Col. 24, ln. 8; Col. 24, lns. 49 - 57; Claim 1, 44, 59 and 60 | '067 patent: 3:32-36; 3:60-66; 4:6-11; 4:20-29; 4:49-5:20; 7:7-10; 9:16-20; 10:4-8; 10:24-11:39; 12:30-61; 13:33-16:56; Figures 1-8<br>Prosecution history for the '067 patent, including the Notice of Allowability |
| **Plaintiff's Extrinsic Evidence** | **Defendants' Extrinsic Evidence** |
| See definitions of "profile" above. | None. |

## 23. USER SEGMENT COUNT

| PLAINTIFF'S CONSTRUCTION | DEFENDANTS' CONSTRUCTION |
|---|---|
| A count relating to a portion of data relating to a user | The number of times that each segment appears in a text item. |
| **Plaintiff's Intrinsic Evidence** | **Defendants' Intrinsic Evidence** |
| Figs. 3 4, 5, 6, 7, 8; Col. 5, lns. 4 - 20; Col. 5, ln. 41 - Col. 6, ln. 22; Col. 14, ln. 57 - Col. 15, ln. 54; Col. 15, ln. 55 - Col. 16, ln. 42; Col. 18, ln. 66 - Col. 20, ln. 65; Col. 22, ln. 35 - Col. 25, ln. 9; Claims 16, 17, 39, 41, 45, 57 and 58 | '067 patent: 15:55-60; Figures 1-8<br>Prosecution history for the '067 patent, including the Notice of Allowability |

| PLAINTIFF'S CONSTRUCTION | DEFENDANTS' CONSTRUCTION |
|---|---|
| A count relating to a portion of data relating to a user | The number of times that each segment appears in a text item. |
| **Plaintiff's Extrinsic Evidence** | **Defendants' Extrinsic Evidence** |
| See definitions of "segment" above. | None. |

**24.     USER SEGMENT GROUP**

| PLAINTIFF'S CONSTRUCTION | DEFENDANTS' CONSTRUCTION |
|---|---|
| A set of data relating to one or more users | A collection of identical segments extracted from a text item. |
| **Plaintiff's Intrinsic Evidence** | **Defendants' Intrinsic Evidence** |
| Figs. 3 - 8; Col. 5, lns. 4 - 20; Col. 5, ln. 41 - Col. 6, ln. 22; Col. 14, ln. 57 - Col. 15, ln. 54; Col. 15, ln. 55 - Col. 16, ln. 42; Col. 18, ln. 66 - Col. 20, ln. 65; Col. 22, ln. 35 - Col. 25, ln. 9; Claims 16, 17, 39, 41, 45, 57 and 58 | '067 patent: 5:15-18; Figures 1-8 Prosecution history for the '067 patent, including the Notice of Allowability |

| PLAINTIFF'S CONSTRUCTION | DEFENDANTS' CONSTRUCTION |
|---|---|
| A set of data relating to one or more users | A collection of identical segments extracted from a text item. |
| **Plaintiff's Extrinsic Evidence** | **Defendants' Extrinsic Evidence** |
| See definitions of "segment" above.<br><br>group: set of people or things: a number of people or things considered together or regarded as belonging together. Encarta World English Dictionary at http://encarta.msn.com<br><br>group: a number of individuals assembled together or having some unifying relationship b: an assemblage of objects regarded as a unit. Merriam Webster's Online Dictionary at www.merriam-webster.com<br><br>group: any collection or assemblage of persons or things; cluster; aggregation; a number of persons or things ranged or considered together as being related in some way. Dictionary.com at www.dictionary.com<br><br>group: An assemblage of persons or objects gathered or located together; an aggregation; A number of individuals or things considered together because of similarities; A class or collection of related objects or entities, as: The American Heritage Dictionary of the English Language at www.bartleby.com<br><br>group: a number of persons or things gathered closely together and forming a recognizable unit; cluster; aggregation; a number of persons or things classified together because of common characteristics, community of interests, etc. Webster's New World College Dictionary at www.yourdictionary.com | None. |

## IV.

Pursuant to P.R. Rule 4-3(c):

Plaintiff anticipates that the length of time necessary for the Claim Construction Hearing is approximately 3 hours.

Defendants anticipate that the length of time necessary for the Claim Construction Hearing is approximately 4 hours.

## V.

Pursuant to P.R. 4-3(d):

The parties will not have an expert testifying at the Claim Construction Hearing.

The parties do not believe that a prehearing conference is necessary before the Claim Construction Hearing.

May 22, 2009

Respectfully submitted,

By: /s/ Brian C. Cannon
Brian C. Cannon
California Bar No. 193071
briancannon@quinnemanuel.com
Quinn Emanuel Urquhart Oliver & Hedges, LLP
555 Twin Dolphin Drive, Suite 560
Redwood Shores, CA 94065
Tel.: (650) 801-5000
Fax: (650) 801-5100

Charles K. Verhoeven,
California Bar No. 170151
charlesverhoeven@quinnemanuel.com
Quinn Emanuel Urquhart Oliver & Hedges, LLP
50 California Street, 22nd Floor
San Francisco, CA 94111
Tel.: (415) 875-6600

Respectfully submitted,

NXN TECH, LLC

By: /s/ John J. Edmonds
Andrew W. Spangler – LEAD COUNSEL
Spangler Law P.C.
208 N. Green Street, Suite 300
Longview, Texas 75601
(903) 753-9300
(903) 553-0403 (fax)
spangler@spanglerlawpc.com

David M. Pridham
Law Office of David Pridham
25 Linden Road
Barrington, Rhode Island 02806
(401) 633-7247
(401) 633-7247
david@pridhamiplaw.com

Fax: (415) 875-6700

Michael E. Richardson
Texas Bar No. 24002838
mrichardson@brsfirm.com
BECK, REDDEN & SECREST, L.L.P.
One Houston Center
1221 McKinney St., Suite 4500
Houston, Texas 77010
(713) 951-3700
(713) 951-3720 (Fax)

David J. Beck
Texas Bar No. 00000070
dbeck@brsfirm.com
BECK, REDDEN & SECREST, L.L.P.
One Houston Center
1221 McKinney St., Suite 4500
Houston, TX.  77010
(713) 951-3700
(713) 951-3720 (Fax)

ATTORNEYS FOR GOOGLE INC.


By: s/ Jason C. White
Jason C. White
Howrey LLP
321 North Clark Street, Suite 3400
Chicago, Illinois 60654
(312) 595-1239
(312) 595-2250(Facsimile)
whitej@howrey.com

COUNSEL FOR YAHOO! INC.

John J. Edmonds
The Edmonds Law Firm, PC
709 Sabine Street
Houston, Texas 77007
(713) 858-3320
(832) 415-2535 (fax)
johnedmonds@edmondslegal.com

Patrick R. Anderson
Patrick R. Anderson PLLC
4225 Miller Rd, Bldg. B-9, Suite 358
Flint, MI 48507
(810) 275-0751
(248) 928-9239 (fax)
patrick@prapllc.com

COUNSEL FOR PLAINTIFF NXN TECH, LLC
F/K/A PA ADVISORS, LLC


## CERTIFICATE OF SERVICE

I hereby certify that the counsel of record who are deemed to have consented to electronic service are being served today with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3).

May 22, 2009                          /s/ John J. Edmonds
                                      John J. Edmonds