IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| PA ADVISORS, LLC | |
| v. | No. 2:07-CV-480-DF |
| GOOGLE, INC., et al. | |

## UNOPPOSED MOTION FOR WITHDRAWAL OF REPRESENTATION

Attorney John J. Edmonds respectfully submits this unopposed motion to withdraw as counsel for the Plaintiff, nXn Tech, LLC (formerly known as PA Advisors, LLC). Plaintiff consents to this withdrawal. The Defendants do not oppose it. Plaintiff's other counsel remain of record.

WHEREFORE, PREMISES CONSIDERED, Attorney John J. Edmonds respectfully requests that he be permitted to withdraw as counsel for Plaintiff.

June 2, 2009                              Respectfully submitted,

                                           /s/ John J. Edmonds
                                          John J. Edmonds
                                          The Edmonds Law Firm, PC
                                          709 Sabine Street
                                          Houston, Texas 77007
                                          (713) 858-3320
                                          (832) 415-2535 (fax)
                                          johnedmonds@edmondslegal.com

                                          **COUNSEL FOR PLAINTIFF NXN TECH,
                                          LLC F/K/A PA ADVISORS, LLC**

## CERTIFICATE OF CONFERENCE

The undersigned has conferred with counsel for Defendants in accordance with Local Rule CV-7, and this motion is unopposed.

June 2, 2009                              /s/ John J. Edmonds
                                          John J. Edmonds

## **CERTIFICATE OF SERVICE**

      I hereby certify that the counsel of record who are deemed to have consented to electronic service are being served today with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3).


June 2, 2009                                    /s/ John J. Edmonds
                                                 John J. Edmonds