IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| PA ADVISORS, LLC<br><br> v.<br><br>GOOGLE, INC., et al. | No. 2:07-CV-480-DF |

### **ORDER**

 Came before the Court the unopposed Motion for attorney John J. Edmonds to withdraw as counsel for the Plaintiff. The Motion is GRANTED. It is ORDERED that John J. Edmonds is withdrawn as counsel for Plaintiff.

 **SIGNED this 3rd day of June, 2009.**

 _____
 DAVID FOLSOM
 UNITED STATES DISTRICT JUDGE