**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHAL DIVISION**

|  |  |
|---|---|
| **PA ADVISORS, LLC** </br> Plaintiff, </br></br> v. </br></br> **GOOGLE, INC., et al.,** </br></br> Defendants. | ) ) ) ) ) **Civil No.: 2-07CV-480** ) ) ) ) ) ) ) |

## AGREED MOTION FOR EXTENSION OF TIME

Plaintiff, PA Advisors, LLC hereby requests that the Court extend the deadline to comply with P.R. 4-5(a) and P.R. 4-5(b) until July 2, 2009. Defendants, Google, Inc. and Yahoo, Inc. do not oppose this relief. Plaintiff PA Advisors, LLC respectfully requests that the Court enter the proposed order accompanying this Motion.

Dated: June 15, 2009

Respectfully Submitted,

 s/ Andrew W. Spangler
Andrew W. Spangler
State Bar No. 24041960
Spangler Law P.C.
208 N. Green St., Suite 300
Longview, TX 75601
Tel: (903) 753-9300
Fax: (903) 553-0403
Email:spangler@spanglerlawpc.com

**Attorney for PA Advisors, L.L.C.**

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document was filed electronically in compliance with Local Rule CV-5(a).  As such, this paper was served on all counsel who have consented to electronic service, Local Rule CV-5(a)(3)(A), on this 15th day of June, 2009.

                                                ____s/ Andrew W. Spangler_____
                                                          Andrew W. Spangler