**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHAL DIVISION**

|  |  |
|---|---|
| **PA ADVISORS, LLC** <br>     Plaintiff, <br><br> v. <br><br> **GOOGLE, INC., et al.,** <br><br>     Defendants. | **Civil No.: 2:07-CV-480** |

## AGREED AMENDED MOTION FOR EXTENSION OF TIME

Plaintiff, PA Advisors, LLC hereby requests that the Court extend the deadline to comply with P.R. 4-5(a) until June 25, 2009 and P.R. 4-5(b) until July 27, 2009. Defendants, Google, Inc. and Yahoo, Inc. do not oppose this relief. Plaintiff PA Advisors, LLC respectfully requests that the Court enter the proposed order accompanying this Motion.

Dated: June 15, 2009                            Respectfully Submitted,

                                                       _s/ Andrew W. Spangler_
                                                       Andrew W. Spangler
                                                       State Bar No. 24041960
                                                       Spangler Law P.C.
                                                       208 N. Green St., Suite 300
                                                       Longview, TX 75601
                                                       Tel: (903) 753-9300
                                                       Fax: (903) 553-0403
                                                       Email:spangler@spanglerlawpc.com

                                                       **Attorney for PA Advisors, L.L.C.**

## **CERTIFICATE OF SERVICE**

The undersigned certifies that the foregoing document was filed electronically in compliance with Local Rule CV-5(a).  As such, this paper was served on all counsel who have consented to electronic service, Local Rule CV-5(a)(3)(A), on this 15th day of June, 2009.

                                                    ____s/ Andrew W. Spangler_____
                                                          Andrew W. Spangler