IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| PA ADVISORS, LLC | |
| v. | No. 2:07-cv-480-TJW |
| GOOGLE INC., ET AL | JURY |

## **NOTICE OF APPEARANCE**

Notice is hereby given that the undersigned attorney, Ari Rafilson, enters his appearance in the above-referenced proceedings for the Plaintiff, PA Advisors, LLC ("PA"). PA respectfully requests that the Court take note of this Notice of Appearance and make Ari Rafilson one of the attorneys of record for PA in this lawsuit. Copies of all communications and other documents should be e-mailed or faxed to Ari Rafilson at the address set forth below.

Dated: June 16, 2009

Respectfully submitted,

**PA ADVISORS, LLC**

By: */s/ Ari Rafilson*
Ari Rafilson
Texas State Bar No. 24060456
The Rafilson Law Firm, PLLC
1318 Royal Palm Lane
Carrollton, TX 75007
Telephone: (214) 789-4035
Facsimile: (972) 236-5397
Email: ari@rafilsonlawpllc.com

**ATTORNEY FOR PLAINTIFF
PA ADVISORS, LLC**

## CERTIFICATE OF SERVICE

I hereby certify that the counsel of record who are deemed to have consented to electronic service are being served today with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3). Any other counsel of record will be served by electronic mail, facsimile transmission and/or first class mail on this same date.


Dated: June 16, 2009 /s/ *Ari Rafilson*