# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHAL DIVISION

|  |  |
|---|---|
| **PA ADVISORS, LLC** <br> Plaintiff, <br><br> v. <br><br> **GOOGLE, INC., et al.,** <br><br> Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) **Civil No.: 2-07CV-480** |

## ORDER GRANTING AGREED MOTION FOR EXTENSION OF TIME

The Court, having considered the Agreed Motion for Extension of Time by Plaintiff PA Advisors, LLC to extend the deadline to submit P.R. 4-5(a) and P.R. 4-5(b) to July 2, 2009, hereby grants the Motion.

**SIGNED this 16th day of June, 2009.**

_____
DAVID FOLSOM
UNITED STATES DISTRICT JUDGE