# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHAL DIVISION

**PA ADVISORS, LLC**
    Plaintiff,

v.

**GOOGLE, INC., et al.,**

    Defendants.

**Civil No.: 2:07-CV-480**

## ORDER GRANTING AGREED AMENDED MOTION FOR EXTENSION OF TIME

The Court, having considered the Agreed Amended Motion for Extension of Time by Plaintiff PA Advisors, LLC to extend the deadline to submit P.R. 4-5(a) to June 25, 2009 and P.R. 4-5(b) to July 27, 2009, hereby grants the Motion.

**SIGNED this 16th day of June, 2009.**

DAVID FOLSOM
UNITED STATES DISTRICT JUDGE