**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | | |
|---|---|---|
| PA ADVISORS, LLC | § | |
|      Plaintiff, | § | CASE NO.  2:07-CV-480 |
| | § | |
| vs. | § | Honorable David Folsom, Presiding |
| | § | |
| GOOGLE INC., et al | § | |
|      Defendants. | § | |

**GOOGLE'S UNOPPOSED MOTION FOR LEAVE TO FILE FIRST AMENDED
ANSWER TO SECOND AMENDED COMPLAINT**

Defendant Google Inc. respectfully moves this Court for an Order granting leave to

file its First Amended Answer to Plaintiff's Second Amended Complaint as set forth in

Exhibit A.  Plaintiff consents to Google Inc.'s filing of its First Amended Answer to

Plaintiff's Second Amended Complaint

June 25, 2009                                    Respectfully submitted,

By:  /s/ Brian C. Cannon
Brian C. Cannon
California Bar No. 193071
briancannon@quinnemanuel.com
Quinn Emanuel Urquhart Oliver & Hedges,
LLP
555 Twin Dolphin Drive, Suite 560
Redwood Shores, CA  94065
Tel.: (650) 801-5000
Fax: (650) 801-5100

Charles K. Verhoeven,
California Bar No. 170151

1

charlesverhoeven@quinnemanuel.com
Quinn Emanuel Urquhart Oliver & Hedges,
LLP
50 California Street, 22nd Floor
San Francisco, CA  94111
Tel.: (415) 875-6600
Fax: (415) 875-6700

Michael E. Richardson
Texas Bar No. 24002838
mrichardson@brsfirm.com
BECK, REDDEN & SECREST, L.L.P.
One Houston Center
1221 McKinney St., Suite 4500
Houston, Texas 77010
(713) 951-3700
(713) 951-3720 (Fax)

David J. Beck
Texas Bar No. 00000070
dbeck@brsfirm.com
BECK, REDDEN & SECREST, L.L.P.
One Houston Center
1221 McKinney St., Suite 4500
Houston, TX.  77010
(713) 951-3700
(713) 951-3720 (Fax)
ATTORNEYS FOR GOOGLE INC.

## CERTIFICATE OF CONFERENCE

The undersigned counsel for Google Inc. discussed this Motion with counsel for Plaintiff on June 18, 2009, and all parties agree to the Motion.

/s/ Brian C. Cannon
Brian C. Cannon

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document was filed electronically in compliance with Local Rule CV-5(a).  As such, this motion was served on all counsel who are deemed to have consented to electronic service on the 25th of June, 2009.  Local Rule CV-5(a)(3)(A).

/s/ Brian C. Cannon
Brian C. Cannon