IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

PA ADVISORS, LLC

                    Plaintiff,

v.                                                  Civil Action No. 2:07-CV-480

GOOGLE, INC.,

                    Defendants

## UNOPPOSED MOTION FOR EXTENSION OF TIME

Plaintiff nXn Tech, LLC ("Plaintiff") moves for a one day extension of time to comply

with P.R. 4-5(a) and (b), making Plaintiff's Opening Claim Construction Brief due June 26,

2009, and Defendants' Responsive Claim Construction Brief due July 28, 2009.  Defendants

advise they do not oppose the extension.


Dated:  June 25, 2009

*/s/*Patrick R. Anderson
**Andrew Wesley Spangler**
Spangler Law PC
208 N. Green St.
Suite 300
Longview, TX 75601
903-753-9300
Fax: 903-553-0403
Email: spangler@spanglerlawpc.com

**David Michael Pridham**
David Pridham
Law Office of David Pridham
25 Linden Road
Barrington, RI 02806
401-633-7247
Fax: 401-633-7247

Email: david@PridhamIPLaw.com

**Patrick Rolf Anderson**
Patrick R. Anderson, PLLC
4225 Miller Rd.
Bldg. B-9
Suite 358
Flint, MI 48507
517-303-4806
Fax: 248-928-9239
Email: patrick@prapllc.com

*ATTORNEYS FOR PLAINTIFF*
*PA ADVISORS, LLC*

## CERTIFICATE OF SERVICE

I certify that on June 25, 2009, service of a true and complete copy of the foregoing was made upon all counsel of record who are deemed to have consented to electronic service via the Court's ECF electronic filing system.

  /s/ Patrick R. Anderson