# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | | |
|---|---|---|
| PA ADVISORS, LLC | § | |
|     Plaintiff, | § | CASE NO. 2:07-CV-480 |
| | § | |
| vs. | § | Honorable David Folsom, Presiding |
| | § | |
| GOOGLE INC., et al | § | |
|     Defendants. | § | |

## ORDER GRANTING GOOGLE'S UNOPPOSED MOTION FOR LEAVE TO FILE FIRST AMENDED ANSWER TO SECOND AMENDED COMPLAINT

Defendant Google's Unopposed Motion for Leave to File First Amended Answer to Second Amended Complaint shall be, and is hereby, GRANTED.

**SIGNED this 26th day of June, 2009.**

_____
DAVID FOLSOM
UNITED STATES DISTRICT JUDGE

1