IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| PA ADVISORS, LLC<br><br>Plaintiff,<br><br>v.<br><br>GOOGLE, INC.,<br><br>Defendants | Civil Action No. 2:07-CV-480 |

### ORDER

Pursuant to the Unopposed Motion for Extension of time filed by Plaintiff nXn Tech,

LLC ("Plaintiff") it is hereby

ORDERED that Plaintiff's Opening Claim Construction Brief is due June 26, 2009; and

ORDERED that Defendants' Responsive Claim Construction Brief is due July 28, 2009.

   **SIGNED this 26th day of June, 2009.**

_____
DAVID FOLSOM
UNITED STATES DISTRICT JUDGE

DA1 421447v.1