IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

PA ADVISORS, LLC

      Plaintiff,

v.

GOOGLE, INC.,

      Defendants

Civil Action No. 2:07-CV-480

## UNOPPOSED MOTION FOR EXTENSION OF TIME

Plaintiff moves for an extension of time to comply with P.R. 4-5(a) until June 29, 2009 and for Defendants to comply with P.R. 4-5(b) until July 31, 2009. Defendants do not oppose the requested extension.

Dated: June 26, 2009

*/s/* Andrew W. Spangler
Andrew Wesley Spangler
Spangler Law PC
208 N. Green St.
Suite 300
Longview, TX 75601
903-753-9300
Fax: 903-553-0403
Email: spangler@spanglerlawpc.com

David Michael Pridham
David Pridham
Law Office of David Pridham
25 Linden Road
Barrington, RI 02806
401-633-7247
Fax: 401-633-7247
Email: david@PridhamIPLaw.com

Patrick Rolf Anderson
Patrick R. Anderson, PLLC
4225 Miller Rd.
Bldg. B-9
Suite 358
Flint, MI 48507
517-303-4806
Fax: 248-928-9239
Email: patrick@prapllc.com

Mark Fenster
Russ, August & Kabat
12424 Wilshire Boulevard, 12th Floor
Los Angeles, CA 90025
(310) 826-7474
(310) 826-6991
mfenster@raklaw.com

 Ari Rafilson
The Rafilson Law Firm, PLLC
1318 Royal Palm Lane
 Carrollton, TX 75007
(214) 789-4035
(972) 236-5397
ari@rafilsonlawpllc.com

ATTORNEYS FOR PLAINTIFF

Patrick Rolf Anderson
Patrick R. Anderson, PLLC
4225 Miller Rd.
Bldg. B-9
Suite 358
Flint, MI 48507
517-303-4806
Fax: 248-928-9239
Email: patrick@prapllc.com

Mark Fenster
Russ, August & Kabat
12424 Wilshire Boulevard, 12th Floor
Los Angeles, CA 90025
(310) 826-7474
(310) 826-6991
mfenster@raklaw.com

 Ari Rafilson
The Rafilson Law Firm, PLLC
1318 Royal Palm Lane
 Carrollton, TX 75007
(214) 789-4035
(972) 236-5397
ari@rafilsonlawpllc.com

ATTORNEYS FOR PLAINTIFF

## **CERTIFICATE OF SERVICE**

I certify that on June 26, 2009, service of a true and complete copy of the foregoing was made upon all counsel of record who are deemed to have consented to electronic service via the Court's ECF electronic filing system.

       /s/ Andrew W. Spangler
       Andrew W. Spangler