IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| PA ADVISORS, LLC<br><br>    Plaintiff,<br><br>v.<br><br>GOOGLE, INC.,<br><br>    Defendants | Civil Action No. 2:07-CV-480 |

## ORDER

Pursuant to the Unopposed Motion for Extension of time filed by Plaintiff it is hereby

ORDERED that Plaintiff's Opening Claim Construction Brief is due June 29, 2009; and

ORDERED that Defendants' Responsive Claim Construction Brief is due July 31, 2009.

**SIGNED this 29th day of June, 2009.**

_____
DAVID FOLSOM
UNITED STATES DISTRICT JUDGE