# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | | |
|---|---|---|
| PA ADVISORS, LLC | § | |
|     Plaintiff, | § | CASE NO. 2:07-CV-480 |
| | § | |
| vs. | § | Honorable David Folsom, Presiding |
| | § | |
| GOOGLE INC., et al | § | |
|     Defendants. | § | |

## AGREED MOTION FOR EXTENSIONS OF TIME

The Parties jointly and respectfully move this Court for an Order :

1. Extending time for Defendants to file their Responsive Claim Construction Brief pursuant to Local Patent Rule 4-5(b) by seven days to a new deadline of August 7, 2009.

2. Extending time for Plaintiff to file its Reply Claim Construction Brief pursuant to Local Patent Rule 4-5(c) by fourteen days to a new deadline of August 24, 2009.

3. Extending time for Plaintiff to file its Opposition to Google's Motion to Quash and for Protective Order filed July 21, 2009 (Dkt. No. 250) by seven days to a new deadline of August 13, 2009.

All other dates remain unchanged.

July 30, 2009

Respectfully submitted,

By: /s/ Brian C. Cannon
Brian C. Cannon
California Bar No. 193071
briancannon@quinnemanuel.com
Quinn Emanuel Urquhart Oliver & Hedges, LLP

555 Twin Dolphin Drive, Suite 560
Redwood Shores, CA 94065
Tel.: (650) 801-5000
Fax: (650) 801-5100

Charles K. Verhoeven,
California Bar No. 170151
charlesverhoeven@quinnemanuel.com
Quinn Emanuel Urquhart Oliver & Hedges, LLP
50 California Street, 22nd Floor
San Francisco, CA 94111
Tel.: (415) 875-6600
Fax: (415) 875-6700

Michael E. Richardson
Texas Bar No. 24002838
mrichardson@brsfirm.com
BECK, REDDEN & SECREST, L.L.P.
One Houston Center
1221 McKinney St., Suite 4500
Houston, Texas 77010
(713) 951-3700
(713) 951-3720 (Fax)

David J. Beck
Texas Bar No. 00000070
dbeck@brsfirm.com
BECK, REDDEN & SECREST, L.L.P.
One Houston Center
1221 McKinney St., Suite 4500
Houston, TX. 77010
(713) 951-3700
(713) 951-3720 (Fax)
ATTORNEYS FOR GOOGLE INC.

## CERTIFICATE OF CONFERENCE

The undersigned counsel for Google Inc. discussed this Motion with counsel for Plaintiff on July 28 and 29, 2009, and all parties agree to the Motion.

/s/ Brian C. Cannon
Brian C. Cannon

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document was filed electronically in compliance with Local Rule CV-5(a). As such, this motion was served on all counsel who are deemed to have consented to electronic service on the 30 of July, 2009. Local Rule CV-5(a)(3)(A).

/s/ Brian C. Cannon
Brian C. Cannon