IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| **PA ADVISORS, LLC**<br><br>                 **Plaintiff,**<br><br>v.<br><br>**GOOGLE INC., et al.,**<br><br>                 **Defendants.** | Civil Action No. 2:07-cv-480-TJW<br><br>JURY |

### NOTICE OF APPEARANCE

Notice is hereby given that the undersigned attorney, Stanley H. Thompson, Jr., enters his appearance in the above-referenced proceedings for the Plaintiff, PA Advisors, LLC ("PA Advisorst"). PA Advisors respectfully requests that the Court take note of this Notice of Appearance and make Stanley H. Thompson, Jr. one of the attorneys of record for PA Advisors in this lawsuit. Copies of all communications and other documents should be e-mailed or faxed to Stanley H. Thompson, Jr. at the address set forth below.

Dated: July 30, 2009

Respectfully submitted,

By:  /s/ Stanley H. Thompson
Stanley H. Thompson, Jr., CA Bar No. 198825
E-mail:  sthompson@raklaw.com
RUSS, AUGUST & KABAT
12424 Wilshire Boulevard, 12th Floor
Los Angeles, California 90025
Telephone: 310/826-7474
Facsimile: 310/826-6991

**Attorneys for Plaintiff**
**PA ADVISORS, LLC**

2995-010 090730 S Thompson NT Appear

## CERTIFICATE OF SERVICE

I hereby certify that the counsel of record who are deemed to have consented to electronic service are being served on July 30, 2009with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3). Any other counsel of record will be served by electronic mail, facsimile transmission and/or first class mail on this same date.

Dated: July 30, 2009  /s/ Stanley H. Thompson
Stanley H. Thompson