# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## MARSHALL DIVISION

| | | |
|---|---|---|
| PA ADVISORS, LLC | § | |
|     Plaintiff, | § | CASE NO. 2:07-CV-480 |
| | § | |
| vs. | § | Honorable David Folsom, Presiding |
| | § | |
| GOOGLE INC., et al | § | |
|     Defendants. | § | |

## ORDER GRANTING AGREED MOTION FOR EXTENSIONS OF TIME

After consideration of the Agreed Motion for an Extension of Time, the Court hereby ORDERS as follows:

The deadline for Defendants to file their Responsive Claim Construction Brief pursuant to Local Patent Rule 4-5(b) shall be extended to August 7, 2009.

The deadline for Plaintiff to file its Reply Claim Construction Brief pursuant to Local Patent Rule 4-5(c) shall be extended to August 24, 2009.

The deadline for Plaintiff to file its Opposition to Google's Motion to Quash and for Protective Order (Dkt. No. 250) shall be extended to August 13, 2009.

**SIGNED this 3rd day of August, 2009.**

_____
DAVID FOLSOM
UNITED STATES DISTRICT JUDGE