# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | | |
|---|---|---|
| PA ADVISORS, LLC | § | |
|     Plaintiff, | § | CASE NO. 2:07-CV-480 |
| | § | |
| vs. | § | Honorable David Folsom, Presiding |
| | § | |
| GOOGLE INC., et al | § | |
|     Defendants. | § | |

## AGREED MOTION FOR EXTENSION OF TIME

      WHEREAS Defendant Google Inc. filed a Motion to Quash and for Protective Order on July 21 [Dkt. No. 250]; and

      WHEREAS Plaintiff opposed such motion on August 13, 2009 [Dkt. No. 256];

      The Parties agree that Google, Inc.'s reply brief shall be due on Tuesday, August 25, 2009.

August 24, 2009

Respectfully submitted,

By: /s/ Brian C. Cannon
Brian C. Cannon
California Bar No. 193071
briancannon@quinnemanuel.com
Quinn Emanuel Urquhart Oliver & Hedges, LLP
555 Twin Dolphin Drive, Suite 560
Redwood Shores, CA 94065
Tel.: (650) 801-5000
Fax: (650) 801-5100

Charles K. Verhoeven,

1

California Bar No. 170151
charlesverhoeven@quinnemanuel.com
Quinn Emanuel Urquhart Oliver & Hedges, LLP
50 California Street, 22nd Floor
San Francisco, CA 94111
Tel.: (415) 875-6600
Fax: (415) 875-6700

Michael E. Richardson
Texas Bar No. 24002838
mrichardson@brsfirm.com
BECK, REDDEN & SECREST, L.L.P.
One Houston Center
1221 McKinney St., Suite 4500
Houston, Texas 77010
(713) 951-3700
(713) 951-3720 (Fax)

David J. Beck
Texas Bar No. 00000070
dbeck@brsfirm.com
BECK, REDDEN & SECREST, L.L.P.
One Houston Center
1221 McKinney St., Suite 4500
Houston, TX. 77010
(713) 951-3700
(713) 951-3720 (Fax)
ATTORNEYS FOR GOOGLE INC.

## CERTIFICATE OF CONFERENCE

The undersigned counsel for Google Inc. discussed this Motion with counsel for Plaintiff on August 24, 2009, and all parties agree to the Motion.

/s/ Brian C. Cannon
Brian C. Cannon

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document was filed electronically in compliance with Local Rule CV-5(a). As such, this motion was served on all counsel who are deemed to have consented to electronic service on the 24 of August, 2009. Local Rule CV-5(a)(3)(A).

/s/ Brian C. Cannon
Brian C. Cannon