## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## MARSHALL DIVISION

| | | |
|---|---|---|
| PA ADVISORS, LLC | § | |
|      Plaintiff, | § | CASE NO. 2:07-CV-480 |
| | § | |
| vs. | § | Honorable David Folsom, Presiding |
| | § | |
| GOOGLE INC., et al | § | |
|      Defendants. | § | |

## ORDER GRANTING AGREED MOTION FOR EXTENSION OF TIME

After consideration of the Agreed Motion for an Extension of Time, the Court hereby

ORDERS that Google, Inc.'s reply brief in support of its Motion to Quash and for Protective

Order [Dkt. No. 250] shall be due on Tuesday, August 25, 2009.

**SIGNED this 25th day of August, 2009.**

_____
DAVID FOLSOM
UNITED STATES DISTRICT JUDGE

Dockets.Justia.com