# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | | |
|---|---|---|
| PA ADVISORS, LLC | § | |
|     Plaintiff, | § | CASE NO.  2:07-CV-480 |
| | § | |
| vs. | § | Honorable David Folsom, Presiding |
| | § | |
| GOOGLE INC., et al | § | |
|     Defendants. | § | |

## UNOPPOSED MOTION FOR LEAVE TO FILE SUR-REPLY BRIEF ON CLAIM CONSTRUCTION

Defendants respectfully move this Court for an Order granting leave to file a Sur-Reply Brief on Claim Construction as set forth in Exhibit A.  The purpose of Defendants' Sur-Reply is to clarify Defendants' correct proposed constructions of the claim terms "linguistic pattern," "user profile" and "search request profile."

Plaintiff consents to Defendants' filing of their Sur-Reply.


September 2, 2009                                          Respectfully submitted,

                                                  By:  /s/ Brian C. Cannon
                                                Brian C. Cannon
                                                California Bar No. 193071
                                                briancannon@quinnemanuel.com
                                                Quinn Emanuel Urquhart Oliver & Hedges, LLP
                                                555 Twin Dolphin Drive, Suite 560
                                                Redwood Shores, CA  94065
                                                Tel.: (650) 801-5000
                                                Fax: (650) 801-5100

Dockets.Justia.com

Charles K. Verhoeven,
California Bar No. 170151
charlesverhoeven@quinnemanuel.com
Quinn Emanuel Urquhart Oliver & Hedges, LLP
50 California Street, 22nd Floor
San Francisco, CA 94111
Tel.: (415) 875-6600
Fax: (415) 875-6700

Michael E. Richardson
Texas Bar No. 24002838
mrichardson@brsfirm.com
BECK, REDDEN & SECREST, L.L.P.
One Houston Center
1221 McKinney St., Suite 4500
Houston, Texas 77010
(713) 951-3700
(713) 951-3720 (Fax)

David J. Beck
Texas Bar No. 00000070
dbeck@brsfirm.com
BECK, REDDEN & SECREST, L.L.P.
One Houston Center
1221 McKinney St., Suite 4500
Houston, TX. 77010
(713) 951-3700
(713) 951-3720 (Fax)
ATTORNEYS FOR GOOGLE INC.

**CERTIFICATE OF CONFERENCE**

      The undersigned counsel for Google Inc. discussed this Motion with counsel for Plaintiff on September 1, 2009, and all parties agree to the Motion.

                                            /s/ Brian C. Cannon
                                            Brian C. Cannon


**CERTIFICATE OF SERVICE**

      The undersigned certifies that the foregoing document was filed electronically in compliance with Local Rule CV-5(a). As such, this motion was served on all counsel who are deemed to have consented to electronic service on the 2 of September, 2009. Local Rule CV-5(a)(3)(A).

                                            /s/ Brian C. Cannon
                                            Brian C. Cannon