## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## MARSHALL DIVISION

| | | |
|---|---|---|
| PA ADVISORS, LLC | § | |
| Plaintiff, | § | CASE NO.  2:07-CV-480 |
| | § | |
| vs. | § | Honorable David Folsom, Presiding |
| | § | |
| GOOGLE INC., et al | § | |
| Defendants. | § | |

## ORDER GRANTING UNOPPOSED MOTION FOR LEAVE TO FILE SUR-REPLY BRIEF ON CLAIM CONSTRUCTION

Defendants' Unopposed Motion for Leave to File Sur-Reply Brief on Claim Construction

shall be, and is hereby, GRANTED.

**SIGNED this 3rd day of September, 2009.**


_____
DAVID FOLSOM
UNITED STATES DISTRICT JUDGE