IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

MARSHALL DIVISION

| | |
|---|---|
| PA ADVISORS, LLC<br><br>　　　　　　　Plaintiff,<br><br>　　v.<br><br>GOOGLE INC., et al.,<br><br>　　　　　　　Defendants. | Civil Action No. 2:07-cv-480-TJW<br><br>JURY |

**PLAINTIFF'S STATEMENT REGARDING DEFENDANTS' UNOPPOSED MOTION TO FILE A SUR-REPLY BRIEF ON CLAIM CONSTRUCTION**

2995-010 090902 Stmt re MT to File Surreply

PA Advisors, LLC ("PA Advisors") does not oppose Defendants' Unopposed Motion for Leave to File Sur-Reply Brief on Claim Construction (Docket No. ("D.N.") 265). The substance of Defendants' proposed sur-reply is that Defendants' Response (D.N. 255) altered Defendants' proposed constructions for three terms from the constructions for those terms included in the parties' Joint Claim Construction Statement (D.N. 232). Those changes to Defendants' proposed constructions are immaterial to PA Advisors' arguments regarding those terms as stated in the Opening Brief (D.N. 248) and Reply Brief (D.N. 258) regarding claim construction, which still apply with equal force.

Dated: September 3, 2009

Respectfully submitted,

By: /s/ Marc A. Fenster
Marc A. Fenster, CA Bar No. 181067
E-mail: mfenster@raklaw.com
Stanley H. Thompson, CA Bar No. 198825
Email: sthompson@raklaw.com
RUSS, AUGUST & KABAT
12424 Wilshire Boulevard, 12th Floor
Los Angeles, California 90025
Telephone: 310/826-7474
Facsimile: 310/826-6991

Andrew W. Spangler - Lead Counsel
TX Bar No. 24041960
E-mail: spangler@spanglerlawpc.com
SPANGLER LAW P.C.
208 N. Green Street, Suite 300
Longview, Texas 75601
Telephone: 903/753-9300
Facsimile: 903/553-0403

David M. Pridham, R.I. Bar # 6625
E-mail: david@pridhamiplaw.com
LAW OFFICE OF DAVID PRIDHAM
25 Linden Road
Barrington, Rhode Island 02806
Telephone: 401/633-7247
Facsimile: 401/633-7247

Patrick R. Anderson, MI SB #P68961
E-mail: patrick@prapllc.com
PATRICK R. ANDERSON PLLC
4225 Miller Road, Bldg. B-9, Suite 358
Flint, Michigan 48507
Telephone: 810/275-0751
Facsimile: 248/928-9239

Ari Rafilson. TX State Bar No. 24060456
Email: ari@rafilsonlawpllc.com
THE RAFILSON LAW FIRM, PLLC
1318 Royal Palm Lane
Carrollton, Texas 75007
Telephone: 214/789-4035
Facsimile: 972/236-5397

John Marcus Bustamante
Email: jmb@bustamantelegal.com
BUSTAMANTE, PC
54 Rainey Street, No. 721
Austin, Texas 78701
Telephone 512/940-3753
Facsimile: 512/551-3773

**Attorneys for Plaintiff
PA ADVISORS, LLC**

# CERTIFICATE OF SERVICE

I hereby certify that the counsel of record who are deemed to have consented to electronic service are being served on September 3, 2009 with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3). Any other counsel of record will be served by electronic mail, facsimile transmission and/or first class mail on this same date.

Dated: September 3, 2009 /s/ Marc A. Fenster
Marc A. Fenster