# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF TEXAS

# MARSHALL DIVISION

| | |
|---|---|
| **PA ADVISORS, LLC** | Civil Action No. 2:07-cv-480-TJW |
| Plaintiff, | JURY |
| v. | |
| **GOOGLE INC., et al.,** | |
| Defendants. | |

## PLAINTIFF'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO COMPLY WITH P.R. 4-5(d)

Plaintiff nXn Tech LLC f/k/a PA Advisors, LLC hereby moves the Court for an extension of time to comply with P.R. 4-5(d) until September 9, 2009. Defendants have advised that they do not oppose the motion. Therefore, Plaintiff respectfully requests that the Court enter the proposed order accompanying this motion.

Dated: September 8, 2009

Respectfully submitted,

By: /s/ Stanley H. Thompson, Jr.
Marc A. Fenster, CA Bar No. 181067
E-mail: mfenster@raklaw.com
Stanley H. Thompson, CA Bar No. 198825
Email: sthompson@raklaw.com
RUSS, AUGUST & KABAT
12424 Wilshire Boulevard, 12th Floor
Los Angeles, California 90025
Telephone: 310/826-7474
Facsimile: 310/826-6991

Andrew W. Spangler - Lead Counsel
TX Bar No. 24041960
E-mail: spangler@spanglerlawpc.com
SPANGLER LAW P.C.
208 N. Green Street, Suite 300
Longview, Texas 75601
Telephone: 903/753-9300
Facsimile: 903/553-0403

David M. Pridham, R.I. Bar # 6625
E-mail: david@pridhamiplaw.com
LAW OFFICE OF DAVID PRIDHAM
25 Linden Road
Barrington, Rhode Island 02806
Telephone: 401/633-7247
Facsimile: 401/633-7247

Patrick R. Anderson, MI SB #P68961
E-mail: patrick@prapllc.com
PATRICK R. ANDERSON PLLC
4225 Miller Road, Bldg. B-9, Suite 358
Flint, Michigan 48507
Telephone: 810/275-0751
Facsimile: 248/928-9239

Ari Rafilson. TX State Bar No. 24060456
Email: ari@rafilsonlawpllc.com
THE RAFILSON LAW FIRM, PLLC
1318 Royal Palm Lane
Carrollton, Texas 75007
Telephone: 214/789-4035
Facsimile: 972/236-5397

John Marcus Bustamante
Email: jmb@bustamantelegal.com
BUSTAMANTE, PC
54 Rainey Street, No. 721
Austin, Texas 78701
Telephone 512/940-3753
Facsimile: 512/551-3773

**Attorneys for Plaintiff**
**PA ADVISORS, LLC**

# CERTIFICATE OF SERVICE

I hereby certify that the counsel of record who are deemed to have consented to electronic service are being served on September 8, 2009 with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3). Any other counsel of record will be served by electronic mail, facsimile transmission and/or first class mail on this same date.

Dated: September 8, 2009 /s/ Stanley H. Thompson, Jr.
Stanley H. Thompson, Jr.