# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF TEXAS

# MARSHALL DIVISION

| | |
|---|---|
| **PA ADVISORS, LLC** | Civil Action No. 2:07-cv-480-TJW |
| Plaintiff, | JURY |
| v. | |
| **GOOGLE INC., et al.,** | |
| Defendants. | |

## ORDER GRANTING PLAINTIFF'S UNOPPOSED
## MOTION TO COMPLY WITH P.R. 4-5(d)

On this day, came on to be considered the Unopposed Motion to Comply with P.R. 4-5(d). After considering said motion, the court is of the opinion that said motion should be GRANTED.

IT IS, THEREFORE, ORDERED that Plaintiff's Unopposed Motion to Comply with P.R. 4-5(d) is GRANTED. The parties will have through September 9, 2009 to comply with P.R. 4-5(d).

**SIGNED this 9th day of September, 2009.**

DAVID FOLSOM
UNITED STATES DISTRICT JUDGE