IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| **PA ADVISORS, LLC**, § | |
| § | |
| **Plaintiff,** § | |
| § | |
| v. § | CIVIL ACTION NO. 2:07-CV-480 DF |
| § | |
| **GOOGLE, INC., et al.,** § | |
| § | |
| **Defendants.** § | |
| § | |

**O R D E R**

The Court has previously set a claim construction hearing for September 17, 2009 at 9:00 A.M. *See* 8/25/2008 Agreed Scheduling Order, Dkt. No. 186 at 2, step 21. The Court has received inquiries by telephone regarding the location of the claim construction hearing. The parties are **ORDERED** to take notice that the September 17, 2009 claim construction hearing will take place **in TEXARKANA**.

Also, the Court previously set a "Pre-hearing conference and technical tutorial, if necessary," for September 16, 2009, at 2:00 P.M. The parties have indicated that no pre-hearing conference is necessary. *See* 5/22/2009 PR 4-3 Submission of the Parties, Dkt. No. 232 at 25. The Court therefore will **not** conduct a prehearing conference or technical tutorial on September 16, 2009.

    **IT IS SO ORDERED.**

    **SIGNED this 15th day of September, 2009.**

DAVID FOLSOM
UNITED STATES DISTRICT JUDGE