IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL  DIVISION

Judge David Folsom

| | | |
|---|---|---|
| PA ADVISOR | )( | |
| | )( | |
| | )( | |
| | )( | |
| V. | )( | CIVIL NO. 2:07CV480 |
| | )( | |
| GOOGLE INC. | )( | |

_____

ATTORNEY FOR PLAINTIFFS:        Andrew Spangler; David Pridham; Marc Fenster;
                                Patrick Anderson; John Bustamante; Ari Rafilson;

ATTORNEY FOR DEFENDANTS:        Brian Cannon; David Beck; Charles Verhoeven;
                                John Bufe; Jason White

LAW CLERK:                      David Keyzer and John Lahad

COURTROOM DEPUTY:               Mel Martin

COURT REPORTER:                 Libby Crawford

_____

CLAIM CONSTRUCTION HEARING
September 17, 2009 @ 9:00 a.m.

OPEN:     8:58_____ADJOURN:   11:36

_____

8:58    ct opens; ct/ preliminary claim construction on 6 of the 10 terms;

8:59    recess;

9:19    ct resumes;

9:19    Fesnter/ agreement both sides on 1, 3, and 6; plf does agree to 2 and 4 as well;

9:20    ct/ what about 5 any room for agreement

9:20    Verhoeven/ agree with all except 2 and 4;

Dockets.Justia.com

9:21  ct/ that should save us some additional time; prefer claim term or related term; response and then reply; is that how ptys anticipate going forward;

9:22  Fenster/ yes

9:22  ct/ don't need a lot of time on general claim construction principals;

9:22  Fenster/ 2 mins background of patent and inventor;

9:25  ct/ makes preliminary claim construction a part of the record as cts exh 1; 9:30 "**linguistic pattern**" first term;

9:40  Verhoeven/ response;

10:04  ct/ did you touch on term repeating

10:04  Verhoeven/ yes;

10:05  Fenster/ reply; first with respect to repeating;   10:13 Fenster/ next term is "**segment**" we agreed to cts preliminary construction;

10:14  Verhoeven/ responds;

10:17  Fenster/ reply;

10:21  Verhoeven/ reply;

10:27  Fenster/ sur-reply; 10:28 three profile terms; "**search request profile**" ; proposed compromise

10:30  Verhoeven/ responds;

10:30  ct/ so we still have a disagreement;

10:31  Fenster/ difference between collection and file;

10:33  Verhoeven/ response;

10:34  Fenster/ next term "**user profile and user data profile**"

10:35  Verhoeven/ leaves out important aspect of proposed construction;

10:36  ct/ you think we need language about frequency;

10:36  Fenster/ claims don't require it;

10:47   Verhoeven/ response;

10:49   ct/ suggested compromise

10:50   Verhoeven/ responds;

10:59   Fenster/ reply;

11:03   recess

11:18   Fenster/ "**data item profile**"

11:21   Verhoeven/ response;

11:23   Fenster/ "**psychological profile**" on cts preliminary construction which plfs agree;

11:24   ct/ let's hear from dfts

11:24   Verhoeven/ psychological profile;

11:26   ct/ can plf live with initial construction;

11:26   Fenster/ initial construction was offered before I joined the team;

11:28   Verhoeven/ reply;

11:29   ct/ new compromise

11:29   Fenster/ responds; last term "**text item**"

11:32   Canon/ responds;

11:33   Fenster/ reply;

11:35   Canon/ sur-reply;

11:35   ct/ what else

11:35   Fenster/ that is it;

11:35   ct/ will try to have order out in advance of me leaving for Marshall docket; is this case set for March 2010;

11:36   Fenster/ yes;

11:36   adjourned