PA Advisors v. Google, et al.
2:07-cv-480

September 17, 2009

Court's Preliminary Claim Constructions

1. "data item" (Claims 1 and 43)
"a document, website, or other textual data that may be subjected to a search by a user or on behalf of a user"

2. "psychological profile" (Claims 1, 43, and 45)
"information regarding characteristic traits of one or more of personality, behavior, and mental processes"

3. "search request data" (Claim 1)
"a search string entered by a user to the system that is representative of the data or information that the user desires to locate"

4. "segment" (Claim 45)
"one or more parts of speech arranged in an order"

5. "text item" (Claims 4 and 45)
"a series of words that can be split into at least one sentence"

6. "user linguistic data" (Claims 1, 3, 4, 45, and 47)
"textual data supplied by the user, or adopted by the user, that contains at least one linguistic pattern, wherein the supplying or adopting can be done manually or automatically"

