Appendix K

**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION
APPLICATION TO APPEAR PRO HAC VICE**

Revised 1/24/07

2-1-4932

RECEIVED - CLERK
U.S. DISTRICT COURT
2009 SEP 25 AM 10: 30
TX EASTERN-MARSHALL

1. This application is being made for the following: Case # 2:07-CV-480-DF
Style: PA Advisors, LLC v. Google et al.
2. Applicant is representing the following party/ies: Google, Inc.
3. Applicant was admitted to practice in CA (state) on 1994 (date)
4. Applicant is in good standing and is otherwise eligible to practice law before this court
5. Applicant is not currently suspended or disbarred in any other court.
6. Applicant has / (has not) had an application for admission to practice before another court denied (please circle appropriate language). If so, give complete information on a separate page.
7. Applicant has / (has not) ever had the privilege to practice before another court suspended (please circle) If so, give complete information on a separate page.
8. Applicant has / (has not) been disciplined by a court or Bar Association or committee thereof that would reflect unfavorably upon applicant's conduct, competency or fitness as a member of the Bar (please circle). If so, give complete information on a separate page.
9. Describe in detail on a separate page any charges, arrests or convictions for criminal offense(s) filed against you. Omit minor traffic offenses.
10. There are no pending grievances or criminal matters pending against the applicant.
11. Applicant has been admitted to practice in the following courts:
Fed. Cir.; 9th Cir.; E.D.N.Y.; S.D.N.Y.; C.D. Cal.; N.D. Cal.; E.D. Cal.
12. Applicant has read and will comply with the Local Rules of the Eastern District of Texas, including Rule AT-3, the "Standards of Practice to be Observed by Attorneys."
13. Applicant has included the requisite $25 fee (see Local Rule AT-1(d))
14. Applicant understands that he/she is being admitted for the limited purpose of appearing in the case specified above only

**Application Oath:**
I, Charles K. Verhoeven do solemnly swear (or affirm) that the above information is true; that I will discharge the duties of attorney and counselor of this court faithfully; that I will demean myself uprightly under the law and the highest ethics of our profession; and that I will support and defend the Constitution of the United States.

Date September 23, 2009          Signature _____

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TEXAS
# APPLICATION TO APPEAR PRO HAC VICE (Continued)

Name (please print) Charles K. Verhoeven
State Bar Number CA 170151
Firm Name: Quinn Emanuel Urquhart Oliver & Hedges, LLP
Address/P O Box: 50 California St., 22nd Flr.
City/State/Zip: San Francisco, CA 94111
Telephone #: (415) 875-6600
Fax #: (415) 875-6700
E-mail Address: charlesverhoeven@quinnemanuel.com
Secondary E-Mail Address: _____

Applicant is authorized to enter an appearance as counsel for the party/parties listed above. This application has been approved for the court on: 9-25-09

**DAVID J. MALAND, CLERK**

David J. Maland, Clerk
U.S District Court, Eastern District of Texas

By _C. Heiton_
Deputy Clerk

**Receipt for Payment**　　　　　　Receipt No: 2-1-0004932

# United States District Court

for the
Eastern District of Texas at Marshall

Date:      Friday, September 25, 2009

Received from:

**Quinn Emanuel Urquhart Oliver & Hedges**
**50 California Street 22nd Floor**
**San Francisco, Ca 94111**

| Account | Description |
|---|---|
| 085000 | Attorney Admission Fees |
| 086400 | New Case Fee |
| 086900 | Filing Fees |
| 121000 | Conscience Fund |
| 129900 | Gifts |
| 143500 | Interest |
| 322340 | Sale of Publications |
| 322350 | Copy Fees |
| 322360 | Miscellaneous Fees |
| 322380 | Recoveries of Court Costs |
| 322386 | Cost of Prosecution |
| 504100 | Crime Victims Fund |
| 508800 | Immigration Fees |
| 510000 | Civil Filing Fee (1/2) |
| 5100PL | Partial Filing Fee (PLRA) |
| 510100 | Registry Fee |
| 604700 | Registry Funds/General and Special Funds |
| 613300 | Unclaimed Monies |
| 6855XX | Deposit Funds |

| Account | Amount |
|---|---|
| 6855XX | $25.00 |
| **Total** | **$25.00** |

Payment method:    **Check**
Case or other reference:    **2:07-cv-480**
Comments:    **CH# 41025 PHV for Verhoeven**

Received by:    **ch**