| Court Home | Case Search | Calendar | Opinions | Orders/Judgments | Billing History | XML | TXT | Logout | Help |

If you view the ⬭ Full Docket ⬭ you will be charged for 2 Pages $0.16

### General Docket
### United States Court of Appeals for the 5th Circuit

**Court of Appeals Docket #:** 03-40860                    **Docketed:** 06/23/2003
In Re: TX Auto Deal, et al                                **Termed:** 07/25/2003
**Appeal From:** Eastern District of Texas, Texarkana

**Case Type Information:**
   **1)** Original Proceedings
   **2)** Mandamus
   **3)**

**Originating Court Information:**
   **District:** 0540-5 : 5:97-CV-273
   **Responding Judge:** Richard A. Schell, U.S. District Judge
   **Date Filed:**

Dockets.Justia.com

| | |
|---|---|
| 07/09/2003 | Appearance form filed by William Scott Hastings for Petitioner Gene Fondren, Petitioner TX Auto Dealers Assn. [03-40860] (SDH) |
| 07/09/2003 | Appearance form filed by Robert T Mowrey for Petitioner Gene Fondren, Petitioner TX Auto Dealers Assn. [03-40860] (SDH) |
| 07/09/2003 | Appearance form filed by Thomas George Yoxall for Petitioner Gene Fondren, Petitioner TX Auto Dealers Assn. [03-40860] (SDH) |
| 07/10/2003 | Response/opposition filed by Respondent Bert A Robinson, Respondent Mary Luman, Respondent Toyia Urbaniak, Respondent Kirk T Garner to petition for writ of mandamus [4228780-1] by Petitioner TX Auto Dealers Assn, Gene Fondren Response/Opposition ddl satisfied. Date of COS: 7/9/03 Sufficient [Y/N]: Y. [4246020-1] [03-40860] (PAC) |
| 07/15/2003 | Unopposed motion filed by Petitioner TX Auto Dealers Assn, Petitioner Gene Fondren [4250121-1] for leave to file reply to response/opposition [4246020-1] by Respondent Bert A Robinson, Mary Luman, Toyia Urbaniak, Kirk T Garner Date of COS: 7/14/03 Sufficient [Y/N]: Y [03-40860] (PAC) |
| 07/16/2003 | Appearance form filed by Robert L Templeton for Respondent Kirk T Garner, Respondent Toyia Urbaniak, Respondent Mary Luman, Respondent Bert A Robinson. [03-40860] (DMS) |
| 07/16/2003 | Appearance form filed by John True Smithee for Respondent Kirk T Garner, Respondent Toyia Urbaniak, Respondent Mary Luman, Respondent Bert A Robinson. [03-40860] (DMS) |
| 07/16/2003 | Appearance form filed by Joe W Hayes for Respondent Kirk T Garner, Respondent Toyia Urbaniak, Respondent Mary Luman, Respondent Bert A Robinson. [03-40860] (DMS) |
| 07/25/2003 | COURT Order filed granting petition for writ of mandamus. The district court's March 27, 2003 order granting in part the plaintiffs' motion to compel and its June 5, 2003 order denying the defendants' motion for partial reconsideration regarding discovery are vacated to the extent those orders require the petitioners to produce the attorney-client communications at issue (PRIV 0001-04, 00010-13, 00017, 00018-19, 00028-29, 00075, and 00098-128). We leave to the district court entry of any further order necessary to effectuate our ruling, including an order denying plaintiffs' motion to compel production of those communications. [4228780-1] Judge Initials: EGJ PEH Copies to all counsel. [03-40860] (PAC) |
| 09/04/2003 | COURT Order filed granting petitioners' unopposed motion for leave to file reply brief in support of their petition for writ of mandamus [4250121-1] (PEH) Copies to all counsel. [03-40860] (PAC) |

| PACER Service Center | | | |
|---|---|---|---|
| **Transaction Receipt** | | | |
| 09/25/2009 07:25:45 | | | |
| **PACER Login:** | bu0716 | **Client Code:** | nXn |
| **Description:** | Case Summary | **Search Criteria:** | 03-40860 |
| **Billable Pages:** | 1 | **Cost:** | 0.08 |