UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| PA ADVISORS, LLC<br><br>               Plaintiff,<br><br>    v.<br><br>GOOGLE, INC., et al.<br><br>               Defendants. | Civil Action No. 2:07-CV-00480-DF<br><br>JURY TRIAL REQUESTED |

## **NOTICE OF DESIGNATION OF LEAD ATTORNEY**

Defendant Google Inc. files this Notice of Designation of Lead Attorney and hereby notifies the Court that the following designated attorney should be designated as the Lead Attorney and is authorized to receive service of all pleadings, notices, orders and other papers in the above-captioned matter on behalf of Google, Inc.:

David A. Perlson
California State Bar No. 209502
QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
50 California Street, 22nd Floor
San Francisco, CA 94111
Telephone: 415-875-6600
Facsimile: 415-875-6700
Email: davidperlson@quinnemanuel.com

1

| | |
|---|---|
| Dated: October 1, 2009 | By  /s/ David A. Perlson |

David A. Perlson
davidperlson@quinnemanuel.com
Charles K. Verhoeven
charlesverhoeven@quinnemanuel.com
QUINN EMANUEL URQUHART OLIVER &
HEDGES, LLP
50 California Street, 22nd Floor
San Francisco, California  94111
Telephone:  (415) 875-6600
Facsimile:  (415) 875-6700

Brian C. Cannon
briancannon@quinnemanuel.com
Andrea P. Roberts
andreaproberts@quinnemanuel.com
QUINN EMANUEL URQUHART OLIVER &
HEDGES, LLP
555 Twin Dolphin Drive, Suite 560
Redwood Shores , CA 94065
Telephone:  (650) 801-5000
Facsimile:  (650) 801-5100

David J. Beck
Texas State Bar No. 00000070
dbeck@brsfirm.com
Michael E. Richardson
Texas State Bar No. 240002838
mrichardson@brsfirm.com
BECK, REDDEN & SECREST, LLP
One Houston Center
1221 McKinney St., Suite 4500
Houston, TX 77010-2020
Telephone:  (713) 951-3700
Facsimile:   (903) 951-3720

Attorneys for Defendant Google Inc.

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document was filed electronically in compliance with Local Rule CV-5(a). As such, this answer was served on all counsel who have consented to electronic service, Local Rule CV-5(a)(3)(A), on this the 1st day of October, 2009.

>
> */s/ David A. Perlson*
> David A. Perlson