IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| PA ADVISORS, LLC | |
| v. | No. 2:07-cv-480-TJW |
| GOOGLE INC., ET AL | JURY |

## NOTICE OF APPEARANCE

Notice is hereby given that the undersigned attorney, Debera W. Hepburn, enters her appearance in this matter for Plaintiff, PA Advisors, LLC, for the purpose of receiving all papers, including notices and orders from the Court.

Dated: October 13, 2009

Respectfully submitted,

**PA ADVISORS, LLC**

By: /s/ *Debera W. Hepburn*
Debera W. Hepburn
Texas State Bar No. 24049568
Hepburn Law Firm PLLC
P.O. Box 118218
Carrollton, TX 75011
214-403-4882 (Telephone)
888-205-8791 (Facsimile)
E-mail: dhepburn@heplaw.com

**ATTORNEY FOR PLAINTIFF
PA ADVISORS, LLC**

## **CERTIFICATE OF SERVICE**

I hereby certify that the counsel of record who are deemed to have consented to electronic service are being served today with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3). Any other counsel of record will be served by electronic mail, facsimile transmission and/or first class mail on this same date.


Dated: October 13, 2009                     /s/*Debera Hepburn*