IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| PA ADVISORS, LLC | |
| v. | No. 2:07-cv-00480-DF |
| GOOGLE INC., ET AL. | JURY TRIAL DEMANDED |

## **ORDER**

Came before the Court unopposed Motion for attorney Ari Rafilson to withdraw as counsel for the Plaintiff. The Motion is GRANTED. It is ORDERED that Ari Rafilson is withdrawn as counsel for Plaintiff.