# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| PA ADVISORS, LLC,<br><br>    Plaintiff,<br><br>vs.<br><br>GOOGLE INC., et al,<br><br>    Defendants. | CIVIL ACTION NO. 2:07-CV-480 |

## AGREED MOTION FOR EXTENSION OF TIME

Pursuant to the Court's order of October 1, 2009 (Dkt. No. 283), the earliest deadline for the parties to file letter briefs seeking permission to file motions for summary judgment is Monday, October 19, 2009. The parties have agreed that it would be efficient to move this date two weeks to November 4, 2009, while they address potentially amending the case schedule as now triggered by the September 30, 2009 claim construction ruling. The parties are continuing to address all of the dates between now and trial and this deadline may need to be adjusted further in light of those discussions.

| | |
|---|---|
| Dated: October 16, 2009 | By: s/Jason C. White<br>Jason C. White<br>Howrey LLP<br>321 North Clark Street, Suite 3400<br>Chicago, Illinois 60654<br>(312) 595-1239<br>(312) 595-2250(Facsimile)<br>whitej@howrey.com<br><br>Michael E. Jones<br>State Bar No. 10929400<br>POTTER MINTON<br>A Professional Corporation<br>110 N. College, Suite 500 (75702)<br>P. O. Box 359<br>Tyler, Texas 75710<br>(903) 597 8311<br>(903) 593 0846 (Facsimile)<br>mikejones@potterminton.com |

## CERTIFICATE OF CONFERENCE

The undersigned counsel for Yahoo! Inc. discussed this Motion with counsel for Plaintiff and counsel for Google Inc., and all parties agree to the Motion.

                        s/Jason C. White
                        Jason C. White

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document was filed electronically in compliance with Local Rule CV-5(a). As such, this motion was served on all counsel who are deemed to have consented to electronic service as of the date of filing. Local Rule CV-5(a)(3)(A).

                        s/Jason C. White
                        Jason C. White