**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | |
|---|---|
| PA ADVISORS, LLC,<br><br>        Plaintiff,<br><br>vs.<br><br>GOOGLE INC., et al,<br><br>        Defendants. | CIVIL ACTION NO. 2:07-CV-480 |

## ORDER GRANTING AGREED MOTION FOR EXTENSION OF TIME

After consideration of the Agreed Motion for an Extension of Time, the Court hereby ORDERS that the deadline for filing letter briefs seeking permission to file motions for summary judgment shall be November 4, 2009.