# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

PA ADVISORS, LLC,

    Plaintiff,

vs.

GOOGLE INC., et al,

    Defendants.

CIVIL ACTION NO. 2:07-CV-480

## ORDER GRANTING AGREED MOTION FOR EXTENSION OF TIME

After consideration of the Agreed Motion for an Extension of Time, the Court hereby ORDERS that the deadline for filing letter briefs seeking permission to file motions for summary judgment shall be November 4, 2009.

**SIGNED this 19th day of October, 2009.**

_____
DAVID FOLSOM
UNITED STATES DISTRICT JUDGE