IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| **PA ADVISORS, LLC**<br><br>                             **Plaintiff,**<br><br>      v.<br><br>**GOOGLE INC., et al.,**<br><br>                             **Defendants.** | Civil Action No. 2:07-cv-480-TJW<br><br>**JURY** |

## NOTICE OF APPEARANCE

Notice is hereby given that the undersigned attorney, Andrew D. Weiss, enters his appearance in the above-referenced proceedings for the Plaintiff, PA Advisors, LLC ("PA Advisorst"). PA Advisors respectfully requests that the Court take note of this Notice of Appearance and make Andrew D. Weiss, one of the attorneys of record for PA Advisors in this lawsuit. Copies of all communications and other documents should be e-mailed or faxed to Andrew D. Weiss at the address set forth below.

Dated: October 23, 2009                   Respectfully submitted,

                                                     By:    /s/ Andrew D. Weiss
                                                     Andrew D. Weiss, CA Bar No. 232974
                                                     E-mail: aweiss@raklaw.com
                                                     RUSS, AUGUST & KABAT
                                                     12424 Wilshire Boulevard, 12th Floor
                                                     Los Angeles, California 90025
                                                     Telephone: 310/826-7474
                                                     Facsimile: 310/826-6991

                                                     **Attorneys for Plaintiff**
                                                     **PA ADVISORS, LLC**

## CERTIFICATE OF SERVICE

      I hereby certify that the counsel of record who are deemed to have consented to electronic service are being served on October 23, 2009with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3). Any other counsel of record will be served by electronic mail, facsimile transmission and/or first class mail on this same date.

Dated: October 23, 2009                              /s/ Andrew D. Weiss
                                                                 Andrew D. Weiss