# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| PA ADVISORS, LLC<br><br>v.<br><br>GOOGLE INC., et al. | Case No. 2:07-CV-480 |

### NOTICE OF APPEARANCE

Notice is hereby given that the undersigned attorney, William C. Rooklidge, enters his appearance in the above-captioned action as counsel for Defendant, YAHOO! INC., and respectfully requests service of pleadings and other papers filed in this action and any orders and notices from this Court:

William C. Rooklidge
California Bar No 134483
rooklidgew@howrey.com
HOWREY LLP
4 Park Plaza, Suite 1700
Irvine, CA 92614-8557
Telephone: 949/759-3904
Facsimile: 949/266-5535

Dated: October 27th, 2009

Respectfully Submitted,

By:/s/ William C. Rooklidge
William C. Rooklidge
California Bar No 134483
rooklidgew@howrey.com
HOWREY LLP
4 Park Plaza, Suite 1700
Irvine, CA 92614-8557
Telephone: 949/759-3904
Facsimile: 949/266-5535

Jason C White
Howrey LLP - Chicago
321 North Clark Street
Suite 3400
Chicago, IL 60610
312/846-4680
Fax: 312/602-3986
Email: whitej@howrey.com

John Frederick Bufe
Potter Minton
P. O. Box 359
Tyler, TX 75710
903/597-8311
Fax: 903/593-0846
Email: johnbufe@potterminton.com

Michael Edwin Jones
Potter Minton PC
110 N College
Suite 500
PO Box 359
Tyler, TX 75710-0359
903/597-8311
Fax: 903/593-0846
Email:mikejones@potterminton.com

**ATTORNEYS FOR DEFENDANT YAHOO! INC.**

## CERTIFICATE OF SERVICE

      The undersigned certifies that the foregoing document was filed electronically in compliance with Local Rule CV-5(a). As such, this Notice of Appearance was served on all counsel who are deemed to have consented to electronic service on the 27th of October, 2009. Local Rule CV-5(a)(3)(A).

Dated: October 27, 2009                                                    /s/William C. Rooklidge
                                                                                       William C. Rooklidge