# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| **PA ADVISORS, LLC,** § § § **Plaintiff,** § v. § § **GOOGLE, INC., et al.,** § § **Defendants.** § § | **Civil Action No. 2:07-cv-480-DF** **JURY TRIAL DEMANDED** |

## PA ADVISORS LLC'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO SERVE FINAL INFRINGEMENT CONTENTIONS AGAINST DEFENDANT YAHOO

Pursuant to the Court's docket control order entered August 25, 2008, the deadline for nXn Tech, LLC (f/k/a PA Advisors, LLC) to serve its final infringement contentions is October 30, 2009. nXn moves the Court to extend the deadline for serving its infringement contentions against Defendant Yahoo by 30 days. This does not affect the deadline for serving final infringement contentions against Defendant Google. Yahoo does not oppose this Motion.

Dated: October 30, 2009                    Respectfully submitted,

                                           BUSTAMANTE, P.C.

                                           By: \s\ John M. Bustamante
                                               John M. Bustamante
                                               Texas Bar No. 24040618
                                               BUSTAMANTE, P.C.
                                               54 Rainey Street, No. 721
                                               Austin, Texas 78701
                                               Tel. 512.940.3753
                                               Fax. 512.551.3773
                                               jmb@BustamanteLegal.com


Andrew W. Spangler                         Patrick R. Anderson
LEAD COUNSEL                               Patrick R. Anderson PLLC
Spangler Law P.C.                          4225 Miller Rd, Bldg. B-9, Suite 358
208 N. Green Street, Suite 300             Flint, MI 48507
Longview, Texas 75601                      (810) 275-0751
(903) 753-9300                             (248) 928-9239 (fax)
(903) 553-0403 (fax)                       patrick@prapllc.com
spangler@spanglerlawpc.com
                                           Marc A. Fenster, CA Bar No. 181067
David M. Pridham                           RUSS, AUGUST & KABAT
Law Office of David Pridham                12424 Wilshire Blvd., 12th Floor
25 Linden Road                             Los Angeles, CA 90025
Barrington, Rhode Island 02806             (310) 826-7474
(401) 633-7247                             (310) 826-6991 (fax)
(401) 633-7247 (fax)                       mfenster@raklaw.com
david@pridhamiplaw.com
                                           Ari Rafilson
                                           State Bar No. 24060456
                                           The Rafilson Law Firm, PLLC
                                           1318 Royal Palm Lane
                                           Carrollton, Texas 75007
                                           (214) 789-4035
                                           (972) 236-5397 (fax)
                                           ari@rafilsonlawpllc.com

                                           Attorneys for Plaintiff PA Advisors, LLC

## CERTIFICATE OF SERVICE

I certify that counsel of record who are deemed to have consented to electronic service are being served this 30th day of October, 2009, with a copy of this document via the Court's CM/ECF systems per Local Rule CV-5(a)(3). Any other counsel will be served electronic mail, facsimile, overnight delivery and/or First Class Mail on this date.

\s\ John M. Bustamante
John M. Bustamante

## CERTIFICATE OF CONFERENCE

I certify that counsel for nXn and counsel for Yahoo has complied with the meet and confer requirement in Local Rule CV-7(h) and this motion is unopposed

\s\ John M. Bustamante
John M. Bustamante