IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| PA ADVISORS, LLC, <br>     Plaintiff, <br> v. <br> GOOGLE, INC., et al., <br>     Defendants. | Civil Action No. 2:07-cv-480-DF <br><br> JURY TRIAL DEMANDED |

### [PROPOSED] ORDER GRANTING PA ADVISORS LLC'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO SERVE FINAL INFRINGEMENT CONTENTIONS AGAINST DEFENDANT YAHOO

Before this Court is PA Advisors LLC's Unopposed Motion for Extension of Time to Serve Final Infringement Contentions Against Defendant Yahoo.

Having reviewed the parties' submissions and considered the parties' arguments thereon, the Court finds that good cause exists to grant the motion and hereby ORDERS as follows:

The deadline for PA Advisors to serve its final infringement contentions against Defendant Yahoo shall be extended by 30 days.