# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | | |
|---|---|---|
| PA ADVISORS, LLC | § | |
|     Plaintiff, | § | CASE NO. 2:07-CV-480 |
| | § | |
| vs. | § | Honorable David Folsom, Presiding |
| | § | |
| GOOGLE INC., et al | § | |
|     Defendants. | § | |

## ORDER GRANTING GOOGLE INC.'S OPPOSED MOTION FOR ONE-WEEK EXTENSION TO ANSWER INTERROGATORY

After consideration of Defendant Google Inc.'s Opposed Motion for One-Week Extension to Answer Interrogatory, the Court hereby ORDERS that Google's Motion is GRANTED.