# EXHIBIT A

# Source Code Inspection Log
## PA Advisors, LLC v. Google, Inc., et al; Bright Response, LLC v. Google, Inc., et al.

| Date | Party | Name | Time In | Time Out | Comments |
|---|---|---|---|---|---|
| 7/27/2009 | Google | Claudia Porter | 9:00am | 12:00pm | |
| | Google | Claudia Porter | 1:00pm | 7:00pm | |
| | Google | Ari Rafilson | 9:00am | 12:00pm | |
| | Google | Ari Rafilson | 1:00pm | 7:00pm | |
| 7/28/2009 | Google | Claudia Porter | 8:00am | 12:00pm | |
| | Google | Claudia Porter | 1:00pm | 6:00pm | |
| | Google | Ari Rafilson | 8:00am | 12:00pm | |
| | Google | Ari Rafilson | 1:00pm | 6:00pm | |
| 7/29/2009 | Google | Claudia Porter | 8:00am | 12:00pm | |
| | Google | Claudia Porter | 1:00pm | 5:00pm | |
| | Google | Ari Rafilson | 8:00am | 12:00pm | |
| | Google | Ari Rafilson | 1:00pm | 5:00pm | |
| 8/24/2009 | Google | Claudia Porter | 8:00am | 12:00pm | Google provided wrong code |
| | Google | Claudia Porter | 1:00pm | 3:00pm | Google provided wrong code |
| | Google | Ari Rafilson | 8:00am | 12:00pm | Google provided wrong code |
| | Google | Ari Rafilson | 1:00pm | 3:00pm | Google provided wrong code |
| 8/31/2009 | Google | Claudia Porter | 8:00am | 6:00pm | |
| | Google | Ari Rafilson | 8:30am | 11:30am | |
| | Google | Ari Rafilson | 12:30pm | 6:00pm | |
| 9/1/2009 | Google | Claudia Porter | 8:00am | 6:00pm | |
| | Google | Ari Rafilson | 8:30am | 11:30am | |
| | Google | Ari Rafilson | 12:30pm | 6:00pm | |
| 9/2/2009 | Google | Claudia Porter | 8:00am | 6:00pm | |
| | Google | Ari Rafilson | 8:30am | 11:30am | |
| | Google | Ari Rafilson | 12:30pm | 6:00pm | |
| 9/3/2009 | Google | Claudia Porter | 8:00am | 5:00pm | |
| | Google | Ari Rafilson | 8:30am | 11:30am | |
| | Google | Ari Rafilson | 12:30pm | 6:00pm | |
| 9/4/2009 | Google | Claudia Porter | 8:00am | 1:00pm | |
| | Google | Ari Rafilson | 8:30am | 11:30am | |
| | Google | Ari Rafilson | 12:30pm | 6:00pm | |
| 9/7/2009 | Google | Claudia Porter | 8:00am | 6:00pm | |
| 9/8/2009 | Google | Claudia Porter | 8:00am | 6:00pm | |
| 9/9/2009 | Google | Claudia Porter | 8:00am | 6:00pm | |
| 9/10/2009 | Google | Claudia Porter | 8:00am | 6:00pm | |

# Source Code Inspection Log
## PA Advisors, LLC v. Google, Inc., et al; Bright Response, LLC v. Google, Inc., et al.

| Date | Party | Name | Time In | Time Out | Comments |
|---|---|---|---|---|---|
| 9/11/2009 | Google | Claudia Porter | 8:00am | 4:00pm | |
| 9/14/2009 | Google | Claudia Porter | 8:00am | 5:00pm | |
| 9/15/2009 | Google | Claudia Porter | 8:00am | 6:00pm | |
| | Google | Ari Rafilson | 8:00am | 11:30am | |
| | Google | Ari Rafilson | 12:30pm | 6:00pm | |
| 9/16/2009 | Google | Claudia Porter | 8:00am | 6:00pm | Google provided wrong code |
| | Google | Ari Rafilson | 8:00am | 11:30am | |
| | Google | Ari Rafilson | 12:30pm | 6:00pm | |
| 9/17/2009 | Google | Claudia Porter | 8:00am | 1:00pm | |
| | Google | Ari Rafilson | 8:00am | 11:30am | |
| | Google | Ari Rafilson | 12:30pm | 6:00pm | |
| 9/30/2009 | Google | Claudia Porter | 8:00am | 12:00pm | |
| | Google | Claudia Porter | 1:00pm | 6:00pm | |
| | Google | Ari Rafilson | 8:00am | 12:00pm | |
| | Google | Ari Rafilson | 1:00pm | 6:00pm | |
| 10/1/2009 | Google | Claudia Porter | 8:00am | 2:00pm | |