# EXHIBIT D

| | |
|---|---|
| **From:** | Brian Cannon |
| **Sent:** | Thursday, October 29, 2009 1:58 PM |
| **To:** | david@pridhamiplaw.com; mfenster@raklaw.com; Andrew Spangler; Debera Hepburn; Andrew Weiss; 'Stan Thompson'; John M. Bustamante |
| **Cc:** | Michael Richardson; 'JAinsworth@WilsonLawfirm.com'; PA Advisors v. Google |
| **Subject:** | PA Advisors/Bright Response request for extension of time for interrogatory responses |

Counsel: we have interrogatory responses due on Monday, November 2 in PA Advisors/nXn and Bright Response. We request a one week extension (to November 9) for the PA Advisors responses and two weeks (to November 16) for the Bright Response responses. Please confirm. Thanks.

Regards,

**Brian Cannon**
*Partner,*
**Quinn Emanuel Urquhart Oliver & Hedges LLP.**

555 Twin Dolphin Drive, Suite 560
Redwood Shores, CA 94065
650-801-5055 Direct
650.801.5000 Main Office Number
650.801.5100 FAX
briancannon@quinnemanuel.com
www.quinnemanuel.com

NOTICE: The information contained in this e-mail message is intended only for the personal and confidential use of the recipient(s) named above. This message may be an attorney-client communication and/or work product and as such is privileged and confidential. If the reader of this message is not the intended recipient or agent responsible for delivering it to the intended recipient, you are hereby notified that you have received this document in error and that any review, dissemination, distribution, or copying of this message is strictly prohibited. If you have received this communication in error, please notify us immediately by e-mail, and delete the original message.