# EXHIBIT E

| From: | Debera Hepburn [dhepburn@heplaw.com] |
|---|---|
| Sent: | Friday, October 30, 2009 3:13 PM |
| To: | Brian Cannon; David Perlson; PA Advisors v. Google; mrichardson@brsfirm.com; Andrea P Roberts |
| Cc: | 'David Pridham'; 'John Bustamante'; 'Andrew Weiss'; 'A Spangler'; 'Marc Fenster'; 'White, Jason' |
| Subject: | RE: nXn Tech v. Google, Inc., et al. |

Brian,

We can add your items to Monday's meet and confer agenda.

Bright Response is amenable to a 2 week extension for the Google interrogatory responses.

Because of the upcoming discovery deadlines, nXn cannot agree to an extension of the current interrogatory due date.

Best Regards,

Debera W. Hepburn
dhepburn@heplaw.com
Tel: (214) 403-4882
Fax: (888) 205-8791

PRIVILEGED AND CONFIDENTIAL * ATTORNEY-CLIENT COMMUNICATION * ATTORNEY WORK PRODUCT

**From:** Brian Cannon [mailto:briancannon@quinnemanuel.com]
**Sent:** Friday, October 30, 2009 12:49 PM
**To:** dhepburn@heplaw.com; David Perlson; PA Advisors v. Google; mrichardson@brsfirm.com; Andrea P Roberts
**Cc:** 'David Pridham'; 'John Bustamante'; 'Andrew Weiss'; 'A Spangler'; 'Marc Fenster'; White, Jason
**Subject:** RE: nXn Tech v. Google, Inc., et al.

Debera: Since there is a meet and confer conference call already set up for Monday at 11 AM central time, we can discuss the discovery issues raised in your letter and my Oct 26 letter at that time. Also, I am generally available today (except 2-3 central) if you want to call me without setting up a formal time for all counsel to be present.

In addition, can you or someone on your team respond to my request for an extension of time for Google's interrogatory responses that are due on Monday, November 2? We requested one week for the PA Advisors/nXn answers and two weeks for the Bright Response answers. Thank you.

**Brian Cannon**
*Partner,*
**Quinn Emanuel Urquhart Oliver & Hedges LLP.**

555 Twin Dolphin Drive, Suite 560
Redwood Shores, CA 94065
650-801-5055 Direct
650.801.5000 Main Office Number
650.801.5100 FAX
briancannon@quinnemanuel.com
www.quinnemanuel.com

1

NOTICE: The information contained in this e-mail message is intended only for the personal and confidential use of the recipient(s) named above. This message may be an attorney-client communication and/or work product and as such is privileged and confidential. If the reader of this message is not the intended recipient or agent responsible for delivering it to the intended recipient, you are hereby notified that you have received this document in error and that any review, dissemination, distribution, or copying of this message is strictly prohibited. If you have received this communication in error, please notify us immediately by e-mail, and delete the original message.

**From:** Debera Hepburn [mailto:dhepburn@heplaw.com]
**Sent:** Thursday, October 29, 2009 4:48 PM
**To:** Brian Cannon; David Perlson; PA Advisors v. Google; mrichardson@brsfirm.com; Andrea P Roberts
**Cc:** 'David Pridham'; 'John Bustamante'; 'Andrew Weiss'; 'A Spangler'; 'Marc Fenster'
**Subject:** nXn Tech v. Google, Inc., et al.

Counsel,

Please find the attached correspondence.

Best Regards,

*Debera W. Hepburn*
*Hepburn Law Firm PLLC*
*P.O. Box 118218*
*Carrollton, Texas 75011*
*Tel: (214) 403-4882*
*Fax: (888) 205-8791*
*dhepburn@heplaw.com*

PRIVILEGED AND CONFIDENTIAL * ATTORNEY-CLIENT COMMUNICATION * ATTORNEY WORK PRODUCT

*************************************************************************

*This e-mail is sent by a law firm and may contain information that is privileged or confidential.*
*If you are not the intended recipient, please delete the email and any attachments and notify us immediately.*
*************************************************************************