# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| PA ADVISORS, LLC, | ) |
| | ) |
| Plaintiff, | ) |
| v. | ) |
| | ) Civil Action No. 2-07-CV-480-DF |
| GOOGLE INC., et al. | ) |
| | ) |
| Defendants. | ) |
| | ) |

## MOTION FOR LEAVE TO FILE
## YAHOO! INC.'S MOTION TO MODIFY THE PROTECTIVE ORDER

Defendant Yahoo! Inc. ("Yahoo") submits this motion for leave to file a motion to modify the protective order. This motion will explain the facts surrounding the necessity of modifying the protective order to protect Yahoo's confidential information in a way that will not burden plaintiff nXn, LLC f/k/a PA Advisors, LLC. For this reason, Yahoo respectfully requests leave to file a motion to modify the protective order.

Dated: November 3, 2009

Respectfully Submitted,

    /s/ Jason White
Jason C. White
HOWREY LLP
321 N. Clark, Suite 3400
Chicago, IL 60654
Tel: 312.595.1239
Fax: 312.595.2250
Email: whitej@howrey.com

Michael Jones
Potter Minton
110 N. College St., Suite 500
P. O. Box 359
Tyler, Texas 75710
Tel: (903) 597-8311

Fax: (903) 597-0846
Email: mikejones@potterminton.com

*Attorneys for Defendant Yahoo! Inc.*

## CERTIFICATE OF SERVICE

This is to certify that all known counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3) on November 3, 2009.

/s/ Jason White
Jason White

## CERTIFICATE OF CONFERENCE

Pursuant to Local Rule CV-7(h), Defendant Yahoo hereby certifies that its counsel has conferred, on numerous occasions, with opposing counsel in a good faith to attempt to resolve this matter without the Court's intervention. Plaintiff, Bright Response opposes this motion.

/s/ Jason White
Jason White