UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| PA ADVISORS, LLC, | ) |
| Plaintiff, | ) ) |
| v. | ) ) |
| GOOGLE INC., et al. | ) Civil Action No. 2-07-CV-480-DF ) |
| Defendants. | ) ) ) |

### DECLARATION OF JASON WHITE IN SUPPORT OF YAHOO! INC.'S MOTION TO MODIFY THE PROTECTIVE ORDER

1. I am a partner with the law firm Howrey LLP, and counsel for Yahoo! Inc. I have personal knowledge of the pleadings and files in this matter. I have personal knowledge of the documents submitted with this declaration and, if called upon as a witness, could and would testify competently thereto.

2. Attached, as Exhibit 1, is a true and correct copy of the Protective Order entered the J2 litigation, Docket Entry Number 43.

3. Attached, as Exhibit 2, is a true and correct copy of a letter from me to Mr. Rafilson dated September 24, 2009.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief. Executed on November 3, 2009 in Chicago, Illinois.

/s/ Jason White
Jason White

- 1 -