# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| PA ADVISORS, LLC, | ) |
| Plaintiff, | ) |
| v. | ) Civil Action No. 2-07-CV-480-DF |
| GOOGLE INC., et al. | ) |
| Defendants. | ) |

## ORDER GRANTING
## YAHOO! INC.'S MOTION TO MODIFY THE PROTECTIVE ORDER

Before the Court is Yahoo! Inc. Motion to Modify the Protective Order. After a review of the relevant case law, citations to the record, and consideration of the briefs before the Court, it is ordered that Yahoo! Inc. Motion for to Modify the Protective Order is GRANTED.