UNTIED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| PA ADVISORS, LLC,<br><br>Plaintiff,<br><br><br>GOOGLE INC., ET AL.,<br><br>Defendants. | CASE NO. 2-07CV-480-DF<br><br>JURY TRIAL DEMANDED<br><br>Honorable David Folsom, Presiding |

## **UNOPPOSED MOTION TO AMEND DOCKET CONTROL ORDER**

TO THE HONORABLE JUDGE OF THIS COURT:

Defendant Google Inc. ("Google") on behalf of the parties in this action files this unopposed motion to amend the docket control order entered on August 25, 2008, to reflect the following changes:

1. This case is set for trial in March 2010. On September 30, 2009, this Court issued its claim construction order. The pretrial dates are set from the September 30, 2009 date. In order to provide sufficient time to complete pretrial tasks before March 2010, the parties agree to and propose modifications to the Docket Control Order set forth in redline in Exhibit A. Exhibit B contains a clean version of the Amended Docket Control Order.

2. In addition, in order to provide time to complete the disclosure of expert reports before filing any objections or *Daubert* motions related to proposed expert witness testimony, the parties request that the Court lift the requirement that the parties must seek permission to file *Daubert* motions 60 days before the deadline for dispositive motions. The 60 day requirement

1

would mean that letter briefs seeking permission to file *Daubert* motions would have been due before the disclosure of expert testimony.

      3.      The extension of these deadlines will not affect the date set for trial by this Court.

Based on the foregoing, the parties respectfully request that the Court grant the requested extensions.

DATED: November 4, 2009      Respectfully submitted,

By: /s/ Brian C. Cannon
Brian C. Cannon
California Bar No. 193071
briancannon@quinnemanuel.com
Quinn Emanuel Urquhart Oliver & Hedges, LLP
555 Twin Dolphin Drive, Suite 560
Redwood Shores, CA 94065
Tel.: (650) 801-5000
Fax: (650) 801-5100

Charles K. Verhoeven,
California Bar No. 170151
charlesverhoeven@quinnemanuel.com
Quinn Emanuel Urquhart Oliver & Hedges, LLP
50 California Street, 22nd Floor
San Francisco, CA 94111
Tel.: (415) 875-6600
Fax: (415) 875-6700

Michael E. Richardson
Texas Bar No. 24002838 mrichardson@brsfirm.com
BECK, REDDEN & SECREST, L.L.P.
One Houston Center
1221 McKinney St., Suite 4500
Houston, Texas 77010
(713) 951-3700
(713) 951-3720 (Fax)

David J. Beck  
Texas Bar No. 00000070  
dbeck@brsfirm.com  
BECK, REDDEN & SECREST, L.L.P.  
One Houston Center  
1221 McKinney St., Suite 4500  
Houston, TX. 77010  
(713) 951-3700  
(713) 951-3720 (Fax)  
ATTORNEYS FOR GOOGLE INC.

## CERTIFICATE OF CONFERENCE

Counsel for Google discussed this Motion with counsel for Plaintiff and counsel for defendant Yahoo!, and all parties agree to the Motion.

/s/ Brian C. Cannon<br>Brian C. Cannon

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document was filed electronically in compliance with Local Rule CV-5(a). As such, this motion was served on all counsel who are deemed to have consented to electronic service as of the date of filing. Local Rule CV-5(a)(3)(A).

/s/ Brian C. Cannon<br>Brian C. Cannon