# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| PA ADVISORS, LLC ) | |
| ) | |
|    Plaintiff ) | |
| ) | |
| v. ) | Civil Action No. 2:07 CV-480-DF |
| ) | |
| GOOGLE INC., ET AL. ) | |
| ) | |
|    Defendants. ) | |

## **NOTICE OF COMPLIANCE WITH COURT'S MOTION PRACTICE ORDER**

In compliance with the Court's Motion Practice Order (Dkt. Nos. 165 and 283), defendant Yahoo! Inc, files this Notice of its letter to the Court requesting permission to file a motion for summary judgment of non-infringement of all of the asserted claims of U.S. Patent No. 6,199,067. A copy of this letter is attached as Exhibit 1.

| | |
|---|---|
| Dated: November 4, 2009 | Respectfully submitted, |
| | |
| |    /s/ Jason White |
| | Jason C. White |
| | HOWREY LLP – Chicago |
| | 321 North Clark Street, Suite 3400 |
| | Chicago, Illinois 60654 |
| | Telephone: 312.595-1239 |
| | Fax: 312.595-2250 |
| | whitej@howrey.com |
| | |
| | *Attorneys for Defendant* |
| | *Yahoo!, Inc.* |

## **CERTIFICATE OF SERVICE**

This is to certify that all known counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per E. Dist. Tex. Loc. Ct. R. CV-5(a)(3) on November 4, 2009.

/s/ Jason White
Jason White
