**EXHIBIT A**

THE EDMONDS LAW FIRM

John J. Edmonds
713.858.3320
johnedmonds@edmondslegal.com

March 11, 2009                                                                                              *Via email*

Jason White
Howrey
321 North Clark St., Ste. 3400
Chicago, IL 60654

      Re:    *PA Advisors, LLC v. Google, Inc., et al.*; No. 2:07-CV-480-DF

Dear Mr. White:

      Despite prior commitments to produce source code for the Accused Instrumentalities, Yahoo has failed to do so. Please provide a date certain in the near future when all such source code will be produced? PA reserves all rights relative to the foregoing.

                                      Sincerely,

                                      John J. Edmonds