**EXHIBIT B**

# The Rafilson Law Firm, PLLC
## 1318 Royal Palm Lane, Carrollton, TX 75007

---

Ari Rafilson
Telephone: (214) 789-4035
Fax: (972) 236-5397
ari@rafilsonlawfirmpllc.com

**VIA EMAIL TO WHITEJ@HOWREY.COM**

July 17, 2009

Jason White
Howrey LLP
321 North Clark Street, Suite 3400
Chicago, IL 60654

    Re:    *nXn Tech, LLC v. Google Inc., et al.*

Dear Jason:

This letter is further to your email dated July 16, 2009. At the upcoming meet and confer the parties nXn wishes to discuss the following topics:

1. Source Code: The parties will need to discuss details of Yahoo's production of its source code including (1) timeframe, (2) versions of code that will be provided, (3) details on the development environment and tools that will be provided along with the source code, (4) wiki environment and wiki articles that will be provided, and (5) details on the database schema that will be provided. At the meet and confer you committed to provide a status update by July 17. Such an update would help to minimize the amount of time required to discuss this topic.

2. nXn's 30(b)(6) deposition served on June 24, 2009. The deposition was initially scheduled for July 14, but nXn has not received proposed designees or available dates.

3. Depositions of Ivan Markman, Matthew Hall, Sean Suchter and Raymond Ko and whether counsel for Yahoo (1) will represent them, (2) will accept service for them, and (3) dates of availability. Counsel for Yahoo committed to let nXn know when it can expect dates for the above listed individuals by July 17, which may minimize the amount of time required to discuss this topic.

Sincerely,

_____
Ari Rafilson