**EXHIBIT C**

# The Rafilson Law Firm, PLLC
## 1318 Royal Palm Lane, Carrollton, TX 75007

---

Ari Rafilson
Telephone: (214) 789-4035
Fax: (972) 236-5397
ari@rafilsonlawfirmpllc.com

**VIA EMAIL TO WHITEJ@HOWREY.COM**

July 28, 2009

Jason White
Howrey LLP
321 North Clark Street, Suite 3400
Chicago, IL 60654

    Re:    *nXn Tech, LLC v. Google Inc., et al.*

Dear Jason:

    This letter memorializes several of the topics discussed during today's meet and confer between nXn and Google:

Source Code:
- Timing: During the meet and confer Counsel to Yahoo stated that Yahoo hoped to have the source code for the above-referenced case last week, but its code-gathering efforts have taken longer than expected. Thus, Yahoo expects to have the code gathered and loaded on the computers to be used for inspection this week.
- Software Tools: During the meet and confer Counsel to Yahoo committed to provide the following software-related tools along with its source code: (1) NuSphere Phped, (2) Instant Reverse, (3) Understand 2.0, and (4) Adobe Flash, Shockwave, and Dreamweaver. Following today's meet and confer, nXn met with its technical advisor who requested that Eclipse also be installed for those languages in which source code will be provided. Of course this request only applies to languages with which Eclipse functions, such as Java and C++. Eclipse software is freely available at http://www.eclipse.org/downloads.
- Software Versions: During the meet and confer Counsel to Yahoo stated that it is initially gathering its current code related to the Accused Instrumentalities. Yahoo's counsel further stated that it is considering whether to (1) provide prior versions of its code or (2) stipulate that prior versions functioned in essentially the same manner as such code functions currently. Yahoo committed to make its current code available first.

- Inspection Sessions: During the meet and confer Counsel to Yahoo also committed to not impose restrictions on nXn's review of its source code limiting the number of inspection sessions. Of course nXn will attempt to minimize the number of such sessions and attempt to examine Yahoo's code on contiguous days where practicable.
- Wiki Pages: During the meet and confer Counsel to Yahoo represented that it does not maintain wiki pages for its software.
- Database Schemas: During the meet and confer Counsel to Yahoo stated that he has forwarded nXn's request for the database schemas for tables accessed by the source code that will be provided and will provide an update on this request.
- Operating Systems/Languages: During the meet and confer nXn's counsel requested that Yahoo provide the operating system or systems in which its code was developed, and the operating system that will be provided on the computers containing Yahoo's source code that are made available for inspection. nXn also requested that Yahoo provide a list of the languages in which Yahoo's source code that will be produced has been written. Counsel for Yahoo will provide an update in the near future on this request.

Deposition Dates:

During the meet and confer Counsel to Yahoo stated that he will look into dates and designees for nXn's 30(b)(6) depositions, and will also provide available dates for the depositions of Ivan Markman, Matthew Hall, Sean Suchter and Raymond Ko. Counsel to Yahoo advised that it will need to provide alternate dates for nXn's Third 30(b)(6) deposition initially scheduled for August 4th.

Sincerely,

Ari Rafilson