UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| PA ADVISORS, LLC, <br><br> Plaintiff, <br><br> v. <br><br> GOOGLE INC., ET AL. <br><br> Defendants. | Civil Action No. 2-07CV-480-DF <br><br> JURY TRIAL REQUESTED |

## DEFENDANTS' NOTICE OF COMPLIANCE

Defendants Yahoo! Inc. and Google Inc. ("Google") notify the Court that they have jointly submitted their Preliminary Unenforceability Contentions in accordance with the Court's Agreed Docket Control Order dated August 25, 2008.

Dated: November 11, 2009

Respectfully submitted,

/s/ David J. Beck
David J. Beck
Texas Bar No. 00000070
dbeck@brsfirm.com
Michael E. Richardson
Texas Bar No. 24002838
mrichardson@brsfirm.com
BECK, REDDEN & SECREST, L.L.P.
One Houston Center
1221 McKinney St., Suite 4500
Houston, TX. 77010
(713) 951-3700
(713) 951-3720 (Fax)

Charles K. Verhoeven,
California Bar No. 170151
charlesverhoeven@quinnemanuel.com
QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
50 California Street, 22nd Floor
San Francisco, CA 94111
(415) 875-6600
(415) 875-6700 (Fax)

Brian C. Cannon
California Bar No. 193071
briancannon@quinnemanuel.com
QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
555 Twin Dolphin Drive, Suite 560
Redwood Shores, CA 94065
(650) 801-5000
(650) 801-5100 (Fax)

***Attorneys for Defendant Google Inc.***


/s/ *Jason C. White*
Jason C. White
HOWREY LLP
321 N. Clark, Suite 3400
Chicago, IL 60654
Tel: 312.595.1239
Fax: 312.595.2250
Email: whitej@howrey.com

Michael Jones
Potter Minton
110 N. College St., Suite 500
P. O. Box 359
Tyler, Texas 75710
Tel: (903) 597-8311
Fax: (903) 597-0846
Email: mikejones@potterminton.com

***Attorneys for Defendant Yahoo! Inc.***

## **CERTIFICATE OF SERVICE**

      The undersigned hereby certifies that the foregoing document was filed electronically in compliance with Local Rule CV-5(a). As such, this pleading was served on all counsel who have consented to electronic service. Local Rule CV-5(a)(3)(A).

      /s/ Michael E. Richardson
      Michael E. Richardson