# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| **PA ADVISORS, LLC**, § | |
| § | |
| **Plaintiff,** § | |
| § | |
| v. § | **CIVIL ACTION NO. 2:07-CV-480 DF** |
| § | |
| **GOOGLE, INC., et al.,** § | |
| § | |
| **Defendants.** § | |

## O R D E R

Before the Court is Yahoo! Inc.'s ("Defendant's") Motion for Leave to File Defendant's Motion to Modify the Protective Order. Dkt. No. 295. Also before the Court is nXn Tech, LLC's ("Plaintiff's") Opposition to Defendant's Motion to Modify the Protective Order, as well as Plaintiff's Notice of Emergency Request for Hearing on Defendant's Motion to Modify the Protective Order and Plaintiff's Opposition to Defendant's Motion. Dkt. No. 298.

Pursuant to the provisions of 28 U.S.C. §§ 636(b)(1) and (3) and the local rules for the assignment of duties to United States magistrate judges, the Court hereby **REFERS** the above-referenced motion to the Honorable Charles Everingham IV for decision.

IT IS SO ORDERED.

SIGNED this 13th day of November, 2009.

_____
DAVID FOLSOM
UNITED STATES DISTRICT JUDGE

1