# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | | |
|---|---|---|
| PA ADVISORS, LLC | § | |
|     Plaintiff, | § | CASE NO. 2:07-CV-480 |
| | § | |
| vs. | § | Honorable David Folsom, Presiding |
| | § | |
| GOOGLE INC., et al | § | |
|     Defendants. | § | |

## GOOGLE'S UNOPPOSED MOTION FOR LEAVE TO FILE SECOND AMENDED ANSWER TO SECOND AMENDED COMPLAINT

    Defendant Google Inc. respectfully moves this Court for an Order granting leave to file its Second Amended Answer to Plaintiff's Second Amended Complaint as set forth in Exhibit A. Plaintiff consents to Google Inc.'s filing of its Second Amended Answer to Plaintiff's Second Amended Complaint

November 18, 2009

Respectfully submitted,

By: /s/ Brian C. Cannon
Brian C. Cannon
California Bar No. 193071
briancannon@quinnemanuel.com
Quinn Emanuel Urquhart Oliver & Hedges, LLP
555 Twin Dolphin Drive, Suite 560
Redwood Shores, CA 94065
Tel.: (650) 801-5000
Fax: (650) 801-5100

Charles K. Verhoeven,
California Bar No. 170151

Dockets.Justia.com

charlesverhoeven@quinnemanuel.com
Quinn Emanuel Urquhart Oliver & Hedges, LLP
50 California Street, 22nd Floor
San Francisco, CA 94111
Tel.: (415) 875-6600
Fax: (415) 875-6700

Michael E. Richardson
Texas Bar No. 24002838
mrichardson@brsfirm.com
BECK, REDDEN & SECREST, L.L.P.
One Houston Center
1221 McKinney St., Suite 4500
Houston, Texas 77010
(713) 951-3700
(713) 951-3720 (Fax)

David J. Beck
Texas Bar No. 00000070
dbeck@brsfirm.com
BECK, REDDEN & SECREST, L.L.P.
One Houston Center
1221 McKinney St., Suite 4500
Houston, TX. 77010
(713) 951-3700
(713) 951-3720 (Fax)
ATTORNEYS FOR GOOGLE INC.

## CERTIFICATE OF CONFERENCE

Counsel for Google Inc. discussed this Motion with counsel for Plaintiff on November 17, 2009, and all parties agree to the Motion.

/s/ Brian C. Cannon
Brian C. Cannon

## CERTIFICATE OF SERVICE

I certify that counsel of record who are deemed to have consented to electronic service are being served on November 18, 2009 with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3)(A).

/s/ Brian C. Cannon
Brian C. Cannon