## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## MARSHALL DIVISION

PA ADVISORS, LLC                        §
        Plaintiff,                     §            CASE NO.  2:07-CV-480
                          §
vs.                                     §            Honorable David Folsom, Presiding
                          §
GOOGLE INC., et al                      §
        Defendants.                    §

## ORDER GRANTING GOOGLE'S UNOPPOSED MOTION FOR LEAVE TO FILE SECOND AMENDED ANSWER TO SECOND AMENDED COMPLAINT

Defendant Google's Unopposed Motion for Leave to File Second Amended Answer to

Second Amended Complaint shall be, and is hereby, GRANTED.

**SIGNED this 19th day of November, 2009.**

_____

DAVID FOLSOM
UNITED STATES DISTRICT JUDGE

1

Dockets.Justia.com