UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| PA ADVISORS, LLC,<br><br>    Plaintiff,<br><br>v.<br><br>GOOGLE INC., ET AL.<br><br>    Defendants. | Civil Action No. 2-07CV-480-DF<br><br>JURY TRIAL REQUESTED |

### NOTICE OF COMPLIANCE WITH COURT'S MOTION PRACTICE ORDER

In compliance with the Court's Motion Practice Order defendant Google Inc. files this Notice of its letter to the Court requesting permission to file a motion for summary judgment of non-infringement of all of the asserted claims of U.S. Patent No. 6,199,067. A copy of this letter is attached as Exhibit 1.

Dated: November 16, 2009

                Respectfully submitted,

                By: /s/
                  Charles K. Verhoeven
                  California Bar No. 170151
                  Quinn Emanuel Urquhart Oliver & Hedges, LLP
                  50 California Street, 22nd Floor
                  San Francisco, CA 94111
                  Tel.: (415) 875-6600
                  Fax: (415) 875-6700
                  Email: charlesverhoeven@quinnemanuel.com

                  Brian C. Cannon
                  California Bar No. 193071
                  Quinn Emanuel Urquhart Oliver & Hedges, LLP
                  555 Twin Dolphin Dr
                  Suite 560

Redwood Shores, CA 94065
Tel. (650) 801-5000
Fax: (650) 801-5100
Email: briancannon@quinnemanuel.com

David J Beck
Texas Bar No. 00000070
Beck Redden & Secrest
1221 McKinney St, Suite 4500
One Houston Center
Houston, TX 77010-2020
Tel: (713) 951-3700
Fax: (713) 951-3720
Email: dbeck@brsfirm.com

Michael Ernest Richardson
Texas Bar No. 240002838
Beck Redden & Secrest - Houston
1221 McKinney
Suite 4500
Houston, TX 77010-2010
Tel: (713) 951-6284
Fax: (713) 951-3720
Email: mrichardson@brsfirm.com

ATTORNEYS FOR DEFENDANT
GOOGLE INC.

# CERTIFICATE OF SERVICE

The foregoing document was served on the following counsel of record in compliance with Rule 5b of the Federal Rules of Civil Procedure on November 16, 2009, by electronic mail:

Andrew Wesley Spangler
Spangler Law PC
208 N. Green St., Suite 300
Longview, TX 75601
903-753-9300
Fax: 903-553-0403
Email: spangler@spanglerlawpc.com
Email: klawrason@spanglerlawpc.com

David Michael Pridham
Law Office of David Pridham
25 Linden Road
Barrington, RI 02806
401-633-7247
Fax: 401-633-7247
Email: david@PridhamIPLaw.com

Debera Hepburn
Hepburn Law Firm PLLC
P.O. Box 118218
Carrollton, Texas 75011
Tel. (214) 403-4882
Fax (888) 205-8791
Email: dhepburn@heplaw.com

Patrick Rolf Anderson
Patrick R. Anderson, PLLC
4225 Miller Rd., Bldg. B-9, Suite 358
Flint, MI 48507
517-303-4806
Fax: 248-928-9239
Email: patrick@prapllc.com

Mark Fenster
Stanley Thompson
Andrew D. Weiss
Russ, August & Kabat
12424 Wilshire Boulevard, 12th Floor
Los Angeles, CA 90025
(310) 826-7474
Fax: (310) 826-6991
Email: mfenster@raklaw.com
Email: sthompson@raklaw.com
Email: aweiss@raklaw.com

John M. Bustamante
jmb@BustamanteLegal.com
BUSTAMANTE, P.C.
54 Rainey Street, No. 721
Austin, Texas 78701
Tel. 512.940.3753
Fax. 512.551.3773

ATTORNEYS FOR PLAINTIFF NXN TECH, LLC, formerly known as PA ADVISORS, LLC

                   /s/ Brian C. Cannon
                   Brian C. Cannon

## **CERTIFICATE OF AUTHORIZATION TO FILE UNDER SEAL**

I hereby certify that the Court has previously entered a Stipulated Protective Order allowing documents to be filed under seal.

                                                     /s/ Brian C. Cannon
                                                   Brian C. Cannon