IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| PA ADVISORS, LLC § | |
| § | |
| v. § | |
| § | Civil Action No. 2:07-cv-480 [DF] |
| GOOGLE, INC., ET AL § | Jury Trial Demanded |

## DEFENDANT YAHOO! INC.'S UNOPPOSED MOTION TO WITHDRAW AS COUNSEL

Defendant Yahoo! Inc. files this Unopposed Motion to Withdraw as Counsel and respectfully requests that Michael E. Jones, John F. Bufe, Allen F. Gardner and the POTTER MINTON, P.C. law firm be permitted to withdraw herein as counsel of record for Yahoo! Inc. in the above-captioned matter. Yahoo! Inc. consents to this request and said Defendant is currently represented by other counsel in this matter. No other changes are requested at this time regarding the other attorneys acting as said defendant's counsel of record. Plaintiff does not oppose this motion.

Dated: November 23, 2009

                                              Respectfully submitted,

                                              By:  */s/ Michael E. Jones*
                                                        MICHAEL E. JONES
                                                        State Bar No. 10929400
                                                        Allen F. Gardner
                                                        State Bar No. 24043679
                                                        John F. Bufe
                                                        State Bar No. 03316930
                                                        POTTER MINTON
                                                        A Professional Corporation
                                                        110 N. College Ave., Suite 500
                                                        Tyler, Texas 75702
                                                        Phone: 903.597.8311
                                                        Facsimile: 903.593.0846

{A07\7854\0005\W0410813.1 }

Email: mikejones@potterminton.com
allengardner@potterminton.com
johnbufe@potterminton.com

*Attorneys for Defendant*
Yahoo! Inc.

## CERTIFICATE OF SERVICE

I hereby certify that all counsel of record who have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3) on this the 23rd day of November, 2009. Any other counsel of record will be served by First Class U.S. Mail on this same date.

*/s/ Michael E. Jones*
MICHAEL E. JONES