IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

PA ADVISORS, LLC                    §
                                    §
v.                                  §
                                    §        Civil Action No. 2:07-cv-480[DF]
GOOGLE, INC. ET AL                  §        Jury Trial Demanded

## ORDER GRANTING DEFENDANT YAHOO! INC.'S UNOPPOSED MOTION TO WITHDRAW AS COUNSEL

On this day, came on to be considered the Unopposed Motion to Withdraw Counsel of Defendant Yahoo! Inc. After considering said motion, the Court is of the opinion that said motion should be GRANTED.

IT IS, THERFORE, ORDERED that Michael E. Jones, John F. Bufe, Allen F. Gardner and the POTTER MINTON, P.C. law firm be allowed to withdraw and are withdrawn as attorneys of record for Defendant Yahoo! Inc. in the above referenced matter.

**SIGNED this 24th day of November, 2009.**

_____
DAVID FOLSOM
UNITED STATES DISTRICT JUDGE

{A07\7854\0005\W0410813.1 }3

Dockets.Justia.com