**Appendix K**　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Revised: 1/24/07

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF TEXAS
### MARSHALL DIVISION
## APPLICATION TO APPEAR PRO HAC VICE

FILED-CLERK
U.S. DISTRICT COURT
2009 DEC -2 AM 11:28
TX EASTERN-MARSHALL

1. This application is being made for the following: Case # __2:07-CV-480__
Style: __PA Advisors, LLC v. Google, Inc., et al.__
2. Applicant is representing the following party/ies: __Plaintiff, PA Advisors, LLC__
3. Applicant was admitted to practice in __California__ (state) on __2/5/2002__ (date).
4. Applicant is in good standing and is otherwise eligible to practice law before this court.
5. Applicant is not currently suspended or disbarred in any other court.
6. Applicant has/__has not__ had an application for admission to practice before another court denied (please circle appropriate language). If so, give complete information on a separate page.
7. Applicant has/__has not ever__ had the privilege to practice before another court suspended (please circle). If so, give complete information on a separate page.
8. Applicant has/__has not__ been disciplined by a court or Bar Association or committee thereof that would reflect unfavorably upon applicant's conduct, competency or fitness as a member of the Bar (please circle). If so, give complete information on a separate page.
9. Describe in detail on a separate page any charges, arrests or convictions for criminal offense(s) filed against you. Omit minor traffic offenses.
10. There are no pending grievances or criminal matters pending against the applicant.
11. Applicant has been admitted to practice in the following courts:
__State of California, Central District, Northern District__
12. Applicant has read and will comply with the Local Rules of the Eastern District of Texas, including Rule AT-3, the "Standards of Practice to be Observed by Attorneys."
13. Applicant has included the requisite $25 fee (see Local Rule AT-1(d)).
14. Applicant understands that he/she is being admitted for the limited purpose of appearing in the case specified above only.

**Application Oath:**
　　I, __ADAM S. HOFFMAN__ do solemnly swear (or affirm) that the above information is true; that I will discharge the duties of attorney and counselor of this court faithfully; that I will demean myself uprightly under the law and the highest ethics of our profession; and that I will support and defend the Constitution of the United States

Date __12/1/09__　　　　Signature __[signature]__

# NITED STATES DISTRICT COUR
# EASTERN DISTRICT OF TEXAS
# APPLICATION TO APPEAR PRO HAC VICE (Continued)

Name (please print) __Adam S. Hoffman__
State Bar Number __218740 (California)__
Firm Name: __RUSS, AUGUST & KABAT__
Address/P.O. Box: __12424 Wilshire Boulevard, 12th Floor__
City/State/Zip: __Los Angeles, CA 90025__
Telephone #: __310/826-7474__
Fax #: __310/826-6991__
E-mail Address: __ahoffman@raklaw.com__
Secondary E-Mail Address: _____

Applicant is authorized to enter an appearance as counsel for the party/parties listed above. This application has been approved for the court on: __12-2-09__

David J. Maland, Clerk
U.S. District Court, Eastern District of Texas

By _____
Deputy Clerk

# Receipt for Payment

Receipt No: 2-1-0005062

## United States District Court

for the
Eastern District of Texas at Marshall

Date: **Wednesday, December 2, 2009**

Received from:

**RUSS AUGUST KABAT**

**LOS ANGELES, CA 90025**

| Account | Description |
|---|---|
| 085000 | Attorney Admission Fees |
| 086400 | New Case Fee |
| 086900 | Filing Fees |
| 121000 | Conscience Fund |
| 129900 | Gifts |
| 143500 | Interest |
| 322340 | Sale of Publications |
| 322350 | Copy Fees |
| 322360 | Miscellaneous Fees |
| 322380 | Recoveries of Court Costs |
| 322386 | Cost of Prosecution |
| 504100 | Crime Victims Fund |
| 508800 | Immigration Fees |
| 510000 | Civil Filing Fee (1/2) |
| 5100PL | Partial Filing Fee (PLRA) |
| 510100 | Registry Fee |
| 604700 | Registry Funds/General and Special Funds |
| 613300 | Unclaimed Monies |
| 6855XX | Deposit Funds |

| Account | Amount |
|---|---|
| 6855XX | $25.00 |
| **Total** | **$25.00** |

Payment method: **Check**

Case or other reference: **2:07cv480 PHV Hoffman**

Comments: **ck 3359**

Received by: **pa**