IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| **PA ADVISORS, LLC**<br><br>                          **Plaintiff,**<br><br>    v.<br><br>**GOOGLE INC., et al.,**<br><br>                          **Defendants.** | Civil Action No. 2:07-cv-480-TJW<br><br>JURY |

## NOTICE OF APPEARANCE

Notice is hereby given that the undersigned attorney, Adam S. Hoffman, enters his appearance in the above-referenced proceedings for the Plaintiff, nXn Tech, LLC f/k/a PA Advisors, LLC ("nXn"). nXn respectfully requests that the Court take note of this Notice of Appearance and make Adam S. Hoffman one of the attorneys of record for nXn in this lawsuit. Copies of all communications and other documents should be e-mailed or faxed to Adam S. Hoffman at the address set forth below.

Dated: December 2, 2009                    Respectfully submitted,

                                                      By:   /s/ Adam S. Hoffman
                                                      Adam S. Hoffman, CA Bar No. 218740
                                                      E-mail:  ahoffman@raklaw.com
                                                      RUSS, AUGUST & KABAT
                                                      12424 Wilshire Boulevard, 12th Floor
                                                      Los Angeles, California 90025
                                                      Telephone: 310/826-7474
                                                      Facsimile: 310/826-6991

                                                      **Attorneys for Plaintiff**
                                                      **nXn TECH, LLC f/k/a PA Advisors, LLC**

## CERTIFICATE OF SERVICE

      I hereby certify that the counsel of record who are deemed to have consented to electronic service are being served on December 2, 2009 with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3). Any other counsel of record will be served by electronic mail, facsimile transmission and/or first class mail on this same date.

Dated: December 2, 2009                          /s/ Adam S. Hoffman
                                                              Adam S. Hoffman