# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | § | |
|---|---|---|
| PA ADVISORS, LLC, | § | |
| | § | |
| Plaintiff, | § | Civil Action No. 2:07-cv-480-DF |
| v. | § | |
| | § | |
| GOOGLE, INC., et al., | § | JURY TRIAL DEMANDED |
| | § | |
| Defendants. | § | |
| | § | |

## NOTICE OF APPEARANCE OF COUNSEL

Notice is hereby given that the undersigned attorney, Elizabeth A. Wiley, enters her appearance in the above-referenced proceedings for the Plaintiff nXn Tech, LLC (f/k/a PA Advisors, LLC) ("nXn"). nXn respectfully requests that the Court take note of this Notice of Appearance and make Elizabeth A. Wiley one of the attorneys of record for nXn in this lawsuit for the purposes of receives orders, notices, and other communications from the Court. Copies of all such communications should be e-mailed or faxed to Elizabeth A. Wiley at the address set forth below.

Dated: December 8, 2009.    Respectfully submitted,

By:    /s/ Elizabeth A. Wiley
     Elizabeth A. Wiley
     Texas State Bar No. 00788666
     P.O. Box. 303280
     Austin, Texas 78703-3280
     Telephone: (512) 420.2387
     Facsimile: (512) 551.0028
     Email: lizwiley@wileyfirmpc.com

ATTORNEY FOR PLAINTIFF NXN TECH, LLC

## CERTIFICATE OF SERVICE

I hereby certify that the counsel of record who are deemed to have consented to electronic service are being served December 8, 2009 with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3). Any other counsel of record will be served by electronic mail, facsimile transmission, and/or first class mail on this same date.

Dated: December 8, 2009        /s/ Elizabeth A. Wiley
                                                   Elizabeth A. Wiley