UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| PA ADVISORS, LLC,  §<br>     Plaintiff,  §<br>  §<br>V.  §   CIVIL ACTION NO. 2:07-CV-00480<br>  §   Jury Trial Demanded<br>GOOGLE, INC., ET AL,  §<br>     Defendants.  § | |

## NOTICE OF APPEARANCE OF COUNSEL FOR PLAINTIFF

Plaintiff nXn Tech, LLC, f/k/a PA Advisors, LLC, files this its Notice of Appearance of Counsel for Plaintiff nXn Tech, LLC, and hereby notifies the Court that attorney Kip Glasscock for the law firm Kip Glasscock, P.C. is appearing as counsel for nXn Tech, LLC in the above referenced matter.  Notice of all pleadings, discovery, correspondence, and other material should be served upon counsel at the address referenced below.

Counsel has been approved to appear in the above referenced case.

Respectfully submitted,

*/s/ Kip Glasscock*
Kip Glasscock
Texas State Bar No. 08011000
**Kip Glasscock P.C.**
550 Fannin, Suite 1350
Beaumont, TX 77701
Tel:  (409) 833-8822
Fax:  (409) 838-4666
Email: kipglasscock@hotmail.com
Attorney for Plaintiff

## CERTIFICATE OF SERVICE

I hereby certify that all counsel of record who have consented to electronic service are being served this 8th day of December, 2009, with a copy of this document via the Court's CM/ECF system in accordance with Local Rule CV-5(a)(3).

*/s/ Kip Glasscock*
Kip Glasscock