# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | | |
|---|---|---|
| PA ADVISORS, LLC | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No. 2:07-cv-480-TJW |
| | § | |
| GOOGLE INC., et al | § | JURY TRIAL DEMANDED |
| | § | |
| Defendants. | § | |

## NOTICE OF APPEARANCE OF COUNSEL

Notice is hereby given that Melissa R. Smith of Gillam & Smith, L.L.P. enters her appearance on behalf of Defendant, **GOOGLE INC.**, in this matter as local counsel.

Melissa R. Smith may receive all communications from the Court and from other parties at Gillam & Smith, L.L.P., 303 South Washington Avenue, Marshall, Texas 75670; Telephone: (903) 934-8450; Facsimile: (903) 934-9257; E-mail: melissa@gillamsmithlaw.com.

Dated: December 8, 2009

        Respectfully submitted,

        GILLAM & SMITH, L.L.P.

        /s/*Melissa R. Smith*
        Melissa R. Smith
        State Bar No. 24001351
        GILLAM & SMITH, L.L.P.
        303 South Washington Avenue
        Marshall, Texas 75670
        Telephone: (903) 934-8450
        Facsimile: (903) 934-9257
        Email: melissa@gillamsmithlaw.com

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that the foregoing document was filed electronically in compliance with Local Rule CV-5(a). As such, this document was served on all counsel who have consented to electronic service. Local Rule CV-5(a)(3)(A). Pursuant to Fed. R. Civ. P. 5(d) and Local Rule CV-5(e), all other counsel of record not deemed to have consented to electronic service were served with a true and correct copy of the foregoing by U.S. mail or facsimile transmission, on this the 8th day of December, 2009.

/s/*Melissa R. Smith*
Melissa R. Smith