UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| PA ADVISORS, LLC,<br><br>        Plaintiff,<br><br>v.<br><br>GOOGLE INC., ET AL.<br><br>        Defendants. | Civil Action No. 2-07CV-480-DF<br><br>JURY TRIAL REQUESTED |

## **NOTICE OF COMPLIANCE WITH COURT'S MOTION PRACTICE ORDER**

In compliance with the Court's Motion Practice Order defendant Google Inc. files this Notice of its reply letter to the Court requesting permission to file a motion for summary judgment of non-infringement of all of the asserted claims of U.S. Patent No. 6,199,067. A copy of this reply letter is attached as Exhibit 1.

Dated: December 10, 2009

        Respectfully submitted,

By:   /s/
    Charles K. Verhoeven
    California Bar No. 170151
    Quinn Emanuel Urquhart Oliver & Hedges, LLP
    50 California Street, 22nd Floor
    San Francisco, CA 94111
    Tel.: (415) 875-6600
    Fax: (415) 875-6700
    Email: charlesverhoeven@quinnemanuel.com

    Brian C. Cannon
    California Bar No. 193071
    Quinn Emanuel Urquhart Oliver & Hedges, LLP
    555 Twin Dolphin Dr
    Suite 560

01980.51319/3237801.1 1167.00002/444500.1

Redwood Shores, CA 94065
Tel. (650) 801-5000
Fax: (650) 801-5100
Email: briancannon@quinnemanuel.com

Harry Lee Gillam
State Bar No. 07921800
Melissa R. Smith
State Bar No. 24001351
GILLAM & SMITH, L.L.P.
303 South Washington Avenue
Marshall, Texas 75670
Telephone: (903) 934-8450
Facsimile: (903) 934-9257
Email: melissa@gillamsmithlaw.com

ATTORNEYS FOR DEFENDANT
GOOGLE INC.

# CERTIFICATE OF SERVICE

The foregoing document was served on the following counsel of record in compliance with Rule 5b of the Federal Rules of Civil Procedure on December 10, 2009, by electronic mail:

Andrew Wesley Spangler
Spangler Law PC
208 N. Green St., Suite 300
Longview, TX 75601
903-753-9300
Fax: 903-553-0403
Email: spangler@spanglerlawpc.com
Email: klawrason@spanglerlawpc.com

David Michael Pridham
Law Office of David Pridham
25 Linden Road
Barrington, RI 02806
401-633-7247
Fax: 401-633-7247
Email: david@PridhamIPLaw.com

Debera Hepburn
Hepburn Law Firm PLLC
P.O. Box 118218
Carrollton, Texas 75011
Tel. (214) 403-4882
Fax (888) 205-8791
Email: dhepburn@heplaw.com

Kip Glasscock
Texas State Bar No. 08011000
Kip Glasscock P.C.
550 Fannin, Suite 1350
Beaumont, TX 77701
Tel: (409) 833-8822
Fax: (409) 838-4666
Email: kipglasscock@hotmail.com


ATTORNEYS FOR PLAINTIFF NXN TECH, LLC, formerly known as PA ADVISORS, LLC

Patrick Rolf Anderson
Patrick R. Anderson, PLLC
4225 Miller Rd., Bldg. B-9, Suite 358
Flint, MI 48507
517-303-4806
Fax: 248-928-9239
Email: patrick@prapllc.com

Mark Fenster
Stanley Thompson
Andrew D. Weiss
Russ, August & Kabat
12424 Wilshire Boulevard, 12th Floor
Los Angeles, CA 90025
(310) 826-7474
Fax: (310) 826-6991
Email: mfenster@raklaw.com
Email: sthompson@raklaw.com
Email: aweiss@raklaw.com

John M. Bustamante
jmb@BustamanteLegal.com
BUSTAMANTE, P.C.
54 Rainey Street, No. 721
Austin, Texas 78701
Tel. 512.940.3753
Fax. 512.551.3773

Elizabeth A. Wiley
Texas State Bar No. 00788666
P.O. Box. 303280
Austin, Texas 78703-3280
Telephone: (512) 420.2387
Facsimile: (512) 551.0028
Email: lizwiley@wileyfirmpc.com

        /s/ Charles K. Verhoeven
        Charles K. Verhoeven

## CERTIFICATE OF AUTHORIZATION TO FILE UNDER SEAL

I hereby certify that the Court has previously entered a Stipulated Protective Order allowing documents to be filed under seal.

/s/  Charles K. Verhoeven
Charles K. Verhoeven