UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| PA ADVISORS, LLC,<br><br>           Plaintiff,<br><br>v.<br><br>GOOGLE INC., ET AL.<br><br>           Defendants. | Civil Action No. 2-07CV-480-DF<br><br>JURY TRIAL REQUESTED |

### UNOPPOSED MOTION TO ALLOW DAVID J. BECK AND MICHAEL E. RICHARDSON TO WITHDRAW AS COUNSEL OF RECORD FOR DEFENDANT GOOGLE INC.

Defendant Google Inc. ("Defendant") requests that the Court allow David J. Beck and Michael E. Richardson of Beck, Redden & Secrest, L.L.P. to withdraw as counsel of record for Defendant in this action. Defendant will continue to be represented by other counsel.

Plaintiff PA Advisors, LLC ("Plaintiff") does not oppose this motion.

WHEREFORE, Defendant requests that the Court enter an order withdrawing David J. Beck and Michael E. Richardson of Beck, Redden & Secrest, L.L.P. to withdraw as attorneys of record in this action.

Dated: December 11, 2009              Respectfully submitted,

                                      By: /s/ David J. Beck
                                           David J. Beck
                                           Texas Bar No. 00000070
                                           dbeck@brsfirm.com
                                      BECK, REDDEN & SECREST, L.L.P.
                                      One Houston Center
                                      1221 McKinney St., Suite 4500
                                      Houston, TX. 77010
                                      (713) 951-3700
                                      (713) 951-3720 (Fax)

                                      **ATTORNEY FOR DEFENDANT
                                      GOOGLE INC.**

OF COUNSEL:

Michael E. Richardson
Texas Bar No. 24002838
mrichardson@brsfirm.com
BECK, REDDEN & SECREST, L.L.P.
One Houston Center
1221 McKinney St., Suite 4500
Houston, Texas 77010
(713) 951-3700
(713) 951-3720 (Fax)

Charles K. Verhoeven,
California Bar No. 170151
charlesverhoeven@quinnemanuel.com
QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
50 California Street, 22nd Floor
San Francisco, CA 94111
(415) 875-6600
(415) 875-6700 (Fax)

Brian C. Cannon
California Bar No. 193071
briancannon@quinnemanuel.com
QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
555 Twin Dolphin Drive, Suite 560
Redwood Shores, CA 94065
(650) 801-5000
(650) 801-5100 (Fax)

## CERTIFICATE OF SERVICE

I hereby certify that counsel of record, who are deemed to have consented to electronic service in the above-referenced case, are being served this 11th day of December, 2009 with a copy of the above-document via the court's CM/ECF System per Local Rule CV-5(a)(3).

/s/ Michael E. Richardson
Michael E. Richardson

## CERTIFICATE OF CONFERENCE

Counsel for Defendant has conferred with Counsel for Plaintiff, Andrew Spangler, regarding the foregoing motion and Plaintiff is unopposed to same.

/s/ Michael E. Richardson
Michael E. Richardson