UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| PA ADVISORS, LLC, <br><br> Plaintiff, <br><br> v. <br><br> GOOGLE INC., ET AL. <br><br> Defendants. | Civil Action No. 2-07CV-480-DF <br><br> JURY TRIAL REQUESTED |

**ORDER GRANTING UNOPPOSED MOTION TO ALLOW DAVID J. BECK AND MICHAEL E. RICHARDSON TO WITHDRAW AS COUNSEL OF RECORD FOR DEFENDANT GOOGLE INC.**

Before the Court is an Unopposed Motion to Allow David J. Beck and Michael E. Richardson to Withdraw as Counsel of Record for Defendant Google Inc. The Court has determined that the motion should be GRANTED. It is hereby,

ORDERED that David J. Beck and Michael E. Richardson of Beck, Redden & Secrest, L.L.P. are withdrawn as counsel of record for Defendant Google Inc. in this matter.

1167.00002/447433.1