# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | | |
|---|---|---|
| **PA ADVISORS, LLC**, | § | |
| | § | |
| **Plaintiff,** | § | |
| | § | |
| v. | § | **CIVIL ACTION NO. 2:07-CV-480 DF** |
| | § | |
| **GOOGLE, INC., et al.,** | § | |
| | § | |
| **Defendants.** | § | |
| | § | |

## **O R D E R**

Before the Court is Defendant Google Inc.'s letter brief requesting permission to file a motion for summary judgment. Dkt. Nos. 314 & 315. Also before the Court are Plaintiff's response and Defendant's reply. Dkt. Nos. 318, 326, & 327. Defendant Google Inc.'s request for permission to file a motion for summary judgment is hereby **GRANTED** on all issues proposed.

Also before the Court is Defendant Yahoo! Inc.'s letter brief requesting permission to file a motion for summary judgment. Dkt. No. 297. Defendant Yahoo! Inc.'s request for permission to file a motion for summary judgment is hereby **GRANTED** on all issues proposed.

**IT IS SO ORDERED.**

**SIGNED this 14th day of December, 2009.**

_____
DAVID FOLSOM
UNITED STATES DISTRICT JUDGE