IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| PA ADVISORS, LLC, § § § **Plaintiff,** § v. § § GOOGLE, INC., et al., § § **Defendants.** § § | Civil Action No. 2:07-cv-480-DF<br><br>JURY TRIAL DEMANDED |

### PLAINTIFF'S ANSWER TO DEFENDANT GOOGLE INC.'S SECOND AMENDED COUNTERCLAIMS

Plaintiff PA Advisors, LLC ("PA Advisors") replies to the Counterclaims of Defendant Google Inc. ("Google") in its Second Amended Answer, Affirmative Defenses and Counterclaims to PA Advisors's Second Amended Complaint by corresponding paragraph number as follows:

### PARTIES

1.  Admitted.

2.  Denied that PA Advisors, LLC is a "corporation." Otherwise admitted.

### JURISDICTION AND VENUE

3.  Admitted.

4.  Admitted.

### COUNT I: Declaratory Judgment of Non-Infringement

5.  Paragraph 5 purports to incorporate by reference the allegations in paragraphs 1 through 22 of Google's Second Amended Answer and Affirmative

Defenses to PA Advisors, LLC's Second Amended Complaint and paragraphs 1 through 4 of its Counterclaims and is, therefore, improper and incapable of being admitted or denied. Subject to the foregoing, PA Advisors incorporates its responses to paragraphs 1 through 4 above and denies the merits of Google's allegations and defenses set forth in its Second Amended Answer and Affirmative Defenses to PA Advisors, LLC's Second Amended Complaint.

      6.      Admitted.

      7.      Admitted.

      8.      Denied.

**COUNT II: Declaratory Judgment of Invalidity and/or Unenforceability**

      9.      Paragraph 9 purports to incorporate by reference the allegations in paragraphs 1 through 22 of Google's Second Amended Answer and Affirmative Defenses to PA Advisors, LLC's Second Amended Complaint and paragraphs 1 through 8 of its Counterclaims and is, therefore, improper and incapable of being admitted or denied. Subject to the foregoing, PA Advisors incorporates its responses to paragraphs 1 through 8 above and denies the merits of Google's allegations and defenses set forth in its Second Amended Answer and Affirmative Defenses to PA Advisors, LLC's Second Amended Complaint.

      10.      Denied.

**COUNT III: Unenforceability**

      11.      Denied.

      12.      Admitted.

      13.      Admitted.

14. Admitted.

15. PA Advisors is without sufficient information to admit or deny that "[t]he International Search Report and each of the three U.S. Patents cited therein were material to the prosecution of the '067 Patent. PA Advisors admits that U.S. Patent 5,696,963 is entitled *System, Method and Computer Program Product for Searching Through an Individual Document and Group of Documents*, and was issued to inventor Don Ahn on December 9, 1997. Except as specifically admitted, the remaining allegations of Paragraph 15 are denied.

16. PA Advisors admits that U.S. Patent No. 5,761,662 is entitled *Personalized Information Retrieval Using User-Defined Profile*, and was issued to inventor Vasanthan S. Dasan on June 2, 1998. Except as specifically admitted, the remaining allegations of Paragraph 16 are denied.

17. PA Advisors admits that U.S. Patent No. 5,778,380 is entitled *Intelligent Resource Transformation Engine for Translating Files*, and was issued to inventor David M. Seifert on July 7, 1998. Except as specifically admitted, the remaining allegations of Paragraph 17 are denied.

18. PA Advisors admits that the International Search Report is dated April 12, 2000. PA Advisors further admits that Mr. Edward Etkin was an attorney of record prosecuting the '286 application. Except as specifically admitted, the remaining allegations of Paragraph 18 are denied.

19. Denied.

20. Denied.

21. Denied.

## EXCEPTIONAL CASE

22. Denied.

## RELIEF REQUESTED

23. To the extent necessary, Plaintiff denies that Google is entitled to the relief requested in its prayer for relief. In addition, to the extent necessary, Plaintiff denies any allegation in the counterclaims not specifically admitted above, and Plaintiff re-alleges infringement, enforceability, validity and its damages, and denies any allegations in the counterclaims adverse to same.

## PRAYER FOR RELIEF

PA Advisors respectfully requests that this Court enter judgment denying and dismissing Google's counterclaims, and that the Court enter judgment in favor of Plaintiff as requested in Plaintiff's complaint, as amended or supplemented.

Dated: December 14, 2009

Respectfully submitted,

BUSTAMANTE, P.C.

By: \s\ John M. Bustamante
John M. Bustamante
Texas Bar No. 24040618
BUSTAMANTE, P.C.
54 Rainey Street, No. 721
Austin, Texas 78701
Tel. 512.940.3753
Fax. 512.551.3773
jmb@BustamanteLegal.com

Andrew W. Spangler
LEAD COUNSEL
Spangler Law P.C.
208 N. Green Street, Suite 300
Longview, Texas 75601
(903) 753-9300
(903) 553-0403 (fax)
spangler@spanglerlawpc.com

David M. Pridham
Law Office of David Pridham
25 Linden Road
Barrington, Rhode Island 02806
(401) 633-7247
(401) 633-7247 (fax)
david@pridhamiplaw.com

Patrick R. Anderson
Patrick R. Anderson PLLC
4225 Miller Rd, Bldg. B-9, Suite 358
Flint, MI 48507
(810) 275-0751
(248) 928-9239 (fax)
patrick@prapllc.com

Marc A. Fenster, CA Bar No. 181067
CA Bar No. 181067
mfenster@raklaw.com
Andrew Weiss
CA Bar No. 232974
aweiss@raklaw.com
Adam Hoffman
CA Bar No. 218740
ahoffman@raklaw.com
RUSS, AUGUST & KABAT
12424 Wilshire Blvd., 12th Floor
Los Angeles, CA 90025
(310) 826-7474
(310) 826-6991 (fax)

Debera W. Hepburn
Texas Bar #24049568
Email: dhepburn@heplaw.com
HEPBURN LAW FIRM PLLC
P. O. Box 118218
Carrollton, Texas 75011
214/403-4882
888-205-8791 (fax)

Elizabeth A. Wiley
Texas State Bar No. 00788666
P.O. Box. 303280
Austin, Texas 78703-3280
Telephone: (512) 420.2387
Facsimile: (512) 551.0028
Email: lizwiley@wileyfirmpc.com

Kip Glasscock
Texas State Bar No. 08011000
**Kip Glasscock P.C.**
550 Fannin, Suite 1350
Beaumont, TX 77701
Tel: (409) 833-8822
Fax: (409) 838-4666
Email: kipglasscock@hotmail.com

Attorneys for Plaintiff PA Advisors, LLC

## **CERTIFICATE OF SERVICE**

      I certify that counsel of record who are deemed to have consented to electronic service are being served this 14th day of December, 2009, with a copy of this document via the Court's CM/ECF systems per Local Rule CV-5(a)(3).

                                        \s\ John M. Bustamante
                                          John M. Bustamante