UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| PA ADVISORS, LLC,<br><br>                Plaintiff,<br><br>v.<br><br>GOOGLE INC., ET AL.<br><br>                Defendants. | Civil Action No. 2-07CV-480-DF<br><br>JURY TRIAL REQUESTED |

## REQUEST FOR TERMINATION OF ELECTRONIC NOTICES

Now come David J. Beck and Michael E. Richardson of Beck, Redden & Secrest, L.L.P., and pursuant to Rule CV-11(f) request that the Clerk of this Court remove their names from the lists of persons authorized to receive electronic notices in this case.

Dated: December 15, 2009

Respectfully submitted,

By: /s/ David J. Beck
     David J. Beck
     Texas Bar No. 00000070
     dbeck@brsfirm.com
BECK, REDDEN & SECREST, L.L.P.
One Houston Center
1221 McKinney St., Suite 4500
Houston, TX. 77010
(713) 951-3700
(713) 951-3720 (Fax)

By: /s/ Michael E. Richardson
Michael E. Richardson
Texas Bar No. 24002838
mrichardson@brsfirm.com
BECK, REDDEN & SECREST, L.L.P.
One Houston Center
1221 McKinney St., Suite 4500
Houston, Texas 77010
(713) 951-3700
(713) 951-3720 (Fax)

## CERTIFICATE OF SERVICE

I hereby certify that counsel of record, who are deemed to have consented to electronic service in the above-referenced case, are being served this 15th day of December, 2009 with a copy of the above-document via the court's CM/ECF System per Local Rule CV-5(a)(3).

/s/ Michael E. Richardson
Michael E. Richardson

1167.00002/447703.1