## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF TEXAS
## MARSHALL DIVISION

| | | |
|---|---|---|
| PA ADVISORS, LLC | § | |
| | § | |
| vs. | § | CASE NO. 2:07-CV-480-DF |
| | § | |
| GOOGLE, INC., ET AL. | § | |

### **ORDER**

Pending before the court is the defendant Yahoo!, Inc.'s ("Yahoo") motion for protective order modification (Dkt. No. 295). Yahoo also sought the same changes to the protective order in *Bright Response LLC v. Google, Inc.*, No. 2:07-CV-371. On November 23, 2009, the court heard oral argument regarding Yahoo's motion for protective order modification in *Bright Response*; Yahoo's motion was denied. For the reasons set forth at the November 23 hearing, the court hereby DENIES Yahoo's motion for protective order modification in the instant case.

SIGNED this 16th day of December, 2009.

_____
CHARLES EVERINGHAM IV
UNITED STATES MAGISTRATE JUDGE