# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| PA ADVISORS, LLC, | ) |
| Plaintiff, | ) ) |
| v. | ) ) Civil Action No. 2-07-CV-480-DF |
| GOOGLE INC., et al. | ) ) |
| Defendants. | ) ) |

## **ORDER**

Before the Court is the Defendants' Agreed Motion for Leave to Amend Their Invalidity Contentions. The Court, having reviewed the motion, and being well-advised, finds that the motion should be GRANTED. It is therefore

ORDERED that the Defendants are granted leave serve their Amended Invalidity Contentions.

SO ORDERED.