## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## MARSHALL DIVISION

| | | |
|---|---|---|
| **PA ADVISORS, LLC,** | § | |
| | § | |
| **Plaintiff,** | § | |
| | § | |
| **v.** | § | **CIVIL ACTION NO. 2:07-CV-480** |
| | § | |
| **GOOGLE, INC., et al.,** | § | |
| | § | |
| **Defendants.** | § | |
| | § | |
| | § | |

## ORDER

The above-captioned case is hereby TRANSFERRED from the docket of the undersigned to the docket of the Honorable Randall R. Rader.

**IT IS SO ORDERED.**

**SIGNED this 18th day of December, 2009.**


_____
DAVID FOLSOM
UNITED STATES DISTRICT JUDGE