IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| PA ADVISORS, LLC, <br>     Plaintiff, <br><br> v. <br><br> GOOGLE, INC., et al., <br><br>     Defendants. | § § § § § § § § § § | Civil Action No. 2:07-cv-480-RRR <br><br> JURY TRIAL DEMANDED |

**nXn TECH, LLC'S NOTICE OF FILING
EMERGENCY MOTION TO COMPEL GOOGLE, INC.
TO PRODUCE COMPLETE SOURCE CODE AND PRODUCE DOCUMENTS
CONCERNING APPLIED SEMANTICS, INC. AND KALTIX CORPORATION
AND
<u>EMERGENCY MOTION FOR EXTENSION OF EXPERT REPORT DEADLINES</u>**

nXn Tech, LLC (f/k/a PA Advisors, LLC) ("nXn") respectfully files this notice to alert the Court that emergency relief is requested in the Motion entitled as indicated above given that (i) today Monday December 21, 2009 marks the close of the discovery period and Plaintiff nXn lacks complete source code for all the accused instrumentalities in this case (as to both Defendants); and (ii) nXn's deadline to serve expert reports on Yahoo!, Inc. ("Yahoo") and Google Inc. ("Google") (collectively, "Defendants"), also is today. Agreement as to an extended deadline has been reached with Google, but as of the time this motion is filed, no response has been obtained from counsel for Yahoo. In addition, the motion requests that this Court expedite its consideration of this motion by scheduling a hearing, if the Court's schedule permits, for <u>Monday December 28, 2009,</u> and requests the Court to order an expedited briefing schedule in light of that requested hearing date. Expedited consideration is requested given the importance of ensuring complete production of source code as soon as possible for nXn to properly prepare for trial and in light of upcoming deadlines, with jury selection set for March 2, 2010.

Dated: December 21, 2009

Respectfully submitted,

By: /s/ *Elizabeth A. Wiley*_____
Elizabeth A. Wiley

Andrew W. Spangler
LEAD COUNSEL
SPANGLER LAW P.C.
208 N. Green Street, Suite 300
Longview, Texas 75601
(903) 753-9300
(903) 553-0403 (fax)
spangler@spanglerlawpc.com

David M. Pridham
LAW OFFICE OF DAVID PRIDHAM
25 Linden Road
Barrington, Rhode Island 02806
(401) 633-7247
(401) 633-7247 (fax)
david@pridhamiplaw.com

John M. Bustamante
Texas Bar No. 24040618
BUSTAMANTE, P.C.
54 Rainey Street, No. 721
Austin, Texas 78701
Tel. 512.940.3753
Fax. 512.551.3773
Email:jmb@BustamanteLegal.com

Kip Glasscock
Texas State Bar No. 08011000
KIP GLASSCOCK P.C.
550 Fannin, Suite 1350
Beaumont, TX 77701
Tel: (409) 833-8822
Fax: (409) 838-4666
Email: kipglasscock@hotmail.com

Marc A. Fenster, CA Bar No. 181067
CA Bar No. 181067
mfenster@raklaw.com
Andrew Weiss
CA Bar No. 232974
aweiss@raklaw.com
Adam Hoffman
CA Bar No. 218740
ahoffman@raklaw.com
RUSS, AUGUST & KABAT
12424 Wilshire Blvd., 12th Floor
Los Angeles, CA 90025
(310) 826-7474
(310) 826-6991 (fax)

Patrick R. Anderson
PATRICK R. ANDERSON PLLC
4225 Miller Rd, Bldg. B-9, Suite 358
Flint, MI 48507
(810) 275-0751
(248) 928-9239 (fax)
patrick@prapllc.com

Debera W. Hepburn,
Texas Bar No. 24049568
HEPBURN LAW FIRM PLLC
P.O. Box 118218
Carrollton, TX 75011
Telephone: 214/403-4882
Facsimile: 888/205-8791
Email: dhepburn@heplaw.com

Elizabeth A. Wiley
Texas State Bar No. 00788666
THE WILEY FIRM PC
P.O. Box. 303280
Austin, Texas 78703-3280
Telephone: (512) 420.2387
Facsimile: (512) 551.0028
Email: lizwiley@wileyfirmpc.com

## **CERTIFICATE OF SERVICE**

I certify that the foregoing Notice of Plaintiff nXn was served on all counsel of record by the Court's CM/ECF system on this 21st day of December, 2009, whereas the actual motion and exhibits are filed under seal and served only on counsel for Google pursuant to Rule 5 of the Federal Rules of Civil Procedure.

\s\ Elizabeth A. Wiley
Elizabeth A. Wiley