# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| **PA ADVISORS, LLC**<br><br>                                  **Plaintiff,**<br><br>      v.<br><br>**GOOGLE INC., et al.,**<br><br>                                  **Defendants.** | Civil Action No. 2:07-cv-480-RRR<br><br>JURY |

## NOTICE OF APPEARANCE

Notice is hereby given that the undersigned attorney, Alexander C. Giza, enters his appearance in the above-referenced proceedings for the Plaintiff, nXn Tech, LLC f/k/a PA Advisors, LLC ("nXn"). nXn respectfully requests that the Court take note of this Notice of Appearance and make Alexander C. Giza one of the attorneys of record for nXn in this lawsuit. Copies of all communications and other documents should be e-mailed or faxed to Alexander C. Giza at the address set forth below.

Dated: December 21, 2009            Respectfully submitted,

                                                          By:   /s/s Alexander C. Giza
                                                         Alexander C. Giza, CA Bar No. 212327
                                                         E-mail: agiza@raklaw.com
                                                         RUSS, AUGUST & KABAT
                                                         12424 Wilshire Boulevard, 12th Floor
                                                         Los Angeles, California 90025
                                                         Telephone: 310/826-7474
                                                         Facsimile: 310/826-6991

                                                         **Attorneys for Plaintiff**
                                                         **nXn TECH, LLC f/k/a PA Advisors, LLC**

## CERTIFICATE OF SERVICE

      I hereby certify that the counsel of record who are deemed to have consented to electronic service are being served on December 21, 2009 with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3). Any other counsel of record will be served by electronic mail, facsimile transmission and/or first class mail on this same date.

Dated: December 21, 2009             /s/ Alexander C. Giza
                                                        Alexander C. Giza