# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

**PA ADVISORS LLC**

**v.**　　　　　　　　　　　　　　　　NO. 2:07-CV-480

**GOOGLE INC., et al.**

## JOINT MOTION TO EXTEND DEADLINES AND AGREEMENT ON TIME ALLOWED TO RESPOND TO DAUBERT MOTIONS

The parties hereby jointly move the Court to extend the following deadlines:

| Event | Current Deadline | Proposed Extended Deadline |
|---|---|---|
| Deadline for disclosure of expert testimony on issues for which a party bears the burden of proof. | December 21, 2009 | January 4, 2010 |
| Deadline for disclosure of rebuttal expert testimony. | January 13, 2010 | January 27, 2010 |
| Deadline for completion of expert discovery. | January 29, 2010 | February 8, 2010 |
| Deadline for filing all *Daubert* motions. | February 5, 2010 | February 12, 2010 |
| Deadline for objections to other parties' expert witnesses. | February 5, 2010 | February 12, 2010 |
| Deadline for filing dispositive motions, including motions on invalidity and unenforceability | January 15, 2010 | February 12, 2010 |
| Deadline for response to dispositive motions, including motions on invalidity and unenforceability | | 10 days from the date the motion was served. |
| Deadline for reply to response to dispositive motions, including motions on invalidity and unenforceability | | 5 days from the date the response was served. |
| Deadline for response to Daubert motions. | | 10 days from the date the motion was served. |
| Deadline for reply to response to Daubert motions. | | 5 days from the date the response was served. |

1

The requested extensions will not affect the other deadlines in the Court's Docket Control Order.

WHEREFORE, the parties jointly respectfully move the Court to extend the deadlines and set the time allowed for responding to Daubert motions as set forth above.

December 21, 2009                    \s\ *Debera Hepburn*_____

                                     Andrew W. Spangler – LEAD COUNSEL
                                     Spangler Law P.C.
                                     208 N. Green Street, Suite 300
                                     Longview, Texas 75601
                                     (903) 753-9300
                                     (903) 553-0403 (fax)
                                     spangler@spanglerlawpc.com

                                     David M. Pridham
                                     Law Office of David Pridham
                                     25 Linden Road
                                     Barrington, Rhode Island 02806
                                     (401) 633-7247
                                     (401) 633-7247 (fax)
                                     david@pridhamiplaw.com

                                     Patrick R. Anderson
                                     Patrick R. Anderson PLLC
                                     4225 Miller Rd, Bldg. B-9, Suite 358
                                     Flint, MI 48507
                                     (810) 275-0751
                                     (248) 928-9239 (fax)
                                     patrick@prapllc.com

                                     Marc A. Fenster, CA Bar No. 181067
                                     CA Bar No. 181067
                                     mfenster@raklaw.com
                                     Andrew Weiss
                                     CA Bar No. 232974
                                     aweiss@raklaw.com
                                     Adam Hoffman
                                     CA Bar No. 218740
                                     ahoffman@raklaw.com
                                     RUSS, AUGUST & KABAT

12424 Wilshire Blvd., 12th Floor
Los Angeles, CA 90025
(310) 826-7474
(310) 826-6991 (fax)

Debera W. Hepburn
Tx Bar #24049568
Email: dhepburn@heplaw.com
HEPBURN LAW FIRM PLLC
P. O. Box 118218
Carrollton, Texas 75011
214/403-4882
888-205-8791 (fax)

John M. Bustamante
John M. Bustamante
Texas Bar No. 24040618
BUSTAMANTE, P.C.
54 Rainey Street, No. 721
Austin, Texas 78701
Tel. 512.940.3753
Fax. 512.551.3773
jmb@BustamanteLegal.com

Elizabeth A. Wiley
Texas State Bar No. 00788666
P.O. Box. 303280
Austin, Texas 78703-3280
Telephone: (512) 420.2387
Facsimile: (512) 551.0028
Email: lizwiley@wileyfirmpc.com

Kip Glasscock
Texas State Bar No. 08011000
**Kip Glasscock P.C.**
550 Fannin, Suite 1350
Beaumont, TX 77701
Tel: (409) 833-8822
Fax: (409) 838-4666
Email: kipglasscock@hotmail.com

*Attorneys for PA Advisors, LLC*


Brian C. Cannon
California Bar No. 193071

briancannon@quinnemanuel.com
Andrea Pallios Roberts
andreaproberts@quinnemanuel.com
Quinn Emanuel Urquhart Oliver & Hedges, LLP
555 Twin Dolphin Drive, Suite 560
Redwood Shores, CA 94065
Tel.: (650) 801-5000
Fax: (650) 801-5100

Charles K. Verhoeven
California Bar No. 170151
charlesverhoeven@quinnemanuel.com
David A. Perlson
davidperlson@quinnemanuel.com
Alison E. Monahan
alisonmonahan@quinnemanuel.com
Quinn Emanuel Urquhart Oliver & Hedges, LLP
50 California Street, 22nd Floor
San Francisco, CA 94111
Tel.: (415) 875-6600
Fax: (415) 875-6700

Harry Lee Gillam, Jr.
Melissa Richards Smith
Gillam & Smith, LLP
303 South Washington Avenue
Marshall, TX 75670
Tel.: (903) 934-8450
Fax: (903) 934-9257

*Attorneys for Defendant Google Inc.*

Jason C. White
HOWREY LLP
321 N. Clark, Suite 3400
Chicago, IL 60654
Tel: 312.595.1239
Fax: 312.595.2250
Email: whitej@howrey.com

Jennifer Doan
Joshua Reed Thane
John Scott Andrews
HALTOM & DOAN
Crown Executive Center, Suite 100
6500 Summerhill Road

Texarkana, Texas 75503
Tel: 903.255.1002
Fax: 903.255.0800
Email: jdoan@haltomdoan.com
Email: sandrews@haltomdoan.com
Email: jthane@haltomdoan.com

***Attorneys for Defendant Yahoo! Inc***

# CERTIFICATE OF SERVICE

I hereby certify that the counsel of record who are deemed to have consented to electronic service are being served today with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3). Any other counsel of record will be served by electronic mail, facsimile transmission and/or first class mail on this same date.

Dated: December 21, 2009                */s/ Debera Hepburn*
                                        Debera Hepburn