# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| PA ADVISORS LLC<br><br>v.<br><br>GOOGLE INC., et al. | NO. 2:07-CV-480 |

## ORDER GRANTING JOINT MOTION TO EXTEND DEADLINES AND AGREEMENT ON TIME ALLOWED TO RESPOND TO DAUBERT MOTIONS

Having considered the parties' Joint Motion to Extend Deadlines and Agreement on Time Allowed to Respond to Daubert Motions, the Court hereby GRANTS said Motion. It is therefore ORDERED that the Court's Docket Control Order (Dkt. 300) is modified as follows:

| Event | Current Deadline | Proposed Extended Deadline |
|---|---|---|
| Deadline for disclosure of expert testimony on issues for which a party bears the burden of proof. | December 21, 2009 | January 4, 2010 |
| Deadline for disclosure of rebuttal expert testimony. | January 13, 2010 | January 27, 2010 |
| Deadline for completion of expert discovery. | January 29, 2010 | February 8, 2010 |
| Deadline for filing all *Daubert* motions. | February 5, 2010 | February 12, 2010 |
| Deadline for objections to other parties' expert witnesses. | February 5, 2010 | February 12, 2010 |
| Deadline for filing dispositive motions, including motions on invalidity and unenforceability | January 15, 2010 | February 12, 2010 |
| Deadline for response to dispositive motions, including motions on invalidity and unenforceability | | 10 days from the date the motion was served. |
| Deadline for reply to response to dispositive motions, including motions on invalidity and unenforceability | | 5 days from the date the response was served. |
| Deadline for response to Daubert | | 10 days from the date the motion |

| | | |
|---|---|---|
| motions. | | was served. |
| Deadline for reply to response to Daubert motions. | | 5 days from the date the response was served. |