IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| PA ADVISORS, LLC | |
| v. | No. 2:07-cv-480 |
| GOOGLE INC., ET AL | JURY |

## **NOTICE OF APPEARANCE**

Notice is hereby given that the undersigned attorney, Alan Brooks, enters his appearance in the above-referenced proceedings for the Plaintiff, PA Advisors, LLC ("PA"). PA respectfully requests that the Court take note of this Notice of Appearance and make Alan Brooks one of the attorneys of record for PA in this lawsuit. Copies of all communications and other documents should be e-mailed to Alan Brooks at the address set forth below.

Dated: December 23, 2009

Respectfully submitted,

**PA ADVISORS, LLC**

By: */s/ Alan Brooks*
Alan Brooks
Texas State Bar No. 24064952
Alan Brooks Law Firm, PLLC
1317 California Pkwy. South
Fort Worth, Texas 76134
Telephone: (682) 521-0692
Email: alan@alanbrookspllc.com

**Attorney for Plaintiff**
**PA ADVISORS, LLC**

## CERTIFICATE OF SERVICE

I hereby certify that the counsel of record who are deemed to have consented to electronic service are being served today with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3). Any other counsel of record will be served by electronic mail, facsimile transmission and/or first class mail on this same date.


Dated: December 23, 2009                /s/ *Alan Brooks*