# EXHIBIT A

# Source Code Inspection Log
## PA Advisors, LLC v. Google, Inc., et al; Bright Response, LLC v. Google, Inc., et al.

| Date | Party | Name | Time In | Time Out | Comments |
|---|---|---|---|---|---|
| 7/27/2009 | Google | Claudia Porter | 9:00am | 12:00pm | |
| | Google | Claudia Porter | 1:00pm | 7:00pm | |
| | Google | Ari Rafilson | 9:00am | 12:00pm | |
| | Google | Ari Rafilson | 1:00pm | 7:00pm | |
| 7/28/2009 | Google | Claudia Porter | 8:00am | 12:00pm | |
| | Google | Claudia Porter | 1:00pm | 6:00pm | |
| | Google | Ari Rafilson | 8:00am | 12:00pm | |
| | Google | Ari Rafilson | 1:00pm | 6:00pm | |
| 7/29/2009 | Google | Claudia Porter | 8:00am | 12:00pm | |
| | Google | Claudia Porter | 1:00pm | 5:00pm | |
| | Google | Ari Rafilson | 8:00am | 12:00pm | |
| | Google | Ari Rafilson | 1:00pm | 5:00pm | |
| 8/24/2009 | Google | Claudia Porter | 8:00am | 12:00pm | Google provided wrong code |
| | Google | Claudia Porter | 1:00pm | 3:00pm | Google provided wrong code |
| | Google | Ari Rafilson | 8:00am | 12:00pm | Google provided wrong code |
| | Google | Ari Rafilson | 1:00pm | 3:00pm | Google provided wrong code |
| 8/31/2009 | Google | Claudia Porter | 8:00am | 6:00pm | |
| | Google | Ari Rafilson | 8:30am | 11:30am | |
| | Google | Ari Rafilson | 12:30pm | 6:00pm | |
| 9/1/2009 | Google | Claudia Porter | 8:00am | 6:00pm | |
| | Google | Ari Rafilson | 8:30am | 11:30am | |
| | Google | Ari Rafilson | 12:30pm | 6:00pm | |
| 9/2/2009 | Google | Claudia Porter | 8:00am | 6:00pm | |
| | Google | Ari Rafilson | 8:30am | 11:30am | |
| | Google | Ari Rafilson | 12:30pm | 6:00pm | |
| 9/3/2009 | Google | Claudia Porter | 8:00am | 5:00pm | |
| | Google | Ari Rafilson | 8:30am | 11:30am | |
| | Google | Ari Rafilson | 12:30pm | 6:00pm | |
| 9/4/2009 | Google | Claudia Porter | 8:00am | 1:00pm | |
| | Google | Ari Rafilson | 8:30am | 11:30am | |
| | Google | Ari Rafilson | 12:30pm | 6:00pm | |
| 9/7/2009 | Google | Claudia Porter | 8:00am | 6:00pm | |
| 9/8/2009 | Google | Claudia Porter | 8:00am | 6:00pm | |
| 9/9/2009 | Google | Claudia Porter | 8:00am | 6:00pm | |
| 9/10/2009 | Google | Claudia Porter | 8:00am | 6:00pm | |

# Source Code Inspection Log
## PA Advisors, LLC v. Google, Inc., et al; Bright Response, LLC v. Google, Inc., et al.

| Date | Party | Name | Time In | Time Out | Comments |
|---|---|---|---|---|---|
| 9/11/2009 | Google | Claudia Porter | 8:00am | 4:00pm | |
| 9/14/2009 | Google | Claudia Porter | 8:00am | 5:00pm | |
| 9/15/2009 | Google | Claudia Porter | 8:00am | 6:00pm | |
| | Google | Ari Rafilson | 8:00am | 11:30am | |
| | Google | Ari Rafilson | 12:30pm | 6:00pm | |
| 9/16/2009 | Google | Claudia Porter | 8:00am | 6:00pm | Google provided wrong code |
| | Google | Ari Rafilson | 8:00am | 11:30am | |
| | Google | Ari Rafilson | 12:30pm | 6:00pm | |
| 9/17/2009 | Google | Claudia Porter | 8:00am | 1:00pm | |
| | Google | Ari Rafilson | 8:00am | 11:30am | |
| | Google | Ari Rafilson | 12:30pm | 6:00pm | |
| 9/30/2009 | Google | Claudia Porter | 8:00am | 12:00pm | |
| | Google | Claudia Porter | 1:00pm | 6:00pm | |
| | Google | Ari Rafilson | 8:00am | 12:00pm | |
| | Google | Ari Rafilson | 1:00pm | 6:00pm | |
| 10/1/2009 | Google | Claudia Porter | 8:00am | 2:00pm | |

Google Source Code Room Review Hours

| Date | Reviewer | In | Out |
|---|---|---|---|
| 10/27/09 | Claudia Porter | 12 p.m. | 6 p.m. |
| 10/28/09 | Claudia Porter | 8 a.m. | 6 p.m. |
| 10/29/09 | Claudia Porter | 8 a.m. | 12:30 p.m. |
| 11/12/09 | Claudia Porter | 8 a.m. | 5:30 p.m. |
| 11/13/09 | Claudia Porter | 8 a.m. | 5:30 p.m. |
| 12/7/09 | Claudia Porter | 12 p.m. | 5:30 p.m. |
| 12/8/09 | Claudia Porter | 8:30 a.m. | 5:30 p.m. |
| 12/9/09 | Claudia Porter | 8:15 a.m. | 5:30 p.m. |
| 12/10/09 | Claudia Porter | 8:15 a.m. | 5:30 p.m. |
| 12/11/09 | Claudia Porter | 8:15 a.m. | 12:30 p.m. |
| 12/14/09 | Claudia Porter | 8:15 a.m. | 5:30 p.m. |
| 12/15/09 | Claudia Porter | 8:30 a.m. | 5:30 p.m. |
| 12/16/09 | Claudia Porter | 8:15 a.m. | 5:30 p.m. |
| 12/17/09 | Claudia Porter | 8:15 a.m. | 5:30 p.m. |
|  | Tom Rhyne | 1:30 p.m. | 2:00 p.m. |
|  | Patrick Anderson | 1:30 p.m. | 2:00 p.m. |
|  | John Bustamante | 1:30 p.m. | 2:00 p.m. |
|  | Patrick Anderson | 4:30 p.m. | 6 p.m. |
|  | John Bustamante | 4:30 p.m. | 6 p.m. |
| 12/18/09 | Claudia Porter | 8:15 a.m. | 3:30 p.m. |
| 12/21/09 | Andrew Weiss | 8:35 a.m. | 6:15 p.m. |
| 12/22/09 | Andrew Weiss | 8:30 a.m. | 10:05 p.m. |
| 12/22/09 | Alex Giza | 8:30 a.m. | 10:05 p.m. |
| 12/23/09 | Andrew Weiss | 8:35 a.m. | 9:45 p.m. |
|  | Alex Giza | 8:35 a.m. | 6:05 p.m. |
| 12/28/09 | Andrew Weiss | 9:10 a.m. | 11:30 a.m. |
|  |  | 4:45 p.m. | 9:15 p.m. |
|  | Dan Manheim | 8:35 a.m. | 11:45 a.m. |
|  |  | 4:50 p.m. | 9:15 p.m. |
|  | Barbara Welch | 9:10 a.m. | 11:45 a.m. |
| 12/29/09 | Andrew Weiss | 8:45 a.m. | 6:30 p.m. |
|  | Dan Manheim | 8:45 a.m. | 6:30 p.m. |
|  | Andrew Weiss | 8:00 p.m. | 9:55 p.m. |
|  | Dan Manheim | 8:00 p.m. | 9:55 p.m. |
| 12/30/09 | Andrew Weiss | 8:40 a.m. | 9:45 p.m. |
|  | Dan Manheim | 8:40 a.m. | 9:45 p.m. |