IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

PA ADVISORS, LLC,
Plaintiff,

v.

GOOGLE, INC., et al.,
Defendants.

Case No. 2:07-cv-480 (RRR)

**Jury Trial Demanded**

## ORDER SETTING BRIEFING SCHEDULE ON MOTION FOR LEAVE TO AMEND INFRINGEMENT CONTENTIONS

Defendants are requested to submit any response to plaintiff's motion for leave to amend infringement contentions by **WEDNESDAY, JANUARY 20, 2010, AT NOON**. Any reply should be filed by **FRIDAY, JANUARY 22, 2010, AT NOON**.

It is SO ORDERED.

SIGNED this 15th day of January, 2010.

_____
RANDALL R. RADER
UNITED STATES CIRCUIT JUDGE (sitting by designation)