# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## MARSHALL DIVISION

Dockets.Justia.com

PA ADVISORS, LLC,
Plaintiff,

v.

GOOGLE, INC., et al.,
Defendants.

Case No. 2:07-cv-480 (RRR)

**Jury Trial Demanded**

## ORDER SETTING BRIEFING SCHEDULE ON MOTION FOR LEAVE TO AMEND INFRINGEMENT CONTENTIONS

Defendants are requested to submit any response to plaintiff's motion for leave to amend infringement contentions by WEDNESDAY, JANUARY 20, 2010, AT NOON. Any reply should be filed by FRIDAY, JANUARY 22, 2010, AT NOON.

It is SO ORDERED.

SIGNED this 15th day of January, 2010.

RANDALL R. RADER

UNITED STATES CIRCUIT JUDGE (sitting by designation)