UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| PA ADVISORS, L.L.C., <br><br> Plaintiff, <br><br> v. <br><br> GOOGLE INC., et al., <br><br> Defendants. | Civil Action No. 2:07-CV-480 RRR <br><br> **JURY TRIAL DEMANDED** |

# ORDER GRANTING GOOGLE INC.'S MOTION FOR SUMMARY JUDGEMENT OF NONINFRINGEMENT BASED ON DIVIDED INFRINGEMENT

Having considered Google Inc.'s Motion for Summary Judgement, the Court is of the opinion that the same should be granted.

It is therefore ORDERED that Google Inc's Motion for Summary Judgement of Noninfringement Based on Divided Infringement is hereby GRANTED.