# Exhibit E
# Filed Under Seal
Expert Report of Dr. V. Thomas Rhyne