Exhibit A

| | |
|---|---|
| PA ADVISORS, LLC,<br><br>Plaintiff,<br><br><br>GOOGLE INC., ET AL.,<br><br>Defendants. | CASE NO. 2-07-CV-480-RRR |

## **DECLARATION OF JENNIFER H. DOAN**

I, Jennifer H. Doan, declare under penalty of perjury as follows:

1. I am over the age of eighteen (18), and I am competent to testify in the matters discussed herein. I have personal knowledge of the matters stated in this declaration, and they are true and correct.

2. On December 16, 2009, Plaintiff and Yahoo! participated in an in-person meet and confer in Dallas, Texas regarding a number of discovery related issues.

3. During the in-person meet and confer, Plaintiff announced that it would serve amended infringement contentions on Yahoo! on December 21, 2009. Yahoo! advised Plaintiff that it would agree to allow Plaintiff to serve amended infringement contentions on December 21, 2009 to the extent, and only to the extent, Plaintiff had a good faith basis to amend pursuant to P.R. 3-6(a). Counsel for Plaintiff, Andrew Spangler, informed Yahoo! that its amended contentions would be based on other grounds, not solely pursuant to 3-6(a). Yahoo did not agree to this request as 1) Plaintiff could not explain the basis or the substance of the amendment, and 2) the proposed date was the final day of discovery. As such, the issue was opposed.

4. Plaintiff never moved for leave to amend its infringement contentions; instead, it merely served new contentions on December 21, 2009 – the last day of discovery.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on January 20, 2010.

_____
Jennifer H. Doan