# Exhibit B
# Filed Under Seal
NXN Tech, LLC's Amended Disclosure of Asserted Claims and Infringement Contentions Against Yahoo

Dockets.Justia.com