Exhibit C

Dockets.Justia.com

# Jennifer Doan

**From:** Liz Wiley [lizwiley@wileyfirmpc.com]
**Sent:** Tuesday, January 12, 2010 10:26 AM
**To:** Scott Andrews
**Cc:** Jennifer Doan
**Subject:** RE: Activity in Case 2:07-cv-00480-RRR PA Advisors, LLC v. Google Inc. et al Sealed Motion

Scott:

Thank you for your email.

The documents include references to source code issues with regard to Google only, and relate only to the Google Motion to Strike Infringement Contentions and PA Advisors' Response thereto—all of which was filed under seal given the source code issues. Therefore, this motion was served only on Google counsel. The motion concerns the issues discussed at the January 7 hearing with Judge Rader, in which Judge Rader stated he would entertain such a motion for leave from PA Advisors with regard to the Google Motion to Strike Infringement Contentions.

I see now that the style of the document does not convey this information; I apologize for any confusion.

The filing this morning relates to my correspondence with Google counsel last night, in which I indicated one of the exhibits would not upload due to encryption on it from the court reporter. Court staff resolved that issue this morning. Please let me know if you have any questions.

Regards,


**Liz Wiley**
**The Wiley Firm PC**
P.O. Box 303280
Austin, Texas 78703-3280
tel 512.560.3480 (mobile)
fax 512.551.0028
lizwiley@wileyfirmpc.com


---

**From:** Scott Andrews [mailto:sandrews@haltomdoan.com]
**Sent:** Tuesday, January 12, 2010 9:29 AM
**To:** lizwiley@wileyfirmpc.com
**Cc:** Jennifer Doan
**Subject:** FW: Activity in Case 2:07-cv-00480-RRR PA Advisors, LLC v. Google Inc. et al Sealed Motion

Elizabeth:

Please send me a service copy of the documents filed under seal last night and this morning. Thank you.

Regards,

Scott

From: txedCM@txed.uscourts.gov [mailto:txedCM@txed.uscourts.gov]
Sent: Monday, January 11, 2010 9:19 PM
To: txedcmcc@txed.uscourts.gov
Subject: Activity in Case 2:07-cv-00480-RRR PA Advisors, LLC v. Google Inc. et al Sealed Motion

This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.
***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

## U.S. District Court [LIVE]

## Eastern District of TEXAS

## Notice of Electronic Filing

The following transaction was entered by Wiley, Elizabeth on 1/11/2010 at 9:18 PM CST and filed on 1/11/2010

**Case Name:** PA Advisors, LLC v. Google Inc. et al
**Case Number:** 2:07-cv-480
**Filer:** PA Advisors, LLC
**Document Number:** 350

Docket Text:
**SEALED MOTION *FOR LEAVE* by PA Advisors, LLC. (Attachments: # (1) Affidavit, # (2) Exhibit A, # (3) Exhibit B, # (4) Exhibit C, # (5) Exhibit D, # (6) Exhibit E, # (7) Exhibit F, # (8) Exhibit G, # (9) Exhibit H, # (10) Exhibit I, # (11) Exhibit J)(Wiley, Elizabeth)**

**2:07-cv-480 Notice has been electronically mailed to:**

Adam S Hoffman    ahoffman@raklaw.com

Alan Wayne Brooks    alan@alanbrookspllc.com

Alexander Chester Giza    agiza@raklaw.com, cmoore@irell.com

Alison E Monahan    alisonmonahan@quinnemanuel.com, susanneglobig@quinnemanuel.com

Amy Elizabeth LaValle (Terminated)    alavalle@gibsondunn.com

Andrea Pallios Roberts    andreaproberts@quinnemanuel.com, sandramontoya@quinnemanuel.com

Andrew D Weiss    aweiss@raklaw.com, njones@raklaw.com

Andrew Wesley Spangler   spangler@spanglerlawpc.com, kmurray@spanglerlawpc.com

Brian C Cannon   briancannon@quinnemanuel.com, andreaproberts@quinnemanuel.com, annellebosio@quinnemanuel.com, lindahan@quinnemanuel.com

Charles K Verhoeven   charlesverhoeven@quinnemanuel.com

David A Perlson   davidperlson@quinnemanuel.com, josephleroy@quinnemanuel.com, westonreid@quinnemanuel.com

David J Beck (Terminated)   dbeck@brsfirm.com, rtimmermeyer@brsfirm.com

David Michael Pridham   david@PridhamIPLaw.com, amie@PridhamIPLaw.com, kena@PridhamIPLaw.com, laura@PridhamIPLaw.com

Debera Wells Hepburn   dhepburn@hepburnlawfirm.com

Elizabeth Stoebner Wiley   lizwiley@wileyfirmpc.com

Eric M. Albritton (Terminated)   ema@emafirm.com, amh@emafirm.com, ecfdocket@emafirm.com, ked@emafirm.com, rew@emafirm.com

Harold Kip Glasscock , Jr   kipglasscock@hotmail.com

Harry Lee Gillam , Jr   gil@gillamsmithlaw.com, janet@gillamsmithlaw.com

Jason C White   whitej@howrey.com, chicagolitdocket@howrey.com, hodgsona@howrey.com, sherwins@howrey.com, smithbrian@howrey.com

Jennifer Haltom Doan   jdoan@haltomdoan.com, pgolden@haltomdoan.com

John Marcus Bustamante   jmb@bustamantelegal.com

John Scott Andrews   sandrews@haltomdoan.com, lburks@haltomdoan.com, mthornberry@haltomdoan.com, tfoster@haltomdoan.com

Joseph Diamante (Terminated)   jdiamante@stroock.com

Joshua Reed Thane   jthane@haltomdoan.com, lburks@haltomdoan.com, ndaily@haltomdoan.com, tfoster@haltomdoan.com

Marc A Fenster   mfenster@raklaw.com, jflor@raklaw.com, nwilson@raklaw.com

Melissa Richards Smith   melissa@gillamsmithlaw.com, johnnie@gillamsmithlaw.com

Michael Ernest Richardson (Terminated)   mrichardson@brsfirm.com, gfuller@brsfirm.com

Patrick Rolf Anderson   patrick@prapllc.com, paralegal@prapllc.com

Stanley H Thompson , Jr   sthompson@raklaw.com, jflor@raklaw.com

William C Rooklidge    rooklidgew@howrey.com, wilsons@howrey.com

**2:07-cv-480 Notice will not be electronically mailed to:**

Albert J Pirro(Terminated)
350 Fifth Ave
Suite 7912
New York, NY 10118

Jonathan Lee Riches(Terminated)
40948-018
FCI Williamsburg
P.O. Box 340
Salters, SC 29590

The following document(s) are associated with this transaction:

**Document description:**Main Document
**Original filename:**n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1041545818 [Date=1/11/2010] [FileNumber=6215245-0
] [77d7f4dd1855a1cec620529c4102468c0a91dadb0a00074fc1ba386f40019cec39e
456f95a9551bdb76592b8a86bfb4b80a93988ea3ffe9affa0d232bc841074]]
**Document description:**Affidavit
**Original filename:**n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1041545818 [Date=1/11/2010] [FileNumber=6215245-1
] [456a84e612d63fc9ee0358e69d3ea322d6af6cf61506d7b13b8d4206914c87366d1
7bd278847cc31d562235d9f2a24868160db85b2d089e3f235df1fd7aeebbf]]
**Document description:**Exhibit A
**Original filename:**n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1041545818 [Date=1/11/2010] [FileNumber=6215245-2
] [97e05a61181b10cbebb5e5e1c8d9b4e3b213fc4b3dacc3a7c6cececc834230ddc8f
05eb3c06c073ab62883fc93656b4ba61aa3cc3ecde5c389c5b79842bcc27b]]
**Document description:**Exhibit B
**Original filename:**n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1041545818 [Date=1/11/2010] [FileNumber=6215245-3
] [bb4f5ba149589c620297d1f7d8d68fb4b96654a1f763d67754df224287d307afad5
7f54afcd386d78b1045e1f3094d0a9c02bb9d24b0b2a8fa99b2d9d7c2782a]]
**Document description:**Exhibit C
**Original filename:**n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1041545818 [Date=1/11/2010] [FileNumber=6215245-4
] [bb2c5370a4544d78131d1241e8c532bbacf575231e1bfb2a356b8e5643dc42fe257
a355373cba6724cee39311a62dfb44ebccc7ab519aca55d23a1db0f94d298]]
**Document description:**Exhibit D
**Original filename:**n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1041545818 [Date=1/11/2010] [FileNumber=6215245-5

] [a56563f55f7fcf120d90ff5fe899c0476f27812d85167b80e0f18389d852303bd46
865e82a3736277aea371fcd9d0a66b0e0ded18716e31eba868730a0bfeedf]]
**Document description:**Exhibit E
**Original filename:**n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1041545818 [Date=1/11/2010] [FileNumber=6215245-6
] [a0216d2d0794a6c63d3c4b6c2359f999bcbac71fa74a5d9fb3bbe55e4425bc40fa0
57b224d16db3c60034b27f327e21ffafec0ae278f60a44bb8ad8074a996a5]]
**Document description:**Exhibit F
**Original filename:**n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1041545818 [Date=1/11/2010] [FileNumber=6215245-7
] [0d2d133872fdc60022b696f018fc71d91af72cae16838e719c3b258b167868868d4
354365ba7ef16b23bdd2272ee36ceab577236022d2297ce25d195d1d71160]]
**Document description:**Exhibit G
**Original filename:**n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1041545818 [Date=1/11/2010] [FileNumber=6215245-8
] [69930480433cdbce4d2c71c4668f31b47dea910e3f7d9b07625dadbfe92ed003b9f
c892444f753ea119b7792fc3c597de03a7593c5bdbb7b65a62517ebe248f1]]
**Document description:**Exhibit H
**Original filename:**n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1041545818 [Date=1/11/2010] [FileNumber=6215245-9
] [b04e8dfc603ecaf5ddb6b1ee2a1f1dca0af24379d2875ceaeeefb32ca67bf0a20fd
f85e8a1a3de0c84923f20ee77c5011e238777d5e55064f8badb64f6a1eed4]]
**Document description:**Exhibit I
**Original filename:**n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1041545818 [Date=1/11/2010] [FileNumber=6215245-1
0] [b12e0c465e0fb296f4aa7babc30aa881fdb9ec3b3ba6f024b9b6a6c80de578e04e
ac05fa7997f0c4b2a5b5d3f6d5c299fd6a4e86e39465fc737ec5a5d78b0712]]
**Document description:**Exhibit J
**Original filename:**n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1041545818 [Date=1/11/2010] [FileNumber=6215245-1
1] [89c762d962a3b3f9e14999f746502702c3a6f9f8eb0a585749a9f54ff5697a6701
92099aa63c9cd8db6dec5746693dccaff04a352d7608dc7a55b8307261cf93]]