IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| PA ADVISORS, LLC, | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No. 2:07-cv-480-RRR |
| | § | |
| GOOGLE INC., et al., | § | |
| | § | JURY TRIAL DEMANDED |
| Defendants. | § | |
| | § | |

## AGREED MOTION REQUESTING THAT
## MARCH 1, 2010 FINAL PRE-TRIAL CONFERENCE OCCUR IN WASHINGTON, D.C.

Plaintiff nXn Tech, LLC (f/k/a PA Advisors, LLC) ("nXn") and Defendant Google Inc. ("Google") respectfully file this motion requesting that the pre-trial conference, currently scheduled to proceed via WebEx on March 1, 2010, take place instead with all parties appearing through counsel—in person—in Washington, D.C:

1. At a hearing before the Court on December 28, 2009, the Court broached the topic of the format for the March 1, 2010 pre-trial conference. The parties stated that they would be amenable to proceeding in whatever format the Court preferred. The Court suggested that it would save time for all parties if the March 1 pre-trial conference proceeded in the same format as that December 28 hearing, via WebEx. *See* Dec. 28, 2009 Transcript at 69:5-8.

2. Upon considering the nature and extent of the issues to be addressed at the final pre-trial conference on March 1, 2010, nXn and Google consider that an in-person pre-trial conference, in Washington, D.C., would be helpful and efficient for that proceeding, subject to the Court's approval. Defendant Yahoo! Inc. does not believe that an in-person conference is necessary, but it will not oppose this motion.

3. nXn and Google therefore jointly propose that the Court permit the March 1, 2010 pre-trial conference to proceed in Washington, D.C., according to whatever procedure, timing, and arrangements the Court may require to make that accommodation.

Respectfully Submitted,
By: /s/ Elizabeth A. Wiley

Elizabeth A. Wiley
Texas State Bar No. 00788666
THE WILEY FIRM PC
P.O. Box. 303280
Austin, Texas 78703-3280
Telephone: (512) 420.2387
Facsimile: (512) 551.0028
Email: lizwiley@wileyfirmpc.com

Marc A. Fenster
CA Bar No. 181067
mfenster@raklaw.com
Andrew Weiss
CA Bar No. 232974
aweiss@raklaw.com
Adam Hoffman
CA Bar No. 218740
ahoffman@raklaw.com
RUSS, AUGUST & KABAT
12424 Wilshire Blvd., 12th Floor
Los Angeles, CA 90025
(310) 826-7474
(310) 826-6991 (fax)

Andrew W. Spangler
LEAD COUNSEL
SPANGLER LAW P.C.
208 N. Green Street, Suite 300
Longview, Texas 75601
(903) 753-9300
(903) 553-0403 (fax)
spangler@spanglerlawpc.com

David M. Pridham
LAW OFFICE OF DAVID PRIDHAM
25 Linden Road
Barrington, Rhode Island 02806
(401) 633-7247
(401) 633-7247 (fax)
david@pridhamiplaw.com

Patrick R. Anderson
PATRICK R. ANDERSON PLLC
4225 Miller Rd, Bldg. B-9, Suite 358
Flint, MI 48507
(810) 275-0751
(248) 928-9239 (fax)
patrick@prapllc.com

Debera W. Hepburn,
Texas Bar No. 24049568
HEPBURN LAW FIRM PLLC
P.O. Box 118218
Carrollton, TX 75011
Telephone: 214/403-4882
Facsimile: 888/205-8791
Email: dhepburn@heplaw.com

John M. Bustamante
Texas Bar No. 24040618
BUSTAMANTE, P.C.
54 Rainey Street, No. 721
Austin, Texas 78701
Tel. 512.940.3753
Fax. 512.551.3773
Email:jmb@BustamanteLegal.com

Kip Glasscock
Texas State Bar No. 08011000
KIP GLASSCOCK P.C.
550 Fannin, Suite 1350
Beaumont, TX 77701
Tel: (409) 833-8822
Fax: (409) 838-4666
Email: kipglasscock@hotmail.com

***Attorneys for PA Advisors, LLC (now known as nXn Tech, LLC***

Brian C. Cannon
California Bar No. 193071
briancannon@quinnemmanuel.com
Andrea Pallios Roberts
andreaproberts@quinnemanuel.com
Quinn Emanuel Urquhart Oliver & Hedges, LLP
555 Twin Dolphin Drive, Suite 560
Redwood Shores, CA 94065
Tel.: (650) 801-5000
Fax: (650) 801-5100

Charles K. Verhoeven
California Bar No. 170151
charlesverhoeven@quinnemanuel.com
David A. Perlson
davidperlson@quinnemanuel.com
Alison E. Monahan
alisonmonahan@quinnemanuel.com
Quinn Emanuel Urquhart Oliver & Hedges, LLP
50 California Street, 22nd Floor
San Francisco, CA 94111
Tel.: (415) 875-6600
Fax: (415) 875-6700

Harry Lee Gillam, Jr.
Melissa Richards Smith
Gillam & Smith, LLP
303 South Washington Avenue
Marshall, TX 75670
Tel.: (903) 934-8450
Fax: (903) 934-9257

***Attorneys for Defendant Google Inc.***


Jason C. White
HOWREY LLP
321 N. Clark, Suite 3400
Chicago, IL 60654
Tel: 312.595.1239
Fax: 312.595.2250
Email: whitej@howrey.com

Jennifer Doan
Joshua Reed Thane
John Scott Andrews
HALTOM & DOAN
Crown Executive Center, Suite 100
6500 Summerhill Road
Texarkana, Texas 75503
Tel: 903.255.1002
Fax: 903.255.0800
Email: jdoan@haltomdoan.com
Email: sandrews@haltomdoan.com
Email: jthane@haltomdoan.com

*Attorneys for Defendant Yahoo! Inc*

**CERTIFICATE OF SERVICE**

I hereby certify that the counsel of record who are deemed to have consented to electronic service are being served today with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3). Any other counsel of record will be served by electronic mail, facsimile transmission and/or first class mail on this same date.

January 21, 2010  \s\ Elizabeth A. Wiley
Elizabeth A. Wiley