IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| PA ADVISORS, LLC, | § | |
|     Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No. 2:07-cv-480-RRR |
| | § | |
| GOOGLE INC., et al., | § | |
| | § | JURY TRIAL DEMANDED |
|     Defendants. | § | |
| | § | |

# ORDER

On this day the Court considered the Agreed Motion—filed jointly by Plaintiff nXn Tech, LLC (f/k/a PA Advisors, LLC) ("nXn") and Defendant Google Inc. ("Google"), to which Defendant Yahoo! Inc. represents it is not opposed—regarding a request to have the March 1, 2010 final-pre-trial conference occur in Washington, D.C. The Court finds the request has merit and grants the Motion.