IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| PA ADVISORS, LLC,<br>　　　Plaintiff,<br><br>v.<br><br>GOOGLE INC., et al.,<br><br>　　　Defendants. | § § § § § § § § § | Civil Action No. 2:07-cv-480-RRR<br><br>JURY TRIAL DEMANDED |

## DECLARATION OF ELIZABETH A WILEY

My name is Elizabeth A. Wiley. I am a member of the State Bar of Texas, with The Wiley Firm PC, and one of the counsel of record for nXn Tech, LLC (f/k/a PA Advisors, LLC) ("nXn") in the above-referenced action. The facts recited below regarding documents and correspondence maintained in the files and similar records for this case are true and correct and if called upon testify I would truthfully testify regarding these facts.

1. Exhibit A is a true and correct copy of an email forwarded to me reflecting the status of discussions with counsel for Yahoo dated November 24, 2009, and reflecting the lack of dispute about extending the deadline for nXn to serve amended infringement contentions on Yahoo.

2. Based on notes I received from co-counsel Mr. Spangler, regarding the substance of the meet and confer process with Yahoo concerning the timeframe for final amended contentions, nXn was informed that the additional time to serve amended contentions was unopposed so long as it was connected to the Court's September 30 claim construction order.

I declare under penalty of perjury that the statements in this declaration are true and correct.

Executed this 21st of January, 2010, in Austin, Texas.

　　　　　　　　　　　　　　　　　　　　　　/s/ Elizabeth A. Wiley
　　　　　　　　　　　　　　　　　　　　　　Elizabeth A. Wiley