**EXHIBIT A**

------ Forwarded Message
**From:** "White, Jason" <whitej@howrey.com>
**Date:** Tue, 24 Nov 2009 14:55:52 -0500
**To:** <andrew@spanglerlawpc.com>
**Cc:** Debera Hepburn <dhepburn@heplaw.com>, <David@PridhamIPLaw.com>, John Bustamante <jmb@bustamantelegal.com>, <aweiss@raklaw.com>, <mfenster@raklaw.com>, ".nXn v. Yahoo" <nXnv.Yahoo@howrey.com>, Jennifer Doan <jdoan@haltomdoan.com>, <jthane@haltomdoan.com>
**Subject:** nXn v. Yahoo

nXn has agreed not to assert any new claims in its final infringement contentions, we will agree to the additional two weeks. Please let me know if there is anything else the you need from us on this issue.


------ End of Forwarded Message