IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| PA ADVISORS, LLC,<br>Plaintiff,<br>v.<br><br>GOOGLE, INC., et al.,<br>Defendants. | Case No. 2:07-cv-480 (RRR)<br><br>**Jury Trial Demanded** |

**ORDER CONTINUING DEADLINE TO FILE REBUTTAL EXPERT TESTMONY AND SETTING VIDEO CONFERENCE DATE**

The deadline for disclosure of rebuttal expert testimony is hereby continued to **FEBRUARY 1, 2010**. A video conference will be held on **FRIDAY, JANUARY 29, 2010, AT 2:00 PM**, to discuss the parties' pending dispute over plaintiff's recently-served expert reports. Any motion to strike should be filed by **JANUARY 26, 2010**, and any opposition thereto by **JANUARY 28, 2010, AT NOON**. Both filings should not exceed ten pages. The parties are requested—as with all submissions to the court—to submit courtesy copies.

The parties are also reminded of their duty to meet and confer <u>before</u> approaching the court with any alleged dispute. The court is dismayed by the parties' apparent lack of communication given both counsels' extensive experience.

It is SO ORDERED.

SIGNED this 25th day of January, 2010.

/RANDALL R. RADER
UNITED STATES CIRCUIT JUDGE (sitting by designation)