IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| PA ADVISORS, LLC, § | | |
|     Plaintiff, § | | |
| § | | |
| v. § | Civil Action No. 2:07-cv-480-RRR | |
| § | | |
| GOOGLE INC., et al., § | | |
| § | JURY TRIAL DEMANDED | |
|     Defendants. § | | |
| § | | |

**PLAINTIFF NXN TECH, LLC'S <u>UNOPPOSED</u> MOTION FOR LEAVE TO CONSIDER AS TIMELY FILED PLAINTIFF'S RESPONSE IN OPPOSITION TO GOOGLE INC.,'S MOTION FOR SUMMARY JUDGMENT**

Plaintiff nXn Tech, LLC (f/k/a PA Advisors, LLC) ("nXn") respectfully files this Motion for Leave, to which Defendant Google Inc. ("Google") has stated it is <u>unopposed</u>.

1. Pursuant to the Court's briefing schedule, Defendant Google's Motion for Summary Judgment was filed on January 15, 2010. According to that same schedule, the Response in opposition of Plaintiff nXn was due ten days later, on January 25, 2010.

2. As indicated by the electronic filing notification the undersigned received of that filing, nXn's response and exhibits in support regarding the Google Motion were officially filed at 12:22 a.m., January 26, 2010.

3. Opposing counsel for Google (and its co-defendant Yahoo! Inc. ("Yahoo")) were informed, before the actual filing and service, that some delay in filing would be inevitable: a computer "crash" had slowed down the process of finalizing substantive arguments for the responses.

4. Defendant Yahoo! has represented to counsel for nXn that it will stipulate to the timeliness of the nXn Response filed as to the Yahoo Motion for Summary Judgment.

Accordingly, Yahoo considers no motion for leave necessary regarding nXn's response to Yahoo's Motion for Summary Judgment.

5. nXn files this Motion then only as to the (i) nXn Response in Opposition to the Motion for Summary Judgment of Google (Dkt. Nos. 366-367) and (ii) solely as to the question of timing of that response.

6. nXn requests that the Court grant this motion and deem the filing of the response—22 minutes after the filing deadline—timely for purposes of the summary judgment briefing schedule.

Dated: January 26, 2010                    Respectfully submitted,

| | |
|---|---|
| Andrew W. Spangler<br>LEAD COUNSEL<br>SPANGLER LAW P.C.<br>208 N. Green Street, Suite 300<br>Longview, Texas 75601<br>(903) 753-9300<br>(903) 553-0403 (fax)<br>spangler@spanglerlawpc.com<br><br>David M. Pridham<br>LAW OFFICE OF DAVID PRIDHAM<br>25 Linden Road<br>Barrington, Rhode Island 02806<br>(401) 633-7247<br>(401) 633-7247 (fax)<br>david@pridhamiplaw.com<br><br>John M. Bustamante<br>Texas Bar No. 24040618<br>BUSTAMANTE, P.C.<br>54 Rainey Street, No. 721<br>Austin, Texas 78701<br>Tel. 512.940.3753<br>Fax. 512.551.3773<br>Email:jmb@BustamanteLegal.com<br><br>Kip Glasscock<br>Texas State Bar No. 08011000<br>KIP GLASSCOCK P.C.<br>550 Fannin, Suite 1350<br>Beaumont, TX 77701<br>Tel: (409) 833-8822<br>Fax: (409) 838-4666<br>Email: kipglasscock@hotmail.com | By: /s/ Elizabeth A. Wiley<br><br>Marc A. Fenster, CA Bar No. 181067<br>CA Bar No. 181067<br>mfenster@raklaw.com<br>Andrew Weiss<br>CA Bar No. 232974<br>aweiss@raklaw.com<br>Adam Hoffman<br>CA Bar No. 218740<br>ahoffman@raklaw.com<br>RUSS, AUGUST & KABAT<br>12424 Wilshire Blvd., 12th Floor<br>Los Angeles, CA 90025<br>(310) 826-7474<br>(310) 826-6991 (fax)<br><br>Patrick R. Anderson<br>PATRICK R. ANDERSON PLLC<br>4225 Miller Rd, Bldg. B-9, Suite 358<br>Flint, MI 48507<br>(810) 275-0751<br>(248) 928-9239 (fax)<br>patrick@prapllc.com<br><br>Debera W. Hepburn,<br>Texas Bar No. 24049568<br>HEPBURN LAW FIRM PLLC<br>P.O. Box 118218<br>Carrollton, TX 75011<br>Telephone: 214/403-4882<br>Facsimile: 888/205-8791<br>Email: dhepburn@heplaw.com<br><br>Elizabeth A. Wiley<br>Texas State Bar No. 00788666<br>THE WILEY FIRM PC<br>P.O. Box. 303280<br>Austin, Texas 78703-3280<br>Telephone: (512) 420.2387<br>Facsimile: (512) 551.0028<br>Email: lizwiley@wileyfirmpc.com |

## **CERTIFICATE OF SERVICE**

I hereby certify that the counsel of record who are deemed to have consented to electronic service are being served today with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3). Any other counsel of record will be served by electronic mail, facsimile transmission and/or first class mail on this same date.

\s\ Elizabeth A. Wiley
Elizabeth A. Wiley