IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| PA ADVISORS, LLC, | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No. 2:07-cv-480-RRR |
| | § | |
| GOOGLE INC., et al., | § | |
| | § | JURY TRIAL DEMANDED |
| Defendants. | § | |
| | § | |

**ORDER**

On this day the Court considered the Unopposed Motion filed by Plaintiff nXn Tech, LLC (f/k/a PA Advisors, LLC) ("nXn"), by which nXn seeks leave to have the Court deem as timely filed its Response in Opposition to the Motion for Summary Judgment filed by Google Inc. The Court finds the Motion should be and is hereby granted.