# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| PA ADVISORS, LLC, | ) |
| Plaintiff, | ) ) |
| v. | ) ) Civil Action No. 2-07-CV-480-RRR |
| GOOGLE INC., et al. | ) ) |
| Defendants. | ) ) ) |

## NOTICE OF JOINDER BY YAHOO!, INC. IN
## DEFENDANTS' MOTION FOR SANCTIONS

Defendant Yahoo!, Inc. (Yahoo!) files this Notice of Joinder in Defendants' Motion for Sanctions Based Upon Spoliation of Evidence and Untimely Production of Evidence of Payments to Fact Witness ("Defendants' Motion for Sanctions") (Dkt. No. 364) and would respectfully show the following:

Defendants' Motion for Sanctions was intended to be filed on behalf of both defendants Google, Inc. and Yahoo!. *See* Dkt. No. 364, pp. 1, 17. However, in the filing of the motion, it was inadvertently filed solely on behalf of Defendant Google, Inc. In order to clarify, Yahoo! files this Notice of Joinder in Defendants' Motion for Sanctions and adopts it for all purposes.

Respectfully submitted,

/s/ Jennifer H. Doan
Jennifer Doan
Joshua Reed Thane
John Scott Andrews
HALTOM & DOAN
Crown Executive Center, Suite 100
6500 Summerhill Road
Texarkana, Texas 75503
Tel: 903.255.1002
Fax: 903.255.0800
Email: jdoan@haltomdoan.com
Email: sandrews@haltomdoan.com
Email: jthane@haltomdoan.com


Jason C. White
HOWREY LLP
321 N. Clark, Suite 3400
Chicago, IL 60654
Tel: 312.595.1239
Fax: 312.595.2250
Email: whitej@howrey.com


*Attorneys for Defendant Yahoo! Inc.*


## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document was filed electronically in compliance with Local Rule CV-5(a). All other counsel of record not deemed to have consented to electronic service were served with a true and correct copy of the foregoing by certified mail, return receipt requested, on this the 26th day of January, 2010.

/s/ Jennifer H. Doan
Jennifer H. Doan