UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| PA ADVISORS, L.L.C., <br><br> Plaintiff, <br><br> v. <br><br> GOOGLE INC., et al., <br><br> Defendants. | Civil Action No. 2:07-CV-480 RRR |

**ORDER GRANTING YAHOO! INC.'S MOTION
TO STRIKE NEW INFRINGEMENT OPINIONS AND THEORIES
IN DR. RHYNE'S JANUARY 22 SUPPLEMENTAL EXPERT REPORT**

Before the Court is Yahoo! Inc. Motion to Strike New Infringement Opinions and Theories in Dr. Rhyne's January 22 Supplemental Expert Report. After a review of the citations to the record, and consideration of the briefs before the Court, it is ordered that Dr. Rhyne's January 22 Supplemental Expert Report is stricken and Yahoo! Inc. Motion's is GRANTED.