UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| PA ADVISORS, L.L.C.,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>GOOGLE INC., et al.,<br><br>　　　　　　Defendants. | Civil Action No. 2:07-CV-480 RRR |

**DECLARATION OF JASON WHITE IN SUPPORT OF YAHOO! INC.'S
MOTION TO STRIKE NEW INFRINGEMENT OPINIONS AND THEORIES
IN DR. RHYNE'S JANUARY 22 SUPPLEMENTAL EXPERT REPORT**

1.　　I am a partner with the law firm Howrey LLP, and counsel for Yahoo! Inc. I have personal knowledge of the pleadings and files in this matter. I have personal knowledge of the documents submitted with this declaration and, if called upon as a witness, could and would testify competently thereto.

2.　　Attached, as Exhibit 1, is a true and correct copy of the Dr. Rhyne's January 22 Supplemental Expert Report (1-A, highlighted to show modifications, and 1-B, a clean version.)

3.　　Attached, as Exhibit 2, is a true and correct copy of excerpts from the transcript from the December 28, 2009 telephonic hearing.

4.　　Attached, as Exhibit 3, is a true and correct copy of excerpts from the transcript from the January 7, 2010 telephonic hearing.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief. Executed on January 26, 2009 in Dallas, Texas.

                                                   /s/ Jason White  
                                                    Jason White