# Exhibit 1-A

Dr. Rhyne's January 22 Supplemental Expert Report filed under seal

Dockets.Justia.com