# Exhibit 1-B

Dr. Rhyne's January 22 Supplemental Expert Report filed under seal