IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| PA ADVISORS, LLC,<br>Plaintiff,<br><br>v.<br><br>GOOGLE, INC., et al.,<br>Defendants. | Case No. 2:07-cv-480 (RRR)<br><br>**Jury Trial Demanded** |

## ORDER REQUESTING RESPONSE FROM PLAINTIFF RE DEFENDANTS' MOTION FOR SANCTIONS

Plaintiff is requested to submit any response to defendants' motion for sanctions by **THURSDAY, JANUARY 28, 2010, AT NOON**. The response should not exceed fifteen pages. Both parties should be prepared to discuss the motion at the video conference set for January 29.

It is SO ORDERED.

SIGNED this 27th day of January, 2010. /Randall R. Rader/

RANDALL R. RADER

UNITED STATES CIRCUIT JUDGE (sitting by designation)