IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| PA ADVISORS, LLC,<br>Plaintiff,<br>v.<br><br>GOOGLE, INC., et al.,<br>Defendants. | Case No. 2:07-cv-480 (RRR)<br><br>**Jury Trial Demanded** |

**ORDER RESCHEDULING VIDEO CONFERENCE TIME RE DEFENDANTS'
MOTION TO STRIKE**

The video conference currently scheduled for Friday, January 29, 2010, at 2:00 PM is hereby rescheduled for **FRIDAY, JANUARY 29, 2010, AT 5:00 PM**. Again, both parties should be prepared to discuss defendants' motion for sanctions.

It is SO ORDERED.

SIGNED this 27th day of January, 2010.

RANDALL R. RADER

UNITED STATES CIRCUIT JUDGE (sitting by designation)