IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| PA ADVISORS, LLC, | § | |
|     Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No. 2:07-cv-480-RRR |
| | § | |
| GOOGLE INC., et al., | § | |
| | § | JURY TRIAL DEMANDED |
|     Defendants. | § | |
| | § | |

**ORDER**

On this day the Court considered Plaintiff nXn Tech, LLC's (f/k/a PA Advisors, LLC) ("nXn") Unopposed Motion for Leave on the following: (1) leave to file a Response in Opposition to Defendants' Motion for Sanctions in excess of the 15-page limit, at 16 and one-half pages; (2) leave to have the Court deem the exhibits filed in support of that Response timely filed, having been filed at 1:08 p.m.; and (3) leave to consider as timely filed, given the noon deadline to file a response to Defendant Yahoo! Inc.'s Motion To Strike New Infringement Opinion and Theories in the January 22 Supplemental Report, Plaintiff's Response to that Motion to Strike.

The Court hereby grants the motion on all grounds presented therein.