# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| PA ADVISORS, LLC, | ) |
|                Plaintiff, | ) |
| v. | ) Civil Action No. 2-07-CV-480-RRR |
| GOOGLE INC., et al. | ) |
|                Defendants. | ) |

## ORDER

Before the Court is Yahoo's Second Motion for Summary Judgment of Non-Infringement. The Court, having reviewed the Motion, and being well-advised, finds that the motion should be GRANTED. It is therefore

ORDERED that Yahoo is not liable for infringement of claims 1, 3, 4, 6, 43, 45, 47, and 61 of the '067 patent.

SO ORDERED.

**Order** – Solo Page