IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| PA ADVISORS, LLC | ) | |
| Plaintiff | ) ) ) | |
| v. | ) ) | Civil Action No. 2:07-cv-480 RRR |
| GOOGLE INC., et al. | ) ) ) | |
| Defendants. | ) ) | |

**DECLARATION OF JASON WHITE IN SUPPORT OF
YAHOO! INC.'S MOTION FOR
<u>SUMMARY JUDGMENT OF NON-INFRINGEMENT</u>**

1. I am a partner with the law firm Howrey LLP, and counsel for Yahoo! Inc. I have personal knowledge of the pleadings and files in this matter. I have personal knowledge of the documents submitted with this declaration and, if called upon as a witness, could and would testify competently thereto.

2. Attached, as Exhibit A, is a true and correct copy of excerpts from United States Patent No. 6,199,067, entitled "System and Method for Utilizing the Generated User Profiles to Perform Adaptive Internet Searches," which was filed on October 21, 1999 and issued on March 6, 2001.

3. Attached, as Exhibit B, is a true and correct copy of excerpts plaintiff's expert report on infringement served on January 4, 2010.

4. Attached, as Exhibit C, is a true and correct copy of plaintiff's supplemental expert report on infringement served on January 22, 2010.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief. Executed on January 29, 2010 in Chicago, Illinois.

1

        /s/ Jason White
          Jason White