Declaration of Zhang
Sealed