Declaration of Riise
Sealed