Declaration of Kolm
Sealed