IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

PA ADVISORS, LLC,
Plaintiff,

v.

GOOGLE, INC., et al.,
Defendants.

Case No. 2:07-cv-480 (RRR)

**Jury Trial Demanded**

## ORDER GRANTING PLAINTIFF'S MOTION FOR LEAVE TO AMEND INFRINGEMENT CONTENTIONS

While this court would typically be inclined toward enforcing the local patent rules to give effect to their plain words, both Google and Yahoo appear to have acquiesced or invited plaintiff's belated amended contentions. Nor are plaintiff's amended contentions so vague or ambiguous so as to independently establish a ground for striking. Plaintiff's motion for leave to amend their infringement contentions is therefore **GRANTED**. Google's related motion to strike is **DENIED**.

It is SO ORDERED.

SIGNED this 29th day of January, 2010.

RANDALL R. RADER
UNITED STATES CIRCUIT JUDGE (sitting by designation)