IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| PA ADVISORS, LLC, <br>     Plaintiff, <br><br> v. <br><br> GOOGLE INC., et al., <br><br>     Defendants. | § <br> § <br> § <br> § Civil Action No. 2:07-cv-480-RRR <br> § <br> § <br> § JURY TRIAL DEMANDED <br> § <br> § |

**UNOPPOSED MOTION TO EXTEND DEADLINES FOR OPPOSITIONS TO AND REPLIES IN SUPPORT OF MOTIONS FOR SUMMARY JUDGMENT**

Plaintiff nXn Tech, LLC (f/k/a PA Advisors, LLC) ("nXn") moves the Court to extend by one day the deadlines for nXn's oppositions to Defendants Google, Inc. ("Google") and Yahoo! Inc. ("Yahoo")'s pending Motions for Summary Judgment of Non-Infringement, and Yahoo and Google's replies in support of these motions. Google and Yahoo have agreed to this extension and do not oppose this Motion. The current deadlines are February 9, 2010 for nXn's oppositions, and February 15, 2010 for Google's and Yahoo's replies. The new deadlines would be February 10, 2010 for nXn's oppositions, and February 16, 2010 Google's and Yahoo's replies.

Good cause exists for granting these extensions. Yahoo's expert witness Dr. Peters is available for deposition this week only on February 9, 2010. However, this date conflicts with counsel for nXn's requirement to prepare and file nXn's opposition briefs on this same date. The parties have therefore agreed to extend the deadlines for opposition and reply briefs on the motions for summary judgment by one day.

WHEREFORE, nXn respectfully requests that the Court grant the relief requested in this unopposed motion. A proposed order is attached.

Dated: February 8, 2010

Respectfully submitted,

Andrew W. Spangler
LEAD COUNSEL
SPANGLER LAW P.C.
208 N. Green Street, Suite 300
Longview, Texas 75601
(903) 753-9300
(903) 553-0403 (fax)
spangler@spanglerlawpc.com

David M. Pridham
LAW OFFICE OF DAVID PRIDHAM
25 Linden Road
Barrington, Rhode Island 02806
(401) 633-7247
(401) 633-7247 (fax)
david@pridhamiplaw.com

John M. Bustamante
Texas Bar No. 24040618
BUSTAMANTE, P.C.
54 Rainey Street, No. 721
Austin, Texas 78701
Tel. 512.940.3753
Fax. 512.551.3773
Email: jmb@BustamanteLegal.com

Kip Glasscock
Texas State Bar No. 08011000
KIP GLASSCOCK P.C.
550 Fannin, Suite 1350
Beaumont, TX 77701
Tel: (409) 833-8822
Fax: (409) 838-4666
Email: kipglasscock@hotmail.com

By: /s/ Adam Hoffman

Marc A. Fenster, CA Bar No. 181067
CA Bar No. 181067
mfenster@raklaw.com
Andrew Weiss
CA Bar No. 232974
aweiss@raklaw.com
Adam Hoffman
CA Bar No. 218740
ahoffman@raklaw.com
RUSS, AUGUST & KABAT
12424 Wilshire Blvd., 12th Floor
Los Angeles, CA 90025
(310) 826-7474
(310) 826-6991 (fax)

Patrick R. Anderson
PATRICK R. ANDERSON PLLC
4225 Miller Rd, Bldg. B-9, Suite 358
Flint, MI 48507
(810) 275-0751
(248) 928-9239 (fax)
patrick@prapllc.com

Debera W. Hepburn,
Texas Bar No. 24049568
HEPBURN LAW FIRM PLLC
P.O. Box 118218
Carrollton, TX 75011
Telephone: 214/403-4882
Facsimile: 888/205-8791
Email: dhepburn@heplaw.com

Elizabeth A. Wiley
Texas State Bar No. 00788666
THE WILEY FIRM PC
P.O. Box. 303280
Austin, Texas 78703-3280
Telephone: (512) 420.2387
Facsimile: (512) 551.0028
Email: lizwiley@wileyfirmpc.com

**CERTIFICATE OF SERVICE**

I hereby certify that the counsel of record who are deemed to have consented to electronic service are being served today with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3). Any other counsel of record will be served by electronic mail, facsimile transmission and/or first class mail on this same date.

\s\ Adam Hoffman
Adam Hoffman