IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| PA ADVISORS, LLC,<br>  Plaintiff,<br><br>v.<br><br>GOOGLE INC., et al.,<br><br>  Defendants. | Civil Action No. 2:07-cv-480-RRR<br><br>JURY TRIAL DEMANDED |

**ORDER GRANTING UNOPPOSED MOTION TO EXTEND DEADLINES FOR OPPOSITIONS TO AND REPLIES IN SUPPORT OF MOTIONS FOR SUMMARY JUDGMENT**

Having considered the Unopposed Motion to Extend Deadlines for Oppositions to and Replies in Support of Motions for Summary Judgment, the Court hereby GRANTS said Motion. It is therefore ORDERED that the deadline for Plaintiff nXn Tech, LLC (f/k/a PA Advisors, LLC) ("nXn")'s oppositions to defendant Google, Inc. ("Google") and Yahoo! Inc. ("Yahoo")'s Motions for Summary Judgment of Non-Infringement is extended to February 10, 2010, and the deadline for Yahoo and Google's replies in support of these motions is extended to February 16, 2010.