# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| PA ADVISORS, LLC<br><br>      Plaintiff,<br><br>v.<br><br>GOOGLE INC., et al.,<br><br>      Defendants. | Civil Action No. 2:07-cv-480-RRR<br><br>JURY |

## NOTICE OF COMPLIANCE WITH COURT'S MOTION PRACTICE ORDER

In compliance with the Court's Order of October 1, 2009, Plaintiff nXn Tech, LLC (f/k/a PA Advisors, LLC) ("nXn") files this Notice of its letter brief seeking permission to file Motion for Summary Judgment of Validity based on 35 U.S.C. Section 102 .

A copy of nXn's letter is attached as Exhibit 1.

Dated: February 8, 2010      Respectfully submitted,

                 By: /s/ *Marc A. Fenster*
                 Marc A. Fenster, CA SB #. 181067
                 E-mail: mfenster@raklaw.com
                 Stanley H. Thompson, CA Bar No. 198825
                 Email: sthompson@raklaw.com
                 Alexander C. Giza, CA SB # 212327
                 Email: agiza@raklaw.com
                 Andrew Weiss, CA SB #. 232974
                 Email: aweiss@raklaw.com
                 Adam S. Hoffman, CA SB # 218740
                 Email: ahoffman@raklaw.com
                 RUSS, AUGUST & KABAT
                 12424 Wilshire Boulevard, 12th Floor
                 Los Angeles, California 90025
                 Telephone: 310/826-7474
                 Facsimile: 310/826-6991

Andrew W. Spangler - Lead Counsel
TX Bar No. 24041960
E-mail: spangler@spanglerlawpc.com
SPANGLER LAW P.C.
208 N. Green Street, Suite 300
Longview, Texas 75601
Telephone: 903/753-9300
Facsimile: 903/553-0403

David M. Pridham, R.I. Bar # 6625
E-mail: david@pridhamiplaw.com
LAW OFFICE OF DAVID PRIDHAM
25 Linden Road
Barrington, Rhode Island 02806
Telephone: 401/633-7247
Facsimile: 401/633-7247

Patrick R. Anderson, MI SB # P68961
E-mail: patrick@prapllc.com
PATRICK R. ANDERSON PLLC
4225 Miller Road, Bldg. B-9, Suite 358
Flint, Michigan 48507
Telephone: 810/275-0751
Facsimile: 248/928-9239

Debera W. Hepburn, TX SB # 24049568
Email: dhepburn@heplaw.com
HEPBURN LAW FIRM PLLC
P.O. Box 118218
Carrollton, TX 75011
Telephone: 214/403-4882
Facsimile: 888/205-8791

John Marcus Bustamante
Email: jmb@bustamantelegal.com
BUSTAMANTE, PC
54 Rainey Street, No. 721
Austin, Texas 78701
Telephone: 512/940-3753
Facsimile: 512/551-3773

Elizabeth A. Wiley, TX SB # 00788666
Email: lizwiley@wileyfirmpc.com
P.O. Box. 303280
Austin, Texas 78703-3280
Telephone: 512/420-2387

Facsimile: 512/551-0028

Kip Glasscock, TX SB #. 08011000
Email: kipglasscock@hotmail.com
**Kip Glasscock P.C.**
550 Fannin, Suite 1350
Beaumont, TX 77701
Tel: 409/833-8822
Fax: 409/838-4666
Attorney for Plaintiff

Alan Brooks, TX SB #. 24064952
Email: alan@alanbrookspllc.com
Alan Brooks Law Firm, PLLC
1317 California Pkwy. South
Fort Worth, Texas 76134
Telephone: (682) 521-0692

**Attorneys for Plaintiff
nXn Tech, LLC**

## **CERTIFICATE OF SERVICE**

      I hereby certify that the counsel of record who are deemed to have consented to electronic service are being served on February 8, 2010 with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3). Any other counsel of record will be served by electronic mail, facsimile transmission and/or first class mail on this same date.

Dated: February 8, 2010                                                    /s/ Marc A. Fenster
                                                                                       Marc A. Fenster