IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| PA ADVISORS, LLC,<br>　　　Plaintiff, | §<br>§<br>§ | |
| v. | §<br>§ | Civil Action No. 2:07-cv-480-RRR |
| GOOGLE INC., et al.,<br>　　　Defendants. | §<br>§<br>§<br>§<br>§ | JURY TRIAL DEMANDED |

**ORDER GRANTING REQUEST FOR HEARING ON MOTIONS FOR SUMMARY JUDGMENT**

Having considered nXn's Request for Hearing on Motions for Summary Judgment, including Google, Inc. ("Google") and Yahoo! Inc. ("Yahoo")'s pending Motions for Summary Judgment of Non-Infringement (Docket Nos. 386 and 390), Google and Yahoos' Motions for Summary Judgment of Non-Infringement Based on Divided Infringement (Docket Nos. 355 and 356), and nXn's Motions for Summary Judgment of Validity Based on 35 U.S.C. § 102 (attachment to Docket No. 395), the Court hereby GRANTS said Request.

Oral argument on said motions is set for _____ at _____.