# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| PA ADVISORS, LLC,<br>Plaintiff,<br><br>v.<br><br>GOOGLE, INC., et al.,<br>Defendants. | Case No. 2:07-cv-480 (RRR)<br><br>**Jury Trial Demanded** |

## ORDER REQUESTING RESPONSE FROM DEFENDANTS RE PLAINTIFF'S LETTER SEEKING PERMISSION TO FILE MOTION FOR SUMMARY JUDGMENT

Defendants are requested to submit any response to plaintiff's letter seeking leave to file a motion for summary judgment on validity (Dkt. 395) by **FEBRUARY 15, 2010, AT NOON**. Any reply by plaintiff should be submitted by **FEBRUARY 16, 2010, AT NOON**.

It is SO ORDERED.

SIGNED this 11th day of February, 2010.

RANDALL R. RADER

UNITED STATES CIRCUIT JUDGE (sitting by designation)