UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| PA ADVISORS, LLC, <br><br> Plaintiff, <br><br><br> GOOGLE INC., ET AL., <br><br> Defendants. | CASE NO. 2-07-CV-480-RRR <br><br> DEFENDANTS' RESPONSE TO REQUEST FOR HEARING <br><br> Honorable Randall R. Rader, Presiding |

**DEFENDANTS' RESPONSE TO PLAINTIFF'S REQUEST FOR HEARING ON MOTIONS FOR SUMMARY JUDGMENT**

Defendants Google Inc. and Yahoo! Inc. hereby respond to Plaintiff nXn Tech, LLC's Request for Hearing on Motions for Summary Judgment ("Request"). (Dkt. No. 398.)

For the reasons stated in their motions for summary judgment, Defendants disagree that their motions involve "complex issues of law and fact" as Plaintiff asserts. (Request at 1.) However, if the Court believes argument would be helpful as to any of the pending summary judgment motions, Defendants agree that argument should take place no later than March 1, 2010.

Dated: February 11, 2010                Respectfully submitted,

                By:    /s/
                Brian C. Cannon
                California Bar No. 193071
                Quinn Emanuel Urquhart Oliver & Hedges, LLP
                555 Twin Dolphin Dr
                Suite 560
                Redwood Shores, CA 94065
                Tel. (650) 801-5000
                Fax: (650) 801-5100
                Email: briancannon@quinnemanuel.com

                Charles K. Verhoeven
                California Bar No. 170151
                Email: charlesverhoeven@quinnemanuel.com
                David A. Perlson
                California Bar No. 209502
                Email: davidperlson@quinnemanuel.com
                Quinn Emanuel Urquhart Oliver & Hedges, LLP
                50 California Street, 22nd Floor
                San Francisco, CA  94111
                Tel.: (415) 875-6600
                Fax: (415) 875-6700
                Email: charlesverhoeven@quinnemanuel.com

                Harry L. Gillam Jr.
                Texas Bar No. 07921800
                gil@gillamsmithlaw.com
                Gillam & Smith LLP
                303 South Washington Avenue
                Marshall, TX 75670
                Tel.: (903) 934-8450
                Fax: (903) 934-9257

                Melissa R. Smith.
                Texas Bar No. 24001351
                melissa@gillamsmithlaw.com
                Gillam & Smith LLP
                303 South Washington Avenue
                Marshall, TX 75670
                Tel.: (903) 934-8450
                Fax: (903) 934-9257

                ATTORNEYS FOR DEFENDANT
                GOOGLE INC.

## **CERTIFICATE OF SERVICE**

      On February 11, 2010, I caused to be served the foregoing Motion to Compel Discovery via the Court's CM/ECF system in accordance with Local Rule CV-5(a)(3).

                                          /s/
                                        Brian Cannon