UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| PA ADVISORS, LLC,<br><br>Plaintiff,<br><br>GOOGLE INC., ET AL.,<br><br>Defendants. | CASE NO. 2-07-CV-480-RRR<br><br>JURY TRIAL DEMANDED |

**NOTICE OF COMPLIANCE AND OPPOSITION TO PLAINTIFF'S REQUEST TO FILE MOTION FOR SUMMARY JUDGMENT OF NO ANTICIPATION**

In compliance with the Court's Order of October 1, 2009, Defendants Google Inc. and Yahoo! Inc. file this Notice of their answering letter brief opposing Plaintiff's letter brief seeking permission to file a motion for summary judgment of validity. Dkt. 395.

A copy of Defendants' answering letter brief is attached as Exhibit 1.

Dated: February 15, 2010

Respectfully submitted,

/s/ Brian C. Cannon

Brian C. Cannon
California Bar No. 193071
briancannon@quinnemanuel.com
Quinn Emanuel Urquhart Oliver & Hedges, LLP
555 Twin Dolphin Drive, Suite 560
Redwood Shores, CA 94065
Tel.: (650) 801-5000
Fax: (650) 801-5100

1

Charles K. Verhoeven,
California Bar No. 170151
charlesverhoeven@quinnemanuel.com
David A. Perlson,
California Bar No. 209502
davidperlson@quinnemanuel.com
Quinn Emanuel Urquhart Oliver & Hedges, LLP
50 California Street, 22nd Floor
San Francisco, CA 94111
Tel.: (415) 875-6600
Fax: (415) 875-6700

Harry L. Gillam, Jr.
State Bar No. 07921800
gil@gillamsmithlaw.com
GILLAM & SMITH, L.L.P.
303 South Washington Avenue
Marshall, Texas 75670
Telephone: (903) 934-8450
Facsimile: (903) 934-9257

Melissa R. Smith.
Texas Bar No. 24001351
melissa@gillamsmithlaw.com
Gillam & Smith LLP
303 South Washington Avenue
Marshall, TX 75670
Tel.: (903) 934-8450
Fax: (903) 934-9257

*Attorneys for Defendant GOOGLE INC.*

Jennifer Doan
Joshua Reed Thane
John Scott Andrews
HALTOM & DOAN
Crown Executive Center, Suite 100
6500 Summerhill Road
Texarkana, TX 75503
Tel: (903) 255-1002
Fax: (903) 255-0800
joane@haltom.com
sandrews@haltomdoan.com
jthane@haltomdoan.com

Jason C. White
HOWREY LLP
321 N. Clark Street, Suite 3400
Chicago, IL 60654
Tel: (312) 595-1239
Fax: (312) 595-2250
whitej@howrey.com

*Attorneys for Defendant YAHOO! INC.*

## CERTIFICATE OF SERVICE

I hereby certify that the counsel of record who are deemed to have consented to electronic service are being served on February 15, 2010 with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3). Any other counsel of record will be served by electronic mail, facsimile transmission and/or first class mail on this same date.

/s/ Brian C. Cannon