# Exhibit 1

1  IN THE U.S. DISTRICT COURT FOR THE EASTERN DISTRICT OF
2              TEXAS, MARSHALL DIVISION
3  ----------------------------:
                                :
4  PA ADVISORS,                 :
                                :
5         Plaintiff,            : Civil Docket No.
                                :
6     vs.                       : 2:07-cv-00480-RRR
                                :
7  GOOGLE, INC., et al.,        :
                                :
8         Defendant.            :
                                :
9  ----------------------------:
10                                      Washington, D.C.
11                                  Monday, December 28, 2009
12         The above-entitled matter came on for Pretrial
13  Conference, pursuant to Notice.
14         BEFORE:  HONORABLE RANDALL R. RADER, Judge
15
16
17
18
19
20
21
22

```
 1                A P P E A R A N C E S
 2
 3      On behalf of the Plaintiff:
 4           MARC A. FENSTER, ESQUIRE
 5           Russ, August & Kabat
 6           12424 Wilshire Boulevard, 12th Floor
 7           Los Angeles, California   90025
 8           310-826-7474
 9           310-826-6991 FAX
10
11      On behalf of the Defendant GOOGLE:
12           BRIAN C. CANNON, ESQUIRE
13           Quinn, Emanuel, Urquhart, Oliver & Hedges, LLP
14           555 Twin Dolphin Drive, Suite 560
15           Redwood Shores, California   94065
16           650-801-5000
17           650-801-5100 FAX
18           briancannon@quinnemanuel.com
19
20
21
22
```

```
 1              A P P E A R A N C E S

 2      On behalf of the Defendant GOOGLE:

 3            CHARLES K. VERHOEVEN, ESQUIRE

 4            Quinn, Emanuel, Urquhart, Oliver & Hedges, LLP

 5            50 California Street, 22nd Floor

 6            San Francisco, California   94111

 7            415-875-6600

 8            415-875-6700 FAX

 9            charlesverhoeven@quinnemanuel.com

10

11      On behalf of the Defendant YAHOO:

12            JASON C. WHITE, ESQUIRE

13            Howrey, LLP

14            321 North Clark Street, Suite 3400

15            Chicago, Illinois   60610

16            312-595-1239

17            312-595-2250 FAX

18            whitej@howrey.com

19

20

21

22
```

```
 1                A P P E A R A N C E S

 2      On behalf of the Defendant YAHOO:

 3            WILLIAM C. ROOKLIDGE, ESQUIRE

 4            Howrey, LLP

 5            4 Park Plaza, Suite 1700

 6            Irvine, California   92614

 7            949-721-6900

 8            rooklidgew@howrey.com

 9

10      ALSO PRESENT:

11            JASON TSCHOHL

12            YUKA TERAGUCHI

13            JENNIFER ROBINSON

14            ADAM ELTOUKHY

15            PETER CORCORAN

16            AKIKO OGAWA

17            ANDREW SPANGLER

18

19                  *  *  *  *  *

20

21

22
```

```
 1                P R O C E E D I N G S
 2            JUDGE RADER:  Can you hear so far?
 3            MR. FENSTER:  Good morning, Your Honor.  This is
 4   Marc Fenster with Russ, August & Kabat on behalf of
 5   Plaintiff.  Yes, I can hear you fine.
 6            JUDGE RADER:  Mr. White, you can hear me?
 7            MR. WHITE:  Yes, I can, Your Honor.
 8            JUDGE RADER:  Very good.  And, Mr. Cannon, have
 9   you joined us yet?
10            MR. CANNON:  Yes, I have, Your Honor.  I can
11   hear you.
12            JUDGE RADER:  We are not -- I'm not picking up
13   your video yet.  Are you sending it?
14            MR. CANNON:  I should be.  I see the video on my
15   screen, but I'm not sure why it's not reaching yours.
16            JUDGE RADER:  Just a second.
17            MR. CANNON:  Charles Verhoeven, counsel for
18   Google, will also be calling in.
19            MR. TSCHOHL:  Mr. Cannon, above your picture and
20   video, there should be a little button that says Send
21   Video.
22            MR. CANNON:  I see.
```

1     JUDGE RADER: Thank you. Let's go on to our

2 deadlines motions. Daubert, completion of experts and so

3 forth. The deadline that's currently in place for most

4 of those is February 5th.

5     If I took those to February 12th, would

6 everybody be happy?

7     MR. CANNON: Yes, Your Honor. That's the

8 Daubert motions, correct?

9     JUDGE RADER: Daubert and expert, completion of

10 expert discovery and objections to opposing party

11 experts, all of that by the 12th.

12     MR. FENSTER: Your Honor, with the current

13 schedule, I'd request that be moved to the 19th. The

14 reason is I do anticipate that we will need to supplement

15 and I'll have to bother the Court to request

16 supplementation based on the source code.

17     I think that Defendants' experts will need a

18 reasonable amount of time to do replies and then experts,

19 we need a week for expert depositions after that.

20     JUDGE RADER: Okay. Sounds reasonable. Mr.

21 Cannon, Mr. White, 19th? Will that work?

22     MR. CANNON: Your Honor, this is Brian Cannon.

1  That -- that seems okay. I didn't quite catch all the
2  dates that were set there.
3  JUDGE RADER: All the -- everything on the 19th,
4  Daubert motions, completion of expert discovery,
5  objections to other parties' experts, all on the 19th.
6  MR. CANNON: I think that's okay.
7  JUDGE RADER: Mr. White?
8  MR. WHITE: No objections from Yahoo, Your
9  Honor.
10  JUDGE RADER: Okay. Good. We've set our
11  deadlines. Trial. How long do you need to present your
12  case, Mr. Fenster?
13  MR. FENSTER: Your Honor, we anticipate three to
14  four days.
15  JUDGE RADER: Mr. Cannon?
16  MR. CANNON: Mr. Verhoeven can answer this
17  question.
18  MR. VERHOEVEN: I think we'd request five days,
19  Your Honor.
20  JUDGE RADER: Okay. I don't have that much
21  time, gentlemen. Now I'll give you -- I've got several
22  cases I'm doing in April, as you may know, and I will be