# Exhibit 7

Dockets.Justia.com

| From: | Andrea P Roberts |
|---|---|
| Sent: | Friday, February 05, 2010 2:23 PM |
| To: | Andrea P Roberts; Andrew Spangler; dhepburn@heplaw.com; David@PridhamIPLaw.com; mfenster@raklaw.com; jmb@bustamantelegal.com; lizwiley@wileyfirmpc.com; ahoffman@raklaw.com; Patrick@prapllc.com; kipglasscock@hotmail.com; alan@alanbrookspllc.com; agiza@raklaw.com; aweiss@raklaw.com |
| Cc: | Brian Cannon; David Perlson; PA Advisors v. Google; melissa@GillamSmithLaw.com; gil@GillamSmithLaw.com; whitej@howrey.com; RooklidgeW@howrey.com; YovitsS@howrey.com; jdoan@haltomdoan.com |
| Subject: | RE: nXn Tech, LLC v. Google, Inc., et al. |

Counsel:

We made ourselves available at 1:30 pm central today at Mr. Spangler's request and then Plaintiff's counsel apparently chose not to go forward with this call. As we previously indicated, we believe that most, if not all, of these issues can be discussed further via email. But, they do need to be addressed now. Plaintiff has yet to confirm several deposition dates or provide dates within the expert discovery period on which its experts are available. We need answers to the questions below:

1)      We are operating as though Dr. Peters' deposition will go forward on Tuesday, February 9. We have not heard otherwise from Plaintiff. If this is not the case, please let us know.

2)      Will Plaintiff depose Mr. Mossinghoff in DC on February 11 or 12?

3)      On January 15, Ms. Hepburn offered the week of February 8 for Dr. Rhyne's deposition and on January 21, defendants accepted that offer and asked for the specific dates Dr. Rhyne is available that week. We ask again, what dates during the week of February 8 is Dr. Rhyne available for deposition?

4)      Will Plaintiff confirm that it will depose Allen in Boston on February 19?

5)      Will Plaintiff confirm that it will depose Woodford in DC on March 2?

6)      Will Plaintiff confirm that it will depose Ugone in Redwood Shores on March 5?

7)      Will Plaintiff make Gordon available for deposition prior to the February 19 close of expert discovery? Or will Plaintiff be moving for leave to extend the expert discovery period beyond the February 19 deadline set by Judge Rader?

8)      If Plaintiff is making Gordon available prior to February 19, then do we have permission to file the latest version of the docket control order? During our call on Wednesday Plaintiff's counsel indicated that it agreed with the dates therein, but for the March 4 deposition date offered for Gordon.

Finally, regarding oral argument, Defendants agree to state to the Court that "If the Court believes argument would be helpful to the pending motions for summary judgment, the parties suggest that it not be delayed beyond March 1."

-----Original Message-----
From: Andrea P Roberts
Sent: Friday, February 05, 2010 11:31 AM
To: Andrea P Roberts; Andrew Spangler; dhepburn@heplaw.com; David@PridhamIPLaw.com;
mfenster@raklaw.com; jmb@bustamantelegal.com; lizwiley@wileyfirmpc.com; ahoffman@raklaw.com;
Patrick@prapllc.com; kipglasscock@hotmail.com; alan@alanbrookspllc.com; agiza@raklaw.com;
aweiss@raklaw.com
Cc: Brian Cannon; David Perlson; PA Advisors v. Google; melissa@GillamSmithLaw.com;
gil@GillamSmithLaw.com; whitej@howrey.com; RooklidgeW@howrey.com; YovitsS@howrey.com;
jdoan@haltomdoan.com
Subject: RE: nXn Tech, LLC v. Google, Inc., et al.

Andrew: Are we having this call? If so, please circulate a call-in number. It's my
understanding that both of our local counsel are traveling today.

Andrea Roberts

-----Original Message-----
From: Andrea P Roberts
Sent: Friday, February 05, 2010 11:00 AM
To: 'Andrew Spangler'; dhepburn@heplaw.com; David@PridhamIPLaw.com; mfenster@raklaw.com;
jmb@bustamantelegal.com; lizwiley@wileyfirmpc.com; ahoffman@raklaw.com; Patrick@prapllc.com;
kipglasscock@hotmail.com; alan@alanbrookspllc.com; agiza@raklaw.com; aweiss@raklaw.com
Cc: Brian Cannon; David Perlson; PA Advisors v. Google; melissa@GillamSmithLaw.com;
gil@GillamSmithLaw.com; whitej@howrey.com; RooklidgeW@howrey.com; YovitsS@howrey.com;
jdoan@haltomdoan.com
Subject: RE: nXn Tech, LLC v. Google, Inc., et al.

Andrew,

David and I and representatives from Yahoo are available at 1:30 central today. We do not
yet know whether local counsel is available at that time. But, we do not believe we can
delay any further confirming all of the expert deposition dates.

Please circulate a call-in number we can use.

Andrea Roberts

-----Original Message-----
From: Andrew Spangler [mailto:Andrew@spanglerlawpc.com]
Sent: Friday, February 05, 2010 10:20 AM
To: Andrew@spanglerlawpc.com; dhepburn@heplaw.com; David@PridhamIPLaw.com;
mfenster@raklaw.com; jmb@bustamantelegal.com; lizwiley@wileyfirmpc.com; ahoffman@raklaw.com;
Patrick@prapllc.com; kipglasscock@hotmail.com; alan@alanbrookspllc.com; agiza@raklaw.com;
aweiss@raklaw.com; Andrea P Roberts
Cc: Brian Cannon; David Perlson; PA Advisors v. Google; melissa@GillamSmithLaw.com;
gil@GillamSmithLaw.com; whitej@howrey.com; RooklidgeW@howrey.com; YovitsS@howrey.com;
jdoan@haltomdoan.com
Subject: RE: nXn Tech, LLC v. Google, Inc., et al.

Andrea
We need to adress a number of issues and as disputes over timing etc on reports are discovery
related and will need to be brought to Court attention immediately if not resolved lead and
local counsel must be on the call.

As I said everyone - especially lead and local - need to make themselves available on a
regular basis. Please let me know when your lead and local counsel can be on a call today.

Message Sent with NotifySync

-----Original Message-----

From: andreaproberts@quinnemanuel.com
Sent: Fri, 05 Feb 2010 12:13:37 America/Chicago
To:
Andrew@spanglerlawpc.com,dhepburn@heplaw.com,David@PridhamIPLaw.com,mfenster@raklaw.com,jmb@b
ustamantelegal.com,lizwiley@wileyfirmpc.com,ahoffman@raklaw.com,Patrick@prapllc.com,kipglassc
ock@hotmail.com,alan@alanbrookspllc.com,agiza@raklaw.com,aweiss@raklaw.com
CC:
briancannon@quinnemanuel.com,davidperlson@quinnemanuel.com,PAAdvisorsv.Google@quinnemanuel.co
m,melissa@GillamSmithLaw.com,gil@GillamSmithLaw.com,whitej@howrey.com,RooklidgeW@howrey.com,Y
ovitsS@howrey.com,jdoan@haltomdoan.com
Subject: RE: nXn Tech, LLC v. Google, Inc., et al.

Andrew: we won't be able to deal with everything all at once today but we need to address the
expert deposition schedule, which is pressing.  I and a Yahoo representative are available at
1:30 Central.  Can we talk then?  We do not need everyone on the line to deal with this.
Thanks.

Andrea Roberts

From: Andrew Spangler [mailto:Andrew@spanglerlawpc.com]
Sent: Friday, February 05, 2010 9:16 AM
To: Andrea P Roberts; dhepburn@heplaw.com; David Pridham; Marc Fenster; John Bustamante; Liz
Wiley; Adam Hoffman; Patrick Anderson; Kip Glasscock; alan@alanbrookspllc.com;
agiza@raklaw.com; aweiss@raklaw.com
Cc: Brian Cannon; David Perlson; PA Advisors v. Google; Melissa Smith; Gil Gillam; White,
Jason; Rooklidge, William; Yovits, Steven; _Doan, Jennifer
Subject: RE: nXn Tech, LLC v. Google, Inc., et al.

Andrea and Jennifer,

We need to keep discussing depo dates, amount of time, oral arguments, DCO, etc.  I also
think that there will be limited time to get all the lawyers together for a call over the
next few weeks so if the parties have anything pending or coming up in near future we should
discuss it.  I have not vetted this with all my folks yet but has been how I handled case in
the past - plus it just seems logical.  If you think of anything please raise it on the call.
An omnibus discussion should take place today so the parties can prepare/resolve any issues
over the weekend.  Both parties need to step up their game in terms of expedited issue
addressment (not sure that is a word).

Again, please provide a time for a call today.

Yahoo please do so as well.

Andrew W. Spangler
Spangler Law P.C.
208 N. Green Street, Suite 300
Longview, Texas 75601
(903) 753-9300 Voice
(903) 553-0403 Fax
spangler@spanglerlawpc.com

From: Andrea P Roberts [mailto:andreaproberts@quinnemanuel.com]

Sent: Thursday, February 04, 2010 7:28 PM
To: Andrew Spangler; dhepburn@heplaw.com; 'David Pridham'; 'Marc Fenster'; 'John Bustamante';
'Liz Wiley'; 'Adam Hoffman'; 'Patrick Anderson'; 'Kip Glasscock'; alan@alanbrookspllc.com;
agiza@raklaw.com; aweiss@raklaw.com
Cc: Brian Cannon; David Perlson; PA Advisors v. Google; 'Melissa Smith'; 'Gil Gillam'; White,
Jason; Rooklidge, William; Yovits, Steven; _Doan, Jennifer
Subject: RE: nXn Tech, LLC v. Google, Inc., et al.

Andrew,

If you'd like to discuss the schedule set forth below, please feel free to give me a call.
If there are dates you can confirm via email, please do so, particularly for those dates that
are next week. If there are dates with which there are issues, please let us know by email
so we can begin to work through those issues. At this point, we do not have the luxury of
time to delay discussing these issues until all of the parties can get on a conference call
at the same time.

I'm not aware of what "any other pending issue to discuss in the case" is referring to. If
there is something specific to which you are referring, please identify what that is.

Thank you,

Andrea Roberts

From: Andrew Spangler [mailto:spangler@spanglerlawpc.com]
Sent: Thursday, February 04, 2010 4:46 PM
To: Andrea P Roberts; dhepburn@heplaw.com; 'David Pridham'; 'Marc Fenster'; 'John
Bustamante'; 'Liz Wiley'; 'Adam Hoffman'; 'Patrick Anderson'; 'Kip Glasscock';
alan@alanbrookspllc.com; agiza@raklaw.com; aweiss@raklaw.com
Cc: Brian Cannon; David Perlson; PA Advisors v. Google; 'Melissa Smith'; 'Gil Gillam'; White,
Jason; Rooklidge, William; Yovits, Steven; _Doan, Jennifer
Subject: Re: nXn Tech, LLC v. Google, Inc., et al.

Andrea,

Please provide some times tomorrow when your team can talk regarding scheduling and any other
pending issue to discuss in the case. Earlier in the day is preferred.


On 2/4/10 1:00 PM, "Andrea P Roberts" <andreaproberts@quinnemanuel.com> wrote:
Counsel:

To follow up on our call yesterday, we can confirm the schedule below:

February 9 - Peters in Redwood Shores, California. THIS DATE IS CONFIRMED. Due to the delay
in confirming expert deposition dates, Dr. Peters is no longer available on February 8.
Defendants do not agree that multiple days of deposition are necessary because Dr. Peters did
not submit different opinions on behalf of each Defendant. Due to Dr. Peters' schedule, the
deposition cannot begin until 10 am on February 9.

February 11 or 12 - Mossinghoff in Washington, DC. We understand Plaintiff is checking the
availability of this date.

February 16 and 17 - Plaintiff offered Dr. Rhyne in Austin, TX. Please provide dates the
week of February 8 when Dr. Rhyne is available. Dr. Rhyne needs to be made available prior
to the depositions of Allen and Fox. It is not reasonable that Plaintiff offered to make its

4

first expert available for deposition just four days prior to the close of expert discovery. Please provide earlier dates.

February 17 - Fox in Virginia. THIS DATE IS CONFIRMED. Dr. Fox is not available on February 18; nor do Defendants agree that multiple days of deposition are necessary or warranted.

February 19 - Allen in Boston.

February 23 and 24 - Becker in Austin, Texas. THESE DATES ARE CONFIRMED

March 2 - Woodford in Washington, DC.

March 4 - Plaintiff offered Gordon in Washington, DC, stating that he is not available for deposition prior to that date. Please provide dates prior to the February 19 close of expert discovery. The Court set that deadline during the December 28 hearing and the parties cannot unilaterally change that date. Judge Rader gave the parties permission to extend damages discovery beyond that date due to Dr. Becker's circumstances. He did not extend the deadline for all expert discovery and Defendants do not agree to do so. Accordingly, Plaintiff needs to make this witness available for deposition prior to the Court's deadline, or seek leave of Court to make him available later.

March 5 - Ugone in Redwood Shores, California. We understand that Plaintiff is checking the availability of this date.

We look forward to your prompt response regarding the remaining outstanding dates.


Andrea Pallios Roberts
Associate,
Quinn Emanuel Urquhart Oliver & Hedges LLP.

555 Twin Dolphin Drive, 5th Floor
Redwood Shores, CA 94065
650-801-5023 Direct
650.801.5000 Main Office Number
650.801.5100 FAX
andreaproberts@quinnemanuel.com
www.quinnemanuel.com <http://www.quinnemanuel.com/><http://www.quinnemanuel.com/>
NOTICE: The information contained in this e-mail message is intended only for the personal and confidential use of the recipient(s) named above. This message may be an attorney-client communication and/or work product and as such is privileged and confidential. If the reader of this message is not the intended recipient or agent responsible for delivering it to the intended recipient, you are hereby notified that you have received this document in error and that any review, dissemination, distribution, or copying of this message is strictly prohibited. If you have received this communication in error, please notify us immediately by e-mail, and delete the original message.



From: Debera Hepburn [mailto:dhepburn@heplaw.com]
Sent: Wednesday, February 03, 2010 11:52 AM
To: Andrea P Roberts; 'David Pridham'; Brian Cannon; sandrews@haltomdoan.com; jdoan@haltomdoan.com; 'Rooklidge, William'; jthane@haltomdoan.com; 'White, Jason'; David Perlson; 'Melissa Smith'; 'Gil Gillam'; Alison Monahan; PA Advisors v. Google

5

Cc: 'Andrew Spangler'; 'Marc Fenster'; 'John Bustamante'; 'Liz Wiley'; 'Adam Hoffman';
'Patrick Anderson'; 'Kip Glasscock'; alan@alanbrookspllc.com; agiza@raklaw.com;
aweiss@raklaw.com
Subject: RE: nXn Tech, LLC v. Google, Inc., et al.

Please use the following dial-in information for today's 3:00PM Central call:

Telephone: 1-605-475-6333
Code:   263912


Best Regards,

Debera W. Hepburn
dhepburn@heplaw.com
Tel: (214) 403-4882
Fax: (888) 205-8791

PRIVILEGED AND CONFIDENTIAL * ATTORNEY-CLIENT COMMUNICATION * ATTORNEY WORK PRODUCT

From: Andrea P Roberts [mailto:andreaproberts@quinnemanuel.com]
Sent: Wednesday, February 03, 2010 1:48 PM
To: David Pridham; 'dhepburn@heplaw.com'; Brian Cannon; 'sandrews@haltomdoan.com';
'jdoan@haltomdoan.com'; 'Rooklidge, William'; 'jthane@haltomdoan.com'; 'White, Jason'; David
Perlson; 'Melissa Smith'; 'Gil Gillam'; Alison Monahan; PA Advisors v. Google
Cc: 'Andrew Spangler'; Marc Fenster; 'John Bustamante'; 'Liz Wiley'; 'Adam Hoffman'; 'Patrick
Anderson'; Kip Glasscock; 'alan@alanbrookspllc.com'; 'agiza@raklaw.com'; 'aweiss@raklaw.com'
Subject: RE: nXn Tech, LLC v. Google, Inc., et al.

David,

Defendants are available at 3 pm Central.  Please circulate a call-in number we can use.

Andrea


From: David Pridham [mailto:David@PridhamIPLaw.com]
Sent: Wednesday, February 03, 2010 10:31 AM
To: Andrea P Roberts; 'dhepburn@heplaw.com'; Brian Cannon; 'sandrews@haltomdoan.com';
'jdoan@haltomdoan.com'; 'Rooklidge, William'; 'jthane@haltomdoan.com'; 'White, Jason'; David
Perlson; 'Melissa Smith'; 'Gil Gillam'; Alison Monahan; PA Advisors v. Google
Cc: 'Andrew Spangler'; Marc Fenster; 'John Bustamante'; 'Liz Wiley'; 'Adam Hoffman'; 'Patrick
Anderson'; Kip Glasscock; 'alan@alanbrookspllc.com'; 'agiza@raklaw.com'; 'aweiss@raklaw.com'
Subject: RE: nXn Tech, LLC v. Google, Inc., et al.

Andrea,
Are the defendants available to discuss these issues today at 3:00 central?
David


From: Andrea P Roberts [mailto:andreaproberts@quinnemanuel.com]
Sent: Tuesday, February 02, 2010 9:11 PM
To: 'dhepburn@heplaw.com'; Brian Cannon; 'sandrews@haltomdoan.com'; 'jdoan@haltomdoan.com';
'Rooklidge, William'; 'jthane@haltomdoan.com'; 'White, Jason'; David Perlson; 'Melissa
Smith'; 'Gil Gillam'; Alison Monahan; PA Advisors v. Google

Cc: David Pridham; 'Andrew Spangler'; Marc Fenster; 'John Bustamante'; 'Liz Wiley'; 'Adam Hoffman'; 'Patrick Anderson'; Kip Glasscock; 'alan@alanbrookspllc.com'; 'agiza@raklaw.com'; 'aweiss@raklaw.com'
Subject: RE: nXn Tech, LLC v. Google, Inc., et al.

Counsel,

We do not agree to the proposed sur-reply dates. Judge Rader set the summary judgment schedule, he did not provide for sur-replies, and the amended docket control order reflects the schedule he set. With respect to expert discovery, we do not agree to an extension of time generally. But, in light of Dr. Becker's schedule, we agree to postponing the close of damages discovery and related motion practice. This is what the parties discussed last week. The attached amended docket control order reflects this. Defendants will produce their damages experts after Dr. Becker is made available for deposition.

We would like to nail down the expert discovery schedule as depositions will begin next week. Mr. Yovitz and I tried to reach Mr. Fenster today to discuss scheduling, but could not reach him. Please provide a response to the proposed schedule circulated last week (with the exception of the depositions we had proposed occur this week) or propose times tomorrow during which your team is available to discuss scheduling.

Andrea Pallios Roberts
Quinn Emanuel Urquhart Oliver & Hedges, LLP
555 Twin Dolphin Drive, Suite 560
Redwood Shores, CA 94065
Direct: (650) 801-5023
Main Phone: (650) 801-5000
Main Fax:  (650) 801-5100
E-mail:  andreaproberts@quinnemanuel.com
<mailto:username@quinnemanuel.com><mailto:username@quinnemanuel.com>
Web:  www.quinnemanuel.com <http://www.quinnemanuel.com/><http://www.quinnemanuel.com/>


From: Debera Hepburn [mailto:dhepburn@heplaw.com]
Sent: Tuesday, February 02, 2010 3:13 PM
To: Andrea P Roberts; Brian Cannon; sandrews@haltomdoan.com; jdoan@haltomdoan.com;
'Rooklidge, William'; jthane@haltomdoan.com; 'White, Jason'; David Perlson; 'Melissa Smith';
'Gil Gillam'; Alison Monahan; PA Advisors v. Google
Cc: 'David Pridham'; 'Andrew Spangler'; 'Marc Fenster'; 'John Bustamante'; 'Liz Wiley'; 'Adam Hoffman'; 'Patrick Anderson'; 'Kip Glasscock'; alan@alanbrookspllc.com; agiza@raklaw.com; aweiss@raklaw.com
Subject: RE: nXn Tech, LLC v. Google, Inc., et al.

Counsel,

nXn agrees to defendants' proposed DCO with the addition of the deadline for sur-replies to MSJs shown as a redlined revision in the attached. If defendants agree to the deadline for sur-replies, please proceed with filing the DCO.


Best Regards,

Debera W. Hepburn
dhepburn@heplaw.com
Tel: (214) 403-4882
Fax: (888) 205-8791

PRIVILEGED AND CONFIDENTIAL * ATTORNEY-CLIENT COMMUNICATION * ATTORNEY WORK PRODUCT


From: Andrea P Roberts [mailto:andreaproberts@quinnemanuel.com]
Sent: Monday, January 18, 2010 1:53 PM
To: dhepburn@heplaw.com; Brian Cannon; sandrews@haltomdoan.com; jdoan@haltomdoan.com;
'Rooklidge, William'; jthane@haltomdoan.com; 'White, Jason'; David Perlson; 'Melissa Smith';
'Gil Gillam'; Alison Monahan; PA Advisors v. Google
Cc: 'David Pridham'; 'Andrew Spangler'; 'Marc Fenster'; 'John Bustamante'; 'Liz Wiley'; 'Adam
Hoffman'; 'Patrick Anderson'; 'Kip Glasscock'
Subject: RE: nXn Tech, LLC v. Google, Inc., et al.

Counsel,

Attached is a revised version of the case schedule.

Thank you,


Andrea Pallios Roberts
Quinn Emanuel Urquhart Oliver & Hedges, LLP
555 Twin Dolphin Drive, Suite 560
Redwood Shores, CA 94065
Direct: (650) 801-5023
Main Phone: (650) 801-5000
Main Fax:  (650) 801-5100
E-mail:  andreaproberts@quinnemanuel.com
<mailto:username@quinnemanuel.com><mailto:username@quinnemanuel.com>
Web:  www.quinnemanuel.com <http://www.quinnemanuel.com/><http://www.quinnemanuel.com/>



From: Debera Hepburn [mailto:dhepburn@heplaw.com]
Sent: Wednesday, December 30, 2009 11:17 AM
To: Brian Cannon; sandrews@haltomdoan.com; jdoan@haltomdoan.com; 'Rooklidge, William';
jthane@haltomdoan.com; 'White, Jason'; David Perlson; Andrea P Roberts; 'Melissa Smith'; 'Gil
Gillam'; Alison Monahan; PA Advisors v. Google
Cc: 'David Pridham'; 'Andrew Spangler'; 'Marc Fenster'; 'John Bustamante'; 'Liz Wiley'; 'Adam
Hoffman'; 'Patrick Anderson'; 'Kip Glasscock'
Subject: RE: nXn Tech, LLC v. Google, Inc., et al.

Brian,

I have attached the amended schedule while retaining the format of the DCO for ease of
comparison to the DCO. Accordingly, some of the entries do not have a corresponding DCO Step
number because they were not original entries on the DCO. I've included those entries for
the sake of completeness.


Best Regards,

Debera W. Hepburn
dhepburn@heplaw.com
Tel: (214) 403-4882
Fax: (888) 205-8791

PRIVILEGED AND CONFIDENTIAL * ATTORNEY-CLIENT COMMUNICATION * ATTORNEY WORK PRODUCT


From: Brian Cannon [mailto:briancannon@quinnemanuel.com]
Sent: Tuesday, December 29, 2009 3:57 PM
To: dhepburn@heplaw.com; sandrews@haltomdoan.com; jdoan@haltomdoan.com; 'Rooklidge, William';
jthane@haltomdoan.com; 'White, Jason'; David Perlson; Andrea P Roberts; 'Melissa Smith'; 'Gil
Gillam'; Alison Monahan; PA Advisors v. Google
Cc: 'David Pridham'; 'Andrew Spangler'; 'Marc Fenster'; 'John Bustamante'; 'Liz Wiley'; 'Adam
Hoffman'; 'Patrick Anderson'; 'Kip Glasscock'
Subject: RE: nXn Tech, LLC v. Google, Inc., et al.

Debera:

The chart is generally OK, but is missing the following dates:

Opposition to dispositive motions: 1/25
Reply briefs to dispositive motions:  1/29 Motions in Limine: 2/19 Response to Motions in
Limine: 2/24

Items 41 and 42 should refer to "Defendants" not just Google Item 42 should not refer to
"MILs" as they have a different deadline

Brian


From: Debera Hepburn [mailto:dhepburn@heplaw.com]
Sent: Tuesday, December 29, 2009 9:16 AM
To: sandrews@haltomdoan.com; jdoan@haltomdoan.com; 'Rooklidge, William';
jthane@haltomdoan.com; 'White, Jason'; Brian Cannon; David Perlson; Andrea P Roberts;
'Melissa Smith'; 'Gil Gillam'; Alison Monahan; PA Advisors v. Google
Cc: 'David Pridham'; 'Andrew Spangler'; 'Marc Fenster'; 'John Bustamante'; 'Liz Wiley'; 'Adam
Hoffman'; 'Patrick Anderson'; 'Kip Glasscock'
Subject: nXn Tech, LLC v. Google, Inc., et al.

Counsel,

I have attached a spreadsheet which reflects nXn's understanding of the changes in the DCO as
discussed during yesterday's status conference.  It has come to our attention that DCO item
#s 40 and 41 were not discussed during the conference so we have proposed deadlines
(highlighted in yellow) for those items.  The proposal reflects the same timeframe that was
reflected in the previous DCO.

Please let us know whether you are in agreement with the proposal for item #s 40 and 41 or
provide a counterproposal for the same.


Best Regards,

Debera W. Hepburn
Hepburn Law Firm PLLC
P.O. Box 118218

Carrollton, Texas  75011
Tel: (214) 403-4882
Fax: (888) 205-8791
dhepburn@heplaw.com

PRIVILEGED AND CONFIDENTIAL * ATTORNEY-CLIENT COMMUNICATION * ATTORNEY WORK PRODUCT

****************************************************************************
This e-mail is sent by a law firm and may contain information that is privileged or
confidential.
If you are not the intended recipient, please delete the email and any attachments and notify
us immediately.
****************************************************************************

Andrew W. Spangler
Spangler Law P.C.
208 N. Green St., Suite 300
Longview, Texas 75601
(903) 753-9300 Office
(903) 553-0403 Fax
spangler@spanglerlawpc.com
□⌷⌷ ĀŸÈ뿌⌷