# Exhibit 2

Dockets.Justia.com

| From: | David Perlson |
| --- | --- |
| Sent: | Friday, February 12, 2010 12:12 PM |
| To: | David Perlson; 'Marc Fenster'; 'David Pridham' |
| Cc: | Brian Cannon |
| Subject: | RE: experts |

Following up on our call this am, Fox is available March 3 and also from 7-9am March 4th if necessary. He has office hours and a class after that so he needs to be done by 9 am.

I have no further info on Ugone yet, but again I think it is unlikely that a depo the week of 2 22 would work.