# Exhibit 3

**From:** Marc Fenster [mailto:mfenster@raklaw.com]
**Sent:** Friday, February 12, 2010 3:41 PM
**To:** David Perlson
**Cc:** David Pridham; Brian Cannon
**Subject:** Re: experts

David,

Given what you told us today -- that you are not willing to make Fox available on two sessions -- we'll take him Feb. 17 and 18 as earlier proposed. Please confirm.

Thanks,
Marc

**Marc Fenster**
**Russ, August & Kabat**
**12424 Wilshire Blvd, Ste 1200**
**Los Angeles, CA 90025**
**310-979-8278 (direct)**
**310-826-7474 (main)**
**mfenster@raklaw.com**


On Feb 12, 2010, at 12:12 PM, David Perlson wrote:

Following up on our call this am, Fox is available March 3 and also from 7-9am March 4th if necessary. He has office hours and a class after that so he needs to be done by 9 am.

I have no further info on Ugone yet, but again I think it is unlikely that a depo the week of 2 22 would work.

1