PA Advisors, LLC v. Google Inc. et al

Doc. 405 Att. 16

# Exhibit 4

Dockets.Justia.com

**From:** Marc Fenster [mailto:mfenster@raklaw.com]
**Sent:** Friday, February 12, 2010 3:48 PM
**To:** David Perlson
**Cc:** David Pridham; Brian Cannon
**Subject:** Re: Amended DCO

David,
This will confirm that you refused to produce Fox on Feb. 17-18 as you previously agreed, and for which you have confirmed on multiple occasions that he is available. You have represented that Fox is available March 3-4. Please hold those dates. We reserve all rights.

Marc

**Marc Fenster**
Russ, August & Kabat
12424 Wilshire Blvd, Ste 1200
Los Angeles, CA 90025
310-979-8278 (direct)
310-826-7474 (main)
mfenster@raklaw.com


On Feb 12, 2010, at 3:36 PM, David Perlson wrote:

Thanks.

Can you please call me re experts?

**From:** Marc Fenster [mailto:mfenster@raklaw.com]
**Sent:** Friday, February 12, 2010 3:20 PM
**To:** David Perlson
**Cc:** David Pridham; Brian Cannon
**Subject:** Re: Amended DCO

David,
We are in agreement regarding moving these three dates from 2/15 to 2/17. As to the rest, we will send a redline over the weekend with the aim of filing monday or tuesday, as these depend on what is finalized regarding experts.

1

Thanks,
Marc

Marc Fenster
Russ, August & Kabat
12424 Wilshire Blvd, Ste 1200
Los Angeles, CA 90025
310-979-8278 (direct)
310-826-7474 (main)
mfenster@raklaw.com


On Feb 12, 2010, at 2:25 PM, David Perlson wrote:


Marc or David, can you give me call. 415-875-6344. Want to try to wrap this stuff up. David

---

**From:** David Perlson
**Sent:** Friday, February 12, 2010 12:57 PM
**To:** 'David Pridham'
**Cc:** Brian Cannon; 'Marc Fenster'
**Subject:** Amended DCO

David, as we discussed yesterday, attached is the draft Amended DCO we had sent. You had indicated you thought we could move the dates for disclosures on 2 15 to 2 17. These are:

| 38 | Parties make pretrial disclosures | 2/15/10 |
|---|---|---|
| 40 | Plaintiff to provide Defendants with information for Joint Final Pretrial Order, proposed Jury Instructions and Verdict Form | 2/15/10 |
| 41 | Defendants to provide Plaintiff with information for Joint Final Pretrial Order, proposed Jury Instructions and Verdict Form | 2/15/10 |

Please confirm that is acceptable. Also, we should get closure on the DCO and submit it the Court so everyone is on the same page re dates.

Thanks,

David