UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| PA ADVISORS, L.L.C.,<br><br>                Plaintiff,<br><br>    v.<br><br>GOOGLE INC., et al.,<br><br>                Defendants. | Civil Action No. 2:07-CV-480 RRR |

**ORDER GRANTING DEFENDANT GOOGLE INC.'S EMERGENCY MOTION TO EXTEND THE CLOSE OF EXPERT DISCOVERY FOR CERTAIN EXPERT WITNESSES AND THE DEADLINE TO FILE MOTIONS AND OBJECTIONS RELATED TO PLAINTIFF'S EXPERT WITNESSES**

Having considered Google Inc.'s Emergency Motion to Extend the Close of Expert Discovery for Certain Expert Witnesses and the Deadline to File Motions and Objections Related to Plaintiff's Expert Witnesses, the Court is of the opinion that the same should be granted.

It is therefore ORDERED that:

1. The deadline for *Daubert* motions, objections, and motions in *limine* with respect to Plaintiff's infringement expert, Dr. V. Thomas Rhyne, and inequitable conduct expert, Mr. Alan Gordon, is extended from February 19, 2010 to February 23, 2010.

2. The deadline for *Daubert* motions, objections, and motions in *limine* with respect to Plaintiff's damages expert, Mr. Stephen Becker, is extended from February 19, 2010 until February 26, 2010.

3. The deadline for the close of expert discovery with respect to Google's rebuttal expert on non-infringement, Dr. Edward Fox, and rebuttal expert on damages, Mr. Keith Ugone, is extended to March 4 and 5, respectively.

1

Google Inc's Emergency Motion to Extend the Close of Expert Discovery for Certain Expert Witnesses and the Deadline to File Motions and Objections Related to Plaintiff's Expert Witnesses is hereby GRANTED.

01980.51319/3324882.1  01980.51319/3295452.1