IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

PA ADVISORS, LLC

v.                                                                   No. 2:07-cv-480-RRR

GOOGLE INC., ET AL                                    JURY

### PLAINTIFF'S NOTICE OF COMPLIANCE WITH COURT'S ORDER OF FEBRUARY 11, 2010

In Compliance with the Court's Order of February 11, 2010, Plaintiff nXn Tech, LLC (f/k/a PA Advisors, LLC) ("nXn") files this Notice of its letter briefing (Attached hereto as Exhibit 1 with Ex. A and B attached.

February 16, 2010                         By: \s\ Marc Fenster

Andrew W. Spangler – LEAD COUNSEL
Spangler Law P.C.
208 N. Green Street, Suite 300
Longview, Texas 75601
(903) 753-9300
(903) 553-0403 (fax)
spangler@spanglerlawpc.com

David M. Pridham
Law Office of David Pridham
25 Linden Road
Barrington, Rhode Island 02806
(401) 633-7247
(401) 633-7247 (fax)
david@pridhamiplaw.com

Patrick R. Anderson
Patrick R. Anderson PLLC
4225 Miller Rd, Bldg. B-9, Suite 358
Flint, MI 48507
(810) 275-0751
(248) 928-9239 (fax)

patrick@prapllc.com

Marc A. Fenster, CA Bar No. 181067
CA Bar No. 181067
mfenster@raklaw.com
Andrew Weiss
CA Bar No. 232974
aweiss@raklaw.com
Adam Hoffman
CA Bar No. 218740
ahoffman@raklaw.com
RUSS, AUGUST & KABAT
12424 Wilshire Blvd., 12th Floor
Los Angeles, CA 90025
(310) 826-7474
(310) 826-6991 (fax)

Debera W. Hepburn
Tx Bar #24049568
Email: dhepburn@heplaw.com
HEPBURN LAW FIRM PLLC
P. O. Box 118218
Carrollton, Texas 75011
214/403-4882
888-205-8791 (fax)

John M. Bustamante
John M. Bustamante
Texas Bar No. 24040618
BUSTAMANTE, P.C.
54 Rainey Street, No. 721
Austin, Texas 78701
Tel. 512.940.3753
Fax. 512.551.3773
jmb@BustamanteLegal.com

Elizabeth A. Wiley
Texas State Bar No. 00788666
P.O. Box. 303280
Austin, Texas 78703-3280
Telephone: (512) 420.2387
Facsimile: (512) 551.0028
Email: lizwiley@wileyfirmpc.com

Kip Glasscock
Texas State Bar No. 08011000

Kip Glasscock P.C.
550 Fannin, Suite 1350
Beaumont, TX 77701
Tel: (409) 833-8822
Fax: (409) 838-4666
Email: kipglasscock@hotmail.com

## CERTIFICATE OF SERVICE

 I hereby certify that the counsel of record who are deemed to have consented to electronic service are being served today with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3) and via email.


February 16, 2010        */s/ Marc Fenster*
               Marc Fenster