IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| PA ADVISORS, LLC,<br>Plaintiff,<br>v.<br><br>GOOGLE, INC., et al.,<br>Defendants. | Case No. 2:07-cv-480 (RRR)<br><br>**Jury Trial Demanded** |

**ORDER SCHEDULING HEARING ON SUMMARY JUDGMENT MOTIONS AND FINAL PRETRIAL CONFERENCE**

The final pretrial conference and hearings on the pending summary judgment motions will be held at the U.S Court of Appeals for the Federal Circuit on **MARCH 1, 2010, IN COURTROOM 402 AT 2:00PM**. The pending summary judgment motions will be heard first followed by the final pretrial conference. The parties should coordinate with the Federal Circuit's IT Department to arrange any presentations or slide shows that will be given.

It is SO ORDERED.

SIGNED this 16th day of February, 2010.

_RANDALL R. RADER_

RANDALL R. RADER

UNITED STATES CIRCUIT JUDGE (sitting by designation)