# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| PA ADVISORS, LLC )<br>)<br>    Plaintiff )<br>)<br>        v. )<br>)<br>GOOGLE INC., et al. )<br>)<br>    Defendants. )<br>) | Civil Action No. 2:07-cv-480 RRR |

## DECLARATION OF JASON WHITE IN SUPPORT OF YAHOO! INC.'S REPLY IN SUPPORT OF ITS SECOND MOTION FOR SUMMARY JUDGMENT OF NON-INFRINGEMENT

1. I am a partner with the law firm Howrey LLP, and counsel for Yahoo! Inc. I have personal knowledge of the pleadings and files in this matter. I have personal knowledge of the documents submitted with this declaration and, if called upon as a witness, could and would testify competently thereto.

2. Attached, as Exhibit 1, is a true and correct copy of an excerpt from U.S. Patent No. 6,199,067.

3. Attached, as Exhibit 2, is a true and correct copy of excerpts of the hearing held on December 28, 2009.

    I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief. Executed on February 16, 2010 in Chicago, Illinois.

                                                          /s/ Jason White
                                                          Jason White

1