**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | |
|---|---|
| PA ADVISORS, LLC,<br>Plaintiff, | Case No. 2:07-cv-480 (RRR) |
| v. | **Jury Trial Demanded** |
| GOOGLE, INC., et al.,<br>Defendants. | |

**ORDER DENYING PLAINTIFF'S
REQUEST TO FILE SUMMARY JUDGMENT MOTION**

Plaintiff's request to file a motion for summary judgment of validity re anticipation (Dkt. 395) is **DENIED** as untimely. Both parties are reminded, however, that any expert testimony at trial will be limited to the four corners of their expert report. In that vein, defendants' proffer regarding anticipation and any corresponding jury instruction may become an issue at a later time.

It is SO ORDERED.

SIGNED this 17th day of February, 2010.

*Randall R. Rader*

_____

RANDALL R. RADER

UNITED STATES CIRCUIT JUDGE (sitting by designation)