UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

PA ADVISORS, L.L.C.,

        Plaintiff,

v.

GOOGLE INC., et al.,

        Defendants.

Civil Action No. 2:07-CV-480 RRR

**JOINT REQUEST TO AMEND DOCKET CONTROL ORDER**

    Pursuant to the Court's statements regarding scheduling at the December 28, 2009 pretrial conference, the parties jointly request that the Court amend the Docket Control Order. Attached as Exhibit A is the parties' Proposed Agreed Amended Docket Control Order. The Court set the deadline for completing expert depositions and filing *Daubert* motions and objections to experts as February 19, 2010. Due to the unavailability of some of the expert witnesses for deposition prior to that date, the parties jointly request that these deadlines be extended. Such extensions are reflected in Exhibit A. This agreement by the parties resolves the dispute raised in Google's emergency motion, filed February 15, 2010 (Dkt No. 405) and Google hereby withdraws that motion.

February 19, 2010     Respectfully submitted by:


   */s/ David A. Perlson*
Charles K. Verhoeven
Email:  charlesverhoeven@quinnemanuel.com
State Bar No. 170151
David A. Perlson
Email: davidperlson@quinnemanuel.com
State Bar No. 209502
Quinn Emanuel Urquhart Oliver & Hedges LLP
50 California St.
San Francisco, CA  94111
Telephone:  (415) 875-6600

Brian C. Cannon
Email: briancannon@quinnemanuel.com
State Bar No.  193071
Quinn Emanuel Urquhart Oliver & Hedges LLP
555 Twin Dolphin Dr. Ste. 560
Redwood Shores, CA  94065
Telephone:  (650) 801-5000

Harry L. Gillam, Jr.
State Bar No. 07921800
Email:  gil@gillamsmithlaw.com
Melissa R. Smith
State Bar No. 24001351
Email:  melissa@gillamsmithlaw.com
Gillam & Smith, L.L.P.
303 South Washington Avenue
Marshall, TX 75670
Telephone:  (903) 934-8450

*Counsel for Google Inc.*


**APPROVED AS TO FORM AND SUBSTANCE:**

*Counsel for Yahoo! Inc.*

William C. Rooklidge
Email: rooklidgew@howrey.com
State Bar No. 134483
Howrey, LLP
4 Park Plaza, Suite 1700
Irvine CA 92614-2559
Telephone: (949) 721-6900

Jason C. White
Email: whitej@howrey.com
State Bar No. 6238352
Howrey, LLP
321 N. Clark Street, Suite 3400
Chicago IL 60654
Telephone: (312) 595-1239

Brian A.E. Smith
Email:  smithbrian@howrey.com
State Bar No. 188147
Howrey LLP
525 Market Street, Suite 3600
San Francisco CA 94105-2708
Telephone:  (415) 848-4900

Jennifer Doan
Email:  jdoan@haltondoan.com
State Bar No. 08809050
Joshua Reed Thane
Email:  jthane@haltondoan.com
State Bar No. 24060713
John Scott Andrews
Email:  sandrews@haltondoan.com
State Bar No. 24064823
Halton & Doan
Crown Executive Center, Suite 100
6500 Summerhill Road
Texarkana TX 75503
Telephone: (903) 255-10002

***Counsel for Plaintiff PA Advisors, LLC, now known as nXn Tech, LLC***

Marc A. Fenster
CA Bar No. 181067
mfenster@raklaw.com
Alexander C.D. Giza
CA Bar No. 212327
agiza@raklaw.com
Andrew Weiss
CA Bar No. 232974
aweiss@raklaw.com
Adam Hoffman
CA Bar No. 218740
ahoffman@raklaw.com
RUSS, AUGUST & KABAT
12424 Wilshire Blvd., 12th Floor
Los Angeles, CA 90025
(310) 826-7474
(310) 826-6991 (fax)

Andrew W. Spangler

State Bar No. 24041960
SPANGLER LAW P.C.
104 E. Houston Street, Ste. 135
Marshall, Texas 75670
Telephone: (903) 935-3443
Facsimile: (903) 938-7843
spangler@spanglerlawpc.com

David M. Pridham
Rhode Island Bar No. 6625
LAW OFFICE OF DAVID PRIDHAM
25 Linden Road
Barrington, Rhode Island 02806
Telephone: (401) 633-7247
Facsimile: (401) 633-7247
david@pridhamiplaw.com

Harold Kip Glasscock, Jr.
State Bar No. 08011000
KIP GLASSCOCK ATTORNEY AT LAW
550 Fannin, Suite 1350
Beaumont, Texas 77701
Telephone: (409) 833-8822
Facsimile: (409) 838-4666
kipglasscock@hotmail.com

Patrick R. Anderson
PATRICK R. ANDERSON PLLC
4225 Miller Rd, Bldg. B-9, Suite 358
Flint, MI 48507
(810) 275-0751
(248) 928-9239 (fax)
patrick@prapllc.com

John M. Bustamante
Texas Bar No. 24040618
BUSTAMANTE, P.C.
54 Rainey Street, No. 721
Austin, Texas 78701
Tel. 512.940.3753
Fax 512.551.3773
Email:jmb@BustamanteLegal.com

Elizabeth A. Wiley
Texas State Bar No. 00788666
THE WILEY FIRM PC
P.O. Box 303280
Austin, Texas 78703-3280
Telephone: (512) 560.3480
Facsimile: (512) 551.0028
Email: lizwiley@wileyfirmpc.com