UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| PA ADVISORS, L.L.C., <br><br> Plaintiff, <br><br> v. <br><br> GOOGLE INC., et al., <br><br> Defendants. | Civil Action No. 2:07-CV-480 RRR |

## **DECLARATION OF EUGENE NOVIKOV**

I, Eugene Novikov, am an attorney with the law firm of Quinn Emanuel Urquhart Oliver & Hedges, LLP, counsel for Google Inc. ("Google"). I submit this declaration in support of Defendants' Motion to Seal Documents and Close the Courtroom During Presentation of Confidential Material at Trial. I have personal knowledge of the facts stated in this declaration, and if called upon to do so, could and would competently testify thereto:

1. Attached hereto as Exhibit A is a true and correct copy of excerpts of the transcript of the January 12, 2010 motions hearing in the matter of *Function Media v. Google*, (United States District Court for the Eastern District of Texas, Case No. 2:07-cv-279-CE).

Executed this 19th day of February, 2010 at San Francisco, California.


                                                _____*/s/ Eugene Novikov*_____
                                                Eugene Novikov