IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

PA ADVISORS, LLC, §
    Plaintiff, §
§
v. § Civil Action No. 2:07-cv-480-RRR
§
GOOGLE INC., et al., §
§ JURY TRIAL DEMANDED
    Defendants. §
§

# **ORDER**

On February 19, 2010, nXn Tech, LLC (f/k/a PA Advisors, LLC) ("nXn") filed its motions in limine (Dkt. No. 419). The Court rules as follows according to the numbering set forth in that submission.

    1.    Granted: _____        Denied: _____

    2.    Granted: _____        Denied: _____

    3.    Granted: _____        Denied: _____

    4.    Granted: _____        Denied: _____

    5.    Granted: _____        Denied: _____

    6.    Granted: _____        Denied: _____

    7.    Granted: _____        Denied: _____

    8.    Granted: _____        Denied: _____

    9.    Granted: _____        Denied: _____

    10.    Granted: _____        Denied: _____

    11.    Granted: _____        Denied: _____

    12.    Granted: _____        Denied: _____

13. Granted: _____     Denied: _____

14. Granted: _____     Denied: _____

15. Granted: _____     Denied: _____

16. Granted: _____     Denied: _____

17. Granted: _____     Denied: _____

18. Granted: _____     Denied: _____

19. Granted: _____     Denied: _____

20. Granted: _____     Denied: _____

21. Granted: _____     Denied: _____

22. Granted: _____     Denied: _____

23. Granted: _____     Denied: _____

24. Granted: _____     Denied: _____

25. Granted: _____     Denied: _____

26. Granted: _____     Denied: _____

27. Granted: _____     Denied: _____