UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| PA ADVISORS, LLC | ) |
| | ) |
| Plaintiff | ) |
| | ) |
| v. | ) Civil Action No. 2:07-cv-480 RRR |
| | ) |
| GOOGLE INC., et al. | ) |
| | ) |
| Defendants. | ) |
| | ) |

## ORDER

Before the Court are Yahoo's Motions *in Limine* Nos. 1-5. The Court, having reviewed the Motions, and being well-advised, finds that the Motions should be GRANTED. It is therefore

ORDERED that Yahoo's Motions *in Limine* Nos. 1-5 are hereby GRANTED.

SO ORDERED.