# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | | |
|---|---|---|
| PA ADVISORS, LLC | ) | |
| | ) | |
|     Plaintiff | ) | |
| | ) | |
|     v. | ) | Civil Action No. 2:07-cv-480 RRR |
| | ) | |
| GOOGLE INC., et al. | ) | |
| | ) | |
|     Defendants. | ) | |
| | ) | |

# DECLARATION OF JASON WHITE IN SUPPORT OF DEFENDANT YAHOO! INC.'S
# MOTIONS *IN LIMINE*

1. I am a partner with the law firm Howrey LLP, and counsel for Yahoo! Inc. I have personal knowledge of the pleadings and files in this matter. I have personal knowledge of the documents submitted with this declaration and, if called upon as a witness, could and would testify competently thereto.

2. Attached, as Exhibit 1, is a true and correct copy of excerpts from Mr. Becker's Expert Report, dated XXX.

3. Attached, as Exhibit 2, is a true and correct copy of and exhibit from Mr. Becker's Expert Report, dated January 4, 2010.

4. Attached, as Exhibit 3, is a true and correct copy of excerpts from the December 28, 2009 hearing with the Court.

5. Attached, as Exhibit 4, is a true and correct copy of and email chain between Jason C. White and Andrew Weiss, dated January 5, 2010.

6.  Attached, as Exhibit 5, is a true and correct copy of excerpts from Dr. Rhyne's Expert Report, dated January 22, 2010.

7.  Attached, as Exhibit 6, is a true and correct copy of excerpts from Ilya Geller's deposition on August 19, 2009.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief. Executed on February 19, 2010 in Austin, Texas.

/s/ Jason White
Jason White