PA Advisors, LLC v. Google Inc. et al

Doc. 420 Att.

# EXHIBIT 4

Dockets.Justia.com

-----Original Message-----
From: Andrew Weiss [mailto:aweiss@raklaw.com]
Sent: Thursday, January 14, 2010 3:12 PM
To: White, Jason
Cc: Debera Hepburn; sandrews@haltomdoan.com; Rooklidge, William; _Doan, Jennifer; jthane@haltomdoan.com; David Pridham; Andrew Spangler; John Bustamante; Patrick Anderson; Liz Wiley; Adam Hoffman; Kip Glasscock; Marc Fenster; Alex Giza
Subject: Re: nXn v. Yahoo: Source Code Printouts

Thank you, Jason. I apologize for the mix-up.

Andrew

On Jan 13, 2010, at 6:44 PM, White, Jason wrote:

> Andrew -
>
> The printouts that were made before the holidays were sent on January
> 5.
> Attached is the letter that was sent with the printouts, along with
> the FedEx confirmation of delivery on January 6. We will send the
> printouts that were made in Northern California later this week.
>
> Jason
>
>
>
>
> Jason C. White
> HOWREY LLP
> Direct: +1 312.846.5680
>
> -----Original Message-----
> From: Andrew Weiss [mailto:aweiss@raklaw.com]
> Sent: Tuesday, January 12, 2010 10:28 PM
> To: Andrew Weiss
> Cc: White, Jason; Debera Hepburn; sandrews@haltomdoan.com; Rooklidge,
> William; _Doan, Jennifer; jthane@haltomdoan.com; David Pridham; Andrew
> Spangler; John Bustamante; Patrick Anderson; Liz Wiley; Adam Hoffman;

```
> Kip Glasscock; Marc Fenster; Alex Giza
> Subject: Re: nXn v. Yahoo: Source Code Printouts
>
> Jason:
> We still have not heard from Yahoo regarding these printouts, or the
> printouts made during this most recent review.  Please send these
> printouts to nXn via overnight delivery by close of business tomorrow.
> As you know, Yahoo was obligated to provide these printouts within 2
> business days for being made.  This time passed many weeks ago.
>
> Andrew
>
> On Jan 7, 2010, at 3:41 PM, Andrew Weiss wrote:
>
>> Jason:
>> nXn has not yet received the printouts it made prior to the
>> Christmas/New Years holiday.  Please produce these immediately.
>>
>> Thank you,
>> Andrew
>>
>> --
>> Andrew D. Weiss
>> Russ August & Kabat
>> 12424 Wilshire Boulevard, 12th Floor
>> Los Angeles, CA 90025
>> 310 826-7474
>> aweiss@raklaw.com
>>
>> * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *
>> * * * *
>> IRS Circular 230 Notice:  This communication is not intended to be
>> used and cannot be used, for the purpose of avoiding U.S. federal
>> tax-related penalties or promoting, marketing or recommending to
>> another party any tax-related matter addressed herein.
>> - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
>> - - - -
>> This communication shall not create, waive or modify any right,
>> obligation or liability, or be construed to contain or be an
>> electronic signature.  This communication may contain information
>> that is legally privileged, confidential or exempt from disclosure,
>> and is intended only for the named addressee(s).  If you are not the
>> intended recipient, please note that any dissemination, distribution,
>> or copying of this communication is prohibited.
>>
>>
>>
>>
>
>
> --
> Andrew D. Weiss
> Russ August & Kabat
> 12424 Wilshire Boulevard, 12th Floor
> Los Angeles, CA 90025
> 310 826-7474
> aweiss@raklaw.com
>
```

> * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *
> * * *
> IRS Circular 230 Notice:  This communication is not intended to be
> used and cannot be used, for the purpose of avoiding U.S. federal tax-
> related penalties or promoting, marketing or recommending to another
> party any tax-related matter addressed herein.
> - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
> - - -
> This communication shall not create, waive or modify any right,
> obligation or liability, or be construed to contain or be an
> electronic signature.  This communication may contain information that
> is legally privileged, confidential or exempt from disclosure, and is
> intended only for the named addressee(s).  If you are not the intended
> recipient, please note that any dissemination, distribution, or
> copying of this communication is prohibited.
>
>
>
>
> <img-113092914.pdf>This email and any attachments contain information
> from the law firm of Howrey LLP, which may be confidential and/or
> privileged. The information is intended to be for the use of the
> individual or entity named on this email. If you are not the intended
> recipient, be aware that any disclosure, copying, distribution or use
> of the contents of this email is prohibited. If you receive this email
> in error,  please notify us by reply email immediately so that we can
> arrange for the retrieval of the original documents at no cost to you.
> We take steps to remove metadata in attachments sent by email, and any
> remaining metadata should be presumed inadvertent and should not be
> viewed or used without our express permission. If you receive an
> attachment containing metadata, please notify the sender immediately
> and a replacement will be provided. Howrey LLP consists of two
> separate limited liability partnerships, one formed in the United
> States (Howrey US) and one formed in the United Kingdom (Howrey UK).
> Howrey UK is registered in England and Wales under number OC311537 and
> regulated by the Solicitors Regulation Authority
> (http://www.sra.org.uk/code-of-conduct.page
> ). Howrey's London and Paris offices are operated as part of Howrey
> UK. A list of the partners of Howrey UK is available for inspection at
> its registered office: 5 New Street Square, London EC4A 3BF. A
> consolidated list of all Howrey US and Howrey UK attorneys and
> jurisdictions where they are authorized to practice and/or are
> registered can be obtained by contacting emailrequest@howrey.com.

--
Andrew D. Weiss
Russ August & Kabat
12424 Wilshire Boulevard, 12th Floor
Los Angeles, CA 90025
310 826-7474
aweiss@raklaw.com

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *
* * *
IRS Circular 230 Notice:  This communication is not intended to be used and cannot be used, for the purpose of avoiding U.S. federal tax- related penalties or promoting, marketing or recommending to another party any tax-related matter addressed herein.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

This communication shall not create, waive or modify any right, obligation or liability, or be construed to contain or be an electronic signature.  This communication may contain information that is legally privileged, confidential or exempt from disclosure, and is intended only for the named addressee(s).  If you are not the intended recipient, please note that any dissemination, distribution, or copying of this communication is prohibited.