## 1

```
1
2            UNITED STATES DISTRICT COURT
              EASTERN DISTRICT OF TEXAS
3                 MARSHALL DIVISION
4    ---------------------------
                               :  NO.2:07-CV-480-DF
5    PA ADVISORS, LLC,         :
                               :
6          Plaintiff,          :
                               :
7          VS.                 :
                               :
8    GOOGLE INC., et al.,      :
                               :
9          Defendants.         :
                               :
10   - - - - - - - - - - - - - -
11                DATE:  August 19, 2009
12                TIME:  9:47 a.m.
13
14            Deposition of ILYA GELLER, taken by and
15   before JOYCE SILVER, a Certified Shorthand Reporter
16   and Notary Public of the State of New York, and,
17   PHILIP GLAUBERSON, Videographer, held at the office
18   of STROOCK, STROOCK & LAVAN, 767 Third Avenue, New
19   York, New York.
20
21
22
23
24
25    Job No.: 212395
```

## 2

```
1
2    A P P E A R A N C E S:
3    Attorneys for Plaintiff
4    RUSS AUGUST & KABAT
          12424 Wilshire Boulevard
5         Los Angeles, California 90025
     BY:  MARC A. FENSTER, ESQ.
6
7    Attorneys for Defendant, Google Inc.
8    QUINN, EMANUEL, URQUHART, OLIVER & HEDGES, LLP
          555 Twin Dolphin Drive
9         Suite 560
          Redwood Shores, California 94065
10   BY:  BRIAN C. CANNON, ESQ.
                 And
11          EUGENE NOVIKOV, ESQ.
12
     Attorneys for Defendant Yahoo
13
     HOWREY LLP
14        321 North Clark Street
          Chicago, Illinois 60654
15   BY:  JASON C. WHITE, ESQ.
16
     ALSO PRESENT:  Erich Spangenberg
17
18
19
20
21
22
23
24
25
```

## 3

```
1
2                  I N D E X
3    WITNESS           DIRECT  CROSS  REDIRECT  RECROSS
4    ILYA GELLER
5      BY MR. CANNON    6              154
6      BY MR. FENSTER          128
7
8                  E X H I B I T S
9    NUMBER       DESCRIPTION                      PAGE
10   Exhibit 16, Patent Purchase agreement,        101
                 Bates Nos. PA 0001210-22
11   Exhibit 17, Panel Summary No. 1               119
     Exhibit 18, Letter, Bates Nos. Geller         137
12               031979-91
     Exhibit 19, Letter, Bates No. Geller          139
13               033081
     Exhibit 20, Letter, Bates Nos. Geller         140
14               033083
     exhibit 21, Letter, Bates Nos. Geller         140
15               034109-10
     Exhibit 22, Document entitled, "The New       141
16               Search Technology," Bates Nos.
                 Geller 054521-28
17   Exhibit 23, E-mail dated 8/27/01, Bates       143
                 No. Brin 00000001
18   Exhibit 24, Letter dated 6/14/05              147
19   Exhibit 25, Documents Bates Nos. PA           152
                 0001419-1530
20
21
22
23
24
25
```

## 4

```
1
2
                     S T I P U L A T I O N S
3
4            IT IS HEREBY STIPULATED AND AGREED
5    by and between the attorneys for the respective
6    parties hereto that filing and sealing be one and the
7    same are hereby waived.
8
9            IT IS FURTHER STIPULATED AND AGREED that
10   all objections except as to the form of the question,
11   shall be reserved to the time of the trial.
12
13           IT IS FURTHER STIPULATED AND AGREED that
14   the within examination may be signed and sworn to
15   before any officer authorized to administer an oath
16   or notary public, with the same force and effect as
17   though signed and sworn to before the officer before
18   whom the within deposition was taken.
19
20
21
22
23
24
25
```

## 93

```
 1              ILYA GELLER
 2   show that you can recall?
 3        A.    You need to ask my legal counsels.  They
 4   have all the documents.  Ask them.  They have all the
 5   documents.
 6        Q.    Are there any that you personally can
 7   think of, sitting here today?
 8        A.    How could I -- I don't remember, but
 9   perhaps among all the documents I gave to my legal
10   counselors, they have something about this.  I don't
11   know.  Because -- because I gave them everything and
12   I don't remember what I gave to them.  I gave what I
13   had and I didn't look at this -- this stuff.
14        Q.    Why was it that you were trying to
15   contact, and I think you used the word, lots of
16   people, at that time?
17        A.    I told you, I tried to -- to move my --
18   to do something with my company.  I tried to make --
19   to raise money to make a product, to sell the product
20   and all this stuff.
21        Q.    But you didn't manage to raise money; is
22   that correct?
23        A.    No, I didn't.
24        Q.    Is there a reason for that, that you --
25   that you could think of?
```

## 94

```
 1              ILYA GELLER
 2        A.    I had MS.  I couldn't speak English.  My
 3   English was -- you see right now my English is very
 4   bad, but at that time it was much worse.  I was very
 5   bad.  I was in very bad condition.  I didn't have
 6   strength to follow with the company.
 7        Q.    Who -- turning to Exhibit 7, who prepared
 8   this document?
 9        A.    Me.
10        Q.    Did you write it?
11        A.    Yes.
12        Q.    Did anyone help you?
13        A.    I don't think so.  At least -- perhaps
14   no, the answer is no.
15        Q.    Does this document reflect the inventions
16   or the invention of your patent?
17              MR. FENSTER:  Objection to form.
18        A.    I didn't look at this document for a long
19   time, but I -- I need to read the whole document to
20   see what is it.  Listen, I didn't speak about my
21   invention.  I didn't -- like before this patent,
22   listen, for a long time I --
23              (Speaks Russian.)
24              MR. BERELEKHIS:  It's been a long time
25   since I remembered anything or recalled anything
```

## 95

```
 1              ILYA GELLER
 2   about my patent, so that's why I'm unable to answer
 3   this question at this time.
 4        A.    I need to read it through so -- but I
 5   think, yes.  Most probably, yes.
 6        Q.    Since our time is limited, perhaps I will
 7   move on and if you need to review it, obviously you
 8   can qualify your answer however you wish, but I'd
 9   like -- I'd like to move on, if that's okay.
10              MR. FENSTER:  If you're right in the
11   middle of a line of questioning, please finish; but
12   when you get to a convenient stopping place, we will
13   stop for lunch.
14              MR. CANNON:  Thank's, Marc.  Let's do
15   that.  Just a few more minutes.
16        Q.    Mr. Geller, have you heard of a person
17   called Sergey Brin, the founder of Google?
18        A.    Yes, yes.
19        Q.    Have you ever met him in person?
20        A.    My legal counselor said he was at this
21   exhibition.  If he was at this exhibition, I think we
22   met because I was the only one who speaks -- who
23   spoke Russian.  And, also, Google was not Google at
24   that time.  It was a small company.  If we have a
25   booth at the same level as I did, we could met.
```

## 96

```
 1              ILYA GELLER
 2        Q.    Do you have a specific memory of meeting
 3   Mr. Brin at the conference?
 4        A.    It was 11 years ago.  I don't remember.
 5        Q.    Have you met Mr. Brin at any point after
 6   the conference?
 7        A.    How could I remember?  I -- I don't think
 8   so.  I'm not sure, but, listen, I wasn't -- after the
 9   conference, after year 2000, I became very ill and I
10   didn't.  Right.  I didn't -- difficult for me to
11   remember these things.  I wasn't able to socialize.
12   I didn't see a lot of people.  Okay.  So most
13   probably -- most probably I did not.
14        Q.    Have you ever spoken in person to Sergey
15   Brin?
16        A.    I have no recollection of it.  If he was
17   at this exhibition, most -- most probably I did.
18        Q.    Who was it that told you that Mr. Brin
19   was at the conference?
20        A.    My legal counsel -- I mean I read about
21   this on the Internet.  My legal counsel put some
22   document in his blog on the case, and I read that it
23   said that Sergey Brin was at this conference.
24        Q.    What blog are you referring to?
25        A.    PA Advisors versus Google.
```

```
 1            ILYA GELLER
 2       Q.    Is that a publicly-available blog?
 3       A.    It is.
 4       Q.    And is a reference to Mr. Brin attending
 5  the trade show on that blog?
 6       A.    It is.
 7       Q.    Have you ever communicated with Mr. Brin
 8  via E-mail?
 9       A.    Yes, because my legal counselors in this
10  book (indicating), we found or Sergey Brin gave an
11  E-mail and I saw this E-mail in here (indicating) so
12  I sent him an E-mail.  I don't know how I get -- how
13  I got his E-mail address because if I did not see
14  him, how I did get his E-mail address?  And I sent
15  him an E-mail.
16       Q.    Do you have that E-mail in your files?
17            MR. FENSTER:  Object to form.
18       A.    In mine?  You mean at home?
19       Q.    Yes.
20       A.    No, no, I don't.
21       Q.    Why not?
22       A.    Because I gave a disk to them.  I don't
23  know -- perhaps they have on the disk.
24       Q.    Other than counsel showing you the
25  E-mail, do you have a specific memory of sending an
```

```
 1            ILYA GELLER
 2  E-mail to Mr. Brin?
 3       A.    You see Google was -- Google was and
 4  Google is a very -- it was a company -- I saw a
 5  company with a big -- a big potential, so I -- I
 6  tried to contact them for the purpose to sell license
 7  or somehow to cooperate with them because I saw
 8  moving in my direction, in the direction of this
 9  patent and I tried to find -- to make -- to build a
10  bridge between what -- it was hard -- okay.  It was a
11  difficult time for me, but I tried to contact them
12  because I thought a company with such ambitions and
13  such potential.  And, also, I saw Sergey Brin.  I
14  knew he spoke Russian and my English was almost on
15  zero level.  So it almost didn't exist at all.  I
16  couldn't speak English.  I spoke English but very bad
17  English, very bad English.
18       Q.    I'm sorry, I cut you off.  Did you
19  finish?
20       A.    Right.  Right.  And he -- I knew he
21  spoke -- he spoke Russian.
22       Q.    When do you recall first trying to
23  contact Google?
24       A.    2001, I think this E-mail.  I don't --
25  I'm not sure.  I don't remember -- I tried to call
```

```
 1            ILYA GELLER
 2  them.  I tried to call Sergey Brin.  Right.
 3       Q.    Did he ever call you back?
 4       A.    No.  I tried to call Sergey Brin because
 5  he -- he speaks Russian.  You see it was much easier
 6  for me to speak Russian than to speak English and I
 7  thought if I would find somebody from the industry,
 8  and especially from Google, right.  And I remember I
 9  called Sergey Brin by phone.  I sent him an E-mail
10  and after that, when I was a little bit better, I
11  tried to contact Google -- Google was a big company.
12  I tried to contact him through my lawyer, legal
13  counselor.
14       Q.    Back in 2001, other than the E-mail that
15  counsel has shown you, do you have any recollection
16  of sending any other E-mails to Sergey Brin?
17       A.    It could happen.  It could be.  I could
18  send him more E-mails.
19       Q.    Do you remember?
20       A.    You need to ask my legal counselors.
21  They have the disk and it has all the E-mails and if
22  they are able to find something.
23       Q.    Do you remember Sergey Brin ever
24  responding to your E-mail?
25       A.    No.  This for sure.  Ah, perhaps, yes,
```

```
 1            ILYA GELLER
 2  perhaps he could -- in 1999, he could respond because
 3  Google was a -- wasn't -- was a start-up in '99.  He
 4  could respond in '99.  But my legal counselors, they
 5  have all my archives.  They need to search our
 6  archives to see.
 7       Q.    Do you have a specific memory of him
 8  responding?
 9       A.    No.  Because Sergey Brin was one among
10  many, many, many, many people and he was a Ph.D.
11  student and he was one among many.  He was not a
12  billionaire.  He wasn't the head of Google and all
13  this stuff.  He was just a regular guy then.
14       Q.    But you don't specifically remember him
15  responding to you?
16       A.    No, no.  If my legal counselor could find
17  an E-mail from him, we could find.
18            MR. CANNON:  I think it would be a good
19  time for a lunch break.
20            MR. FENZTER:  Okay.  Thank you.
21            THE VIDEOGRAPHER:  This will end
22  videotape number two of the deposition of Ilya
23  Geller.  We are going off the record at approximately
24  12:36 p.m., August 19, 2009.
25            (Recess taken.)
```