IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| PA ADVISORS, LLC | ) |
| Plaintiff | ) ) ) |
| v. | ) Civil Action No. 2:07-cv-480 RRR ) |
| GOOGLE INC., et al. | ) ) |
| Defendants. | ) ) |

**ORDER GRANTING
DEFENDANTS' MOTION *IN LIMINE* NO. 1: MOTION TO PRECLUDE EVIDENCE
OF DEFENDANTS' ALLEGED INDUCED OR CONTRIBUTORY INFRINGEMENT**

Before the Court is Defendants' Motion *in Limine* No. 1. After a review of the relevant case law, citations to the record, and consideration of the briefs before the Court, it is ordered that Defendants' Motion *in Limine* No. 1 is **GRANTED**.