UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| PA ADVISORS, L.L.C.,<br><br>        Plaintiff,<br><br>    v.<br><br>GOOGLE INC., et al.,<br><br>        Defendants. | Civil Action No. 2:07-CV-480 RRR |

**DECLARATION OF JASON WHITE IN SUPPORT OF
DEFENDANTS' MOTION *IN LIMINE* NO. 2: MOTION TO PRECLUDE PLAINTIFF
FROM OFFERING ANY EVIDENCE OR TESTIMONY OF A PRIORITY DATE THAT
WAS NOT CONTAINED IN PLAINTIFF'S INTERROGATORY RESPONSES**

1.  I am a partner with the law firm Howrey LLP, and counsel for Yahoo! Inc. I have personal knowledge of the pleadings and files in this matter. I have personal knowledge of the documents submitted with this declaration and, if called upon as a witness, could and would testify competently thereto.

2.  Attached, as Exhibit 1, is a true and correct copy of excerpts from Defendants' first set of interrogatories served on November 17, 2008.

3.  Attached, as Exhibit 2, is a true and correct copy of excerpts from Plaintiff's response to Defendants' first set of interrogatories served on December 22, 2008.

4.  Attached, as Exhibit 3, is a true and correct copy of excerpts from the deposition of Ilya Geller on August 19, 2009.

1

DM_US:23050104_2

Dockets.Justia.com

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.  Executed on February 19, 2010 in Austin, Texas.

                                                    /s/ Jason White
                                                    Jason White