# Exhibit 1

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| PA ADVISORS, LLC,<br><br>Plaintiff,<br><br>v.<br><br>GOOGLE INC., ET AL.<br><br>Defendants. | Civil Action No. 2-07CV-480-DF<br><br>**DEFENDANTS' FIRST SET OF INTERROGATORIES TO PA ADVISORS, LLC** |

TO PLAINTIFF PA ADVISORS, LLC AND ITS ATTORNEYS OF RECORD:

Pursuant to Federal Rule of Civil Procedure 33, Defendants Google, Inc. and Yahoo! Inc. ("DEFENDANTS") request that plaintiff PA Advisors, LLC ("PA ADVISORS") answer separately and under oath the following interrogatories within thirty (30) days from the date of service.

## DEFINITIONS

1. "PA ADVISORS," "YOU," and "YOUR" shall mean PA Advisors, LLC, a plaintiff in this action, and any and all persons acting or purporting to act on behalf of, or who are subject to the direction or control of, PA Advisors, LLC.

2. "PLAINTIFF" shall mean PA ADVISORS.

3. "GOOGLE" shall mean defendant Google Inc. and its agents, officers, employees, and representatives.

4. "YAHOO" shall mean defendant Yahoo! Inc. and its agents, officers, employees, and representatives.

5. "DEFENDANTS" shall mean defendants GOOGLE and YAHOO.

YOU to have possession, custody, or control of that information or category of information must be identified.

h. YOUR obligation to respond to these Interrogatories is continuing and its responses are to be supplemented to include subsequently acquired information in accordance with the requirements of Rule 26(e) of the Federal Rules of Civil Procedure.

## INTERROGATORIES

**INTERROGATORY NO. 1:**

State whether any PERSON on behalf of PLAINTIFF has requested or conducted an investigation of the validity or invalidity (including any PRIOR ART search), enforceability or unenforceability, scope of claims, infringement or noninfringement, of the '067 PATENT and if the answer is anything other than an unqualified negative, for each such investigation identify: each PERSON who requested the investigation and the date of the request; each PERSON who furnished any DOCUMENTS upon which the investigation was based in whole or in part, and IDENTIFY each such document; each PERSON who participated in the investigation, prepared or reported the results of the investigation and IDENTIFY the date of any such report, whether draft or final; each PERSON who received, read or had access to a draft or final report of such investigation, or any conclusion set forth therein; and whether any decision was made or action taken by or on behalf of PLAINTIFF in whole or in part as a result of such investigation, and describe in detail each such decision and action.

**INTERROGATORY NO. 2:**

Describe in detail the dates and circumstances of conception and reduction to practice of each claim of the '067 PATENT, by identifying any relevant DOCUMENTS, and all PERSONS involved, and for each such PERSON, the time period and nature of that PERSON'S involvement.