# Exhibit 3

## 1

```
 1
 2            UNITED STATES DISTRICT COURT
              EASTERN DISTRICT OF TEXAS
 3                 MARSHALL DIVISION
 4    ---------------------------
                               :  NO.2:07-CV-480-DF
 5    PA ADVISORS, LLC,        :
                               :
 6             Plaintiff,      :
                               :
 7       VS.                   :
                               :
 8    GOOGLE INC., et al.,     :
                               :
 9             Defendants.     :
                               :
10    - - - - - - - - - - - - - -
11             DATE:  August 19, 2009
12             TIME:  9:47 a.m.
13
14             Deposition of ILYA GELLER, taken by and
15    before JOYCE SILVER, a Certified Shorthand Reporter
16    and Notary Public of the State of New York, and,
17    PHILIP GLAUBERSON, Videographer, held at the office
18    of STROOCK, STROOCK & LAVAN, 767 Third Avenue, New
19    York, New York.
20
21
22
23
24
25     Job No.: 212395
```

## 2

```
 1
 2    A P P E A R A N C E S:
 3    Attorneys for Plaintiff
 4    RUSS AUGUST & KABAT
            12424 Wilshire Boulevard
 5          Los Angeles, California 90025
      BY:   MARC A. FENSTER, ESQ.
 6
 7    Attorneys for Defendant, Google Inc.
 8    QUINN, EMANUEL, URQUHART, OLIVER & HEDGES, LLP
            555 Twin Dolphin Drive
 9          Suite 560
            Redwood Shores, California 94065
10    BY:   BRIAN C. CANNON, ESQ.
                    And
11            EUGENE NOVIKOV, ESQ.
12
      Attorneys for Defendant Yahoo
13
      HOWREY LLP
14          321 North Clark Street
            Chicago, Illinois 60654
15    BY:   JASON C. WHITE, ESQ.
16
      ALSO PRESENT:  Erich Spangenberg
17
18
19
20
21
22
23
24
25
```

## 3

```
 1
 2              I N D E X
 3    WITNESS        DIRECT  CROSS  REDIRECT  RECROSS
 4    ILYA GELLER
 5      BY MR. CANNON    6              154
 6      BY MR. FENSTER          128
 7
 8             E X H I B I T S
 9    NUMBER       DESCRIPTION                    PAGE
10    Exhibit 16, Patent Purchase agreement,      101
                  Bates Nos. PA 0001210-22
11    Exhibit 17, Panel Summary No. 1             119
      Exhibit 18, Letter, Bates Nos. Geller       137
12                031979-91
      Exhibit 19, Letter, Bates No. Geller        139
13                033081
      Exhibit 20, Letter, Bates Nos. Geller       140
14                033083
      exhibit 21, Letter, Bates Nos. Geller       140
15                034109-10
      Exhibit 22, Document entitled, "The New     141
16                Search Technology," Bates Nos.
                  Geller 054521-28
17    Exhibit 23, E-mail dated 8/27/01, Bates     143
                  No. Brin 00000001
18    Exhibit 24, Letter dated 6/14/05            147
19    Exhibit 25, Documents Bates Nos. PA         152
                  0001419-1530
20
21
22
23
24
25
```

## 4

```
 1
 2
                 S T I P U L A T I O N S
 3
 4          IT IS HEREBY STIPULATED AND AGREED
 5    by and between the attorneys for the respective
 6    parties hereto that filing and sealing be one and the
 7    same are hereby waived.
 8
 9          IT IS FURTHER STIPULATED AND AGREED that
10    all objections except as to the form of the question,
11    shall be reserved to the time of the trial.
12
13          IT IS FURTHER STIPULATED AND AGREED that
14    the within examination may be signed and sworn to
15    before any officer authorized to administer an oath
16    or notary public, with the same force and effect as
17    though signed and sworn to before the officer before
18    whom the within deposition was taken.
19
20
21
22
23
24
25
```

25

```
 1        ILYA GELLER
 2        Q.   After August '98.
 3        A.   I came to the idea, but it's -- you see
 4   the patent, yes?  Yes, I came.  Yes, I had after,
 5   right.
 6        Q.   And do you recall when it was you had
 7   that?
 8             MR. FENSTER:  Object to form.
 9        A.   ==No.  No, it's impossible to say exactly==
10   ==because it doesn't work this way.  It takes a long --==
11   ==a long time.  You begin to think and some parts of==
12   ==your idea are foolish, some parts of your idea are==
13   ==valid and finally you -- it's like a block of stone.==
14   ==You see if you want to make a sculpture, you take==
15   ==everything extra from the stone and finally you got==
16   ==the sculpture.  It's the same with for -- so it took==
17   ==a long -- took a long time before I came to the idea.==
18   ==So it wasn't just once like lightening.  It was a==
19   ==long process.==
20        Q.   Are you -- I'm sorry, I didn't mean to
21   cut you off.  Did you finish?
22        A.   It's a process.
23        Q.   Are you familiar with the phrase "the
24   conception of an invention"?
25             MR. FENSTER:  Object to form.
```

26

```
 1        ILYA GELLER
 2   Foundation.
 3        A.   (Speaks Russian.)
 4             I told you I got this conception -- I
 5   told you it's a process.  It's a process.  Right?
 6   Right?
 7        Q.   It's really actually -- I just want to
 8   lay the foundation to see whether you're familiar
 9   with the term "the conception of an invention."  Is
10   that a term that has meaning to you?
11             MR. FENSTER:  Meaning in its legal sense?
12             MR. CANNON:  Well, let's just let the
13   witness answer the question.
14             MR. FENSTER:  Object to form.
15        A.   (Speaks Russian.)
16             It's too vague.  I don't -- I can't
17   understand what you're talking about.  I don't see
18   the context.  You need to give me the context of your
19   idea -- of your words.
20        Q.   Well, the context is the -- the -- your
21   patent, the 067 patent --
22        A.   Yes.
23        Q.   -- claims various inventions.
24        A.   Various inventions.  It's one invention.
25        Q.   It's one invention?
```

27

```
 1        ILYA GELLER
 2        A.   The patent is only one patent.
 3        Q.   Let's -- let's assume that the patent
 4   includes one invention.  Did there come a time when
 5   you conceived in a concrete fashion what that
 6   invention was?
 7             MR. FENSTER:  Object to form.  Asked and
 8   answered.
 9        A.   (Speaks Russian.)
10             You need an exact hour, minute?  Or what
11   do you need?
12        Q.   Just the best memory that you have of
13   when the process that you had described was complete.
14   And you had in your mind a definite and firm idea of
15   what this invention would be.
16             MR. FENSTER:  Object to form.
17        A.   I'm sorry, but it's misunderstanding.  I
18   just don't understand what you're asking.  I don't --
19   it's created?
20             THE INTERPRETER:  (Speaks Russian.)
21        A.   I don't know in which context you are
22   speaking at because it depends on your context.  It
23   depends -- listen, I am a philosopher.  I am -- I do
24   science.  And I understand your question in many
25   different aspects, but I need to know more about your
```

28

```
 1        ILYA GELLER
 2   context, about the context in which you are asking.
 3        Q.   Well, if I understand you correctly, you
 4   saw --
 5        A.   Concept of the patent is no value.
 6        Q.   I'm sorry?
 7        A.   It's too vague.  It's too vague.  It's
 8   too big.  I need you to point, to take, to be
 9   laconic.
10        Q.   I'm trying to establish, and if -- if
11   you -- if you don't remember, that -- that's -- that
12   is what it is -- if -- if there came a point where
13   you had a definite and firm idea of the invention
14   that would later become issued as this patent?
15             MR. FENSTER:  Objection, vague, form,
16   asked and answered.
17             MR. CANNON:  Marc, if you could limit
18   your objections to objection, form, I would
19   appreciate that because that's what the Texas rules
20   require.
21             MR. FENSTER:  I know what the Texas rules
22   require, Mr. Cannon, and you need to -- this is a
23   special deposition and you need to ask simple
24   questions.  And I'm going to protect the record as I
25   see fit.
```

## 29

```
 1            ILYA GELLER
 2            MR. CANNON:  Well, I'm doing the best
 3   I -- the best I can, but I really think the record,
 4   you should limit yourself to what the rules require.
 5            MR. FENSTER:  Could you read back the
 6   question, please?
 7            (The reporter read back the last
 8   question.)
 9      A.    Okay.  You have this patent.  It is
10   before you.  So finally of course I had this idea.
11   You have something here.  Right?  Before you.  So
12   finally I came to the idea, but I don't remember
13   when.  I cannot say you exactly day, months or a
14   year.  It was somewhere in '99 or '98.  I don't
15   remember exactly.
16      Q.    Are there any documents that you can
17   think of that would help you pin down the date more
18   exactly?
19            MR. FENSTER:  Object to form.
20      A.    It's a pro- -- it's a process.  Of course
21   it starts somewhere, but document, I don't remember.
22   I -- I have -- I have no idea what kind of document
23   it could be.  I have no idea.  I don't know.  What do
24   you mean?
25      Q.    The -- the title of the patent uses the
```

## 30

```
 1            ILYA GELLER
 2   phrase "user profiles."  Do you see that?
 3      A.    Where?
 4      Q.    If you look at the patent Exhibit 6, the
 5   title is in the top left, "System and Method For
 6   Generating Personalized User Profiles," and then it
 7   goes on?
 8      A.    Yes, I see it, but it was -- this patent
 9   was written by my legal counsel and he -- it's his
10   work.  Right?  This patent, I didn't -- I didn't
11   write anything to this patent.  He wrote everything.
12      Q.    So you didn't write this patent?
13      A.    Technically, he wrote the patent, my
14   legal counsel.
15      Q.    Are there mistakes in the patent?
16            MR. FENSTER:  Object to form.
17      A.    Mistakes?  Grammatical?
18      Q.    Any kind of mistakes.  You -- I asked you
19   about the phrase "user profile" and you answered
20   that -- that your attorney had written it.  And I'm
21   wondering why -- why did you answer in that fashion.
22      A.    Because -- what fashion?  Because here he
23   wrote it user profile.
24      Q.    Does your invention have to do with user
25   profiles?
```

## 31

```
 1            ILYA GELLER
 2            MR. FENSTER:  Object to form.
 3      A.    I believe yes.
 4      Q.    How does your invention relate to user
 5   profiles?
 6            MR. FENSTER:  Object to form.
 7      A.    It's written in here, just read the
 8   patent.  Everything is written here -- in here.  But
 9   why should I say by myself if you can read the
10   patent?
11      Q.    Well, I -- I'd like you to answer, if you
12   can, if you can tell me how your invention relates to
13   user profiles?
14            MR. FENSTER:  Form.
15      A.    I told you about opinions and knowledge.
16   Right?  And I told you what this patent is -- is
17   about searching for both opinions and knowledge.  I
18   didn't tell that, but now I am telling.  This patent
19   combines both approaches.  It searches for knowledge
20   and for opinions.  So I -- and to search for
21   opinions, a program, a computer needs to know who is
22   searching for information.  Who is -- who is
23   searching for information.  So it must be
24   personalized.  You see here generated personal --
25   personalized user profiles.  So you gave just a part
```

## 32

```
 1            ILYA GELLER
 2   of a sentence, but the whole definition is
 3   personalized user profiles.
 4      Q.    Do you believe you are the first person
 5   to come up with the idea of using personalized user
 6   profiles to search the Internet?
 7            MR. FENSTER:  Object to form.
 8      A.    My experience at NIST TRC tells me, yes.
 9   National Institute of Standards and Technology Text
10   Retrieval Conference.
11      Q.    What was the last -- could you tell me
12   again the -- the name of the conference you just
13   referenced?
14      A.    National Institute of Standards and
15   Technology Text Retrieval Conference.
16      Q.    And what is the significance of that
17   conference?
18      A.    Huge companies and universities like MIT
19   and companies like Microsoft, IBM, from the whole
20   world -- world, I mean Academy of China and everybody
21   comes to this conference, and this the major event in
22   the search world.
23      Q.    And how does that conference relate to
24   your belief about personalized user profiles?
25            MR. FENSTER:  Object to form.
```