IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| PA ADVISORS, LLC )<br>)<br>Plaintiff )<br>)<br>v. )<br>)<br>GOOGLE INC., et al. )<br>)<br>Defendants. )<br>) | Civil Action No. 2:07-cv-480 RRR |

**ORDER GRANTING
DEFENDANTS' MOTION *IN LIMINE* NO. 2: MOTION TO PRECLUDE EVIDENCE
OR TESTIMONY OF A PRIORITY DATE THAT WAS NOT CONTAINED IN
PLAINTIFF'S INTERROGATORY RESPONSES**

Before the Court is Defendants' Motion *in Limine* No. 2. After a review of the relevant case law, citations to the record, and consideration of the briefs before the Court, it is ordered that Defendants' Motion *in Limine* No. 2 is **GRANTED**.