UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| PA ADVISORS, L.L.C.,<br><br>        Plaintiff,<br><br>v.<br><br>GOOGLE INC., et al.,<br><br>        Defendants. | Civil Action No. 2:07-CV-480 RRR |

## **DECLARATION OF EUGENE NOVIKOV**

I, Eugene Novikov, am an attorney with the law firm of Quinn Emanuel Urquhart Oliver & Hedges, LLP, counsel for Google Inc. ("Google"). I submit this declaration in support of Defendants' Motion *In Limine* No. Three: Motion to Preclude Certain Evidence and Argument Regarding Ilya Geller, Inventor of the Patent-in-Suit. I have personal knowledge of the facts stated in this declaration, and if called upon to do so, could and would competently testify thereto:

1. Attached hereto as Exhibit A is a true and correct copy of excerpts from the August 19, 2009 deposition of Ilya Geller.

Executed this 19 day of February, 2010 at San Francisco, California.

__/s/ Eugene Novikov_____<br>
Eugene Novikov