# EXHIBIT A

Dockets.Justia.com

Certified
Transcript

1

1

2          UNITED STATES DISTRICT COURT
          EASTERN DISTRICT OF TEXAS
3              MARSHALL DIVISION

4   ----------------------------
                              :   NO.2:07-CV-480-DF
5   PA ADVISORS, LLC,          :
                              :
6              Plaintiff,      :
                              :
7       VS.                    :
                              :
8   GOOGLE INC., et al.,       :
                              :
9              Defendants.     :
                              :
10  - - - - - - - - - - - - - - - -

11                  DATE:   August 19, 2009

12                  TIME:   9:47 a.m.

13

14           Deposition of ILYA GELLER, taken by and

15  before JOYCE SILVER, a Certified Shorthand Reporter

16  and Notary Public of the State of New York, and,

17  PHILIP GLAUBERSON, Videographer, held at the office

18  of STROOCK, STROOCK & LAVAN, 767 Third Avenue, New

19  York, New York.

20

21

22

23

24

25      Job No.: 212395

ILYA GELLER

Q.    Good afternoon, Mr. Geller.  I'd like to
ask you a few questions.  I understand that it's
getting later in the day and you mentioned that
you're getting tired.  Can you tell us how you're
feeling?

A.    Yes, I am tired a lot because, you see.

Q.    Are -- are you okay to answer questions
for a little bit?

A.    Just a little, yes, a little bit, please.

Q.    Where did you grow up?

A.    Russia, Ulyanovsk, middle Russia.

Q.    And when did you immigrate to the
United States?

A.    12th of December, 1992.

Q.    When were you born, Mr. Geller?

A.    4th of June, 1969.

Q.    1969?

A.    Yes.

Q.    So you're about 23 years old when you
immigrated; is that right?

A.    Yes, I am.

Q.    Did you -- so you did your early
education in -- in Russia?

A.    Yes, I did.

1          ILYA GELLER

2          Q.      What did you study in Russia?

3          A.      Civil engineering and also I study

4    mainframe computer.  Mainframe.  Mainframe and civil

5    engineering.  A little bit.

6          Q.      Tell us a little bit about your

7    education.  I don't know how the education system

8    works in Russia, so tell us a little bit about how

9    the education system works from early school,

10   elementary or grammar school on.

11         A.      I studied a lot of science.  I studied

12   mathematics, physics.  I studied civil engineering, I

13   studied different kinds of mechanics, whatever,

14   because it was required in high school, but it was

15   not the one -- it wasn't the education -- the -- the

16   education I looked for because I -- because it didn't

17   give me what I looked for.  And actually I was in

18   college for only four years because usually five

19   years are required.  At the end of my fourth year, I

20   left the college and actually I didn't study anything

21   else in Russia.  It was '90 -- '94, '93, I don't

22   remember exactly.

23         Q.      That was 1990 or 1991; is that right?

24         A.      Yes, I believe so, but I'm not sure.  I'm

25   not sure.

1          ILYA GELLER

2          Q.    Where did you go to college in Russia?

3          A.    The same college in the same city

4    Ulyanovsk Polytechnical Institute.

5          Q.    And tell me a little bit about your

6    family.  Your -- did you come from a big family?  How

7    many brothers and sisters did you have?

8          A.    I -- I have only one brother -- brother.

9    The family is in Russian at the time.  We are not big

10   and my parents had only two children, me and my

11   brother.  My brother was a civil engineer and he --

12   he continues the same career.  He became estimator in

13   the companies -- a company.  I don't know which one.

14   He became an estimator, he makes money, right.

15              And my father, he was also a civil

16   engineer.  Civil engineer and he build factories,

17   whatever.  My mother was a teacher.  She taught

18   economy in college.  Right.  But finally we

19   immigrated to this country and my brother, like I

20   told you, continued his career and my mother

21   become -- she's old and she became -- she got SSI and

22   now she retires.  Father died in here.

23         Q.    When did your father pass away?

24         A.    '97, September of '97.

25         Q.    And did your mother work when she came

1          ILYA GELLER

2   here?

3          A.      Yes, she did.

4          Q.      And what did she do?

5          A.      She was a teacher in college.

6          Q.      And tell me a little bit about your --

7   your mother and father, if you can, sort of their

8   background.

9          A.      Nothing special.  My father was just a

10  manager, civil engineer.  He managed something called

11  factory.  Factories.  He built factories and my

12  mother, she was just a teacher.  Nothing -- nothing

13  extraordinary.  Nothing -- nothing that special.

14         Q.      Were your parents survivors of the

15  concentration camps?

16         A.      Yes, my mother was in a concentration

17  camp but, fortunately for her, she survived.  She was

18  two years old and -- when it began and actually she

19  lost a lot in the concentration camp.

20                 My father, he was more lucky than my

21  mother.  He was lucky -- luckier then my mother.  He

22  could escape Germans and spend what time in the part

23  that wasn't occupied.  So I was just -- my parents

24  were lucky, yes, and -- but, actually, my parents'

25  families were killed by Germans in concentration

1          ILYA GELLER

2  camps and during the war.  Yes.

3          Q.     What was it like for you growing up as a

4  Jewish person in -- in Russia?

5          A.     Not pleasant, not pleasant at all because

6  all the -- of anti-Semitism.  And also I grew up in a

7  small provincial town and it was awful.  Because you

8  see I had nothing to do.  I am a creator.  I have a

9  spirit of creator.  I -- yes, and it wasn't -- could

10  I ask the translator?

11               (Speaks Russian.)

12               MR. BERELEKHIS:  It was a very stifling

13  atmosphere I grew up.

14          A.     Yes, definitely stifling atmosphere in

15  this town.  Right.  And I decided -- finally I

16  decided that I have nothing to find in Russia,

17  especially after Perestroika, and I decided to escape

18  to the United States because I had nothing in there.

19          Q.     What did you want to do when you came --

20  why did you decide to come to the United States?

21          A.     I -- it's very strange, I know,

22  especially it was strange for my parents and for all

23  my relatives.  I wanted to become a scientist and

24  I -- I decided to start from philosophy because I

25  studied precise sciences like math and physics for

1           ILYA GELLER
2    many years, and -- but they didn't give me
3    satisfaction, and I decided to try philosophy.  So
4    when I came to America, I tried to go -- to go to
5    college and to study philosophy.
6           Q.    And did you go to college in America when
7    you came here to study philosophy?
8           A.    Yes, I came to Brooklyn College and I
9    studied philosophy in Brooklyn College till I could.
10          Q.    Until what?
11          A.    Till I could, until I can do it -- could
12   do it.
13          Q.    And when did you start in college?  You
14   immigrated in 1992?
15          A.    '94.  '94.  Before I started another
16   college I start computer science, I don't remember
17   mostly mainframe.  I don't remember the name of the
18   college.  I can't give you the dates -- dates, but I
19   studied computer science for half of the year goes
20   something like this.
21          Q.    Is it common or was it common in your
22   experience for -- you mentioned that you studied
23   precise sciences earlier?
24          A.    Uh-huh.
25          Q.    And that you spent many years doing that.

1                    ILYA GELLER

2  Right?

3         A.      Yes, right.

4         Q.      And is it sort of a natural progression

5  to study philosophy after that in your experience?

6                 MR. CANNON:  Objection, leading.

7         Q.      Go ahead.

8         A.      I think, yes.  Yes, because I didn't find

9  anything what I looked for, I didn't find it.  I

10 couldn't find it in precise sciences.  In math or

11 physics or whatever, I couldn't find what -- or

12 chemistry, I studied a lot of things because in

13 Russia in college we teach you everything.  I knew

14 chemistry.  I knew physics.  I knew mathematics.  I

15 knew many other disciplines.  If you want, I can tell

16 you.

17        Q.      Did many of the other students or

18 teachers of philosophy that you met and encountered

19 during your study of philosophy, have such

20 backgrounds in precise sciences?

21        A.      None.  None at all.  Nobody.

22        Q.      Do you have any understanding as to why

23 that is?

24        A.      Yes, I do.  Because -- because

25 humanities, humanities are dead for the past 60

1          ILYA GELLER

2          A.    I wanted -- I told you, I saw that Google

3    is very ambitious company -- actually, I liked -- I

4    liked Google.  I liked Google and I liked what they

5    did and how they did and I put to communicate to

6    incorporate in Google somehow.  I thought we would

7    buy license, we will combine our efforts because I

8    saw what Ser- -- Sergey Brin went in my direction,

9    went to personalization and went to all this stuff.

10   I just saw that they are so bright, I knew I couldn't

11   conduct Yahoo because Yahoo is not a company with --

12   Yahoo is not a company with -- is very -- could I say

13   to you in Russian?

14              (Speaks Russian.)

15              MR. BERELEKHIS:  Yahoo is not a very

16   prospective company, promising.

17        A.    Promising.  Promising.  Promising company

18   and I decided to -- I tried to conduct Google.

19   Right.  I -- I thought Sergey -- I told you, I --

20   Sergey, he speaks Russian and at that time I afraid I

21   couldn't speak English at all and even my memory was

22   compromised -- was compromised and -- uh-huh.

23              MR. WHITE:  Objection, non-responsive.

24        Q.    Mr. Geller, you mentioned this morning

25   and just now a few times that in maybe the early

1          ILYA GELLER

2   2000s you couldn't speak English?

3          A.     Yes.

4          Q.     Was your English less good than it is

5   now?

6                 MR. CANNON:  Objection, form, leading.

7          A.     A lot.

8          Q.     Why?

9          A.     MS, multiple sclerosis.  It's one of --

10                (Speaks Russian.)

11                MR. BERELEKHIS:  Consequences.

12         A.     Consequences of the multiple sclerosis.

13  It's one of the strongest -- people can speak -- with

14  multiple sclerosis we can speak foreign languages and

15  you see if I could, it means that -- if not multiple

16  sclerosis, English would be -- my English would be

17  perfect.

18         Q.     Was your English -- strike that.

19                Did your English deterio -- deteriorate

20  as a result of MS?

21                MR. CANNON:  Objection, leading, form.

22         A.     (Speaks Russian.)

23                A lot.

24                MR. FENSTER:  Let me ask the court

25  reporter to mark Exhibit 24, a document that has been

1          ILYA GELLER
2   couldn't think about anything because you see before
3   that I was in bad condition.  It was awful.  I --
4   I -- I felt very bad.  I could work only one or two
5   hours per day.  And after I went to Russia, it was
6   like I came from prison, from prison for life.  You
7   see, I just began to breathe.  I began to think.
8   I -- sorry, I just couldn't think about anything at
9   that time.
10         Q.     Let me ask you to take a look quickly at
11  the patent purchase agreement which was marked
12  earlier as Exhibit 16.
13         A.     Uh-huh.
14         Q.     So in 2007, you sold your patent to PA
15  Advisors; is that right?
16         A.     Yes, I did.
17         Q.     And why did you do that?
18         A.     First of all, I saw people from PA
19  Advisors.  I saw -- I met Dave.  I met Eric.  I saw
20  what these are very competent people and they
21  understand the stuff.  And I knew with my patent will
22  be in good hands.  It won't lie as a dead burden.
23              And secondly, I needed money to continue
24  coming to Russia because at that time I didn't have
25  any.  I didn't have money.

1          ILYA GELLER

2          Q.     What did you need the money for?

3          A.     For Russian, because the treatment in

4   Russia is astronomically expensive.  It's

5   outrageously expensive.  Right.  It's so expensive.

6          Q.     And you didn't have money to pay for the

7   treatment?

8          A.     No, not at all.  I had only Social

9   Security and disability and my annual income from

10  social security by disability is enough only for --

11  for two -- my social security by disability for two

12  years is enough to come to Russia once, so I didn't

13  have any money.  I didn't have any money.  I couldn't

14  get money from anywhere because I couldn't go even to

15  work because, listen, I was -- I was a long time.  So

16  the patent was the only commodity what I could sell.

17         Q.     And what do you think would have happened

18  to you if you didn't get --

19                THE VIDEOGRAPHER:  I'm sorry, we need to

20  change tape.  This will end videotape number three of

21  the deposition of Ilya Geller.  We are going off the

22  record at approximately 3:37 p.m., August 19, 2009.

23                (A discussion is held off the record.)

24                THE VIDEOGRAPHER:  We are now on the

25  record, beginning approximately 3:45 p.m., August 19,

159

1

2                  C E R T I F I C A T I O N

3   STATE OF NEW YORK    )

4                        )    ss.:

5   COUNTY OF NEW YORK   )

6

7              I, JOYCE SILVER, a Certified Shorthand

8   Reporter and Notary Public for the State of New York,

9   do hereby certify the foregoing to be a true and

10  accurate transcript of my original stenographic notes

11  taken at the time and place hereinbefore set forth.

12             I further certify that I am not related,

13  by blood or marriage, to any of the parties in this

14  matter and that I am in no way interested in the

15  outcome of this matter.

16

17

18             _____

19                  JOYCE SILVER, C.S.R.

20             Certified Shorthand Reporter

21                    Notary Public

22

23

24  DATED:

25

Veritext Corporate Services
800-567-8658                              973-410-4040