UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| PA ADVISORS, L.L.C., <br><br> Plaintiff, <br><br> v. <br><br> GOOGLE INC., et al., <br><br> Defendants. | Civil Action No. 2:07-CV-480 RRR |

### (PROPOSED) ORDER GRANTING DEFENDANT GOOGLE'S MOTION IN LIMINE NO. THREE: MOTION TO PRECLUDE CERTAIN EVIDENCE AND ARGUMENT REGARDING ILYA GELLER, INVENTOR OF THE PATENT-IN-SUIT

Upon consideration of Defendants' Motion *In Limine* No. Three: Motion to Preclude Certain Evidence and Argument Regarding Ilya Geller, Inventor of the Patent-in-Suit, the Court is of the opinion that the same should be granted.

It is therefore ORDERED that Defendants' Motion *In Limine* No. Three: Motion to Preclude Certain Evidence and Argument Regarding Ilya Geller, Inventor of the Patent-in-Suit is hereby GRANTED.