UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| PA ADVISORS, L.L.C., <br><br>     Plaintiff, <br><br> v. <br><br> GOOGLE INC., et al., <br><br>     Defendants. | Civil Action No. 2:07-CV-480 RRR |

## **DECLARATION OF EUGENE NOVIKOV**

I, Eugene Novikov, am an attorney with the law firm of Quinn Emanuel Urquhart Oliver & Hedges, LLP, counsel for Google Inc. ("Google"). I submit this declaration in support of Defendants' Motion for Additional Trial Days. I have personal knowledge of the facts stated in this declaration, and if called upon to do so, could and would competently testify thereto:

1. Attached hereto as Exhibit A is a true and correct copy of an excerpt from the teleconference with the Court held on December 28, 2009.

2. Attached hereto as Exhibit B is a true and correct copy of an excerpt from the expert report of Dr. V. Thomas Rhyne.

3. Attached hereto as Exhibit C is a true and correct copy of an excerpt from Defendants' pre-trial disclosures, served on February 17, 2010.

4. Attached hereto as Exhibit D is a true and correct copy of Exhibits A and B to Plaintiff's portion of the joint pre-trial order, served on February 17, 2010.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 23 day of February, 2010 at San Francisco, California.

　　　　　　　　　　　　　　　　　　　　　　　　_/s/ Eugene Novikov_
　　　　　　　　　　　　　　　　　　　　　　　　Eugene Novikov