# EXHIBIT A

```
1    IN THE U.S. DISTRICT COURT FOR THE EASTERN DISTRICT OF
2                   TEXAS, MARSHALL DIVISION
3    ---------------------------:
                                 :
4    PA ADVISORS,                :
                                 :
5              Plaintiff,        : Civil Docket No.
                                 :
6         vs.                    : 2:07-cv-00480-RRR
                                 :
7    GOOGLE, INC., et al.,       :
                                 :
8              Defendant.        :
                                 :
9    ---------------------------:
10                                      Washington, D.C.
11                                  Monday, December 28, 2009
12         The above-entitled matter came on for Pretrial
13   Conference, pursuant to Notice.
14         BEFORE:  HONORABLE RANDALL R. RADER, Judge
15
16
17
18
19
20
21
22
```

1   That -- that seems okay. I didn't quite catch all the

2   dates that were set there.

3           JUDGE RADER: All the -- everything on the 19th,

4   Daubert motions, completion of expert discovery,

5   objections to other parties' experts, all on the 19th.

6           MR. CANNON: I think that's okay.

7           JUDGE RADER: Mr. White?

8           MR. WHITE: No objections from Yahoo, Your

9   Honor.

10          JUDGE RADER: Okay. Good. We've set our

11  deadlines. Trial. How long do you need to present your

12  case, Mr. Fenster?

13          MR. FENSTER: Your Honor, we anticipate three to

14  four days.

15          JUDGE RADER: Mr. Cannon?

16          MR. CANNON: Mr. Verhoeven can answer this

17  question.

18          MR. VERHOEVEN: I think we'd request five days,

19  Your Honor.

20          JUDGE RADER: Okay. I don't have that much

21  time, gentlemen. Now I'll give you -- I've got several

22  cases I'm doing in April, as you may know, and I will be

1  willing -- let's do this for starters. I'll give you
2  four days for this trial and -- but let me tell you, I
3  don't take long picking a jury.
4  　　　　　The way I see this happening is we'll be in the
5  court about 7 o'clock in the morning on April 12th. At 9
6  o'clock we'll have our jury candidates in the courtroom.
7  We'll have a jury selected somewhere around 11, and your
8  closing arguments will be done -- your opening statements
9  will be done before we have lunch.
10  So that's -- the Court moves expeditiously. I'd like you
11  to shoot for, as I said, four days equally divided.
12  　　　　　The pretrial conference date will be March 1st.
13  That's the date that was scheduled anyway. Motions in
14  limine, let's have them come in on the same date as our -
15  - everything closes on the 19th, with a response to those
16  motions on the 24th, and then we'll have our pretrial
17  conference.
18  　　　　　If you gentlemen are satisfied, we can do the
19  pretrial conference the way we're doing this, so over the
20  Internet. Will that suit you, Mr. Fenster?
21  　　　　　MR. FENSTER: I believe so, Your Honor.
22  　　　　　JUDGE RADER: The alternative is if you are