# EXHIBIT D

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| PA ADVISORS, LLC,<br>*Plaintiff,*<br><br>v.<br><br>GOOGLE INC., ET AL.,<br>*Defendants.* | § § § § § § § | CIVIL ACTION NO. 2:07-cv-480-RRR<br><br>JURY TRIAL DEMANDED |

## PLAINTIFF'S TRIAL WITNESS LIST

Plaintiff PA Advisors, LLC, now known as nXn Tech, LLC ("nXn") pursuant to the Court's Docket Control Order entered in this case, file this Trial Witness List for identification and categorization of trial witnesses. At this time, nXn identifies the following witnesses for trial:

| | Witness | Will Call | May Call | May, But Probably Will Not Call |
|---|---|---|---|---|
| 1. | Geller, Ilya | ✓ | | |
| 2. | Becker, Stephen | ✓ | | |
| 3. | Rhyne, Thomas | ✓ | | |
| 4. | Sheafe, Brad | ✓ | | |
| 5. | Gordon, Alan | ✓ | | |

nXn also reserves the right to call any witness listed on Defendants' witness list or called by Defendants at trial and cross-examine same.

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| PA ADVISORS, LLC, | § | |
| :--- | :--- | :--- |
| *Plaintiff,* | § | |
| | § | CIVIL ACTION NO. 2:07-cv-480-RRR |
| v. | § | |
| | § | JURY TRIAL DEMANDED |
| GOOGLE INC., ET AL., | § | |
| *Defendants.* | § | |

### PLAINTIFF'S LIST OF WITNESSES EXPECTED TO BE CALLED BY DEPOSITION

At present, Plaintiff PA Advisors, LLC, now known as nXn Tech, LLC ("nXn") expects that it may call the following witnesses by video or stenographic deposition. Any exhibit discussed by the witness in the designated testimony is hereby incorporated by reference into nXn's Exhibit List and may be offered into evidence as the testimony is presented.

| | Witness | Will Call | May Call |
| :--- | :--- | :--- | :--- |
| 1. | Datta, Sanjay | | ✓ |
| 2. | Dev, Patel | ✓ | |
| 3. | Markman, Ivan | | ✓ |
| 4. | Mattera, Gabriel | | ✓ |
| 5. | Robinson, Carlton | | ✓ |
| 6. | Schulman, Charles | ✓ | |
| 7. | Yeh, Luke | ✓ | |
| 8. | Brewer, Chauman | ✓ | |
| 9. | Etkin, Edward | | ✓ |
| 10. | Furrow, Bartholomew | ✓ | |
| 11. | Hall, Matthew | ✓ | |
| 12. | Horling, Brian | ✓ | |
| 13. | Jahr, Michael | ✓ | |
| 14. | Kannan, Ashvin | ✓ | |
| 15. | Kolm, David | ✓ | |
| 16. | Kronquist, Ken | ✓ | |
| 17. | Riise, Soren | | ✓ |
| 18. | Shahshahani, Ben | ✓ | |
| 19. | Zhang, Zachary | | ✓ |

| 20. | Rabii, Bahman | | ✓ |

Plaintiff reserves the right to and may offer the video deposition testimony of any and/or all witnesses called by Defendants at trial for purposes of impeachment, including but not limited to offering or otherwise using any exhibit(s) referenced in such video deposition. This includes any witnesses called by Defendants at trial as live witnesses, as video-designated witnesses, or any other type of offer of testimony at trial.