# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| PA ADVISORS, LLC ) | |
| ) | |
| Plaintiff ) | |
| ) | |
| v. ) | Civil Action No. 2:07-cv-480 RRR |
| ) | |
| GOOGLE INC., et al. ) | |
| ) | |
| Defendants. ) | |
| ) | |

## DECLARATION OF JASON WHITE IN SUPPORT OF DEFENDANTS' MOTION FOR ADDITIONAL TRIAL DAYS

1. I am a partner with the law firm Howrey LLP, and counsel for Yahoo! Inc. I have personal knowledge of the pleadings and files in this matter. I have personal knowledge of the documents submitted with this declaration and, if called upon as a witness, could and would testify competently thereto.

2. Attached, as Exhibit 1, is a true and correct copy of excerpts from Mr. Rhyne's Expert Report, dated January 22, 2005.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief. Executed on February 19, 2010 in Austin, Texas.

                                                                                            /s/ Jason White
                                                                                             Jason White