UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| PA ADVISORS, L.L.C.,<br><br>        Plaintiff,<br><br>v.<br><br>GOOGLE INC., et al.,<br><br>        Defendants. | Civil Action No. 2:07-CV-480 RRR |

## **(PROPOSED) ORDER GRANTING DEFENDANTS' MOTION FOR ADDITIONAL TRIAL DAYS**

Upon consideration of Defendants' Motion for Additional Trial Days, the Court is of the opinion that the same should be granted.

It is therefore ORDERED that Google Inc's Motion for Additional Trial Days is hereby GRANTED.  The parties shall have eight total trial days to present their cases.