**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF TEXAS**
**MARSHALL DIVISION**

| | |
|---|---|
| PA ADVISORS, LLC,                    ) | |
|                                      ) | |
|                     Plaintiff,       ) | |
|          v.                          ) | |
|                                      )   Civil Action No. 2-07-CV-480-RRR |
| GOOGLE INC., et al.                  ) | |
|                                      ) | |
|                     Defendants.      ) | |
|                                      ) | |

**ORDER**

Before the Court is Yahoo! Inc.'s Motion for Severance and a Separate Trial. The Court,

having reviewed the Motion, and being well-advised, finds that the Motion should be

GRANTED. It is therefore

ORDERED that Yahoo! Inc. is granted severance and a separate trial.

SO ORDERED.

**Order – Solo Page**