UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| PA ADVISORS, L.L.C.,<br><br>    Plaintiff,<br><br>v.<br><br>GOOGLE INC., et al.,<br><br>    Defendants. | Civil Action No. 2:07-CV-480 RRR |

**DECLARATION OF JASON WHITE
IN SUPPORT OF DEFENDANT YAHOO! INC.'S
MOTION FOR SEVERANCE AND A SEPARATE TRIAL**

1. I am a partner with the law firm Howrey LLP, and counsel for Yahoo! Inc. I have personal knowledge of the pleadings and files in this matter. I have personal knowledge of the documents submitted with this declaration and, if called upon as a witness, could and would testify competently thereto.

2. Attached, as Exhibit A, is a true and correct copy of excerpts from the hearing held on December 28, 2009.

3. Attached, as Exhibit B, is a true and correct copy of excerpts from the deposition of Ilya Geller on August 19, 2009.

4. Attached, as Exhibit C, is a true and correct copy of excerpts from the deposition of Lee Bradley Sheafe on December 4, 2009.

5. Attached, as Exhibit D, is a true and correct copy of excerpts from nXn's Objections and Responses to Yahoo!'s First Set of Interrogatories dated December 14, 2009.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief. Executed on February 23, 2010 in Chicago, IL.

/s/ Jason White
Jason White
