Exhibit C
Sealed

Dockets.Justia.com