UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| PA ADVISORS, L.L.C., <br><br> Plaintiff, <br><br> v. <br><br> GOOGLE INC., et al., <br><br> Defendants. | Civil Action No. 2:07-CV-480 RRR |

### [PROPOSED] ORDER GRANTING DEFENDANTS' MOTION TO SEAL DOCUMENTS AND CLOSE THE COURTROOM DURING PRESENTATION OF CONFIDENTIAL MATERIAL AT TRIAL

Before the Court is Defendants Motion to Seal Documents and Close the Courtroom During Presentation of Confidential Material at Trial. After considering the motion, the relief requested therein, and the relevant facts, evidence and arguments of the parties, the Court finds that for good cause appearing the motion should be and hereby is **GRANTED.**