UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| PA ADVISORS, L.L.C.,<br><br>        Plaintiff,<br><br>v.<br><br>GOOGLE INC., et al.,<br><br>        Defendants. | Civil Action No. 2:07-CV-480 RRR |

**JOINT REQUEST TO CORRECT DOCKET CONTROL ORDER**

      The Joint Request to Amend/Correct Docket Control Order filed on February 19, 2010 (Dkt. No. 416) and granted on February 22, 2010 (Dkt. No. 434) attached an incorrect early version of the Proposed Agreed Amended Docket Control Order, containing several dates that did not reflect the parties' agreement. Attached as Exhibit A is the correct version of the parties' Proposed Agreed Amended Docket Control Order. The corrected version moves the deadline for completion of the deposition of Plaintiff's inequitable conduct expert Mr. Alan Gordon from February 19, 2010 to March 5, 2010, and the due date for any *Daubert* motion or objections regarding Mr. Gordon from February 23, 2010 to March 8, 2010. The parties jointly request that this version of the Proposed Agreed Amended Docket Control Order replace the version entered on February 22, 2010. This corrected version also includes the most recent agreement among the parties, including: (1) moving the deadline for responses to motions in limine from February 24, 2010 to 12:00 p.m. (noon CT) on February 25, 2010; (2) extending the deadline for deposition counter-designations, and the parties' objections thereto, by one day for each party (to February 25, 2010 for Plaintiff and to February 27, 2010 for Defendants); and (3) extending the deadline

for objections to the parties' respective Exhibit Lists by one day, from February 24, 2010 to February 25, 2010.

[*rest of page left intentionally blank*]

Dated: February 24, 2010                                Respectfully submitted,

Andrew W. Spangler                                      By: /s/ Elizabeth A. Wiley
LEAD COUNSEL
SPANGLER LAW P.C.                                       Elizabeth A. Wiley
208 N. Green Street, Suite 300                          Texas State Bar No. 00788666
Longview, Texas 75601                                   THE WILEY FIRM PC
(903) 753-9300                                          P.O. Box. 303280
(903) 553-0403 (fax)                                    Austin, Texas 78703-3280
spangler@spanglerlawpc.com                              Telephone: (512) 420.2387
                                                        Facsimile: (512) 551.0028
David M. Pridham                                        Email: lizwiley@wileyfirmpc.com
LAW OFFICE OF DAVID PRIDHAM
25 Linden Road                                          Marc A. Fenster
Barrington, Rhode Island 02806                          CA Bar No. 181067
(401) 633-7247                                          mfenster@raklaw.com
(401) 633-7247 (fax)                                    Andrew Weiss
david@pridhamiplaw.com                                  CA Bar No. 232974
                                                        aweiss@raklaw.com
John M. Bustamante                                      Adam Hoffman
Texas Bar No. 24040618                                  CA Bar No. 218740
BUSTAMANTE, P.C.                                        ahoffman@raklaw.com
54 Rainey Street, No. 721                               RUSS, AUGUST & KABAT
Austin, Texas 78701                                     12424 Wilshire Blvd., 12th Floor
Tel. 512.940.3753                                       Los Angeles, CA 90025
Fax. 512.551.3773                                       (310) 826-7474
Email:jmb@BustamanteLegal.com                           (310) 826-6991 (fax)

Kip Glasscock                                           Patrick R. Anderson
Texas State Bar No. 08011000                            PATRICK R. ANDERSON PLLC
KIP GLASSCOCK P.C.                                      4225 Miller Rd, Bldg. B-9, Suite 358
550 Fannin, Suite 1350                                  Flint, MI 48507
Beaumont, TX 77701                                      (810) 275-0751
Tel: (409) 833-8822                                     (248) 928-9239 (fax)
Fax: (409) 838-4666                                     patrick@prapllc.com
Email: kipglasscock@hotmail.com
                                                        Debera W. Hepburn,
                                                        Texas Bar No. 24049568
                                                        HEPBURN LAW FIRM PLLC
                                                        P.O. Box 118218
                                                        Carrollton, TX 75011
                                                        Telephone: 214/403-4882
                                                        Facsimile: 888/205-8791
                                                        Email: dhepburn@heplaw.com

**APPROVED AS TO FORM AND SUBSTANCE**

*Counsel for Google Inc.*

Charles K. Verhoeven
Email: charlesverhoeven@quinnemanuel.com
State Bar No. 170151
David A. Perlson
Email: davidperlson@quinnemanuel.com
State Bar No. 209502
Quinn Emanuel Urquhart Oliver & Hedges LLP
50 California St.
San Francisco, CA 94111
Telephone: (415) 875-6600

Brian C. Cannon
Email: briancannon@quinnemanuel.com
State Bar No. 193071
Quinn Emanuel Urquhart Oliver & Hedges LLP
555 Twin Dolphin Dr. Ste. 560
Redwood Shores, CA 94065
Telephone: (650) 801-5000

Harry L. Gillam, Jr.
State Bar No. 07921800
Email: gil@gillamsmithlaw.com
Melissa R. Smith
State Bar No. 24001351
Email: melissa@gillamsmithlaw.com
Gillam & Smith, L.L.P.
303 South Washington Avenue
Marshall, TX 75670
Telephone: (903) 934-8450

*Counsel for Yahoo! Inc.:*

William C. Rooklidge
Email: rooklidgew@howrey.com
State Bar No. 134483
Howrey, LLP
4 Park Plaza, Suite 1700
Irvine CA 92614-2559
Telephone: (949) 721-6900

Jason C. White
Email: whitej@howrey.com
State Bar No. 6238352
Howrey, LLP
321 N. Clark Street, Suite 3400
Chicago IL 60654
Telephone: (312) 595-1239

Brian A.E. Smith
Email: smithbrian@howrey.com
State Bar No. 188147
Howrey LLP
525 Market Street, Suite 3600
San Francisco CA 94105-2708
Telephone: (415) 848-4900

Jennifer Doan
Email: jdoan@haltondoan.com
State Bar No. 08809050
Joshua Reed Thane
Email: jthane@haltondoan.com
State Bar No. 24060713
John Scott Andrews
Email: sandrews@haltondoan.com
State Bar No. 24064823
HALTON & DOAN
Crown Executive Center, Suite 100
6500 Summerhill Road
Texarkana TX 75503
Telephone: (903) 255-10002