IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

PA ADVISORS, LLC

    Plaintiff,

v.

GOOGLE INC., et al,

    Defendants

CIVIL ACTION NO. 2:07-CV-480-DF

## [PROPOSED] AGREED AMENDED DOCKET CONTROL ORDER

After consideration of the Unopposed Motion to Amend Docket Control Order, the Court

hereby ORDERS that the Docket Control Order be amended as follows:

| STEP | ACTION | DEADLINE |
|---|---|---|
| 31 | Deadline for completion of all fact discovery. | 12/21/09 |
| 32 | Deadline for disclosure of expert testimony on issues for which a party bears the burden of proof.<br><br>FRCP 26(a)(2)<br><br>L.R. CV-26(b) | 1/04/10 |
| | Plaintiff's deadline to supplement the report of Dr. Rhyne based upon source code produced following 1/7/10 court hearing | 1/22/10 |
| 33 | Deadline for disclosure of rebuttal expert testimony.<br><br>FRCP 26(a)(2)<br><br>L.R. CV-26(b) | 2/1/10 |
| | Deadline for disclosure of expert testimony rebutting the testimony of Dr. Rhyne | 2/3/10 |
| 34 | Deadline to file letter request for permission to file *Daubert* motions | Not required |
| 35 | Deadline for Defendants to file motion for summary judgment regarding divided infringement | 1/15/10 |

| STEP | ACTION | DEADLINE |
|---|---|---|
|  | Deadline for Plaintiff to file opposition to motion for summary judgment regarding divided infringement | 1/25/10 |
|  | Deadline for Defendants to file reply briefs in support of motion for summary judgment regarding divided infringement | 1/29/10 |
|  | Deadline for Defendants to file motion for summary judgment on issues other than divided infringement | 1/29/10 |
|  | Deadline for Plaintiff to file opposition to motion for summary judgment on issues other than divided infringement | 2/10/10 |
|  | Deadline for Defendants to file reply briefs in support of motion for summary judgment on issues other than divided infringement | 2/16/10 |
| 36 | Parties make pretrial disclosures | 2/17/10 |
| 37 | Patentee to provide to other parties its information for Joint Final Pretrial Order, Proposed Jury Instructions and Verdict Form. | 2/17/10 |
| 38 | Defendant and Third parties to provide to Patentee their information for Joint Final Pretrial Order, Proposed Jury Instructions and Verdict Form. | 2/17/10 |
| 39 | Deadline for completion of expert discovery regarding Defendants' experts on invalidity (Mr. Stanley Peters) and inequitable conduct (Hon. Gerald Mossinghoff), Yahoo's expert on non-infringement (Mr. James Allen), and Plaintiff's expert on infringement, and validity (Dr. V. Thomas Rhyne) | 2/19/10 |
| 40 | Deadline for objections to other parties' experts or filing of *Daubert* motions regarding Defendants' experts on invalidity (Mr. Stanley Peters) and inequitable conduct (Hon. Gerald Mossinghoff). | 2/19/10 |
| 41 | Deadline for filing motions *in limine* | 2/19/10 |
| 42 | Deadline for objections to other parties' experts or filing of *Daubert* motions regarding Yahoo's expert on non-infringement (Mr. James Allen), and Plaintiff's expert on infringement, and validity (Dr. V. Thomas Rhyne) | 2/23/10 |
| 43 | Deadline to file oppositions to motions *in limine* | 2/25/10 (12 noon, central time) |
| 44 | Deadline to file responses to objections to experts or oppositions to *Daubert* motions filed 2/19/10. | 2/24/10 |

| STEP | ACTION | DEADLINE |
|---|---|---|
| 45 | Deadline for Plaintiff to object to opposing parties' pretrial disclosures, including counter-designations to Defendants' deposition designations served 2/17/10; deadline for Defendants to object to Plaintiff's witness lists and exhibit lists. | 2/25/10 |
|  | Deadline for Defendants to provide counter-designations to Plaintiff's deposition designations served 2/19/10 | 2/27/10 |
| 46 | Parties to file Proposed Joint Final Pretrial Order, Proposed Jury Instructions, and Joint Verdict Forms. Prior to initial pretrial conference, parties shall confer with each other regarding the other party's deposition designations, and exhibits and shall submit to the Court in writing any objections they may have to the other party's deposition designations and exhibits. | 3/1/10 |
| 47 | Final Pretrial Conference | 3/1/10 |
| 48 | Deadline to file responses to objections to experts or oppositions to *Daubert* motions filed 2/23/10 | 3/2/10 |
| 49 | Deadline for completion of expert discovery regarding the parties' damages experts (Mr. Stephen Becker, Ms. Mary Woodford, and Mr. Keith Ugone), Google's expert on non-infringement (Dr. Edward Fox), and Plaintiff's expert on inequitable conduct (Allan Gordon) | 3/5/10 |
| 50 | Deadline for objections to other parties' experts or filing of *Daubert* motions regarding the parties' damages experts (Mr. Stephen Becker, Ms. Mary Woodford, and Mr. Keith Ugone), Google's expert on non-infringement (Dr. Edward Fox), and Plaintiff's expert on inequitable conduct (Allan Gordon) | 3/8/10 |
| 51 | Deadline to file responses to objections to experts or oppositions to *Daubert* motions filed 3/8/10. | 3/15/10 |
| 52 | Jury Selection/Trial | 4/12/10 |