UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| PA ADVISORS, L.L.C.,<br><br>        Plaintiff,<br><br>v.<br><br>GOOGLE INC., et al.,<br><br>        Defendants. | Civil Action No. 2:07-CV-480 RRR |

## (PROPOSED) ORDER DENYING DEFENDANTS' MOTION TO EXCLUDE THE TESTIMONY OF MR. STANLEY PETERS

      Before the Court is Defendants' Motion to Exclude the Testimony of Mr. Stanley Peters. After considering the motion, the relief requested therein, and the relevant facts, evidence and arguments of the parties, the Court finds that the motion should be and hereby is **DENIED.**