# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

PA ADVISORS, LLC,

        Plaintiff,

v.

GOOGLE INC., et al.

        Defendants.

Civil Action No. 2-07-CV-480-RRR

## AGREED MOTION TO EXTEND TIME TO FILE OPPOSITIONS TO MOTIONS *IN LIMINE*

Defendants Yahoo! Inc. and Google, Inc. (collectively "Defendants") file this Agreed Motion to Extend Time to File Oppositions to Motions *in Limine* and would respectfully show the Court the following:

The current deadline to file oppositions to motions *in limine* is February 25, 2010 at 12:00 pm CT. Defendants have conferred with counsel for Plaintiff and Plaintiff has agreed to an extension of time for all Parties to file oppositions until February 25, 2010 at 2:00 pm CT.

WHEREFORE, PREMISES CONSIDERED, Defendants asks this Court to enter an Order extending the due date for the Parties to file oppositions to motions *in limine* until February 25, 2010 at 2:00 pm CT.

Dated:   December 18, 2009                                    Respectfully submitted,

| | |
|---|---|
| /s/ Jennifer H. Doan<br>Jason C. White<br>HOWREY LLP<br>321 N. Clark, Suite 3400<br>Chicago, IL 60654<br>Tel:  312.595.1239<br>Fax:  312.595.2250<br>Email:  whitej@howrey.com<br><br>Jennifer Doan<br>John Scott Andrews<br>HALTOM & DOAN<br>Crown Executive Center, Suite 100<br>6500 Summerhill Road<br>Texarkana, Texas  75503<br>Tel: 903.255.1002<br>Fax: 903.255.0800<br>Email: jdoan@haltomdoan.com<br>Email: sandrews@haltomdoan.com<br><br>*Attorneys for Defendant Yahoo! Inc.* | /s/ Harry Lee Gillam (with permission)<br>Brian C. Cannon<br>California Bar No. 193071<br>briancannon@quinnemanuel.com<br>Andrea Pallios Roberts<br>andreaproberts@quinnemanuel.com<br>Quinn Emanuel Urquhart Oliver & Hedges, LLP<br>555 Twin Dolphin Drive, Suite 560<br>Redwood Shores, CA 94065<br>Tel.: (650) 801-5000<br>Fax: (650) 801-5100<br><br>Charles K. Verhoeven<br>California Bar No. 170151<br>charlesverhoeven@quinnemanuel.com<br>David A. Perlson<br>davidperlson@quinnemanuel.com<br>Alison E. Monahan<br>alisonmonahan@quinnemanuel.com<br>Quinn Emanuel Urquhart Oliver & Hedges, LLP<br>50 California Street, 22nd Floor<br>San Francisco, CA 94111<br>Tel.: (415) 875-6600<br>Fax: (415) 875-6700<br><br>Harry Lee Gillam, Jr.<br>Melissa Richards Smith<br>Gillam & Smith, LLP<br>303 South Washington Avenue<br>Marshall, TX 75670<br>Tel.:  (903) 934-8450<br>Fax:  (903) 934-9257<br><br>*Attorneys for Defendant Google Inc.* |

## **CERTIFICATE OF SERVICE**

This is to certify that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3) on this 25th day of February, 2010.  Any other counsel of record will be served via first class U.S. mail.

/s/ Jennifer H. Doan
Jennifer H. Doan