UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| PA ADVISORS, LLC, | ) |
| Plaintiff, | ) ) |
| v. | ) ) |
| | ) Civil Action No. 2-07-CV-480-RRR |
| GOOGLE INC., et al. | ) ) |
| Defendants. | ) ) ) |

## **ORDER**

Before the Court is Defendants Agreed Motion to Extend Time to File Oppositions to Motions *in Limine*. The Court, having reviewed the Motion, and being well-advised, finds that the motion should be GRANTED. It is therefore

ORDERED that all Parties have until February 25, 2010 at 2:00 pm CT to file oppositions to motions *in limine*.

SO ORDERED.