PA Advisors, LLC v. Google Inc. et al

Doc. 460 Att. 2

# EXHIBIT A

Dockets.Justia.com



Enter Web Address: http://           All    [Take Me Back]   Adv. Search  Compare Archive Pages

Searched for http://www.unisearch.net/                                                                                 **29** Results

\* denotes when site was updated.
Material typically becomes available here 6 months after collection. See FAQ.

## Search Results for Jan 01, 1996 - Feb 18, 2009

| 1996 | 1997 | 1998 | 1999 | 2000 | 2001 | 2002 | 2003 | 2004 | 2005 | 2006 | 2007 | 2008 | 2009 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 0 pages | 0 pages | 0 pages | 1 pages | 2 pages | 5 pages | 0 pages | 2 pages | 10 pages | 8 pages | 1 pages | 0 pages | 0 pages | 0 pages |
| | | | Nov 28, 1999 * | Jul 11, 2000 * | May 18, 2001 * | | Oct 31, 2003 * | Apr 06, 2004 * | Jan 25, 2005 * | Jan 07, 2006 * | | | |
| | | | | Oct 11, 2000 | May 21, 2001 | | Dec 15, 2003 * | May 21, 2004 * | Feb 02, 2005 * | | | | |
| | | | | | Jul 21, 2001 | | | May 26, 2004 * | Feb 06, 2005 * | | | | |
| | | | | | Sep 25, 2001 | | | Jun 07, 2004 * | Apr 15, 2005 * | | | | |
| | | | | | Nov 26, 2001 | | | Jun 14, 2004 * | Jul 21, 2005 * | | | | |
| | | | | | | | | Aug 30, 2004 * | Sep 06, 2005 * | | | | |
| | | | | | | | | Sep 03, 2004 * | Sep 15, 2005 | | | | |
| | | | | | | | | Sep 28, 2004 * | Oct 27, 2005 * | | | | |
| | | | | | | | | Nov 26, 2004 * | | | | | |
| | | | | | | | | Dec 11, 2004 * | | | | | |

Home | Help

Internet Archive | Terms of Use | Privacy Policy

PA0001419



© 1999 Copyrights Mightiest Logicon UniSearch. All rights reserved

PA0001420

http://web.archive.org/web/19991128095845/http://unisearch.net/    8/17/2009



Trial version

Search on the Internet
Presentation
To Investors
Articles
Contact Us

© 1999 Copyrights Mightiest Logicon UniSearch. All rights reserved

PA0001421

Home page  Create your profile  Select book  View books' profiles  Select patent  View patents' profiles  Why should I buy?  Articles  Contact us

# Mightiest LogiconUnisearch Investment Meeting

October 21, 1999
Prepared by: Edward Etkin, Esq.

---

**CONTACT:**

**EDWARD ETKIN, ESQ.**
295 MADISON AVENUE
NEW YORK, NY 10017
TEL. (718) 648-5715
FAX. (212) 573-6470
EMAIL: FTIMER@INTERPORT.NET

---

**CONTACT:**

**ILYA GELLER**
2442 EAST 26th ST.
BROOKLYN, NY 11235
TEL. (718) 646-7260
EMAIL: ILYAG@EMAIL.MSN.COM

---

## MLU Investor Meeting Summary /Agenda

### Meeting Agenda

1. Introduction of MLU and Principal
2. Overview of MLU Technology
3. Overview of Future Plans and Funding Requirements
4. Questions and Answers

### Attachments

1. MLU Investor Information
2. MLU Core Patent Technology Overview
3. MLU Basic Patent / Market Strategy / Funding Requirements Summary Sheet
4. Information Sheet from Business Plans International.

## MLU Investor Information

### Overview of the Company – Mightiest Logicon Unisearch:

Currently MLU consists of one full time person – Ilya Geller and a number of part-time contract programmers residing in Russia. Edward Etkin, Esq. is serving part time as Business Director and General Counsel.

### Objectives (in order of relative importance):

1. Professional Creation of a Business Plan supported by verified market research – (approximately $25,000 - $35,000 needed within one month). We have selected Business Plans International (BPI) for this task given their vast expertise in successfully working with Internet-related businesses.
2. Continuing pursuit of protection of MLU Intellectual properties, including, but not limited to filing additional patents on peripheral technologies based on the Core patent, and other legal expenses – (approximately at least $80,000 to $100,000 over the next year, approximately $30-40,000 necessary in next 3 months)
3. Proof of Concept Software (developed in Russia) - $10,000 over the next 3 months
4. Private placement to issue formal stock and acquire necessary business capital – approximately $15,000.

### Projected Plan of Action:

1. Raise necessary funds for above-described Objectives.
2. Along with BPI develop a robust Business Plan with a business strategy supported by verified market research.
3. File for additional patents based on the Core Technology as well as continue prosecution of the core patent. Also file for International patent protection
4. Develop and/or complete Proof of Concept Software to support patented and patent-pending technologies
5. Conduct Private Placement to raise seed capital for (at least):
    - Hiring an experienced high level Business professional to run MLU
    - Hire / Contract Sales force for marketing technology licenses based on MLU patents
    - Hire Public Relations / Marketing firm to assist Sales force with marketing / sales efforts.

### Forms of Investment:

As there is no private placement as of yet, all investments are handled as loans convertible to stock (amount determined by size of investment) as soon as stock is issued by MLU. Thus as soon as private placement is conducted, each investor will receive an appropriate amount of common shares of MLU stock. MLU will be executing formal agreements with all investors to certify the convertability of the loans. Most importantly MLU offers the bonuses to early investors in form of bonus shares issued to the early investor when the loan is converted into stock shares. The bonuses are as follows:

| Investor | Shares Bonus |
|---|---|
| Prior to 10/21/99 | +20% |
| Between 10/21/99 and 11/1/99 | +15% |
| Between 11/1/99 and private placement | +10% |

## MLU Core Patent Technology Overview

### The Core Patent Status:

The core patent for the amazing technology developed by MLU entitled "System and Method for Generating Personalized User Profiles and for Utilizing the Generated User Profiles To Perform Adaptive Internet Searches" has been filed with the U.S Patent and Trademark Office on October 21, 1999. However, the patent will claim the priority date of the provisional patent application which was filed on January 20, 1999. Furthermore, we will be filing a petition for accelerated examination with the Patent Office, that will allow us to receive a patent in 7-9 months rather than in 2 years. Finally, preparations for filing the patent in most countries abroad has already begun.

### What the Patent Covers:

- The core profiling technology
- Data searches using the core profiling technology performed between two computers
- Data searches using the core profiling technology performed between a computer and the Internet
- Data searches using the core profiling technology performed on a single computer.

### Basic Background of the Field of the Patent: Why is the Technology Needed

In recent years, computers have taken the world by storm. Today, most businesses entirely rely on computers to conduct daily operations. In the academic world, computers have become essential tools for learning, teaching and research. In homes, computers are used to perform daily tasks ranging from paying bills to playing games. The one unifying requirement for all computer applications is the ability of a user to utilize a computer to locate particular information or data desired by the user.

During the past few years, the quantity and diversity of information and services available over the public (e.g. Internet) and private (e.g. Intranet) local and wide area networks has grown substantially. In particular, the variety of information accessible through Internet-based services is growing rapidly both in terms of scope and depth. In simple terms, the Internet is a massive collection of individual computer networks operated by government, industry, academia, and private parties that are linked together to exchange information. While originally, the Internet was used mostly by scientists, the advent of the World Wide Web has brought the Internet into mainstream use. The World Wide Web (hereafter "WWW") is an international, virtual-network-based information service composed of Internet host computers that provide on-line information in a specific hypertext format. WWW host servers provide hypertext metalanguage (HTML) formatted documents using a hypertext transfer protocol (HTTP). Information on the WWW is accessed with a hypertext browser, such as the Netscape navigator or Microsoft Explorer. Web sites are collections of interconnected WWW documents.

Typically, users communicate with the Internet through a communication gateway that may be implemented and controlled by an Internet service provider (i.e. an ISP) – a company that offers a user access to the Internet and the WWW through a software application that controls communication between the user's computer and the communication gateway. The role of the ISP may also be taken directly by a particular organization that allows Internet access to its employees or members. The user can access and navigate the WWW using a hypertext browser application residing on, and executed by, the user's computer.

No hierarchy exists in the WWW, and the same information may be found by many different approaches. Hypertext links in WWW HTML documents allow readers to move from one place in a document to another (or even between documents) as they want to. One of the advantages of WWW, is that there is no predetermined order that must be followed in navigating through various WWW documents. Readers can explore new sources of information by following links from place to place. Following links has been made as easy as clicking a mouse button on the link related to the subject a user wants to access. Each WWW document also has a unique uniform resource locator ("URL") that serves as an "address" that, when followed, leads the user to the document or file location on the WWW. Using the browser, the user can also mark and store "favorites" – URLs of particular WWW documents that interest the user such that the user can quickly and easily return to these documents in the future by selecting them from the favorites list in the browser.

Because of the vastness of the Internet and the WWW, locating specific information desired by the user can be very difficult. To facilitate search for information a number of "search engines" have been developed and implemented. A search engine is a software application that searches the Internet for web sites containing information on the subject in which the user is interested. These searches are accomplished in a variety of ways - all well-known in the art. Typically, a user first inputs a "search string" to the hypertext browser containing key words representative of the information desired by the user. The search engine then applies the search string to a previously constructed index of a multitude of web sites to locate a certain number of web sites having content that matches the user's search string.

The located web site URLs are then presented to the user in the order of relevance to the key words in the user's search string. For example, a user providing the key word *PLANT* would obtain an exhaustive list of all registered sites that refer to plants. This list, however would be so large that the user would want to limit this search. Depending on the search engine used, the user could limit the search by entering a combination of key words such as the following: *PLANT AND FLOWER AND GARDEN*. This would limit the search to only Internet sites that contain all three words. In addition, users could further limit the search by entering *PLANT AND FLOWER AND GARDEN NOT TREE NOT ORCHID*. The results from this search would be further limited to exclude sites in which trees and orchids are listed as keywords.

A number of approaches have been developed to improve the performance and accuracy of typical key word searches. For example, U.S. Patent Number 5,845,278, issued to Kirsch, et. al, teaches approaches to establishing a quantitative basis for selecting client database sets (i.e. Internet documents or web sites) that include the use of comprehensive indexing strategies, ranking systems based on training queries, expert systems using rule.based deduction methodologies, and inference networks. These approaches were used to examine knowledge base descriptions of client document collections or databases.

However, the key word searching approaches utilized by previously known search engines suffer from a number of significant disadvantages. Most search systems are viewed as often ineffective in identifying the likely most relevant documents. Accordingly, the users are often presented with overwhelming amounts of information in response to their key words. Thus, using proper key word searching techniques becomes an art in itself – an art that is outside the capabilities of most Internet users.

Most importantly, typical key word and even more advanced searches only provide the user with search results that depend entirely on the search string entered by the user, without any regard to the user's cultural, educational, social backgrounds or the user's psychological profiles. The results returned by the search engines are tailored only to the search string provided by the user and not to the user's background. None of the previously known search engines tailor results of user's searches based on his or her background and unexpressed interests. For example, a twelve year old child using key word searches on the Internet for some information on computers may be presented with a multitude of documents that are far above the child's reading and educational level. In another example, a physician searching the Internet for information on a particular disease may be presented with dozens of web sites that contain very generic information, while the physician's "unexpressed" interest was to find web sites about the disease that are on his educational and professional level.

It would thus be desirable to provide a system and method for extracting and using linguistic patterns of textual data to assist a user in locating requested data that, in addition to matching the user's specific request, also corresponds to the user's professional, cultural, educational, and social backgrounds as well as to the user's psychological profile and thus addresses the user's "unexpressed" requests.

### Summary of the Patent

This invention relates to use of linguistic patterns of documents to assist a user in locating requested data that, in addition to matching the user's specific request, also corresponds to the user's cultural, educational, professional, and social backgrounds as well as to the user's psychological profile, and thus addresses the user's "unexpressed" requests. The present invention provides a system and method for automatically generating a personalized user profile based on linguistic patterns of documents provided by the user and for utilizing the generated profile to perform adaptive Internet or computer data searches.

The system of the present invention advantageously overcomes the drawbacks of previously known data searching techniques. As was noted earlier, typical key word and even more advanced searches only provide the user with search results that depend entirely on the search string entered by the user, without any regard to the user's cultural, educational, professional, and social backgrounds or the to user's psychological profile.

All texts composed by the user, or adopted by the user as favorite or inimical (such as a favorite book or short story), contain certain recurring linguistic patterns, or combinations of various parts of speech (nouns, verbs, adjectives, etc.) in sentences that reflect the user's cultural, educational, social backgrounds and the user's psychological profile. Research has shown that most people have readily identifiable linguistic patterns in their expression and that people with similar cultural, educational, and social backgrounds will have similar linguistic patterns. Furthermore, research has shown that such factors as psychological profile, life experience, profession, socioeconomic status, educational background, etc. contribute to determining the frequency of occurrences of particular linguistic patterns within the user's written expression.

In accordance with the present invention, particular linguistic patterns and their frequencies of occurrence are extracted from the texts provided by a user of the system of the present invention and stored in a user profile data file. The user profile data file is thus representative of the user's overall linguistic patterns and their respective frequencies. All documents in a remote computer system, such as the Internet, are likewise analyzed and their linguistic patterns and frequencies thereof also extracted and stored in corresponding document profiles. When a search for particular data is initiated by the user, linguistic patterns are also extracted from a search string provided by the user into a search profile. The user profile is then cross matched with the search profile and the document profiles to determine whether any linguistic patterns match in all three profiles and to determine the magnitude of the match based on summation of relative frequencies of matching patterns in the user profile and the document profile. The documents with document profiles having the highest matching magnitudes are presented to the user as not only matching the subject of the search string, but also as corresponding to the user's cultural, educational, and social backgrounds as well as to the user's psychological profile. Thus, a world renowned physicist searching for information on quasars would be presented with very sophisticated physics documents that are oriented to wards his level of expertise.

It should be noted that the user's background and psychological characteristics are not evident directly from the linguistic patterns themselves or form their frequencies. Accordingly, the system of the present invention matches the user's linguistic patterns to the linguistic patterns of data requested by the user without extracting any actual information about the user's background and psychological characteristics from the user profile. Thus, the user's privacy is not impinged by the creation and retention of the user profile.

The profiling/search system includes a local computer system, connected to a remote computer network (e.g. the Internet) via a telecommunication link. The local

computer system includes a control unit and related circuitry for controlling the operation of the local computer system and for executing application programs, a memory for temporarily storing control program instructions and variables during the execution of application programs by the control unit; a storage memory for long term storage of data and application programs; and input devices for accepting input from the user. The local computer system further includes: output devices for providing output data to the user and a communication device for transmitting to, and receiving data from, the remote computer system via the telecommunication link. The remote computer system includes a communication gateway connected to the telecommunication link, a remote data storage system for long term data storage, and a remote computer system control unit (hereinafter RCS control unit).

In summary, the system of the present invention operates in three separate independent stages, each stage being controlled by a particular control program executed by one of the local computer system and the remote computer system. In a first stage, a user profiling control program is executed to generate or update a user profile computer file representative of the user's linguistic patterns and the frequencies with which these patterns recur in texts submitted by the user and/or automatically acquired by the inventive system. The user is then invited to provide textual data composed by the user such as e-mail messages, memorandums, essays as well as documents composed by others that the user has adopted as "favorites", such as favorite web sites, short stories, etc. These textual documents are temporarily stored in a user data file. The inventive system also monitors the user's data searching and data browsing (e.g. Internet browsing) to automatically add additional textual information to the user data file. Once the user data file attains a sufficient size, or when other criteria for updating the user profile are met, the system executes a profile extraction subroutine to create/update the user profile by extracting linguistic patters from the user data file.

During the profile extraction subroutine, the system retrieves individual textual documents from the user data file, and separates each document into sentences. The system then extracts a linguistic pattern, or a segment, from each sentence characterized by first identifying words in the sentence as being particular parts of speech (i.e. nouns, verbs, adjectives, etc.), and then selecting a predetermined combination of the identified parts of speech and storing this combination as a segment. In a preferred embodiment of the present invention, each segment comprises a triad of three parts of speech: noun – verb – adjective. The segment extraction process is repeated for all textual documents in the user data file. The system then groups identical segments together and determines their frequency of occurrence in the user profile. Thus, the resulting user profile contains the linguistic patterns from all texts submitted by the user (or automatically gathered by the system) and the frequencies with which those patterns recur within the texts.

In a second stage of the present invention, a data profiling control program is executed to generate data item profile computer files, representative of linguistic patterns and their respective frequencies, of all data items. The data items may include documents, web sites, and other textual data that may be subjected to a search by the user. A list of all data items and their respective data addresses (such as Internet URL addresses) is first provided to the system. The data item profile generation procedure is then performed for each data item in the list in a similar manner to the user-profiling procedure, except that data item address information is stored in each data item's profile. Thus, the resulting data item profile of each data item contain the data item address, the linguistic patterns of the data item and the frequencies with which those patterns recur therein.

In a third stage of the present invention, the system executes a data searching program that enables a user to utilize the system to perform advanced searches for desired data files, such that the data files returned as search results correspond to the user's social, educational, and cultural backgrounds and to the user's psychological profile. The search program is initiated when the user provides a search string representative of data requested by the user to the system. The system then creates a search profile representative of linguistic patterns in the search string in a similar manner to the user-profiling procedure, except that frequencies of recurring segments are not recorded in the search profile. Optionally, the system expands the search profile by generating additional segments that contain synonyms of the parts of speech in the existing segments already in the search profile, and storing the additional segments therein.

After the search profile is complete, the system retrieves the user profile of the user performing the search and compares the segments stored in the user profile with the segments stored in the search profile to determine a number of matches between various segments in each of the profiles and then, for each matching segment records the frequency with which the matching segment recurs within the user profile. The system then applies the original search string to a standard match engine to obtain a list of data item addresses that potentially match the user's search requirements and then retrieves the data item profiles corresponding to the data item addresses on the list. This procedure is optional but is recommended because a direct linguistic pattern search over all data items stored on the remote computer system can be very time consuming given the modern computing and data transfer technologies.

The system then compares, for each data item profile, the segments stored in the data item profile with the segments stored in the search profile to determine a number of matches between various segments in each of the profiles and then, for each matching segment records the frequency with which the matching segment recurs within the data item profile. A match value is then determined by the system for each segment in the data item profile that also appears in the search profile and in the user profile, by adding the frequency of the segment's occurrence in the data item profile to the frequency of the segment's occurrence in the user profile. Finally, the system computes a final value for each data item profile by adding together the match values of all matching segments in each data item. The final value is representative of the degree to which the linguistic pattern of the data item matches the linguistic pattern of the user in light of the linguistic pattern and subject matter of the search string. The data items, corresponding to data item profiles having the highest final values, are then retrieved by the system. The system then presents the user with several data items having the highest final values, starting with the data item with the highest final value.

## MLU Basic Patent / Market Strategy / Funding Requirements



| TARGET MARKETS | |
|---|---|
| 1) On-Line Auction Companies (eBay, Amazon.com, Yahoo!, etc.) | Patents: #1, #2 |
| 2) On-Line Booksellers | Patents: #1, #3 |
| 3) Search Engine Companies / Portals (Excite, Yahoo!, Infoseek, etc.) | Patents: #1 |

PA0001440

| 4) Advertisers and Consumer Information Companies | Patents: #1, #4 |

**Initial Private Investment Funds Needed for:**

1. Business and/or Marketing Plans (completion of plan(s) will identify total amount needed at the first stage of major investment)
2. Intellectual Property / Legal Expenses (Patents/Trademarks/PCT)
3. Proof of Concept software development

 Home

Home page Create your profile Select book View books' profiles Select patent View patents' profiles Why should I buy? Articles Contact us

# Articles

**English version**
**Company Profile**
**Русская версия**
**Presentation for the Internet**
**To Investors**
**Search on the Internet**

PA0001442

**Home page Create your profile Select book View books' profiles Select patent View patents' profiles Why should I buy? Articles Contact us**

Unisearch is a start-up company formed in 1999 to capitalize on the work of Ilya Geller.

Ilya Geller is a linguist and expert in the philosophy of language, emigrated from Russia to the United States in 1992 and is now a US citizen. Now he is 31 years old. In US he studied philosophy in Brooklyn College and was a computer consultant to major companies such as Morgan Stanley and Merrill Lynch. Mr. Geller has multi-disciplinary background, combining several areas of science typically thought of as unrelated, has been the critical element in the development of UniSearch. He studied mathematics, computer science, civil engineering, theology, psychology and philosophy in Ulianovsk Polytechnic Institute, Moscow State University and Brooklyn College.

He believes that the future of company is in producing of robots with Artificial Intelligence and further improvement of the search for information technique.

Mightest Logic - UniSearch

Page 1 of 1