# EXHIBIT C

```
1              IN THE UNITED STATES DISTRICT COURT
            FOR THE EASTERN DISTRICT OF TEXAS
2                       MARSHALL DIVISION
3   -----------------------------------:
    PA ADVISORS, LLC,                  :
4                                      :
                Plaintiff,             :
5                                      : C.A. No.
          vs.                          : 2:07-cv-480-DF
6                                      :
    GOOGLE, INC., et al.,              :
7                                      :
                Defendants.            :
8   -----------------------------------:
9
                                          Washington, D.C.
10
                                       Friday, January 29, 2010
11
12
    PRETRIAL CONFERENCE BEFORE:
13
14              HONORABLE RANDALL R. RADER
15  at U.S. Court of Appeals Federal Circuit, 717 Madison
16  Place, N.W., Washington, D.C., before Erick M.
17  Thacker, RPR, of Capital Reporting Company, a Notary
18  Public in and for the District of Columbia, beginning
19  at 5:00 p.m., when were present on behalf of the
20  respective parties:
21
22
```

```
 1   can get Your Honor that transcript. There were no
 2   instructions not to answer with respect to questions
 3   on that document, none. There were only questions
 4   about communications between an attorney and his
 5   client.
 6              HONORABLE RADER: Well, needless to say,
 7   I'm a little troubled by this.
 8              MR. CANNON: Your Honor, you can see the
 9   questioning at page 152 and 153.
10              HONORABLE RADER: Yes, I do.
11              MR. CANNON: Mr. Pridham was trying to
12   point you to where -- you asked where that occurs,
13   and it occurs at 152 and 153.
14              HONORABLE RADER: Okay. Well, I -- I'm not
15   inclined to issue sanctions at this point. I am
16   inclined to make all of this available to impeachment
17   of witnesses and credibility at trial, if necessary.
18   And I am going to keep this issue somewhat open. I
19   may -- if more information comes out, I may order
20   some kind of an inquiry, and we can look further, but
21   at this point, I'm making everything here available
22   to both parties to use to discuss the relationship
```

1  between Mr. Spangenberg and Mr. Geller, and if at
2  trial, we learn something more, then I could always
3  order a -- some kind of a further inquiry, if
4  necessary.
5      I don't think there's a need for an adverse
6  inference instruction at this point. I'm aware of
7  the situation, and we'll entertain a motion to that
8  effect if during the trial it becomes important, and
9  I'll rule on it at that time.
10     Any questions, Mr. Fenster?
11     MR. FENSTER: No, Your Honor.
12     HONORABLE RADER: Mr. Cannon?
13     MR. CANNON: No, Your Honor.
14     HONORABLE RADER: Mr. Rooklidge?
15     MR. ROOKLIDGE: No, Your Honor.
16     HONORABLE RADER: All right. Have we
17 finished our business, gentlemen?
18     MR. FENSTER: Your Honor, we -- I wanted to
19 raise one issue with the Court that I've raised with
20 counsel regarding the scheduling of expert
21 depositions.
22     HONORABLE RADER: Okay.