IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| PA ADVISORS, LLC, | § § § | |
| Plaintiff, | § § | Civil Action No. 2:07-cv-480-RRR |
| v. | § § | |
| GOOGLE, INC., et al., | § § | JURY TRIAL DEMANDED |
| Defendants. | § § | |

**nXn TECH, LLC'S RESPONSE TO YAHOO! INC.'S MOTION *IN LIMINE* NO. FOUR**

*Additional Documents*

**Exhibit B**
**Exhibit C**
**Exhibit D**
**Exhibit E**