PA Advisors, LLC v. Google Inc. et al

Doc. 465 Att. 3

# EXHIBIT D

Dockets.Justia.com

160

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

MARSHALL DIVISION

Case No. 2:07-CV-480-DF                    10:15:59AM

----------------------------------x

PA ADVISORS, LLC,

        Plaintiff,

  - against -

GOOGLE, INC., et al.,

        Defendants.

----------------------------------x

       December 16, 2009

       10:15 a.m.

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY

       Continued videotaped deposition of ILYA GELLER, taken by Defendants, pursuant to Subpoena, held at the offices of Stroock Stroock and Lavan, Esqs., 767 Third Avenue, New York, New York, before Jineen Pavesi, a Registered Professional Reporter, Registered Merit Reporter, Certified Realtime Reporter and Notary Public of the State of New York.

   Job No: 231094

## Page 313

1  GELLER - ATTORNEYS' EYES ONLY
2  A.  December or November, it        03:39:59PM
3  depends, I published three articles, I    03:40:02PM
4  don't remember which one in particular is  03:40:04PM
5  this one.                03:40:08PM
6      Articles were published at the    03:40:08PM
7  end of 1999 and at the beginning of 2000.  03:40:10PM
8  Q.  What's described in Exhibit 54?  03:40:18PM
9  A.  Pardon me?            03:40:22PM
10 Q.  What is described in this      03:40:23PM
11 exhibit.                03:40:24PM
12     MR. FENSTER: Object to form.    03:40:25PM
13 A.  The same general approach,      03:40:26PM
14 without the details, just the idea.    03:40:32PM
15 Q.  And again, that's the idea of    03:40:33PM
16 the '067 patent?            03:40:36PM
17 A.  Yes, the general idea.        03:40:37PM
18     MR. FENSTER: Object to form.    03:40:40PM
19 Q.  Can you tell me what a triad    03:40:41PM
20 is?                    03:40:43PM
21 A.  Segment.              03:40:43PM
22     THE WITNESS: I'm tired.      03:41:00PM
23     MR. FENSTER: Do you need a    03:41:03PM
24 break?                  03:41:03PM
25     THE WITNESS: Can we finish    03:41:04PM

## Page 314

1  GELLER - ATTORNEYS' EYES ONLY
2  this.                  03:41:05PM
3      MR. FENSTER: Jason, how much    03:41:08PM
4  longer do you have?          03:41:09PM
5      MR. WHITE: I said I would try  03:41:13PM
6  to get it in 30 minutes.        03:41:15PM
7      THE WITNESS: Okay, let's go    03:41:18PM
8  on.                    03:41:19PM
9      I will try to answer your    03:41:28PM
10 questions.              03:41:29PM
11 Q.  I am showing you what we marked  03:41:51PM
12 as Defendants' Exhibit 55, Geller      03:41:53PM
13 Production Nos. 33540 through 33543.    03:42:04PM
14     (Defendants' Exhibit 55, Geller 03:42:18PM
15 Production Nos. 33540 through 33543, was  03:42:18PM
16 marked for identification, as of this    03:42:18PM
17 date.)                  03:42:19PM
18 A.  Ask.                03:42:19PM
19 Q.  What is this?            03:42:19PM
20 A.  Etkin wrote it for his site    03:42:20PM
21 Lexiclone.              03:42:24PM
22 Q.  Does Exhibit 55 describe the    03:42:34PM
23 technology that is in the '067 patent?    03:42:36PM
24     MR. FENSTER: Object to form.    03:42:53PM
25 A.  I am not sure, I need to read    03:42:59PM

## Page 315

1  GELLER - ATTORNEYS' EYES ONLY
2  it, I don't remember and I am not sure.  03:43:01PM
3  Q.  What was the purpose for      03:43:05PM
4  preparing Exhibit 55?          03:43:06PM
5      MR. FENSTER: Object to form.    03:43:08PM
6  A.  I tried to raise money and I    03:43:10PM
7  asked Etkin to write what I could put at  03:43:14PM
8  the site so people would come and be able  03:43:21PM
9  to read and decide to invest.        03:43:24PM
10 Q.  Did you review Exhibit 55 after  03:43:27PM
11 Mr. Etkin prepared it?          03:43:29PM
12 A.  It was a long time ago, I don't  03:43:34PM
13 remember.                03:43:35PM
14 Q.  Would it have been important at  03:43:35PM
15 the time that this was created for it to  03:43:37PM
16 be accurate in terms of describing what's  03:43:38PM
17 in the '067 patent?          03:43:41PM
18     MR. FENSTER: Object to form.    03:43:44PM
19 A.  Not at all.            03:43:45PM
20 Q.  That would not have been      03:43:47PM
21 important for it to be accurate?      03:43:48PM
22     MR. FENSTER: Object to form.    03:43:51PM
23 A.  No.                  03:43:52PM
24 Q.  Why not?              03:43:52PM
25 A.  Because I asked him to write    03:43:55PM

## Page 316

1  GELLER - ATTORNEYS' EYES ONLY
2  something in general terms so people    03:44:02PM
3  without special knowledge could      03:44:07PM
4  understand, so something rough, something  03:44:12PM
5  like a sketch, a sketch, general      03:44:15PM
6  description.              03:44:20PM
7      I don't remember what he wrote;  03:44:20PM
8  Edward is a lawyer, right, I ask him to do  03:44:27PM
9  his job, to write something with these,    03:44:30PM
10 what is the word, flawless from a legal    03:44:40PM
11 point of view.              03:44:48PM
12 Q.  So when you asked Mr. Etkin to    03:44:49PM
13 prepare Exhibit 55, did you expect he    03:44:50PM
14 would accurately describe what was in the  03:44:54PM
15 '067 patent?              03:44:56PM
16 A.  No.                  03:44:56PM
17     MR. FENSTER: Object to form.    03:44:57PM
18 A.  No, I didn't.            03:44:58PM
19 Q.  You expected his description    03:45:01PM
20 would not be accurate, is that what you're  03:45:03PM
21 telling me?              03:45:04PM
22     MR. FENSTER: Object to form.    03:45:05PM
23 A.  I didn't expect, but I didn't    03:45:06PM
24 ask him; I paid for this, I paid him to    03:45:08PM
25 write this.              03:45:13PM

Veritext Corporate Services
800-567-8658                                973-410-4040