# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| PA ADVISORS, LLC § | |
| § | |
| Plaintiff § | |
| § | |
| v. § | Civil Action No. 2:07-cv-480 RRR |
| § | |
| GOOGLE INC., et al. § | |
| § | |
| Defendants. § | |
| § | |

## **ORDER**

Before the Court is Yahoo! Inc.'s ("Yahoo!") Motion for Leave to File Supplemental Brief in Support of its Motions for Summary Judgment of Non-Infringement. The Court, having reviewed the Motion, and being well-advised, finds that the motion should be GRANTED. It is therefore

ORDERED that Yahoo! is granted leave to file a supplemental brief in support of its motions for summary judgment of non-infringement.

SO ORDERED.

**Order** – Solo Page