# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| PA ADVISORS LLC<br><br>v.<br><br>GOOGLE INC., et al. | NO. 2:07-CV-480-RRR |

## STIPULATION REGARDING GOOGLE WITNESS BAHMAN RABII

1. On February 11, 2010, Google disclosed Bahman Rabii as a potential trial witness knowledgeable regarding AdSense for Content, an accused instrumentality in this case. On February 15, 2010, Google supplemented its Rule 26(a) Initial Disclosures to list Mr. Rabii. Mr. Rabii also appears as a "will call" witness on Google's witness list, served on February 17, 2010 in accordance with Rule 26(a)(3) and the Court's Amended Docket Control Order.

2. The Parties stipulate that Plaintiff shall not object to Google presenting Mr. Rabii as a witness at trial on the basis of any alleged late disclosure.

3. The Parties further stipulate that Google shall make Mr. Rabii available for deposition on March 12, 2010 in San Francisco, California.

4. The Parties agree that Plaintiff's technical expert, V. Thomas Rhyne, shall be permitted one supplementation of his expert report regarding infringement that will be limited to information newly discovered at Mr. Rabii's deposition. Dr. Rhyne shall submit any such supplementation within one week of the deposition.

Dated: 2/25/2010                               /s/ David A. Perlson
                                              David A. Perlson
                                              Quinn Emanuel Urquhart Oliver & Hedges LLP
                                              Counsel for Google, Inc.

Dated: 2/25/2010                               /s/  David M. Pridham
                                              Law Office of David M. Pridham
                                              Counsel for PA Advisors LLC

Dated: February 26, 2010

| | |
|---|---|
| Andrew W. Spangler<br>LEAD COUNSEL<br>SPANGLER LAW P.C.<br>208 N. Green Street, Suite 300<br>Longview, Texas 75601<br>(903) 753-9300<br>(903) 553-0403 (fax)<br>spangler@spanglerlawpc.com | By: /s/ Elizabeth A. Wiley<br>Marc A. Fenster, CA Bar No. 181067<br>CA Bar No. 181067<br>mfenster@raklaw.com<br>Andrew Weiss<br>CA Bar No. 232974<br>aweiss@raklaw.com<br>Adam Hoffman |
| David M. Pridham<br>LAW OFFICE OF DAVID PRIDHAM<br>25 Linden Road<br>Barrington, Rhode Island 02806<br>(401) 633-7247<br>(401) 633-7247 (fax)<br>david@pridhamiplaw.com | CA Bar No. 218740<br>ahoffman@raklaw.com<br>RUSS, AUGUST & KABAT<br>12424 Wilshire Blvd., 12th Floor<br>Los Angeles, CA 90025<br>(310) 826-7474<br>(310) 826-6991 (fax) |
| John M. Bustamante<br>Texas Bar No. 24040618<br>BUSTAMANTE, P.C.<br>54 Rainey Street, No. 721<br>Austin, Texas 78701<br>Tel. 512.940.3753<br>Fax. 512.551.3773<br>Email:jmb@BustamanteLegal.com | Patrick R. Anderson<br>PATRICK R. ANDERSON PLLC<br>4225 Miller Rd, Bldg. B-9, Suite 358<br>Flint, MI 48507<br>(810) 275-0751<br>(248) 928-9239 (fax)<br>patrick@prapllc.com |
| Kip Glasscock<br>Texas State Bar No. 08011000<br>KIP GLASSCOCK P.C.<br>550 Fannin, Suite 1350<br>Beaumont, TX 77701<br>Tel: (409) 833-8822<br>Fax: (409) 838-4666<br>Email: kipglasscock@hotmail.com | Elizabeth A. Wiley<br>Texas State Bar No. 00788666<br>THE WILEY FIRM PC<br>P.O. Box. 303280<br>Austin, Texas 78703-3280<br>Telephone: (512) 420.2387<br>Facsimile: (512) 551.0028<br>Email: lizwiley@wileyfirmpc.com |
| | **ATTORNEYS FOR NXN TECH, LLC, FORMERLY KNOWN AS PA ADVISORS, LLC** |

**ATTORNEYS FOR DEFENDANT GOOGLE INC.**

Brian C. Cannon
California Bar No. 193071
briancannon@quinnemanuel.com
Quinn Emanuel Urquhart Oliver & Hedges, LLP
555 Twin Dolphin Drive, Suite 560
Redwood Shores, CA 94065
Tel.: (650) 801-5000
Fax: (650) 801-5100

Charles K. Verhoeven
California Bar No. 170151
charlesverhoeven@quinnemanuel.com
David A. Perlson
California Bar No. 209502
davidperlson@quinnemanuel.com
Quinn Emanuel Urquhart Oliver & Hedges, LLP
50 California Street, 22nd Floor
San Francisco, CA 94111
Tel.: (415) 875-6600
Fax: (415) 875-6700

Harry L. Gillam, Jr.
State Bar No. 07921800
gil@gillamsmithlaw.com
Gillam & Smith, LLP
303 South Washington Avenue
Marshall, Texas 75670
Telephone: (903) 934-8450
Facsimile: (903) 934-9257

Melissa R. Smith.
Texas Bar No. 24001351
melissa@gillamsmithlaw.com
Gillam & Smith LLP
303 South Washington Avenue
Marshall, TX 75670
Tel.: (903) 934-8450
Fax: (903) 934-9257

## CERTIFICATE OF SERVICE

I hereby certify that service of this document is being made pursuant to the Court's CM/ECF system to those who have consented to service in that manner.

\s\ Elizabeth A. Wiley
Elizabeth A. Wiley