IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| PA ADVISORS, LLC, § <br> § <br> Plaintiff, § <br> § Civil Action No. 2:07-cv-480-RRR <br> v. § <br> § <br> GOOGLE, INC., et al., § JURY TRIAL DEMANDED <br> § <br> Defendants. § | |

# nXn TECH, LLC'S OPPOSITION TO YAHOO! INC.'S MOTION FOR LEAVE TO FILE SUPPLEMENTAL BRIEF IN SUPPORT OF ITS MOTIONS FOR SUMMARY JUDGMENT OF NON-INFRINGEMENT

nXn Tech, LLC (f/k/a PA Advisors, LLC) ("nXn") respectfully files this opposition to Yahoo! Inc. ("Yahoo")'s Motion for Leave to File Supplemental Brief In Support of Its Motions for Summary Judgment of Non-Infringement ("Motion for Leave"). nXn opposes Yahoo's attempt to introduce unauthorized arguments and evidence for non-infringement of Claim 1 one court day before Yahoo's non-infringement motions are to be heard.

The Court's Order of October 1, 2009 (Docket No. 286), required Yahoo to submit a letter brief seeking permission to file any motion for summary judgment. On November 4, 2009, Yahoo filed such a letter brief seeking summary judgment on two bases. *See* Docket No. 297-2. First, Yahoo argued it was entitled to summary judgment on Claim 1 and dependent claims thereto because Yahoo allegedly does not perform step 1(c) of Claim 1, and allegedly does not "direct or control" the performance of this step, as, Yahoo argued, is required under *Muniauction, Inc. v. Thomson Corp*. *Id.* at 1-2. Second, Yahoo argued that it was entitled to summary judgment on Claim 45 and dependent claims thereto because Yahoo allegedly does not

perform steps (a) through (k) of Claim 45. *Id.* at 2. Based on this representation, Judge Folsom granted Yahoo's request for permission to file a motion for summary judgment "on all issues proposed" in its letter brief, and not on any other issues. Order of Dec. 14, 2009 (Docket No. 330).

Yahoo's First Motion for Summary Judgment followed the first basis of its letter brief, focusing on non-infringement of Claim 1 under the doctrine of divided infringement and the holding thereon in *Muniauction.* See Docket No. 356. However, Yahoo's Second Motion for Summary Judgment was not limited to the second basis of its letter brief, non-infringement of Claim 45. Instead, Yahoo also argued for non-infringement of steps (a) and (i) of Claim 1. *See* Docket No. 390 at 9-12.

These arguments exceeded the "issues proposed" in Yahoo's letter brief, and were therefore not authorized by the Court's December 13, 2009 Order. These arguments should therefore not be considered by the Court. Moreover, Yahoo makes further arguments regarding non-infringement of steps (a) and (i) in its proposed supplemental brief (Docket No. 472 at 3-5), thus compounding its improper conduct. The Court should therefore deny Yahoo's motion for leave as to these portions of Yahoo's supplemental brief.

Dated: March 1, 2010                               Respectfully submitted,

Andrew W. Spangler                                 By: /s/ Patrick R. Anderson
SPANGLER LAW P.C.                                  Patrick R. Anderson
208 N. Green Street, Suite 300
Longview, Texas 75601                              Marc A. Fenster, CA Bar No. 181067
(903) 753-9300                                     CA Bar No. 181067
(903) 553-0403 (fax)                               mfenster@raklaw.com
spangler@spanglerlawpc.com                         Andrew Weiss
                                                   CA Bar No. 232974
David M. Pridham                                   aweiss@raklaw.com
LAW OFFICE OF DAVID PRIDHAM                        Adam Hoffman
25 Linden Road                                     CA Bar No. 218740
Barrington, Rhode Island 02806                     ahoffman@raklaw.com
(401) 633-7247                                     RUSS, AUGUST & KABAT
(401) 633-7247 (fax)                               12424 Wilshire Blvd., 12th Floor
david@pridhamiplaw.com                             Los Angeles, CA 90025
                                                   (310) 826-7474
John M. Bustamante                                 (310) 826-6991 (fax)
Texas Bar No. 24040618
BUSTAMANTE, P.C.                                   Patrick R. Anderson
54 Rainey Street, No. 721                          PATRICK R. ANDERSON PLLC
Austin, Texas 78701                                4225 Miller Rd, Bldg. B-9, Suite 358
Tel. 512.940.3753                                  Flint, MI 48507
Fax. 512.551.3773                                  (810) 275-0751
Email:jmb@BustamanteLegal.com                      (248) 928-9239 (fax)
                                                   patrick@prapllc.com
Kip Glasscock
Texas State Bar No. 08011000                       Debera W. Hepburn,
KIP GLASSCOCK P.C.                                 Texas Bar No. 24049568
550 Fannin, Suite 1350                             HEPBURN LAW FIRM PLLC
Beaumont, TX 77701                                 P.O. Box 118218
Tel: (409) 833-8822                                Carrollton, TX 75011
Fax: (409) 838-4666                                Telephone: 214/403-4882
Email: kipglasscock@hotmail.com                    Facsimile: 888/205-8791
                                                   Email: dhepburn@heplaw.com

                                                   Elizabeth A. Wiley
                                                   Texas State Bar No. 00788666
                                                   THE WILEY FIRM PC
                                                   P.O. Box. 303280
                                                   Austin, Texas 78703-3280
                                                   Telephone: (512) 420.2387
                                                   Facsimile: (512) 551.0028
                                                   Email: lizwiley@wileyfirmpc.com

## **CERTIFICATE OF SERVICE**

I certify that the foregoing response of Plaintiff nXn was served on counsel of counsel pursuant to Rule 5(b) of the Federal Rules of Civil Procedure, by electronic mail, on this 1st day of March, 2010.

\s\ Patrick R. Anderson
Patrick R. Anderson