# EXHIBIT 1

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| PA ADVISORS, LLC, | § | |
|     Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No. 2:07-cv-480-RRR |
| | § | |
| GOOGLE INC., et al., | § | |
| | § | JURY TRIAL DEMANDED |
|     Defendants. | § | |
| | § | |

## nXn TECH, LLC'S WITNESS LIST

nXn Tech, LLC (f/k/a PA Advisors, LLC) ("nXn") submits this witness list as Exhibit 1 to the parties' Joint Pretrial Order.

### I. Plaintiff's Witnesses

nXn identifies the name and, if not previously provided, the address and telephone number of each witness it may present at trial other than solely for impeachment — separately identifying those the party expects to present and those it may call if the need arises, during either the jury trial or any inequitable conduct bench trial. These identifications are based on information reasonably available to nXn at the present time. nXn reserves the right to supplement or modify this list and reserves the right to designate testimony and/or call to testify any persons who are identified by either Defendant Yahoo or Defendant Google on their respective witness lists. Specifically, if any witness previously designated by either of the Defendants as "will call" does not appear live at trial, nXn reserves the right to designate deposition testimony at the time of trial for that witness.

## II. Witnesses Plaintiff Expects to Present At Trial:[1]

1. Lee Bradley Sheafe
2. Dr. V. Thomas Rhyne
3. Ilya Geller[2]
4. Stephen L. Becker
5. Alan Gordon

## III. Witnesses Plaintiff May Present At Trial If the Need Arises as Live Witnesses or by Deposition

At present, Plaintiff expects that it may call the following witnesses in person at trial or by video or stenographic deposition. Any exhibit discussed by the witness in the designated testimony is hereby incorporated by reference into nXn's Exhibit List and may be offered into evidence as the testimony is presented.

1. Sanjay Datta,
2. Patel Dev
3. Ivan Markman
4. Gabriel Mattera
5. Carlton Robinson
6. Charles Schulman
7. Luke Yeh

---

[1] All of these witness may be contacted through counsel for the Plaintiff, specifically: (1) Mr. Marc Fenster/Russ, August & Kabat, 12424 Wilshire Blvd., 12th Floor, Los Angeles, CA 90025 (310) 826-7474; (2) Mr. David Pridham/ Law Office of David Pridham, 25 Linden Road, Barrington, Rhode Island 02806 Tel: (401) 633-7247; and/or (3) Andrew W. Spangler/Spangler Law, P.C., 104 E. Houston Street, Ste. 135 Marshall, Texas 75670 (903) 935-3443.

[2] Plaintiff anticipates at this time that it will call Mr. Geller as a witness at the time of trial. Plaintiff reserves the right to call Mr. Geller by deposition, however, if he is in fact not presented at trial.

8. Chauman Brewer

9. Edward Etkin

10. Bartholomew Furrow

11. Matthew Hall

12. Brian Horling

13. Michael Jahr

14. Ashvin Kannan

15. David Kolm

16. Ken Kronquist

17. Soren Riise

18. Ben Shahshahani

19. Zachary Zhang

20. Bahman Rabii

Plaintiff also reserves the right to and may offer the video deposition testimony of any and/or all witnesses called by Defendants at trial for purposes of impeachment, including but not limited to offering or otherwise using any exhibit(s) referenced in such video deposition. This includes any witnesses called by Defendants at trial as live witnesses, as video-designated witnesses, or any other type of offer of testimony at trial.

Dated: March 1, 2010

**APPROVED AS TO FORM AND SUBSTANCE:**

Marc A. Fenster
CA Bar No. 181067
mfenster@raklaw.com
Alexander C.D. Giza
CA Bar No. 212327
agiza@raklaw.com
Andrew Weiss
CA Bar No. 232974
aweiss@raklaw.com
Adam Hoffman
CA Bar No. 218740
ahoffman@raklaw.com
RUSS, AUGUST & KABAT
12424 Wilshire Blvd., 12th Floor
Los Angeles, CA 90025
(310) 826-7474
(310) 826-6991 (fax)

Andrew W. Spangler – Lead Attorney
State Bar No. 24041960
SPANGLER LAW P.C.
104 E. Houston Street, Ste. 135
Marshall, Texas 75670
Telephone: (903) 935-3443
Facsimile: (903) 938-7843
spangler@spanglerlawpc.com

David M. Pridham
Rhode Island Bar No. 6625
LAW OFFICE OF DAVID PRIDHAM
25 Linden Road
Barrington, Rhode Island 02806
Telephone: (401) 633-7247
Facsimile: (401) 633-7247
david@pridhamiplaw.com

Harold Kip Glasscock, Jr.
State Bar No. 08011000
KIP GLASSCOCK ATTORNEY AT LAW
550 Fannin, Suite 1350
Beaumont, Texas 77701
Telephone: (409) 833-8822
Facsimile: (409) 838-4666
kipglasscock@hotmail.com

Patrick R. Anderson
PATRICK R. ANDERSON PLLC
4225 Miller Rd, Bldg. B-9, Suite 358
Flint, MI 48507
(810) 275-0751
(248) 928-9239 (fax)
patrick@prapllc.com

John M. Bustamante
Texas Bar No. 24040618
BUSTAMANTE, P.C.
54 Rainey Street, No. 721
Austin, Texas 78701
Tel. 512.940.3753
Fax 512.551.3773
Email:jmb@BustamanteLegal.com

Elizabeth A. Wiley
Texas State Bar No. 00788666
THE WILEY FIRM PC
P.O. Box 303280
Austin, Texas 78703-3280
Telephone: (512) 560.3480
Facsimile: (512) 551.0028
Email: lizwiley@wileyfirmpc.com