# EXHIBIT 2

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

PA ADVISORS, LLC,

    Plaintiff                                         Civil Action No. 2-07cv-480

v.

GOOGLE, INC., et al                      JURY TRIAL DEMANDED

    Defendants

## PLAINTIFF'S DEPOSITION DESIGNATIONS

| DEPONENT | DATE | BEGIN | END |
|---|---|---|---|
| Sanjay Data | 12/17/09 | 15:8 | 15:23 |
| | | 26:9 | 26:16 |
| | | 27:3 | 27:23 |
| | | 27:25 | 28:19 |
| | | 29:5 | 31:1 |
| | | 42:14 | 44:3 |
| | | 44:5 | 44:14 |
| | | 44:16 | 44:21 |
| | | 44:23 | 45:5 |
| | | 45:7 | 45:9 |
| | | 45:12 | 46:3 |
| | | 46:16 | 46:22 |
| | | 48:8 | 48:19 |
| | | 48:21 | 49:7 |
| | | 49:9 | 49:19 |
| | | 49:21 | 50:3 |
| | | 50:5 | 50:22 |
| | | 51:6 | 51:13 |
| | | 51:15 | 51:19 |
| | | 52:24 | 53:16 |
| | | 53:18 | 54:4 |
| | | 54:6 | 54:11 |
| | | 54:13 | 55:16 |
| | | 56:5 | 56:9 |
| | | 56:21 | 57:12 |
| | | 59:12 | 59:13 |
| | | 59:15 | 59:22 |
| | | 59:24 | 60:3 |

|  |  | 60:5 | 61:23 |
|--|--|------|-------|
|  |  | 61:25 | 62:12 |
|  |  | 65:3 | 65:6 |
|  |  | 65:8 | 65:10 |
|  |  | 65:12 | 65:21 |
|  |  | 66:17 | 66:21 |
|  |  | 66:23 | 67:6 |
|  |  | 67:8 | 67:20 |
|  |  | 75:3 | 75:6 |
|  |  | 77:19 | 78:2 |
|  |  | 78:4 | 78:22 |
|  |  | 78:24 | 79:4 |
|  |  | 79:6 | 80:1 |
|  |  | 80:3 | 80:3 |
|  |  | 84:13 | 84:14 |
|  |  | 84:16 | 84:24 |
| Ivan Markman | 12/3/09 | 9:16 | 9:22 |
|  |  | 10:1 | 10:6 |
|  |  | 10:9 | 10:9 |
|  |  | 14:17 | 14:20 |
|  |  | 15:1 | 15:4 |
|  |  | 18:25 | 20:5 |
|  |  | 20:14 | 21:11 |
|  |  | 22:13 | 23:5 |
|  |  | 23:16 | 23:24 |
|  |  | 24:4 | 24:19 |
|  |  | 25:5 | 25:12 |
|  |  | 32:3 | 32:6 |
|  |  | 39:2 | 39:5 |
|  |  | 39:12 | 39:18 |
|  |  | 53:15 | 55:6 |
|  |  | 69:6 | 69:21 |
|  |  | 71:16 | 72:9 |
|  |  | 79:8 | 79:19 |
|  |  | 84:23 | 85:20 |
|  |  | 87:18 | 90:16 |
|  |  | 92:16 | 96:11 |
|  |  | 111:4 | 112:1 |
|  |  | 116:9 | 116:21 |
|  |  | 124:17 | 126:10 |
|  |  | 130:18 | 131:9 |
| Gabriel Mattera | 2/26/09 | 9:19 | 9:25 |
|  |  | 51:4 | 51:13 |
|  |  | 51:15 | 52:6 |
|  |  | 52:8 | 52:15 |
|  |  | 60:2 | 61:24 |
|  |  | 65:22 | 69:4 |
|  |  | 115:4 | 115:11 |
|  |  | 118:10 | 118:25 |

| Name | Date | Start | End |
|---|---|---|---|
| Carlton Robinson | 12/10/09 | 11:10 | 11:20 |
| | | 18:16 | 18:17 |
| | | 20:24 | 21:4 |
| | | 28:15 | 29:3 |
| | | 29:12 | 29:18 |
| | | 40:12 | 41:17 |
| | | 42:16 | 43:5 |
| | | 45:24 | 45:25 |
| | | 46:3 | 46:15 |
| | | 46:25 | 47:8 |
| | | 51:20 | 52:2 |
| | | 52:9 | 52:13 |
| | | 56:23 | 57:7 |
| | | 61:22 | 62:2 |
| | | 62:5 | 62:11 |
| | | 76:15 | 76:20 |
| | | 77:8 | 78:25 |
| | | 79:14 | 79:23 |
| | | 80:6 | 80:18 |
| | | 80:25 | 81:10 |
| | | 81:19 | 82:4 |
| | | 86:20 | 87:6 |
| | | 91:6 | 91:17 |
| | | 93:15 | 94:4 |
| | | 95:10 | 96:3 |
| | | 100:6 | 100:16 |
| | | 101:16 | 101:25 |
| | | 104:20 | 106:03 |
| | | 106:11 | 107:22 |
| | | 108:8 | 109:17 |
| | | 112:11 | 113:21 |
| | | 114:13 | 114:25 |
| | | 115:3 | 116:7 |
| | | 127:7 | 127:18 |
| | | 128:18 | 129:17 |
| Eric Schulman | 12/15/09 | 13:1 | 13:13 |
| | | 16:16 | 17:7 |
| | | 17:9 | 17:17 |
| | | 23:24 | 23:25 |
| | | 24:2 | 24:3 |
| | | 26:6 | 26:7 |
| | | 26:9 | 26:12 |
| | | 26:14 | 26:17 |
| | | 26:19 | 26:19 |
| | | 28:10 | 28:11 |
| | | 28:13 | 28:16 |
| | | 28:19 | 28:24 |
| | | 29:3 | 29:14 |
| | | 29:17 | 29:18 |

|  |  |  |  |
|---|---|---|---|
|  |  | 30:24 | 30:25 |
|  |  | 31:4 | 31:22 |
|  |  | 31:25 | 32:16 |
|  |  | 33:2 | 33:13 |
|  |  | 33:15 | 34:5 |
|  |  | 34:7 | 34:20 |
|  |  | 34:22 | 35:15 |
|  |  | 36:11 | 36:16 |
|  |  | 39:25 | 40:1 |
|  |  | 40:3 | 40:9 |
|  |  | 40:11 | 40:13 |
|  |  | 40:15 | 40:19 |
|  |  | 42:7 | 42:8 |
|  |  | 42:10 | 42:21 |
|  |  | 45:14 | 45:18 |
|  |  | 45:20 | 45:21 |
|  |  | 46:7 | 46:12 |
|  |  | 46:21 | 46:22 |
|  |  | 46:24 | 47:10 |
|  |  | 47:12 | 47:18 |
|  |  | 47:22 | 48:4 |
|  |  | 48:6 | 48:6 |
|  |  | 48:8 | 48:11 |
|  |  | 48:13 | 48:17 |
|  |  | 49:5 | 49:12 |
|  |  | 54:8 | 55:17 |
|  |  | 55:21 | 55:24 |
|  |  | 58:1 | 58:2 |
|  |  | 58:4 | 58:4 |
|  |  | 58:9 | 58:20 |
|  |  | 58:22 | 58:24 |
|  |  | 59:1 | 59:21 |
|  |  | 62:8 | 62:9 |
|  |  | 62:12 | 62:19 |
|  |  | 62:21 | 62:25 |
|  |  | 63:3 | 63:14 |
|  |  | 63:22 | 63:25 |
|  |  | 64:2 | 64:6 |
|  |  | 64:8 | 64:24 |
|  |  | 65:3 | 65:16 |
|  |  | 65:19 | 65:21 |
|  |  | 66:21 | 66:23 |
|  |  | 67:2 | 67:3 |
|  |  | 75:9 | 75:12 |
|  |  | 75:14 | 75:24 |
|  |  | 76:10 | 76:13 |
|  |  | 79:10 | 79:20 |
|  |  | 81:8 | 81:12 |
|  |  | 81:14 | 81:24 |

| | | | |
|---|---|---|---|
| | | 82:11 | 82:13 |
| | | 82:15 | 83:3 |
| | | 83:5 | 84:2 |
| | | 86:18 | 88:2 |
| | | 88:4 | 88:14 |
| | | 88:16 | 88:17 |
| | | 89:15 | 90:15 |
| | | 90:25 | 91:17 |
| | | 92:12 | 93:3 |
| | | 94:6 | 94:12 |
| | | 95:16 | 96:16 |
| | | 96:20 | 97:5 |
| | | 97:9 | 97:11 |
| | | 99:6 | 99:10 |
| | | 100:19 | 101:5 |
| | | 101:19 | 101:21 |
| | | 120:14 | 120:17 |
| | | 120:21 | 121:6 |
| | | 121:8 | 121:21 |
| Luke Yeh | 12/16/09 | 11:15 | 12:9 |
| | | 12:15 | 12:16 |
| | | 12:19 | 12:23 |
| | | 13:1 | 13:9 |
| | | 13:12 | 13:22 |
| | | 13:25 | 14:9 |
| | | 14:12 | 14:15 |
| | | 14:18 | 15:6 |
| | | 16:15 | 17:12 |
| | | 17:15 | 17:23 |
| | | 24:2 | 24:5 |
| | | 24:9 | 25:21 |
| | | 27:10 | 27:18 |
| | | 28:2 | 28:15 |
| | | 28:18 | 31:5 |
| | | 31:8 | 31:12 |
| | | 32:12 | 33:2 |
| | | 33:7 | 33:12 |
| | | 33:21 | 33:24 |
| | | 34:2 | 35:18 |
| | | 35:24 | 37:2 |
| | | 37:5 | 37:14 |
| | | 38:14 | 39:11 |
| | | 41:3 | 41:11 |
| | | 41:14 | 41:25 |
| | | 42:3 | 42:16 |
| | | 43:13 | 44:10 |
| | | 44:13 | 44:18 |
| | | 44:21 | 45:4 |
| | | 45:7 | 45:17 |

|  |  | 45:20 | 46:1 |
|---|---|---|---|
|  |  | 46:4 | 46:9 |
|  |  | 46:12 | 46:19 |
|  |  | 48:17 | 49:19 |
|  |  | 51:9 | 52:14 |
|  |  | 52:17 | 53:2 |
|  |  | 53:5 | 53:7 |
|  |  | 54:2 | 54:5 |
|  |  | 54:8 | 54:16 |
|  |  | 54:19 | 55:2 |
|  |  | 55:5 | 59:15 |
|  |  | 60:14 | 60:16 |
|  |  | 61:3 | 62:24 |
|  |  | 63:12 | 63:20 |
|  |  | 63:23 | 64:21 |
|  |  | 64:24 | 64:25 |
|  |  | 68:14 | 68:19 |
| Edward Etkin | 4/23/09 | 7:14 | 7:16 |
|  |  | 8:18 | 11:2 |
|  |  | 19:2 | 21:4 |
|  |  | 33:3 | 33:14 |
|  |  | 34:20 | 35:3 |
|  |  | 49:2 | 49:20 |
|  |  | 61:23 | 62:14 |
|  |  | 64:15 | 65:6 |
|  |  | 74:17 | 77:18 |
|  |  | 78:12 | 79:8 |
|  |  | 80:7 | 81:11 |
|  |  | 82:8 | 83:8 |
|  |  | 85:6 | 85:21 |
|  |  | 151:11 | 154:2 |
|  |  | 224:17 | 227:18 |
|  |  | 231:19 | 232:14 |
|  |  | 248:4 | 252:8 |
|  |  | 253:24 | 254:15 |
|  |  | 255:13 | 256:7 |
| Devesh Patel | 10/27/09 | 10:15 | 11:4 |
|  |  | 11:7 | 14:8 |
|  |  | 14:11 | 25:1 |
|  |  | 25:4 | 26:9 |
|  |  | 26:12 | 28:24 |
|  |  | 29:2 | 29:17 |
|  |  | 29:20 | 32:7 |
|  |  | 32:10 | 43:25 |
|  |  | 44:20 | 45:1 |
|  |  | 45:4 | 46:9 |
|  |  | 46:12 | 48:4 |
|  |  | 48:7 | 51:6 |
|  |  | 51:9 | 62:2 |

| | | | |
|---|---|---|---|
| | | 62:5 | 63:5 |
| | | 63:8 | 66:2 |
| | | 66:4 | 68:18 |
| | | 68:21 | 70:14 |
| | | 70:17 | 73:6 |
| | | 73:9 | 74:15 |
| | | 74:18 | 74:25 |
| | | 75:15 | 75:22 |
| | | 75:25 | 76:9 |
| | | 76:12 | 78:2 |
| | | 78:4 | 78:12 |
| | | 80:12 | 81:12 |
| | | 82:8 | 82:11 |
| | | 82:18 | 84:21 |
| | | 85:2 | 86:13 |
| | | 86:20 | 86:25 |
| | | 87:3 | 91:5 |
| | | 91:8 | 91:13 |
| | | 91:16 | 101:16 |
| | | 101:19 | 102:3 |
| | | 102:11 | 102:13 |
| | | 102:16 | 104:21 |
| | | 105:22 | 107:6 |
| | | 107:9 | 112:4 |
| | | 112:14 | 113:2 |
| | | 114:6 | 116:11 |
| | | 116:14 | 125:16 |
| | | 125:19 | 130:19 |
| | | 130:21 | 131:16 |
| | | 131:19 | 135:15 |
| | | 135:18 | 140:25 |
| | | 142:18 | 142:20 |
| | | 144:24 | 145:4 |
| Chauman Brewer | 10/23/09 | 10:20 | 15:23 |
| | | 16:1 | 17:14 |
| | | 17:21 | 19:2 |
| | | 19:9 | 21:6 |
| | | 21:8 | 22:13 |
| | | 22:15 | 22:15 |
| | | 22:23 | 25:5 |
| | | 25:12 | 26:10 |
| | | 26:12 | 28:7 |
| | | 28:19 | 29:20 |
| | | 29:23 | 31:24 |
| | | 32:4 | 33:1 |
| | | 33:6 | 35:23 |
| | | 35:25 | 37:10 |
| | | 37:12 | 40:15 |
| | | 40:18 | 40:18 |

| | | | |
|---|---|---|---|
| | | 40:21 | 41:5 |
| | | 41:9 | 41:14 |
| | | 41:17 | 42:2 |
| | | 42:4 | 42:8 |
| | | 43:1 | 44:17 |
| | | 45:25 | 46:7 |
| | | 46:12 | 48:16 |
| | | 48:20 | 48:22 |
| | | 48:24 | 49:21 |
| | | 50:3 | 50:15 |
| | | 51:4 | 52:11 |
| | | 52:14 | 54:2 |
| | | 54:4 | 54:17 |
| | | 54:19 | 55:18 |
| | | 55:20 | 57:6 |
| | | 57:8 | 57:17 |
| | | 58:2 | 58:5 |
| | | 58:7 | 59:13 |
| | | 59:17 | 59:19 |
| | | 59:21 | 60:7 |
| | | 60:10 | 62:22 |
| | | 62:25 | 64:19 |
| | | 64:22 | 65:14 |
| | | 65:19 | 65:19 |
| | | 67:20 | 68:17 |
| | | 68:20 | 73:15 |
| | | 73:17 | 74:2 |
| | | 75:7 | 75:20 |
| | | 75:23 | 77:6 |
| | | 77:15 | 78:24 |
| | | 79:2 | 80:3 |
| | | 80:12 | 81:11 |
| | | 81:13 | 81:13 |
| Bartholomew Furrow | 11/5/09 | 10:23 | 14:14 |
| | | 14:19 | 19:25 |
| | | 20:2 | 22:1 |
| | | 22:3 | 25:23 |
| | | 26:2 | 28:20 |
| | | 28:22 | 30:23 |
| | | 31:10 | 33:19 |
| | | 34:2 | 36:8 |
| | | 36:14 | 36:25 |
| | | 37:2 | 37:21 |
| | | 37:23 | 38:21 |
| | | 38:23 | 39:6 |
| | | 39:8 | 44:21 |
| | | 45:7 | 46:21 |
| | | 46:25 | 54:17 |
| | | 54:24 | 57:21 |

| | | | |
|---|---|---|---|
| | | 58:2 | 61:5 |
| | | 61:10 | 62:13 |
| | | 62:21 | 62:22 |
| | | 63:2 | 63:6 |
| | | 63:8 | 64:1 |
| | | 64:3 | 66:24 |
| | | 67:1 | 67:7 |
| | | 67:9 | 68:5 |
| | | 68:7 | 70:16 |
| | | 70:18 | 79:3 |
| | | 79:5 | 83:2 |
| | | 83:14 | 88:3 |
| | | 88:10 | 88:18 |
| | | 89:2 | 96:15 |
| | | 97:20 | 101:11 |
| | | 101:19 | 107:25 |
| | | 108:2 | 109:24 |
| | | 110:3 | 117:5 |
| | | 117:7 | 120:7 |
| | | 120:13 | 127:6 |
| | | 127:10 | 128:5 |
| | | 128:10 | 131:15 |
| | | 131:19 | 134:2 |
| | | 134:13 | 135:6 |
| | | 135:11 | 137:4 |
| | | 137:16 | 149:1 |
| | | 149:5 | 152:8 |
| | | 152:10 | 154:18 |
| | | 155:1 | 158:16 |
| | | 159:5 | 159:19 |
| | | 159:21 | 160:11 |
| | | 160:15 | 161:6 |
| | | 161:8 | 177:9 |
| | | 177:18 | 178:6 |
| | | 178:12 | 180:24 |
| | | 181:11 | 183:1 |
| Matthew Hall | 11/24/09 | 8:20 | 10:8 |
| | | 10:10 | 19:4 |
| | | 19:14 | 22:14 |
| | | 22:20 | 25:22 |
| | | 26:4 | 28:6 |
| | | 28:8 | 28:13 |
| | | 28:16 | 29:22 |
| | | 29:25 | 39:13 |
| | | 39:16 | 39:20 |
| | | 39:24 | 45:3 |
| | | 45:5 | 52:9 |
| | | 52:17 | 61:20 |
| | | 61:23 | 73:20 |

|  |  |  | 73:23 | 74:12 |
|---|---|---|---|---|
|  |  |  | 74:15 | 77:10 |
|  |  |  | 77:13 | 78:18 |
|  |  |  | 79:8 | 83:9 |
|  |  |  | 83:12 | 99:10 |
|  |  |  | 99:13 | 105:25 |
|  |  |  | 106:9 | 107:23 |
|  | Brian Horling | 9/9/09 | 11:15 | 12:4 |
|  |  |  | 12:13 | 12:15 |
|  |  |  | 12:19 | 13:24 |
|  |  |  | 14:9 | 14:11 |
|  |  |  | 14:13 | 14:22 |
|  |  |  | 14:24 | 15:15 |
|  |  |  | 15:17 | 16:17 |
|  |  |  | 16:19 | 17:10 |
|  |  |  | 17:12 | 19:13 |
|  |  |  | 19:15 | 20:20 |
|  |  |  | 20:22 | 23:3 |
|  |  |  | 23:5 | 24:5 |
|  |  |  | 25:7 | 26:1 |
|  |  |  | 26:3 | 26:19 |
|  |  |  | 26:21 | 27:9 |
|  |  |  | 27:11 | 28:20 |
|  |  |  | 29:25 | 30:16 |
|  |  |  | 30:21 | 32:3 |
|  |  |  | 32:6 | 33:13 |
|  |  |  | 33:15 | 35:6 |
|  |  |  | 35:8 | 36:23 |
|  |  |  | 36:25 | 37:8 |
|  |  |  | 37:10 | 39:20 |
|  |  |  | 39:22 | 40:9 |
|  |  |  | 40:11 | 40:20 |
|  |  |  | 40:22 | 41:6 |
|  |  |  | 41:8 | 42:18 |
|  |  |  | 43:2 | 44:7 |
|  |  |  | 44:9 | 44:11 |
|  |  |  | 45:3 | 45:10 |
|  |  |  | 45:14 | 45:19 |
|  |  |  | 45:24 | 47:1 |
|  |  |  | 47:3 | 47:10 |
|  |  |  | 47:13 | 48:11 |
|  |  |  | 48:13 | 49:6 |
|  |  |  | 49:8 | 52:6 |
|  |  |  | 52:8 | 53:24 |
|  |  |  | 54:1 | 58:10 |
|  |  |  | 58:12 | 59:22 |
|  |  |  | 59:24 | 61:12 |
|  |  |  | 61:17 | 64:13 |
|  |  |  | 64:15 | 65:6 |

|  |  | 65:8 | 68:15 |
|---|---|---|---|
|  |  | 68:17 | 68:21 |
|  |  | 68:23 | 72:5 |
|  |  | 72:7 | 72:16 |
|  |  | 72:18 | 73:14 |
|  |  | 73:18 | 74:14 |
|  |  | 74:23 | 78:9 |
|  |  | 78:23 | 79:21 |
|  |  | 79:23 | 84:4 |
|  |  | 84:10 | 86:7 |
|  |  | 86:9 | 89:6 |
|  |  | 89:9 | 94:16 |
|  |  | 94:18 | 96:22 |
|  |  | 97:9 | 99:11 |
|  |  | 99:16 | 100:14 |
|  |  | 110:16 | 110:15 |
|  |  | 101:17 | 102:13 |
|  |  | 102:15 | 103:15 |
|  |  | 103:17 | 111:20 |
|  |  | 111:22 | 112:8 |
|  |  | 112:10 | 112:16 |
|  |  | 112:18 | 113:2 |
|  |  | 113:4 | 117:7 |
|  |  | 117:9 | 122:19 |
|  |  | 122:21 | 126:3 |
|  |  | 126:5 | 127:1 |
|  |  | 127:22 | 130:7 |
|  |  | 130:9 | 132:24 |
|  |  | 133:1 | 135:1 |
|  |  | 135:3 | 137:7 |
|  |  | 137:9 | 137:22 |
|  |  | 137:24 | 138:7 |
|  |  | 138:18 | 140:4 |
| Michael Jahr | 10/23/09 | 11:13 | 15:19 |
|  |  | 15:22 | 23:10 |
|  |  | 23:13 | 39:12 |
|  |  | 39:23 | 41:22 |
|  |  | 42:4 | 46:17 |
|  |  | 46:21 | 55:21 |
|  |  | 56:3 | 59:25 |
|  |  | 60:19 | 61:16 |
|  |  | 61:18 | 77:12 |
|  |  | 77:15 | 89:16 |
|  |  | 89:18 | 90:15 |
|  |  | 90:17 | 93:17 |
|  |  | 94:1 | 98:12 |
|  |  | 98:14 | 99:21 |
|  |  | 99:25 | 103:11 |
|  |  | 103:13 | 104:1 |

|  |  |  | 104:24 | 107:4 |
|---|---|---|---|---|
|  |  |  | 107:6 | 115:2 |
|  |  |  | 115:12 | 116:9 |
|  |  |  | 116:11 | 117:15 |
|  |  |  | 117:17 | 125:21 |
|  |  |  | 126:3 | 126:18 |
|  |  |  | 127:19 | 133:7 |
|  |  |  | 133:23 | 135:10 |
|  |  |  | 135:12 | 136:22 |
|  | Ashvin Kannan | 12/16/09 | 7:19 | 20:4 |
|  |  |  | 20:15 | 23:3 |
|  |  |  | 24:10 | 24:14 |
|  |  |  | 25:1 | 25:25 |
|  |  |  | 26:3 | 27:10 |
|  |  |  | 27:12 | 30:21 |
|  |  |  | 30:23 | 31:8 |
|  |  |  | 32:21 | 34:3 |
|  |  |  | 34:5 | 34:17 |
|  |  |  | 34:19 | 35:14 |
|  |  |  | 35:16 | 37:3 |
|  |  |  | 37:5 | 39:6 |
|  |  |  | 39:8 | 41:18 |
|  |  |  | 41:21 | 42:5 |
|  |  |  | 42:7 | 43:13 |
|  |  |  | 43:16 | 45:2 |
|  |  |  | 45:8 | 45:14 |
|  |  |  | 46:21 | 47:12 |
|  |  |  | 47:14 | 48:20 |
|  |  |  | 48:22 | 48:15 |
|  |  |  | 48:17 | 50:4 |
|  |  |  | 50:6 | 51:1 |
|  |  |  | 51:3 | 51:18 |
|  |  |  | 51:20 | 52:13 |
|  |  |  | 52:16 | 54:8 |
|  |  |  | 54:10 | 56:16 |
|  |  |  | 56:18 | 57:10 |
|  |  |  | 57:12 | 57:16 |
|  |  |  | 57:18 | 61:7 |
|  |  |  | 61:9 | 62:22 |
|  |  |  | 63:9 | 64:17 |
|  |  |  | 64:19 | 66:18 |
|  |  |  | 66:20 | 66:23 |
|  |  |  | 66:25 | 68:19 |
|  |  |  | 68:21 | 69:2 |
|  |  |  | 69:4 | 71:1 |
|  |  |  | 71:3 | 75:5 |
|  |  |  | 75:7 | 76:15 |
|  |  |  | 77:12 | 79:4 |
|  |  |  | 79:10 | 83:16 |

| | | | |
|---|---|---|---|
| | | 83:18 | 86:15 |
| | | 86:17 | 91:25 |
| | | 92:1 | 92:22 |
| | | 93:8 | 94:8 |
| | | 94:10 | 96:12 |
| | | 96:14 | 96:22 |
| | | 98:2 | 99:17 |
| | | 100:23 | 100:25 |
| David Kolm | 12/16/09 | 8:6 | 16:9 |
| | | 17:16 | 17:20 |
| | | 17:25 | 18:4 |
| | | 18:7 | 20:17 |
| | | 21:10 | 21:12 |
| | | 22:1 | 29:17 |
| | | 29:19 | 30:6 |
| | | 30:10 | 37:25 |
| | | 38:3 | 39:6 |
| | | 39:8 | 39:9 |
| | | 39:11 | 42:24 |
| | | 43:9 | 43:17 |
| | | 43:19 | 65:2 |
| | | 65:5 | 76:1 |
| | | 76:15 | 77:12 |
| | | 77:14 | 78:21 |
| | | 78:24 | 79:6 |
| | | 79:8 | 82:17 |
| | | 85:4 | 85:6 |
| | | 85:8 | 86:1 |
| | | 88:10 | 89:17 |
| Ken Kronquist | 10/28/09 | 9:23 | 15:4 |
| | | 15:6 | 17:5 |
| | | 17:11 | 31:23 |
| | | 32:14 | 36:15 |
| | | 37:2 | 41:11 |
| | | 41:21 | 41:25 |
| | | 42:12 | 45:3 |
| | | 46:3 | 46:12 |
| | | 46:23 | 47:15 |
| | | 47:19 | 48:11 |
| | | 49:11 | 49:21 |
| | | 49:24 | 50:15 |
| | | 50:23 | 51:11 |
| | | 51:19 | 54:13 |
| | | 54:21 | 56:4 |
| | | 56:9 | 60:12 |
| | | 60:16 | 62:5 |
| | | 62:13 | 64:13 |
| | | 64:19 | 65:15 |
| | | 66:3 | 67:18 |

| | | | |
|---|---|---|---|
| | | 68:3 | 69:19 |
| | | 70:11 | 74:13 |
| | | 74:15 | 76:15 |
| | | 76:17 | 83:9 |
| | | 84:19 | 85:18 |
| | | 87:17 | 88:6 |
| | | 88:8 | 99:15 |
| | | 99:17 | 99:21 |
| | | 99:23 | 101:8 |
| | | 101:13 | 105:18 |
| Soren Riise | 12/16/09 | 8:4 | 19:22 |
| | | 20:8 | 24:19 |
| | | 24:23 | 33:24 |
| | | 31:1 | 37:6 |
| | | 37:8 | 38:14 |
| | | 38:16 | 38:18 |
| | | 38:20 | 41:22 |
| | | 42:4 | 43:11 |
| | | 43:18 | 47:19 |
| | | 48:9 | 48:12 |
| | | 48:18 | 50:4 |
| | | 50:6 | 54:2 |
| | | 54:5 | 56:21 |
| | | 56:23 | 60:17 |
| Ben Shahshahani | 10/29/09 | 9:6 | 9:20 |
| | | 10:6 | 11:18 |
| | | 11:20 | 12:22 |
| | | 12:24 | 15:1 |
| | | 15:3 | 28:9 |
| | | 28:11 | 31:15 |
| | | 31:17 | 32:23 |
| | | 33:9 | 35:4 |
| | | 35:7 | 36:1 |
| | | 36:3 | 37:3 |
| | | 37:5 | 38:2 |
| | | 38:4 | 42:15 |
| | | 42:17 | 44:6 |
| | | 44:14 | 44:23 |
| | | 44:25 | 45:9 |
| | | 45:11 | 45:20 |
| | | 45:22 | 46:12 |
| | | 46:17 | 62:14 |
| | | 63:5 | 73:10 |
| | | 73:17 | 74:5 |
| | | 74:13 | 77:7 |
| | | 78:17 | 82:12 |
| | | 82:14 | 82:18 |
| | | 82:20 | 82:25 |
| | | 83:2 | 83:24 |

| | | | |
|---|---|---|---|
| | | 84:1 | 84:11 |
| | | 84:13 | 87:3 |
| | | 87:5 | 89:13 |
| | | 89:15 | 92:1 |
| | | 92:3 | 97:5 |
| | | 97:11 | 97:13 |
| | | 97:15 | 98:14 |
| | | 98:21 | 103:8 |
| | | 104:7 | 104:13 |
| | | 104:22 | 105:8 |
| | | 105:10 | 113:5 |
| | | 113:19 | 116:12 |
| | | 116:14 | 117:2 |
| | | 117:4 | 117:12 |
| | | 117:14 | 117:19 |
| | | 117:21 | 118:12 |
| | | 118:14 | 123:3 |
| | | 123:11 | 124:14 |
| | | 124:16 | 131:23 |
| | | 132:12 | 132:17 |
| | | 133:7 | 133:15 |
| | | 133:17 | 140:20 |
| | | 140:22 | 141:07 |
| | | 141:09 | 145:13 |
| | | 145:15 | 148:5 |
| | | 148:22 | 149:14 |
| | | 149:16 | 152:2 |
| | | 153:7 | 158:13 |
| | | 158:15 | 162:17 |
| | | 163:6 | 165:11 |
| | | 165:13 | 165:18 |
| | | 165:20 | 171:8 |
| | | 171:15 | 172:2 |
| | | 172:23 | 176:16 |
| | | 176:18 | 177:21 |
| | | 178:6 | 181:12 |
| | | 182:19 | 183:20 |
| | | 184:25 | 185:17 |
| | | 186:20 | 186:21 |
| | | 186:23 | 187:5 |
| | | 187:7 | 187:11 |
| | | 187:14 | 188:1 |
| | | 188:8 | 188:12 |
| | | 189:1 | 189:4 |
| Zachary Zhang | 12/16/09 | 6:4 | 12:5 |
| | | 12:10 | 16:15 |
| | | 16:17 | 25:13 |
| | | 25:15 | 26:15 |
| | | 26:17 | 27:1 |

| | | | |
|---|---|---|---|
| | | 27:3 | 27:11 |
| | | 27:13 | 30:8 |
| | | 30:10 | 30:15 |
| | | 30:17 | 35:18 |
| | | 35:24 | 37:6 |
| | | 37:8 | 38:19 |
| | | 39:1 | 40:10 |
| | | 40:18 | 42:8 |
| | | 42:16 | 42:19 |
| | | 42:21 | 54:19 |
| | | 55:1 | 64:22 |
| | | 65:4 | 68:4 |
| | | 68:8 | 68:13 |
| | | 68:15 | 80:9 |
| | | 81:1 | 81:23 |
| | | 82:4 | 82:11 |
| | | 90:14 | 91:7 |
| | | 91:9 | 91:16 |
| | | 91:18 | 91:23 |
| Ilya Geller | 12/16/09 | 198:17 | 198:20 |
| | | 199:17 | 199:25 |
| | | 200:2 | 200:19 |
| | | 201:25 | 201:25 |
| | | 202:2 | 202:23 |
| | | 215:9 | 215:15 |
| | | 216:10 | 216:15 |
| | | 216:19 | 216:25 |
| | | 217:2 | 217:3 |
| | | 225:17 | 225:19 |
| | | 226:6 | 226:21 |
| Ilya Geller | 8/19/09 | 9:8 | 9:11 |
| | | 13:14 | 13:18 |
| | | 13:24 | 13:25 |
| | | 14:2 | 14:2 |
| | | 101:12 | 101:25 |
| | | 102:2 | 102:22 |
| | | 128:11 | 128:25 |
| | | 129:2 | 129:25 |
| | | 130:2 | 130:24 |
| | | 131:14 | 131:25 |
| | | 132:2 | 132:9 |
| | | 132:12 | 132:25 |
| | | 133:2 | 133:20 |
| | | 133:22 | 133:25 |
| | | 134:3 | 134:16 |
| | | 135:6 | 135:10 |
| | | 135:16 | 135:19 |
| | | 135:21 | 136:2 |
| | | 136:4 | 136:22 |

| | | | |
|---|---|---|---|
| | | 136:24 | 137:9 |
| | | 138:2 | 138:7 |
| | | 138:9 | 138:22 |
| | | 139:4 | 139:18 |
| | | 139:20 | 139:24 |
| | | 140:5 | 140:7 |
| | | 140:13 | 141:4 |
| | | 141:6 | 141:7 |
| | | 142:8 | 142:25 |
| | | 143:2 | 143:14 |
| | | 143:22 | 143:25 |
| | | 144:2 | 144:6 |
| | | 144:9 | 144:12 |
| | | 144:15 | 144:16 |
| | | 144:18 | 144:25 |
| | | 145:2 | 145:13 |
| | | 145:15 | 145:22 |
| | | 145:24 | 145:25 |
| | | 146:2 | 146:5 |
| | | 146:7 | 146:9 |
| | | 146:12 | 146:17 |
| | | 146:19 | 146:20 |
| | | 146:23 | 146:23 |
| | | 147:11 | 147:18 |
| | | 147:22 | 147:25 |
| | | 148:2 | 148:3 |
| | | 148:6 | 148:20 |
| | | 148:22 | 148:25 |
| | | 149:2 | 149:9 |
| | | 149:14 | 149:25 |
| | | 150:2 | 150:16 |