

**EXHIBIT 3**

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**MARSHALL DIVISION**


**PA ADVISORS, LLC,,**

     **Plaintiff**                          **Civil Action No. 2-07cv-480**

**v.**

**GOOGLE, INC. et al**                   **JURY TRIAL DEMANDED**

     **Defendants**


## PLAINTIFF'S DEPOSITION DESIGNATIONS

| KEY FOR OBJECTIONS | |
|---|---|
| General Objections: | Form Objections: |
| R – Relevance | L – Leading |
| P – Fed. R. Evid. 403: Prejudicial | Arg – Argumentative |
| H – Hearsay | A – Assuming Facts Not in Evidence |
| F – Lacks Foundation | C – Compound |
| I – Incomplete | N – Narratives |
| V – Vague and ambiguous | |
| MIL – Subject matter covered by motion *in limine* | |
| S – Beyond the scope of Rule 30(b)(6) deposition topics | |


| | Plaintiff's Designations | | Defendants' Counter-Designations | | Dfdts.' Objections to Pl.'s Designations |
|---|---|---|---|---|---|
| DEPONENT | BEGIN | END | BEGIN | END | |
| Sanjay Data | 15:8 | 15:23 | 15:9 | 15:23 | I[1] |
| | 26:9 | 26:16 | | | R, P |
| | 27:3 | 27:23 | | | R, P |
| | 27:25 | 28:19 | | | R, P |
| | 29:5 | 31:1 | | | R, P |

---

[1]    Where defendants state an objection or objections to a designation, but do not provide a counter-designation, defendants have objected to that designation in its entirety. Where defendants state objections but also provide a counter-designation, defendants have objected to the designation for the stated bases, but provided the non-objectionable portions of the citation, or the portions of the transcript necessary to make the testimony complete.

| DEPONENT | Plaintiff's Designations | | Defendants' Counter-Designations | | Dfdts.' Objections to Pl.'s Designations |
|---|---|---|---|---|---|
| | BEGIN | END | BEGIN | END | |
| | 42:14 | 44:3 | | | |
| | 44:5 | 44:14 | | | |
| | 44:16 | 44:21 | | | |
| | 44:23 | 45:5 | | | |
| | 45:7 | 45:9 | | | |
| | 45:12 | 46:3 | | | |
| | 46:16 | 46:22 | | | |
| | 48:8 | 48:19 | | | |
| | 48:21 | 49:7 | | | |
| | 49:9 | 49:19 | | | |
| | 49:21 | 50:3 | | | |
| | 50:5 | 50:22 | | | |
| | 51:6 | 51:13 | | | |
| | 51:15 | 51:19 | 51:15 | 51:17 | I |
| | 52:24 | 53:16 | | | |
| | 53:18 | 54:4 | | | |
| | 54:6 | 54:11 | | | |
| | 54:13 | 55:16 | | | |
| | 56:5 | 56:9 | | | |
| | 56:21 | 57:12 | | | |
| | 59:12 | 59:13 | | | R, P, V, F |
| | 59:15 | 59:22 | | | R, P, V, F |
| | 59:24 | 60:3 | | | R, P, V, F |
| | 60:5 | 61:23 | | | V, F |
| | 61:25 | 62:12 | | | |
| | 65:3 | 65:6 | | | V |
| | 65:8 | 65:10 | | | V |
| | 65:12 | 65:21 | | | |
| | 66:17 | 66:21 | | | V, F |
| | 66:23 | 67:6 | | | R, P, V, F |
| | 67:8 | 67:20 | | | |
| | 75:3 | 75:6 | | | |
| | 77:19 | 78:2 | | | V, S |
| | 78:4 | 78:22 | | | V, F, S |
| | 78:24 | 79:4 | | | |
| | 79:6 | 80:1 | | | |
| | 80:3 | 80:3 | | | |
| | 84:13 | 84:14 | | | V |
| | 84:16 | 84:24 | | | R, P |
| Ivan Markman | 9:16 | 9:22 | | | |
| | 10:1 | 10:6 | | | |

| DEPONENT | Plaintiff's Designations | | Defendants' Counter-Designations | | Dfdts.' Objections to Pl.'s Designations |
|---|---|---|---|---|---|
| | BEGIN | END | BEGIN | END | |
| | 10:9 | 10:9 | | | |
| | 14:17 | 14:20 | | | |
| | 15:1 | 15:4 | | | |
| | 18:25 | 20:5 | | | |
| | 20:14 | 21:11 | | | P, R |
| | 22:13 | 23:5 | | | |
| | 23:16 | 23:24 | | | |
| | 24:4 | 24:19 | 24:20 | 24:22 | |
| | 25:5 | 25:12 | | | P, R |
| | 32:3 | 32:6 | 32:21 | 32:25 | |
| | 39:2 | 39:5 | | | |
| | 39:12 | 39:18 | | | |
| | 53:15 | 55:6 | | | MIL, P, R |
| | 69:6 | 69:21 | | | P, R |
| | 71:16 | 72:9 | | | |
| | 79:8 | 79:19 | | | P, R |
| | 84:23 | 85:20 | | | |
| | 87:18 | 90:16 | | | |
| | 92:16 | 96:11 | | | |
| | 111:4 | 112:1 | | | P, R |
| | 116:9 | 116:21 | | | |
| | 124:17 | 126:10 | 127:4 | 128:5 | |
| | 130:18 | 131:9 | 131:16 | 131:20 | |
| Gabriel Mattera | | | 7:6 | 7:7 | I |
| | 9:19 | 9:25 | | | |
| | 51:4 | 51:13 | 51:14 | 51:14 | R, P, V |
| | 51:15 | 52:6 | 52:7 | 52:7 | R, P, V, F |
| | 52:8 | 52:15 | | | |
| | 60:2 | 61:24 | | | |
| | 65:22 | 69:4 | | | |
| | 115:4 | 115:11 | | | R, P |
| | 118:10 | 118:25 | | | R, P |
| Carlton Robinson | 11:10 | 11:20 | | | |
| | 18:16 | 18:17 | | | |
| | 20:24 | 21:4 | 21:5 | 22:12 | |
| | 28:15 | 29:3 | | | |
| | 29:12 | 29:18 | | | |
| | 40:12 | 41:17 | | | MIL, P, R |
| | 42:16 | 43:5 | | | P, R |
| | 45:24 | 45:25 | | | |
| | 46:3 | 46:15 | | | |

| DEPONENT | Plaintiff's Designations | | Defendants' Counter-Designations | | Dfdts.' Objections to Pl.'s Designations |
|---|---|---|---|---|---|
| | BEGIN | END | BEGIN | END | |
| | 46:25 | 47:8 | 47:9 | 47:22 | |
| | 51:20 | 52:2 | 52:5 | 52:8 | P, R, S |
| | 52:9 | 52:13 | | | P, R, S |
| | 56:23 | 57:7 | | | |
| | 61:22 | 62:2 | 62:3 | 62:4 | P, S |
| | 62:5 | 62:11 | 62:12 | 62:19 | P, S |
| | 76:15 | 76:20 | | | |
| | 77:8 | 78:25 | 79:1 | 79:13 | |
| | 79:14 | 79:23 | 79:24 | 80:5 | |
| | 80:6 | 80:18 | 80:19 | 80:24 | S |
| | 80:25 | 81:10 | 81:14 | 81:17 | P, S |
| | 81:19 | 82:4 | | | S |
| | 86:20 | 87:6 | 86:10 87:7 | 86:19 87:11 | S |
| | 91:6 | 91:17 | | | |
| | 93:15 | 94:4 | | | |
| | 95:10 | 96:3 | | | P, R |
| | 100:6 | 100:16 | 100:17 | 101:15 | |
| | 101:16 | 101:25 | 102:1 | 102:9 | |
| | 104:20 | 106:03 | 106:4 | 106:8 | |
| | 106:11 | 107:22 | | | P, R |
| | 108:8 | 109:17 | | | |
| | 112:11 | 113:21 | 114:5 | 114:12 | P, R |
| | 114:13 | 114:25 | | | |
| | 115:3 | 116:7 | | | P, R |
| | 127:7 | 127:18 | | | |
| | 128:18 | 129:17 | | | |
| Eric Schulman | 13:1 | 13:13 | | | |
| | 16:16 | 17:7 | | | |
| | 17:9 | 17:17 | | | |
| | 23:24 | 23:25 | | | R, P |
| | 24:2 | 24:3 | | | |
| | 26:6 | 26:7 | | | |
| | 26:9 | 26:12 | | | |
| | 26:14 | 26:17 | | | |
| | 26:19 | 26:19 | 27:1 27:8 | 27:4 27:22 | I |
| | 28:10 | 28:11 | | | |
| | 28:13 | 28:16 | | | |
| | 28:19 | 28:24 | | | |
| | 29:3 | 29:14 | | | |

| DEPONENT | Plaintiff's Designations | | Defendants' Counter-Designations | | Dfdts.' Objections to Pl.'s Designations |
|---|---|---|---|---|---|
| | BEGIN | END | BEGIN | END | |
| | 29:17 | 29:18 | 29:19 | 30:14 | I |
| | 30:24 | | | | |
| | 30:25 | | | | |
| | 31:4 | 31:22 | | | |
| | 31:25 | 32:16 | | | R, P |
| | 33:2 | 33:13 | | | R, P |
| | 33:15 | 34:5 | 33:25 | 34:5 | R, P |
| | 34:7 | 34:20 | | | |
| | 34:22 | 35:15 | | | |
| | 36:11 | 36:16 | | | |
| | 39:25 | 40:1 | | | |
| | 40:3 | 40:9 | | | |
| | 40:11 | 40:13 | | | |
| | 40:15 | 40:19 | | | |
| | 42:7 | 42:8 | | | |
| | 42:10 | 42:21 | | | R, P |
| | 45:14 | 45:18 | | | R, P |
| | 45:20 | 45:21 | | | |
| | 46:7 | 46:12 | | | |
| | 46:21 | 46:22 | | | |
| | 46:24 | 47:10 | | | |
| | 47:12 | 47:18 | | | |
| | 47:22 | 48:4 | | | |
| | 48:6 | 48:6 | | | |
| | 48:8 | 48:11 | | | |
| | 48:13 | 48:17 | | | R, P |
| | 49:5 | 49:12 | | | R, P |
| | 54:8 | 55:17 | | | R, P |
| | 55:21 | 55:24 | | | R, P |
| | 58:1 | 58:2 | | | R, P |
| | 58:4 | 58:4 | | | R, P |
| | 58:9 | 58:20 | 58:18 | 58:20 | R, P |
| | 58:22 | 58:24 | | | |
| | 59:1 | 59:21 | 59:1 | 59:9 | R, P |
| | 62:8 | 62:9 | | | |
| | 62:12 | 62:19 | | | |
| | 62:21 | 62:25 | | | |
| | 63:3 | 63:14 | | | |
| | 63:22 | 63:25 | | | |
| | 64:2 | 64:6 | | | |
| | 64:8 | 64:24 | | | |

| DEPONENT | Plaintiff's Designations | | Defendants' Counter-Designations | | Dfdts.' Objections to Pl.'s Designations |
|---|---|---|---|---|---|
| | BEGIN | END | BEGIN | END | |
| | 65:3 | 65:16 | 65:3 | 65:7 | R, P |
| | 65:19 | 65:21 | | | R, P |
| | 66:21 | 66:23 | | | R, P |
| | 67:2 | 67:3 | | | R, P |
| | 75:9 | 75:12 | | | R, P |
| | 75:14 | 75:24 | | | R, P |
| | 76:10 | 76:13 | | | R, P |
| | 79:10 | 79:20 | | | R, P |
| | 81:8 | 81:12 | | | R, P |
| | 81:14 | 81:24 | | | R, P |
| | 82:11 | 82:13 | | | R, P |
| | 82:15 | 83:3 | | | R, P |
| | 83:5 | 84:2 | | | |
| | 86:18 | 88:2 | | | |
| | 88:4 | 88:14 | 88:19 | 88:20 | I |
| | 88:16 | 88:17 | | | R, P |
| | 89:15 | 90:15 | | | R, P |
| | 90:25 | 91:17 | | | R, P |
| | 92:12 | 93:3 | | | R, P |
| | 94:6 | 94:12 | | | R, P |
| | 95:16 | 96:16 | | | R, P |
| | 96:20 | 97:5 | | | R, P |
| | 97:9 | 97:11 | | | R, P |
| | 99:6 | 99:10 | | | R, P |
| | 100:19 | 101:5 | | | |
| | 101:19 | 101:21 | | | |
| | 120:14 | 120:17 | | | |
| | 120:21 | 121:6 | | | |
| | 121:8 | 121:21 | | | |
| Luke Yeh | 11:15 | 12:9 | | | |
| | 12:15 | 12:16 | | | |
| | 12:19 | 12:23 | | | |
| | 13:1 | 13:9 | | | R, Arg |
| | 13:12 | 13:22 | | | R, Arg |
| | 13:25 | 14:9 | | | R, C |
| | 14:12 | 14:15 | | | R |
| | 14:18 | 15:6 | | | R |
| | 16:15 | 17:12 | | | |
| | 17:15 | 17:23 | | | |
| | 24:2 | 24:5 | | | |
| | 24:9 | 25:21 | | | R, P |

| DEPONENT | Plaintiff's Designations | | Defendants' Counter-Designations | | Dfdts.' Objections to Pl.'s Designations |
|---|---|---|---|---|---|
| | BEGIN | END | BEGIN | END | |
| | 27:10 | 27:18 | | | R, P |
| | 28:2 | 28:15 | | | R, P |
| | 28:18 | 31:5 | | | R, P |
| | 31:8 | 31:12 | | | |
| | 32:12 | 33:2 | | | R, P |
| | 33:7 | 33:12 | | | |
| | 33:21 | 33:24 | | | |
| | 34:2 | 35:18 | | | R, P |
| | 35:24 | 37:2 | 43:3 | 43:9 | I |
| | 37:5 | 37:14 | | | |
| | 38:14 | 39:11 | | | R, P |
| | 41:3 | 41:11 | | | R, P |
| | 41:14 | 41:25 | | | R, P |
| | 42:3 | 42:16 | | | |
| | 43:13 | 44:10 | | | R, P |
| | 44:13 | 44:18 | | | |
| | 44:21 | 45:4 | | | |
| | 45:7 | 45:17 | | | |
| | 45:20 | 46:1 | | | R, P |
| | 46:4 | 46:9 | | | R, P |
| | 46:12 | 46:19 | | | R, P |
| | 48:17 | 49:19 | | | |
| | 51:9 | 52:14 | | | R, P, F |
| | 52:17 | 53:2 | | | R, P |
| | 53:5 | 53:7 | | | R |
| | 54:2 | 54:5 | | | R |
| | 54:8 | 54:16 | | | R |
| | 54:19 | 55:2 | | | R |
| | 55:5 | 59:15 | | | R |
| | 60:14 | 60:16 | | | |
| | 61:3 | 62:24 | | | |
| | 63:12 | 63:20 | | | R, P |
| | 63:23 | 64:21 | | | R, P |
| | 64:24 | 64:25 | 65:2 | 65:22 | R, P |
| | 68:14 | 68:19 | | | |
| Edward Etkin | 7:14 | 7:16 | Defendants' incorporate by reference their designations of this witness' deposition | | |
| | 8:18 | 11:2 | | | |
| | 19:2 | 21:4 | | | R, P, MIL |
| | 33:3 | 33:14 | | | |
| | 34:20 | 35:3 | | | |

| DEPONENT | Plaintiff's Designations | | Defendants' Counter-Designations | | Dfdts.' Objections to Pl.'s Designations |
|---|---|---|---|---|---|
| | BEGIN | END | BEGIN | END | |
| | 49:2 | 49:20 | | | |
| | 61:23 | 62:14 | 61:23 | 62:3 | R, P |
| | 64:15 | 65:6 | 64:7 | 64:11 | I |
| | | | 64:13 | 64:14 | |
| | | | 65:7 | 65:14 | |
| | 74:17 | 77:18 | | | |
| | 78:12 | 79:8 | 79:9 | 80:6 | I |
| | 80:7 | 81:11 | 81:13 | 82:7 | I |
| | 82:8 | 83:8 | 83:9 | 83:16 | I |
| | 85:6 | 85:21 | 84:14 | 85:5 | I |
| | | | 85:22 | 86:11 | |
| | 151:11 | 154:2 | | | |
| | 224:17 | 227:18 | | | |
| | 231:19 | 232:14 | | | R |
| | 248:4 | 252:8 | | | L, F |
| | 253:24 | 254:15 | 252:20 | 253:23 | I |
| | | | 254:16 | 255:10 | |
| | 255:13 | 256:7 | 256:8 | 256:15 | I |
| Devesh Patel | 10:15 | 11:4 | Yahoo objects to this entire deposition because nXn, LLC. has not properly designated the testimony that is seeks to play at trial. Instead, nXn, LLC. chose to designate nearly the entire deposition. Yahoo is willing to provide objections only after nXn, LLC. engages in a good faith effort to designate a reasonable amount of testimony. | | |
| | 11:7 | 14:8 | | | |
| | 14:11 | 25:1 | | | |
| | 25:4 | 26:9 | | | |
| | 26:12 | 28:24 | | | |
| | 29:2 | 29:17 | | | |
| | 29:20 | 32:7 | | | |
| | 32:10 | 43:25 | | | |
| | 44:20 | 45:1 | | | |
| | 45:4 | 46:9 | | | |
| | 46:12 | 48:4 | | | |
| | 48:7 | 51:6 | | | |
| | 51:9 | 62:2 | | | |
| | 62:5 | 63:5 | | | |
| | 63:8 | 66:2 | | | |
| | 66:4 | 68:18 | | | |
| | 68:21 | 70:14 | | | |
| | 70:17 | 73:6 | | | |
| | 73:9 | 74:15 | | | |
| | 74:18 | 74:25 | | | |
| | 75:15 | 75:22 | | | |
| | 75:25 | 76:9 | | | |
| | 76:12 | 78:2 | | | |

| DEPONENT | Plaintiff's Designations | | Defendants' Counter-Designations | | Dfdts.' Objections to Pl.'s Designations |
|---|---|---|---|---|---|
| | BEGIN | END | BEGIN | END | |
| | 78:4 | 78:12 | | | |
| | 80:12 | 81:12 | | | |
| | 82:8 | 82:11 | | | |
| | 82:18 | 84:21 | | | |
| | 85:2 | 86:13 | | | |
| | 86:20 | 86:25 | | | |
| | 87:3 | 91:5 | | | |
| | 91:8 | 91:13 | | | |
| | 91:16 | 101:16 | | | |
| | 101:19 | 102:3 | | | |
| | 102:11 | 102:13 | | | |
| | 102:16 | 104:21 | | | |
| | 105:22 | 107:6 | | | |
| | 107:9 | 112:4 | | | |
| | 112:14 | 113:2 | | | |
| | 114:6 | 116:11 | | | |
| | 116:14 | 125:16 | | | |
| | 125:19 | 130:19 | | | |
| | 130:21 | 131:16 | | | |
| | 131:19 | 135:15 | | | |
| | 135:18 | 140:25 | | | |
| | 142:18 | 142:20 | | | |
| | 144:24 | 145:4 | | | |
| Chauman Brewer | | | 8:21 | 9:4 | I |
| | 10:20 | 15:23 | | | R, P |
| | 16:1 | 17:14 | | | R, P |
| | 17:21 | 19:2 | 18:8 | 19:2 | R, P |
| | 19:9 | 21:6 | 19:9 20:4 | 19:25 21:6 | R, P, F |
| | 21:8 | 22:13 | 21:8 21:21 | 21:12 22:13 | R |
| | 22:15 | 22:15 | | | |
| | 22:23 | 25:5 | | | R, P, MIL |
| | 25:12 | 26:10 | 26:6 | 26:10 | R, P, S |
| | 26:12 | 28:7 | | | S |
| | 28:19 | 29:20 | | | S |
| | 29:23 | 31:24 | | | S |
| | 32:4 | 33:1 | | | F, I |
| | 33:6 | 35:23 | 33:6 | 33:23 | R, P |
| | 35:25 | 37:10 | 35:21 35:25 | 35:23 37:3 | R, P, S, V |

| DEPONENT | Plaintiff's Designations | | Defendants' Counter-Designations | | Dfdts.' Objections to Pl.'s Designations |
|---|---|---|---|---|---|
| | BEGIN | END | BEGIN | END | |
| | 37:12 | 40:15 | 39:5 | 40:15 | R, P, MIL, S |
| | 40:18 | 40:18 | | | V |
| | 40:21 | 41:5 | | | S |
| | 41:9 | 41:14 | | | R, P, S |
| | 41:17 | 42:2 | | | R, P, S |
| | 42:4 | 42:8 | | | R, P |
| | 43:1 | 44:17 | 43:11 | 44:17 | R, P, I |
| | 45:25 | 46:7 | | | |
| | 46:12 | 48:16 | | | |
| | 48:20 | 48:22 | | | R, P, MIL, V, F |
| | 48:24 | 49:21 | 48:25 | 49:21 | R, P, MIL, V, F |
| | 50:3 | 50:15 | | | |
| | 51:4 | 52:11 | 51:4 | 51:19 | R, P, S |
| | 52:14 | 54:2 | | | R, P, S |
| | 54:4 | 54:17 | | | R, P, V |
| | 54:19 | 55:18 | | | R, P, S |
| | 55:20 | 57:6 | 56:7 | 57:6 | R, P |
| | 57:8 | 57:17 | | | R, P, MIL |
| | 58:2 | 58:5 | | | R, P, MIL |
| | 58:7 | 59:13 | | | R, P, MIL |
| | 59:17 | 59:19 | | | R, P, MIL |
| | 59:21 | 60:7 | | | R, P, MIL |
| | 60:10 | 62:22 | | | R, P, MIL, S |
| | 62:25 | 64:19 | | | R, P, S, MIL |
| | 64:22 | 65:14 | | | R, P, MIL |
| | 65:19 | 65:19 | | | R, P, MIL |
| | 67:20 | 68:17 | | | R, P, MIL |
| | 68:20 | 73:15 | | | R, P, I, V, MIL |
| | 73:17 | 74:2 | | | R, P, MIL |
| | 75:7 | 75:20 | | | R, P, MIL |
| | 75:23 | 77:6 | | | R, P, MIL |
| | 77:15 | 78:24 | | | R, P, MIL |
| | 79:2 | 80:3 | | | R, P, MIL |
| | 80:12 | 81:11 | | | R, P, MIL |
| | 81:13 | 81:13 | | | R, P, MIL |

| DEPONENT | Plaintiff's Designations | | Defendants' Counter-Designations | | Dfdts.' Objections to Pl.'s Designations |
|---|---|---|---|---|---|
| | BEGIN | END | BEGIN | END | |
| Bartholomew Furrow | 10:23 | 14:14 | Google objects to this entire deposition because nXn, LLC. has not properly designated the testimony that is seeks to play at trial.  Instead, nXn, LLC. chose to designate nearly the entire deposition.  Google is willing to provide objections only after nXn, LLC. engages in a good faith effort to designate a reasonable amount of testimony. | | |
| | 14:19 | 19:25 | | | |
| | 20:2 | 22:1 | | | |
| | 22:3 | 25:23 | | | |
| | 26:2 | 28:20 | | | |
| | 28:22 | 30:23 | | | |
| | 31:10 | 33:19 | | | |
| | 34:2 | 36:8 | | | |
| | 36:14 | 36:25 | | | |
| | 37:2 | 37:21 | | | |
| | 37:23 | 38:21 | | | |
| | 38:23 | 39:6 | | | |
| | 39:8 | 44:21 | | | |
| | 45:7 | 46:21 | | | |
| | 46:25 | 54:17 | | | |
| | 54:24 | 57:21 | | | |
| | 58:2 | 61:5 | | | |
| | 61:10 | 62:13 | | | |
| | 62:21 | 62:22 | | | |
| | 63:2 | 63:6 | | | |
| | 63:8 | 64:1 | | | |
| | 64:3 | 66:24 | | | |
| | 67:1 | 67:7 | | | |
| | 67:9 | 68:5 | | | |
| | 68:7 | 70:16 | | | |
| | 70:18 | 79:3 | | | |
| | 79:5 | 83:2 | | | |
| | 83:14 | 88:3 | | | |
| | 88:10 | 88:18 | | | |
| | 89:2 | 96:15 | | | |
| | 97:20 | 101:11 | | | |
| | 101:19 | 107:25 | | | |
| | 108:2 | 109:24 | | | |

| | Plaintiff's Designations | | Defendants' Counter-Designations | | Dfdts.' Objections to Pl.'s Designations |
|---|---|---|---|---|---|
| DEPONENT | BEGIN | END | BEGIN | END | |
| | 110:3 | 117:5 | | | |
| | 117:7 | 120:7 | | | |
| | 120:13 | 127:6 | | | |
| | 127:10 | 128:5 | | | |
| | 128:10 | 131:15 | | | |
| | 131:19 | 134:2 | | | |
| | 134:13 | 135:6 | | | |
| | 135:11 | 137:4 | | | |
| | 137:16 | 149:1 | | | |
| | 149:5 | 152:8 | | | |
| | 152:10 | 154:18 | | | |
| | 155:1 | 158:16 | | | |
| | 159:5 | 159:19 | | | |
| | 159:21 | 160:11 | | | |
| | 160:15 | 161:6 | | | |
| | 161:8 | 177:9 | | | |
| | 177:18 | 178:6 | | | |
| | 178:12 | 180:24 | | | |
| | 181:11 | 183:1 | | | |
| Matthew Hall | 8:20 | 10:8 | Yahoo objects to this entire deposition because nXn, LLC. has not properly designated the testimony that is seeks to play at trial. Instead, nXn, LLC. chose to designate nearly the entire deposition. Yahoo is willing to provide objections only after nXn, LLC. engages in a good faith effort to designate a reasonable amount of testimony. | | |
| | 10:10 | 19:4 | | | |
| | 19:14 | 22:14 | | | |
| | 22:20 | 25:22 | | | |
| | 26:4 | 28:6 | | | |
| | 28:8 | 28:13 | | | |
| | 28:16 | 29:22 | | | |
| | 29:25 | 39:13 | | | |
| | 39:16 | 39:20 | | | |
| | 39:24 | 45:3 | | | |
| | 45:5 | 52:9 | | | |
| | 52:17 | 61:20 | | | |
| | 61:23 | 73:20 | | | |
| | 73:23 | 74:12 | | | |
| | 74:15 | 77:10 | | | |
| | 77:13 | 78:18 | | | |
| | 79:8 | 83:9 | | | |
| | 83:12 | 99:10 | | | |
| | 99:13 | 105:25 | | | |
| | 106:9 | 107:23 | | | |
| Brian Horling | 11:15 | 12:4 | Google objects to this entire deposition because nXn, LLC. has not properly | | |

| DEPONENT | Plaintiff's Designations | | Defendants' Counter-Designations | | Dfdts.' Objections to Pl.'s Designations |
|---|---|---|---|---|---|
| | BEGIN | END | BEGIN | END | |
| | | | designated the testimony that is seeks to play at trial. Instead, nXn, LLC. chose to designate nearly the entire deposition. Google is willing to provide objections only after nXn, LLC. engages in a good faith effort to designate a reasonable amount of testimony. | | |
| | 12:13 | 12:15 | | | |
| | 12:19 | 13:24 | | | |
| | 14:9 | 14:11 | | | |
| | 14:13 | 14:22 | | | |
| | 14:24 | 15:15 | | | |
| | 15:17 | 16:17 | | | |
| | 16:19 | 17:10 | | | |
| | 17:12 | 19:13 | | | |
| | 19:15 | 20:20 | | | |
| | 20:22 | 23:3 | | | |
| | 23:5 | 24:5 | | | |
| | 25:7 | 26:1 | | | |
| | 26:3 | 26:19 | | | |
| | 26:21 | 27:9 | | | |
| | 27:11 | 28:20 | | | |
| | 29:25 | 30:16 | | | |
| | 30:21 | 32:3 | | | |
| | 32:6 | 33:13 | | | |
| | 33:15 | 35:6 | | | |
| | 35:8 | 36:23 | | | |
| | 36:25 | 37:8 | | | |
| | 37:10 | 39:20 | | | |
| | 39:22 | 40:9 | | | |
| | 40:11 | 40:20 | | | |
| | 40:22 | 41:6 | | | |
| | 41:8 | 42:18 | | | |
| | 43:2 | 44:7 | | | |
| | 44:9 | 44:11 | | | |
| | 45:3 | 45:10 | | | |
| | 45:14 | 45:19 | | | |
| | 45:24 | 47:1 | | | |
| | 47:3 | 47:10 | | | |
| | 47:13 | 48:11 | | | |
| | 48:13 | 49:6 | | | |

| DEPONENT | Plaintiff's Designations | | Defendants' Counter-Designations | | Dfdts.' Objections to Pl.'s Designations |
|---|---|---|---|---|---|
| | BEGIN | END | BEGIN | END | |
| | 49:8 | 52:6 | | | |
| | 52:8 | 53:24 | | | |
| | 54:1 | 58:10 | | | |
| | 58:12 | 59:22 | | | |
| | 59:24 | 61:12 | | | |
| | 61:17 | 64:13 | | | |
| | 64:15 | 65:6 | | | |
| | 65:8 | 68:15 | | | |
| | 68:17 | 68:21 | | | |
| | 68:23 | 72:5 | | | |
| | 72:7 | 72:16 | | | |
| | 72:18 | 73:14 | | | |
| | 73:18 | 74:14 | | | |
| | 74:23 | 78:9 | | | |
| | 78:23 | 79:21 | | | |
| | 79:23 | 84:4 | | | |
| | 84:10 | 86:7 | | | |
| | 86:9 | 89:6 | | | |
| | 89:9 | 94:16 | | | |
| | 94:18 | 96:22 | | | |
| | 97:9 | 99:11 | | | |
| | 99:16 | 100:14 | | | |
| | 110:16 | 110:15 | | | |
| | 101:17 | 102:13 | | | |
| | 102:15 | 103:15 | | | |
| | 103:17 | 111:20 | | | |
| | 111:22 | 112:8 | | | |
| | 112:10 | 112:16 | | | |
| | 112:18 | 113:2 | | | |
| | 113:4 | 117:7 | | | |
| | 117:9 | 122:19 | | | |
| | 122:21 | 126:3 | | | |
| | 126:5 | 127:1 | | | |
| | 127:22 | 130:7 | | | |
| | 130:9 | 132:24 | | | |
| | 133:1 | 135:1 | | | |
| | 135:3 | 137:7 | | | |
| | 137:9 | 137:22 | | | |
| | 137:24 | 138:7 | | | |
| | 138:18 | 140:4 | | | |
| Michael Jahr | 11:13 | 15:19 | Google objects to this entire deposition | | |

| DEPONENT | Plaintiff's Designations | | Defendants' Counter-Designations | | Dfdts.' Objections to Pl.'s Designations |
|---|---|---|---|---|---|
| | BEGIN | END | BEGIN | END | |
| | | | because nXn, LLC. has not properly designated the testimony that is seeks to play at trial. Instead, nXn, LLC. chose to designate nearly the entire deposition. Google is willing to provide objections only after nXn, LLC. engages in a good faith effort to designate a reasonable amount of testimony. | | |
| | 15:22 | 23:10 | | | |
| | 23:13 | 39:12 | | | |
| | 39:23 | 41:22 | | | |
| | 42:4 | 46:17 | | | |
| | 46:21 | 55:21 | | | |
| | 56:3 | 59:25 | | | |
| | 60:19 | 61:16 | | | |
| | 61:18 | 77:12 | | | |
| | 77:15 | 89:16 | | | |
| | 89:18 | 90:15 | | | |
| | 90:17 | 93:17 | | | |
| | 94:1 | 98:12 | | | |
| | 98:14 | 99:21 | | | |
| | 99:25 | 103:11 | | | |
| | 103:13 | 104:1 | | | |
| | 104:24 | 107:4 | | | |
| | 107:6 | 115:2 | | | |
| | 115:12 | 116:9 | | | |
| | 116:11 | 117:15 | | | |
| | 117:17 | 125:21 | | | |
| | 126:3 | 126:18 | | | |
| | 127:19 | 133:7 | | | |
| | 133:23 | 135:10 | | | |
| | 135:12 | 136:22 | | | |
| Ashvin Kannan | 7:19 | 20:4 | Yahoo objects to this entire deposition because nXn, LLC. has not properly designated the testimony that is seeks to play at trial. Instead, nXn, LLC. chose to designate nearly the entire deposition. Yahoo is willing to provide objections only after nXn, LLC. engages in a good faith effort to designate a reasonable amount of testimony. | | |
| | 20:15 | 23:3 | | | |
| | 24:10 | 24:14 | | | |
| | 25:1 | 25:25 | | | |
| | 26:3 | 27:10 | | | |
| | 27:12 | 30:21 | | | |
| | 30:23 | 31:8 | | | |
| | 32:21 | 34:3 | | | |
| | 34:5 | 34:17 | | | |

| DEPONENT | Plaintiff's Designations | | Defendants' Counter-Designations | | Dfdts.' Objections to Pl.'s Designations |
|---|---|---|---|---|---|
| | BEGIN | END | BEGIN | END | |
| | 34:19 | 35:14 | | | |
| | 35:16 | 37:3 | | | |
| | 37:5 | 39:6 | | | |
| | 39:8 | 41:18 | | | |
| | 41:21 | 42:5 | | | |
| | 42:7 | 43:13 | | | |
| | 43:16 | 45:2 | | | |
| | 45:8 | 45:14 | | | |
| | 46:21 | 47:12 | | | |
| | 47:14 | 48:20 | | | |
| | 48:22 | 48:15 | | | |
| | 48:17 | 50:4 | | | |
| | 50:6 | 51:1 | | | |
| | 51:3 | 51:18 | | | |
| | 51:20 | 52:13 | | | |
| | 52:16 | 54:8 | | | |
| | 54:10 | 56:16 | | | |
| | 56:18 | 57:10 | | | |
| | 57:12 | 57:16 | | | |
| | 57:18 | 61:7 | | | |
| | 61:9 | 62:22 | | | |
| | 63:9 | 64:17 | | | |
| | 64:19 | 66:18 | | | |
| | 66:20 | 66:23 | | | |
| | 66:25 | 68:19 | | | |
| | 68:21 | 69:2 | | | |
| | 69:4 | 71:1 | | | |
| | 71:3 | 75:5 | | | |
| | 75:7 | 76:15 | | | |
| | 77:12 | 79:4 | | | |
| | 79:10 | 83:16 | | | |
| | 83:18 | 86:15 | | | |
| | 86:17 | 91:25 | | | |
| | 92:1 | 92:22 | | | |
| | 93:8 | 94:8 | | | |
| | 94:10 | 96:12 | | | |
| | 96:14 | 96:22 | | | |
| | 98:2 | 99:17 | | | |
| | 100:23 | 100:25 | | | |
| David Kolm | 8:6 | 16:9 | Yahoo objects to this entire deposition | | |
| | 17:16 | 17:20 | because nXn, LLC. has not properly | | |

| DEPONENT | Plaintiff's Designations | | Defendants' Counter-Designations | | Dfdts.' Objections to Pl.'s Designations |
|---|---|---|---|---|---|
| | BEGIN | END | BEGIN | END | |
| | 17:25 | 18:4 | designated the testimony that is seeks to play at trial. Instead, nXn, LLC. chose to designate nearly the entire deposition. Yahoo is willing to provide objections only after nXn, LLC. engages in a good faith effort to designate a reasonable amount of testimony. | | |
| | 18:7 | 20:17 | | | |
| | 21:10 | 21:12 | | | |
| | 22:1 | 29:17 | | | |
| | 29:19 | 30:6 | | | |
| | 30:10 | 37:25 | | | |
| | 38:3 | 39:6 | | | |
| | 39:8 | 39:9 | | | |
| | 39:11 | 42:24 | | | |
| | 43:9 | 43:17 | | | |
| | 43:19 | 65:2 | | | |
| | 65:5 | 76:1 | | | |
| | 76:15 | 77:12 | | | |
| | 77:14 | 78:21 | | | |
| | 78:24 | 79:6 | | | |
| | 79:8 | 82:17 | | | |
| | 85:4 | 85:6 | | | |
| | 85:8 | 86:1 | | | |
| | 88:10 | 89:17 | | | |
| Ken Kronquist | 9:23 | 15:4 | Yahoo objects to this entire deposition because nXn, LLC. has not properly designated the testimony that is seeks to play at trial. Instead, nXn, LLC. chose to designate nearly the entire deposition. Yahoo is willing to provide objections only after nXn, LLC. engages in a good faith effort to designate a reasonable amount of testimony. | | |
| | 15:6 | 17:5 | | | |
| | 17:11 | 31:23 | | | |
| | 32:14 | 36:15 | | | |
| | 37:2 | 41:11 | | | |
| | 41:21 | 41:25 | | | |
| | 42:12 | 45:3 | | | |
| | 46:3 | 46:12 | | | |
| | 46:23 | 47:15 | | | |
| | 47:19 | 48:11 | | | |
| | 49:11 | 49:21 | | | |
| | 49:24 | 50:15 | | | |
| | 50:23 | 51:11 | | | |
| | 51:19 | 54:13 | | | |
| | 54:21 | 56:4 | | | |
| | 56:9 | 60:12 | | | |
| | 60:16 | 62:5 | | | |
| | 62:13 | 64:13 | | | |
| | 64:19 | 65:15 | | | |

| DEPONENT | Plaintiff's Designations | | Defendants' Counter-Designations | | Dfdts.' Objections to Pl.'s Designations |
|---|---|---|---|---|---|
| | BEGIN | END | BEGIN | END | |
| | 66:3 | 67:18 | | | |
| | 68:3 | 69:19 | | | |
| | 70:11 | 74:13 | | | |
| | 74:15 | 76:15 | | | |
| | 76:17 | 83:9 | | | |
| | 84:19 | 85:18 | | | |
| | 87:17 | 88:6 | | | |
| | 88:8 | 99:15 | | | |
| | 99:17 | 99:21 | | | |
| | 99:23 | 101:8 | | | |
| | 101:13 | 105:18 | | | |
| Soren Riise | 8:4 | 19:22 | Yahoo objects to this entire deposition because nXn, LLC. has not properly designated the testimony that is seeks to play at trial.  Instead, nXn, LLC. chose to designate nearly the entire deposition.  Yahoo is willing to provide objections only after nXn, LLC. engages in a good faith effort to designate a reasonable amount of testimony. | | |
| | 20:8 | 24:19 | | | |
| | 24:23 | 33:24 | | | |
| | 31:1 | 37:6 | | | |
| | 37:8 | 38:14 | | | |
| | 38:16 | 38:18 | | | |
| | 38:20 | 41:22 | | | |
| | 42:4 | 43:11 | | | |
| | 43:18 | 47:19 | | | |
| | 48:9 | 48:12 | | | |
| | 48:18 | 50:4 | | | |
| | 50:6 | 54:2 | | | |
| | 54:5 | 56:21 | | | |
| | 56:23 | 60:17 | | | |
| Ben Shahshahani | 9:6 | 9:20 | Yahoo objects to this entire deposition because nXn, LLC. has not properly designated the testimony that is seeks to play at trial.  Instead, nXn, LLC. chose to designate nearly the entire deposition.  Yahoo is willing to provide objections only after nXn, LLC. engages in a good faith effort to designate a reasonable amount of testimony. | | |
| | 10:6 | 11:18 | | | |
| | 11:20 | 12:22 | | | |
| | 12:24 | 15:1 | | | |
| | 15:3 | 28:9 | | | |
| | 28:11 | 31:15 | | | |
| | 31:17 | 32:23 | | | |
| | 33:9 | 35:4 | | | |
| | 35:7 | 36:1 | | | |
| | 36:3 | 37:3 | | | |
| | 37:5 | 38:2 | | | |
| | 38:4 | 42:15 | | | |
| | 42:17 | 44:6 | | | |
| | 44:14 | 44:23 | | | |
| | 44:25 | 45:9 | | | |

| DEPONENT | Plaintiff's Designations | | Defendants' Counter-Designations | | Dfdts.' Objections to Pl.'s Designations |
|---|---|---|---|---|---|
| | BEGIN | END | BEGIN | END | |
| | 45:11 | 45:20 | | | |
| | 45:22 | 46:12 | | | |
| | 46:17 | 62:14 | | | |
| | 63:5 | 73:10 | | | |
| | 73:17 | 74:5 | | | |
| | 74:13 | 77:7 | | | |
| | 78:17 | 82:12 | | | |
| | 82:14 | 82:18 | | | |
| | 82:20 | 82:25 | | | |
| | 83:2 | 83:24 | | | |
| | 84:1 | 84:11 | | | |
| | 84:13 | 87:3 | | | |
| | 87:5 | 89:13 | | | |
| | 89:15 | 92:1 | | | |
| | 92:3 | 97:5 | | | |
| | 97:11 | 97:13 | | | |
| | 97:15 | 98:14 | | | |
| | 98:21 | 103:8 | | | |
| | 104:7 | 104:13 | | | |
| | 104:22 | 105:8 | | | |
| | 105:10 | 113:5 | | | |
| | 113:19 | 116:12 | | | |
| | 116:14 | 117:2 | | | |
| | 117:4 | 117:12 | | | |
| | 117:14 | 117:19 | | | |
| | 117:21 | 118:12 | | | |
| | 118:14 | 123:3 | | | |
| | 123:11 | 124:14 | | | |
| | 124:16 | 131:23 | | | |
| | 132:12 | 132:17 | | | |
| | 133:7 | 133:15 | | | |
| | 133:17 | 140:20 | | | |
| | 140:22 | 141:07 | | | |
| | 141:09 | 145:13 | | | |
| | 145:15 | 148:5 | | | |
| | 148:22 | 149:14 | | | |
| | 149:16 | 152:2 | | | |
| | 153:7 | 158:13 | | | |
| | 158:15 | 162:17 | | | |
| | 163:6 | 165:11 | | | |
| | 165:13 | 165:18 | | | |

| DEPONENT | Plaintiff's Designations | | Defendants' Counter-Designations | | Dfdts.' Objections to Pl.'s Designations |
|---|---|---|---|---|---|
| | BEGIN | END | BEGIN | END | |
| | 165:20 | 171:8 | | | |
| | 171:15 | 172:2 | | | |
| | 172:23 | 176:16 | | | |
| | 176:18 | 177:21 | | | |
| | 178:6 | 181:12 | | | |
| | 182:19 | 183:20 | | | |
| | 184:25 | 185:17 | | | |
| | 186:20 | 186:21 | | | |
| | 186:23 | 187:5 | | | |
| | 187:7 | 187:11 | | | |
| | 187:14 | 188:1 | | | |
| | 188:8 | 188:12 | | | |
| | 189:1 | 189:4 | | | |
| Zachary Zhang | 6:4 | 12:5 | Yahoo objects to this entire deposition because nXn, LLC. has not properly designated the testimony that is seeks to play at trial. Instead, nXn, LLC. chose to designate nearly the entire deposition. Yahoo is willing to provide objections only after nXn, LLC. engages in a good faith effort to designate a reasonable amount of testimony. | | |
| | 12:10 | 16:15 | | | |
| | 16:17 | 25:13 | | | |
| | 25:15 | 26:15 | | | |
| | 26:17 | 27:1 | | | |
| | 27:3 | 27:11 | | | |
| | 27:13 | 30:8 | | | |
| | 30:10 | 30:15 | | | |
| | 30:17 | 35:18 | | | |
| | 35:24 | 37:6 | | | |
| | 37:8 | 38:19 | | | |
| | 39:1 | 40:10 | | | |
| | 40:18 | 42:8 | | | |
| | 42:16 | 42:19 | | | |
| | 42:21 | 54:19 | | | |
| | 55:1 | 64:22 | | | |
| | 65:4 | 68:4 | | | |
| | 68:8 | 68:13 | | | |
| | 68:15 | 80:9 | | | |
| | 81:1 | 81:23 | | | |
| | 82:4 | 82:11 | | | |
| | 90:14 | 91:7 | | | |
| | 91:9 | 91:16 | | | |
| | 91:18 | 91:23 | | | |
| Ilya Geller | | | Defendants object to Mr. Geller's testimony being presented by deposition because he is in Plaintiff's control, Plaintiff did not make him fully available | | |

| DEPONENT | Plaintiff's Designations | | Defendants' Counter-Designations | | Dfdts.' Objections to Pl.'s Designations |
|---|---|---|---|---|---|
| | BEGIN | END | BEGIN | END | |
| | | | for deposition as detailed in Defendants' motion for sanctions, and Plaintiff has not made a showing that he is unavailable to testify at trial. Defendants incorporate by reference their designations of this witness' deposition | | |
| | 198:17 | 198:20 | | | P, R |
| | 199:17 | 199:25 | | | MIL, P, R |
| | 200:2 | 200:19 | | | MIL, P, R |
| | 201:25 | 201:25 | | | P, R |
| | 202:2 | 202:23 | 202:24 | 203:12 | P, R |
| | 215:9 | 215:15 | | | MIL, P, R |
| | 216:10 | 216:15 | | | MIL, P, R |
| | 216:19 | 216:25 | | | MIL, P, R |
| | 217:2 | 217:3 | | | MIL, P, R |
| | 225:17 | 225:19 | | | MIL, P, R |
| | 226:6 | 226:21 | | | MIL, P, R |
| Ilya Geller | 9:8 | 9:11 | 9:6 | 9:7 | MIL, P, R |
| | 13:14 | 13:18 | | | I, P, R |
| | 13:24 | 13:25 | | | I, P, R |
| | 14:2 | 14:2 | | | I, P, R |
| | 101:12 | 101:25 | | | MIL, P, R |
| | 102:2 | 102:22 | | | MIL, P, R |
| | 128:11 | 128:25 | | | MIL, P, R |
| | 129:2 | 129:25 | | | P, R |
| | 130:2 | 130:24 | | | P, R |
| | 131:14 | 131:25 | | | MIL, P, R |
| | 132:2 | 132:9 | | | MIL, P, R |
| | 132:12 | 132:25 | | | MIL, P, R |
| | 133:2 | 133:20 | | | R, P |
| | 133:22 | 133:25 | | | R, P |
| | 134:3 | 134:16 | | | R, P |
| | 135:6 | 135:10 | | | P, R |
| | 135:16 | 135:19 | | | P, R |
| | 135:21 | 136:2 | | | P, R |
| | 136:4 | 136:22 | | | P, R |
| | 136:24 | 137:9 | | | P, R |
| | 138:2 | 138:7 | | | L |
| | 138:9 | 138:22 | | | L |
| | 139:4 | 139:18 | | | L, A, C |
| | 139:20 | 139:24 | | | L, A |

| DEPONENT | Plaintiff's Designations | | Defendants' Counter-Designations | | Dfdts.' Objections to Pl.'s Designations |
|---|---|---|---|---|---|
| | BEGIN | END | BEGIN | END | |
| | 140:5 | 140:7 | | | L, A |
| | 140:13 | 141:4 | | | L, A |
| | 141:6 | 141:7 | | | L, A |
| | 142:8 | 142:25 | | | L, A |
| | 143:2 | 143:14 | | | L, A |
| | 143:22 | 143:25 | | | P, R |
| | 144:2 | 144:6 | | | P, R, L |
| | 144:9 | 144:12 | | | P, R, L |
| | 144:15 | 144:16 | | | P, R, L |
| | 144:18 | 144:25 | | | P, R |
| | 145:2 | 145:13 | | | P, R, F |
| | 145:15 | 145:22 | | | P, R, F |
| | 145:24 | 145:25 | | | P, R |
| | 146:2 | 146:5 | | | MIL, P, R, L |
| | 146:7 | 146:9 | | | MIL, P, R |
| | 146:12 | 146:17 | | | MIL, P, R |
| | 146:19 | 146:20 | | | MIL, P, R, L |
| | 146:23 | 146:23 | 146:24 | 147:8 | MIL, P, R |
| | 147:11 | 147:18 | | | P, R |
| | 147:22 | 147:25 | | | P, R, F |
| | 148:2 | 148:3 | | | P, R, F |
| | 148:6 | 148:20 | | | P, R |
| | 148:22 | 148:25 | | | P, R, F, L, A |
| | 149:2 | 149:9 | | | MIL, P, R |
| | 149:14 | 149:25 | | | P, R |
| | 150:2 | 150:16 | | | MIL, P, R |

01980.51319/3345726.1