

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF TEXAS

PA ADVISORS, LLC,

    v.

GOOGLE INC. and YAHOO! INC.

**DEFENDANTS' WITNESS LIST**

CASE NUMBER: 2:07-CV-480

| PRESIDING JUDGE<br>HONORABLE<br>RANDALL R. RADER | | | PLAINTIFF'S ATTORNEY<br>ANDREW SPANGLER | | DEFENDANT'S ATTORNEY<br>CHARLES VERHOEVEN – GOOGLE INC.<br>WILLIAM ROOKLIDGE – YAHOO! INC. |
|---|---|---|---|---|---|
| TRIAL DATE(S)<br>APRIL 12, 2010 | | | COURT REPORTER | | COURTROOM DEPUTY |
| PLF NO. | DEF NO. | DATE OFFERED | WILL CALL | MAY CALL | DESCRIPTION |
| | | | X | | Bryan Horling |
| | | | X | | Michael Jahr |
| | | | X | | Jonathan Alferness |
| | | | X | | Bartholomew Furrow |
| | | | X | | Dr. Amit Singhal |
| | | | X | | Bahman Rabii |
| | | | X | | Dr. Edward Fox – Google's expert witness on invalidity and non-infringement |
| | | | X | | Dr. Keith Ugone – Google's expert witness on damages |
| | | | | X | Stanley Chen |
| | | | | X | Eric Schulman |
| | | | | X | Shane Antos |
| | | | | X | Samuel Schilace |
| | | | | X | Matthew Kulick |
| | | | | X | Albert Bodenhamer |
| | | | | X | Sanjay Datta |
| | | | | X | Kris Brewer |
| | | | | X | Johanna Shelton |
| | | | X | | Timothy Mayer |
| | | | X | | Dev Patel |
| | | | X | | David Kolm |
| | | | X | | Mary Woodford – Yahoo!'s expert witness regarding damages |
| | | | X | | James Allan, Ph.D. – Yahoo!'s expert witness regarding non-infringement |
| | | | X | | Honorable Gerald J. Mossinghoff – Google and Yahoo!'s expert witness regarding inequitable conduct |
| | | | X | | Stanley Peters – Google and Yahoo!'s expert witness regarding invalidity and non-obviousness |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | | | | | X | Ilya Gellar |
| | | | | | X | Edward Etkin |
| | | | | | X | Lee Bradley Sheafe |
| | | | | | X | Erich Spangenberg |
| | | | | | X | Lee Bradley Sheafe as nXn's Corporate Representative at trial |
| | | | | | X | Stephen L. Becker, Ph.D. – nXn's expert witness regarding damages |
| | | | | | X | Dr. V. Thomas Rhyne – nXn's expert witness regarding validity and infringement |
| | | | | | X | Alan Gordon – nXn's expert witness regarding inequitable conduct |
| | | | | | X | Matthew Hall |
| | | | | | X | Ashvin Kannan |
| | | | | | X | Ken Kronquist |
| | | | | | X | Ivan Markman |
| | | | | | X | Sean Suchter |
| | | | | | X | Luke Yeh |
| | | | | | X | Zachary Zhang |
| | | | | | X | Soren Riise |
| | | | | | X | Carlton Robinson |
| | | | | | X | Ben Shahshahani |
| | | | | | X | Court certified Russian to English translator |
| | | | | | X | Joseph Diamante |