# EXHIBIT 5

# Exhibit A

## Plaintiff/Third Party Deponents

| DEPONENT | DATE | BEGIN | END |
|---|---|---|---|
| Edward Etkin | 4/23/09 | 7:14 | 7:21 |
| | | 8:18 | 9:11 |
| | | 9:22 | 9:24 |
| | | 10:3 | 10:21 |
| | | 13:19 | 15:4 |
| | | 15:11 | 15:15 |
| | | 15:23 | 16:19 |
| | | 18:5 | 18:14 |
| | | 23:6 | 23:8 |
| | | 29:16 | 29:22 |
| | | 30:2 | 31:13 |
| | | 32:5 | 34:10 |
| | | 35:12 | 37:1 |
| | | 37:16 | 38:17 |
| | | 39:14 | 39:17 |
| | | 39:24 | 41:4 |
| | | 46:6 | 46:8 |
| | | 48:11 | 49:6 |
| | | 53:23 | 56:22 |
| | | 57:13 | 58:7 |
| | | 58:19 | 59:11 |
| | | 59:12 | 61:12 |
| | | 61:23 | 62:3 |
| | | 63:6 | 63:22 |
| | | 63:17 | 65:14 |
| | | 67:24 | 70:8 |
| | | 73:12 | 74:11 |
| | | 74:17 | 75:6 |
| | | 75:15 | 76:4 |
| | | 76:9 | 76:17 |
| | | 77:11 | 77:18 |
| | | 78:12 | 80:23 |
| | | 80:24 | 82:24 |
| | | 83:3 | 83:16 |
| | | 84:14 | 86:11 |

| DEPONENT | DATE | BEGIN | END |
|---|---|---|---|
| | | 87:1 | 88:15 |
| | | 92:5 | 94:10 |
| | | 94:19 | 95:13 |
| | | 96:3 | 96:19 |
| | | 130:21 | 130:25 |
| | | 131:3 | 131:22 |
| | | 139:23 | 140:23 |
| | | 141:8 | 141:22 |
| | | 142:24 | 144:24 |
| | | 145:12 | 145:22 |
| | | 151:9 | 154:2 |
| | | 155:11 | 156:12 |
| | | 203:5 | 203:20 |
| | | 242:16 | 244:12 |
| | | 248:4 | 249:12 |
| | | 249:24 | 251:4 |
| | | 252:20 | 255:9 |
| | | 255:13 | 256:15 |

| DEPONENT | DATE | BEGIN | END |
|---|---|---|---|
| Erich Spangenberg | 6/19/09 | 19:15 | 19:25 |
| | | 20:10 | 20:20 |
| | | 20:22 | 20:24 |
| | | 135:25 | 136:6 |
| | | 149:24 | 150:5 |
| | | 150:7 | 150:8 |
| | | 150:10 | 151:9 |

| DEPONENT | DATE | BEGIN | END |
|---|---|---|---|
| Ilya Geller | 8/19/09 | 9:20 | 10:24 |
| | | 11:3 | 11:23 |
| | | 12:24 | 13:18 |
| | | 13:24 | 14:21 |
| | | 15:24 | 15:25 |
| | | 16:3 | 16:14 |
| | | 16:20 | 17:7 |
| | | 18:7 | 18:22 |
| | | 19:2 | 19:5 |
| | | 19:10 | 19:18 |

| **DEPONENT** | **DATE** | **BEGIN** | **END** |
|---|---|---|---|
| | | 19:21 | 20:6 |
| | | 24:19 | 25:24 |
| | | 26:3 | 27:2 |
| | | 28:10 | 28:14 |
| | | 29:9 | 29:15 |
| | | 31:4 | 34:21 |
| | | 35:3 | 35:15 |
| | | 36:17 | 36:24 |
| | | 38:22 | 38:25 |
| | | 39:3 | 39:10 |
| | | 40:16 | 43:12 |
| | | 43:21 | 44:16 |
| | | 45:2 | 45:21 |
| | | 46:5 | 46:13 |
| | | 48:15 | 48:20 |
| | | 49:20 | 50:16 |
| | | 52:24 | 53:10 |
| | | 62:11 | 64:10 |
| | | 64:11 | 64:14 |
| | | 65:8 | 70:14 |
| | | 74:16 | 74:18 |
| | | 74:21 | 75:5 |
| | | 76:14 | 76:16 |
| | | 76:23 | 77:14 |
| | | 77:23 | 79:19 |
| | | 80:11 | 80:13 |
| | | 80:24 | 81:2 |
| | | 81:5 | 81:10 |
| | | 83:9 | 83:24 |
| | | 84:19 | 85:4 |
| | | 85:10 | 85:15 |
| | | 85:25 | 86:6 |
| | | 86:21 | 88:19 |
| | | 88:25 | 91:16 |
| | | 93:14 | 93:23 |
| | | 94:7 | 94:16 |
| | | 95:4 | 95:5 |
| | | 95:16 | 97:6 |
| | | 97:24 | 98:17 |

| DEPONENT | DATE | BEGIN | END |
|---|---|---|---|
| | | 98:22 | 99:13 |
| | | 100:7 | 100:17 |
| | | 104:15 | 105:12 |
| | | 105:18 | 106:4 |
| | | 106:13 | 107:16 |
| | | 108:19 | 110:8 |
| | | 110:14 | 110:16 |
| | | 110:22 | 112:3 |
| | | 112:10 | 115:12 |
| | | 116:5 | 117:10 |
| | | 121:11 | 121:24 |
| | | 122:22 | 123:9 |
| | | 124:22 | 125:15 |
| | | 126:15 | 127:3 |
| | | 135:6 | 136:19 |
| | | 137:24 | 141:7 |
| | | 141:17 | 141:23 |
| | | 142:8 | 143:14 |
| | | 154:6 | 155:8 |

| DEPONENT | DATE | BEGIN | END |
|---|---|---|---|
| Lee Bradley Sheafe | 12/4/09 | 10:22 | 11:3 |
| | | 15:2 | 16:4 |
| | | 21:3 | 21:17 |
| | | 33:19 | 34:3 |
| | | 43:3 | 43:20 |
| | | 45:10 | 46:6 |
| | | 46:12 | 46:22 |
| | | 54:3 | 54:12 |
| | | 54:14 | 54:19 |
| | | 57:23 | 58:1 |
| | | 58:6 | 58:9 |
| | | 60:17 | 60:21 |
| | | 82:9 | 82:19 |
| | | 83:16 | 86:7 |
| | | 88:15 | 90:1 |
| | | 90:7 | 90:18 |
| | | 92:18 | 92:24 |

| DEPONENT | DATE | BEGIN | END |
|---|---|---|---|
| | | 93:15 | 93:23 |
| | | 95:7 | 95:21 |
| | | 101:23 | 102:12 |
| | | 102:17 | 102:20 |
| | | 107:21 | 108:13 |
| | | 110:13 | 110:17 |
| | | 111:20 | 111:21 |
| | | 111:24 | 112:7 |
| | | 113:15 | 114:10 |
| | | 115:2 | 115:13 |
| | | 117:1 | 117:12 |
| | | 117:20 | 118:15 |
| | | 119:4 | 120:14 |
| | | 126:11 | 126:25 |
| | | 132:16 | 132:21 |
| | | 141:19 | 142:7 |
| | | 144:2 | 144:22 |
| | | 153:21 | 154:23 |
| | | 158:9 | 159:5 |
| | | 159:11 | 159:14 |
| | | 163:8 | 163:25 |
| | | 164:3 | 165:13 |
| | | 166:22 | 168:3 |
| | | 169:16 | 169:17 |
| | | 169:23 | 170:2 |
| | | 170:7 | 170:22 |
| | | 171:1 | 171:4 |
| | | 171:11 | 171:16 |
| | | 171:20 | 173:2 |
| | | 173:18 | 174:9 |
| | | 174:18 | 174:19 |
| | | 174:23 | 174:24 |
| | | 175:1 | 175:9 |
| | | 191:4 | 191:12 |
| | | 192:13 | 192:23 |
| | | 193:8 | 194:7 |
| | | 194:11 | 194:12 |
| | | 194:19 | 194:22 |
| | | 202:23 | 204:3 |

| DEPONENT | DATE | BEGIN | END |
|---|---|---|---|
| | | 206:10 | 207:16 |
| | | 213:24 | 214:14 |
| | | 215:10 | 215:15 |
| | | 216:10 | 218:5 |
| | | 219:17 | 220:5 |
| | | 220:13 | 221:6 |
| | | 221:14 | 222:6 |
| | | 222:13 | 223:5 |
| | | 223:11 | 223:20 |
| | | 223:23 | 224:5 |
| | | 224:11 | 224:19 |
| | | 225:2 | 225:2 |
| | | 229:18 | 230:25 |
| | | 251:22 | 253:6 |
| | | 253:18 | 254:14 |
| | | 254:24 | 256:1 |
| | | 256:8 | 256:24 |
| | | 257:12 | 257:17 |
| | | 257:24 | 258:12 |
| | | 258:18 | 259:1 |
| | | 260:15 | 261:12 |
| | | 261:20 | 261:20 |
| | | 263:17 | 263:22 |
| | | 265:12 | 265:15 |
| | | 265:23 | 267:5 |
| | | 272:20 | 273:4 |
| | | 273:8 | 277:15 |
| | | 280:7 | 281:6 |
| | | 282:4 | 282:18 |
| | | 289:7 | 290:13 |

| DEPONENT | DATE | BEGIN | END |
|---|---|---|---|
| Ilya Geller | 12/16/09 | 169:12 | 170:7 |
| | | 170:18 | 171:18 |
| | | 172:17 | 173:13 |
| | | 174:12 | 176:15 |
| | | 176:23 | 178:17 |
| | | 179:3 | 181:9 |

| DEPONENT | DATE | BEGIN | END |
|---|---|---|---|
| | | 181:16 | 182:5 |
| | | 182:25 | 183:10 |
| | | 183:23 | 184:5 |
| | | 184:16 | 185:20 |
| | | 186:10 | 187:17 |
| | | 188:7 | 189:10 |
| | | 191:5 | 193:11 |
| | | 196:4 | 197:21 |
| | | 199:4 | 199:16 |
| | | 202:24 | 203:19 |
| | | 206:7 | 207:15 |
| | | 208:15 | 209:5 |
| | | 211:17 | 212:12 |
| | | 212:23 | 213:6 |
| | | 213:18 | 213:23 |
| | | 214:11 | 215:8 |
| | | 215:16 | 216:5 |
| | | 216:16 | 217:9 |
| | | 218:7 | 218:13 |
| | | 219:6 | 220:12 |
| | | 221:10 | 221:23 |
| | | 222:10 | 222:24 |
| | | 223:16 | 223:24 |
| | | 224:22 | 225:9 |
| | | 227:6 | 227:14 |
| | | 230:22 | 231:4 |
| | | 236:6 | 238:20 |
| | | 239:13 | 242:24 |
| | | 240:21 | 240:23 |
| | | 240:25 | 241:20 |
| | | 241:22 | 242:24 |
| | | 244:11 | 250:17 |
| | | 250:25 | 251:23 |
| | | 253:6 | 256:25 |
| | | 257:16 | 258:9 |
| | | 258:18 | 259:24 |
| | | 261:14 | 261:24 |
| | | 262:12 | 265:5 |
| | | 265:14 | 266:17 |

| **DEPONENT** | **DATE** | **BEGIN** | **END** |
|---|---|---|---|
| | | 267:18 | 272:11 |
| | | 273:20 | 274:3 |
| | | 274:19 | 276:4 |
| | | 278:2 | 280:22 |
| | | 281:9 | 281:25 |
| | | 283:3 | 285:24 |
| | | 287:14 | 289:20 |
| | | 290:2 | 290:18 |
| | | 291:9 | 292:21 |
| | | 293:2 | 295:6 |
| | | 297:3 | 298:2 |
| | | 298:7 | 299:3 |
| | | 300:24 | 302:14 |
| | | 303:22 | 304:25 |
| | | 306:4 | 308:19 |
| | | 309:8 | 313:21 |
| | | 314:11 | 314:21 |
| | | 315:3 | 315:9 |
| | | 315:14 | 316:11 |
| | | 317:20 | 319:16 |
| | | 320:11 | 320:23 |
| | | 321:12 | 329:8 |
| | | 331:10 | 333:4 |
| | | 334:24 | 336:2 |

| **DEPONENT** | **DATE** | **BEGIN** | **END** |
|---|---|---|---|
| Lee Bradley Sheafe | 1/07/10 | 312:8 | 312:16 |
| | | 313:13 | 313:20 |
| | | 318:15 | 318:21 |
| | | 319:7 | 319:24 |
| | | 320:3 | 320:22 |
| | | 346:8 | 347:11 |
| | | 348:10 | 348:17 |
| | | 349:11 | 349:17 |
| | | 352:15 | 353:3 |
| | | 354:8 | 354:14 |
| | | 354:19 | 354:21 |
| | | 356:14 | 356:19 |

| DEPONENT | DATE | BEGIN | END |
|---|---|---|---|
|  |  | 359:8 | 360:8 |
|  |  | 360:21 | 361:9 |
|  |  | 361:15 | 361:20 |
|  |  | 379:13 | 379:20 |
|  |  | 380:15 | 380:18 |
|  |  | 392:16 | 393:8 |
|  |  | 393:17 | 394:1 |
|  |  | 394:8 | 395:10 |

| DEPONENT | DATE | BEGIN | END |
|---|---|---|---|
| Erich Spangenberg | 1/08/10 | 6:3 | 6:12 |
|  |  | 12:16 | 13:15 |
|  |  | 14:24 | 15:5 |
|  |  | 17:14 | 18:12 |
|  |  | 18:1 | 18:5 |
|  |  | 18:19 | 21:3 |
|  |  | 21:12 | 22:10 |
|  |  | 28:14 | 29:12 |
|  |  | 44:2 | 48:22 |
|  |  | 49:12 | 52:11 |
|  |  | 53:6 | 53:25 |
|  |  | 54:19 | 58:19 |
|  |  | 59:4 | 60:11 |
|  |  | 60:21 | 62:14 |
|  |  | 65:2 | 66:3 |
|  |  | 69:6 | 70:4 |
|  |  | 87:16 | 88:9 |
|  |  | 90:18 | 90:24 |
|  |  | 94:12 | 94:24 |
|  |  | 97:7 | 97:20 |
|  |  | 100:5 | 100:25 |
|  |  | 101:12 | 102:13 |
|  |  | 103:9 | 103:12 |
|  |  | 103:17 | 104:15 |
|  |  | 107:9 | 110:10 |
|  |  | 111:12 | 112:22 |
|  |  | 114:2 | 114:18 |
|  |  | 116:13 | 116:24 |
|  |  | 118:8 | 118:11 |

| DEPONENT | DATE | BEGIN | END |
|---|---|---|---|
| | | 118:25 | 119:9 |
| | | 122:7 | 122:24 |
| | | 123:11 | 123:17 |
| | | 124:12 | 124:25 |
| | | 125:10 | 125:19 |
| | | 127:1 | 136:22 |
| | | 139:12 | 143:2 |
| | | 144:6 | 146:5 |
| | | 147:9 | 147:11 |
| | | 147:18 | 150:23 |
| | | 151:25 | 155:16 |
| | | 155:18 | 156:17 |
| | | 157:18 | 159:13 |
| | | 159:19 | 159:21 |
| | | 160:7 | 160:25 |

## **Yahoo Deponents**

| DEPONENT | DATE | BEGIN | END |
|---|---|---|---|
| Ken Kronquist | 10/28/09 | 16:18 | 19:21 |
| | | 45:4 | 46:12 |
| | | 46:23 | 47:12 |
| | | 47:19 | 49:15 |
| | | 49:24 | 50:8 |
| | | 52:9 | 52:18 |
| | | 54:23 | 55:9 |

| DEPONENT | DATE | BEGIN | END |
|---|---|---|---|
| Ben Shahshahani | 10/29/09 | 13:2 | 13:21 |
| | | 16:9 | 17:1 |
| | | 17:8 | 17:23 |
| | | 18:1 | 18:9 |
| | | 19:19 | 19:25 |
| | | 22:12 | 22:25 |
| | | 23:5 | 24:17 |
| | | 25:12 | 25:21 |
| | | 26:19 | 27:11 |
| | | 32:10 | 32:22 |

| **DEPONENT** | **DATE** | **BEGIN** | **END** |
|---|---|---|---|
| | | 36:6 | 36:25 |
| | | 91:1 | 92:1 |
| | | 92:3 | 92:4 |
| | | 92:6 | 92:11 |
| | | 93:1 | 93:9 |
| | | 93:20 | 93:21 |
| | | 98:3 | 98:10 |
| | | 99:20 | 101:20 |
| | | 104:7 | 104:18 |
| | | 106:24 | 107:7 |
| | | 107:21 | 108:13 |
| | | 108:17 | 109:2 |
| | | 114:19 | 115:2 |
| | | 115:10 | 115:16 |
| | | 126:1 | 126:15 |
| | | 127:6 | 127:22 |
| | | 138:7 | 138:23 |
| | | 141:22 | 141:24 |
| | | 143:4 | 143:6 |
| | | 143:16 | 143:20 |
| | | 147:25 | 148:5 |
| | | 155:9 | 155:15 |
| | | 169:1 | 169:22 |

| **DEPONENT** | **DATE** | **BEGIN** | **END** |
|---|---|---|---|
| Matthew Hall | 11/24/09 | 10:21 | 13:17 |
| | | 19:5 | 20:19 |
| | | 73:14 | 73:24 |
| | | 75:23 | 77:8 |
| | | 96:4 | 97:5 |
| | | 104:9 | 104:23 |

| **DEPONENT** | **DATE** | **BEGIN** | **END** |
|---|---|---|---|
| Ivan Markman | 12/03/09 | 8:11 | 9:25 |
| | | 10:11 | 10:25 |
| | | 11:7 | 12:15 |
| | | 13:12 | 14:25 |
| | | 23:9 | 23:15 |

| DEPONENT | DATE | BEGIN | END |
|---|---|---|---|
| | | 35:10 | 35:20 |
| | | 38:5 | 38:19 |
| | | 39:2 | 39:5 |
| | | 39:12 | 39:18 |
| | | 44:11 | 44:13 |
| | | 47:2 | 47:22 |
| | | 51:2 | 51:12 |
| | | 57:2 | 57:22 |
| | | 108:9 | 108:16 |
| | | 115:13 | 121:13 |
| | | 122:3 | 123:14 |
| | | 125:8 | 125:25 |
| | | 129:9 | 130:5 |
| | | 132:6 | 132:14 |

| DEPONENT | DATE | BEGIN | END |
|---|---|---|---|
| Carlton Robinson | 12/10/09 | 14:2 | 14:18 |
| | | 17:20 | 18:17 |
| | | 22:13 | 23:14 |
| | | 24:6 | 26:8 |
| | | 44:14 | 44:21 |
| | | 45:16 | 45:23 |
| | | 57:13 | 57:22 |
| | | 60:12 | 60:24 |
| | | 82:5 | 82:20 |
| | | 105:24 | 106:8 |
| | | 107:16 | 107:25 |
| | | 127:7 | 128:16 |

| DEPONENT | DATE | BEGIN | END |
|---|---|---|---|
| Soren Riise | 12/16/09 | 8:4 | 10:14 |
| | | 18:3 | 18:5 |
| | | 22:1 | 23:3 |
| | | 26:3 | 26:8 |
| | | 34:16 | 35:4 |
| | | 53:2 | 54:8 |

| DEPONENT | DATE | BEGIN | END |
|---|---|---|---|
| Luke Yeh | 12/16/09 | 9:14 | 10:11 |
| | | 10:25 | 11:16 |
| | | 11:24 | 12:7 |
| | | 23:2 | 23:7 |
| | | 24:2 | 24:5 |
| | | 27:10 | 27:18 |
| | | 28:2 | 28:14 |
| | | 28:22 | 28:24 |
| | | 29:3 | 29:18 |
| | | 30:3 | 30:25 |
| | | 33:21 | 34:11 |
| | | 36:9 | 36:11 |
| | | 37:7 | 37:14 |
| | | 41:22 | 42:3 |
| | | 42:5 | 42:16 |
| | | 46:20 | 46:25 |
| | | 48:22 | 49:2 |
| | | 49:20 | 50:8 |
| | | 55:9 | 56:10 |
| | | 57:13 | 58:10 |
| | | 59:1 | 59:7 |
| | | 65:2 | 65:10 |
| | | 68:20 | 69:1 |
| | | 70:20 | 71:10 |

| DEPONENT | DATE | BEGIN | END |
|---|---|---|---|
| Zachary Zhang | 12/16/09 | 7:4 | 7:11 |
| | | 7:25 | 9:11 |
| | | 9:21 | 9:24 |
| | | 10:11 | 11:3 |
| | | 11:12 | 11:21 |
| | | 15:5 | 16:17 |
| | | 18:2 | 18:23 |
| | | 19:3 | 19:25 |
| | | 20:10 | 21:8 |
| | | 21:12 | 23:1 |
| | | 23:9 | 24:10 |
| | | 24:13 | 24:18 |

| DEPONENT | DATE | BEGIN | END |
|---|---|---|---|
| | | 25:18 | 26:22 |
| | | 27:24 | 29:25 |
| | | 31:13 | 32:10 |
| | | 32:19 | 33:2 |
| | | 33:14 | 33:22 |
| | | 36:20 | 37:6 |
| | | 37:8 | 38:19 |
| | | 39:18 | 40:6 |
| | | 40:18 | 41:6 |
| | | 41:19 | 42:8 |
| | | 42:14 | 43:24 |
| | | 44:5 | 44:11 |
| | | 46:4 | 46:15 |
| | | 49:15 | 49:18 |
| | | 49:22 | 50:9 |
| | | 51:6 | 52:2 |
| | | 55:1 | 55:8 |
| | | 57:17 | 57:20 |
| | | 58:9 | 59:13 |
| | | 59:21 | 61:4 |
| | | 61:12 | 61:20 |
| | | 63:1 | 63:10 |
| | | 63:14 | 63:22 |
| | | 65:4 | 67:12 |
| | | 67:25 | 68:2 |
| | | 68:18 | 69:8 |
| | | 70:6 | 71:8 |
| | | 71:16 | 72:6 |
| | | 73:17 | 73:25 |
| | | 74:12 | 74:21 |
| | | 75:4 | 75:9 |
| | | 75:18 | 76:13 |
| | | 76:21 | 77:20 |
| | | 79:15 | 80:9 |
| | | 81:7 | 81:23 |
| | | 82:4 | 82:25 |

| DEPONENT | DATE | BEGIN | END |
|:---:|:---:|:---:|:---:|
| Ashvin Kannan | 12/18/09 | 7:19 | 8:8 |
| | | 8:16 | 9:11 |
| | | 9:21 | 10:11 |
| | | 10:21 | 11:4 |
| | | 11:15 | 11:22 |
| | | 13:2 | 13:7 |
| | | 14:10 | 15:6 |
| | | 17:15 | 17:20 |
| | | 18:5 | 18:13 |
| | | 18:24 | 19:3 |
| | | 19:6 | 19:18 |
| | | 19:20 | 20:4 |
| | | 20:15 | 21:12 |
| | | 22:1 | 22:15 |
| | | 22:21 | 23:3 |
| | | 25:1 | 25:15 |
| | | 25:20 | 25:22 |
| | | 26:15 | 27:7 |
| | | 27:15 | 27:19 |
| | | 28:2 | 28:6 |
| | | 28:10 | 28:13 |
| | | 28:20 | 29:15 |
| | | 29:20 | 29:23 |
| | | 30:2 | 30:12 |
| | | 31:5 | 31:8 |
| | | 33:4 | 33:19 |
| | | 35:3 | 35:17 |
| | | 36:1 | 36:11 |
| | | 36:22 | 37:12 |
| | | 37:21 | 38:3 |
| | | 38:7 | 38:12 |
| | | 38:17 | 38:22 |
| | | 39:3 | 39:9 |
| | | 40:5 | 40:17 |
| | | 41:6 | 41:13 |
| | | 41:23 | 44:14 |
| | | 45:9 | 45:14 |
| | | 46:21 | 47:8 |
| | | 47:20 | 48:7 |

| DEPONENT | DATE | BEGIN | END |
|---|---|---|---|
| | | 49:1 | 49:3 |
| | | 50:15 | 50:21 |
| | | 51:5 | 51:8 |
| | | 53:16 | 54:22 |
| | | 55:5 | 55:16 |
| | | 57:2 | 57:8 |
| | | 57:25 | 58:4 |
| | | 58:11 | 59:6 |
| | | 59:10 | 59:22 |
| | | 60:13 | 61:1 |
| | | 61:3 | 61:21 |
| | | 64:4 | 64:12 |
| | | 64:22 | 66:11 |
| | | 67:21 | 68:16 |
| | | 69:8 | 69:21 |
| | | 69:24 | 70:3 |
| | | 71:22 | 72:1 |
| | | 72:14 | 73:21 |
| | | 74:3 | 74:14 |
| | | 74:23 | 75:10 |
| | | 77:10 | 77:20 |
| | | 78:3 | 79:4 |
| | | 79:19 | 79:25 |
| | | 81:15 | 81:22 |
| | | 82:9 | 82:15 |
| | | 84:3 | 84:11 |
| | | 84:15 | 85:8 |
| | | 85:25 | 86:7 |
| | | 87:7 | 87:18 |
| | | 88:7 | 88:19 |
| | | 89:12 | 90:11 |
| | | 90:21 | 90:23 |
| | | 91:19 | 92:14 |
| | | 93:22 | 94:19 |
| | | 96:18 | 96:22 |
| | | 99:21 | 100:9 |
| | | 101:4 | 101:5 |

| DEPONENT | DATE | BEGIN | END |
|:---:|:---:|:---:|:---:|
| Sean Suchter | 12/22/09 | 10:4 | 10:24 |
| | | 11:2 | 11:16 |
| | | 11:23 | 12:25 |
| | | 14:9 | 15:6 |
| | | 24:14 | 25:7 |
| | | 65:8 | 65:18 |
| | | 66:8 | 66:25 |
| | | 73:5 | 73:20 |