# EXHIBIT 6

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| PA ADVISORS, LLC, § <br> Plaintiff, § <br> § <br> v. § <br> § <br> GOOGLE INC., et al., § <br> § <br> Defendants. § <br> § | Civil Action No. 2:07-cv-480-RRR <br><br> JURY TRIAL DEMANDED |

# nXn TECH, LLC'S COUNTER-DESIGNATIONS FOR DEPOSITION TESTIMONY

nXn Tech, LLC (f/k/a PA Advisors, LLC) ("nXn") submits these counter-designations as Exhibit 6 to the parties joint pre-trial order filed on March 1, 2010.

| Witness | Counter Designations | |
|---|---|---|
| **Kronquist** | Start | End |
| | 9:23 | 15:04 |
| | 15:06 | 16:17 |
| | 19:22 | 31:23 |
| | 32:14 | 36:15 |
| | 37:02 | 41:11 |
| | 41:21 | 41:25 |
| | 42:12 | 45:03 |
| | 49:16 | 49:21 |
| | 50:09 | 50:15 |
| | 50:23 | 51:11 |
| | 51:19 | 52:08 |
| | 52:19 | 54:13 |
| | 54:21 | 54:22 |
| | 55:10 | 56:04 |
| | 56:09 | 60:12 |
| | 60:16 | 62:05 |
| | 62:13 | 64:13 |
| | 64:19 | 65:15 |

| Witness | Counter Designations | |
|---|---|---|
| Shahshahani | Start | End |
| | 9:06 | 9:20 |
| | 10:06 | 11:18 |

|  |  | 11:20 | 12:22 |
|---|---|---|---|
|  |  | 12:24 | 13:01 |
|  |  | 13:22 | 16:08 |
|  |  | 17:02 | 17:07 |
|  |  | 18:10 | 19:18 |
|  |  | 20:01 | 22:11 |
|  |  | 23:01 | 23:04 |
|  |  | 24:18 | 25:11 |
|  |  | 25:22 | 26:18 |
|  |  | 27:12 | 28:09 |
|  |  | 28:11 | 31:15 |
|  |  | 31:17 | 32:09 |
|  |  | 32:23 | 32:23 |
|  |  | 33:09 | 35:04 |
|  |  | 35:07 | 36:01 |
|  |  | 36:03 | 36:05 |
|  |  | 37:01 | 37:03 |
|  |  | 37:05 | 38:02 |
|  |  | 38:04 | 42:15 |
|  |  | 42:17 | 44:06 |
|  |  | 44:14 | 44:23 |
|  |  | 44:25 | 45:09 |
|  |  | 45:11 | 45:20 |
|  |  | 45:22 | 46:12 |
|  |  | 46:17 | 62:14 |
|  |  | 63:05 | 73:10 |
|  |  | 73:17 | 74:05 |
|  |  | 74:13 | 77:07 |
|  |  | 78:17 | 82:12 |
|  |  | 82:14 | 82:18 |
|  |  | 82:20 | 82:25 |
|  |  | 83:02 | 83:24 |
|  |  | 84:01 | 84:11 |
|  |  | 84:13 | 87:03 |
|  |  | 87:05 | 89:13 |
|  |  | 89:15 | 90:25 |
|  |  | 92:05 | 92:05 |
|  |  | 92:12 | 92:25 |
|  |  | 93:10 | 93:19 |
|  |  | 93:22 | 97:05 |
|  |  | 97:11 | 97:13 |
|  |  | 97:15 | 98:02 |
|  |  | 98:11 | 98:14 |
|  |  | 98:21 | 99:19 |
|  |  | 101:21 | 103:08 |

|  | Start | End |
|---|---|---|
|  | 104:22 | 105:08 |
|  | 105:10 | 106:23 |
|  | 107:08 | 107:20 |
|  | 108:14 | 108:16 |
|  | 109:03 | 113:05 |
|  | 113:19 | 114:18 |
|  | 115:03 | 115:09 |
|  | 115:17 | 116:12 |
|  | 116:14 | 117:02 |
|  | 117:04 | 117:12 |
|  | 117:14 | 117:19 |
|  | 117:21 | 118:12 |
|  | 118:14 | 123:03 |
|  | 123:11 | 124:14 |
|  | 124:16 | 125:25 |
|  | 126:16 | 127:05 |
|  | 127:23 | 131:23 |
|  | 132:12 | 132:17 |
|  | 133:07 | 133:15 |
|  | 133:17 | 138:06 |
|  | 138:24 | 140:20 |
|  | 140:22 | 141:07 |
|  | 141:09 | 141:21 |
|  | 141:25 | 143:03 |
|  | 143:07 | 143:15 |
|  | 143:21 | 145:13 |
|  | 145:15 | 147:24 |
|  | 148:22 | 149:14 |
|  | 149:16 | 152:02 |
|  | 153:07 | 155:08 |
|  | 155:16 | 158:13 |
|  | 158:15 | 162:17 |
|  | 163:06 | 165:11 |
|  | 165:13 | 165:18 |
|  | 165:20 | 168:25 |
|  | 169:23 | 171:08 |
|  | 171:15 | 172:02 |

| Witness | Counter Designations | |
|---|---|---|
| **Hall** | Start | End |
|  | 31:09 | 31:11 |
|  | 21:01 | 22:23 |

|  | 68:21 | 73:13 |
|  | 75:18 | 75:22 |
|  | 77:09 | 77:10 |
|  | 77:13 | 77:13 |
|  | 92:22 | 96:24 |
|  | 97:06 | 97:21 |
|  | 101:15 | 104:08 |

| Witness | Counter Designations | |
|---|---|---|
| **Riise** | Start | End |
|  | 10:15 | 11:20 |
|  | 15:07 | 18:02 |
|  | 18:06 | 19:22 |
|  | 20:08 | 21:05 |
|  | 23:04 | 24:14 |
|  | 26:09 | 28:04 |
|  | 35:05 | 35:19 |
|  | 54:09 | 57:10 |

| Witness | Counter Designations | |
|---|---|---|
| **Zhang** | Start | End |
|  | 7:12 | 7:24 |
|  | 9:12 | 9:20 |
|  | 11:23 | 12:05 |
|  | 12:10 | 14:17 |
|  | 16:21 | 17:20 |
|  | 21:09 | 21:11 |
|  | 23:02 | 23:08 |
|  | 24:11 | 24:12 |
|  | 24:19 | 25:08 |
|  | 27:17 | 27:23 |
|  | 30:18 | 31:12 |
|  | 32:11 | 32:18 |
|  | 33:05 | 33:13 |
|  | 33:24 | 34:15 |
|  | 36:07 | 36:18 |
|  | 39:01 | 39:17 |
|  | 41:09 | 41:18 |
|  | 44:02 | 44:04 |
|  | 44:12 | 45:09 |
|  | 45:24 | 46:03 |
|  | 46:16 | 46:03 |

|  | | |
|---|---|---|
|  | 46:16 | 47:21 |
|  | 48:01 | 49:04 |
|  | 49:19 | 49:21 |
|  | 50:10 | 50:15 |
|  | 52:03 | 52:17 |
|  | 53:01 | 54:03 |
|  | 55:10 | 56:02 |
|  | 56:11 | 57:16 |
|  | 61:21 | 62:21 |
|  | 63:11 | 63:13 |
|  | 64:06 | 64:09 |
|  | 67:20 | 67:24 |
|  | 68:03 | 68:15 |
|  | 69:09 | 69:23 |
|  | 72:07 | 73:16 |
|  | 74:01 | 74:11 |
|  | 74:22 | 75:03 |
|  | 76:15 | 76:18 |
|  | 77:21 | 78:01 |
|  | 78:13 | 79:13 |
|  | 80:10 | 81:06 |
|  | 83:01 | 85:25 |

| Witness | Counter Designations ||
|---|---|---|
| **Kannan** | Start | End |
| | 9:15 | 9:18 |
| | 10:12 | 10:18 |
| | 12:10 | 13:01 |
| | 13:14 | 14:06 |
| | 15:11 | 17:09 |
| | 17:22 | 18:04 |
| | 18:15 | 18:22 |
| | 21:20 | 21:24 |
| | 22:17 | 22:19 |
| | 25:16 | 25:19 |
| | 25:23 | 26:13 |
| | 27:12 | 27:14 |
| | 27:24 | 28:01 |
| | 28:08 | 28:09 |
| | 28:14 | 28:19 |
| | 30:13 | 30:16 |
| | 31:01 | 31:04 |
| | 31:10 | 31:19 |
| | 32:09 | 32:19 |
| | 33:23 | 34:04 |
| | 34:24 | 35:02 |
| | 35:19 | 35:24 |
| | 36:12 | 36:19 |
| | 38:04 | 38:06 |
| | 39:02 | 39:02 |
| | 39:11 | 40:03 |
| | 40:18 | 41:05 |
| | 41:14 | 41:19 |
| | 44:16 | 45:06 |
| | 45:08 | 45:08 |
| | 46:04 | 46:19 |
| | 47:10 | 47:15 |
| | 48:12 | 48:16 |
| | 48:25 | 48:25 |
| | 49:04 | 50:13 |
| | 50:22 | 51:04 |
| | 51:23 | 53:15 |
| | 55:17 | 57:05 |
| | 58:05 | 58:09 |
| | 59:24 | 60:11 |
| | 61:23 | 62:14 |
| | 63:19 | 64:02 |

|  | Start | End |
|---|---|---|
|  | 64:13 | 64:20 |
|  | 66:12 | 67:02 |
|  | 67:12 | 67:20 |
|  | 68:17 | 69:06 |
|  | 70:05 | 71:04 |
|  | 71:10 | 71:20 |
|  | 72:04 | 72:12 |
|  | 75:15 | 76:18 |
|  | 77:21 | 78:02 |
|  | 79:15 | 79:18 |
|  | 80:01 | 81:02 |
|  | 82:02 | 82:08 |
|  | 82:12 | 83:19 |
|  | 84:12 | 84:14 |
|  | 85:18 | 85:23 |
|  | 86:13 | 87:06 |
|  | 88:20 | 88:25 |
|  | 89:05 | 89:11 |
|  | 90:12 | 90:14 |
|  | 91:10 | 91:17 |
|  | 93:08 | 93:21 |
|  | 96:06 | 96:16 |
|  | 100:20 | 101:03 |

| Witness | Counter Designations | |
|---|---|---|
| **Suchter** | Start | End |
|  | 13:01 | 13:17 |
|  | 14:04 | 14:08 |
|  | 19:01 | 19:09 |
|  | 20:23 | 22:19 |
|  | 64:07 | 65:07 |
|  | 65:19 | 66:07 |
|  | 72:05 | 73:02 |

| Witness | Counter Designations | |
|---|---|---|
| **Yeh** | Start | End |
|  | 10:09 | 10:21 |
|  | 11:15 | 11:23 |
|  | 22:24 | 23:01 |
|  | 28:18 | 28:19 |
|  | 28:25 | 29:02 |
|  | 29:19 | 30:02 |
|  | 31:01 | 31:05 |

|  | 31:08 | 31:12 |
|---|---|---|
|  | 35:24 | 36:11 |
|  | 45:24 | 46:01 |
|  | 46:04 | 46:09 |
|  | 46:12 | 46:19 |
|  | 48:17 | 48:19 |
|  | 52:11 | 53:07 |
|  | 54:02 | 54:05 |
|  | 54:08 | 54:16 |
|  | 54:19 | 55:02 |
|  | 55:05 | 55:07 |
|  | 65:11 | 65:13 |
|  | 65:16 | 65:22 |
|  | 68:14 | 68:19 |

| Witness | Counter Designations | |
|---|---|---|
| **Robinson** | Start | End |
|  | 20:25 | 21:04 |
|  | 24:09 | 24:14 |
|  | 28:15 | 28:16 |
|  | 44:22 | 45:12 |
|  | 56:23 | 57:07 |
|  | 105:16 | 105:23 |
|  | 106:24 | 107:15 |
|  | 107:23 | 107:5 |
|  | 128:18 | 129:17 |

| Witness | Counter Designations | |
|---|---|---|
| **Markman** | Start | End |
|  | 11:01 | 11:06 |
|  | 15:01 | 15:04 |
|  | 22:13 | 23:05 |
|  | 36:03 | 36:19 |
|  | 50:12 | 50:19 |
|  | 54:07 | 54:09 |
|  | 56:16 | 57:01 |
|  | 107:20 | 108:17 |
|  | 121:20 | 122:02 |
|  | 124:17 | 125:07 |
|  | 126:01 | 126:10 |

| Witness | Counter Designations | |
|---|---|---|
| **Etkin** | Start | End |
| | 9:25 | 10:2 |
| | 10:22 | 11:02 |
| | 12:07 | 12:12 |
| | 13:17 | 13:18 |
| | 18:15 | 19:19 |
| | 23:09 | 23:10 |
| | 31:15 | 31:17 |
| | 34:11 | 35:11 |
| | 51:19 | 53:22 |
| | 56:23 | 57:12 |
| | 62:04 | 62:14 |
| | 66:01 | 66:12 |
| | 67:04 | 67:20 |
| | 76:20 | 76:24 |
| | 82:25 | 83:02 |
| | 83:17 | 84:10 |
| | 86:12 | 86:25 |
| | 94:11 | 94:18 |
| | 95:16 | 96:02 |
| | 140:24 | 141:07 |
| | 141:23 | 142:23 |
| | 144:24 | 145:11 |
| | 154:03 | 155:10 |
| | 249:13 | 249:23 |

| Witness | Counter Designations | |
|---|---|---|
| **Spangenberg June 19, 2009** | Start | End |
| Subject to Limine | None | |

| Witness | Counter Designations | |
|---|---|---|
| **Geller August 19, 2009** | Start | End |
| | 8:12 | 9:05 |
| | 16:15 | 16:18 |
| | 17:08 | 18:03 |
| | 19:06 | 19:06 |
| | 19:08 | 19:09 |

|  | | |
|---|---:|---:|
|  | 20:07 | 20:23 |
|  | 27:3 | 28:9 |
|  | 30:24 | 30:25 |
|  | 34:22 | 35:02 |
|  | 36:05 | 36:13 |
|  | 37:18 | 37:22 |
|  | 38:02 | 38:21 |
|  | 46:21 | 48:14 |
|  | 50:17 | 52:23 |
|  | 64:15 | 64:21 |
|  | 70:19 | 70:23 |
|  | 73:16 | 74:15 |
|  | 76:20 | 76:22 |
|  | 79:20 | 80:10 |
|  | 81:11 | 81:12 |
|  | 81:19 | 84:18 |
|  | 85:05 | 85:09 |
|  | 85:16 | 85:24 |
|  | 91:07 | 92:33 |
|  | 93:24 | 94:06 |
|  | 94:18 | 95:03 |
|  | 97:07 | 97:15 |
|  | 99:14 | 99:18 |
|  | 101:12 | 102:15 |
|  | 104:07 | 104:14 |
|  | 106:05 | 106:12 |
|  | 110:17 | 110:21 |
|  | 112:04 | 112:09 |
|  | 117:11 | 118:10 |
|  | 128:02 | 135:05 |
|  | 136:20 | 137:15 |
|  | 137:19 | 137:21 |
|  | 141:10 | 141:16 |
|  | 143:18 | 145:22 |
|  | 145:24 | 146:23 |
|  | 146:24 | 150:16 |
|  | 151:05 | 153:18 |

| Witness | Counter Designations | |
|---|---|---|
| **Sheafe December 4, 2009** | Start | End |
| | 43:21 | 44:15 |
| | 46:07 | 46:09 |
| | 46:24 | 47:16 |
| | 54:13 | 54:13 |
| | 59:22 | 60:15 |
| | 82:20 | 82:20 |
| | 90:03 | 90:06 |
| | 100:10 | 101:21 |
| | 102:21 | 103:01 |
| | 109:20 | 110:11 |
| | 112:21 | 113:13 |
| | 114:11 | 114:15 |
| | 118:16 | 119:02 |
| | 144:23 | 145:05 |
| | 194:14 | 194:17 |
| | 204:04 | 204:18 |
| | 291:22 | 294:14 |

| Witness | Counter Designations | |
|---|---|---|
| **Geller December 10, 2009** | Start | End |
| | 185:23 | 186:9 |
| | 198:17 | 199:3 |
| | 199:17 | 200:19 |
| | 201:03 | 202:23 |
| | 203:20 | 204:6 |
| | 207:16 | 208:14 |
| | 210:20 | 211:16 |
| | 215:09 | 215:15 |
| | 217:10 | 217:14 |
| | 218:14 | 219:05 |
| | 225:10 | 226:21 |
| | 257:01 | 257:01 |
| | 272:13 | 273:19 |
| | 274:06 | 274:15 |
| | 280:24 | 281:08 |
| | 285:25 | 286:21 |
| | 289:21 | 289:25 |
| | 290:20 | 291:08 |
| | 298:03 | 298:06 |

|        | 299:04 | 300:23 |
|--------|--------|--------|
|        | 315:10 | 315:13 |
|        | 317:02 | 317:19 |
|        | 319:17 | 320:6  |
|        | 329:16 | 331:09 |

| Witness | Counter Designations | |
|---------|-------|-----|
| **Sheafe January 7, 2010** | Start | End |
|  | 323:23 | 329:15 |
|  | 348:18 | 349:10 |
|  | 395:11 | 395:11 |

| Witness | Counter Designations | |
|---------|-------|-----|
| **Spangenberg January 8, 2010** | Start | End |
|  | 6:13   | 12:10  |
|  | 13:16  | 14:23  |
|  | 26:21  | 28:13  |
|  | 52:19  | 52:22  |
|  | 58:20  | 58:24  |
|  | 60:12  | 60:20  |
|  | 63:22  | 65:01  |
|  | 66:14  | 68:05  |
|  | 88:21  | 90:17  |
|  | 101:01 | 101:11 |
|  | 102:01 | 103:08 |
|  | 106:27 | 107:08 |
|  | 136:23 | 137:09 |
|  | 146:06 | 147:08 |
|  | 156:18 | 157:08 |
|  | 159:14 | 159:18 |
|  | 159:22 | 160:06 |

| | |
|---|---|
| Dated: March 1, 2010 | Respectfully submitted, |

Andrew W. Spangler
LEAD COUNSEL
SPANGLER LAW P.C.
208 N. Green Street, Suite 300
Longview, Texas 75601
(903) 753-9300
(903) 553-0403 (fax)
spangler@spanglerlawpc.com

David M. Pridham
LAW OFFICE OF DAVID PRIDHAM
25 Linden Road
Barrington, Rhode Island 02806
(401) 633-7247
(401) 633-7247 (fax)
david@pridhamiplaw.com

John M. Bustamante
Texas Bar No. 24040618
BUSTAMANTE, P.C.
54 Rainey Street, No. 721
Austin, Texas 78701
Tel. 512.940.3753
Fax. 512.551.3773
Email:jmb@BustamanteLegal.com

Kip Glasscock
Texas State Bar No. 08011000
KIP GLASSCOCK P.C.
550 Fannin, Suite 1350
Beaumont, TX 77701
Tel: (409) 833-8822
Fax: (409) 838-4666
Email: kipglasscock@hotmail.com

By: /s/ Elizabeth A. Wiley

Marc A. Fenster, CA Bar No. 181067
CA Bar No. 181067
mfenster@raklaw.com
Andrew Weiss
CA Bar No. 232974
aweiss@raklaw.com
Adam Hoffman
CA Bar No. 218740
ahoffman@raklaw.com
RUSS, AUGUST & KABAT
12424 Wilshire Blvd., 12th Floor
Los Angeles, CA 90025
(310) 826-7474
(310) 826-6991 (fax)

Patrick R. Anderson
PATRICK R. ANDERSON PLLC
4225 Miller Rd, Bldg. B-9, Suite 358
Flint, MI 48507
(810) 275-0751
(248) 928-9239 (fax)
patrick@prapllc.com

Elizabeth A. Wiley
Texas State Bar No. 00788666
THE WILEY FIRM PC
P.O. Box. 303280
Austin, Texas 78703-3280
Telephone: (512) 420.2387
Facsimile: (512) 551.0028
Email: lizwiley@wileyfirmpc.com