IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

PA ADVISORS, LLC

v.                                                                       No. 2:07-cv-480-RRR

GOOGLE INC., ET AL                                          JURY

## PLAINTIFF'S NOTICE OF COMPLIANCE

Plaintiff nXn Tech, LLC (f/k/a PA Advisors, LLC) ("nXn") files this Notice with the

Court in accordance with the Docket Control Order.  Accordingly, attached as Exhibit A is nXn

Tech, LLC's Proposed Post-Trial Jury Instructions; Exhibit B is nXn Tech, LLC's Proposed Jury

Instructions For Use As Pre-Trial Instructions to the Jury; and Exhibit C is nXn Tech, LLC's

Proposed Verdict Form.


March 1, 2010                                                    By:  \s\ Liz Wiley

                                                                        Andrew W. Spangler – LEAD COUNSEL
                                                                        Spangler Law P.C.
                                                                        208 N. Green Street, Suite 300
                                                                        Longview, Texas 75601
                                                                        (903) 753-9300
                                                                        (903) 553-0403 (fax)
                                                                        spangler@spanglerlawpc.com

                                                                        David M. Pridham
                                                                        Law Office of David Pridham
                                                                        25 Linden Road
                                                                        Barrington, Rhode Island 02806
                                                                        (401) 633-7247
                                                                        (401) 633-7247 (fax)
                                                                        david@pridhamiplaw.com

                                                                        Patrick R. Anderson
                                                                        Patrick R. Anderson PLLC
                                                                        4225 Miller Rd, Bldg. B-9, Suite 358
                                                                        Flint, MI 48507

(810) 275-0751
(248) 928-9239 (fax)
patrick@prapllc.com

Marc A. Fenster, CA Bar No. 181067
CA Bar No. 181067
mfenster@raklaw.com
Andrew Weiss
CA Bar No. 232974
aweiss@raklaw.com
Adam Hoffman
CA Bar No. 218740
ahoffman@raklaw.com
RUSS, AUGUST & KABAT
12424 Wilshire Blvd., 12th Floor
Los Angeles, CA 90025
(310) 826-7474
(310) 826-6991 (fax)

John M. Bustamante
Texas Bar No. 24040618
BUSTAMANTE, P.C.
54 Rainey Street, No. 721
Austin, Texas 78701
Tel. 512.940.3753
Fax. 512.551.3773
jmb@BustamanteLegal.com

Elizabeth A. Wiley
Texas State Bar No. 00788666
P.O. Box. 303280
Austin, Texas 78703-3280
Telephone: (512) 420.2387
Facsimile: (512) 551.0028
Email: lizwiley@wileyfirmpc.com

Kip Glasscock
Texas State Bar No. 08011000
**Kip Glasscock P.C.**
550 Fannin, Suite 1350
Beaumont, TX 77701
Tel: (409) 833-8822
Fax: (409) 838-4666
Email: kipglasscock@hotmail.com

## CERTIFICATE OF SERVICE

I hereby certify that the counsel of record who are deemed to have consented to electronic service are being served today with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3) and via email.


March 1, 2010                              */s/ Liz Wiley*
                                           Liz Wiley