## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF TEXAS
## MARSHALL DIVISION

| | |
|---|---|
| PA ADVISORS, LLC, § | |
| § | |
| Plaintiff, § | |
| v. § | |
| § | Civil Action No. 2-07-CV-480-RRR |
| GOOGLE INC., et al. § | |
| § | |
| Defendants. § | |
| § | |

## DEFENDANTS' NOTICE OF COMPLIANCE

Defendants Yahoo! Inc. and Google Inc. (collectively "Defendants") file this Notice with the Court in accordance with the Docket Control Order. Accordingly, attached as Exhibit A are Defendants' Proposed Pre-Trial Jury Instructions. Attached as Exhibit B are Defendants' Post-Trial Jury Instructions.

Respectfully submitted,

/s/ J. Scott Andrews
Jennifer Doan
Email: jdoan@haltomdoan.com
State Bar No. 08809050
Joshua Reed Thane
Email: jthane@haltomdoan.com
State Bar No. 24060713
John Scott Andrews
Email: sandrews@haltomdoan.com
State Bar No. 24064823
Haltom & Doan
Crown Executive Center, Suite 100
6500 Summerhill Road
Texarkana TX 75503
Telephone: (903) 255-1002


William C. Rooklidge
Lead Counsel
Email: rooklidgew@howrey.com
State Bar No. 134483
Howrey, LLP
4 Park Plaza, Suite 1700

Irvine CA 92614-2559
Telephone: (949) 721-6900

Jason C. White
Email: whitej@howrey.com
State Bar No. 6238352
Howrey, LLP
321 N. Clark Street, Suite 3400
Chicago IL 60654
Telephone: (312) 595-1239

Brian A.E. Smith
Email: smithbrian@howrey.com
State Bar No. 188147
Howrey LLP
525 Market Street, Suite 3600
San Francisco CA 94105-2708
Telephone: (415) 848-4900

*Counsel for Yahoo! Inc.*


/s/ Charles K. Verhoeven *with permission*
Charles K. Verhoeven
Lead Counsel
Email: charlesverhoeven@quinnemanuel.com
State Bar No. 170151
David A. Perlson
Email: davidperlson@quinnemanuel.com
State Bar No. 209502
Quinn Emanuel Urquhart Oliver & Hedges LLP
50 California St.
San Francisco, CA 94111
Telephone: (415) 875-6600

Brian C. Cannon
Email: briancannon@quinnemanuel.com
State Bar No. 193071
Andrea Pallios Roberts
Email: andreaproberts@quinnemanuel.com
State Bar No. 228128
Quinn Emanuel Urquhart Oliver & Hedges LLP
555 Twin Dolphin Dr. Ste. 560
Redwood Shores, CA 94065
Telephone: (650) 801-5000

Harry L. Gillam, Jr.
State Bar No. 07921800
Email: gil@gillamsmithlaw.com
Melissa R. Smith
State Bar No. 24001351
Email: melissa@gillamsmithlaw.com
Gillam & Smith, L.L.P.

303 South Washington Avenue
Marshall, TX 75670
Telephone: (903) 934-8450

*Counsel for Google Inc.*

## CERTIFICATE OF SERVICE

This is to certify that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3) on this 1st day of March, 2010. Any other counsel of record will be served via first class U.S. mail.

/s/ J. Scott Andrews
J. Scott Andrews