IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| PA ADVISORS, LLC, | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No. 2:07-cv-480-RRR |
| | § | |
| GOOGLE INC., et al., | § | |
| | § | JURY TRIAL DEMANDED |
| Defendants. | § | |
| | § | |

**PLAINTIFF NXN TECH, LLC'S**
**UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE OBJECTIONS AND**
**RESPONSES TO DAUBERT MOTIONS FILED ON FEBRAURY 23, 2010**

Plaintiff nXn Tech, LLC (f/k/a PA Advisors, LLC) ("nXn") respectfully files this Motion requesting a two-day extension of time ("Motion"), to which Defendants' Yahoo! Inc. (Yahoo) and Google Inc. ("Google") are unopposed.

1.     The Motion seeks an extension of time, and modification of the Court's docket control order as follows: to allow nXn two extra days to file objections and responses to the Motions in Limine and *Daubert* motions of Yahoo and Google filed on February 23, 2010 (Dkt. Nos. 441 & 442) regarding excluding certain opinions of nXn's technical expert, Dr. V. Thomas Rhyne.

2.     The current deadline for nXn's objections and responses is March 2, 2010.  The new deadline would be Thursday March 4, 2010.

3.     Good cause exists to modify this deadline and extend it for two days in light of the pre-trial conference held on March 1, 2010 in Washington, D.C., which included oral argument on all pending motions for summary judgment and selected motions in limine.  In light of the time and resources required to prepare for the hearing in Washington, D.C., good cause exists to allow

two extra days to allow a proper presentation of nXn's responses to the February 23, 2010 *Daubert* motions and objections of Yahoo and Google regarding nXn's technical expert, Dr. V. Thomas Rhyne.

WHEREFORE, nXn respectfully requests that the Court grant the relief requested in this unopposed motion. A proposed order is attached.

Dated: March 2, 2010        Respectfully submitted,

Andrew W. Spangler
SPANGLER LAW P.C.
208 N. Green Street, Suite 300
Longview, Texas 75601
(903) 753-9300
(903) 553-0403 (fax)
spangler@spanglerlawpc.com

David M. Pridham
LAW OFFICE OF DAVID PRIDHAM
25 Linden Road
Barrington, Rhode Island 02806
(401) 633-7247
(401) 633-7247 (fax)
david@pridhamiplaw.com

John M. Bustamante
Texas Bar No. 24040618
BUSTAMANTE, P.C.
54 Rainey Street, No. 721
Austin, Texas 78701
Tel. 512.940.3753
Fax. 512.551.3773
Email:jmb@BustamanteLegal.com

Kip Glasscock
Texas State Bar No. 08011000
KIP GLASSCOCK P.C.
550 Fannin, Suite 1350
Beaumont, TX 77701
Tel: (409) 833-8822
Fax: (409) 838-4666
Email: kipglasscock@hotmail.com

By:  /s/ Elizabeth A. Wiley

Elizabeth A. Wiley
Texas State Bar No. 00788666
THE WILEY FIRM PC
P.O. Box. 303280
Austin, Texas 78703-3280
Telephone: (512) 420.2387
Facsimile: (512) 551.0028
Email: lizwiley@wileyfirmpc.com

Marc A. Fenster, CA Bar No. 181067
LEAD COUNSEL
CA Bar No. 181067
mfenster@raklaw.com
Andrew Weiss
CA Bar No. 232974
aweiss@raklaw.com
Adam Hoffman
CA Bar No. 218740
ahoffman@raklaw.com
RUSS, AUGUST & KABAT
12424 Wilshire Blvd., 12th Floor
Los Angeles, CA 90025
(310) 826-7474
(310) 826-6991 (fax)

Patrick R. Anderson
PATRICK R. ANDERSON PLLC
4225 Miller Rd, Bldg. B-9, Suite 358
Flint, MI 48507
(810) 275-0751
(248) 928-9239 (fax)
patrick@prapllc.com

## CERTIFICATE OF SERVICE

I hereby certify that the counsel of record who are deemed to have consented to electronic service are being served today with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3). Any other counsel of record will be served by electronic mail, facsimile transmission and/or first class mail on this same date.

March 2, 2010 \s\ Elizabeth A. Wiley
Elizabeth A. Wiley