IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| PA ADVISORS, LLC, | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No. 2:07-cv-480-RRR |
| | § | |
| GOOGLE INC., et al., | § | |
| | § | JURY TRIAL DEMANDED |
| Defendants. | § | |
| | § | |

## ORDER

On this day the Court considered the Unopposed Motion for Extension of Time filed by

Plaintiff nXn Tech, LLC (f/k/a PA Advisors, LLC) ("nXn"), by which nXn seeks to extend by two

days the March 2, 2010 deadline to file its objections and/or response to the Motions in Limine and

*Daubert* motions of Yahoo and Google filed on February 23, 2010 (Dkt. Nos. 441 & 442). nXn's

motion, which is unopposed, seeks to extend the March 2, 2010 deadline by two days, to March 4,

2010.

The Court hereby grants the Motion: the deadline for Plaintiff to file its above-referenced

objections/response is March 4, 2010.