---

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| PA ADVISORS, LLC,<br>Plaintiff,<br><br>v.<br><br>GOOGLE, INC., et al.,<br>Defendants. | Case No. 2:07-cv-480 (RRR)<br><br>**Jury Trial Demanded** |

### ORDER GRANTING DEFENDANTS' MOTION FOR SUMMARY JUDGMENT

Having determined that no genuine issues of material fact exist, the court intends to grant summary judgment of noninfringement as to both defendants for all asserted claims. A detailed summary judgment order will follow. The parties are requested to submit a joint statement by **MARCH 5, 2010, AT 5:00PM**, identifying any remaining issues in the case in light of the forthcoming summary judgment order.

It is SO ORDERED.

SIGNED this 3rd day of March, 2010.

RANDALL R. RADER

UNITED STATES CIRCUIT JUDGE (sitting by designation)

Dockets.Justia.com