UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| PA ADVISORS, LLC,<br><br>Plaintiff,<br><br><br>GOOGLE INC., ET AL.,<br><br>Defendants. | CASE NO. 2-07-CV-480-RRR<br><br><br>Honorable Randall R. Rader, Presiding |

**JOINT STATEMENT OF REMAINING ISSUES PURSUANT TO THE COURT'S MARCH 3, 2010 ORDER**

Pursuant to the Court's March 3, 2010 Order (Dkt. 481), the parties have identified the following issues to be dealt with upon the Court's granting of summary judgment of non-infringement:

1) The counterclaims by defendants Google Inc and Yahoo! Inc. ("Defendants") for declaratory judgment of invalidity and unenforceability remain in the case. The parties have agreed to dismiss without prejudice these counterclaims and will prepare a proposed final judgment reflecting this agreement within 3 court days of the Court's detailed summary judgment order referred to in the Court's March 3, 2010 Order.

2) At the March 1, 2010 hearing, the Court indicated it would issue an order denying Plaintiff's Motions *in Limine* Nos. 4 and 5 regarding settlement agreements (Dkt. 419). Defendants request that the Court issue that Order for completeness. Plaintiff believes that the Motions *in Limine* are now moot.

The parties reserve their rights to seek attorney's fees and costs in the normal course subsequent to entry of final judgment.

Dated:  March 5, 2010

Respectfully submitted,

QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP

By   /s/ *David A. Perlson*

     /s/
Jason C. White
HOWREY LLP – Chicago
321 North Clark Street, Suite 3400
Chicago, Illinois 60654
Telephone: 312/595-1239
Facsimile: 312/595-2250
whitej@howrey.com

Jennifer H. Doan
Joshua R. Thane
John Scott Andrews
HALTOM & DOAN
Crown Executive Center, Suite 100
6500 Summerhill Road
Texarkana, TX 75503
Tel:  (903) 255-1002
Fax: (903) 255-0800
jdoan@haltomdoan.com
jthane@haltomdoan.com
sandrews@haltomdoan.com

*Counsel for Yahoo!, Inc.*

David A. Perlson
Email: davidperlson@quinnemanuel.com
State Bar No. 209502
Charles K. Verhoeven
Email: charlesverhoeven@quinnemanuel.com
State Bar No. 170151
Quinn Emanuel Urquhart Oliver & Hedges LLP
50 California St.
San Francisco, CA  94111
Telephone:  (415) 875-6600

Brian C. Cannon
Email: briancannon@quinnemanuel.com
State Bar No.  193071
Andrea Pallios Roberts
Email: andreaproberts@quinnemanuel.com
State Bar No.  228128
Quinn Emanuel Urquhart Oliver & Hedges LLP
555 Twin Dolphin Dr. Ste. 560
Redwood Shores, CA  94065
Telephone:  (650) 801-5000

Harry L. Gillam, Jr.
State Bar No. 07921800
Email:  gil@gillamsmithlaw.com
Melissa R. Smith
State Bar No. 24001351
Email:  melissa@gillamsmithlaw.com
Gillam & Smith, L.L.P.
303 South Washington Avenue
Marshall, TX 75670
Telephone:  (903) 934-8450

*Counsel for Google Inc.*

Dated: March 5, 2010 Respectfully submitted,

By: /s/ Alexander C.D. Giza

Marc A. Fenster, CA Bar No. 181067
E-mail: mfenster@raklaw.com
Alexander C.D. Giza, CA Bar No. 212327
Email: agiza@raklaw.com
RUSS, AUGUST & KABAT
12424 Wilshire Boulevard, 12th Floor
Los Angeles, California 90025
Telephone: 310/826-7474
Facsimile: 310/826-6991

Andrew W. Spangler - Lead Counsel
TX Bar No. 24041960
E-mail: spangler@spanglerlawpc.com
SPANGLER LAW P.C.
208 N. Green Street, Suite 300
Longview, Texas 75601
Telephone: 903/753-9300
Facsimile: 903/553-0403

David M. Pridham, R.I. Bar # 6625
E-mail: david@pridhamiplaw.com
LAW OFFICE OF DAVID PRIDHAM
25 Linden Road
Barrington, Rhode Island 02806
Telephone: 401/633-7247
Facsimile: 401/633-7247

Patrick R. Anderson, MI SB #P68961
E-mail: patrick@prapllc.com
PATRICK R. ANDERSON PLLC
4225 Miller Road, Bldg. B-9, Suite 358
Flint, Michigan 48507
Telephone: 810/275-0751
Facsimile: 248/928-9239

John Marcus Bustamante
Email: jmb@bustamantelegal.com
BUSTAMANTE, PC
54 Rainey Street, No. 721

Austin, Texas 78701
Telephone: 512/940-3753
Facsimile: 512/551-3773

Elizabeth A. Wiley, TX SBN 00788666
Email: lizwiley@wileyfirmpc.com
P.O. Box. 303280
Austin, Texas 78703-3280
Telephone: 512/420-2387
Facsimile: 512/551-0028

Kip Glasscock, TX SBN. 08011000
Email: kipglasscock@hotmail.com
Kip Glasscock P.C.
550 Fannin, Suite 1350
Beaumont, TX 77701
Tel: 409/833-8822
Fax: 409/838-4666
Attorney for Plaintiff

Alan Brooks, TX State Bar No. 24064952
Email: alan@alanbrookspllc.com
Alan Brooks Law Firm, PLLC
1317 California Pkwy. South
Fort Worth, Texas 76134
Telephone: (682) 521-0692

*Attorneys for Plaintiff*
*PA ADVISORS, LLC*

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document was filed electronically in compliance with Local Rule CV-5(a). As such, this motion was served on all counsel who are deemed to have consented to electronic service. Local Rule CV-5(a)(3)(A).

/s/ *David A. Perlson*
David A. Perlson