IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| PA ADVISORS, LLC,<br>Plaintiff,<br><br>v.<br><br>GOOGLE, INC., et al.,<br>Defendants. | Case No. 2:07-cv-480 (RRR)<br><br>**Jury Trial Demanded** |

## JUDGMENT

For the reasons set forth in the accompanying order granting defendants' summary judgment motion of noninfringement, judgment is hereby **ENTERED** in favor of defendants and against plaintiff.

It is SO ORDERED.

SIGNED this 11th day of March, 2010.

/RANDALL R. RADER/

UNITED STATES CIRCUIT JUDGE (sitting by designation)