NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

PA ADVISORS, LLC,
*Plaintiff-Appellee,*

v.

GOOGLE, INC. AND YAHOO! INC.,
*Defendants-Appellees,*

v.

JONATHAN LEE RICHES,
*Movant-Appellant.*

---

2012-1448

---

Appeal from the United States District Court for the Eastern District of Texas in case no. 07-CV-0480, Judge David Folsom.

Before BRYSON, MOORE and O'MALLEY, *Circuit Judges.*

PER CURIAM.

### ORDER

Jonathan Lee Riches appeals the United States District Court for the Eastern District of Texas's denial of his motion to intervene. The court considers whether to dismiss this appeal for lack of jurisdiction.

PA ADVISORS, LLC v. GOOGLE, INC.                                    2

This is one of apparently thousands of actions in which Riches has sought to intervene without having any meaningful connection to the case.

On December 30, 2008, the district court denied the appellant's motion to intervene in this patent infringement case, noting that the motion failed to disclose any information relating to the subject-matter of the case. The district court further observed that "Mr. Riches conclusory statements regarding 'Federal Law violations' committed against PA Advisors by Google are unfounded and have no connection to the patent infringement lawsuit before this Court." The court received the appellant's notice of appeal on June 5, 2012, more than 1000 days after the denial of his motion to intervene.

To challenge the district court's order denying his motion for leave to intervene, the appellant should have filed a notice of appeal within 30 days of that order. *See Stringfellow v. Concerned Neighbors In Action*, 480 U.S. 370, 377 (1987) (explaining that an order denying a motion for leave to intervene is subject to immediate review); *see also* Fed. R. App. P. 4(a)(1)(A) ("[T]he notice of appeal required by Rule 3 must be filed with the district clerk within 30 days after entry of the judgment or order appealed from."). Because this appeal was filed outside the statutory deadline for taking an appeal to this court, we must dismiss.

Accordingly,

IT IS ORDERED THAT:

(1) The appeal is dismissed.

(2) Each side shall bear its own costs.

3            PA ADVISORS, LLC v. GOOGLE INC.

FOR THE COURT

__SEP 20 2012__      /s/ Jan Horbaly
Date                 Jan Horbaly
                      Clerk

cc: Jonathan Lee Riches
     Charles K. Verhoeven, Esq.
     Jennifer H. Doan, Esq.
     Elizabeth Stoebner Wiley, Esq.

s25

Issued As A Mandate: __SEP 20 2012__

**FILED**
**U.S. COURT OF APPEALS FOR THE FEDERAL CIRCUIT**

SEP 20 2012

JAN HORBALY
CLERK

CERTIFIED COPY
I HEREBY CERTIFY THIS DOCUMENT
IS A TRUE AND CORRECT COPY
OF THE ORIGINAL ON FILE.

UNITED STATES COURT OF APPEALS
FOR THE FEDERAL CIRCUIT

By: _L. Bogin_    Date: _9/20/12_